**Exhibit B**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing provider for TVT CAPITAL, LLC,

              Plaintiff,

- against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

              Defendants.
------------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

**NOTICE OF ENTRY**

Plaintiff's Place of Business:
120 West 45th Street, 6th Floor
New York, New York 10036

Plaintiff designates New York County as the place of trial. Venue is based upon Plaintiff's place of business and pursuant to Agreement.

      PLEASE TAKE NOTICE that the within is a true copy of a Judgment duly made and entered on the within-entitled action, and filed in the office of the Clerk of the Supreme Court of the State of New York, County of New York, on the 20th day of March, 2018.

DATED: March 23, 2018
        New York, New York

                                              Holly S. Falkowitz, Esq.
                                              Attorney for Plaintiff
                                              120 West 45th Street, 6th Floor
                                              New York, New York 10036
                                              Tel: (212) 354-1400
                                              Fax: (800) 581-3615

To:

| | |
|---|---|
| **License to Chill Heating and Air, Inc. d/b/a** <br> **Just Chillin Heating & Air** <br> 1150 Blue Mound Road West, Ste 103 <br> Haslet, TX 76052 | **Dwayne Bridges a/k/a** <br> **Dwayne Paul Bridges** <br> 628 Destin Drive <br> Fort Worth, TX 76131 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing provider for TVT CAPITAL, LLC,

        Plaintiff,

  - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

        Defendants.
-----------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

**STATEMENT FOR JUDGMENT**

| | |
|---|---|
| Amount Awarded | $99,086.00 |
| | $13,853.04 |
| Interest @ 9% from August 30, 2016 | ~~$13,376.61~~ |
| Subtotal (amount + interest) | ~~$112,462.61~~ |
| Costs by Statute | $ 200.00 |
| Service of Summons and Affidavits | $ |
| Transcripts and Docketing | $ |
| Motion Fee | $ 45.00 |
| Filing RJI | $ 95.00 |
| Sheriff's Fees on Execution | $ |
| Satisfaction Piece | $ |
| Taxing Costs | $ |
| Fee for Index Number | $ 210.00 |
| Subtotal (costs & disbursements) | $ 550.00 |
| Total | $113,489.04 ~~$113,012.61~~ |

Costs Taxed at $ 550.00

_____ Clerk

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $550.00

[signature]
MAR 20 2018
CLERK

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:        ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, Holly S. Falkowitz, Esq., attorney of record for the Plaintiff herein, states that the disbursements above specified, are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount; that the time for the defendants to appear or answer herein has expired and that the said defendants have not appeared or answered herein. The undersigned affirms this statement to be true under the penalties of perjury.

Dated: March 17, 2018

_____
Holly S. Falkowitz, Esq.

**JUDGMENT** entered against defendants pursuant to the order of the Honorable Robert R. Reed J.S.C. dated March 9, 2018.

**NOW, ON MOTION OF** HOLLY S. FALKOWITZ, ESQ, attorney for Plaintiff, it is **ADJUDGED** that

Plaintiff, COLONIAL FUNDING NETWORK, INC as servicing provider for TVT CAPITAL, LLC, located at 120 West 45th Street – 2nd Floor, New York, New York 10036, have judgment and do recover of Defendants, LICENSE TO CHILL HEATING AND AIR, INC. d/b/a JUST CHILLIN HEATING & AIR , principally located at 1150 Blue Mound Road, West, Ste 103, Haslet, TX 76052, and DWAYNE BRIDGES a/k/a DWAYNE PAUL BRIDGES residing at 628 Destin Drive, Fort Worth, TX 76131,

the sum of $99,086.00 the amount awarded, with interest in the amount of ~~$13,376.61~~ $13,853.04, in addition to $550.00 in costs and disbursements, as taxed by the clerk amounting in all to the sum of ~~$113,012.61~~ $113,489.04

and that Plaintiff have execution therefore.

_____ Clerk

**FILED**
MAR 20 2018
COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing provider for TVT CAPITAL, LLC,

                Plaintiff,

- against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),
                Defendant.
-------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

Plaintiff's Place of Business:

120 West 45th Street – 2nd Floor
New York, New York 10036

## JUDGMENT

Holly S. Falkowitz, Esq.
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
120 West 45th Street – 2nd Floor
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

1-4

**FILED AND DOCKETED**
MAR 20 2018
AT 4:09 PM
N.Y., CO. CLK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                Plaintiff,

  - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

                Defendants.
----------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

Plaintiff's Place of Business:
120 West 45th Street, 6th Floor
New York, New York 10036

Plaintiff designates New York County
as the place of trial.  Venue is based
upon Plaintiff's place of business and
pursuant to Agreement.

## NOTICE OF ENTRY

**Holly S. Falkowitz, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc..*
120 West 45th Street, 6th Floor
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

I, Matthew Acosta, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Suffolk County.

On March 23, 2018, I served the within NOTICE OF ENTRY by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

License to Chill Heating and Air, Inc. d/b/a
Just Chillin Heating & Air
1150 Blue Mound Road West, Ste 103
Haslet, TX 76052

Dwayne Bridges a/k/a
Dwayne Paul Bridges
628 Destin Drive
Fort Worth, TX 76131

_____
Matthew Acosta

Sworn to before me this
23 day of March, 2018

_____

SHANTEL BOYD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6364530
Qualified in New York County
My Commission Expires 09-18-2021