BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Dwayne Paul Bridges and Dana Michelle Bridges<br><br>       Debtor(s)<br>Kapitus Servicing Inc.<br>       Plaintiff(s)<br>vs.<br>Dwayne Paul Bridges<br>       Defendant(s) | Case No.: 19-44181-elm7<br>Chapter No.: 7<br><br>Adversary No.: 20-04009-elm |

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named defendant:

You are hereby summoned and required to serve upon **Charles M. Rubio**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Diamond McCarthy, LLP
909 Fannin, Ste. 3700
Houston, TX 77010** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED: 2/4/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. McCrory, Deputy Clerk



In Re: Kapitus Servicing Inc. v. Bridges
Case No. 19-44181-elm7 -7
Adv. No. 20-04009-elm

## SUMMONS SERVICE EXECUTED

I, _James Edward Ollerton_

of** _2608 Causbie Rd, Weatherford TX 76087_

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the ___6___ day of ___February 2020___, _____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

_Dwayne Paul Bridges_
_920 Lynch Band Rd._
_Springtown, Texas 76082_

the defendant in this proceeding, by {describe here the mode of service}

_Personal service to Dwayne Paul Bridges_

the said defendant at _920 Lynch Band Rd, Springtown, Texas 76082_

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _2/6/2020_   _James Edward Ollerton_
(Date)                    (Signature)

** _2608 Causbie Rd, Weatherford, Tx 76087_
State mailing address

# PROCESS SERVER RETURN OF SERVE

Came to hand on **February 6**, 20**20**, at **11:45** o'clock **A**.M. and executed in **Parker** County, Texas by delivering to the within named **Dwayne Paul Bridges**, a copy of the ~~CITATION~~ **Complaint**, **19-44181-em M**

at **920 Lynch Bend Rd, Springtown 76082** (place of PROPOSE service)

time: **4:32 PM** date: **February 6, 2020** of service

attachments: **Notice of Litigants and Order Regarding Aversary Proceedings Trail Setting and Alterative Scheduling order**

SERVICE FEES: $ _____

Process Server OF **Parker** County, Texas

James Edward Elliston
Process Server Person
**PSC 11730 Exp 12/31/2020**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is **James Edward Elliston**, my date of birth is **01/11/1956**
(First, Middle, Last)
My address is **2608 Causbie Road, Weatherford, Texas, 76087**. (Street, City, State, Zip Code)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Not-Executed in _____ County, State of _____, on the _____ day of _____ 20_____.

ANITA G. ELLISTON
Notary Public, State of Texas
Comm. Expires 03-01-2020
Notary ID 10517808

STATE OF **Texas**
COUNTY OF **Parker**

Sworn to (or affirmed) and subscribed before me this **6** day of **Feb**, 20**20** by James Edward Elliston

_Anita G. Elliston_
Notary Public's Signature    Notary Name
My Commission Expires on **3/1/2020**

Authorized Process Server

PSC: 11730   EXP: 12/31/2020

(Id # & expiration of certification)