## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In re:

                                      Chapter 7

DWAYNE PAUL BRIDGES AND
DANA MICHELLE BRIDGES

                 Debtors.                      Case No. 19-44181-elm
_____/

KAPITUS SERVICING INC.

                 Plaintiff,

       v.

DWAYNE PAUL BRIDGES             Adv. Pro. No. 20-04009-elm

                 Defendant.
_____/

### MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      Kapitus Servicing Inc. (the "<u>Plaintiff</u>") in the above-captioned adversary proceeding, files this Motion for Entry of Agreed Scheduling Order (the "<u>Motion</u>").  In support of the Motion, the Plaintiff respectfully states the following:

### RELIEF REQUESTED

      1.     Due to impacts and concerns related to coronavirus and COVID-19, the parties hereto seek to abate this proceeding for sixty days.   In connection with the foregoing, the parties hereto request entry of Stipulation and Agreed Scheduling Order attached hereto (the "<u>Proposed Order</u>") and seek to have the docket call rescheduled for September 1, 2020 at 1:30 p.m. (CT).

      2.     Mr. Behrooz P. Vida, counsel for the Defendant in this adversary proceeding, has agreed to the Proposed Order.

## CONCLUSION

Plaintiff respectfully requests that this Court enter an order substantially in the form of the Proposed Order attached hereto.

Dated: March 24, 2020

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, TX 77010
(713) 333-5100
crubio@diamondmccarthy.com

*Counsel to Plaintiff*

## Certificate of Conference

Undersigned counsel conferred with Mr. Behrooz P. Vida., regarding the Proposed Order by email from March 19, 2020 to March 24, 2020. Mr. Vida has agreed to the Proposed Order. This Motion is unopposed.

*/s/ Charles M. Rubio*