# **Exhibit A**

| | |
|---|---|
| Claimant/Creditor: | Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC |
| Debtor (s): | Dwayne Paul Bridges |
| Case No.: | 19-44181 |

## **Claim Itemization**

| | |
|---|---|
| Judgment Principal | $99,086.00 |
| Interest @ 9% (New York Legal Rate) From 8/30/16 | $13,853.04 |
| Court Costs | $550.00 |
| Interest @ 9% (New York Legal Rate) From 8/30/16 to 10/10/19 | $31,817.31 |
| Total Claim | $145,306.35 |