# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In re:

DWAYNE PAUL BRIDGES,                                             Chapter 7

    Debtor.
                                                                 Case No.: 19-44181
_____/

KAPITUS SERVICING, INC, AS
SERVICING AGENT FOR TVT CAPITAL
LLC,                                                             Ad. Pro. No. 20-04009

    Plaintiff,
  v.

DWAYNE PAUL BRIDGES,

    Defendant.
_____/

## CORRECTION TO AMENDED COMPLAINT

Kapitus Servicing, Inc., formerly Colonial Funding Network, Inc., as servicing agent for TVT Capital, LLC ("Kapitus" or the "Plaintiff"), by and through its undersigned attorney files this Correction to the Amended Complaint [ECF 8]. The date "October 10, 2016" in paragraphs 39, 46, 63 is incorrect. The correct date is October 10, 2019, the Debtor's petition date.

Dated March 24, 2020.                          Respectfully submitted,

                                                  DIAMOND MCCARTHY LLP

                                                  */s/ Charles M. Rubio*
                                                  Charles M. Rubio
                                                  Bar No. 24083768
                                                  crubio@diamondmccarthy.com
                                                  909 Fannin, Suite 3700
                                                  Houston, Texas 77010
                                                  Telephone: (713) 333-5100
                                                  Facsimile: (713) 333-5199

                                                  COUNSEL FOR PLAINTIFF
                                                  KAPITUS SERVICING, INC.