Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
ATTORNEYS FOR DWAYNE PAUL BRIDGES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DWAYNE PAUL BRIDGES § | CASE NO.   19-44181-ELM | |
| § | CHAPTER 7 | |
| § | | |

| | | |
|---|---|---|
| KAPITUS SERVICING, INC. AS § | | |
| SERVICING AGENCT FOR TVT § | | |
| CAPITAL, LLC § | | |
|     Plaintiffs § | | |
| v. § | Adversary No. 20-04009-ELM | |
| § | | |
| DWAYNE PAUL BRIDGES § | | |
|     Defendant § | | |

**SECOND AMENDED NOTICE OF HEARING ON**
**RULE 12(b)(6) MOTION TO DISMISS CERTAIN CAUSES OF ACTION**

    The hearing on the Rule 12(b)(6) Motion to Dismiss Certain Causes of Action as filed by DWAYNE PAUL BRIDGES, is set for **May 20, 2020 @ 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.  A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion.

    I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail to the parties indicated on the matrix indicated below.

| | |
|---|---|
| Charles M. Rubio<br>Diamond McCarthy LLP<br>909 Fannin Suite 3700<br>Houston, Texas 77010 | Via ECF |
| Dwayne Paul Bridges<br>920 Lynch Bend Rd.<br>Springtown, TX   76082 | VIA USMAIL |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242 | Via ECF |

By: /s/ Behrooz P. Vida    April 27, 2020
　　Behrooz P. Vida
　　State Bar No. 20578040
　　Carla Reed Vida
　　State Bar No. 16674445
　　Helenna Bird
　　State Bar No. 24085205
　　THE VIDA LAW FIRM, PLLC
　　3000 Central Drive
　　Bedford, Texas 76021
　　EMAIL: filings@vidalawfirm.com
　　TEL: (817) 358-9977
　　FAX: (817) 358-9988