

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature: Edward L. Morris]*

**Signed May 13, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ALL HEARINGS SCHEDULED FOR § | GENERAL ORDER |
| MAY 20, 2020, AT 1:30 P.M., BEFORE § | |
| THE HONORABLE EDWARD L. MORRIS § | |
| § | |

    Pursuant to paragraph 2 of General Order 2020-08 issued by the Court on April 20, 2020, all hearings scheduled to take place before The Honorable Edward L. Morris on **May 20, 2020, at 1:30 p.m. (Central Time)**, shall be conducted by the Court by **videoconference**.

    To join the videoconference, counsel, parties and witnesses must use the following WebEx link, meeting number (access code) and meeting password:

    **Link**: https://us-courts.webex.com/us-courts/j.php?MTID=m2d7e2dfcd8d598106d98d42e0cc52a2c

    **Meeting number (access code):  470 875 172**

    **Meeting password:  bankruptcy**

For counsel and other parties in interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode, such counsel and parties in

interest may telephonically join the hearing by using the following dial-in number and meeting number (access code):

**Dial-In: 1.650.479.3207**

**Meeting number (access code):  470 875 172**

All videoconference and telephonic attendees are required to comply with Judge Morris' Telephonic and Videoconference Hearing Policy posted on the Court's website at:

https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0.

**IT IS SO ORDERED**.

### END OF ORDER ###