

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 27, 2020**

_____
**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 7 |
| DWAYNE PAUL BRIDGES AND DANA MICHELLE BRIDGES | |
| | Case No. 19-44181-elm7 |
| Debtors. / | |
| KAPITUS SERVICING INC. | |
| Plaintiff, | |
| v. | |
| DWAYNE PAUL BRIDGES | Adv. Pro. No. 20-04009-elm |
| Defendant. / | |

## ORDER

The Court, having considered the Rule 12(b)(6) Motion to Dismiss Certain Causes of Action [ECF 5] (the "Motion to Dismiss") filed by Defendant Dwayne Paul Bridges and the Amended Complaint [ECF 8] filed by Plaintiff Kapitus Servicing Inc. and the arguments of counsel at the hearing held on May 20, 2020, hereby determines that Amended Complaint has been filed in accordance with rule 15(a)(1)(B) of the Federal Rules of Civil Procedure made applicable to this proceeding by rule 7015 of the Federal Rules of Bankruptcy Procedure, the Motion to

Dismiss is moot because of the filing of the Amended Complaint, and the Court hereby ORDERS that the Motion to Dismiss is DENIED without prejudice.

# # # End of Order # # #

AGREED AS TO FORM ONLY:

*/s/ Behrooz P. Vida*
Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel: (817) 358-9977
Behrooz@vidalawfirm.com
Counsel to Dwayne Paul Bridges