Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
ATTORNEYS FOR DWAYNE PAUL BRIDGES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DWAYNE PAUL BRIDGES § | CASE NO. 19-44181-ELM | |
| § | CHAPTER 7 | |
| § | | |

_____

| | | |
|---|---|---|
| KAPITUS SERVICING, INC. AS § | | |
| SERVICING AGENT FOR TVT § | | |
| CAPITAL, LLC § | | |
|     Plaintiffs § | | |
| v. § | Adversary No. 20-04009-ELM | |
| § | | |
| DWAYNE PAUL BRIDGES § | | |
|     Defendant § | | |

_____

**AMENDED NOTICE OF HEARING ON
RULE 12(b)(6) MOTION TO DISMISS CERTAIN CAUSES
OF ACTION IN AMENDED COMPLAINT**

    The hearing on the Rule 12(b)(6) Motion to Dismiss Certain Causes of Action in Amended Complaint as filed by DWAYNE PAUL BRIDGES, is set for **July 20, 2020 @ 9:30 a.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.   A creditor or party in interest is not required to attend unless the creditor has an objection to the Motion.

    I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.   Service was accomplished electronically and/or by first class mail to the parties indicated on the matrix indicated below.

| | |
|---|---|
| Charles M. Rubio<br>Diamond McCarthy LLP<br>909 Fannin Suite 3700<br>Houston, Texas 77010 | Via ECF |
| Dwayne Paul Bridges<br>920 Lynch Bend Rd.<br>Springtown, TX   76082 | VIA USMAIL |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242 | Via ECF |

By: /s/ Behrooz P. Vida    June 3, 2020
   Behrooz P. Vida
   State Bar No. 20578040
   Carla Reed Vida
   State Bar No. 16674445
   Helenna Bird
   State Bar No. 24085205
   THE VIDA LAW FIRM, PLLC
   3000 Central Drive
   Bedford, Texas 76021
   EMAIL: filings@vidalawfirm.com
   TEL: (817) 358-9977
   FAX: (817) 358-9988