# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Case No. 1944181-elm |
| DWAYNE PAUL BRIDGES AND DANA MICHELLE BRIDGES | Chapter 7 |
| Debtors. | |
| KAPITUS SERVICING INC. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-04009-elm |
| DWAYNE PAUL BRIDGES | |
| Defendant. | |

### JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Kapitus Servicing Inc. (the "Plaintiff") and Dwayne Paul Bridges (the "Defendant") in the above-captioned adversary proceeding, files this Joint Motion for Entry of Agreed Scheduling Order (the "Motion"). In support of the Motion, the Plaintiff and Defendant respectfully state the following:

### RELIEF REQUESTED

On June 3, 2020, the Defendant file a motion to dismiss [ECF 18]. On June 24, 2020, the Defendant filed a response to the motion to dismiss [ECF 21]. On July 20, 2020, the Court held a hearing on the motion to dismiss and took the matter under advisement. As of the date hereof, the Court has not ruled on the motion to dismiss.

1

Due to the pending motion to dismiss, the parties hereto seek to continue the deadlines in this adversary proceeding for ninety (90) days. In connection with the foregoing, the parties hereto request entry of the Third Stipulation and Agreed Scheduling Order attached hereto (the "<u>Proposed Agreed Scheduling Order</u>") and seek to have the docket call rescheduled for February 1, 2021 at 1:30 p.m. (CT).

## **CONCLUSION**

Plaintiff respectfully requests that this Court enter an order substantially in the form of the Proposed Agreed Scheduling Order attached hereto.

Dated: September 18, 2020

Respectfully submitted,

PARKINS LEE & RUBIO LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
Texas Bar No. 24083768
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: 212-763-3331
Email: crubio@parkinslee.com

Counsel to Kapitus Servicing Inc.

– and –

THE VIDA LAW FIRM. PLLC

*/s/ Behrooz P. Vida*
Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, Texas 76021
Telephone: 817-358-9977
Email: Behrooz@vidalawfirm.com

*Counsel to Dwayne Paul Bridges*