

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 12, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 19-44181-ELM |
| DWAYNE PAUL BRIDGES and | § | |
| DANA MICHELLE BRIDGES, | § | Chapter 7 |
| | § | |
| Debtors. | § | |
| | § | |
| KAPITUS SERVICING, INC., AS | § | |
| SERVICING AGENT FOR TVT | § | |
| CAPITAL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 20-04009 |
| | § | |
| DWAYNE PAUL BRIDGES, | § | |
| | § | |
| Defendant. | § | |

## ORDER REGARDING NOVEMBER 17, 2020 HEARING

Pursuant to paragraph 1 of General Order 2020-14 issued by the Court on May 20, 2020, the hearing scheduled to take place in the above-captioned adversary proceeding before The Honorable Edward L. Morris on **November 17, 2020, at 1:30 p.m. (Central Time)**, shall be conducted by the Court **telephonically**.

To join the telephonic hearing, counsel and parties must use the following dial-in number and conference code:

      Dial-In: **817.918.4435**
      Conference Code: **118268**

All telephonic attendees are required to comply with Judge Morris' Telephonic and Videoconference Hearing Policy posted on the Court's website at:

https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0.

    **IT IS SO ORDERED**.

        # # #   END OF ORDER   # # #