ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: <br> Dwayne Paul Bridges and Dana Michelle Bridges <br> Debtor(s) <br> Kapitus Servicing Inc. <br> Plaintiff(s) <br> vs. <br> Dwayne Paul Bridges <br> Defendant(s) | § § § § § § § § § § | Case No.:  19–44181–elm7 <br> Chapter No.: 7 <br><br> Adversary No.:  20–04009–elm |

## NOTICE SETTING RULING

　　A ruling has been set in the U.S. Bankruptcy Court for **December 7, 2020** at **02:00 PM** before the Honorable Edward L. Morris at U.S. Courthouse, 501 W. Tenth, Room 204, Ft. Worth, TX 76102 to consider

Motion to Dismiss.

DATED:  November 16, 2020     FOR THE COURT:
　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　by: /s/J. McCrory, Deputy Clerk