Charles M. Rubio, Texas Bar No. 24083768
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: 212-763-3331
Email: crubio@parkinslee.com

*Counsel to Kapitus Servicing Inc.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>DWAYNE PAUL BRIDGES AND<br>DANA MICHELLE BRIDGES<br><br>　　　Debtors. | Case No. 1944181-elm<br><br>Chapter 7 |
| KAPITUS SERVICING INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>DWAYNE PAUL BRIDGES<br><br>　　　Defendant. | Adv. Pro. No. 20-04009-elm |

### PLAINTIFF'S MOTION TO REDACT PURSUANT TO RULE 9037(h)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Kapitus Servicing Inc., as servicing agent for TVT Capital, LLC ("Kapitus" or the "Plaintiff") hereby files this Motion to Redact Pursuant to Rule 9037(h) (the "Motion") of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Plaintiff proposes to redact certain private information that was inadvertently filed in the attachments to the Plaintiff's Witness and Exhibit List [ECF No. 66] and Appendix to Plaintiff's Brief [ECF No. 51]. In accordance

with subsection (2) of Rule 9037(h), proposed copies of the redacted documents are attached herewith.

For the reasons stated above, Kapitus respectfully request that this Court grant the Motion and provide any other relief which is just and proper.

Dated: September 21, 2021

Respectfully submitted,

PARKINS LEE & RUBIO LLP

*/s/ Charles M. Rubio*
Charles M. Rubio P.C.
Texas Bar No. 24083768
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: 212-763-3331
Email: crubio@parkinslee.com

*Counsel to Kapitus Servicing Inc.*