

# National Comprehensive Report | BRIDGES, DWAYNE | 10/29/13 03:20 PM | Reference: CHILLIN

## Report Section Summary

User-Supplied Information (1)

Possible AKAs (4)

Possible Businesses Registered at Subject's Addresses (1)

Possible Real Property Ownership & Deed Transfers (1)

Possible Property Owners of Subject's Addresses (4)

## User-Supplied Information

| | |
|---|---|
| Name: | BRIDGES, DWAYNE P |
| DOB: | ███ 1972 |
| SSN: | ███ -XXXX |
| Address: | 628 DESTIN DR |
| | FORT WORTH, TX 76131 |

## Possible AKAs

| Name | SSN | DOB |
|---|---|---|
| BRIDGS, DWAYNE | ███ -XXXX | ███ 1972 |
| BRIDGES, DWYANE | ███ -XXXX | |
| BRIDGES, DWAYNE | ███ -XXXX | |
| BRINGES, DWAYNE | ███ -XXXX | |

## Possible Businesses Registered at Subject's Addresses

### 628 DESTIN DR FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| Business Name: | JUST CHILLIN HEATING & AIR CONDITIONING | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2010 | | |
| Business Address: | 628 DESTIN DR FORT WORTH, TX | Phone: | (682) 224-5457 |
| County: | TARRANT | | |
| Primary SIC: | 1711 | SIC Description: | PLUMBING, HEATING, AIR-CONDITIONING, NSK |
| Primary SIC: | 1711 0405 | SIC Description: | WARM AIR HEATING AND AIR CONDITIONING CONTRACTOR |
| Annual Sales: | $330,000 | Annual Sales Revision Date: | 09/12/2013 |
| Square Footage: | | Occupancy Type: | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 92-946-5438 | Employees Total: | 6 |
| Last Update to Record: | 08/25/2013 | | |

**KAPITUS EX. 13 - 002**

**Kapitus_000002**

## Possible Real Property Ownership & Deed Transfers

### 628 DESTIN DR FORT WORTH, TX 76131-4255

**TAX RECORD** - TARRANT County          TAX YEAR 2012

| | | | |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 |
| Owner: | BRIDGES DWAYNE | Co-Owner: | |
| Additional Name: | BRIDGES DWAYNE | Absentee Owner: | OWNER OCCUPIED |
| Owner Relationship Type: | SINGLE MAN | Owner Corporate Indicator: | |
| Owner Ownership Rights code: | | Owner Phone: | (682) 224-5457 |
| FIPS Code: | TARRANT | Municipality Name: | TARRANT COUNTY |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | FOSSIL PARK ESTATES |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Unformatted APN: | 40066118 | Land Use: | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 40066118 | Homestead Exemption: | |
| Original APN: | 40066118 | Land Square Footage: | 6000 |
| Account Number: | 40066118 | Lot Number: | 68 |
| Acres: | 0.1377 | Block Number: | 5 |
| Range: | | Legal Description: | FOSSIL PARK ESTATES BLK 5 LOT 68 |
| Calculated Land Value: | $34,500.00 | Market Land Value: | $34,500.00 |
| Calculated Improvement Value: | $88,300.00 | Market Improvement Value: | $88,300.00 |
| Calculated Total Value: | $122,800.00 | Market Total Value: | $122,800.00 |
| Assessed Land Value: | $34,500.00 | Valuation Method: | |
| Assessed Improvement Value: | $88,300.00 | Total Value Calculated Indicator: | ASSESSED |
| Assessed Total Value: | $122,800.00 | Year Sold to State: | |
| Tax Year: | 2012 | Appraised Land Value: | |
| Tax Amount: | $3,740.33 | Appraised Improvement Value: | |
| Tax Code Area: | 220 | Appraised Total Value: | $122,800.00 |
| Year Built: | 2003 | Number of Buildings: | 1 |
| Lot Area: | 7000006000 | Style/Shape: | |
| Building Code: | | Number of Stories: | 2.00 |
| Improvement Type: | | Number of Units: | |
| Living Square Feet: | 2234 | Construction Type: | |
| Total Number of Rooms: | | Construction Quality: | |
| Number of Bedrooms: | 3 | Exterior Wall Type: | |
| Number of Bathrooms: | 2.00 | Roof Type: | |
| Full Baths: | 2 | Foundation Type: | |
| Fireplace: | | Heat: | CENTRAL |
| Garage Type: | TYPE UNKNOWN | A/C Type: | AC CENTRAL |
| Sale Date: | 05/29/2010 | Deed Type: | GRANT DEED |
| Seller Name: | IRVIN AMY | Type of Sale: | RESALE |

**KAPITUS EX. 13 - 003**                    **Kapitus_000003**

| | | | |
|---|---|---|---|
| Sale Price: | | Sale Code: | |
| Number of Parcels: | | Document Number: | 210130532 |
| Recording Date: | 06/02/2010 | Recording Page: | |
| Recording Book: | | Title Company: | |
| Document Number: | 209247570 | Mortgage Amount: | |
| Sale Date: | 09/15/2009 | Multiple Parcel Sale: | |
| Sale Price: | | Number of Parcels: | |
| Sale Code: | | Recording Date: | 09/16/2009 |
| Deed Type: | | Recording Book: | |
| Type of Sale: | | Recording Page: | |

### Possible Property Owners of Subject's Addresses

#### 628 DESTIN DR FORT WORTH, TX 76131

---

**TAX RECORD** - TARRANT County    TAX YEAR UNKNOWN

| | | | |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | 100 E 15TH ST 630 FORT WORTH, TX 76102-6569 |
| Owner: | WEST COMM INVESTMENTS LP | Co-Owner: | |
| Additional Name: | WEST COMM INVESTMENTS LP | Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner Relationship Type: | | Owner Corporate Indicator: | CORPORATE OWNER |
| Owner Ownership Rights code: | | Owner Phone: | |
| FIPS Code: | TARRANT | Municipality Name: | |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | FOSSIL PARK ESTATES |
| APN Sequence Number: | 1 | Property Indicator: | VACANT |
| Unformatted APN: | 14566C 5 68 | Land Use: | RESIDENTIAL LOT |
| Formatted APN: | 14566-C - 5- - 68 | Homestead Exemption: | |
| Original APN: | | Land Square Footage: | 6000 |
| Account Number: | 40066118 | Lot Number: | 68 |
| Acres: | 0.1380 | Block Number: | 5 |
| Range: | | Legal Description: | FOSSIL PARK ESTATES BLK 5 LOT 68 |
| Calculated Land Value: | $14,580.00 | Market Land Value: | $14,580.00 |
| Calculated Improvement Value: | | Market Improvement Value: | |
| Calculated Total Value: | $14,580.00 | Market Total Value: | $14,580.00 |
| Assessed Land Value: | | Valuation Method: | |
| Assessed Improvement Value: | | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | | Year Sold to State: | |
| Year Built: | | Number of Buildings: | |
| Lot Area: | 6000 | Style/Shape: | |

**DEED TRANSFER** - TARRANT County    09/15/2009

| | | | |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | PO BOX 3447 ARLINGTON, TX 76007-3447 |

**KAPITUS EX. 13 - 004**

Kapitus_000004

| | | | |
|---|---|---|---|
| Owner: | WILSON GERARD | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 2854 | APN Sequence Number: | 001 |
| Unformatted APN: | 40066118 | Formatted APN: | 40066118 |
| Original APN: | 40066118 | Formatted APN - IRIS: | |
| FIPS Code: | TARRANT | FIPS State Code: | TEXAS |
| Municipality: | | Account Number: | 40066118 |
| County: | TARRANT | State: | |
| Transaction Date: | 09/15/2009 | Seller Name: | MUSER FAMILY TRUST |
| Recording Date: | 09/16/2009 | Sale Price: | |
| Document Number: | 209247570 | Type of Transaction: | RESALE |
| Book/Page: | | Deed Type: | WARRANTY DEED |
| Mortgage Amount: | | Mortgage Type: | |
| Mortgage Term: | | Mortgage Deed Type: | |
| Mortgage Date: | | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | | Lender Address: | |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | CASH |

**8290 HICKORY ST FRISCO, TX 75034**

---

**TAX RECORD** - COLLIN County          TAX YEAR 2012

| | | | |
|---|---|---|---|
| Situs Address: | 8290 HICKORY ST FRISCO, TX 75034-5501 | Mailing Address: | 5719 HILLCREST PL MIDLAND, TX 79707-5011 |
| Owner: | TWIN OAKS ENDEAVORS LLC | Co-Owner: | |
| Additional Name: | TWIN OAKS ENDEAVORS LLC | Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner Relationship Type: | | Owner Corporate Indicator: | CORPORATE OWNER |
| Owner Ownership Rights code: | CORPORATION | Owner Phone: | |
| FIPS Code: | COLLIN | Municipality Name: | COLLIN |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | HICKORY HILLS |
| APN Sequence Number: | 1 | Property Indicator: | DUPLEX, TRIPLEX, QUADPLEX |
| Unformatted APN: | R155400202701 | Land Use: | DUPLEX |
| Formatted APN: | R-1554-002-0270-1 | Homestead Exemption: | |
| Original APN: | R155400202701 | Land Square Footage: | 3485 |
| Account Number: | 1654622 | Lot Number: | 27A |
| Acres: | 0.0800 | Block Number: | 2 |
| Range: | | Legal Description: | HICKORY HILLS (CFR), BLK 2, LOT 27A |
| Calculated Land Value: | $18,000.00 | Market Land Value: | $18,000.00 |
| Calculated Improvement Value: | $82,808.00 | Market Improvement Value: | $82,808.00 |

**KAPITUS EX. 13 - 005**

**Kapitus_000005**

| | | | |
|---|---|---|---|
| Calculated Total Value: | $100,808.00 | Market Total Value: | $100,808.00 |
| Assessed Land Value: | $18,000.00 | Valuation Method: | |
| Assessed Improvement Value: | $82,808.00 | Total Value Calculated Indicator: | ASSESSED |
| Assessed Total Value: | $100,808.00 | Year Sold to State: | |
| Tax Year: | 2012 | Appraised Land Value: | |
| Tax Amount: | $2,226.05 | Appraised Improvement Value: | |
| | | Appraised Total Value: | $100,808.00 |
| Tax Code Area: | GCN | Number of Buildings: | 1 |
| Year Built: | 1995 | Style/Shape: | |
| Lot Area: | 3485RESIDENTIAL DUPLEX | Number of Stories: | 2.00 |
| Building Code: | DUPLEX | Number of Units: | |
| Improvement Type: | | Construction Type: | FRAME |
| Living Square Feet: | 1640 | Construction Quality: | |
| Total Number of Rooms: | 6 | Exterior Wall Type: | BRICK |
| Number of Bedrooms: | 3 | Roof Type: | GABLE |
| Number of Bathrooms: | 3.00 | Foundation Type: | SLAB |
| Full Baths: | 2 | Heat: | CENTRAL |
| Fireplace: | YES | A/C Type: | AC CENTRAL |
| Garage Type: | ATTACHED GARAGE | Deed Type: | GRANT DEED |
| Sale Date: | 11/08/2007 | Type of Sale: | RESALE |
| Seller Name: | OWNER RECORD | Sale Code: | |
| Sale Price: | | Document Number: | 1200540 |
| Number of Parcels: | | Recording Page: | |
| Recording Date: | 10/08/2008 | Title Company: | |
| Recording Book: | | Mortgage Amount: | |
| Document Number: | 1559200 | Multiple Parcel Sale: | |
| Sale Date: | 11/08/2007 | Number of Parcels: | |
| Sale Price: | | Recording Date: | 11/19/2007 |
| Sale Code: | | Recording Book: | |
| Deed Type: | | Recording Page: | |
| Type of Sale: | | | |

**DEED TRANSFER** - COLLIN County      11/08/2007

| | | | |
|---|---|---|---|
| Situs Address: | 8290 HICKORY ST FRISCO, TX 75034-5501 | Mailing Address: | |
| Owner: | TWIN OAKS ENDEAVORS LLC | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | COMPANY / CORPORATION |
| Absentee Owner: | | Corporate Owner: | CORPORATE OWNER |
| | | Partial Interest: | |
| Additional Owner 1: | TWIN OAKS ENDEAVORS LLC | Additional Owner 2: | |
| Owner 1 Relationship: | | Owner 2 Relationship: | |
| Ownership 1 Rights: | COMPANY / CORPORATION | Ownership 2 Rights: | |
| Property Type: | DUPLEX, TRIPLEX, QUADPLEX | Land Use: | DUPLEX |
| Building Square Feet: | 2026 | APN Sequence Number: | 001 |
| Unformatted APN: | R155400202701 | Formatted APN: | R-1554-002-0270-1 |
| Original APN: | R-1554-002-0270-1 | Formatted APN - IRIS: | R-1554-002-0270-1-S |
| FIPS Code: | COLLIN | FIPS State Code: | TEXAS |

**KAPITUS EX. 13 - 006**

**Kapitus_000006**

| | | | |
|---|---|---|---|
| Municipality: | | Account Number: | 1654622 |
| County: | COLLIN | State: | |
| Transaction Date: | 11/08/2007 | Seller Name: | INGRAM PROPERTIES INC |
| Recording Date: | 11/19/2007 | Sale Price: | |
| Document Number: | 1559200 | Type of Transaction: | RESALE |
| Book/Page: | | Deed Type: | SPECIAL WARRANTY DEED |

| | | | |
|---|---|---|---|
| Mortgage Amount: | | Mortgage Type: | |
| Mortgage Term: | | Mortgage Deed Type: | |
| Mortgage Date: | | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | | Lender Address: | |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | CASH |
| Title Company: | CAPITAL TITLE | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

## Report section(s) with no matches

Possible Death Records, Possible Other SSNs Associated with Subject, Possible Other Records/Names Associated with Subject's SSN, Possible Work Affiliations, Possible SSN & Current Address Fraud Alerts, Possible Real-Time Vehicles, Possible Waterfront Residency, Possible Foreclosures, Possible FAA Aircraft Registrations, Possible Unclaimed Assets, Possible Criminal Records, Warrants & Traffic Citations, Possible Arrests, Possible Real-Time Incarceration & Arrest Records, Possible Infractions, Possible UCC Filings, Possible Bankruptcies, Possible Liens & Judgments, Possible Lawsuits, Possible Dockets, Possible Military Records, Possible Licenses, Possible Business Affiliations, Possible Significant Shareholders, Possible Political Donors, Possible Voter Registrations, Possible Marriages, Possible Divorces

Report Section Summary                                                          2
User Search Terms                                                              2
Subject                                                                       2
Possible Addresses Associated with Subject                                    3
Utility Services                                                              7
SSN & Current Address Fraud Alerts                                            8
Quick Analysis Flags                                                          8
Phone Listings for Subject's Addresses                                        9
Driver's Licenses                                                            10
Professional & Recreational Licenses                                         10
Voter Registrations                                                          10
Businesses Registered at Subject's Addresses                                 10
UCC Filings                                                                  31
Real Property & Deed Transfers                                               32
Property Owners of Subject's Addresses                                       35
Real-Time Vehicles                                                           39
Vehicles Registered to Subject                                               48
Watercraft                                                                  146
Relatives                                                                   149
Associates                                                                  169
Associate Analytics Chart                                                   185
Neighbor Listings for Subject's Address                                     186
Report section(s) with no matches                                          192

**KAPITUS EX. 13 - 008**

**Kapitus_000008**

## Report Section Summary

User Search Terms (1)

Subject (1)

Possible Addresses Associated with Subject (33)

Utility Services (4)

SSN & Current Address Fraud Alerts (1)

Quick Analysis Flags (1)

Phone Listings for Subject's Addresses (4)

Driver's Licenses (1)

Professional & Recreational Licenses (1)

Voter Registrations (1)

Businesses Registered at Subject's Addresses (25)

UCC Filings (1)

Real Property & Deed Transfers (3)

Property Owners of Subject's Addresses (4)

Real-Time Vehicles (16)

Vehicles Registered to Subject (41)

Watercraft (7)

Relatives (21)

Associates (17)

Associate Analytics Chart (1)

Neighbor Listings for Subject's Address (3)

## User Search Terms

**SSN:**         ██████XXXX

## Subject

**BRIDGES, DWAYNE**

| | |
|---|---|
| **SSN:** | ██████XXXX - issued in LA between 1979-1980 |
| **Gender:** | MALE |

**AKAs:**

1) BRIDGES, DWAYNE PAUL (DOB ████ 1972)
2) BRIDGES, DWAYNE P (██████XXXX; DOB: ████ 1972)
3) BRIDGES, DWAYNE P
4) BRIDGES, DWAYNE P (██████XXXX)
5) BRIDGES, DWYANE
6) BRIDGE, DWAYNE P
7) BRIDGS, DWAYNE
8) BRIDGES, DWAYNE (████-XXXX)
9) BRIDGES, DWAYNE P (████-XXXX)
10) BRIDGES, DWAYNE PAUL (████-XXXX)
11) BRIDGES, DWYANE (████-XXXX)
12) BRIDGES, DWAYNE NULL (████-XXXX)
13) BRIDGES, DEWAYNE (████-XXXX)

**KAPITUS EX. 13 - 009**

**Kapitus_000009**

14) BRIDGES, DWAUYNE (█████XXXX)
15) BRIDGE, DWAYNE P (█████XXXX)
16) BRIDGS, DWAYNE (████XXXX)
17) BRIDGES, DWAINE (████XXXX)
18) BRINGES, DWAYNE (████XXXX)
19) DWAYNE, BRIDGE
20) DWAYNE, P BRIDGES
21) BRIDGES, DWYANE P (█████XXXX)

**DOB (Age):** ████1972 (43)
**Spouse Name:** DANA

**Drivers License?** **YES** (TX; **DL Number:** ████████)

**Marriage(s)?** **NO**              **Divorce(s)?** **NO**

**Professional License(s)?** **YES**      **Recreational License(s)?** **YES**
                                1.) (FISH) (FLORIDA)

**Work Affiliation(s)?** **NO**

## Possible Addresses Associated with Subject

| Address | Source(s) | Reported Date(s) |
|---|---|---|
| 1) 628 DESTIN DRIVE | Experian Gateway | 07/03/2010 - 12/15/2015 |
| FORT WORTH, TX 76131 | Utility Listing | 08/01/2010 - 09/20/2015 |
| TARRANT COUNTY | Experian | 07/03/2010 - 08/13/2015 |
| Phone: (817) 980-9732 | Phone Record | 05/15/2015 - 05/15/2015 |
| Line Type: Cellular | TransUnion Gateway | 02/01/1993 - 05/14/2014 |
| Phone: (817) 439-3599 | Driver's Licenses | 06/28/2010 - 06/28/2010 |
| Line Type: Residence | Voters | Not Available |
| Phone: (682) 224-5457 | Tax Roll | Not Available |
|  | Deed | Not Available |

**KAPITUS EX. 13 - 010**

**Kapitus_000010**



| | | | |
|---|---|---|---|
| 2) | 1045 GREEN RIDGE TER<br>SAGINAW, TX 76179-3405<br>TARRANT COUNTY | Household Listing<br>Deed | 01/01/2014 - 06/30/2014<br>Not Available |
| 3) | 1150 BLUE MOUND RD W<br>HASLET, TX 76052-3859<br>TARRANT COUNTY | Experian | 01/23/2014 - 06/05/2014 |
| 4) | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | Utility Listing<br>TransUnion<br>Voters | 10/28/2013 - 03/03/2014<br>03/01/2010 - 03/01/2010<br>Not Available |
| 5) | 11238 BLUE JAY LN<br>DENHAM SPRINGS, LA<br>70726-1677<br>LIVINGSTON COUNTY | Experian<br>Experian Gateway | 02/05/2009 - 01/06/2010<br>02/05/2009 - 01/06/2010 |
| 6) | 8290 HICKORY ST<br>FRISCO, TX 75034-5501<br>COLLIN COUNTY | Experian | 11/18/2009 - 11/18/2009 |
| 7) | 1065 ADAMS DR<br>DENHAM SPRINGS, LA<br>70726<br>LIVINGSTON COUNTY | Experian | 01/07/2009 - 01/07/2009 |
| 8) | 17210 OLIVE DR<br>LIVINGSTON, LA<br>70754-2155<br>LIVINGSTON COUNTY | Experian<br>Experian Gateway<br>Phone Record | 05/23/2007 - 04/03/2008<br>05/23/2007 - 04/03/2008<br>02/01/2008 - 02/01/2008 |

**KAPITUS EX. 13 - 011**

Phone: (225) 686-3363
Phone: (225) 686-0684

9)    17080 LISA DR      Experian      01/03/2007 - 05/08/2007
     LIVINGSTON, LA      Experian Gateway      01/03/2007 - 05/08/2007
     70754-2124
     LIVINGSTON COUNTY

10)    17650 MELANCON RD      Experian      01/07/2005 - 03/22/2007
     LIVINGSTON, LA      Experian Gateway      01/07/2005 - 03/22/2007
     70754-3001
     LIVINGSTON COUNTY

11)    30260 EDEN CHURCH RD      Experian      09/11/2004 - 02/28/2007
     DENHAM SPRINGS, LA      Experian Gateway      09/11/2004 - 02/28/2007
     70726-7761
     LIVINGSTON COUNTY

12)    10065 ADAM DR      Experian      10/05/2006 - 10/05/2006
     DENHAM SPRINGS, LA
     70726-7722
     LIVINGSTON COUNTY

13)    18273 TABONY LN      Experian      03/31/2006 - 08/07/2006
     LIVINGSTON, LA      Experian Gateway      03/31/2006 - 08/07/2006
     70754-3227
     LIVINGSTON COUNTY

14)    16352 OLD HAMMOND      Experian      04/24/1999 - 03/26/2005
     HWY TRLR 63
     BATON ROUGE, LA
     70816-1718
     EAST BATON ROUGE
     COUNTY

15)    16352 OLD HAMMOND      Experian Gateway      04/24/1999 - 03/26/2005
     HWY
     BATON ROUGE, LA
     70816-1718
     EAST BATON ROUGE
     COUNTY

16)    31531 LINDER RD LOT      Experian      11/11/2003 - 06/16/2004
     101
     DENHAM SPRINGS, LA
     70726-8504
     LIVINGSTON COUNTY

**KAPITUS EX. 13 - 012**

17)  31531 LINDER RD          Experian Gateway          11/11/2003 - 06/16/2004
     DENHAM SPRINGS, LA
     70726-8504
     LIVINGSTON COUNTY

18)  28381 LA HIGHWAY 16       Experian                 01/28/2004 - 01/28/2004
     DENHAM SPRINGS, LA        Experian Gateway          01/28/2004 - 01/28/2004
     70726-7836
     LIVINGSTON COUNTY

19)  12525 COURSEY BLVD        Experian                 02/18/2002 - 02/18/2002
     APT 1017
     BATON ROUGE, LA
     70816-4503
     EAST BATON ROUGE
     COUNTY

20)  9921 GREAT SMOKEY         Experian                 01/29/2002 - 01/29/2002
     AVE
     BATON ROUGE, LA
     70814-4326
     EAST BATON ROUGE
     COUNTY

21)  9921 GREAT SMOKEY         Experian Gateway          01/29/2002 - 01/29/2002
     AVE
     BATON ROUGE, LA
     70814-4326
     EAST BATON ROUGE
     COUNTY

22)  3543 YORKFIELD DR APT     Experian                 11/07/2000 - 11/07/2000
     A
     BATON ROUGE, LA
     70816-3275
     EAST BATON ROUGE
     COUNTY

23)  4131 BLOUNT RD            Experian                 02/02/1995 - 11/05/1998
     BATON ROUGE, LA           Historic Credit Bureau    01/01/1994 - 12/31/1994
     70807-2320
     EAST BATON ROUGE
     COUNTY

24)  254 DILLON DR # B         Experian                 10/06/1998 - 10/06/1998
     DYERSBURG, TN
     38024-8674
     DYER COUNTY

**KAPITUS EX. 13 - 013**

**Kapitus_000013**

| 25) | 200 CATHERINE ST<br>STARKVILLE, MS<br>39759-2306<br>OKTIBBEHA COUNTY | Experian | 06/03/1998 - 06/03/1998 |
|---|---|---|---|
| 26) | 39479 HIGHWAY 42<br>PRAIRIEVILLE, LA<br>70769-4612<br>ASCENSION COUNTY | Experian | 08/20/1997 - 10/16/1997 |
| 27) | 9477 SMITH LN TRLR 80<br>BATON ROUGE, LA 70818<br>EAST BATON ROUGE<br>COUNTY | Experian | 01/28/1997 - 01/28/1997 |
| 28) | 916 LOUISVILLE ST #<br>TR159<br>STARKVILLE, MS<br>39759-3857<br>OKTIBBEHA COUNTY | Experian | 03/18/1994 - 01/14/1996 |
| 29) | 1000 LOUISVILLE ST<br>STARKVILLE, MS<br>39759-3937<br>OKTIBBEHA COUNTY | Historic Credit Bureau | 01/01/1994 - 12/31/1994 |
| 30) | RR1 BOX 824<br>ACKERMAN, MS 39735<br>CHOCTAW COUNTY | Experian | 09/21/1994 - 09/21/1994 |
| 31) | 200 HWY 82 E UNIV HILLS<br>STARKVILLE, MS 39759<br>OKTIBBEHA COUNTY | Historic Credit Bureau | 01/01/1993 - 12/31/1993 |
| 32) | 200 HIGH WAY 82 E<br>STARKVILLE, MS 39759<br>OKTIBBEHA COUNTY | Experian | 03/06/1993 - 12/19/1993 |
| 33) | RR 1 POB 824<br>ACKERMAN, MS 39735<br>CHOCTAW COUNTY | Historic Credit Bureau | Not Available |

## Utility Services

| Name: | BRIDGES, DWAYNE P | Driver's License (State & Number): | |
|---|---|---|---|
| SSN(s): | | Partial SSN(s): | |

**KAPITUS EX. 13 - 014**

**Kapitus_000014**

| | | | |
|---|---|---|---|
| **Service Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | **Billing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 09/20/2015 | **Reported Date:** | 09/20/2015 |
| **Utility Service(s):** | CONVENIENCE | | |

| | | | |
|---|---|---|---|
| **Name:** | BRIDGES, DWAYNE | **Driver's License (State & Number):** | |
| **SSN(s):** | ████XXXX | **Partial SSN(s):** | ████XXXX |
| **Service Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | **Billing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 03/03/2014 | **Reported Date:** | 12/13/2013 |
| **Utility Service(s):** | CONVENIENCE | | |

| | | | |
|---|---|---|---|
| **Name:** | BRIDGES, DWAYNE | **Driver's License (State & Number):** | |
| **SSN(s):** | ████XXXX | **Partial SSN(s):** | ████XXXX |
| **Service Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | **Billing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 10/28/2013 | **Reported Date:** | 10/30/2013 |
| **Utility Service(s):** | CELLULAR PHONE | | |

| | | | |
|---|---|---|---|
| **Name:** | BRIDGES, DWAYNE P | **Driver's License (State & Number):** | |
| **SSN(s):** | ████XXXX | **Partial SSN(s):** | ████XXXX |
| **Service Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | **Billing Address:** | |
| **Service Address Phone:** | | **Work Phone:** | |
| **Service Connect Date:** | 08/01/2010 | **Reported Date:** | 08/25/2010 |
| **Utility Service(s):** | OTHER | | |

## SSN & Current Address Fraud Alerts

**ADDRESS ALERTS**

**ADDRESS:**
628 DESTIN DRIVE FORT WORTH, TX 76131

| **Indicator** | **Description** |
|---|---|
| ONFILE ADDRESS: NON-RESIDENTIAL | One of the consumer's onfile addresses is a business |

## Quick Analysis Flags

POSSIBLE QUICK ANALYSIS FLAGS

| | |
|---|---|
| Associate with OFAC, Global Sanction or PEP listing | No |
| OFAC listing | No |

| | |
|---|---|
| Global Sanctions | No |
| Residential Address Used as a Business Address | No |
| Prison Address on Record | No |
| P.O. Box listed as Address | No |
| Bankruptcy | No |
| Associate or Relative With a Residential Address Used as a Business Address | YES |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative with P.O. Box listed as Address | YES |
| Criminal Record | No |
| Multiple SSNs | No |
| SSN Matches multiple individuals | YES |
| SSN Recorded as Deceased | No |
| Age Younger than SSN Issue Date | No |
| Address 1ST Reported <90 Days | YES |
| SSN Format is Invalid | No |
| Healthcare Sanction | No |
| Telephone Number Inconsistent with Address | No |
| Arrest Record | No |

## Phone Listings for Subject's Addresses

628 DESTIN DR FORT WORTH, TX 76131
TARRANT COUNTY

| Phone # | Name |
|---|---|
| (682) 224-5457 | BRIDGES, DANA |

1150 BLUE MOUND RD W HASLET, TX 76052
TARRANT COUNTY

| Phone # | Name |
|---|---|
| (817) 439-3599 | BRIDGES, DEWAYNE |

628 DESTIN DR FORT WORTH, TX 76131
TARRANT COUNTY

| Phone # | Name |
|---|---|
| (682) 224-5457 | BRIDGES, DANA |

18273 TABONY LN LIVINGSTON, LA 70754
LIVINGSTON COUNTY

| Phone # | Name |
|---|---|
| (225) 698-3737 | BRIDGES, NICOLE |
| (225) 686-9338 | BRIDGES, NICOLE |
| (225) 698-3737 | BRIDGES, NICOLE |
| (225) 686-9338 | BRIDGES, NICOLE |

**KAPITUS EX. 13 - 016**

Kapitus_000016

## Driver's Licenses

628 DESTIN DRIVE, FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| **Name:** | BRIDGES, DWAYNE PAUL | **SSN:** | |
| **DOB:** | ████ 1972 | **DOD:** | None |
| **DL Number:** | ████ | **Personal ID Number:** | |
| **Issue State:** | TX | **Report Date:** | 07/06/2010 |
| **License Type:** | DRIVER LICENSE | | |
| **Original Issue Date:** | | | |
| **Issue Date:** | 06/28/2010 | **Expiration Date:** | |

## Professional & Recreational Licenses

RECREATIONAL LICENSES

**BRIDGES, DWAYNE PAUL**                    **License Issued:  FLORIDA**

| | |
|---|---|
| **Name:** | BRIDGES, DWAYNE PAUL |
| **Maiden / Prior Names :** | |
| **Address:** | 628 DESTIN DRIVE |
| | FORT WORTH, TX 76131 |
| **Mailing Address:** | |
| **Home Phone:** | (817) 980-9732 |
| **Work Phone:** | |
| **Other Phone:** | |
| **Permit / License Number:** | |
| **Permit / License Date:** | 05/22/2015 |
| **Permit Type:** | |
| **Permit Class:** | FISH |

## Voter Registrations

**BRIDGES, DWAYNE PAUL**                    **Registration Issued: TX**

| | | | |
|---|---|---|---|
| **Name:** | BRIDGES, DWAYNE PAUL | **Maiden/Prior Names:** | |
| **Address:** | 628 DESTIN DR | **Mailing Address:** | 628 DESTIN DR |
| | FORT WORTH, TX 76131- | | FORT WORTH, TX 76131- |
| **Phone:** | | | |
| **Birth Date:** | ████ /1972 | **Place of Birth:** | |
| **Age Range:** | | | |
| **Occupation:** | | | |
| **Race:** | | **Gender:** | |
| **Voter ID Number:** | 1192824991 | **Motor Voter ID Number:** | |
| **Registration Date:** | 11/01/2012 | **Last Vote Date:** | |
| **Party Affiliation:** | NON DECLARED | | |

## Businesses Registered at Subject's Addresses

**KAPITUS EX. 13 - 017**

Kapitus_000017

## HASLET, TX 76052

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | IDESIGNTSHIRTS, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2015 | | |
| **Business Address:** | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | **Phone:** | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CHRISM EVANS | **Executive Title:** | DIRECTOR |
| **Line of Business:** | BUSINESS SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7389 | **SIC Description:** | BUSINESS SERVICES, NEC, NSK |
| **Primary SIC:** | 7389 1800 | **SIC Description:** | DESIGN SERVICES |
| **Annual Sales:** | $62,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 04-442-1644 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 11/15/2015 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | LONE STAR DEDICATED LOGISTICS LLC | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2012 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 306-4900 |

| | | | |
|---|---|---|---|
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | DAVID MAGARIN | Executive Title: | MEMBER |
| Line of Business: | FREIGHT TRANSPORTATION ARRANGEMENT | Industry Group: | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |
| Primary SIC: | 4731 | SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT, NSK |
| Primary SIC: | 4731 0000 | SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT, NSK |
| Annual Sales: | $550,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 4 | Employees Here: | 4-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 02-729-8867 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 11/15/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | P. B. INDUSTRIES, INC. | Related Name(s): | |
| Date of Incorporation: | 10/01/1996 | State of Incorporation: | TX |
| Year Started: | | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 439-2272 |
| County: | TARRANT COUNTY | | |
| Executive Name: | CHANTAL GALLOWAY | Executive Title: | TERMINAL MANAGER |
| Line of Business: | LOCAL TRUCKING-WITH STORAGE | Industry Group: | TRANSPORATION, COMMUNICATION, |

**KAPITUS EX. 13 - 019**

Kapitus_000019

| | | | |
|---|---|---|---|
| **Primary SIC:** | 4214 | **SIC Description:** | ELECTRIC, GAS, AND SANITARY SERVICES LOCAL TRUCKING WITH STORAGE, NSK |
| **Primary SIC:** | 4214 0000 | **SIC Description:** | LOCAL TRUCKING WITH STORAGE, NSK |
| **Annual Sales:** | | **Annual Sales Revision Date:** | |
| **1-Yr-Ago:** | | | |
| **3-Yr-Ago:** | | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | | **Employees Here:** | 5-ACTUAL |
| **1-Yr-Ago:** | | **Employment Growth:** | % |
| **3-Yr-Ago:** | | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | BRANCH LOCATION | **Establishment Is:** | US OWNED |
| **DUNS:** | 78-345-9329 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | P. B. INDUSTRIES INC. | **Ultimate Company DUNS Number:** | 16-104-7238 |
| **Headquarters Company Name:** | P. B. INDUSTRIES INC. | **Headquarters Company DUNS Number:** | 16-104-7238 |
| **Last Update to Record:** | 11/15/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | TBC PARTS AND EQUIPMENT SERVICES | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2010 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 395-2082 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | FRANKIE BERNARD | **Executive Title:** | OWNER |
| **Line of Business:** | PARTS AND EQUIPMENT SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7359 | **SIC Description:** | EQUIPMENT RENTAL AND LEASING, NEC |
| **Primary SIC:** | 7359 0000 | **SIC Description:** | EQUIPMENT RENTAL AND LEASING, NEC, NSK |
| **Annual Sales:** | $110,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |

KAPITUS EX. 13 - 020

Kapitus_000020

| | | | |
|---|---|---|---|
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ACTUAL |
| **1-Yr-Ago:** | 2 | **Employment Growth:** | % |
| **3-Yr-Ago:** | 2 | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 01-814-4635 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 11/15/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | DECORATIVE CONCRETE SUPPLY | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | | | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 439-8884 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | SCOTT KREIGER | **Executive Title:** | BRANCH MANAGER |
| **Line of Business:** | RET LUMBER/BUILDING MATERIALS WHOL BRICK/STONE MATERIAL | **Industry Group:** | RETAIL TRADE |
| **Primary SIC:** | 5211 | **SIC Description:** | LUMBER AND OTHER BUILDING MATERIALS, NSK |
| **Primary SIC:** | 5211 0503 | **SIC Description:** | CONCRETE AND CINDER BLOCK |
| **Secondary SIC:** | 5032 | **SIC Description:** | BRICK, STONE, AND RELATED MATERIAL |
| **Secondary SIC:** | 5032 0500 | **SIC Description:** | CONCRETE AND CINDER BUILDING PRODUCTS |
| **Annual Sales:** | | **Annual Sales Revision Date:** | |
| **1-Yr-Ago:** | | | |
| **3-Yr-Ago:** | | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | | **Employment Growth:** | |

**KAPITUS EX. 13 - 021**

Kapitus_000021

%

| | | | |
|---|---|---|---|
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | BRANCH LOCATION | Establishment Is: | US OWNED |
| DUNS: | 05-279-1786 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | DECORATIVE CONCRETE SUPPLY | Ultimate Company DUNS Number: | 10-345-0818 |
| Headquarters Company Name: | DECORATIVE CONCRETE SUPPLY | Headquarters Company DUNS Number: | 10-345-0818 |
| Last Update to Record: | 11/08/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | SIMPLE METRIC PRODUCTS, INC. | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2011 | | |
| Business Address: | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | Phone: | (817) 701-6689 |
| County: | TARRANT COUNTY | | |
| Executive Name: | DANIEL J STEWART | Executive Title: | EXECUTIVE DIRECTOR |
| Line of Business: | GENERAL AUTO REPAIR | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7538 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Primary SIC: | 7538 0000 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Annual Sales: | $124,878-ESTIMATED | Annual Sales Revision Date: | 10/21/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 3 | Employees Here: | 3-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION | Establishment Is: | US OWNED |

**KAPITUS EX. 13 - 022**

Kapitus_000022

SMALL BUSINESS

| | |
|---|---|
| DUNS: | 02-297-2873 |
| Parent Company Name: | Parent Company DUNS Number: |
| Ultimate Company Name: | Ultimate Company DUNS Number: |
| Headquarters Company Name: | Headquarters Company DUNS Number: |
| Last Update to Record: | 10/20/2015 |

### 1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY

| | | | |
|---|---|---|---|
| Business Name: | RENEE RIDLEY | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2008 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 366-6534 |
| County: | TARRANT COUNTY | | |
| Executive Name: | RENEE RIDLEY | Executive Title: | PRINCIPAL |
| Line of Business: | BUSINESS SERVICES AT NON-COMMERCIAL SITE | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 9999 | SIC Description: | BUSINESS SERVICES AT NON-COMMERCIAL SITE |
| Annual Sales: | $74,224-ESTIMATED | Annual Sales Revision Date: | 10/15/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 2 | Employees Here: | 2-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 02-045-6069 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 10/14/2015 | | |

**KAPITUS EX. 13 - 023**

Kapitus_000023

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | G M XPRESS | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2010 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 847-7181 |
| County: | TARRANT COUNTY | | |
| Executive Name: | RAMIRO GUERRA | Executive Title: | PRINCIPAL |
| Line of Business: | PROFESSIONAL ORGANIZATION | Industry Group: | SERVICES - PROFESSIONAL |
| Primary SIC: | 8621 | SIC Description: | PROFESSIONAL ORGANIZATIONS |
| Primary SIC: | 8621 0000 | SIC Description: | PROFESSIONAL ORGANIZATIONS, NSK |
| Annual Sales: | $69,586-ESTIMATED | Annual Sales Revision Date: | 10/13/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 2 | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION | Establishment Is: | US OWNED |
| DUNS: | 05-436-6655 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 10/12/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | GARLEY'S GARAGE | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2013 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 439-8113 |
| County: | | | |

**KAPITUS EX. 13 - 024**

Kapitus_000024

TARRANT COUNTY

| | | | |
|---|---|---|---|
| Executive Name: | ADAM GARLEY | Executive Title: | PRINCIPAL |
| Line of Business: | GENERAL AUTO REPAIR | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7538 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Primary SIC: | 7538 0000 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Annual Sales: | $100,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 2 | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 02-588-0598 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 10/04/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052
TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | LICENSE TO CHILL HEATING AND AIR INC. | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2014 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 439-3599 |
| County: | TARRANT COUNTY | | |
| Executive Name: | DWAYNE BRIDGES | Executive Title: | PRINCIPAL |
| Line of Business: | PLUMBING/HEATING/AIR COND CONTRACTOR | Industry Group: | CONSTRUCTION |
| Primary SIC: | 1711 | SIC Description: | PLUMBING, HEATING, AIR-CONDITIONING, NSK |
| Primary SIC: | 1711 0103 | SIC Description: | HEATING SYSTEMS REPAIR AND |

**KAPITUS EX. 13 - 025**

Kapitus_000025

MAINTENANCE

| | | | |
|---|---|---|---|
| Annual Sales: | $1,100,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 15 | Employees Here: | 15-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 03-959-0332 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 09/22/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | CHRISTIAN CABLE GROUP, INC. | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2001 | | |
| Business Address: | 1150 BLUE MOUND RD W | Phone: | (817) 439-5107 |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | CARLITA GRIFFITH | Executive Title: | PRESIDENT |
| Executive Name: | JODI SNOW | Executive Title: | OFFICE MANAGER |
| Executive Name: | GENE GRIFFITH | Executive Title: | PROJECT MANAGER |
| Line of Business: | ELECTRICAL CONTRACTOR | Industry Group: | CONSTRUCTION |
| Primary SIC: | 1731 | SIC Description: | ELECTRICAL WORK, NSK |
| Primary SIC: | 1731 0301 | SIC Description: | CABLE TELEVISION INSTALLATION |
| Annual Sales: | $1,200,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 12 | Employees Here: | 12-ACTUAL |

KAPITUS EX. 13 - 026

Kapitus_000026

| | | | |
|---|---|---|---|
| **1-Yr-Ago:** | 12 | **Employment Growth:** | 20% |
| **3-Yr-Ago:** | 10 | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | 1600 | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 10-093-7866 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 09/22/2015 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | SANDERSON ELECTRIC, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2010 | | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 332-5552 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | MIKE SANDERSON | **Executive Title:** | OWNER |
| **Executive Name:** | SHARON SANDERSON | **Executive Title:** | INFORMATION TECHNOLOGY MANAGER |
| **Line of Business:** | ELECTRICAL CONTRACTOR | **Industry Group:** | CONSTRUCTION |
| **Primary SIC:** | 1731 | **SIC Description:** | ELECTRICAL WORK, NSK |
| **Primary SIC:** | 1731 0000 | **SIC Description:** | ELECTRICAL WORK, NSK |
| **Annual Sales:** | $380,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 8 | **Employees Here:** | 8-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION | **Establishment Is:** | US OWNED |

**KAPITUS EX. 13 - 027**

Kapitus_000027

SMALL BUSINESS

DUNS:                    05-336-6226

Parent Company Name:                              Parent Company DUNS
                                                  Number:

Ultimate Company Name:                            Ultimate Company DUNS
                                                  Number:

Headquarters Company                              Headquarters Company
Name:                                             DUNS Number:

Last Update to Record:   09/15/2015


**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

Business Name:           NEW LINE PLUMBING      Related Name(s):
                         SERVICES LLC

Date of Incorporation:                           State of Incorporation:

Year Started:            2008

Business Address:        1150 BLUE MOUND RD     Phone:                 (817) 439-5637
                         W
                         HASLET, TX 76052

County:                  TARRANT COUNTY

Executive Name:          DAVID P WORTHY         Executive Title:       PRINCIPAL

Line of Business:        PLUMBING/HEATING/AIR   Industry Group:        CONSTRUCTION
                         COND CONTRACTOR

Primary SIC:             1711                   SIC Description:        PLUMBING, HEATING,
                                                                       AIR-CONDITIONING, NSK

Primary SIC:             1711 0200              SIC Description:        PLUMBING CONTRACTOR

Annual Sales:            $110,000-ESTIMATED     Annual Sales Revision Date:  07/16/2015

1-Yr-Ago:                $ NOT AVAILABLE

3-Yr-Ago:                $ NOT AVAILABLE

Sales Growth:            %                      Sales Territory:       LOCAL

Number of Accounts:                             Net Worth:

Employees Total:         1                      Employees Here:        1-ACTUAL

1-Yr-Ago:                1                      Employment Growth:     %

3-Yr-Ago:                1

MSA Code:                2800                    MSA Name:             FORT
                                                                       WORTH-ARLINGTON, TX

Square Footage:                                 Occupancy Type:

Bank Name:                                      Bank DUNS Number:

Accounting Firm:

Business Is A:           SINGLE LOCATION        Establishment Is:      US OWNED
                         SMALL BUSINESS

DUNS:                    01-446-1884

Parent Company Name:                             Parent Company DUNS
                                                 Number:

Ultimate Company Name:                           Ultimate Company DUNS
                                                 Number:

Headquarters Company                             Headquarters Company
Name:                                            DUNS Number:

Last Update to Record:   09/13/2015

**KAPITUS EX. 13 - 028**

Kapitus_000028

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | PREOWNED CARS OF HASLETT | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2014 | | |
| Business Address: | 1150 BLUE MOUND RD W | Phone: | |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | DAVID MAGARIN | Executive Title: | PRINCIPAL |
| Line of Business: | RET NEW/USED AUTOMOBILES | Industry Group: | RETAIL TRADE |
| Primary SIC: | 5511 | SIC Description: | NEW AND USED CAR DEALERS, NSK |
| Primary SIC: | 5511 0000 | SIC Description: | NEW AND USED CAR DEALERS, NSK |
| Annual Sales: | $170,008-ESTIMATED | Annual Sales Revision Date: | 09/11/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 3 | Employees Here: | 3-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION | Establishment Is: | US OWNED |
| DUNS: | 06-780-4697 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 09/06/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | THE MANLEY DESIGN TEAM LLC | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2014 | | |
| Business Address: | 1150 BLUE MOUND RD | Phone: | |

**KAPITUS EX. 13 - 029**

Kapitus_000029

W
HASLET, TX 76052

| | | | |
|---|---|---|---|
| County: | TARRANT COUNTY | | |
| Executive Name: | JENNIFER MANLEY | Executive Title: | PRINCIPAL |
| Line of Business: | BUSINESS SERVICES | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 1800 | SIC Description: | DESIGN SERVICES |
| Annual Sales: | $51,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 1 | Employees Here: | 1-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 07-179-8138 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 09/04/2015 | | |

**1150 BLUE MOUND RD W S, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | HOLLEMAN ENTERPRISES, LLC | Related Name(s): | KONA-ICE NORTHWEST DFW |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2013 | | |
| Business Address: | 1150 BLUE MOUND RD W S | Phone: | (817) 939-9805 |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | PAIGE HOLLEMAN | Executive Title: | MEMBER |
| Executive Name: | STEVE HOLLEMAN | Executive Title: | MANAGING MEMBER |
| Line of Business: | EATING PLACE | Industry Group: | RETAIL TRADE |
| Primary SIC: | 5812 | SIC Description: | EATING PLACES |
| Primary SIC: | 5812 0203 | SIC Description: | ICE CREAM STANDS OR DAIRY BARS |

**KAPITUS EX. 13 - 030**

Kapitus_000030

| | | |
|---|---|---|
| **Annual Sales:** | $85,000-ACTUAL | **Annual Sales Revision Date:** 06/06/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | |
| **Sales Growth:** | % | **Sales Territory:** |
| **Number of Accounts:** | | **Net Worth:** |
| **Employees Total:** | 2 | **Employees Here:** 2-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** % |
| **3-Yr-Ago:** | NOT AVAILABLE | |
| **MSA Code:** | 2800 | **MSA Name:** FORT WORTH-ARLINGTON, TX |

**Square Footage:**   **Occupancy Type:** OWNED

**Bank Name:**   **Bank DUNS Number:**

**Accounting Firm:**

**Business Is A:** SINGLE LOCATION SMALL BUSINESS   **Establishment Is:** US OWNED

**DUNS:** 07-876-7005

**Parent Company Name:**   **Parent Company DUNS Number:**

**Ultimate Company Name:**   **Ultimate Company DUNS Number:**

**Headquarters Company Name:**   **Headquarters Company DUNS Number:**

**Last Update to Record:** 08/18/2015

---

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | |
|---|---|---|
| **Business Name:** | BODY AND COLORS | **Related Name(s):** |
| **Date of Incorporation:** | | **State of Incorporation:** |
| **Year Started:** | 2005 | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** (682) 433-2625 |
| **County:** | TARRANT COUNTY | |
| **Executive Name:** | JEFFREY SOARES | **Executive Title:** OWNER |
| **Executive Name:** | DOROTHY I HILL | **Executive Title:** OFFICE MANAGER |
| **Line of Business:** | AUTO BODY REPAIR/PAINTING | **Industry Group:** SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7532 | **SIC Description:** TOP AND BODY REPAIR AND PAINT SHOPS |
| **Primary SIC:** | 7532 0202 | **SIC Description:** PAINT SHOP, AUTOMOTIVE |
| **Annual Sales:** | $50,000-ACTUAL | **Annual Sales Revision Date:** 06/06/2015 |
| **1-Yr-Ago:** | $50,000 | |
| **3-Yr-Ago:** | $50,000 | |
| **Sales Growth:** | % | **Sales Territory:** LOCAL |
| **Number of Accounts:** | | **Net Worth:** |
| **Employees Total:** | 2 | **Employees Here:** 2-ACTUAL |
| **1-Yr-Ago:** | 2 | **Employment Growth:** % |
| **3-Yr-Ago:** | 2 | |

**KAPITUS EX. 13 - 031**

Kapitus_000031

| | | | |
|---|---|---|---|
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | 2200 | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 80-079-1100 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 08/09/2015 | | |

## 1130 BLUE MOUND RD W, HASLET, TX 76052
## TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | LIGHTNING OILFIELD SERVICES, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2008 | | |
| **Business Address:** | 1130 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 439-4882 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | MARK S WADDELL | **Executive Title:** | PRESIDENT |
| **Line of Business:** | OIL/GAS FIELD SERVICES | **Industry Group:** | MINING |
| **Primary SIC:** | 1389 | **SIC Description:** | OIL AND GAS FIELD SERVICES, NEC, NSK |
| **Primary SIC:** | 1389 9912 | **SIC Description:** | OIL FIELD SERVICES, NEC |
| **Annual Sales:** | $16,000,000-ESTIMATED | **Annual Sales Revision Date:** | 09/06/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 115 | **Employees Here:** | 33-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | HEADQUARTERS LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 04-148-7015 | | |
| **Parent Company Name:** | | **Parent Company DUNS** | |

**KAPITUS EX. 13 - 032**

Kapitus_000032

| | Number: | |
| Ultimate Company Name: | Ultimate Company DUNS Number: | 04-148-7015 |
| Headquarters Company Name: | Headquarters Company DUNS Number: | |
| Last Update to Record: | 08/07/2015 | |

### 4017 CLAY AVE STE C, HALTOM CITY, TX 76117 TARRANT COUNTY

| | | | |
|---|---|---|---|
| Business Name: | MSO TECHNOLOGIES, INC. | Related Name(s): | XEGSYS |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | | | |
| Business Address: | 4017 CLAY AVE STE C HALTOM CITY, TX 76117 TARRANT COUNTY | Phone: | (817) 439-0385 |
| County: | | | |
| Executive Name: | MIKE NEASE | Executive Title: | CHIEF EXECUTIVE OFFICER |
| Executive Name: | LARRY DEW | Executive Title: | MANAGER |
| Line of Business: | MFG MISC INDUSTRY MACHINERY | Industry Group: | MANUFACTURING |
| Primary SIC: | 3559 | SIC Description: | SPECIAL INDUSTRY MACHINERY, NEC, NSK |
| Primary SIC: | 3559 9939 | SIC Description: | ELECTRONIC COMPONENT MAKING MACHINERY |
| Annual Sales: | | Annual Sales Revision Date: | |
| 1-Yr-Ago: | | | |
| 3-Yr-Ago: | | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | NOT AVAILABLE | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | 20 | Employment Growth: | % |
| 3-Yr-Ago: | 20 | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | RENTED |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | MANUFACTURING LOCATION DIVISION | Establishment Is: | US OWNED |
| DUNS: | 16-834-5218 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | MSO TECHNOLOGIES INC. | Ultimate Company DUNS Number: | 07-516-2276 |
| Headquarters Company Name: | MSO TECHNOLOGIES INC. | Headquarters Company DUNS Number: | 07-516-2276 |
| Last Update to Record: | 08/02/2015 | | |

**KAPITUS EX. 13 - 033**

Kapitus_000033

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | VAREL INTERNATIONAL, INC. | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | | | |
| Business Address: | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | Phone: | (817) 439-1183 |
| County: | TARRANT COUNTY | | |
| Executive Name: | ERIK ROBINSON | Executive Title: | OWNER |
| Executive Name: | MICHAEL SMITH | Executive Title: | SALES STAFF |
| Line of Business: | WHOL INDUSTRIAL EQUIPMENT | Industry Group: | WHOLESALE TRADE |
| Primary SIC: | 5084 | SIC Description: | INDUSTRIAL MACHINERY AND EQUIPMENT |
| Primary SIC: | 5084 0402 | SIC Description: | DRILLING BITS |
| Annual Sales: | | Annual Sales Revision Date: | |
| 1-Yr-Ago: | | | |
| 3-Yr-Ago: | | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | | Employment Growth: | % |
| 3-Yr-Ago: | | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | RENTED |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | BRANCH LOCATION | Establishment Is: | US OWNED |
| DUNS: | 62-378-0876 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | VAREL INTL ENRGY SVCS INC | Ultimate Company DUNS Number: | 82-826-9501 |
| Headquarters Company Name: | VAREL INTERNATIONAL IND LP | Headquarters Company DUNS Number: | 00-731-9437 |
| Last Update to Record: | 08/02/2015 | | |

**3313 HAMPDEN DR, GARLAND, TX 75043**
**DALLAS COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | IN FENCE ME | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2007 | | |
| Business Address: | 3313 HAMPDEN DR | Phone: | (817) 439-2344 |

**KAPITUS EX. 13 - 034**

Kapitus_000034

GARLAND, TX 75043

| | | | |
|---|---|---|---|
| County: | DALLAS COUNTY | | |
| Executive Name: | RHONDA MORRIS | Executive Title: | PRESIDENT |
| Line of Business: | TRADE CONTRACTOR | Industry Group: | CONSTRUCTION |
| Primary SIC: | 1799 | SIC Description: | SPECIAL TRADE CONTRACTORS, NEC, NSK |
| Primary SIC: | 1799 9912 | SIC Description: | FENCE CONSTRUCTION |
| Annual Sales: | $630,000-ESTIMATED | Annual Sales Revision Date: | 08/12/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 6 | Employees Here: | 6-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 1920 | MSA Name: | DALLAS, TX |
| Square Footage: | | Occupancy Type: | RENTED |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 79-590-8164 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 08/02/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | KNUCKLEHEAD DESIGNS, INC. | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2013 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 439-3470 |
| County: | TARRANT COUNTY | | |
| Executive Name: | DANIEL J STEWART | Executive Title: | ADMINISTRATIVE SECRETARY |
| Line of Business: | BUSINESS SERVICES | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 1800 | SIC Description: | DESIGN SERVICES |
| Annual Sales: | $71,000-ESTIMATED | Annual Sales Revision Date: | 08/12/2015 |

**KAPITUS EX. 13 - 035**

**Kapitus_000035**

| | | | |
|---|---|---|---|
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 06-712-0558 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 08/02/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | FALCON TRANSPORT, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | | | |
| **Business Address:** | 1150 BLUE MOUND RD W<br>HASLET, TX 76052<br>TARRANT COUNTY | **Phone:** | (817) 680-2757 |
| **County:** | | | |
| **Executive Name:** | CORY WA | **Executive Title:** | MANAGER |
| **Line of Business:** | TRUCKING OPERATOR-NONLOCAL | **Industry Group:** | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |
| **Primary SIC:** | 4213 | **SIC Description:** | TRUCKING, EXCEPT LOCAL |
| **Primary SIC:** | 4213 9903 | **SIC Description:** | CONTRACT HAULERS |
| **Annual Sales:** | | **Annual Sales Revision Date:** | |
| **1-Yr-Ago:** | | | |
| **3-Yr-Ago:** | | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | | **Employment Growth:** | % |
| **3-Yr-Ago:** | | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT |

**KAPITUS EX. 13 - 036**

**Kapitus_000036**

WORTH-ARLINGTON, TX

| | | | |
|---|---|---|---|
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | BRANCH LOCATION | **Establishment Is:** | US OWNED |
| **DUNS:** | 07-991-4899 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | FALCON TRANSPORT INC. | **Ultimate Company DUNS Number:** | 09-303-0682 |
| **Headquarters Company Name:** | FALCON TRANSPORT INC. | **Headquarters Company DUNS Number:** | 09-303-0682 |
| **Last Update to Record:** | 07/24/2015 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | LONESTAR REPAIR AND PERFORMANCE | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 439-9637 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | WILLIAM GOWER | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | REPAIR SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7699 | **SIC Description:** | REPAIR SERVICES, NEC, NSK |
| **Primary SIC:** | 7699 0000 | **SIC Description:** | REPAIR SERVICES, NEC, NSK |
| **Annual Sales:** | $52,000-ESTIMATED | **Annual Sales Revision Date:** | 08/12/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 01-685-5980 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |

**KAPITUS EX. 13 - 037**

**Kapitus_000037**

**Ultimate Company Name:**

**Ultimate Company DUNS Number:**

**Headquarters Company Name:**

**Headquarters Company DUNS Number:**

**Last Update to Record:** 07/16/2015

**1150 BLUE MOUND RD W, HASLET, TX 76052
TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | RESULTS FITNESS | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2010 | | |
| **Business Address:** | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | **Phone:** | (817) 439-2348 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | A TERI | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | PHYSICAL FITNESS FACILITY | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7991 | **SIC Description:** | PHYSICAL FITNESS FACILITIES |
| **Primary SIC:** | 7991 0000 | **SIC Description:** | PHYSICAL FITNESS FACILITIES, NSK |
| **Annual Sales:** | $150,000-ESTIMATED | **Annual Sales Revision Date:** | 06/06/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 3 | **Employees Here:** | 3-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 05-258-7517 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 11/06/2014 | | |

UCC Filings

**KAPITUS EX. 13 - 038**

**Kapitus_000038**

**ORIGINAL FILE NUMBER:**

| | | | |
|---|---|---|---|
| Original Filing Number: | | Full Original Filing Number: | |
| Filing Number: | 140018884781 | Full Filing Number: | 140018884781 |
| Filing Date: | 06/13/2014 | Expiration Date: | 06/13/2019 |
| Filing Time: | 11:31 | Film Number: | |
| Total Number of Filing Pages: | | Page Count: | 2 |
| Page Number: | | Volume Number: | |
| Filing Method: | | Filing Action: | |
| Filing Type: | FINANCING STATEMENT | Filing Status: | ACTIVE |
| Filing Termination: | | Reference Code: | |
| Filing Date of Cross Reference Filing: | | Cross Reference Filing Number: | 549014930001 |
| Contract Type: | | | |
| Filing State: | TX | | |

| | | | |
|---|---|---|---|
| Filing Office: | SECRETARY OF STATE/UCC DIVISION | | |
| Filing Office Location: | 1019 BRAZOS, SUITE 505 AUSTIN, TX 78701 | Filing County: | |

| | | | |
|---|---|---|---|
| Debtor Name: | DWAYNE BRIDGES | | |
| Debtor Address: | 1150 BLUE MOUND RD W SUITE 103 HASLET, TX 76052 | Debtor Foreign City: | |
| Debtor Country: | USA | Debtor FEIN: | |
| Debtor Business DUNS: | | Debtor Headquarter's DUNS: | |

| | | | |
|---|---|---|---|
| Debtor Name: | JUST CHILLIN HEATING & AIR | | |
| Debtor Address: | 1150 BLUE MOUND RD W SUITE 103 HASLET, TX 76052 | Debtor Foreign City: | |
| Debtor Country: | USA | Debtor FEIN: | |
| Debtor Business DUNS: | | Debtor Headquarter's DUNS: | |

| | | | |
|---|---|---|---|
| Debtor Name: | BRIDGES, DWAYNE | | |
| Debtor Address: | 628 DESTIN DR FORT WORTH, TX 76131 | Debtor Foreign City: | |
| Debtor Country: | USA | Debtor FEIN: | |
| Debtor Business DUNS: | | Debtor Headquarter's DUNS: | |

| | | | |
|---|---|---|---|
| Secured Party Name: | FORA FINANCIAL ADVANCE, LLC | | |
| Secured Party Address: | 242 WEST 36TH STREET 14TH FLOOR NEW YORK, NY 10018 | Secured Party Foreign City: | |
| Secured Party Country: | USA | Secured Party FEIN: | |
| Secured Party Business DUNS: | | Secured Party Headquarter's DUNS: | |

## Real Property & Deed Transfers

**628 DESTIN DR FORT WORTH, TX 76131-4255**

**DEED TRANSFER** - TARRANT County   05/29/2010

| | | | |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR | Mailing Address: | 628 DESTIN DR |

**KAPITUS EX. 13 - 039**

**Kapitus_000039**

FORT WORTH, TX
76131-4255

|  |  |  |  |
|---|---|---|---|
| Owner: | BRIDGES DWAYNE | Co-Owner Name: | |
| Owner Rights: | SINGLE MAN | Owner Relationship: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 2854 | APN Sequence Number: | 001 |
| Unformatted APN: | 40066118 | Formatted APN: | 40066118 |
| Original APN: | 40066118 | Formatted APN - IRIS: | |
| FIPS Code: | TARRANT | FIPS State Code: | TEXAS |
| Municipality: | | Account Number: | 40066118 |
| County: | TARRANT | State: | |
| Transaction Date: | 05/29/2010 | Seller Name: | IRVIN AMY |
| Recording Date: | 06/02/2010 | Sale Price: | |
| Document Number: | 210130532 | Type of Transaction: | RESALE |
| Book/Page: | | Deed Type: | GRANT DEED |
| Mortgage Amount: | | Mortgage Type: | |
| Mortgage Term: | | Mortgage Deed Type: | |
| Mortgage Date: | | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | | Lender Address: | |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | CASH |

**TAX RECORD** - TARRANT County          TAX YEAR 2015

|  |  |  |  |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 |
| Owner: | BRIDGES DWAYNE | Co-Owner: | |
| Additional Name: | BRIDGES DWAYNE | Absentee Owner: | OWNER OCCUPIED |
| Owner Relationship Type: | SINGLE MAN | Owner Corporate Indicator: | |
| Owner Ownership Rights code: | | Owner Phone: | |
| FIPS Code: | TARRANT | Municipality Name: | FORT WORTH |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | FOSSIL PARK ESTATES |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Unformatted APN: | 40066118 | Land Use: | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 40066118 | Homestead Exemption: | |
| Original APN: | 40066118 | Land Square Footage: | 6000 |
| Account Number: | 40066118 | Lot Number: | 68 |
| Acres: | 0.1377 | Block Number: | 5 |

**KAPITUS EX. 13 - 040**

**Kapitus_000040**

| | | | |
|---|---|---|---|
| Range: | | Legal Description: | FOSSIL PARK ESTATES BLOCK 5 LOT 68 |
| Calculated Land Value: | $34,500.00 | Market Land Value: | $34,500.00 |
| Calculated Improvement Value: | $112,500.00 | Market Improvement Value: | $112,500.00 |
| Calculated Total Value: | $147,000.00 | Market Total Value: | $147,000.00 |
| Assessed Land Value: | $34,500.00 | Valuation Method: | |
| Assessed Improvement Value: | $112,500.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $147,000.00 | Year Sold to State: | |
| Tax Year: | 2015 | Appraised Land Value: | $34,500.00 |
| Tax Amount: | $4,798.52 | Appraised Improvement Value: | $112,500.00 |
| Tax Code Area: | 220 | Appraised Total Value: | $147,000.00 |
| Year Built: | 2003 | Number of Buildings: | 1 |
| Lot Area: | 7000006000 | Style/Shape: | |
| Building Code: | | Number of Stories: | 2.00 |
| Improvement Type: | | Number of Units: | |
| Living Square Feet: | 2234 | Construction Type: | |
| Total Number of Rooms: | | Construction Quality: | |
| Number of Bedrooms: | 3 | Exterior Wall Type: | |
| Number of Bathrooms: | 2.00 | Roof Type: | |
| Full Baths: | 2 | Foundation Type: | |
| Fireplace: | | Heat: | CENTRAL |
| Garage Type: | TYPE UNKNOWN | A/C Type: | AC CENTRAL |
| Sale Date: | 05/29/2010 | Deed Type: | GRANT DEED |
| Seller Name: | IRVIN AMY | Type of Sale: | RESALE |
| Sale Price: | | Sale Code: | |
| Number of Parcels: | | Document Number: | 210130532 |
| Recording Date: | 06/02/2010 | Recording Page: | |
| Recording Book: | | Title Company: | |
| Document Number: | 209247570 | Mortgage Amount: | |
| Sale Date: | 09/15/2009 | Multiple Parcel Sale: | |
| Sale Price: | | Number of Parcels: | Y Y |
| Sale Code: | | Recording Date: | 09/16/2009 |
| Deed Type: | | Recording Book: | |
| Type of Sale: | | Recording Page: | |

### 1045 GREEN RIDGE TER SAGINAW, TX 76179-3405

---

**DEED TRANSFER** - TARRANT County    06/04/2014

| | | | |
|---|---|---|---|
| Situs Address: | 1045 GREEN RIDGE TER SAGINAW, TX 76179-3405 | Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 |
| Owner: | BRIDGES DWAYNE P & DANA M | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 1541 | APN Sequence Number: | 001 |
| Unformatted APN: | 04430999 | Formatted APN: | 04430999 |

KAPITUS EX. 13 - 041

Kapitus_000041

| | | | |
|---|---|---|---|
| Original APN: | 04430999 | Formatted APN - IRIS: | |
| FIPS Code: | TARRANT | FIPS State Code: | TEXAS |
| Municipality: | | Account Number: | 4430999 |
| County: | TARRANT | State: | |
| Transaction Date: | 06/04/2014 | Seller Name: | MOORE TIMOTHY G |
| Recording Date: | 06/09/2014 | Sale Price: | $115,625.00 |
| Document Number: | 214119299 | Type of Transaction: | SELLER CARRYBACK |
| Book/Page: | | Deed Type: | GRANT DEED |
| Consideration: | ESTIMATED | Percent Transferred: | |
| | | | |
| Mortgage Amount: | $92,500.00 | Mortgage Type: | PRIVATE PARTY LENDER |
| Mortgage Term: | 30 | Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 06/04/2014 | Mortgage Due Date: | 06/01/2044 |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | MOORE TIMOTHY G | Lender Address: | 302 PINE TREE RD LONGVIEW, TX 75604-4106 |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | MORTGAGE |
| Title Company: | | Seller Carryback: | YES |
| Private Party Lender: | YES | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | | Number of Parcels: | |

## Property Owners of Subject's Addresses

### 628 DESTIN DR FORT WORTH, TX 76131 TARRANT COUNTY

**DEED TRANSFER** - TARRANT County   05/29/2010

| | | | |
|---|---|---|---|
| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | PO BOX 2926 GRAPEVINE, TX 76099-2926 |
| Owner: | IRVIN AMY | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 2854 | APN Sequence Number: | 001 |
| Unformatted APN: | 40066118 | Formatted APN: | 40066118 |
| Original APN: | 40066118 | Formatted APN - IRIS: | |
| FIPS Code: | TARRANT | FIPS State Code: | TEXAS |
| Municipality: | | Account Number: | 40066118 |
| County: | TARRANT | State: | |
| Transaction Date: | 05/29/2010 | Seller Name: | WILSON GERARD |
| Recording Date: | 06/02/2010 | Sale Price: | |
| Document Number: | | Type of Transaction: | |

**KAPITUS EX. 13 - 042**

Kapitus_000042

| | | | |
|---|---|---|---|
| **Book/Page:** | 210130531 | **Deed Type:** | RESALE<br>GRANT DEED |
| **Mortgage Amount:** | | **Mortgage Type:** | |
| **Mortgage Term:** | | **Mortgage Deed Type:** | |
| **Mortgage Date:** | | **Mortgage Due Date:** | |
| **Mortgage Assumption Amount:** | | **Interest Rate:** | |
| **2nd Mortgage Amount:** | | **2nd Mortgage Type:** | |
| **2nd Mortgage Deed Type:** | | | |
| **Lender Name:** | | **Lender Address:** | |
| **Construction Type:** | SALE IS A RE-SALE | **Purchase Payment:** | CASH |

**Foreclosure:** NOTICE OF TRUSTEE'S SALE - TARRANT County

| | | | |
|---|---|---|---|
| **Situs Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | **Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 |
| **Defendant(s):** | DAVID MUSER | **Additional Owners:** | |
| **Recording Date:** | 02/11/2011 | **Document Number:** | |
| **Document Year:** | 2011 | **Document Book:** | |
| **Date of Default:** | | **Amount of Default:** | |
| **Auction Date:** | 03/02/2011 | **Auction Time:** | 10:00AM |
| **Total Amount Due Lender:** | $137,702.00 | **Auction Call Location:** | |
| **Title Company:** | | **Opening Bid:** | |
| **Lender:** | | **Lender Address:** | |
| **Lender Phone:** | | | |
| **Trustee:** | TERRY ROSS | **Trustee Address:** | |
| **Trustee Phone:** | | **Trustee Sale Number:** | |
| **County:** | TARRANT | **Estimated Tax Year:** | |
| **Formatted APN:** | 40066118 | **Current Land Value:** | $34,500.00 |
| **Unformatted APN:** | 40066118 | **Current Improvement Value:** | $97,900.00 |
| **IRS APN:** | 40066118 | **Tract/Subdivision Name:** | FOSSIL PARK ESTATES |
| **Property Type:** | SINGLE FAMILY RESIDENCE / TOWNHOUSE | **Block Number:** | 5 |
| **Land Use:** | SINGLE FAMILY RESIDENCE | **Lot Number:** | 68 |
| **Zoning Code:** | | **Section:** | |
| **Living Area Square Feet:** | 2234 | **Township:** | |
| **Number of Bedrooms:** | 3 | **Range:** | |
| **Number of Bathrooms:** | 2.00 | **Map Book:** | |
| **Number of Garage Spaces:** | | **Map Page:** | |
| **Lot Size:** | 6000 | **Unit Number:** | |
| **Year Built:** | 2003 | **Abstracted Legal Description:** | FOSSIL PARK ESTATES BLK 5 LOT 68 |
| **Last Full Sale Date:** | 06/02/2010 | **Last Full Sale Price:** | |
| **Original Loan Date:** | | **Original Document Number:** | |
| **Original Loan Recording Date:** | 06/2006 | **Original Recording Book:** | |
| **Original Loan Amount:** | $146,200.00 | **Original Recording Page:** | |

**KAPITUS EX. 13 - 043**

Kapitus_000043

**1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY**

**TAX RECORD** - TARRANT County        TAX YEAR 2015

| | | | |
|---|---|---|---|
| Situs Address: | 1150 BLUE MOUND RD W HASLET, TX 76052-3859 | Mailing Address: | 5940 EDEN DR FORT WORTH, TX 76117-6121 |
| Owner: | BLUE MOUND BUSINESS PARK LLC | Co-Owner: | |
| Additional Name: | BLUE MOUND BUSINESS PARK LLC | Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner Relationship Type: | | Owner Corporate Indicator: | CORPORATE OWNER |
| Owner Ownership Rights code: | | Owner Phone: | |
| FIPS Code: | TARRANT | Municipality Name: | FORT WORTH |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | JAMES RIGHTLY ABS 1268 |
| APN Sequence Number: | 1 | Property Indicator: | COMMERCIAL |
| Unformatted APN: | 40035603 | Land Use: | COMMERCIAL BUILDING |
| Formatted APN: | 40035603 | Homestead Exemption: | |
| Original APN: | 40035603 | Land Square Footage: | 1576872 |
| Account Number: | 40035603 | Lot Number: | |
| Acres: | 36.2000 | Block Number: | |
| Range: | | Legal Description: | BOYD, COLEMAN SURVEY ABSTRACT 212 TRACT 2A2, 2B1, 2D A 1129 TRS 1B1 & 1D1 A 1130 TR 1B1A & A1268 TR 1C3A |
| Subdivision Plat Book: | | Legal Description: | |
| Subdivision Plat Page: | | Legal Description: | |
| Original Recording Book: | | Subdivision Tract Number: | 1B1A |
| Original Recording Page: | | Zoning: | |
| Calculated Land Value: | $748,978.00 | Market Land Value: | $748,978.00 |
| Calculated Improvement Value: | $1,471,022.00 | Market Improvement Value: | $1,471,022.00 |
| Calculated Total Value: | $2,220,000.00 | Market Total Value: | $2,220,000.00 |
| Assessed Land Value: | $748,978.00 | Valuation Method: | |
| Assessed Improvement Value: | $1,471,022.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $2,220,000.00 | Year Sold to State: | |
| Tax Year: | 2015 | Appraised Land Value: | $748,978.00 |
| Tax Amount: | $70,524.82 | Appraised Improvement Value: | $1,471,022.00 |
| Tax Code Area: | 220 | Appraised Total Value: | $2,220,000.00 |
| Year Built: | 2002 | Number of Buildings: | 1 |
| Lot Area: | 1576872 | Style/Shape: | |
| Building Code: | | Number of Stories: | 1.00 |
| Improvement Type: | | Number of Units: | 56 |
| Living Square Feet: | 119540 | Construction Type: | |
| Total Number of Rooms: | | Construction Quality: | |
| Sale Date: | 07/05/2002 | Deed Type: | GRANT DEED |
| Seller Name: | | Type of Sale: | |

**KAPITUS EX. 13 - 044**

Kapitus_000044

OWNER RECORD                                                    RESALE

| | | | |
|---|---|---|---|
| Sale Price: | | Sale Code: | |
| Number of Parcels: | | Document Number: | |
| Recording Date: | | Recording Page: | 244 |
| Recording Book: | 15847 | Title Company: | |
| Document Number: | | Mortgage Amount: | |
| Sale Date: | | Multiple Parcel Sale: | |
| Sale Price: | | Number of Parcels: | D Y |
| Sale Code: | | Recording Date: | |
| Deed Type: | | Recording Book: | |
| Type of Sale: | | Recording Page: | |

**DEED TRANSFER** - TARRANT County   08/18/2015

| | | | |
|---|---|---|---|
| Situs Address: | 1150 BLUE MOUND RD W HASLET, TX 76052-3859 | Mailing Address: | 5940 EDEN DR HALTOM CITY, TX 76117-6121 |
| Owner: | BLUE MOUND BUSINESS PARK LLC | Co-Owner Name: | |
| Owner Rights: | | Owner Relationship: | COMPANY / CORPORATION |
| Absentee Owner: | | Corporate Owner: | CORPORATE OWNER |
| | | Partial Interest: | |
| Property Type: | COMMERCIAL | Land Use: | COMMERCIAL BUILDING |
| Building Square Feet: | 119540 | APN Sequence Number: | 001 |
| Unformatted APN: | 40035603 | Formatted APN: | 40035603 |
| Original APN: | 40035603 | Formatted APN - IRIS: | |
| FIPS Code: | TARRANT | FIPS State Code: | TEXAS |
| Municipality: | | Account Number: | 40035603 |
| County: | TARRANT | State: | |
| Transaction Date: | 08/18/2015 | Seller Name: | |
| Recording Date: | 09/01/2015 | Sale Price: | |
| Document Number: | 215198833 | Type of Transaction: | REFINANCE |
| Book/Page: | | Deed Type: | TRUST DEED/MORTGAGE |
| Mortgage Amount: | | Mortgage Type: | |
| Mortgage Term: | | Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 08/18/2015 | Mortgage Due Date: | |
| Mortgage Assumption Amount: | | Interest Rate: | |
| 2nd Mortgage Amount: | | 2nd Mortgage Type: | |
| 2nd Mortgage Deed Type: | | | |
| Lender Name: | FROST BK | Lender Address: | SAN ANTONIO, TX 78296 |
| Construction Type: | | Purchase Payment: | |
| Title Company: | OTHER | Seller Carryback: | |
| Private Party Lender: | | Foreclosure Sale: | |
| Construction Loan: | | Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |
| InterFamily Transaction: | | Equity Loan: | |
| Multiple Parcel Sale: | MULTI / DETAIL PARCEL | Number of Parcels: | |

**KAPITUS EX. 13 - 045**

Kapitus_000045

## Real-Time Vehicles

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

### 2016 TOYOTA SEQUOIA PLATINUM

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P ( Individual ) | **Secondary Owner:** | JOHNSON BRIDGES, Mr. DANA M ( Individual & Joint Owner ) |
| **VIN:** | 5TDDW5G16GS127841 | **Valid VIN:** | Y |
| **Make/Model/Series:** | TOYOTA SEQUOIA PLATINUM | **Model Year:** | 2016 |
| **Full Body Style:** | UTILITY 4D PLATINUM 4WD V8 | **Country of Origin:** | United States |
| **Body Type:** | Sport Utility Vehicle | **Base Price:** | $64,720 |
| **Fuel Type:** | Flexible | **Drivetrain:** | All Wheel Drive |
| **Shipping Weight:** | 6000 | **Cubic Inch Displacement:** | 348 |
| **Long Wheel Base** | 122 | **Front Tire Size** | 20R275 |
| **Short Wheel Base** | 122 | **Rear Tire Size** | 20R275 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Frnt/Sd/Hd Air Bgs/Rr Hd Ar Bgs/Act Belts |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 09/15/2017 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

### 2015 CAN-AM MAVERICK 1000R X RS DPS

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P ( Individual ) | **Secondary Owner:** | , Firm name ( Individual ) |
| **VIN:** | 3JBPXAP23FJ000589 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CAN-AM MAVERICK 1000R X RS DPS | **Model Year:** | 2015 |
| **Full Body Style:** | MAVERICK 1000R X RS DPS | **Country of Origin:** | Mexico |
| **Body Type:** | ATV | **Base Price:** | $18,799 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 1297 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |

**KAPITUS EX. 13 - 046**

**Kapitus_000046**

| | | | |
|---|---|---|---|
| Leased Vehicle: | No | Plate Expiration: | 11/18/2016 |
| Ton Rating: | | | |
| Vehicles Cylinders: | 2 | Ton Rating: | |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type: Street name with house number

## 2014 YAMAHA TT-R110E

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE ( Individual ) | Secondary Owner: | |
| VIN: | JYACE25Y7EA022812 | Valid VIN: | Y |
| Make/Model/Series: | YAMAHA TT-R110E | Model Year: | 2014 |
| Body Style: | DT | Country of Origin: | Japan |
| Body Type: | Dirt Bike | Base Price: | $2,240 |
| Fuel Type: | | Drivetrain: | |
| Shipping Weight: | 159 | Cubic Inch Displacement: | 0 |
| Long Wheel Base | | Front Tire Size | |
| Short Wheel Base | | Rear Tire Size | |
| Carburetion Type | | Air Bags/Seat Belts: | |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Recreational / Off road |
| Leased Vehicle: | No | Plate Expiration: | 11/20/2016 |
| Ton Rating: | | | |
| Vehicles Cylinders: | 1 | Ton Rating: | |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type: Street name with house number

## 2014 CAN-AM OUTLANDER 1000 X MR

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE P ( Individual ) | Secondary Owner: | , Firm name ( Individual ) |
| VIN: | 3JBLWLP16EJ001657 | Valid VIN: | Y |
| Make/Model/Series: | CAN-AM OUTLANDER 1000 X MR | Model Year: | 2014 |
| Full Body Style: | OUTLANDER 1000 X MR | Country of Origin: | Mexico |
| Body Type: | ATV | Base Price: | $14,399 |
| Fuel Type: | | Drivetrain: | |
| Shipping Weight: | 759 | Cubic Inch Displacement: | 0 |
| Long Wheel Base | | Front Tire Size | |
| Short Wheel Base | | Rear Tire Size | |
| Carburetion Type | | Air Bags/Seat Belts: | |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Recreational / Off road |
| Leased Vehicle: | No | Plate Expiration: | 10/24/2015 |
| Ton Rating: | | | |

**KAPITUS EX. 13 - 047**

Kapitus_000047

| | | | |
|---|---|---|---|
| Vehicles Cylinders: | 2 | Ton Rating: | |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type: Street name with house number

## 2013 SUZUKI LTF250

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE ( Individual ) | Secondary Owner: | |
| VIN: | JSAAJ51A9D2100799 | Valid VIN: | Y |
| Make/Model/Series: | SUZUKI LTF250 | Model Year: | 2013 |
| Full Body Style: | LT-F250L3 OZARK | Country of Origin: | Japan |
| Body Type: | ATV | Base Price: | $4,499 |
| Fuel Type: | | Drivetrain: | |
| Shipping Weight: | 428 | Cubic Inch Displacement: | 0 |
| Long Wheel Base | | Front Tire Size | |
| Short Wheel Base | | Rear Tire Size | |
| Carburetion Type | | Air Bags/Seat Belts: | |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Recreational / Off road |
| Leased Vehicle: | No | Plate Expiration: | 11/20/2016 |
| Ton Rating: | | | |
| Vehicles Cylinders: | 1 | Ton Rating: | |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type: Street name with house number

## 2013 CHEVROLET TRAVERSE LTZ

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Miss. / Ms. DANA ( Individual ) | Secondary Owner: | BRIDGES, Mr. DWAYNE ( Individual & Joint Owner ) |
| VIN: | 1GNKRLKD2DJ143409 | Valid VIN: | Y |
| Make/Model/Series: | CHEVROLET TRAVERSE LTZ | Model Year: | 2013 |
| Full Body Style: | UTILITY 4D LTZ 2WD V6 | Country of Origin: | United States |
| Body Type: | Sport Utility Vehicle | Base Price: | $38,805 |
| Fuel Type: | Gas | Drivetrain: | Front Wheel Drive |
| Shipping Weight: | 4658 | Cubic Inch Displacement: | 220 |
| Long Wheel Base | 118.9 | Front Tire Size | 20R255 |
| Short Wheel Base | 118.9 | Rear Tire Size | 20R255 |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Du Ar Bgs Frnt Hd and Sd/Act Blts/ w/Ato Pss Snsr |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 06/15/2016 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 6 | Ton Rating: | 1/2 |

**KAPITUS EX. 13 - 048**

**Kapitus_000048**

628 DESTIN DR, FORT WORTH, TX 76131

| | |
|---|---|
| **Address Type:** | Street name with house number |

## 2013 C S

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE ( Individual ) | **Secondary Owner:** | |
| **VIN:** | 44Z122LS2DT015705 | **Valid VIN:** | Unknown |
| **Make/Model/Series:** | C S | **Model Year:** | 2013 |
| **Body Style:** | | **Country of Origin:** | |
| **Body Type:** | | **Base Price:** | $ |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 0 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 05/15/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

| | |
|---|---|
| **Address Type:** | Street name with house number |

## 2010 CHEVROLET CAMARO SS

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Miss. / Ms. DANA M ( Individual ) | **Secondary Owner:** | BRIDGES, Mr. DWAYNE P ( Individual & Joint Owner ) |
| **VIN:** | 2G1FK1EJ0A9121008 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET CAMARO SS | **Model Year:** | 2010 |
| **Full Body Style:** | COUPE 2D 2SS V8 | **Country of Origin:** | Canada |
| **Body Type:** | Coupe | **Base Price:** | $33,430 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive |
| **Shipping Weight:** | 3913 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 112.3 | **Front Tire Size** | 20R245 |
| **Short Wheel Base** | 112.3 | **Rear Tire Size** | 20R275 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt Hd and Sd/Act Blts/ w/Ato Pss Snsr |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 12/15/2015 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | |

**KAPITUS EX. 13 - 049**

**Kapitus_000049**

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:**  Street name with house number

## 2009 CHEVROLET CORVETTE

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE ( Individual ) | **Secondary Owner:** | , Firm name ( Individual ) |
| **VIN:** | 1G1YY36W995200263 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET CORVETTE | **Model Year:** | 2009 |
| **Full Body Style:** | CONVERTIBLE 2D (AT/6 SPD) | **Country of Origin:** | United States |
| **Body Type:** | Convertible | **Base Price:** | $51,700 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive |
| **Shipping Weight:** | 3222 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 105.7 | **Front Tire Size** | 18R245 |
| **Short Wheel Base** | 105.7 | **Rear Tire Size** | 19R285 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt/Sd/Actv Blts w/Ato Pass Snsr |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 11/15/2015 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | |

1150 BLUE MOUND RD W STE 201, HASLET, TX 76052

**Address Type:**  Street name with house number

## 2008 GMC NEW SIERRA K1500 DENALI

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE ( Individual ) | **Secondary Owner:** | |
| **VIN:** | 2GTEK638781290564 | **Valid VIN:** | Y |
| **Make/Model/Series:** | GMC NEW SIERRA K1500 DENALI | **Model Year:** | 2008 |
| **Full Body Style:** | CREW CAB DENALI AWD | **Country of Origin:** | Canada |
| **Body Type:** | Pickup | **Base Price:** | $42,210 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive w/4x4 |
| **Shipping Weight:** | 5983 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 167 | **Front Tire Size** | |
| **Short Wheel Base** | 153 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs FrntHdSd/ActBlts/AtoPassSnsr/RrDuSdArBgs |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | | |
| **Leased Vehicle:** | No | **Plate Type:** | Regular |
| **Ton Rating:** | 3/4 | **Plate Expiration:** | 02/15/2016 |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | 3/4 |

**KAPITUS EX. 13 - 050**

**Kapitus_000050**

628 DESTIN DR, FORT WORTH, TX 76131

Address Type:    Street name with house number

## 2007 CHEVROLET SILVERADO C1500 CREW CAB

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE P ( Individual ) | Secondary Owner: | BRIDGES, Miss. / Ms. DANA ( Individual & Joint Owner ) |
| VIN: | 3GCEC13J17G540356 | Valid VIN: | Y |
| Make/Model/Series: | CHEVROLET SILVERADO C1500 CREW CAB | Model Year: | 2007 |
| Full Body Style: | CREW CAB LT 2WD | Country of Origin: | Mexico |
| Body Type: | Pickup | Base Price: | $25,865 |
| Fuel Type: | Gas | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 5142 | Cubic Inch Displacement: | 323 |
| Long Wheel Base | 143.5 | Front Tire Size | |
| Short Wheel Base | 143.5 | Rear Tire Size | |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Frnt Ar Bgs/Passenger Sensor/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 05/15/2015 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 8 | Ton Rating: | 1/2 |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type:    Street name with house number

## 2006 CHEVROLET COLORADO

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE ( Individual ) | Secondary Owner: | |
| VIN: | 1GCCS196368142390 | Valid VIN: | Y |
| Make/Model/Series: | CHEVROLET COLORADO | Model Year: | 2006 |
| Full Body Style: | EXTENDED CAB LT | Country of Origin: | United States |
| Body Type: | Pickup | Base Price: | $17,705 |
| Fuel Type: | Gas | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 3468 | Cubic Inch Displacement: | 214 |
| Long Wheel Base | 126 | Front Tire Size | |
| Short Wheel Base | 126 | Rear Tire Size | |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Frnt Ar Bgs/Passenger Sensor/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 03/15/2016 |
| Ton Rating: | | | |

**KAPITUS EX. 13 - 051**

**Kapitus_000051**

| | | | |
|---|---|---|---|
| **Vehicles Cylinders:** | 5 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

| | | **Address Type:** | Street name with house number |
|---|---|---|---|

## 2004 CADILLAC ESCALADE EXT

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE ( Individual ) | **Secondary Owner:** | |
| **VIN:** | 3GYEK62N34G261503 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CADILLAC ESCALADE EXT | **Model Year:** | 2004 |
| **Full Body Style:** | EXT 4D AWD | **Country of Origin:** | Mexico |
| **Body Type:** | Sport Utility Truck | **Base Price:** | $52,390 |
| **Fuel Type:** | Gas | **Drivetrain:** | All Wheel Drive |
| **Shipping Weight:** | 5879 | **Cubic Inch Displacement:** | 364 |
| **Long Wheel Base** | 130 | **Front Tire Size** | 17R265 |
| **Short Wheel Base** | 130 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt/Sd/Actv Blts w/Ato Pass Snsr |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 07/15/2015 |
| **Ton Rating:** | 1/2 | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | 1/2 |

1150 BLUE MOUND RD W STE 201, HASLET, TX 76052

| | | **Address Type:** | Street name with house number |
|---|---|---|---|

## 2002 CHEVROLET SILVERADO K1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE ( Individual ) | **Secondary Owner:** | |
| **VIN:** | 2GCEK19T221169866 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET SILVERADO K1500 | **Model Year:** | 2002 |
| **Full Body Style:** | EXTENDED CAB LS 4WD | **Country of Origin:** | |
| **Body Type:** | Pickup | **Base Price:** | $26,192 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive w/4x4 |
| **Shipping Weight:** | 4910 | **Cubic Inch Displacement:** | 325 |
| **Long Wheel Base** | 157.5 | **Front Tire Size** | |
| **Short Wheel Base** | 143.5 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt/Act Blts/Pass Deactivate/cutoff |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 05/15/2016 |
| **Ton Rating:** | 1/2 | | |

**KAPITUS EX. 13 - 052**

**Kapitus_000052**

| | | | |
|---|---|---|---|
| Vehicles Cylinders: | 8 | Ton Rating: | 1/2 |

628 DESTIN DR, FORT WORTH, TX 76131

Address Type: Street name with house number

## 1998 FORD RANGER

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE P ( Individual ) | Secondary Owner: | |
| VIN: | 1FTYR10U4WUC97874 | Valid VIN: | Y |
| Make/Model/Series: | FORD RANGER | Model Year: | 1998 |
| Full Body Style: | REGULAR CAB | Country of Origin: | United States |
| Body Type: | Pickup | Base Price: | $11,385 |
| Fuel Type: | Gas | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 3030 | Cubic Inch Displacement: | 182 |
| Long Wheel Base | 117.5 | Front Tire Size | |
| Short Wheel Base | 111.6 | Rear Tire Size | |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Front Air Bag/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 03/15/2016 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 6 | Ton Rating: | 1/2 |

4226 E MAIN ST, GRAND PRAIRIE, TX 75050

Address Type: Street name with house number

## 2010 NISSAN TITAN XE

| | | | |
|---|---|---|---|
| Registered Owner: | , Firm name ( Individual ) | Secondary Owner: | BRIDGES, Mr. DWAYNE ( Individual & Joint Owner ) |
| VIN: | 1N6BA0EK5AN307505 | Valid VIN: | Y |
| Make/Model/Series: | NISSAN TITAN XE | Model Year: | 2010 |
| Full Body Style: | CREW CAB SE 2WD | Country of Origin: | United States |
| Body Type: | Pickup | Base Price: | $28,870 |
| Fuel Type: | Flexible | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 5038 | Cubic Inch Displacement: | 342 |
| Long Wheel Base | 139.8 | Front Tire Size | 18R265 |
| Short Wheel Base | 139.8 | Rear Tire Size | 18R265 |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Frnt Ar Bgs/Passenger Sensor/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 06/15/2014 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 8 | Ton Rating: | 1/2 |

**KAPITUS EX. 13 - 053**

**Kapitus_000053**

**KAPITUS EX. 13 - 054**

Kapitus_000054

## Vehicles Registered to Subject

### 2012 CHEVROLET CAMARO

| | | | |
|---|---|---|---|
| **Registered Owner:** | CARAVEO, JOCELYN CALZADILLAS | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 05/06/2015 |
| **Plate Expiration Date:** | 04/30/2016 | **Plate Renewal Date:** | 05/06/2015 |
| **License Plate:** | FWP6624 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | CFP0582 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| **Mailing Address:** | 3120 SAPPINGTON PL FORT WORTH, TX 76116 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20120000 | **Make/Model:** | CHEVROLET CAMARO LT |
| **Style:** | COUPE 2D 4P | **Series:** | |
| **VIN:** | 2G1FB1E31C9121359 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | BLACK |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22031342137250011 | **Original Title Date:** | 05/22/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | CARAVEO, JOCELYN CALZADILLAS | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 05/22/2015 | | |
| **Title Holder Mailing Address:** | 3120 SAPPINGTON PL FORT WORTH, TX 76116 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | 28695342086005134 | **Original Title Date:** | 03/25/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | FRITTS, PAIGE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 03/25/2015 | | |
| **Title Holder Mailing Address:** | 1570 WEYLAND DR APT 807 NORTH RICHLAND, TX 76180 | | |

**KAPITUS EX. 13 - 055**

Kapitus_000055

**Lien Holder History**

| | | | |
|---|---|---|---|
| Lien Holder: | SANTANDER CONSUMER USA PO BOX 961288 | Lien Holder Type: | LIEN HOLDER |
| Lien Holder Mailing Address: | FORT WORTH, TX 76161 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| Previous Owner: | FRITTS, PAIGE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2015 |
| License Plate: | CFP0582 | Plate Renewal Date: | 08/31/2014 |
| License Plate State: | TX | Previous License Plate: | CFP0582 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 1570 WEYLAND DR NORTH RICHLAND, TX 76180-7778 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | FRITTS, SHIRLEY PAIGE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2015 |
| License Plate: | | Plate Renewal Date: | 08/31/2014 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 2403 BUFFALO RUN BURLESON, TX 76028-7893 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | FRITTS, PAIGE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2014 |
| License Plate: | CFP0582 | Plate Renewal Date: | 07/16/2013 |
| License Plate State: | TX | Previous License Plate: | DG6S945 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 1570 WEYLAND DR NORTH RICHLAND, TX 76180-7778 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DANA | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 12/31/2013 |
| License Plate: | DG6S945 | Plate Renewal Date: | 01/01/2013 |
| License Plate State: | TX | Previous License Plate: | DG6S945 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 12/31/2013 |
| License Plate: | | Plate Renewal Date: | 01/01/2013 |

KAPITUS EX. 13 - 056

Kapitus_000056

| | | | |
|---|---|---|---|
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | FRITTS, PAIGE | **DOB:** | |
| **Title Transfer Date:** | 07/25/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1570 WEYLAND DR<br>NORTH RICHLAND,<br>TX 76180-7778 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 07/25/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 660068<br>SACRAMENTO, CA<br>95866-0068 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 12/31/2012 |
| **License Plate:** | DG6S945 | **Plate Renewal Date:** | 01/11/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 12/31/2012 |
| **License Plate:** | | **Plate Renewal Date:** | 01/11/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | 02/17/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 02/17/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |

**KAPITUS EX. 13 - 057**

Kapitus_000057

| | |
|---|---|
| **Plate Type:** | |
| | PO BOX 901098 |
| **Previous Owner Mailing Address:** | FORT WORTH, TX |
| | 76101-2098 |
| | PO BOX 901098 |
| **Previous Owner Physical Address:** | FORT WORTH, TX |
| | 76101-2098 |

**Previous License Plate State:**

| | |
|---|---|
| **Title Transfer Date:** | 02/17/2012 |
| **License Plate:** | |
| **License Plate State:** | |
| **Plate Type:** | |
| | PO BOX 901098 |
| **Previous Owner Mailing Address:** | FORT WORTH, TX |
| | 76101-2098 |
| | 5353 FANNIN ST |
| **Previous Owner Physical Address:** | HOUSTON, TX |
| | 77004-8090 |

**Plate Expiration Date:**
**Plate Renewal Date:**
**Previous License Plate:**
**Previous License Plate State:**

| | |
|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE |
| **Title Transfer Date:** | 02/17/2012 |
| **License Plate:** | |
| **License Plate State:** | |
| **Plate Type:** | |
| | 628 DESTIN DR |
| **Previous Owner Mailing Address:** | FORT WORTH, TX |
| | 76131-4255 |

**DOB:**
**Plate Expiration Date:**
**Plate Renewal Date:**
**Previous License Plate:**
**Previous License Plate State:**

| | |
|---|---|
| **Title Transfer Date:** | 02/17/2012 |
| **License Plate:** | |
| **License Plate State:** | |
| **Plate Type:** | |
| | PO BOX 901098 |
| **Previous Owner Mailing Address:** | FORT WORTH, TX |
| | 76101-2098 |
| | ROBERT E MORGAN |
| **Previous Owner Physical Address:** | 3246 DR |
| | DALLAS, TX 75229 |

**Plate Expiration Date:**
**Plate Renewal Date:**
**Previous License Plate:**
**Previous License Plate State:**

| | |
|---|---|
| **Title Transfer Date:** | 02/17/2012 |
| **License Plate:** | |
| **License Plate State:** | |
| **Plate Type:** | |
| | 2780 N GRANDVIEW |
| | AVE |
| **Previous Owner Mailing Address:** | ODESSA, TX |
| | 79762-6953 |
| | 5353 FANNIN ST |
| **Previous Owner Physical Address:** | HOUSTON, TX |
| | 77004-8090 |

**Plate Expiration Date:**
**Plate Renewal Date:**
**Previous License Plate:**
**Previous License Plate State:**

**2012 TAO**

**KAPITUS EX. 13 - 058**

Kapitus_000058

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 04/03/2013 |
| **Plate Expiration Date:** | 03/31/2014 | **Plate Renewal Date:** | 04/03/2013 |
| **License Plate:** | 4UN233 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | |
| **Plate Type:** | MOTORCYCLE | **Previous Plate State:** | |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 04/03/2013 |
| **Plate Expiration Date:** | 03/31/2014 | **Plate Renewal Date:** | 04/03/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20120000 | **Make/Model:** | TAO |
| **Style:** | MS | **Series:** | |
| **VIN:** | L9NTELKD2C1005233 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22043041365130015 | **Original Title Date:** | 04/11/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 04/11/2013 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

## 2007 ARCA

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 03/14/2007 |
| **Plate Expiration Date:** | 02/20/2011 | **Plate Renewal Date:** | 03/14/2007 |
| **License Plate:** | OR341461 | **Decal Number:** | 00000000 |
| **License Plate State:** | LA | **Previous Plate:** | |
| **Plate Type:** | OTHER | **Previous Plate State:** | |
| **Mailing Address:** | 17080 LISA DR LIVINGSTON, LA | | |

**KAPITUS EX. 13 - 059**            **Kapitus_000059**

70754

| | | | |
|---|---|---|---|
| **Year:** | 20070000 | **Make/Model:** | ARCA |
| **Style:** | 4W | **Series:** | ORV |
| **VIN:** | 4UF07ATV57T217876 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 03/14/2007 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE P. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 03/14/2007 | | |
| **Title Holder Mailing Address:** | 17080 LISA DR LIVINGSTON, LA 70754 | | |

### 2005 PARR

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 10/16/2006 |
| **Plate Expiration Date:** | 10/16/2007 | **Plate Renewal Date:** | 10/16/2006 |
| **License Plate:** | L0047988 | **Decal Number:** | 00000000 |
| **License Plate State:** | LA | **Previous Plate:** | E0848927 |
| **Plate Type:** | | **Previous Plate State:** | LA |
| **Mailing Address:** | 17650 MELANCON RD LIVINGSTON, LA 70754 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20050000 | **Make/Model:** | PARR |
| **Style:** | UT | **Series:** | |
| **VIN:** | 13ZLA162551007157 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 10/16/2006 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/16/2006 | | |

**KAPITUS EX. 13 - 060**

**Kapitus_000060**

**Title Holder Mailing Address:** 17650 MELANCON RD
LIVINGSTON, LA 70754

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/16/2007 |
| **License Plate:** | L0047988 | **Plate Renewal Date:** | 10/16/2006 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | WALLS, RONALD S. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/17/2006 |
| **License Plate:** | E0848927 | **Plate Renewal Date:** | 10/17/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 2813 RACE ST JACKSON, LA 70748-5840 | | |

## 1995 KAWASAKI EN500 A6 VULCAN 500

| | | | |
|---|---|---|---|
| **Registered Owner:** | NICHOLSON, JERRY D. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/11/2008 |
| **Plate Expiration Date:** | 06/20/2011 | **Plate Renewal Date:** | 07/11/2008 |
| **License Plate:** | MC438172 | **Decal Number:** | 00000000 |
| **License Plate State:** | LA | **Previous Plate:** | MC375127 |
| **Plate Type:** | MOTORCYCLE | **Previous Plate State:** | LA |
| **Mailing Address:** | 9975 ADAM DR DENHAM SPRINGS, LA 70726 | | |

| | | | |
|---|---|---|---|
| **Year:** | 19950000 | **Make/Model:** | KAWASAKI EN500 A6 VULCAN 500 |
| **Style:** | MC | **Series:** | BASE |
| **VIN:** | JKAENVA1XSA091880 | **Type:** | MOTORCYCLE |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | RED |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | A9947389 | **Original Title Date:** | 07/11/2008 |

**KAPITUS EX. 13 - 061**

Kapitus_000061

| | | | |
|---|---|---|---|
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | NICHOLSON, JERRY D. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/11/2008 | | |
| **Title Holder Mailing Address:** | 9975 ADAM DR DENHAM SPRINGS, LA 70726 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 07/11/2008 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | NICHOLSON, JERRY D. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/11/2008 | | |
| **Title Holder Mailing Address:** | 9975 ADAM DR DENHAM SPRINGS, LA 70726 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/20/2008 |
| **License Plate:** | MC375127 | **Plate Renewal Date:** | 04/12/2004 |
| **License Plate State:** | LA | **Previous License Plate:** | MC259111 |
| **Plate Type:** | MOTORCYCLE | **Previous License Plate State:** | LA |
| **Previous Owner Mailing Address:** | 31531 LINDER RD DENHAM SPRINGS, LA 70726-8504 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/20/2008 |
| **License Plate:** | MC375127 | **Plate Renewal Date:** | 04/12/2004 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 31531 LINDER RD DENHAM SPRINGS, LA 70726-8504 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 04/12/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 31531 LINDER RD DENHAM SPRINGS, | | |

KAPITUS EX. 13 - 062

Kapitus_000062

LA 70726-8504

## 2014 CAN AM OUTLANDER X MR 1000

| | | | |
|---|---|---|---|
| **Year:** | 20140000 | **Make/Model:** | CAN AM OUTLANDER X MR 1000 |
| **Style:** | MV | **Series:** | BASE |
| **VIN:** | 3JBLWLP16EJ001657 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | YELLOW |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22034241927154753 | **Original Title Date:** | 10/24/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/24/2014 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

### Lien Holder History

| | | | |
|---|---|---|---|
| **Lien Holder:** | MODEL FIN. | **Lien Holder Type:** | LIEN HOLDER |
| **Lien Holder Mailing Address:** | PO BOX 5825 ORANGE, CA 92863 | | |

## 1997 CHEVROLET C/K1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 02/22/2008 |
| **Plate Expiration Date:** | 02/20/2012 | **Plate Renewal Date:** | 02/22/2008 |
| **License Plate:** | X0377043 | **Decal Number:** | 00000000 |
| **License Plate State:** | LA | **Previous Plate:** | W0324313 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | LA |
| **Mailing Address:** | 17210 OLIVE DR LIVINGSTON, LA 70754 | | |

| | | | |
|---|---|---|---|
| **Year:** | 19970000 | **Make/Model:** | CHEVROLET C/K1500 |
| **Style:** | EXTENDED CAB 2D | **Series:** | CHEYENNE SILVERADO |
| **VIN:** | 2GCEK19R5V1229468 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | GREEN |

**KAPITUS EX. 13 - 063**

Kapitus_000063

## Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 11/20/2009 |
| License Plate: | W0324313 | Plate Renewal Date: | 12/13/2005 |
| License Plate State: | LA | Previous License Plate: | W0393495 |
| Plate Type: | PRIVATE | Previous License Plate State: | LA |
| Previous Owner Mailing Address: | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 11/20/2009 |
| License Plate: | W0324313 | Plate Renewal Date: | 12/13/2005 |
| License Plate State: | LA | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | 12/13/2005 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

## 2005 RDCT

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 02/09/2005 |
| Plate Expiration Date: | 02/20/2009 | Plate Renewal Date: | 02/09/2005 |
| License Plate: | OR284124 | Decal Number: | 00000000 |
| License Plate State: | LA | Previous Plate: | |
| Plate Type: | OTHER | Previous Plate State: | |
| Mailing Address: | 28381 LA HIGHWAY 16 TRLR 7 DENHAM SPRINGS, LA 70726 | | |

| | | | |
|---|---|---|---|
| Year: | 20050000 | Make/Model: | RDCT |
| Style: | 4W | Series: | ORV |
| VIN: | LW0XCFTCX50069220 | Type: | UNKNOWN |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | GREEN |

**KAPITUS EX. 13 - 064**

**Kapitus_000064**

**Title History**

| | | | |
|---|---|---|---|
| Title Number: | A7218308 | Original Title Date: | 02/09/2005 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE | Title Holder Type: | OWNER |
| Title Transfer Date: | 02/09/2005 | | |
| | 28381 LA HIGHWAY | | |
| | 16 TRLR 7 | | |
| Title Holder Mailing Address: | DENHAM SPRINGS, | | |
| | LA 70726 | | |

**1997 CHEVROLET C/K3500**

| | | | |
|---|---|---|---|
| Registered Owner: | JEFFERSON, JAMES | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 11/02/2012 |
| Plate Expiration Date: | 09/30/2016 | Plate Renewal Date: | 05/20/2013 |
| License Plate: | | Decal Number: | 00000000 |
| License Plate State: | LA | Previous Plate: | |
| Plate Type: | | Previous Plate State: | LA |
| | 58444 ALLEN ST | | |
| Mailing Address: | PLAQUEMINE, LA | | |
| | 70764 | | |

| | | | |
|---|---|---|---|
| Year: | 19970000 | Make/Model: | CHEVROLET C/K3500 |
| Style: | EXTENDED CAB 2D | Series: | CHEYENNE |
| | | | SILVERADO |
| VIN: | 1GCHC39F5VE120180 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | BLUE |

**Title History**

| | | | |
|---|---|---|---|
| Title Number: | B4571482 | Original Title Date: | 05/20/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | JEFFERSON, JAMES | Title Holder Type: | OWNER |
| Title Transfer Date: | 05/20/2013 | | |
| | 58444 ALLEN ST | | |
| Title Holder Mailing Address: | PLAQUEMINE, LA | | |
| | 70764 | | |

| | | | |
|---|---|---|---|
| Title Number: | | Original Title Date: | 05/20/2013 |

**KAPITUS EX. 13 - 065**

| License Plate: | | Decal Number: | |
|---|---|---|---|
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | JEFFERSON, JAMES | Title Holder Type: | OWNER |
| Title Transfer Date: | 05/20/2013 | | |
| | 58444 ALLEN ST | | |
| Title Holder Mailing Address: | PLAQUEMINE, LA | | |
| | 70764 | | |

### Previous Owner History

| Previous Owner: | MCCLAY, JAMES | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2016 |
| License Plate: | | Plate Renewal Date: | 11/02/2012 |
| License Plate State: | LA | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | LA |
| | 59330 W W | | |
| Previous Owner Mailing Address: | HARLEAUX ST | | |
| | PLAQUEMINE, LA | | |
| | 70764-2969 | | |

| Previous Owner: | MCCLAY, JAMES | DOB: | |
|---|---|---|---|
| Title Transfer Date: | 11/02/2012 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 59330 W W | | |
| Previous Owner Mailing Address: | HARLEAUX ST | | |
| | PLAQUEMINE, LA | | |
| | 70764-2969 | | |

| Previous Owner: | JEFFERSON, JAMES R. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/19/2012 |
| License Plate: | NONE | Plate Renewal Date: | 07/19/2011 |
| License Plate State: | LA | Previous License Plate: | B0458785 |
| Plate Type: | | Previous License Plate State: | LA |
| | 58444 ALLEN ST | | |
| Previous Owner Mailing Address: | PLAQUEMINE, LA | | |
| | 70764-3054 | | |

| Previous Owner: | JEFFERSON, JAMES R. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | 07/19/2011 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 58444 ALLEN ST | | |
| Previous Owner Mailing Address: | PLAQUEMINE, LA | | |
| | 70764-3054 | | |

**KAPITUS EX. 13 - 066**

**Kapitus_000066**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/20/2009 |
| **License Plate:** | W0424758 | **Plate Renewal Date:** | 10/07/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 10065 ADAM DR | | |
| **Previous Owner Mailing Address:** | DENHAM SPRINGS, LA 70726-7722 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEWIS, CLIFFORD | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/20/2006 |
| **License Plate:** | B0458785 | **Plate Renewal Date:** | 12/27/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | W0424758 |
| **Plate Type:** | | **Previous License Plate State:** | LA |
| | 2580 PLANK RD | | |
| **Previous Owner Mailing Address:** | BATON ROUGE, LA 70805-8049 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEWIS, CLIFFORD | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/20/2006 |
| **License Plate:** | B0458785 | **Plate Renewal Date:** | 12/27/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 2580 PLANK RD | | |
| **Previous Owner Mailing Address:** | BATON ROUGE, LA 70805-8049 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEWIS, CLIFFORD | **DOB:** | |
| **Title Transfer Date:** | 12/27/2005 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 2580 PLANK RD | | |
| **Previous Owner Mailing Address:** | BATON ROUGE, LA 70805-8049 | | |

### 2013 LAWH

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 06/05/2013 |
| **Plate Expiration Date:** | 05/31/2016 | **Plate Renewal Date:** | 06/01/2015 |
| **License Plate:** | 119557H | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | 119557H |
| **Plate Type:** | TRAILER | **Previous Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX 76131 | | |
| **Year:** | 20130000 | **Make/Model:** | LAWH |
| **Style:** | | **Series:** | |

**KAPITUS EX. 13 - 067**

Kapitus_000067

|  |  |  |  |
|---|---|---|---|
| **VIN:** | UT<br>44Z122LS2DT015705 | **Type:** | UNKNOWN |
| **Number of Axles:** |  | **Vehicle Length:** |  |
| **Vehicle Weight:** | lbs | **Color:** | RED |

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2015 |
| **License Plate:** | 119557H | **Plate Renewal Date:** | 06/01/2014 |
| **License Plate State:** | TX | **Previous License Plate:** | 119557H |
| **Plate Type:** | TRAILER | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2015 |
| **License Plate:** | | **Plate Renewal Date:** | 06/01/2014 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | 119557H | **Plate Renewal Date:** | 06/05/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | |
| **Plate Type:** | TRAILER | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 06/05/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

**2004 NISSAN 350Z**

| | | | |
|---|---|---|---|
| **Registered Owner:** | GARZA, EDDIE ALBERTO | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/08/2015 |
| **Plate Expiration Date:** | 06/30/2016 | **Plate Renewal Date:** | 07/08/2015 |

KAPITUS EX. 13 - 068

Kapitus_000068

| | | | |
|---|---|---|---|
| License Plate: | GCP2466 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | CJF3523 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 8541 HAWKVIEW DR FORT WORTH, TX 76179 | | |

| | | | |
|---|---|---|---|
| Year: | 20040000 | Make/Model: | NISSAN 350Z |
| Style: | COUPE 2D 2P | Series: | BASE ENTHUSIAST PERFORMAN |
| VIN: | JN1AZ34E84T061718 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | RED |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | 22031142191250152 | Original Title Date: | 07/15/2015 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | GARZA, EDDIE ALBERTO | Title Holder Type: | OWNER |
| Title Transfer Date: | 07/15/2015 | | |
| Title Holder Mailing Address: | 8541 HAWKVIEW DR FORT WORTH, TX 76179 | | |

### Lien Holder History

| | | | |
|---|---|---|---|
| Lien Holder: | NORTHWEST FEDERAL CREDIT UNION PO BOX 279437 SACRAMENTO, CA 95827 | Lien Holder Type: | LIEN HOLDER |
| Lien Holder Mailing Address: | | | |

### Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | LY, BAO TUONG | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 08/31/2015 |
| License Plate: | CJF3523 | Plate Renewal Date: | 09/15/2014 |
| License Plate State: | TX | Previous License Plate: | CJF3523 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 7401 RANGER WAY FORT WORTH, TX 76133-8932 | | |

**KAPITUS EX. 13 - 069**

**Kapitus_000069**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2015 |
| **License Plate:** | | **Plate Renewal Date:** | 09/01/2014 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LY, BAO TUONG | **DOB:** | |
| **Title Transfer Date:** | 09/22/2014 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 7401 RANGER WAY FORT WORTH, TX 76133-8932 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2014 |
| **License Plate:** | CJF3523 | **Plate Renewal Date:** | 09/09/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | 774EBX |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | KS |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | 09/16/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 09/16/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

**2013 CHEVROLET TRAVERSE**

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DANA | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 06/05/2013 |
| **Plate Expiration Date:** | 06/30/2016 | **Plate Renewal Date:** | 07/01/2015 |
| **License Plate:** | CCR0739 | **Decal Number:** | |

**KAPITUS EX. 13 - 070**

Kapitus_000070

| | | | |
|---|---|---|---|
| License Plate State: | TX | Previous Plate: | CCR0739 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131 | | |
| | | | |
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 06/05/2013 |
| Plate Expiration Date: | 06/30/2016 | Plate Renewal Date: | 07/01/2015 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131 | | |
| | | | |
| Year: | 20130000 | Make/Model: | CHEVROLET TRAVERSE |
| Style: | SUV 4D 7P | Series: | LTZ |
| VIN: | 1GNKRLKD2DJ143409 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | RED |

**Title History**

| | | | |
|---|---|---|---|
| Title Number: | 28695342291007466 | Original Title Date: | 10/16/2015 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DANA | Title Holder Type: | OWNER |
| Title Transfer Date: | 10/16/2015 | | |
| Title Holder Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131 | | |
| | | | |
| Title Number: | | Original Title Date: | |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 10/16/2015 | | |
| Title Holder Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131 | | |

**KAPITUS EX. 13 - 071**

Kapitus_000071

**Previous Owner History**

| Previous Owner: | BRIDGES, DANA | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2015 |
| License Plate: | CCR0739 | Plate Renewal Date: | 06/01/2014 |
| License Plate State: | TX | Previous License Plate: | CCR0739 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2015 |
| License Plate: | | Plate Renewal Date: | 06/01/2014 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| Previous Owner: | BRIDGES, DANA | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2014 |
| License Plate: | CCR0739 | Plate Renewal Date: | 06/05/2013 |
| License Plate State: | TX | Previous License Plate: | |
| Plate Type: | PRIVATE | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2014 |
| License Plate: | | Plate Renewal Date: | 06/05/2013 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| Previous Owner: | BRIDGES, DWAYNE P. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2014 |
| License Plate: | | Plate Renewal Date: | 06/05/2013 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| Previous Owner: | BRIDGES, DANA | DOB: | |
|---|---|---|---|
| Title Transfer Date: | 06/14/2013 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |

**KAPITUS EX. 13 - 072**

**Kapitus_000072**

**Plate Type:**

628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Previous License Plate State:**

**Previous Owner:** BRIDGES, DWAYNE **DOB:**
**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

PO BOX 674
**Previous Owner Mailing Address:** MINNEAPOLIS, MN
55440-0674
PO BOX 8100
**Previous Owner Physical Address:** COCKEYSVILLE, MD
21030-8100

**Previous Owner:** BRIDGES, DWAYNE P. **DOB:**
**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

PO BOX 674
**Previous Owner Mailing Address:** MINNEAPOLIS, MN
55440-0674

**Previous Owner:** BRIDGES, DWAYNE **DOB:**
PAUL
**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Title Transfer Date:** 06/14/2013 **Plate Expiration Date:**

**KAPITUS EX. 13 - 073**

Kapitus_000073

| | | | |
|---|---|---|---|
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 8102 COCKEYSVILLE, MD 21030-8102 | | |

### 2007 TOYOTA TUNDRA

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 05/20/2013 |
| Plate Expiration Date: | 05/31/2016 | Plate Renewal Date: | 07/03/2015 |
| License Plate: | BZJ4881 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | BZJ4881 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Year: | 20070000 | Make/Model: | TOYOTA TUNDRA |
| Style: | DOUBLE CAB 4D 4 | Series: | SR5 |
| VIN: | 5TBRV54167S471143 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | SILVER/STAINLESS |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | 22034241412120843 | Original Title Date: | 05/29/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 05/29/2013 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

### Lien Holder History

| | | | |
|---|---|---|---|
| Lien Holder: | TRICOLOR AUTO GROUP LLC | Lien Holder Type: | LIEN HOLDER |
| Lien Holder Mailing Address: | 545 E JOHN CARPENTER FWY STE 1900 IRVING, TX 75062 | | |

### Previous Owner History

**KAPITUS EX. 13 - 074**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2015 |
| **License Plate:** | BZJ4881 | **Plate Renewal Date:** | 06/04/2014 |
| **License Plate State:** | TX | **Previous License Plate:** | BZJ4881 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2015 |
| **License Plate:** | | **Plate Renewal Date:** | 06/04/2014 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2014 |
| **License Plate:** | BZJ4881 | **Plate Renewal Date:** | 05/20/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | J83SZU |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | FL |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 05/20/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 05/20/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 05/29/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |

**KAPITUS EX. 13 - 075**

Kapitus_000075

| | | | |
|---|---|---|---|
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 05/29/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

### 2006 CHEVROLET COLORADO

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 06/06/2013 |
| **Plate Expiration Date:** | 03/31/2016 | **Plate Renewal Date:** | 04/29/2015 |
| **License Plate:** | CDC4724 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | CDC4724 |
| **Plate Type:** | PRIVATE UNKNOWN | **Previous Plate State:** | TX |
| **Mailing Address:** | | | |
| **Year:** | 20060000 | **Make/Model:** | CHEVROLET COLORADO |
| **Style:** | EXTENDED CAB 2D | **Series:** | LS Z85 LT Z85 LT ZQ8 W/T |
| **VIN:** | 1GCCS196368142390 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | YELLOW |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22043241834163156 | **Original Title Date:** | 07/25/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/25/2014 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

### Previous Owner History

**KAPITUS EX. 13 - 076**

**Kapitus_000076**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | CDC4724 | **Plate Renewal Date:** | 07/16/2014 |
| **License Plate State:** | TX | **Previous License Plate:** | CDC4724 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 07/16/2014 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | CDC4724 | **Plate Renewal Date:** | 06/06/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BM79760 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 06/06/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | ROMERO, MARIA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 01/31/2014 |
| **License Plate:** | BM79760 | **Plate Renewal Date:** | 02/01/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BM79760 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1832 OAKLAND BLVD FORT WORTH, TX 76103-1528 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | ROMERO, MARIA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 01/31/2013 |
| **License Plate:** | BM79760 | **Plate Renewal Date:** | 02/09/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | BG76229 |

**KAPITUS EX. 13 - 077**

Kapitus_000077

| | | | |
|---|---|---|---|
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 1832 OAKLAND BLVD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76103-1528 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | ROMERO, MARIA | **DOB:** | |
| **Title Transfer Date:** | 11/06/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 1832 OAKLAND BLVD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76103-1528 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 11/06/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 201 E ABRAM ST | | |
| **Previous Owner Mailing Address:** | ARLINGTON, TX | | |
| | 76010-1146 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | FILSAIME, STEVE D. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2012 |
| **License Plate:** | BG76229 | **Plate Renewal Date:** | 09/08/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | 07HZY3 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 2805 MATTHEWS DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76118-6535 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | ROMERO, MARIA | **DOB:** | |
| **Title Transfer Date:** | 02/17/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 1832 OAKLAND BLVD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76103-1528 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | FILSAIME, STEVE D. | **DOB:** | |
| **Title Transfer Date:** | 09/19/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 2805 MATTHEWS DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76118-6535 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 09/19/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**KAPITUS EX. 13 - 078**

Kapitus_000078

|  |  |  |  |
|---|---|---|---|
| **Previous Owner Mailing Address:** | PO BOX 14461<br>ARLINGTON, TX<br>76094-1461 |  |  |

|  |  |  |  |
|---|---|---|---|
| **Previous Owner:** | AARON RENTS INC. | **DOB:** |  |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2011 |
| **License Plate:** | 07HZY3 | **Plate Renewal Date:** | 09/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 07HZY3 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1015 COBB PLACE<br>BLVD NW<br>KENNESAW, GA<br>30144-3672 |  |  |
| **Previous Owner Physical Address:** | 1618 SPENCER HWY<br>SOUTH HOUSTON,<br>TX 77587-3744 |  |  |

|  |  |  |  |
|---|---|---|---|
| **Previous Owner:** | AARON RENTS INC. | **DOB:** |  |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2010 |
| **License Plate:** | 07HZY3 | **Plate Renewal Date:** | 09/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 07HZY3 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 417 20TH ST N<br>BIRMINGHAM, AL<br>35203-3203 |  |  |
| **Previous Owner Physical Address:** | 1618 SPENCER HWY<br>SOUTH HOUSTON,<br>TX 77587-3744 |  |  |

|  |  |  |  |
|---|---|---|---|
| **Previous Owner:** | AARON RENTS INC. | **DOB:** |  |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2009 |
| **License Plate:** | 07HZY3 | **Plate Renewal Date:** | 09/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 07HZY3 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1015 COBB PLACE<br>BLVD NW<br>KENNESAW, GA<br>30144-3672 |  |  |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410<br>SAN ANTONIO, TX<br>78227-1668 |  |  |

|  |  |  |  |
|---|---|---|---|
| **Previous Owner:** | INC. | **DOB:** |  |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2009 |
| **License Plate:** |  | **Plate Renewal Date:** | 09/01/2008 |
| **License Plate State:** |  | **Previous License Plate:** |  |
| **Plate Type:** |  | **Previous License Plate State:** |  |
| **Previous Owner Mailing Address:** | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203 |  |  |

**KAPITUS EX. 13 - 079**

Kapitus_000079

| | | | |
|---|---|---|---|
| **Previous Owner Physical Address:** | 1739 SW LOOP 410 SAN ANTONIO, TX 78227-1668 | | |
| | | | |
| **Previous Owner:** | REGIONS BANK AARON RENTS INC. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2009 |
| **License Plate:** | | **Plate Renewal Date:** | 09/01/2008 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 1203 MONTGOMERY, AL 36102-1203 | | |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410 SAN ANTONIO, TX 78227-1668 | | |
| | | | |
| **Previous Owner:** | AARON RENTS INC. | **DOB:** | |
| **Title Transfer Date:** | 06/01/2009 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1015 COBB PLACE BLVD NW KENNESAW, GA 30144-3672 | | |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410 SAN ANTONIO, TX 78227-1668 | | |
| | | | |
| **Previous Owner:** | REGIONS BANK AARON RENTS INC. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2008 |
| **License Plate:** | 07HZY3 | **Plate Renewal Date:** | 09/26/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 07HZY3 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | PO BOX 1203 MONTGOMERY, AL 36102-1203 | | |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410 SAN ANTONIO, TX 78227-1673 | | |
| | | | |
| **Previous Owner:** | INC. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2008 |
| **License Plate:** | | **Plate Renewal Date:** | 09/26/2007 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 1203 MONTGOMERY, AL 36102-1203 | | |

**KAPITUS EX. 13 - 080**

**Kapitus_000080**

|                                 |                                          |                               |            |
|---------------------------------|------------------------------------------|-------------------------------|------------|
| **Previous Owner Physical Address:** | 1739 SW LOOP 410<br>SAN ANTONIO, TX<br>78227-1673 |                               |            |

|                                 |                                          |                               |            |
|---------------------------------|------------------------------------------|-------------------------------|------------|
| **Previous Owner:**             | INC.                                     | **DOB:**                      |            |
| **Title Transfer Date:**        | UNKNOWN                                  | **Plate Expiration Date:**    | 08/31/2007 |
| **License Plate:**              | 07HZY3                                   | **Plate Renewal Date:**       | 09/01/2006 |
| **License Plate State:**        | TX                                       | **Previous License Plate:**   | 07HZY3     |
| **Plate Type:**                 | PRIVATE                                  | **Previous License Plate State:** | TX     |
| **Previous Owner Mailing Address:** | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203 |                         |            |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410<br>SAN ANTONIO, TX<br>78227-1673 |                   |            |

|                                 |                                          |                               |            |
|---------------------------------|------------------------------------------|-------------------------------|------------|
| **Previous Owner:**             | REGIONS BANK<br>AARON RENTS INC.         | **DOB:**                      |            |
| **Title Transfer Date:**        | UNKNOWN                                  | **Plate Expiration Date:**    | 08/31/2007 |
| **License Plate:**              |                                          | **Plate Renewal Date:**       | 09/01/2006 |
| **License Plate State:**        |                                          | **Previous License Plate:**   |            |
| **Plate Type:**                 |                                          | **Previous License Plate State:** |        |
| **Previous Owner Mailing Address:** | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203 |                         |            |
| **Previous Owner Physical Address:** | 800 MAIN ST<br>LIBERTY, TX<br>77575-3735 |                          |            |

|                                 |                                          |                               |            |
|---------------------------------|------------------------------------------|-------------------------------|------------|
| **Previous Owner:**             | INC.                                     | **DOB:**                      |            |
| **Title Transfer Date:**        | 09/17/2005                               | **Plate Expiration Date:**    |            |
| **License Plate:**              |                                          | **Plate Renewal Date:**       |            |
| **License Plate State:**        |                                          | **Previous License Plate:**   |            |
| **Plate Type:**                 |                                          | **Previous License Plate State:** |        |
| **Previous Owner Mailing Address:** | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203 |                         |            |
| **Previous Owner Physical Address:** | 1739 SW LOOP 410<br>SAN ANTONIO, TX<br>78227-1673 |                   |            |

|                                 |                                          |                               |            |
|---------------------------------|------------------------------------------|-------------------------------|------------|
| **Previous Owner:**             | REGIONS BANK<br>AARON RENTS INC.         | **DOB:**                      |            |
| **Title Transfer Date:**        | 09/17/2005                               | **Plate Expiration Date:**    |            |
| **License Plate:**              |                                          | **Plate Renewal Date:**       |            |
| **License Plate State:**        |                                          | **Previous License Plate:**   |            |
| **Plate Type:**                 |                                          | **Previous License Plate State:** |        |
| **Previous Owner Mailing Address:** | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203<br>800 MAIN ST |        |            |

KAPITUS EX. 13 - 081

Kapitus_000081

| | | | |
|---|---|---|---|
| Previous Owner Physical Address: | LIBERTY, TX<br>77575-3735 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | REGIONS BANK<br>AARON RENTS INC. | DOB: | |
| Title Transfer Date: | 09/17/2005 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 1203<br>MONTGOMERY, AL<br>36102-1203 | | |
| Previous Owner Physical Address: | 1739 SW LOOP 410<br>SAN ANTONIO, TX<br>78227-1673 | | |

## 2007 CHEVROLET SILVERADO 1500

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 04/17/2014 |
| Plate Expiration Date: | 03/31/2016 | Plate Renewal Date: | 04/01/2015 |
| License Plate: | DHS4532 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | DHS4532 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131 | | |

| | | | |
|---|---|---|---|
| Year: | 20070000 | Make/Model: | CHEVROLET SILVERADO 1500 |
| Style: | CREW CAB 4D | Series: | LS LT LTZ W/T |
| VIN: | 2GCEC13CX71590618 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | RED RED |

## Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 03/31/2015 |
| License Plate: | DHS4532 | Plate Renewal Date: | 04/17/2014 |
| License Plate State: | TX | Previous License Plate: | CFP0670 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE P. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 03/31/2015 |

KAPITUS EX. 13 - 082

Kapitus_000082

**License Plate:**

**License Plate State:**

**Plate Type:**

**Previous Owner Mailing Address:**  628 DESTIN DR
FORT WORTH, TX
76131-4255

**Plate Renewal Date:**  04/17/2014

**Previous License Plate:**

**Previous License Plate State:**

---

**Previous Owner:**  SCHNEIDER, ROBERT  **DOB:** ███ 1943

**Title Transfer Date:**  UNKNOWN  **Plate Expiration Date:**  06/30/2014

**License Plate:**  CFP0670  **Plate Renewal Date:**  07/23/2013

**License Plate State:**  TX  **Previous License Plate:**  X0344867

**Plate Type:**  PRIVATE  **Previous License Plate State:**  LA

**Previous Owner Mailing Address:**  10201 JACKSBORO HWY
FORT WORTH, TX
76135-4705

---

**Previous Owner:**  BRIDGES, DWAYNE PAUL  **DOB:**

**Title Transfer Date:**  04/28/2014  **Plate Expiration Date:**

**License Plate:**  **Plate Renewal Date:**

**License Plate State:**  **Previous License Plate:**

**Plate Type:**  **Previous License Plate State:**

**Previous Owner Mailing Address:**  628 DESTIN DR
FORT WORTH, TX
76131-4255

---

**Title Transfer Date:**  04/28/2014  **Plate Expiration Date:**

**License Plate:**  **Plate Renewal Date:**

**License Plate State:**  **Previous License Plate:**

**Plate Type:**  **Previous License Plate State:**

**Previous Owner Mailing Address:**  PO BOX 93192
SOUTHLAKE, TX
76092-1192

---

**Previous Owner:**  BRIDGES, DWAYNE P.  **DOB:**

**Title Transfer Date:**  04/28/2014  **Plate Expiration Date:**

**License Plate:**  **Plate Renewal Date:**

**License Plate State:**  **Previous License Plate:**

**Plate Type:**  **Previous License Plate State:**

**Previous Owner Mailing Address:**  628 DESTIN DR
FORT WORTH, TX
76131-4255

---

**Previous Owner:**  SCHNEIDER, ROBERT  **DOB:** ███ 1943

**Title Transfer Date:**  08/01/2013  **Plate Expiration Date:**

**License Plate:**  **Plate Renewal Date:**

**License Plate State:**  **Previous License Plate:**

**Plate Type:**  **Previous License Plate State:**

**Previous Owner Mailing Address:**  10201 JACKSBORO HWY
FORT WORTH, TX
76135-4705

**KAPITUS EX. 13 - 083**

**Kapitus_000083**

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 08/01/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 93192 SOUTHLAKE, TX 76092-1192 | | |

### 1975 CHEVROLET CORVETTE

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 09/13/2011 |
| **Plate Expiration Date:** | 08/31/2013 | **Plate Renewal Date:** | 09/01/2012 |
| **License Plate:** | CY1G278 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | CY1G278 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 09/13/2011 |
| **Plate Expiration Date:** | 08/31/2013 | **Plate Renewal Date:** | 09/01/2012 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Year:** | 19750000 | **Make/Model:** | CHEVROLET CORVETTE |
| **Style:** | 2T | **Series:** | SPORT |
| **VIN:** | 1Z37J5S426301 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | RED |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22036740797121744 | **Original Title Date:** | 09/21/2011 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 09/21/2011 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

**KAPITUS EX. 13 - 084**

Kapitus_000084

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2012 |
| **License Plate:** | CY1G278 | **Plate Renewal Date:** | 09/13/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | Y52FPF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2012 |
| **License Plate:** | | **Plate Renewal Date:** | 09/13/2011 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | 09/21/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 09/21/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | GARNER, JANICE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2006 |
| **License Plate:** | Y52FPF | **Plate Renewal Date:** | 07/20/2005 |
| **License Plate State:** | TX | **Previous License Plate:** | Y52FPF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | PO BOX 698 EDGEWOOD, TX 75117-0698 | | |
| **Previous Owner Physical Address:** | 308 S HOUSTON ST EDGEWOOD, TX 75117-3102 | | |

**KAPITUS EX. 13 - 085**

**Kapitus_000085**

| | | | |
|---|---|---|---|
| Previous Owner: | GARNER, WILLIAM D. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2006 |
| License Plate: | | Plate Renewal Date: | 07/20/2005 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | PO BOX 698 | | |
| Previous Owner Mailing Address: | EDGEWOOD, TX 75117-0698 | | |
| | 308 S HOUSTON ST | | |
| Previous Owner Physical Address: | EDGEWOOD, TX 75117-3102 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | FETTY, HAROLD D. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2006 |
| License Plate: | | Plate Renewal Date: | 07/20/2005 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 4141 VALLEY VIEW DR | | |
| Previous Owner Mailing Address: | LONE OAK, TX 75453-5274 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | FETTY, HAROLD D. | DOB: | |
| Title Transfer Date: | 03/30/2006 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 4141 VALLEY VIEW DR | | |
| Previous Owner Mailing Address: | LONE OAK, TX 75453-5274 | | |

### 2008 GMC SIERRA 1500

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 03/28/2014 |
| Plate Expiration Date: | 02/28/2016 | Plate Renewal Date: | 03/01/2015 |
| License Plate: | CZS3178 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | CZS3178 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| | 628 DESTIN DR | | |
| Mailing Address: | FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Year: | 20080000 | Make/Model: | GMC SIERRA 1500 |
| Style: | CREW CAB 4D | Series: | DENALI |
| VIN: | 2GTEK638781290564 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | WHITE |

**KAPITUS EX. 13 - 086**

**Kapitus_000086**

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22020541724112641 | **Original Title Date:** | 04/09/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 04/09/2014 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

## Lien Holder History

| | | | |
|---|---|---|---|
| **Lien Holder:** | AUTO NOTE LLC PO BOX 93192 | **Lien Holder Type:** | LIEN HOLDER |
| **Lien Holder Mailing Address:** | SOUTHLAKE, TX 76092 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 02/28/2015 |
| **License Plate:** | CZS3178 | **Plate Renewal Date:** | 03/28/2014 |
| **License Plate State:** | TX | **Previous License Plate:** | 52TNM7 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 02/28/2015 |
| **License Plate:** | | **Plate Renewal Date:** | 03/28/2014 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 04/09/2014 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

**KAPITUS EX. 13 - 087**

Kapitus_000087

| | | | |
|---|---|---|---|
| **Previous Owner:** | BELL, FOLSOM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2014 |
| **License Plate:** | 52TNM7 | **Plate Renewal Date:** | 04/01/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 52TNM7 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 5528 NAKOMA DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75209-5622 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BELL, FOLSOM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2012 |
| **License Plate:** | 52TNM7 | **Plate Renewal Date:** | 05/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 52TNM7 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 5528 NAKOMA DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75209-5622 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BELL, FOLSOM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2010 |
| **License Plate:** | 52TNM7 | **Plate Renewal Date:** | 05/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 52TNM7 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 5528 NAKOMA DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75209-5622 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BELL, FOLSOM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2009 |
| **License Plate:** | 52TNM7 | **Plate Renewal Date:** | 05/30/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | |
| | 5528 NAKOMA DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75209-5622 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BELL, FOLSOM | **DOB:** | |
| **Title Transfer Date:** | 06/11/2008 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 5528 NAKOMA DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75209-5622 | | |
| | 130 COUNTY ROAD 104 | | |
| **Previous Owner Physical Address:** | ROBY, TX | | |
| | 79543-3312 | | |

**KAPITUS EX. 13 - 088**

Kapitus_000088

## 2007 CHEVROLET SILVERADO 1500

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DANA | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 06/28/2012 |
| Plate Expiration Date: | 05/31/2015 | Plate Renewal Date: | 06/01/2014 |
| License Plate: | BV82790 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | BV82790 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 06/28/2012 |
| Plate Expiration Date: | 05/31/2015 | Plate Renewal Date: | 06/01/2014 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 06/28/2012 |
| Plate Expiration Date: | 05/31/2015 | Plate Renewal Date: | 06/01/2014 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Year: | 20070000 | Make/Model: | CHEVROLET SILVERADO 1500 |
| Style: | CREW CAB 4D | Series: | LT LTZ W/T |
| VIN: | 3GCEC13J17G540356 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | WHITE |

## Title History

| | | | |
|---|---|---|---|
| Title Number: | 22037541086093122 | Original Title Date: | 07/09/2012 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 07/09/2012 | | |

**KAPITUS EX. 13 - 089**

**Kapitus_000089**

**Title Holder Mailing Address:**   628 DESTIN DR
FORT WORTH, TX
76131

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | BV82790 | **Plate Renewal Date:** | 06/01/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BV82790 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 06/01/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2013 |
| **License Plate:** | BV82790 | **Plate Renewal Date:** | 06/28/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | AM50906 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 06/28/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 06/28/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

KAPITUS EX. 13 - 090

Kapitus_000090

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 07/09/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 07/09/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | 07/09/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 07/09/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 189007 | | |
| **Previous Owner Mailing Address:** | FORT LAUDERDALE, | | |
| | FL 33318-9007 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, ESTELLA C. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2012 |
| **License Plate:** | AM50906 | **Plate Renewal Date:** | 07/11/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | AM50906 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3913 SELES | | |
| **Previous Owner Mailing Address:** | WESLACO, TX | | |
| | 78596-0974 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, HECTOR | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2012 |
| **License Plate:** | | **Plate Renewal Date:** | 07/11/2011 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 3913 SELES | | |
| **Previous Owner Mailing Address:** | WESLACO, TX | | |
| | 78596-0974 | | |

**KAPITUS EX. 13 - 091**

Kapitus_000091

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, ESTELLA C. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2011 |
| **License Plate:** | AM50906 | **Plate Renewal Date:** | 06/15/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 40VZP5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 3913 SELES WESLACO, TX 78596-0974 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, HECTOR | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2011 |
| **License Plate:** | | **Plate Renewal Date:** | 06/15/2010 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 3913 SELES WESLACO, TX 78596-0974 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | VILLA, MANUEL A. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2011 |
| **License Plate:** | 40VZP5 | **Plate Renewal Date:** | 06/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 40VZP5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 2812 ASHLEY DR PHARR, TX 78577-6909 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, ESTELLA C. | **DOB:** | |
| **Title Transfer Date:** | 06/23/2010 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 3913 SELES WESLACO, TX 78596-0974 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MUNIZ, HECTOR | **DOB:** | |
| **Title Transfer Date:** | 06/23/2010 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 3913 SELES WESLACO, TX 78596-0974 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/23/2010 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 25120 LEHIGH VALLEY, PA | | |

**KAPITUS EX. 13 - 092**

Kapitus_000092

18002-5120

| | | |
|---|---|---|
| **Previous Owner:** | MUNIZ, ESTELLA | **DOB:** |
| **Title Transfer Date:** | 06/23/2010 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| | 3913 SELES | |
| **Previous Owner Mailing Address:** | WESLACO, TX | |
| | 78596-0974 | |

| | | |
|---|---|---|
| **Title Transfer Date:** | 06/23/2010 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| | PO BOX 25120 | |
| **Previous Owner Mailing Address:** | LEHIGH VALLEY, PA | |
| | 18002-5120 | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | VILLA, MANUEL A. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2010 |
| **License Plate:** | 40VZP5 | **Plate Renewal Date:** | 06/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 40VZP5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 2812 ASHLEY DR | | |
| **Previous Owner Mailing Address:** | PHARR, TX | | |
| | 78577-6909 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | VILLA, MANUEL A. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2009 |
| **License Plate:** | 40VZP5 | **Plate Renewal Date:** | 06/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 40VZP5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 2812 ASHLEY DR | | |
| **Previous Owner Mailing Address:** | PHARR, TX | | |
| | 78577-6909 | | |

| | | |
|---|---|---|
| **Title Transfer Date:** | 06/20/2007 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| | PO BOX 8104 | |
| **Previous Owner Mailing Address:** | COCKEYSVILLE, MD | |
| | 21030-8104 | |

| | | |
|---|---|---|
| **Previous Owner:** | VILLA, MANUEL A. | **DOB:** |
| **Title Transfer Date:** | 06/20/2007 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| | 2812 ASHLEY DR | |
| **Previous Owner Mailing Address:** | PHARR, TX | |

**KAPITUS EX. 13 - 093**

Kapitus_000093

78577-6909

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/20/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 3100 | | |
| **Previous Owner Mailing Address:** | MIDLAND, TX | | |
| | 79702-3100 | | |

## 2004 CHEVROLET AVALANCHE

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 12/07/2007 |
| **Plate Expiration Date:** | 03/31/2014 | **Plate Renewal Date:** | 04/01/2013 |
| **License Plate:** | 42PYT5 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | 42PYT5 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX | | |
| | 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 12/07/2007 |
| **Plate Expiration Date:** | 03/31/2014 | **Plate Renewal Date:** | 04/01/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX | | |
| | 76131 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20040000 | **Make/Model:** | CHEVROLET AVALANCHE |
| **Style:** | SUV 4D 6P | **Series:** | 1500 |
| **VIN:** | 3GNEK12TX4G139798 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | GRAY |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2013 |
| **License Plate:** | 42PYT5 | **Plate Renewal Date:** | 04/01/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 42PYT5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |

**KAPITUS EX. 13 - 094**

**Kapitus_000094**

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 04/01/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2012 |
| **License Plate:** | 42PYT5 | **Plate Renewal Date:** | 07/25/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | 42PYT5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2012 |
| **License Plate:** | | **Plate Renewal Date:** | 04/06/2011 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1800 FULLER WISER RD<br>EULESS, TX<br>76039-4610 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 08/02/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | 08/02/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2011 |
| **License Plate:** | 42PYT5 | **Plate Renewal Date:** | 04/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 42PYT5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 957 TURTLE CV<br>IRVING, TX | | |

**KAPITUS EX. 13 - 095**    **Kapitus_000095**

75060-6783

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2010 |
| **License Plate:** | 42PYT5 | **Plate Renewal Date:** | 04/28/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 42PYT5 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 957 TURTLE CV | | |
| **Previous Owner Mailing Address:** | IRVING, TX | | |
| | 75060-6783 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 02/28/2009 |
| **License Plate:** | 42PYT5 | **Plate Renewal Date:** | 12/07/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | HAYQS |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 957 TURTLE CV | | |
| **Previous Owner Mailing Address:** | IRVING, TX | | |
| | 75060-6783 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | 12/18/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 957 TURTLE CV | | |
| **Previous Owner Mailing Address:** | IRVING, TX | | |
| | 75060-6783 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 12/18/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 1408 E PIONEER DR | | |
| **Previous Owner Mailing Address:** | IRVING, TX 75061 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HARDIN, WILLIAM | **DOB:** | |
| **Title Transfer Date:** | 12/18/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 1800 FULLER WISER RD | | |
| **Previous Owner Mailing Address:** | EULESS, TX | | |
| | 76039-4610 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 12/18/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 1408 W PIONEER DR | | |
| **Previous Owner Mailing Address:** | IRVING, TX | | |

**KAPITUS EX. 13 - 096**

Kapitus_000096

75061-7114

| | | | |
|---|---|---|---|
| **Previous Owner:** | AKINS, CHRISTOPHER D. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 01/31/2007 |
| **License Plate:** | 9VJP29 | **Plate Renewal Date:** | 02/01/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 9VJP29 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 3305 COLBI HILL DR ARLINGTON, TX 76014-2933 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | AKINS, CHRISTOPHER D. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 01/31/2006 |
| **License Plate:** | 9VJP29 | **Plate Renewal Date:** | 02/01/2005 |
| **License Plate State:** | TX | **Previous License Plate:** | 9VJP29 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 3305 COLBI HILL DR ARLINGTON, TX 76014-2933 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | AKINS, CHRISTOPHER D. | **DOB:** | |
| **Title Transfer Date:** | 03/16/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 3305 COLBI HILL DR ARLINGTON, TX 76014-2933 | | |

| | | | |
|---|---|---|---|
| **Year:** | 00000000 | **Make/Model:** | |
| **Style:** | | **Series:** | |
| **VIN:** | JSAAJ51A162108351 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

**Title History**

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 03/13/2008 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | EXPERT AUTO SALES | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 03/13/2008 1402 FLORIDA AVE SW | | |

**KAPITUS EX. 13 - 097**

Kapitus_000097

**Title Holder Mailing Address:**   DENHAM SPRINGS,
LA 70726

| | |
|---|---|
| **Title Number:** | **Original Title Date:** |
| **License Plate:** | **Decal Number:** |
| **License Plate State:** | **Previous Plate:** |
| **Plate Type:** | **Previous Plate State:** |
| **Title Holder Name:** | BRIDGES, DWAYNE P. |
| **Title Transfer Date:** | 03/13/2008 |

**Title Holder Type:** OWNER

17650 MELANCON
RD
LIVINGSTON, LA
70754

**Title Holder Mailing Address:**

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/20/2010 |
| **License Plate:** | OR348903 | **Plate Renewal Date:** | 12/19/2006 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | OTHER | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**  17650 MELANCON
RD
LIVINGSTON, LA
70754-3001

| | | | |
|---|---|---|---|
| **Previous Owner:** | BIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/20/2010 |
| **License Plate:** | | **Plate Renewal Date:** | 12/19/2006 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**  17650 MELANCON
RD
LIVINGSTON, LA
70754-3001

| | | | |
|---|---|---|---|
| **Previous Owner:** | BIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 12/19/2006 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**  17650 MELANCON
RD
LIVINGSTON, LA
70754-3001

**KAPITUS EX. 13 - 098**

Kapitus_000098

## 2002 CHEVROLET TRAILBLAZER

| | | | |
|---|---|---|---|
| **Year:** | 20020000 | **Make/Model:** | CHEVROLET TRAILBLAZER |
| **Style:** | SUV 4D 5P | **Series:** | LS LT LTZ |
| **VIN:** | 1GNDS13S722164665 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | RED |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 12/28/2009 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 12/28/2009 | | |
| **Title Holder Mailing Address:** | 17210 OLIVE DR LIVINGSTON, LA 70754 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | EXPERT AUTO SALES | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 12/28/2009 | | |
| **Title Holder Mailing Address:** | 1402 FLORIDA AVE SW DENHAM SPRINGS, LA 70726 | | |

### Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/20/2009 |
| **License Plate:** | RBU135 | **Plate Renewal Date:** | 12/07/2007 |
| **License Plate State:** | LA | **Previous License Plate:** | PHB851 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | LA |
| **Previous Owner Mailing Address:** | 17210 OLIVE DR LIVINGSTON, LA 70754-2155 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | HATFIELD, MICHAEL L. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/20/2008 |
| **License Plate:** | ORZ531 | **Plate Renewal Date:** | 05/08/2006 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**KAPITUS EX. 13 - 099**

Kapitus_000099

| | | | |
|---|---|---|---|
| | 36453 HIDDEN OAKS | | |
| **Previous Owner Mailing Address:** | CT | | |
| | PRAIRIEVILLE, LA | | |
| | 70769-3449 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 12/07/2007 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 17210 OLIVE DR | | |
| **Previous Owner Mailing Address:** | LIVINGSTON, LA | | |
| | 70754-2155 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | WELCH, JOHNNY R. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/20/2007 |
| **License Plate:** | KBC818 | **Plate Renewal Date:** | 10/12/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 5566 NEWELL ST | | |
| **Previous Owner Mailing Address:** | ZACHARY, LA | | |
| | 70791-2617 | | |

**1974 CHEVROLET CORVETTE**

| | | | |
|---|---|---|---|
| **Registered Owner:** | SCHWABEN, COLLEEN K. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 09/11/2014 |
| **Plate Expiration Date:** | 03/31/2018 | **Plate Renewal Date:** | 09/11/2014 |
| **License Plate:** | JHVW1 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | JDSD7 |
| **Plate Type:** | ANTIQUE | **Previous Plate State:** | TX |
| | 30115 RAVEN LN | | |
| **Mailing Address:** | BULVERDE, TX | | |
| | 78163 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | SCHWABEN, HEINZ R. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 09/11/2014 |
| **Plate Expiration Date:** | 03/31/2018 | **Plate Renewal Date:** | 09/11/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| | 30115 RAVEN LN | | |
| **Mailing Address:** | BULVERDE, TX | | |
| | 78163 | | |

| | | | |
|---|---|---|---|
| **Year:** | 19740000 | **Make/Model:** | CHEVROLET CORVETTE |
| **Style:** | CV | **Series:** | BASE |
| **VIN:** | 1Z67J4S413775 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | RED |

**KAPITUS EX. 13 - 100**

**Title History**

| | | | |
|---|---|---|---|
| **Title Number:** | 04600241891152832 | **Original Title Date:** | 09/18/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | SCHWABEN, COLLEEN K. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 09/18/2014 | | |
| **Title Holder Mailing Address:** | 30115 RAVEN LN BULVERDE, TX 78163 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | SCHWABEN, HEINZ R. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 09/18/2014 | | |
| **Title Holder Mailing Address:** | 30115 RAVEN LN BULVERDE, TX 78163 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2018 |
| **License Plate:** | JDSD7 | **Plate Renewal Date:** | 06/05/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | HBHK8 |
| **Plate Type:** | ANTIQUE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 03/31/2013 |
| **License Plate:** | HBHK8 | **Plate Renewal Date:** | 09/18/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 037237 |
| **Plate Type:** | ANTIQUE | **Previous License Plate State:** | MI |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 09/26/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |

**KAPITUS EX. 13 - 101**

Kapitus_000101

| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

### 2009 CHEVROLET CORVETTE

| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 12/11/2013 |
| Plate Expiration Date: | 11/30/2014 | Plate Renewal Date: | 12/11/2013 |
| License Plate: | CWD6869 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | 6JCH830 |
| Plate Type: | PRIVATE | Previous Plate State: | CA |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| Registered Owner: | BRIDGES, DWAYNE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 12/11/2013 |
| Plate Expiration Date: | 11/30/2014 | Plate Renewal Date: | 12/11/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| Year: | 20090000 | Make/Model: | CHEVROLET CORVETTE |
| Style: | CONVERTIBLE 2D | Series: | BASE |
| VIN: | 1G1YY36W995200263 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | YELLOW |

### Title History

| Title Number: | 22043041617134457 | Original Title Date: | 12/20/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 12/20/2013 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| Title Number: | | Original Title Date: | |

**KAPITUS EX. 13 - 102**

**Kapitus_000102**

License Plate:                                              Decal Number:
License Plate State:                                        Previous Plate:
Plate Type:                                                 Previous Plate State:
Title Holder Name:          BRIDGES, DWAYNE    Title Holder Type:          OWNER
Title Transfer Date:        12/20/2013
                            628 DESTIN DR
Title Holder Mailing Address:   FORT WORTH, TX
                            76131


**Lien Holder History**

Lien Holder:                JPMORGAN CHASE     Lien Holder Type:           LIEN HOLDER
                            BANK N. A
                            PO BOX 901098
Lien Holder Mailing Address:   FORT WORTH, TX
                            76101
                            PO BOX 901098
Lien Holder Physical Address:   FORT WORTH, TX
                            76101


**1998 TOYOTA T100**

Registered Owner:           BRIDGES, DANA      DOB:
Owner Type:                 REGISTRANT         Plate Registration Date:    05/17/2011
Plate Expiration Date:      04/30/2012         Plate Renewal Date:         05/17/2011
License Plate:              BA17356            Decal Number:
License Plate State:        TX                 Previous Plate:             88TKB9
Plate Type:                 PRIVATE            Previous Plate State:       TX
                            628 DESTIN DR
Mailing Address:            FORT WORTH, TX
                            76131


Registered Owner:           BRIDGES, DWAYNE    DOB:
Owner Type:                 REGISTRANT         Plate Registration Date:    05/17/2011
Plate Expiration Date:      04/30/2012         Plate Renewal Date:         05/17/2011
License Plate:                                 Decal Number:
License Plate State:                           Previous Plate:
Plate Type:                                    Previous Plate State:
                            628 DESTIN DR
Mailing Address:            FORT WORTH, TX
                            76131


Registered Owner:           PROGRESSIVE        DOB:
                            CASUALTY INS
Owner Type:                 REGISTRANT         Plate Registration Date:    05/17/2011
Plate Expiration Date:      04/30/2012         Plate Renewal Date:         05/17/2011
License Plate:                                 Decal Number:
License Plate State:                           Previous Plate:
Plate Type:                                    Previous Plate State:

**KAPITUS EX. 13 - 103**                    **Kapitus_000103**

| | | | |
|---|---|---|---|
| Mailing Address: | 204 MARS RD WILMER, TX 75172 | | |
| Year: | 19980000 | Make/Model: | TOYOTA T100 |
| Style: | XTRA CAB 2D | Series: | BASE |
| VIN: | JT4TN12D1W0040004 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | |

## Title History

| | | | |
|---|---|---|---|
| Title Number: | 22037540678140315 | Original Title Date: | 05/25/2011 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE | Title Holder Type: | OWNER |
| Title Transfer Date: | 05/25/2011 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

## Lien Holder History

| | | | |
|---|---|---|---|
| Lien Holder: | CHOICE CARS 6055 N MAIN ST | Lien Holder Type: | LIEN HOLDER |
| Lien Holder Mailing Address: | FORT WORTH, TX 76179 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | PROGRESSIVE CASUALTY INS | DOB: | |
| Title Transfer Date: | 07/18/2012 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 204 MARS RD WILMER, TX 75172-3324 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | KOUNTZ, SHAUN | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 11/30/2010 |
| License Plate: | 88TKB9 | Plate Renewal Date: | 12/01/2009 |
| License Plate State: | TX | Previous License Plate: | 88TKB9 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 6300 EAGLES REST DR | | |
| Previous Owner Mailing Address: | | | |

**KAPITUS EX. 13 - 104**

Kapitus_000104

FORT WORTH, TX
76179-4598

| | | | |
|---|---|---|---|
| **Previous Owner:** | KOUNTZ, SHAUN | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2009 |
| **License Plate:** | 88TKB9 | **Plate Renewal Date:** | 05/13/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 75TDJ1 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 6300 EAGLES REST DR FORT WORTH, TX 76179-4598 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2009 |
| **License Plate:** | 75TDJ1 | **Plate Renewal Date:** | 12/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 75TDJ1 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, MARTIN | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2009 |
| **License Plate:** | | **Plate Renewal Date:** | 12/01/2008 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE K. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2009 |
| **License Plate:** | | **Plate Renewal Date:** | 12/01/2008 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 05/21/2009 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 660986 SACRAMENTO, CA 95866-0986 | | |

**KAPITUS EX. 13 - 105**

Kapitus_000105

| | | | |
|---|---|---|---|
| **Previous Owner:** | KOUNTZ, SHAUN | **DOB:** | |
| **Title Transfer Date:** | 05/21/2009 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 6300 EAGLES REST DR FORT WORTH, TX 76179-4598 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, MARTIN | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2007 |
| **License Plate:** | 75TDJ1 | **Plate Renewal Date:** | 12/01/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 75TDJ1 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2007 |
| **License Plate:** | | **Plate Renewal Date:** | 12/01/2006 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, MARTIN | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2006 |
| **License Plate:** | 75TDJ1 | **Plate Renewal Date:** | 12/01/2005 |
| **License Plate State:** | TX | **Previous License Plate:** | 1CDB86 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 11/30/2006 |
| **License Plate:** | | **Plate Renewal Date:** | 12/01/2005 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROWN, MARTIN | **DOB:** | |

**KAPITUS EX. 13 - 106**

Kapitus_000106

| | | |
|---|---|---|
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | |

| | | |
|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE K. | **DOB:** |
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | |

| | | |
|---|---|---|
| **Previous Owner:** | BROWN, SUZANNE | **DOB:** |
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | 8508 WHISPERING CREEK TRL FORT WORTH, TX 76134-4978 | |

| | | |
|---|---|---|
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | PO BOX 2227 GRAPEVINE, TX 76099-2227 | |

| | | |
|---|---|---|
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | PO BOX 2227 GRAPEVINE, TX 76099-2227 | |

| | | |
|---|---|---|
| **Title Transfer Date:** | 04/30/1998 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |
| **Previous Owner Mailing Address:** | PO BOX 2227 GRAPEVINE, TX 76099-2227 | |

**KAPITUS EX. 13 - 107**

### 2010 NISSAN TITAN

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/16/2010 |
| **Plate Expiration Date:** | 06/30/2014 | **Plate Renewal Date:** | 07/01/2013 |
| **License Plate:** | AM72578 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | AM72578 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | INSURANCE CO. OF TEXAS | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/16/2010 |
| **Plate Expiration Date:** | 06/30/2014 | **Plate Renewal Date:** | 07/01/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 4226 E MAIN ST GRAND PRAIRIE, TX 75050 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | STATE FARM COUNTY MUTUAL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/16/2010 |
| **Plate Expiration Date:** | 06/30/2014 | **Plate Renewal Date:** | 07/01/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 4226 E MAIN ST GRAND PRAIRIE, TX 75050 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 07/16/2010 |
| **Plate Expiration Date:** | 06/30/2014 | **Plate Renewal Date:** | 07/01/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20100000 | **Make/Model:** | NISSAN TITAN |
| **Style:** | CREW CAB 4D | **Series:** | LE SE XE |
| **VIN:** | 1N6BA0EK5AN307505 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | RED |

**KAPITUS EX. 13 - 108**

**Kapitus_000108**

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 29727041637091841 | **Original Title Date:** | 12/31/2013 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | INSURANCE CO. OF TEXAS | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 12/31/2013 | | |
| | 4226 E MAIN ST | | |
| **Title Holder Mailing Address:** | GRAND PRAIRIE, TX 75050 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | STATE FARM COUNTY MUTUAL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 12/31/2013 | | |
| | 4226 E MAIN ST | | |
| **Title Holder Mailing Address:** | GRAND PRAIRIE, TX 75050 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2013 |
| **License Plate:** | AM72578 | **Plate Renewal Date:** | 07/27/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | AM72578 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2012 |
| **License Plate:** | AM72578 | **Plate Renewal Date:** | 07/01/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | AM72578 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2011 |

**KAPITUS EX. 13 - 109**

**Kapitus_000109**

| | | | |
|---|---|---|---|
| License Plate: | AM72578 | Plate Renewal Date: | 07/16/2010 |
| License Plate State: | TX | Previous License Plate: | |
| Plate Type: | PRIVATE | Previous License Plate State: | |
| | 628 DESTIN DR | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DANA | DOB: | |
| Title Transfer Date: | 08/02/2010 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 628 DESTIN DR | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Title Transfer Date: | 08/02/2010 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | PO BOX 25120 | | |
| Previous Owner Mailing Address: | LEHIGH VALLEY, PA 18002-5120 | | |

| | | | |
|---|---|---|---|
| Title Transfer Date: | 08/02/2010 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | PO BOX 25120 | | |
| Previous Owner Mailing Address: | LEHIGH VALLEY, PA 18002-5120 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | 08/02/2010 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 628 DESTIN DR | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Title Transfer Date: | 08/02/2010 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | PO BOX 25120 | | |
| Previous Owner Mailing Address: | LEHIGH VALLEY, PA 18002-5120 | | |

**1995 PONTIAC GRAND AM**

| | | | |
|---|---|---|---|
| Registered Owner: | EXPERT AUTO SALES & SERVICE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 10/28/2005 |

**KAPITUS EX. 13 - 110**

Kapitus_000110

| Plate Expiration Date: | 09/20/2007 | Plate Renewal Date: | 10/28/2005 |
|---|---|---|---|
| License Plate: | OGD346 | Decal Number: | 00000000 |
| License Plate State: | LA | Previous Plate: | NONE |
| Plate Type: | PRIVATE | Previous Plate State: | LA |
| Mailing Address: | 1402 FLORIDA AVE SW DENHAM SPRINGS, LA 70726 | | |

| Registered Owner: | EXPERT AUTO SALES AND SERVICE | DOB: | |
|---|---|---|---|
| Owner Type: | REGISTRANT | Plate Registration Date: | 10/28/2005 |
| Plate Expiration Date: | 09/20/2007 | Plate Renewal Date: | 10/28/2005 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Mailing Address: | 1402 FLORIDA AVE SW DENHAM SPRINGS, LA 70726 | | |

| Year: | 19950000 | Make/Model: | PONTIAC GRAND AM SE |
|---|---|---|---|
| Style: | COUPE 2D UNS | Series: | |
| VIN: | 1G2NE15D9SM589395 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | GREEN |

## Title History

| Title Number: | A7749830 | Original Title Date: | 10/28/2005 |
|---|---|---|---|
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE P. | Title Holder Type: | OWNER |
| Title Transfer Date: | 10/28/2005 | | |
| Title Holder Mailing Address: | 10065 ADAM DR DENHAM SPRINGS, LA 70726 | | |

| Title Number: | | Original Title Date: | |
|---|---|---|---|
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | EXPERT AUTO SALES & SERVICE | Title Holder Type: | OWNER |
| Title Transfer Date: | 10/28/2005 | | |
| | 1402 FLORIDA AVE | | |

**KAPITUS EX. 13 - 111**

Kapitus_000111

**Title Holder Mailing Address:** SW
DENHAM SPRINGS,
LA 70726

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | EXPERT AUTO SALES AND SERVICE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/28/2005 | | |
| | 1402 FLORIDA AVE SW | | |
| **Title Holder Mailing Address:** | DENHAM SPRINGS, LA 70726 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | EXPERT AUTO SALES AND SERVICE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/20/2007 |
| **License Plate:** | OGD346 | **Plate Renewal Date:** | 10/28/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1402 FLORIDA AVE SW DENHAM SPRINGS, LA 70726-4640 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | EXPERT AUTO SALES & SERVICE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/20/2007 |
| **License Plate:** | | **Plate Renewal Date:** | 10/28/2005 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1402 FLORIDA AVE SW DENHAM SPRINGS, LA 70726-4640 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/20/2007 |
| **License Plate:** | | **Plate Renewal Date:** | 10/28/2005 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 10065 ADAM DR DENHAM SPRINGS, LA 70726-7722 | | |

**KAPITUS EX. 13 - 112**

Kapitus_000112

## 2004 HOND

| | | | |
|---|---|---|---|
| **Registered Owner:** | PENA, RICHARD | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 01/07/2008 |
| **Plate Expiration Date:** | 12/20/2010 | **Plate Renewal Date:** | 01/07/2008 |
| **License Plate:** | MC400327 | **Decal Number:** | 00000000 |
| **License Plate State:** | LA | **Previous Plate:** | MC408842 |
| **Plate Type:** | MOTORCYCLE | **Previous Plate State:** | LA |
| **Mailing Address:** | 1580 HARBOR DR UNIT 214 SLIDELL, LA 70458 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20040000 | **Make/Model:** | HOND |
| **Style:** | MC | **Series:** | |
| **VIN:** | JH2RC50364K010409 | **Type:** | UNKNOWN |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | SILVER/STAINLESS |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 10/03/2008 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | A 1 WRECKER SERVICE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/03/2008 | | |
| **Title Holder Mailing Address:** | 38403 HIGHWAY DEPARTMENT RD PEARL RIVER, LA 70452 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | A 1 WRECKER SERVICE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/03/2008 | | |
| **Title Holder Mailing Address:** | PO BOX 1233 PEARL RIVER, LA 70452 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/20/2010 |

**KAPITUS EX. 13 - 113**

Kapitus_000113

| | | | |
|---|---|---|---|
| License Plate: | MC408842 | Plate Renewal Date: | 06/29/2007 |
| License Plate State: | LA | Previous License Plate: | NONE |
| Plate Type: | MOTORCYCLE | Previous License Plate State: | LA |
| Previous Owner Mailing Address: | 17210 OLIVE DR LIVINGSTON, LA 70754-2155 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | LOVE, JAMES CODY | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 12/20/2008 |
| License Plate: | MC342240 | Plate Renewal Date: | 01/24/2005 |
| License Plate State: | LA | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 590 HIGHWAY 772 E JENA, LA 71342-3820 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | PROGRESSIVE INS CO. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/13/2007 |
| License Plate: | NONE | Plate Renewal Date: | 10/13/2006 |
| License Plate State: | LA | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 70 LIVINGSTON, LA 70754-0070 | | |
| Previous Owner Physical Address: | | | |

| | | | |
|---|---|---|---|
| Previous Owner: | PROGRESSIVE CASUALTY INS CO. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/13/2007 |
| License Plate: | | Plate Renewal Date: | 10/13/2006 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 29000 S FROST RD LIVINGSTON, LA 70754-2619 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | 06/29/2007 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 17210 OLIVE DR LIVINGSTON, LA 70754-2155 | | |

## 2004 DODGE RAM 1500

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 08/05/2013 |
| Plate Expiration Date: | 07/31/2016 | Plate Renewal Date: | 08/01/2015 |
| License Plate: | CFS1376 | Decal Number: | |

**KAPITUS EX. 13 - 114**

Kapitus_000114

| | | | | |
|---|---|---|---|---|
| License Plate State: | TX | Previous Plate: | CFS1376 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR | | |
| | FORT WORTH, TX | | |
| | 76131 | | |

| | | | |
|---|---|---|---|
| Year: | 20040000 | Make/Model: | DODGE RAM 1500 |
| Style: | QUAD CAB 4D | Series: | LARAMIE SLT ST |
| VIN: | 1D7HA18D34S678013 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | BLUE |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | 22037441489124402 | Original Title Date: | 08/12/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 08/12/2013 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

### Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2015 |
| License Plate: | CFS1376 | Plate Renewal Date: | 08/01/2014 |
| License Plate State: | TX | Previous License Plate: | CFS1376 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2015 |
| License Plate: | | Plate Renewal Date: | 08/01/2014 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2014 |

**KAPITUS EX. 13 - 115**

**Kapitus_000115**

| | | | |
|---|---|---|---|
| **License Plate:** | CFS1376 | **Plate Renewal Date:** | 08/05/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BF80370 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN R. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/31/2013 |
| **License Plate:** | BF80370 | **Plate Renewal Date:** | 11/14/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | BF80370 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 508 MITCH ST SAGINAW, TX 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 11/14/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 508 MITCH ST SAGINAW, TX 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 08/12/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN R. | **DOB:** | |
| **Title Transfer Date:** | 06/10/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 508 MITCH ST SAGINAW, TX 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/10/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | PO BOX 977 ROANOKE, TX 76262-0977 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN | **DOB:** | |

**KAPITUS EX. 13 - 116**

Kapitus_000116

| | | | |
|---|---|---|---|
| Title Transfer Date: | 06/10/2013 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | MENDOZA, JUAN R. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/31/2012 |
| License Plate: | BF80370 | Plate Renewal Date: | 11/01/2011 |
| License Plate State: | TX | Previous License Plate: | 69GJX1 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | MENDOZA, JUAN | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/31/2012 |
| License Plate: | | Plate Renewal Date: | 11/01/2011 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | MENDOZA, JUAN R. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/31/2011 |
| License Plate: | 69GJX1 | Plate Renewal Date: | 11/16/2010 |
| License Plate State: | TX | Previous License Plate: | 69GJX1 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | MENDOZA, JUAN R. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 10/31/2010 |
| License Plate: | 69GJX1 | Plate Renewal Date: | 11/23/2009 |
| License Plate State: | TX | Previous License Plate: | 69GJX1 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| Previous Owner: | MENDOZA, JUAN R. | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2009 |
| License Plate: | 69GJX1 | Plate Renewal Date: | 06/20/2008 |
| License Plate State: | TX | Previous License Plate: | 69GJX1 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 508 MITCH ST | | |
| Previous Owner Mailing Address: | SAGINAW, TX | | |

**KAPITUS EX. 13 - 117**

Kapitus_000117

76179-1377

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN R. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2008 |
| **License Plate:** | 69GJX1 | **Plate Renewal Date:** | 05/01/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 69GJX1 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 508 MITCH ST | | |
| **Previous Owner Mailing Address:** | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN R. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2007 |
| **License Plate:** | 69GJX1 | **Plate Renewal Date:** | 05/01/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 69GJX1 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 508 MITCH ST | | |
| **Previous Owner Mailing Address:** | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN R. | **DOB:** | |
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 508 MITCH ST | | |
| **Previous Owner Mailing Address:** | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MENDOZA, JUAN | **DOB:** | |
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 508 MITCH ST | | |
| **Previous Owner Mailing Address:** | SAGINAW, TX | | |
| | 76179-1377 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 977 | | |
| **Previous Owner Mailing Address:** | ROANOKE, TX | | |
| | 76262-0977 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 977 | | |
| **Previous Owner Mailing Address:** | ROANOKE, TX | | |

**KAPITUS EX. 13 - 118**

Kapitus_000118

76262-0977

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 977 | | |
| **Previous Owner Mailing Address:** | ROANOKE, TX | | |
| | 76262-0977 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 06/03/2004 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 977 | | |
| **Previous Owner Mailing Address:** | ROANOKE, TX | | |
| | 76262-0977 | | |

### 1998 FORD RANGER

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 10/28/2011 |
| **Plate Expiration Date:** | 03/31/2016 | **Plate Renewal Date:** | 04/29/2015 |
| **License Plate:** | BK20056 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | BK20056 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| **Mailing Address:** | UNKNOWN | | |

| | | | |
|---|---|---|---|
| **Year:** | 19980000 | **Make/Model:** | FORD RANGER |
| **Style:** | REGULAR CAB 2D | **Series:** | SPLASH XL XLT |
| **VIN:** | 1FTYR10U4WUC97874 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | WHITE |

### Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/31/2014 |
| **License Plate:** | BK20056 | **Plate Renewal Date:** | 11/01/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BK20056 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/31/2013 |
| **License Plate:** | BK20056 | **Plate Renewal Date:** | 11/14/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | BK20056 |

**KAPITUS EX. 13 - 119**

| | | | |
|---|---|---|---|
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 11/14/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2012 |
| **License Plate:** | BK20056 | **Plate Renewal Date:** | 10/28/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 11/09/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | 11/09/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 11/09/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR<br>FORT WORTH, TX<br>76131-4255 | | |

**KAPITUS EX. 13 - 120**

Kapitus_000120

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2011 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2010 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2009 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2008 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2007 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 2TRKT |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2006 |
| **License Plate:** | 2TRKT | **Plate Renewal Date:** | 10/01/2005 |
| **License Plate State:** | TX | **Previous License Plate:** | 1VFK61 |

**KAPITUS EX. 13 - 121**

**Kapitus_000121**

| | | | |
|---|---|---|---|
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | DEAN, JAMES T. | **DOB:** | |
| **Title Transfer Date:** | 03/26/2002 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 3413 COLER | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX 76109 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 03/26/2002 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 105614 | | |
| **Previous Owner Mailing Address:** | ATLANTA, GA 30348-5614 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 03/26/2002 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 105614 | | |
| **Previous Owner Mailing Address:** | ATLANTA, GA 30348-5614 | | |

**2016 TOYOTA SEQUOIA**

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DANA | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 10/22/2015 |
| **Plate Expiration Date:** | 09/30/2017 | **Plate Renewal Date:** | 10/22/2015 |
| **License Plate:** | GLY4567 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 10/22/2015 |
| **Plate Expiration Date:** | 09/30/2017 | **Plate Renewal Date:** | 10/22/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX 76131 | | |

**KAPITUS EX. 13 - 122**

| | | | |
|---|---|---|---|
| **Year:** | 20160000 | **Make/Model:** | TOYOTA SEQUOIA |
| **Style:** | SUV 4D 7P | **Series:** | PLATINUM |
| **VIN:** | 5TDDW5G16GS127841 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | WHITE |

### Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22031342298250076 | **Original Title Date:** | 10/30/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DANA | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/30/2015 | | |
| | 628 DESTIN DR | | |
| **Title Holder Mailing Address:** | FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 10/30/2015 | | |
| | 628 DESTIN DR | | |
| **Title Holder Mailing Address:** | FORT WORTH, TX 76131 | | |

### Lien Holder History

| | | | |
|---|---|---|---|
| **Lien Holder:** | TOYOTA MOTOR C. REDIT CORP. | **Lien Holder Type:** | LIEN HOLDER |
| **Lien Holder Mailing Address:** | PO BOX 105386 ATLANTA, GA 30348 | | |

### 2004 CADILLAC ESCALADE EXT

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 08/29/2013 |
| **Plate Expiration Date:** | 07/31/2015 | **Plate Renewal Date:** | 06/26/2014 |
| **License Plate:** | CFG8256 | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | CFG8256 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| | 628 DESTIN DR FORT WORTH, TX | | |
| **Mailing Address:** | | | |

**KAPITUS EX. 13 - 123**

Kapitus_000123

76131

| | | | |
|---|---|---|---|
| **Year:** | 20040000 | **Make/Model:** | CADILLAC ESCALADE EXT |
| **Style:** | SUV 4D 5P | **Series:** | BASE |
| **VIN:** | 3GYEK62N34G261503 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | SILVER/STAINLESS |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22037641814103528 | **Original Title Date:** | 07/09/2014 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/09/2014 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | RAMOS ESQUIVEL, JORGE HECTOR | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 07/31/2014 |
| **License Plate:** | CFG8256 | **Plate Renewal Date:** | 08/29/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | CTD170 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | SC |
| **Previous Owner Mailing Address:** | 4250 SATURN RD GARLAND, TX 75041-5302 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | RAMOS ESQUIVEL, JORGE HECTOR | **DOB:** | |
| **Title Transfer Date:** | 09/09/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 4250 SATURN RD GARLAND, TX 75041-5302 | | |

## 2006 CHEVROLET SILVERADO 1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 04/30/2014 |
| **Plate Expiration Date:** | 09/30/2016 | **Plate Renewal Date:** | 10/01/2015 |

**KAPITUS EX. 13 - 124**

| | | | |
|---|---|---|---|
| License Plate: | DHT2183 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | DHT2183 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 1150 BLUE MOUND RD W STE 103 HASLET, TX 76052 | | |
| | | | |
| Year: | 20060000 | Make/Model: | CHEVROLET SILVERADO 1500 |
| Style: | EXTENDED CAB 4D | Series: | LS LT W/T |
| VIN: | 2GCEK19B961324197 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | WHITE |

**Previous Owner History**

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2015 |
| License Plate: | DHT2183 | Plate Renewal Date: | 10/01/2014 |
| License Plate State: | TX | Previous License Plate: | DHT2183 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 1150 BLUE MOUND RD W HASLET, TX 76052-3877 | | |
| | | | |
| Previous Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2014 |
| License Plate: | DHT2183 | Plate Renewal Date: | 04/30/2014 |
| License Plate State: | TX | Previous License Plate: | AA95080 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 1150 BLUE MOUND RD W HASLET, TX 76052-3877 | | |
| | | | |
| Previous Owner: | BARRINGTON, ROYCE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2014 |
| License Plate: | AA95080 | Plate Renewal Date: | 10/04/2013 |
| License Plate State: | TX | Previous License Plate: | AA95080 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 1717 COUNTY ROAD 3555 PARADISE, TX 76073-4604 | | |

**KAPITUS EX. 13 - 125**

**Kapitus_000125**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Title Transfer Date:** | 05/09/2014 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1150 BLUE MOUND RD W<br>HASLET, TX<br>76052-3877 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2013 |
| **License Plate:** | AA95080 | **Plate Renewal Date:** | 09/12/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | AA95080 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1717 COUNTY ROAD 3555<br>PARADISE, TX<br>76073-4604 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | 08/26/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1717 COUNTY ROAD 3555<br>PARADISE, TX<br>76073-4604 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 08/26/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 3201 DENTON HWY<br>HALTOM CITY, TX<br>76117-3716 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | 12/28/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1717 COUNTY ROAD 3555<br>PARADISE, TX<br>76073-4604 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 12/28/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**KAPITUS EX. 13 - 126**

Kapitus_000126

**Previous Owner Mailing Address:** 100 N SAGINAW
BLVD
SAGINAW, TX
76179-1332

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 07/31/2012 |
| **License Plate:** | AA95080 | **Plate Renewal Date:** | 08/12/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | AA95080 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

**Previous Owner Mailing Address:** 1717 COUNTY ROAD
3555
PARADISE, TX
76073-4604

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 07/31/2011 |
| **License Plate:** | AA95080 | **Plate Renewal Date:** | 08/09/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | AA95080 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

**Previous Owner Mailing Address:** 1717 COUNTY ROAD
3555
PARADISE, TX
76073-4604

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 07/31/2010 |
| **License Plate:** | AA95080 | **Plate Renewal Date:** | 08/06/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 03 T 0031L |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | WY |

**Previous Owner Mailing Address:** 1717 COUNTY ROAD
3555
PARADISE, TX
76073-4604

| | | | |
|---|---|---|---|
| **Previous Owner:** | BARRINGTON, ROYCE | **DOB:** | |
| **Title Transfer Date:** | 08/17/2009 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:** 1717 COUNTY ROAD
3555
PARADISE, TX
76073-4604

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 08/17/2009 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:** 107 S HIGHWAY 287
DECATUR, TX

**KAPITUS EX. 13 - 127**

Kapitus_000127

76234-1641

| | | | |
|---|---|---|---|
| **Previous Owner:** | KIMARK SYSTEMS INC. | **DOB:** | |
| **Title Transfer Date:** | 08/17/2006 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 2007 108TH ST GRAND PRAIRIE, TX 75050-1420 | | |

## 2001 DODGE RAM 1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | JOHNSON, THOMAS | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 10/01/2009 |
| **Plate Expiration Date:** | 03/31/2015 | **Plate Renewal Date:** | 04/11/2014 |
| **License Plate:** | 1123BF | **Decal Number:** | |
| **License Plate State:** | TX | **Previous Plate:** | 1123BF |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | TX |
| **Mailing Address:** | 505 COLE AVE SAGINAW, TX 76179 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20010000 | **Make/Model:** | DODGE RAM 1500 |
| **Style:** | QUAD CAB 4D | **Series:** | LARAMIE SLT ST |
| **VIN:** | 3B7HC13Z71M285157 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | SILVER/STAINLESS |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | JOHNSON, THOMAS | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 12/31/2013 |
| **License Plate:** | 1123BF | **Plate Renewal Date:** | 01/15/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | 1123BF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 505 COLE AVE SAGINAW, TX 76179-1130 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | JOHNSON, THOMAS | **DOB:** | |
| **Title Transfer Date:** | 01/25/2013 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 505 COLE AVE SAGINAW, TX 76179-1130 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 12/31/2012 |

**KAPITUS EX. 13 - 128**

Kapitus_000128

| | | | |
|---|---|---|---|
| **License Plate:** | 1123BF | **Plate Renewal Date:** | 07/27/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 1123BF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | COMBS, MICHAEL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 12/31/2012 |
| **License Plate:** | | **Plate Renewal Date:** | 01/27/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 833 NEWPORT RD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76120-2827 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 08/06/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 628 DESTIN DR | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76131-4255 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | COMBS, MICHAEL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2011 |
| **License Plate:** | 1123BF | **Plate Renewal Date:** | 10/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 1123BF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 833 NEWPORT RD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76120-2827 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | COMBS, MICHAEL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2010 |
| **License Plate:** | 1123BF | **Plate Renewal Date:** | 10/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 7VZD01 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 833 NEWPORT RD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76120-2827 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | COMBS, MICHAEL | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2009 |
| **License Plate:** | 7VZD01 | **Plate Renewal Date:** | 10/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 7VZD01 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 833 NEWPORT RD | | |
| **Previous Owner Mailing Address:** | FORT WORTH, TX | | |
| | 76120-2827 | | |

**KAPITUS EX. 13 - 129**

Kapitus_000129

| Previous Owner: | COMBS, MICHAEL | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2007 |
| License Plate: | 7VZD01 | Plate Renewal Date: | 10/01/2006 |
| License Plate State: | TX | Previous License Plate: | 7VZD01 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 833 NEWPORT RD FORT WORTH, TX 76120-2827 | | |

| Previous Owner: | COMBS, MICHAEL | DOB: | |
|---|---|---|---|
| Title Transfer Date: | 11/10/2000 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 833 NEWPORT RD FORT WORTH, TX 76120-2827 | | |

| Title Transfer Date: | 11/10/2000 | Plate Expiration Date: | |
|---|---|---|---|
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 201147 ARLINGTON, TX 76006-1147 | | |

| Title Transfer Date: | 11/10/2000 | Plate Expiration Date: | |
|---|---|---|---|
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 201147 ARLINGTON, TX 76006-1147 | | |

| Title Transfer Date: | 11/10/2000 | Plate Expiration Date: | |
|---|---|---|---|
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 201147 ARLINGTON, TX 76006-1147 | | |

**1998 FORD RANGER**

| Registered Owner: | FUENTES, SARAH | DOB: | |
|---|---|---|---|
| Owner Type: | REGISTRANT | Plate Registration Date: | 09/07/2012 |
| Plate Expiration Date: | 10/31/2016 | Plate Renewal Date: | 11/18/2015 |
| License Plate: | BY34613 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | BY34613 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| | 527 VALLEY SPRING DR | | |

**KAPITUS EX. 13 - 130**

Kapitus_000130

| | | | |
|---|---|---|---|
| **Mailing Address:** | ARLINGTON, TX | | |
| | 76018 | | |
| | | | |
| **Year:** | 19980000 | **Make/Model:** | FORD RANGER |
| **Style:** | SUPERCAB 2D | **Series:** | SPLASH XL XLT |
| **VIN:** | 1FTYR14U1WPB48976 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | BLACK |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 05749241157085841 | **Original Title Date:** | 09/19/2012 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | FUENTES, SARAH | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 09/19/2012 | | |
| | 527 VALLEY SPRING | | |
| | DR | | |
| **Title Holder Mailing Address:** | ARLINGTON, TX | | |
| | 76018 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | FUENTES, SARAH | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2015 |
| **License Plate:** | BY34613 | **Plate Renewal Date:** | 09/01/2014 |
| **License Plate State:** | TX | **Previous License Plate:** | BY34613 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 708 FOXFORD TRL | | |
| **Previous Owner Mailing Address:** | ARLINGTON, TX | | |
| | 76014-3205 | | |
| | | | |
| **Previous Owner:** | FUENTES, SARAH | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2014 |
| **License Plate:** | BY34613 | **Plate Renewal Date:** | 09/01/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BY34613 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 708 FOXFORD TRL | | |
| **Previous Owner Mailing Address:** | ARLINGTON, TX | | |
| | 76014-3205 | | |
| | | | |
| **Previous Owner:** | FUENTES, SARAH | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 08/31/2013 |
| **License Plate:** | BY34613 | **Plate Renewal Date:** | 09/07/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | BV08928 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

**KAPITUS EX. 13 - 131**

**Kapitus_000131**

| | | | |
|---|---|---|---|
| **Previous Owner Mailing Address:** | 708 FOXFORD TRL ARLINGTON, TX 76014-3205 | | |
| | | | |
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2013 |
| **License Plate:** | BV08928 | **Plate Renewal Date:** | 05/29/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 21LHG4 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |
| | | | |
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 04/30/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 05/29/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |
| | | | |
| **Previous Owner:** | FUENTES, SARAH | **DOB:** | |
| **Title Transfer Date:** | 09/19/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 708 FOXFORD TRL ARLINGTON, TX 76014-3205 | | |
| | | | |
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 06/07/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |
| | | | |
| **Previous Owner:** | BRIDGES, DANA | **DOB:** | |
| **Title Transfer Date:** | 06/07/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131-4255 | | |
| | | | |
| **Previous Owner:** | BROCKELMAN, JAMES | **DOB:** | |
| **Title Transfer Date:** | 07/14/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |

**KAPITUS EX. 13 - 132**

Kapitus_000132

| | | | |
|---|---|---|---|
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 4604 BRADLEY LN | | |
| **Previous Owner Mailing Address:** | ARLINGTON, TX | | |
| | 76017-3106 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 07/14/2011 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 682026 | | |
| **Previous Owner Mailing Address:** | FRANKLIN, TN | | |
| | 37068-2026 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROCKELMAN, JAMES | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2008 |
| **License Plate:** | 21LHG4 | **Plate Renewal Date:** | 07/20/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 21LHG4 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 4604 BRADLEY LN | | |
| **Previous Owner Mailing Address:** | ARLINGTON, TX | | |
| | 76017-3106 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROCKELMAN, JAMES | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2007 |
| **License Plate:** | 21LHG4 | **Plate Renewal Date:** | 06/21/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 1YTD17 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 1108 NW 2ND ST | | |
| **Previous Owner Mailing Address:** | ANDREWS, TX | | |
| | 79714-3516 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BROCKELMAN, JAMES | **DOB:** | |
| **Title Transfer Date:** | 05/05/2001 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 731 LEFTYS CIR | | |
| **Previous Owner Mailing Address:** | GRAFORD, TX | | |
| | 76449-3138 | | |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 05/05/2001 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | PO BOX 682026 | | |
| **Previous Owner Mailing Address:** | FRANKLIN, TN | | |
| | 37068-2026 | | |

**2005 WAGL**

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 11/30/2006 |

**KAPITUS EX. 13 - 133**

Kapitus_000133

| | | | |
|---|---|---|---|
| Plate Expiration Date: | 10/20/2010 | Plate Renewal Date: | 11/30/2006 |
| License Plate: | OR329415 | Decal Number: | 00000000 |
| License Plate State: | LA | Previous Plate: | |
| Plate Type: | OTHER | Previous Plate State: | |
| Mailing Address: | 17080 LISA DR LIVINGSTON, LA 70754 | | |

| | | | |
|---|---|---|---|
| Year: | 20050000 | Make/Model: | WAGL |
| Style: | 4W | Series: | ORV |
| VIN: | LZXSSBL254083364 | Type: | UNKNOWN |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | | Original Title Date: | 11/30/2006 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE P. | Title Holder Type: | OWNER |
| Title Transfer Date: | 11/30/2006 | | |
| Title Holder Mailing Address: | 17080 LISA DR LIVINGSTON, LA 70754 | | |

### 2006 ARCA

| | | | |
|---|---|---|---|
| Year: | 20060000 | Make/Model: | ARCA |
| Style: | 4W | Series: | ORV |
| VIN: | 4UF06ATV96T253359 | Type: | UNKNOWN |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | | Original Title Date: | 07/16/2007 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BIDGES, DWAYNE P. | Title Holder Type: | OWNER |
| Title Transfer Date: | 07/16/2007 | | |
| Title Holder Mailing Address: | 17080 LISA DR LIVINGSTON, LA 70754 | | |

**KAPITUS EX. 13 - 134**

**Kapitus_000134**

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | ACADIAN USED CARS | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/16/2007 | | |
| **Title Holder Mailing Address:** | 13503 FLORIDA BLVD BATON ROUGE, LA 70819 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE P. | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 07/16/2007 | | |
| **Title Holder Mailing Address:** | 17080 LISA DR LIVINGSTON, LA 70754 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| **Previous Owner:** | BIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/20/2010 |
| **License Plate:** | OR328648 | **Plate Renewal Date:** | 11/21/2006 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | OTHER | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 10/20/2010 |
| **License Plate:** | | **Plate Renewal Date:** | 11/21/2006 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 17650 MELANCON RD LIVINGSTON, LA 70754-3001 | | |

**1992 DODGE STEALTH**

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 11/15/2007 |
| **Plate Expiration Date:** | 10/20/2009 | **Plate Renewal Date:** | 11/15/2007 |
| **License Plate:** | RBU017 | **Decal Number:** | 00000000 |

**KAPITUS EX. 13 - 135**

| | | | | |
|---|---|---|---|---|
| **License Plate State:** | LA | **Previous Plate:** | | NWJ751 |
| **Plate Type:** | PRIVATE | **Previous Plate State:** | | LA |
| | 17210 OLIVE ST | | | |
| **Mailing Address:** | DENHAM SPRINGS, LA 70726 | | | |

| | | | |
|---|---|---|---|
| **Year:** | 19920000 | **Make/Model:** | DODGE STEALTH |
| **Style:** | HATCHBACK 2D | **Series:** | BASE |
| **VIN:** | JB3XD44S8NY009917 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | K4316938 | **Original Title Date:** | 11/15/2007 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 11/15/2007 | | |
| | 17210 OLIVE ST | | |
| **Title Holder Mailing Address:** | DENHAM SPRINGS, LA 70726 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | 11/15/2007 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 11/15/2007 | | |
| | 17210 OLIVE ST | | |
| **Title Holder Mailing Address:** | DENHAM SPRINGS, LA 70726 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| **Previous Owner:** | MIGUES, DANELLE A. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/20/2007 |
| **License Plate:** | NWJ751 | **Plate Renewal Date:** | 07/29/2005 |
| **License Plate State:** | LA | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 6211 LUMEA ST | | |
| **Previous Owner Mailing Address:** | NEW IBERIA, LA 70560-7968 | | |

## 2002 CHEVROLET S10

| | | |
|---|---|---|
| **Registered Owner:** | **DOB:** | |

**KAPITUS EX. 13 - 136**

Kapitus_000136

TREJO, JESUS MARTINEZ

| | | | |
|---|---|---|---|
| Owner Type: | REGISTRANT | Plate Registration Date: | 08/14/2015 |
| Plate Expiration Date: | 07/31/2016 | Plate Renewal Date: | 08/14/2015 |
| License Plate: | GBR5797 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | CJG3142 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 301 MODENE ST TRLR 51 SEAGOVILLE, TX 75159 | | |

| | | | |
|---|---|---|---|
| Registered Owner: | JOHNSON, JENNA M. | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 08/07/2013 |
| Plate Expiration Date: | 07/31/2015 | Plate Renewal Date: | 01/06/2015 |
| License Plate: | CJG3142 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | CJG3142 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 4833 LOCKE AVE APT 201 FORT WORTH, TX 76107 | | |

| | | | |
|---|---|---|---|
| Year: | 20020000 | Make/Model: | CHEVROLET S10 |
| Style: | EXTENDED CAB 2D | Series: | BASE LS LS XTREME |
| VIN: | 1GCCS19W728112500 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | WHITE |

### Title History

| | | | |
|---|---|---|---|
| Title Number: | 22034242228134916 | Original Title Date: | 08/21/2015 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | TREJO, JESUS MARTINEZ | Title Holder Type: | OWNER |
| Title Transfer Date: | 08/21/2015 | | |
| Title Holder Mailing Address: | 301 MODENE ST TRLR 51 SEAGOVILLE, TX 75159 | | |

| | | | |
|---|---|---|---|
| Title Number: | 22000842008083358 | Original Title Date: | 01/13/2015 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | | Title Holder Type: | |

**KAPITUS EX. 13 - 137**

**Title Transfer Date:**  JOHNSON, JENNA M.                    OWNER
01/13/2015

**Title Holder Mailing Address:**  4833 LOCKE AVE
APT 201
FORT WORTH, TX
76107

## Lien Holder History

**Lien Holder:**  ALL PRO. MOTORS        **Lien Holder Type:**      LIEN HOLDER
AND FINANCING
5959 E BELKNAP ST
**Lien Holder Mailing Address:**  HALTOM CITY, TX
76117

## Previous Owner History

| Previous Owner: | ANDERSON, ELIZABETH M. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2015 |
| License Plate: | CJG3142 | Plate Renewal Date: | 08/01/2014 |
| License Plate State: | TX | Previous License Plate: | CJG3142 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 2018 GRACE AVE | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76111-2814 | | |

| Previous Owner: | JOHNSON, JENNA M. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2015 |
| License Plate: | | Plate Renewal Date: | 08/01/2014 |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| | 2018 GRACE AVE | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76111-2814 | | |

| Previous Owner: | ANDERSON, ELIZABETH M. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2014 |
| License Plate: | CJG3142 | Plate Renewal Date: | 08/07/2013 |
| License Plate State: | TX | Previous License Plate: | BV89887 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| | 2018 GRACE AVE | | |
| Previous Owner Mailing Address: | FORT WORTH, TX 76111-2814 | | |

| Previous Owner: | JOHNSON, JENNA M. | DOB: | |
|---|---|---|---|
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 07/31/2014 |
| License Plate: | | Plate Renewal Date: | 08/07/2013 |

**KAPITUS EX. 13 - 138**

Kapitus_000138

**License Plate State:**
**Plate Type:**

**Previous License Plate:**
**Previous License Plate State:**

2018 GRACE AVE
**Previous Owner Mailing Address:** FORT WORTH, TX
76111-2814

**Previous Owner:** ANDERSON, ELIZABETH M. **DOB:**
**Title Transfer Date:** 08/15/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

2018 GRACE AVE
**Previous Owner Mailing Address:** FORT WORTH, TX
76111-2814

**Previous Owner:** JOHNSON, JENNA M. **DOB:**
**Title Transfer Date:** 08/15/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

2018 GRACE AVE
**Previous Owner Mailing Address:** FORT WORTH, TX
76111-2814

**Title Transfer Date:** 08/15/2013 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

5959 E BELKNAP ST
**Previous Owner Mailing Address:** HALTOM CITY, TX
76117-4104

**Previous Owner:** BRIDGES, DWAYNE **DOB:**
**Title Transfer Date:** UNKNOWN **Plate Expiration Date:** 04/30/2013
**License Plate:** BV89887 **Plate Renewal Date:** 05/18/2012
**License Plate State:** TX **Previous License Plate:** 8352AF
**Plate Type:** PRIVATE **Previous License Plate State:** TX
628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Previous Owner:** BRIDGES, DWAYNE **DOB:**
**Title Transfer Date:** 05/31/2012 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**
**License Plate State:** **Previous License Plate:**
**Plate Type:** **Previous License Plate State:**

628 DESTIN DR
**Previous Owner Mailing Address:** FORT WORTH, TX
76131-4255

**Title Transfer Date:** 05/31/2012 **Plate Expiration Date:**
**License Plate:** **Plate Renewal Date:**

**KAPITUS EX. 13 - 139**

**Kapitus_000139**

| | | | |
|---|---|---|---|
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 5959 E BELKNAP ST | | |
| **Previous Owner Mailing Address:** | HALTOM CITY, TX | | |
| | 76117-4104 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CANNON, LARRY | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2011 |
| **License Plate:** | 8352AF | **Plate Renewal Date:** | 07/16/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 8352AF |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 207 HARTSDALE DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75211-2855 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CANNON, LARRY | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2010 |
| **License Plate:** | 8352AF | **Plate Renewal Date:** | 07/24/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 6XSS99 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 207 HARTSDALE DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75211-2855 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CANNON, LARRY D. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 06/30/2009 |
| **License Plate:** | 6XSS99 | **Plate Renewal Date:** | 07/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 6XSS99 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 207 HARTSDALE DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75211-2855 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CANNON, LARRY | **DOB:** | |
| **Title Transfer Date:** | 07/15/2008 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 207 HARTSDALE DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75211-2855 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CANNON, LARRY D. | **DOB:** | |
| **Title Transfer Date:** | 07/15/2008 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 207 HARTSDALE DR | | |
| **Previous Owner Mailing Address:** | DALLAS, TX | | |
| | 75211-2855 | | |

**KAPITUS EX. 13 - 140**

Kapitus_000140

| Title Transfer Date: | 07/15/2008 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 130 HISTORIC TOWN SQ LANCASTER, TX 75146-3200 | | |

| Title Transfer Date: | 07/15/2008 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 130 HISTORIC TOWN SQ LANCASTER, TX 75146-3200 | | |

| Previous Owner: | CANNON, LARRY | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 06/30/2007 |
| License Plate: | 6XSS99 | Plate Renewal Date: | 07/01/2006 |
| License Plate State: | TX | Previous License Plate: | 6XSS99 |
| Plate Type: | PRIVATE | Previous License Plate State: | TX |
| Previous Owner Mailing Address: | 207 HARTSDALE DR DALLAS, TX 75211-2855 | | |

| Previous Owner: | CANNON, LARRY | DOB: | |
| Title Transfer Date: | 08/19/2002 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 207 HARTSDALE DR DALLAS, TX 75211-2855 | | |

| Title Transfer Date: | 08/19/2002 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | 910 W MOCKINGBIRD LN DALLAS, TX 75247-5122 | | |

**2010 CHEVROLET CAMARO**

| Registered Owner: | BRIDGES, DANA MICHELLE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 01/29/2015 |
| Plate Expiration Date: | 12/31/2015 | Plate Renewal Date: | 01/29/2015 |
| License Plate: | FKK2155 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | VAE871 |

**KAPITUS EX. 13 - 141**

| | | | |
|---|---|---|---|
| **Plate Type:** | PRIVATE | **Previous Plate State:** | NV |
| | 628 DESTIN DR | | |
| **Mailing Address:** | FORT WORTH, TX | | |
| | 76131 | | |

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, DWAYNE PAUL | **DOB:** | |
| **Owner Type:** | REGISTRANT | **Plate Registration Date:** | 01/29/2015 |
| **Plate Expiration Date:** | 12/31/2015 | **Plate Renewal Date:** | 01/29/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Year:** | 20100000 | **Make/Model:** | CHEVROLET CAMARO SS |
| **Style:** | COUPE 2D 4P | **Series:** | |
| **VIN:** | 2G1FK1EJ0A9121008 | **Type:** | PASSENGER CAR |
| **Number of Axles:** | | **Vehicle Length:** | |
| **Vehicle Weight:** | lbs | **Color:** | YELLOW |

## Title History

| | | | |
|---|---|---|---|
| **Title Number:** | 22039842031153257 | **Original Title Date:** | 02/05/2015 |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DANA MICHELLE | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 02/05/2015 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| **Title Number:** | | **Original Title Date:** | |
| **License Plate:** | | **Decal Number:** | |
| **License Plate State:** | | **Previous Plate:** | |
| **Plate Type:** | | **Previous Plate State:** | |
| **Title Holder Name:** | BRIDGES, DWAYNE PAUL | **Title Holder Type:** | OWNER |
| **Title Transfer Date:** | 02/05/2015 | | |
| **Title Holder Mailing Address:** | 628 DESTIN DR FORT WORTH, TX 76131 | | |

**KAPITUS EX. 13 - 142**

**Kapitus_000142**

## Lien Holder History

| | | | |
|---|---|---|---|
| Lien Holder: | ALLOY FINANCIAL PO BOX 8102 | Lien Holder Type: | LIEN HOLDER |
| Lien Holder Mailing Address: | COCKEYSVILLE, MD 21030 | | |

## 2002 CHEVROLET SILVERADO 1500

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE PAUL | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 06/13/2012 |
| Plate Expiration Date: | 05/31/2016 | Plate Renewal Date: | 06/23/2015 |
| License Plate: | BV09354 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | BV09354 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |
| Year: | 20020000 | Make/Model: | CHEVROLET SILVERADO 1500 |
| Style: | EXTENDED CAB 4D | Series: | BASE LS LT |
| VIN: | 2GCEK19T221169866 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | WHITE |

## Title History

| | | | |
|---|---|---|---|
| Title Number: | 22000641071095035 | Original Title Date: | 06/22/2012 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE PAUL | Title Holder Type: | OWNER |
| Title Transfer Date: | 06/22/2012 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

## Previous Owner History

| | | | |
|---|---|---|---|
| Previous Owner: | BRIDGES, DWAYNE | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 05/31/2015 |
| License Plate: | BV09354 | Plate Renewal Date: | 06/01/2014 |
| License Plate State: | TX | Previous License Plate: | BV09354 |
| Plate Type: | PRIVATE 628 DESTIN DR | Previous License Plate State: | TX |

**KAPITUS EX. 13 - 143**

Kapitus_000143

**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | BV09354 | **Plate Renewal Date:** | 06/01/2013 |
| **License Plate State:** | TX | **Previous License Plate:** | BV09354 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

628 DESTIN DR
**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2014 |
| **License Plate:** | | **Plate Renewal Date:** | 06/01/2013 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

628 DESTIN DR
**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2013 |
| **License Plate:** | BV09354 | **Plate Renewal Date:** | 06/13/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | AX07589 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

628 DESTIN DR
**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 05/31/2013 |
| **License Plate:** | | **Plate Renewal Date:** | 06/13/2012 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

628 DESTIN DR
**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE P. | **DOB:** | |
| **Title Transfer Date:** | 06/22/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

628 DESTIN DR
**Previous Owner Mailing Address:**    FORT WORTH, TX
76131-4255

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRIDGES, DWAYNE | **DOB:** | |
| **Title Transfer Date:** | 06/22/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |

**KAPITUS EX. 13 - 144**    **Kapitus_000144**

License Plate State:                          Previous License Plate:
Plate Type:                                   Previous License Plate State:

                                      628 DESTIN DR
Previous Owner Mailing Address:       FORT WORTH, TX
                                      76131-4255


Previous Owner:                       LAY, JOSHUA            DOB:
                                      RICHARD
Title Transfer Date:                  UNKNOWN                Plate Expiration Date:          09/30/2011
License Plate:                        AX07589                Plate Renewal Date:             03/08/2011
License Plate State:                  TX                     Previous License Plate:         03ZNV8
Plate Type:                           PRIVATE                Previous License Plate State:   TX
                                      2555 VIA FIRENZE
Previous Owner Mailing Address:       FORT WORTH, TX
                                      76109-5542


Previous Owner:                       CLAYTON, GINGER        DOB:
Title Transfer Date:                  UNKNOWN                Plate Expiration Date:          09/30/2011
License Plate:                        03ZNV8                 Plate Renewal Date:             10/08/2010
License Plate State:                  TX                     Previous License Plate:         03ZNV8
Plate Type:                           PRIVATE                Previous License Plate State:   TX
                                      802 LINCOLN ST
Previous Owner Mailing Address:       NEWCASTLE, TX
                                      76372
                                      802 LINCOLN ST
Previous Owner Physical Address:      NEWCASTLE, TX
                                      76372


Previous Owner:                       CLAYTON, TRAVIS        DOB:
Title Transfer Date:                  UNKNOWN                Plate Expiration Date:          09/30/2011
License Plate:                                               Plate Renewal Date:             10/08/2010
License Plate State:                                         Previous License Plate:
Plate Type:                                                  Previous License Plate State:
                                      802 LINCOLN ST
Previous Owner Mailing Address:       NEWCASTLE, TX
                                      76372
                                      802 LINCOLN ST
Previous Owner Physical Address:      NEWCASTLE, TX
                                      76372


Previous Owner:                       LAY, JOSHUA            DOB:
                                      RICHARD
Title Transfer Date:                  03/18/2011             Plate Expiration Date:
License Plate:                                               Plate Renewal Date:
License Plate State:                                         Previous License Plate:
Plate Type:                                                  Previous License Plate State:
                                      2555 VIA FIRENZE
Previous Owner Mailing Address:       FORT WORTH, TX
                                      76109-5542


Title Transfer Date:                  03/18/2011             Plate Expiration Date:

| | | | |
|---|---|---|---|
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 5050 E I 20 SERVICE RD S WILLOW PARK, TX 76087-3218 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, GINGER | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2010 |
| **License Plate:** | 03ZNV8 | **Plate Renewal Date:** | 10/09/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 03ZNV8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |
| **Previous Owner Physical Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, TRAVIS | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2010 |
| **License Plate:** | | **Plate Renewal Date:** | 10/09/2009 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |
| **Previous Owner Physical Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, GINGER | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2009 |
| **License Plate:** | 03ZNV8 | **Plate Renewal Date:** | 10/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 5SXP47 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |
| **Previous Owner Physical Address:** | 802 LINCOLN ST NEWCASTLE, TX 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, TRAVIS | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2009 |
| **License Plate:** | | **Plate Renewal Date:** | 10/01/2008 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 802 LINCOLN ST NEWCASTLE, TX | | |

**KAPITUS EX. 13 - 146**

Kapitus_000146

76372
802 LINCOLN ST

**Previous Owner Physical Address:** NEWCASTLE, TX
76372

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, GINGER | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2008 |
| **License Plate:** | 5SXP47 | **Plate Renewal Date:** | 10/01/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 5SXP47 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 802 LINCOLN ST | | |
| **Previous Owner Mailing Address:** | NEWCASTLE, TX | | |
| | 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, TRAVIS | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2008 |
| **License Plate:** | | **Plate Renewal Date:** | 10/01/2007 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 802 LINCOLN ST | | |
| **Previous Owner Mailing Address:** | NEWCASTLE, TX | | |
| | 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, GINGER | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2007 |
| **License Plate:** | 5SXP47 | **Plate Renewal Date:** | 10/12/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 5SXP47 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | 802 LINCOLN ST | | |
| **Previous Owner Mailing Address:** | NEWCASTLE, TX | | |
| | 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | CLAYTON, TRAVIS | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2007 |
| **License Plate:** | | **Plate Renewal Date:** | 10/12/2006 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| | 802 LINCOLN ST | | |
| **Previous Owner Mailing Address:** | NEWCASTLE, TX | | |
| | 76372 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BANC. ONE TEXAS LEASING CORP. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2006 |
| **License Plate:** | 5SXP47 | **Plate Renewal Date:** | 10/01/2005 |
| **License Plate State:** | TX | **Previous License Plate:** | 5SXP47 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| | PO BOX 37264 | | |
| **Previous Owner Mailing Address:** | LOUISVILLE, KY | | |
| | 40233-7264 | | |

**KAPITUS EX. 13 - 147**

Kapitus_000147

**Previous Owner:** CLAYTON, GINGER     **DOB:**
**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** 802 LINCOLN ST NEWCASTLE, TX 76372

**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** PO BOX 150099 FORT WORTH, TX 76108-0099

**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** PO BOX 150099 FORT WORTH, TX 76108-0099

**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** PO BOX 150099 FORT WORTH, TX 76108-0099

**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** PO BOX 150099 FORT WORTH, TX 76108-0099

**Previous Owner:** CLAYTON, TRAVIS     **DOB:**
**Title Transfer Date:** 03/13/2006     **Plate Expiration Date:**
**License Plate:**     **Plate Renewal Date:**
**License Plate State:**     **Previous License Plate:**
**Plate Type:**     **Previous License Plate State:**

**Previous Owner Mailing Address:** 802 LINCOLN ST NEWCASTLE, TX 76372

**Previous Owner:** BANC. ONE TEXAS LEASING CORP.     **DOB:**

**KAPITUS EX. 13 - 148**

| | | | |
|---|---|---|---|
| Title Transfer Date: | 11/10/2001 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 37264 LOUISVILLE, KY 40233-7264 | | |

| | | | |
|---|---|---|---|
| Title Transfer Date: | 11/10/2001 | Plate Expiration Date: | |
| License Plate: | | Plate Renewal Date: | |
| License Plate State: | | Previous License Plate: | |
| Plate Type: | | Previous License Plate State: | |
| Previous Owner Mailing Address: | PO BOX 37264 LOUISVILLE, KY 40233-7264 | | |

**1999 DODGE DAKOTA**

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, DWAYNE | DOB: | |
| Owner Type: | REGISTRANT | Plate Registration Date: | 07/13/2012 |
| Plate Expiration Date: | 09/30/2013 | Plate Renewal Date: | 06/05/2013 |
| License Plate: | BK29793 | Decal Number: | |
| License Plate State: | TX | Previous Plate: | BK29793 |
| Plate Type: | PRIVATE | Previous Plate State: | TX |
| Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

| | | | |
|---|---|---|---|
| Year: | 19990000 | Make/Model: | DODGE DAKOTA |
| Style: | CLUB CAB 2D | Series: | R/T SPORT 5.9L |
| VIN: | 1B7GL22Z2XS129238 | Type: | PASSENGER CAR |
| Number of Axles: | | Vehicle Length: | |
| Vehicle Weight: | lbs | Color: | RED |

**Title History**

| | | | |
|---|---|---|---|
| Title Number: | 22037041428103847 | Original Title Date: | 06/12/2013 |
| License Plate: | | Decal Number: | |
| License Plate State: | | Previous Plate: | |
| Plate Type: | | Previous Plate State: | |
| Title Holder Name: | BRIDGES, DWAYNE | Title Holder Type: | OWNER |
| Title Transfer Date: | 06/12/2013 | | |
| Title Holder Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131 | | |

**Previous Owner History**

| | | | |
|---|---|---|---|
| Previous Owner: | MCLARRY, ZACHARY | DOB: | |
| Title Transfer Date: | UNKNOWN | Plate Expiration Date: | 09/30/2013 |

**KAPITUS EX. 13 - 149**

| | | | |
|---|---|---|---|
| **License Plate:** | BK29793 | **Plate Renewal Date:** | 10/18/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | BK29793 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1225 COUNTY ROAD 1021 BURLESON, TX 76028-7885 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MCLARRY, ZACHARY D. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2012 |
| **License Plate:** | BK29793 | **Plate Renewal Date:** | 07/13/2012 |
| **License Plate State:** | TX | **Previous License Plate:** | 02FNL8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 1225 COUNTY ROAD 1021 BURLESON, TX 76028-7885 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRUTON, JEFF L. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2012 |
| **License Plate:** | 02FNL8 | **Plate Renewal Date:** | 10/19/2011 |
| **License Plate State:** | TX | **Previous License Plate:** | 02FNL8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 852 BEAVER CREEK DR BURLESON, TX 76028-7366 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MCLARRY, ZACHARY | **DOB:** | |
| **Title Transfer Date:** | 07/25/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1225 COUNTY ROAD 1021 BURLESON, TX 76028-7885 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | MCLARRY, ZACHARY D. | **DOB:** | |
| **Title Transfer Date:** | 07/25/2012 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 1225 COUNTY ROAD 1021 BURLESON, TX 76028-7885 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRUTON, JEFF L. | **DOB:** | |

**KAPITUS EX. 13 - 150**

Kapitus_000150

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2011 |
| **License Plate:** | 02FNL8 | **Plate Renewal Date:** | 10/01/2010 |
| **License Plate State:** | TX | **Previous License Plate:** | 02FNL8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 852 BEAVER CREEK DR BURLESON, TX 76028-7366 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRUTON, JEFF L. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2010 |
| **License Plate:** | 02FNL8 | **Plate Renewal Date:** | 10/01/2009 |
| **License Plate State:** | TX | **Previous License Plate:** | 02FNL8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 852 BEAVER CREEK DR BURLESON, TX 76028-7366 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRUTON, JEFF L. | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2009 |
| **License Plate:** | 02FNL8 | **Plate Renewal Date:** | 10/01/2008 |
| **License Plate State:** | TX | **Previous License Plate:** | 02FNL8 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 852 BEAVER CREEK DR BURLESON, TX 76028-7366 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, JOE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2008 |
| **License Plate:** | 57HDH5 | **Plate Renewal Date:** | 10/01/2007 |
| **License Plate State:** | TX | **Previous License Plate:** | 6KZX08 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |
| **Previous Owner Mailing Address:** | 2109 N RIVERSIDE DR FORT WORTH, TX 76111-2804 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, BETTY | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2008 |
| **License Plate:** | | **Plate Renewal Date:** | 10/01/2007 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 2109 N RIVERSIDE DR FORT WORTH, TX 76111-2804 | | |

| | | | |
|---|---|---|---|
| **Previous Owner:** | BRUTON, JEFF L. | **DOB:** | |

**KAPITUS EX. 13 - 151**

Kapitus_000151

| | | |
|---|---|---|
| **Title Transfer Date:** | 06/06/2008 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |

**Previous Owner Mailing Address:**
852 BEAVER CREEK DR
BURLESON, TX
76028-7366

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, BETTY | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2007 |
| **License Plate:** | 6KZX08 | **Plate Renewal Date:** | 10/01/2006 |
| **License Plate State:** | TX | **Previous License Plate:** | 6KZX08 |
| **Plate Type:** | PRIVATE | **Previous License Plate State:** | TX |

**Previous Owner Mailing Address:**
2109 N RIVERSIDE DR
FORT WORTH, TX
76111-2804

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, JOE | **DOB:** | |
| **Title Transfer Date:** | UNKNOWN | **Plate Expiration Date:** | 09/30/2007 |
| **License Plate:** | | **Plate Renewal Date:** | 10/01/2006 |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**
2109 N RIVERSIDE DR
FORT WORTH, TX
76111-2804

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, BETTY | **DOB:** | |
| **Title Transfer Date:** | 11/13/2001 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**
2109 N RIVERSIDE DR
FORT WORTH, TX
76111-2804

| | | | |
|---|---|---|---|
| **Previous Owner:** | LEVENS, JOE | **DOB:** | |
| **Title Transfer Date:** | 11/13/2001 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |

**Previous Owner Mailing Address:**
2109 N RIVERSIDE DR
FORT WORTH, TX
76111-2804

| | | |
|---|---|---|
| **Title Transfer Date:** | 11/13/2001 | **Plate Expiration Date:** |
| **License Plate:** | | **Plate Renewal Date:** |
| **License Plate State:** | | **Previous License Plate:** |
| **Plate Type:** | | **Previous License Plate State:** |

**KAPITUS EX. 13 - 152**

Kapitus_000152

| | |
|---|---|
| **Previous Owner Mailing Address:** | PO BOX 105704<br>ATLANTA, GA<br>30348-5704 |

| | | | |
|---|---|---|---|
| **Title Transfer Date:** | 11/13/2001 | **Plate Expiration Date:** | |
| **License Plate:** | | **Plate Renewal Date:** | |
| **License Plate State:** | | **Previous License Plate:** | |
| **Plate Type:** | | **Previous License Plate State:** | |
| **Previous Owner Mailing Address:** | 6302 FAIRVIEW RD<br>CHARLOTTE, NC<br>28210-2264 | | |

## Watercraft

### STATE WATERCRAFT VESSELS

#### 4326BZ - TX

| | |
|---|---|
| **Owner:** | DWAYNE BRIDGES |
| **Address:** | 628 DESTIN DR<br>FORT WORTH, TX 76131 |

| | | | |
|---|---|---|---|
| **Vessel Number:** | 4326BZ | **Registration Date:** | 07/31/2015 |
| **Registration State:** | TX | **Hull Number:** | RGFS0499B797 |
| **Propulsion Type:** | STERN | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | MONTEREY | **Vessel Build Year:** | 1997 |
| **Registered Length:** | 27 | | |

#### 8118BR - TX

| | |
|---|---|
| **Owner:** | DWAYNE BRIDGES |
| **Address:** | 628 DESTIN DR<br>FORT WORTH, TX 76131 |

| | | | |
|---|---|---|---|
| **Vessel Number:** | 8118BR | **Registration Date:** | 09/30/2014 |
| **Registration State:** | TX | **Hull Number:** | ZZN22631C404 |
| **Propulsion Type:** | PWC | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | BOMBARDIER | **Vessel Build Year:** | 2004 |
| **Registered Length:** | 11 | | |

#### 6843BS - TX

| | |
|---|---|
| **Owner:** | DWAYNE BRIDGES |
| **Address:** | 628 DESTIN DR<br>FORT WORTH, TX 76131 |

| | | | |
|---|---|---|---|
| **Vessel Number:** | 6843BS | **Registration Date:** | 09/30/2014 |
| **Registration State:** | TX | **Hull Number:** | ZZN43811C404 |
| **Propulsion Type:** | PWC | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |

**KAPITUS EX. 13 - 153**

**Kapitus_000153**

**Make:**     BOMBARDIER          **Vessel Build Year:**     2004
**Registered Length:**     10

## 8271HB - TX
**Owner:**     DWAYNE BRIDGES
**Address:**     628 DESTIN DR
FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| **Vessel Number:** | 8271HB | **Registration Date:** | 07/31/2014 |
| **Registration State:** | TX | **Hull Number:** | STRA43KPE393 |
| **Propulsion Type:** | OUTBOARD | **Hull Material:** | ALUMINUM |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | FISHER 240 | **Vessel Build Year:** | 1993 |
| **Registered Length:** | 24 | | |

## 9315BL - TX
**Owner:**     DWAYNE BRIDGES
**Address:**     628 DESTIN DR
FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| **Vessel Number:** | 9315BL | **Registration Date:** | 06/30/2014 |
| **Registration State:** | TX | **Hull Number:** | BNZ4S126H091 |
| **Propulsion Type:** | OUTBOARD | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | STRATOS | **Vessel Build Year:** | 1991 |
| **Registered Length:** | 17 | | |

## 4326BZ - TX
**Owner:**     DWAYNE BRIDGES
**Address:**     628 DESTIN DR
FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| **Vessel Number:** | 4326BZ | **Registration Date:** | 07/31/2013 |
| **Registration State:** | TX | **Hull Number:** | RGFS0499B797 |
| **Propulsion Type:** | STERN | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | MONTEREY | **Vessel Build Year:** | 1997 |
| **Registered Length:** | 27 | | |

## 9315BL - TX
**Owner:**     DWAYNE BRIDGES
**Address:**     628 DESTIN DR
FORT WORTH, TX 76131

| | | | |
|---|---|---|---|
| **Vessel Number:** | 9315BL | **Registration Date:** | 04/07/2013 |
| **Registration State:** | TX | **Hull Number:** | BNZ4S126H091 |
| **Propulsion Type:** | OUTBOARD | **Hull Material:** | FIBERGLASS |
| **Fuel Type:** | GAS | **Vessel Service Type:** | PLEASURE |
| **Make:** | STRATOS | **Vessel Build Year:** | 1991 |

**KAPITUS EX. 13 - 154**

Kapitus_000154

**Registered Length:**             17

**KAPITUS EX. 13 - 155**

Kapitus_000155

## Relatives

### BRIDGES, DANA

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | ▆1984 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2004 - 03/31/2014 | \* | |
| | 17210 OLIVE DR | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

---

### BRIDGES, TERESA

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ▆-XXXX - issued in LA in 1984 | **DOB:** | ▆1977 |

| | | | | |
|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, TERESA F | **SSN:** | **DOB:** | |
| **Possible AKA:** | BENNETT, TERESA | **SSN:** | **DOB:** | |
| **Possible AKA:** | BRIDGES, TERESA F | **SSN:** | **DOB:** | ▆1977 |
| **Possible AKA:** | BENNETT, TERESA F | **SSN:** | **DOB:** | ▆1967 |
| **Possible AKA:** | BENNETT, TERESA F | **SSN:** | **DOB:** | ▆1977 |
| **Possible AKA:** | BENNET, TERESA | **SSN:** ▆-XXXX | **DOB:** | ▆1977 |
| **Possible AKA:** | TERESA, BRIDGES | **SSN:** | **DOB:** | |
| **Possible AKA:** | BENNET, TERESA | **SSN:** | **DOB:** | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2004 - 08/19/2015 | 28740 RED OAK RD | (225) 686-9608 |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 01/01/1988 - 05/31/2013 | 26250 CLYDE BLOUNT RD | 265-9260 |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 03/19/2013 - 03/19/2013 | 195 RUE SAINT JAMES | |
| | VACHERIE LA 70090 | |
| | ST JOHN THE BAPTIST COUNTY | |
| 07/12/2005 - 07/19/2005 | 17655 MELANCON RD | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 05/20/1998 - 06/23/2003 | 613 S MONTGOMERY ST | |

**KAPITUS EX. 13 - 156**

Kapitus_000156

|  |  |  |
|---|---|---|
|  | STARKVILLE MS 39759<br>OKTIBBEHA COUNTY |  |
| 05/01/1999 - 01/23/2003 | 174 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | 265-9260 |
| 02/26/1997 - 01/23/2003 | PO BOX 109<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | 265-9260 |
| 08/08/2002 - 08/08/2002 | 23600 JOE MAY RD<br>DENHAM SPRINGS LA 70726<br>LIVINGSTON COUNTY |  |
| 03/31/2002 - 03/31/2002 | 12533 COURSEY BLVD<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY |  |
| 01/17/2000 - 01/17/2000 | *<br><br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY |  |
| 04/01/1998 - 07/11/1999 | 613 S MONTGOMERY ST 24<br>STARKVILLE MS 39759<br>OKTIBBEHA COUNTY | 265-9260 |
| 02/26/1997 - 06/12/1997 | 109<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |  |

---

**BRIDGES, DANA**

| | | | | |
|---|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ███-XXXX - issued in TN in 1974 | **DOB:** | ███/1973 |

| | | | | |
|---|---|---|---|---|
| **Possible AKA:** | JOHNSON, DANA M | **SSN:** | ███-XXXX | **DOB:** |
| **Possible AKA:** | JOHNSON, DANA M | **SSN:** | ███-XXXX | **DOB:** |
| **Possible AKA:** | JOHN, D | **SSN:** | ███-XXXX | **DOB:** |
| **Possible AKA:** | BRIDGES, DANA M | **SSN:** | | **DOB:** |
| **Possible AKA:** | JOHN, D | **SSN:** | | **DOB:** |
| **Possible AKA:** | BRIDGES, DANA JO | **SSN:** | | **DOB:** |
| **Possible AKA:** | JOHNSON, D | **SSN:** | | **DOB:** |
| **Possible AKA:** | JOHNSON, D | **SSN:** | ███-XXXX | **DOB:** |
| **Possible AKA:** | JOYHNSON, DANA | **SSN:** | ███-XXXX | **DOB:** ███1973 |
| **Possible AKA:** | JOYHNSON, DANA | **SSN:** | | **DOB:** |
| **Possible AKA:** | ANTHONY, MARK | **SSN:** | | **DOB:** |

**KAPITUS EX. 13 - 157**

**Kapitus_000157**

| Possible AKA: | JOHNSON, DANA | SSN: | DOB: |
|---|---|---|---|
| Possible AKA: | BRIDGES, DANA MICHELLE | SSN: | DOB: ██████1973 |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 09/16/2010 - 11/05/2015 | \* | |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |
| 05/14/2014 - 05/14/2014 | 628 BRIDGES | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |
| 12/29/2001 - 11/19/2013 | 4620 MISTY RIDGE DR | |
| | FORT WORTH TX 76137 | |
| | TARRANT COUNTY | |
| 08/14/2008 - 12/26/2012 | \* | |
| | 17210 OLIVE DR | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 01/01/2001 - 03/31/2011 | 9221 GREAT SMOKEY AVE | |
| | BATON ROUGE LA 70814 | |
| | EAST BATON ROUGE COUNTY | |
| 01/02/2007 - 07/16/2008 | \* | |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 02/18/2005 - 02/28/2007 | \* | |
| | 10065 ADAM DR | |
| | DENHAM SPRINGS LA 70726 | |
| | LIVINGSTON COUNTY | |
| 05/08/2005 - 10/26/2006 | \* | |
| | 30260 EDEN CHURCH RD | |
| | DENHAM SPRINGS LA 70726 | |
| | LIVINGSTON COUNTY | |
| 03/26/2005 - 03/26/2005 | 12529 COURSEY BLVD APT 1140 | |
| | BATON ROUGE LA 70816 | |
| | EAST BATON ROUGE COUNTY | |
| 03/06/2005 - 03/06/2005 | 1709 DOVE LOOP RD APT 1408 | |
| | GRAPEVINE TX 76051 | |

**KAPITUS EX. 13 - 158**

**Kapitus_000158**

TARRANT COUNTY

| | | |
|---|---|---|
| 02/17/2004 - 08/11/2004 | * | |
| | 31531 LINDER RD LOT 101<br>DENHAM SPRINGS LA 70726<br>LIVINGSTON COUNTY | |
| 04/01/2003 - 04/01/2003 | 12525 COURSEY BL<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | (225) 755-2003<br>(225) 291-0134 |
| 02/02/1998 - 01/23/2003 | 310 SYCAMORE DR<br>GREENVILLE SC 29607<br>GREENVILLE COUNTY | 275-6482 |
| 06/30/1999 - 01/23/2003 | 12400 JEFFERSON HW 2215<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | 275-6482 |
| 03/01/2001 - 03/01/2001 | 3543 YORKFIELD DR<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | |
| 09/01/2000 - 09/01/2000 | 12400 JEFFERSON HW<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | |
| 11/01/1999 - 11/01/1999 | 16352 OLD HAMMOND HW<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | 275-6482 |
| 04/24/1999 - 10/07/1999 | * | |
| | 16352 OLD HAMMOND HWY TRLR 63<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | |
| 05/12/1998 - 05/12/1998 | * | |
| | 200 CATHERINE ST<br>STARKVILLE MS 39759<br>OKTIBBEHA COUNTY | |
| 10/13/1996 - 03/04/1998 | 12254 LA MARGIE AVE APT 149<br>BATON ROUGE LA 70815<br>EAST BATON ROUGE COUNTY | |
| 05/30/1997 - 05/30/1997 | 47 POPLAR VALLEY LN<br>TRAVELERS REST SC 29690<br>GREENVILLE COUNTY | |

**KAPITUS EX. 13 - 159**

**Kapitus_000159**

| | |
|---|---|
| 05/03/1997 - 05/03/1997 | 417 POPLAR VLY<br>TRAVELERS REST NJ 07714 |
| 01/01/1996 - 12/31/1996 | 12529 COURSEY BLVD<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY |
| 01/05/1996 - 01/20/1996 | 12254 LAMARGY<br>BATON ROUGE LA 70815<br>EAST BATON ROUGE COUNTY |
| 01/01/1993 - 12/31/1993 | 12254 LA MARGIE AVE<br>BATON ROUGE LA 70815<br>EAST BATON ROUGE COUNTY |
| Not available | 1045 GREEN RIDGE TER<br>SAGINAW TX 76179<br>TARRANT COUNTY |

---

## BRIDGES, BARBARA A

| | | | | | |
|---|---|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | | **Degree of Separation:** | | 1 |
| **SSN:** | ████ XXXX - issued in OK between 1969-1970 | | **DOB:** | | ████ 1954 |

| | | | | | |
|---|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, BARBARA | **SSN:** | ████ XXXX | **DOB:** | |
| **Possible AKA:** | BRIDGES, BARBARA E | **SSN:** | | **DOB:** | ████ 1942 |
| **Possible AKA:** | BRIDGES, BARBARA | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BARBARA | **SSN:** | ████ XXXX | **DOB:** | ████ 1954 |
| **Possible AKA:** | BRIDGES, BARBARA | **SSN:** | | **DOB:** | ████ 1950 |
| **Possible AKA:** | ANN, BARBARA | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BARBARA, BRIDGES | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BARBARA | **SSN:** | | **DOB:** | ████ 1954 |
| **Possible AKA:** | BARBARA, DESIGNS INC | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BARBARA, ANN BRIDGES | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BARBARA ANN | **SSN:** | ████ XXXX | **DOB:** | ████ 1954 |
| **Possible AKA:** | BRIDGES, BARBARA ANN | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BARBARA ANN | **SSN:** | | **DOB:** | ████ 1954 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1994 - 06/02/2015 | 16318 WILLOWPARK DR<br>TOMBALL TX 77377<br>HARRIS COUNTY | (832) 928-0864<br>(832) 928-0201<br>(832) 717-5910 |
| 01/01/2005 - 05/20/2015 | 901 CHATEAU CT<br>COLLEYVILLE TX 76034 | (817) 847-9716 |

**KAPITUS EX. 13 - 160**

|  |  |  |
|---|---|---|
|  | TARRANT COUNTY |  |
| 01/01/2010 - 09/15/2012 | 9724 FLATIRON ST<br>FORT WORTH TX 76244<br>TARRANT COUNTY |  |
| 03/26/2009 - 03/26/2009 | *<br><br>1150 BLUE MOUND RD W<br>HASLET TX 76052<br>TARRANT COUNTY |  |
| 01/01/1994 - 06/12/2006 | 4233 FAIRWAY CROSSING DR<br>FORT WORTH TX 76137<br>TARRANT COUNTY | 255-3138<br>(817) 847-8064 |
| 09/30/2005 - 09/30/2005 | 4233 FAIR WAY APT CROSS<br>NAVAL AIR STATION JRB TX 76127<br>TARRANT COUNTY |  |
| 01/01/1989 - 01/23/2003 | 2102 CLUB RD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |  |
| 01/01/1993 - 01/23/2003 | 420 FOWLER<br>DUNCAN OK 73533<br>STEPHENS COUNTY |  |
| 03/27/1998 - 12/30/2001 | 4233 FAIR WAY CROSSIN<br>FORT WORTH TX 76137<br>TARRANT COUNTY |  |
| 10/24/1994 - 12/12/1994 | 4233 FAIRFAX ST<br>FORT WORTH TX 76116<br>TARRANT COUNTY |  |
| 08/01/1986 - 05/01/1993 | 2118 WESTBRIAR RD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |  |
| 01/01/1992 - 12/31/1992 | PO BOX 1321<br>DUNCAN OK 73534<br>STEPHENS COUNTY |  |
| Not available | 3001 SURREY WOOD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |  |
| Not available | 16318 WILLOWPARK DR<br>TOMBALL TX 77377 |  |

**KAPITUS EX. 13 - 161**

**Kapitus_000161**

Not available

FORT WORTH TX 76134
TARRANT COUNTY

Not available

TX 76100

Not available

OK

Not available

2102 N COUNTRY CLUB RD
DUNCAN OK 73533
STEPHENS COUNTY

---

**BRIDGES, KELLY J**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | XXXX - issued in LA between 1957-1959 | DOB: | 1941 |
| Death Date: | 2007 | ** ALERT ** A death claim for this SSN was filed in 02/07/2007 | |

| Possible AKA: | BRIDGES, KELLY | SSN: | DOB: |
|---|---|---|---|

*** Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 12/02/2003 - 12/04/2006 | 1955 NW CALIFORNIA RD<br>BROOKHAVEN MS 39601<br>LINCOLN COUNTY | (225) 774-0371<br>(601) 823-9234 |
| 06/07/1994 - 01/23/2003 | 3434 WINGFIELD AV<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 774-0371 |
| 07/01/1985 - 01/23/2003 | 6203 MOLINO<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 774-0371 |
| 07/08/1993 - 01/23/2003 | *<br><br>4131 BLOUNT<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | 774-0371 |

Not available

**KAPITUS EX. 13 - 162**

**Kapitus_000162**

**BRIDGES, NICOLE**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ████XXXX - issued in LA in 1989 | DOB: | ████1974 |

| | | | | | |
|---|---|---|---|---|---|
| Possible AKA: | BRIDGES, NICOLE D | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, N | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, N | SSN: | ████XXXX | DOB: | ██1974 |
| Possible AKA: | BRIDGES, NICOLE D | SSN: | | DOB: | ██1974 |
| Possible AKA: | MARTIN, NICOLE | SSN: | | DOB: | ██1954 |
| Possible AKA: | SCOTT, NICOLE D | SSN: | | DOB: | |
| Possible AKA: | BOURG, NIKKI D | SSN: | | DOB: | |
| Possible AKA: | MARTIN, NICOLE | SSN: | | DOB: | |
| Possible AKA: | BOURGEOIS, NIKKI D | SSN: | | DOB: | |
| Possible AKA: | NICOLE, BRIDGES | SSN: | | DOB: | |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 08/31/2015 | \* | (225) 698-3737 |
| | 18273 TABONY LN | (225) 686-9338 |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 07/25/2006 - 09/12/2006 | 18273 TALBANY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 01/13/2002 - 09/11/2004 | \* | (225) 686-9338 |
| | 17650 MELANCON RD | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 04/22/1998 - 01/23/2003 | 2507 MCHUGH RD | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |
| 07/29/1995 - 01/23/2003 | \* | |
| | 4131 BLOUNT RD | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| 08/01/2000 - 01/23/2003 | 1011 PATRICIA ST | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |

**KAPITUS EX. 13 - 163**

Kapitus_000163

| 01/01/1995 - 01/23/2003 | 15430 TOM DREHR RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY |
|---|---|
| 01/01/1995 - 11/13/2000 | 14607 FOREST GROVE AVE APT D<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| 10/01/1997 - 11/05/1997 | 4711 CHURCH ST # A<br>ZACHARY LA 70791<br>EAST BATON ROUGE COUNTY |
| 09/20/1994 - 09/20/1994 | 9477 LANSDOWNE RD TRLR 80<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| Not available | BELLFORT DR<br>BATON ROUGE LA 70815<br>EAST BATON ROUGE COUNTY |
| Not available | FOREST GROVE AVE<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| Not available | OLD HAMMOND HWY<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY |
| Not available | MCHUGH RD<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY |

---

**BRIDGES, JASON K**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | XXXX - issued in LA between 1973-1974 | DOB: | 1972 |
| Possible AKA: | BRIDGES, JASON | SSN: | DOB: |

\* Match with one of the subject's addresses

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2015 - 06/30/2015 | BATON ROUGE LA 70807<br>EAST BATON ROUGE | (225) 771-8724 |
| 01/01/1996 - 04/30/2014 | 1955 NW CALIFORNIA RD | (601) 823-9234 |

**KAPITUS EX. 13 - 164**

| Date Range | Address | Phone # |
|---|---|---|
| | BROOKHAVEN MS 39601<br>LINCOLN COUNTY | |
| 01/01/1993 - 01/23/2003 | 3434 WINGFIELD AV<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 774-0371 |
| 01/01/1993 - 01/23/2003 | *<br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | 774-0371 |
| 11/13/2000 - 11/13/2000 | PO BOX 299<br>BROOKHAVEN MS 39602<br>LINCOLN COUNTY | 774-0371 |
| 02/23/1991 - 12/31/1992 | 6203 MOLINO DR<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| Not available | WINGFIELD AVE<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| Not available | POB 299<br>BROOKHAVEN MS 39601<br>LINCOLN COUNTY | |

---

**BRIDGES, FAYE**

| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | | DOB: | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/08/2005 - 01/08/2005 | 195 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 10/01/1999 - 01/23/2003 | *<br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | |
| 05/01/2001 - 01/23/2003 | 4620 MISTY RIDGE DR<br>FORT WORTH TX 76137<br>TARRANT COUNTY | |

04/12/2002 - 04/12/2002       5510 LABY LN
BAKER LA 70714
EAST BATON ROUGE COUNTY

---

## BRIDGES, NELLIE

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████ XXXX - issued in LA between 1934-1951 | **DOB:** | ████1921 |
| **Death Date:** | ████2008 | ** ALERT ** A death claim for this SSN was filed in 11/20/2008 | |

| | | | | | |
|---|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, NELLIE D | **SSN:** | ████XXXX | **DOB:** | ████1921 |
| **Possible AKA:** | BRIDGES, NELIE D | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, NELLIE D | **SSN:** | | **DOB:** | |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 02/01/2008 - 02/01/2008 | 189 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | (225) 265-4307 |
| 11/17/2003 - 01/08/2005 | 195 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 01/20/2002 - 03/26/2004 | 5510 LAVEY LN 89<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | (225) 774-7480 |
| 11/19/2003 - 11/19/2003 | 189 RUF SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 06/18/1994 - 01/23/2003 | 3434 WINGFIELD AV<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 775-2584 |
| 03/03/1990 - 01/23/2003 | *<br><br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | 775-2584 |
| 02/01/2001 - 01/23/2003 | 4620 MISTY RIDGE DR<br>FORT WORTH TX 76137<br>TARRANT COUNTY | 775-2584 |

**KAPITUS EX. 13 - 166**

**Kapitus_000166**

| 04/12/2002 - 04/12/2002 | 5510 LABY LN | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 02/14/2002 - 02/14/2002 | 5510 LADY LN | |
| | LOUISIANA LA 70414 | |
| | | |
| 07/01/1994 - 07/01/1994 | 4173 BLOUNT RD | 775-2584 |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |

---

**BRIDGES, PAUL L**

| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ██████ XXXX - issued in LA in 1965 | DOB: | ██████ 1948 |

| Possible AKA: | BRIDGES, PAUL | SSN: | | DOB: |
| Possible AKA: | BRIDGES, PAUL | SSN: ██████ XXXX | DOB: |
| Possible AKA: | BRIDGES, PAUL NULL | SSN: ██████ XXXX | DOB: ██████ 1948 |
| Possible AKA: | BRIDGES, PAUL NULL | SSN: | DOB: |
| Possible AKA: | PAUL, BRIDGES | SSN: | DOB: |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
| --- | --- | --- |
| 09/12/2014 - 03/31/2015 | 1045 GREEN RIDGE TER | (225) 686-0621 |
| | SAGINAW TX 76179 | |
| | TARRANT COUNTY | |
| 01/01/1996 - 03/11/2015 | 17655 MELANCON RD | (225) 686-0621 |
| | LIVINGSTON LA 70754 | 265-9260 |
| | LIVINGSTON COUNTY | |
| 11/26/2007 - 11/24/2008 | \* | |
| | 10065 ADAM DR | |
| | DENHAM SPRINGS LA 70726 | |
| | LIVINGSTON COUNTY | |
| 11/16/2003 - 11/16/2003 | RR 7 618 | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| 07/18/2001 - 01/24/2003 | RR 1 109 | 265-9260 |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| 05/22/1998 - 01/24/2003 | 613 MONTGOMERY ST 24 | 265-9260 |
| | STARKVILLE MS 39759 | |

OKTIBBEHA COUNTY

| | | |
|---|---|---|
| 06/20/1998 - 01/24/2003 | * | 265-9260 |
| | 4131 BLOUNT RD | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 11/13/2000 - 01/23/2003 | RR 1 82X | 265-9260 |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 04/10/1999 - 01/23/2003 | 174 RUE SAINT JAMES | 265-9260 |
| | VACHERIE LA 70090 | |
| | ST JOHN THE BAPTIST COUNTY | |
| | | |
| 08/06/2002 - 08/08/2002 | 23600 JOE MAY RD | |
| | DENHAM SPRINGS LA 70726 | |
| | LIVINGSTON COUNTY | |
| | | |
| 08/06/2002 - 08/06/2002 | 1426 DELPLAZA DR APT B | |
| | BATON ROUGE LA 70815 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 07/18/2001 - 07/18/2001 | RR 1 BOX 109 | |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 11/13/2000 - 07/13/2001 | RR 1 BOX 82X | 265-9260 |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 07/13/2001 - 07/13/2001 | RR 7 BOX 618 | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 01/09/2001 - 01/09/2001 | PO BOX 1336 | |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 01/09/2001 - 01/09/2001 | 1336 | |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 11/13/2000 - 11/13/2000 | 166 B RUE JAMES ST | 265-9260 |
| | VACHERIE LA 70090 | |
| | ST JOHN THE BAPTIST COUNTY | |
| | | |
| 08/12/1999 - 04/07/2000 | 111 E CHURCH ST | |
| | ACKERMAN MS 39735 | |

**KAPITUS EX. 13 - 168**

CHOCTAW COUNTY

| | |
|---|---|
| 12/15/1989 - 12/18/1996 | RR1 BOX 82X<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |
| 12/15/1989 - 12/18/1996 | 82X RR1<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |
| 01/01/1995 - 12/31/1995 | MS HY 15<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |
| 08/14/1995 - 08/14/1995 | MS HWY 15 W<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |
| 01/01/1991 - 12/31/1991 | RR 1 POB 228A<br>ROSELAND LA 70456<br>TANGIPAHOA COUNTY |
| 01/01/1988 - 12/31/1988 | 14530 MS HIGHWAY 15<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |
| Not available | FISHERMANS LNDG<br>BATON ROUGE LA 70821<br>EAST BATON ROUGE COUNTY |
| Not available | RR07 BOX 618<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY |
| Not available | 618 RR 7 BOX<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY |
| Not available | RUE SAINT JAMES<br>VACHERIE LA 70090<br>SAINT JAMES COUNTY |
| Not available | RR 1 POB 828<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY |

**BRIDGES, BRYAN K.**

**KAPITUS EX. 13 - 169**

**Kapitus_000169**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████XXXX - issued in LA between 1979-1980 | **DOB:** | ████1973 |

| | | | | | |
|---|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, BRYAN K | **SSN:** | ████XXXX | **DOB:** | ████1973 |
| **Possible AKA:** | BRIDGES, BRYAN K | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, B | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BRYAN | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, B | **SSN:** | | **DOB:** | ████1973 |
| **Possible AKA:** | BRIDGES, BRYAN K | **SSN:** | | **DOB:** | ████1973 |
| **Possible AKA:** | BRYAN, BRIDGES | **SSN:** | ████XXXX | **DOB:** | ████1973 |
| **Possible AKA:** | BRYAN, BRIDGES | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BRIAN K | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, BYRON | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BYRON, BRIDGES PA | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BYRON, K BRIDGES | **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 08/31/2015 | \* <br> 18273 TABONY LN <br> LIVINGSTON LA 70754 <br> LIVINGSTON COUNTY | (225) 698-3737 |
| 07/25/2006 - 09/12/2006 | 18273 TALBANY LN <br> LIVINGSTON LA 70754 <br> LIVINGSTON COUNTY | |
| 03/10/2005 - 05/19/2005 | 17650 MELEMON <br> LIVINGSTON LA 70754 <br> LIVINGSTON COUNTY | |
| 02/06/2002 - 02/10/2005 | \* <br> 17650 MELANCON RD <br> LIVINGSTON LA 70754 <br> LIVINGSTON COUNTY | |
| 01/24/2003 - 01/24/2003 | RR 1 82X <br> ACKERMAN MS 39735 <br> CHOCTAW COUNTY | 658-9250 |
| 04/22/1998 - 01/23/2003 | 2507 MCHUGH RD <br> BAKER LA 70714 <br> EAST BATON ROUGE COUNTY | 658-9250 |
| 01/01/1995 - 01/23/2003 | 9477 LANSDOWNE RD 80 <br> BATON ROUGE LA 70818 <br> EAST BATON ROUGE COUNTY | 658-9250 |

| | | |
|---|---|---|
| 06/03/1998 - 01/23/2003 | 4613 GREENWOOD LN<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 10/05/1999 - 01/23/2003 | 1011 PATRICIA ST<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 07/13/1995 - 01/23/2003 | 15430 TOM DREHR RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 07/18/2001 - 01/23/2003 | PO BOX 3<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | 658-9250 |
| 01/16/2003 - 01/16/2003 | 17650 17650 MELANCON<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |
| 01/18/2002 - 01/18/2002 | 5613 GROOM RD<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| 11/05/1997 - 07/18/2001 | 4711 CHURCH ST # A<br>ZACHARY LA 70791<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 07/18/2001 - 07/18/2001 | 14607 FOREST GROVE AV<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 07/17/2001 - 07/17/2001 | 15090 PRIDE PRT<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | |
| 07/13/2001 - 07/13/2001 | RR 1 BOX 82X<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 11/07/1998 - 04/16/2001 | 15090 PRIDE PORT HUDSON RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | |
| 11/13/2000 - 11/13/2000 | 15040 PRIDE PORT HUDSON RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | 658-9250 |
| 10/24/1995 - 11/07/1997 | 14607 FOREST GROVE AVE APT D | |

**KAPITUS EX. 13 - 171**

Kapitus_000171

BATON ROUGE LA 70818
EAST BATON ROUGE COUNTY

10/18/1997 - 10/18/1997    20A RR3
ACKERMAN MS 39735
CHOCTAW COUNTY

10/18/1997 - 10/18/1997    RR3 BOX 20
ACKERMAN MS 39735
CHOCTAW COUNTY

01/01/1995 - 12/31/1995    14607 FOREST GR D
BATON ROUGE LA 70818
EAST BATON ROUGE COUNTY

---

**BRIDGES, DANA**

| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| **Date Range** | **Address** | **Phone #** |
| --- | --- | --- |
| 04/06/2010 - 04/06/2010 | \* | |
| | 11238 BLUE JAY LN | |
| | DENHAM SPRINGS LA 70726 | |
| | LIVINGSTON COUNTY | |

---

**BRIDGS, M D**

| **Relative of:** | BRIDGS, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| **Date Range** | **Address** | **Phone #** |
| --- | --- | --- |
| 03/17/2010 - 04/08/2010 | \* | (682) 224-5457 |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |

---

**BRIDGES, DWAYNE P**

| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**KAPITUS EX. 13 - 172**

Kapitus_000172

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2014 - 02/28/2014 | 1150 BLUE MOUND RD W STE 103<br>HASLET TX 76052<br>TARRANT COUNTY | (817) 439-3599 |
| 09/14/2012 - 09/17/2012 | 1150 BLUE MOUND RD W 103<br>HASLET TX 76052<br>TARRANT COUNTY | (817) 439-3599 |
| 09/14/2012 - 09/17/2012 | \*<br>1150 BLUE MOUND RD W<br>HASLET TX 76052<br>TARRANT COUNTY | (817) 821-6608 |
| Not available | \*<br>628 DESTIN DR<br>FORT WORTH TX 76131<br>TARRANT COUNTY | |
| Not available | 76131<br>TARRANT COUNTY | |

---

**BRIDGES, NEWBORN FEMALE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 07/03/2014 - 07/03/2014 | \*<br>628 DESTIN DR<br>FORT WORTH TX 76131<br>TARRANT COUNTY | (682) 224-5457 |

---

**BRIDGES, BRANDI**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

**KAPITUS EX. 13 - 173**

Kapitus_000173

| Date Range | Address | Phone # |
|---|---|---|
| 06/28/2014 - 11/15/2015 | *<br>18273 TABONY LN<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | (225) 698-3737 |

---

**BRIDGES, DWAYNE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████XXXX - issued in LA between 1979-1980 | **DOB:** | ████1972 |

| | | | | |
|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, DWAYNE P | **SSN:** | **DOB:** | |
| **Possible AKA:** | BRIDGS, DWAYNE P | **SSN:** | **DOB:** | |
| **Possible AKA:** | BRIDGS, DWAYNE | **SSN:** | **DOB:** | |
| **Possible AKA:** | BRIDGES, DWYANE | **SSN:** | **DOB:** | |
| **Possible AKA:** | BRIDGES, DWAYNE P | **SSN:** ████XXXX | **DOB:** ████1972 | |
| **Possible AKA:** | BRIDGS, DWAYNE | **SSN:** | **DOB:** ████1972 | |
| **Possible AKA:** | BRIDGES, DWAYNE PAUL | **SSN:** | **DOB:** ████1972 | |

* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1991 - 09/20/2015 | *<br>628 DESTIN DR<br>FORT WORTH TX 76131<br>TARRANT COUNTY | (682) 224-5457 |
| 01/01/2014 - 06/30/2014 | *<br>1045 GREEN RIDGE TER<br>SAGINAW TX 76179<br>TARRANT COUNTY | |
| 01/01/2001 - 11/30/2013 | 9221 GREAT SMOKEY AV<br>BATON ROUGE LA 70814<br>EAST BATON ROUGE COUNTY | 285-3809 |
| 12/04/2007 - 12/04/2007 | *<br>17210 OLIVE DR<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | 285-3809 |
| 08/07/2006 - 08/07/2006 | *<br>17650 MELANCON RD<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | (225) 686-0684 |
| 06/01/1998 - 01/23/2003 | 254 DILLON DR B | (225) 686-0684 |

**KAPITUS EX. 13 - 174**

| | | |
|---|---|---|
| | DYERSBURG TN 38024 | 285-3809 |
| | DYER COUNTY | |
| 07/18/2001 - 01/23/2003 | * | (225) 686-0684 |
| | | 285-3809 |
| | 39479 HIGHWAY 42 | |
| | PRAIRIEVILLE LA 70769 | |
| | ASCENSION COUNTY | |
| 11/13/2000 - 01/23/2003 | 310 SYCAMORE DR | 285-3809 |
| | GREENVILLE SC 29607 | |
| | GREENVILLE COUNTY | |
| 09/01/1998 - 01/23/2003 | * | (225) 686-0684 |
| | | 285-3809 |
| | 4131 BLOUNT RD | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| 07/18/2001 - 01/23/2003 | PO BOX 1 | (225) 686-0684 |
| | ACKERMAN MS 39735 | 285-3809 |
| | CHOCTAW COUNTY | |
| 12/01/1999 - 08/01/2001 | 16352 OLD HAMMOND HW | 285-3809 |
| | BATON ROUGE LA 70816 | |
| | EAST BATON ROUGE COUNTY | |
| 05/01/1998 - 05/01/1998 | * | 285-3809 |
| | | |
| | 200 CATHERINE ST | |
| | STARKVILLE MS 39759 | |
| | OKTIBBEHA COUNTY | |
| Not available | | |
| | 76131 | |
| | TARRANT COUNTY | |

---

### BRIDGES, CAMERON DAKOTA

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ▓▓XXXX - issued in TN in 1974 | DOB: | ▓▓1987 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/16/2014 - 01/16/2014 | * | (682) 224-5457 |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |

KAPITUS EX. 13 - 175

**BRIDGES, VALERIE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | █████1995 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 06/30/2015 | \* | (225) 698-3737 |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

**BRIDGES, VALERIE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | █████1995 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 06/30/2015 | \* | (225) 698-3737 |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

**BRIDGES, ASHLYN FAITH**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 03/30/2015 - 03/30/2015 | \* | (682) 224-5457 |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |

Associates

**628 DESTIN DRIVE FORT WORTH, TX 76131**
**TARRANT COUNTY**

**KAPITUS EX. 13 - 176**

**1. BRIDGS, M D**
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 03/17/2010 - 04/08/2010 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | (682) 224-5457 |

**2. IRVIN, AMY**
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 07/06/2010 - 07/09/2010 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| Not available | PO BOX 2926<br>GRAPEVINE, TX 76099<br>TARRANT COUNTY | |

**3. WEST, CODY CHRISTOPHER**
**SSN:**
**DOB (Age):** ██████ 1989 (26)

| Date Range | Address | Phone # |
|---|---|---|
| 12/30/2010 - 12/30/2010 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

**4. GREEN, BRAD S**
**SSN:**
**DOB (Age):** ██████ 1960 (55)

| Date Range | Address | Phone # |
|---|---|---|
| 05/01/2013 - 06/12/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

**5. JOHNSON, BETTY**
**SSN:** ██████ XXXX - issued in TN in 1963
**DOB (Age):** ██████ 1947 (68)

| Date Range | Address | Phone # |
|---|---|---|
| 08/04/2010 - 05/12/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131 | |

**KAPITUS EX. 13 - 177**

Kapitus_000177

TARRANT COUNTY

| | | |
|---|---|---|
| 02/13/2013 - 11/10/2014 | 9705 FOX HILL DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | (225) 667-4735<br>(225) 328-9842 |
| 07/09/2013 - 07/09/2013 | 5521 PALMER BLVD<br>SARASOTA, FL 34232<br>SARASOTA COUNTY | |
| 01/01/2002 - 05/31/2013 | 10065 ADAM DR<br>PORT VINCENT, LA 70726<br>LIVINGSTON COUNTY | (225) 667-4735 |
| 03/26/2005 - 03/26/2005 | 16352 OLD HAMMOND HWY TRLR 63<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |
| 01/01/1994 - 01/23/2003 | 12254 LA MARGIE AV 149<br>BATON ROUGE, LA 70815<br>EAST BATON ROUGE COUNTY | 272-4647 |
| 01/01/1991 - 12/31/1991 | 16352 OLD HAMMOND HWY TRLR 289<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |
| Not available | LA MARGIE AVE<br>BATON ROUGE, LA 70815<br>EAST BATON ROUGE COUNTY | |

## 6. JOHNSON, BETTY JO

**SSN:**

**DOB (Age):** ████ 1947 (68)

| **Date Range** | **Address** | **Phone #** |
|---|---|---|
| 08/04/2010 - 02/06/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

## 7. MUSER, DAVID L

**SSN:** 497-86-XXXX - issued in MO between 1983-1984

**DOB (Age):** ████ /1983 (32)

| **Date Range** | **Address** | **Phone #** |
|---|---|---|
| 07/14/2014 - 04/06/2015 | 4501 MANCHESTER AVE D<br>SAINT LOUIS, MO 63110<br>SAINT LOUIS CITY COUNTY | |

**KAPITUS EX. 13 - 178**

| | | |
|---|---|---|
| 02/24/2015 - 02/24/2015 | 6045 FYLER AVE<br>SAINT LOUIS, MO 63139<br>SAINT LOUIS CITY COUNTY | |
| 06/05/2012 - 08/14/2014 | 4501D MANCHESTER AVE<br>SAINT LOUIS, MO 63110<br>SAINT LOUIS CITY COUNTY | |
| 06/05/2012 - 08/14/2014 | 5617 EICHELBERGER ST<br>SAINT LOUIS, MO 63109<br>SAINT LOUIS CITY COUNTY | |
| 02/21/2011 - 07/10/2013 | 1814 MOONSTONE DR<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY | |
| 02/21/2011 - 07/18/2012 | 8701 PARMER LN<br>AUSTIN, TX 78729<br>WILLIAMSON COUNTY | (817) 232-8493 |
| 06/01/2012 - 06/04/2012 | 4584 ARTHUR ST<br>GARY, IN 46408<br>LAKE COUNTY | |
| 01/01/2000 - 05/05/2012 | 13003 TIGER LILY CT<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY | |
| 11/01/2009 - 03/16/2012 | 263 COUNTRY MEADOW DR<br>MANSFIELD, TX 76063<br>TARRANT COUNTY | |
| 02/01/2012 - 02/01/2012 | 8701 PARMER LN 14212<br>AUSTIN, TX 78729 | |
| 02/21/2011 - 02/01/2012 | 4936 SIGMOND DR<br>ARLINGTON, TX 76017<br>TARRANT COUNTY | |
| 07/27/2010 - 10/17/2011 | 8055 RALEIGH CT<br>FORT WORTH, TX 76123<br>TARRANT COUNTY | |
| 02/15/2011 - 02/15/2011 | PO BOX 2926<br>GRAPEVINE, TX 76099<br>TARRANT COUNTY | |
| 11/21/2009 - 02/13/2010 | PO BOX 1720 | |

**KAPITUS EX. 13 - 179**

Kapitus_000179

MANSFIELD, TX 76063
TARRANT COUNTY

05/25/2009 - 05/25/2009          6950 CHASE RIDGE TRL APT 1126
                                 FORT WORTH, TX 76137
                                 TARRANT COUNTY

06/11/2004 - 03/25/2009          628 DESTIN DR                              (817) 232-8493
                                 FORT WORTH, TX 76131
                                 TARRANT COUNTY

03/25/2004 - 03/25/2004          1435 SUMMERPOINT LN
                                 FENTON, MO 63026
                                 SAINT LOUIS COUNTY

02/27/2001 - 03/23/2003          2554 RIDGEVIEW DR
                                 HIGH RIDGE, MO 63049
                                 JEFFERSON COUNTY

Not available                    15715 MANCHESTER RD
                                 ELLISVILLE, MO 63011
                                 SAINT LOUIS COUNTY

## 8. MUSER, TODD C

**SSN:** ▮▮▮XXXX - issued in MO between 1989-1990

**DOB (Age):** ▮▮▮1988 (27)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2000 - 08/01/2015 | 13003 TIGER LILY CT<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY | |
| 06/20/2013 - 07/10/2013 | 5617 EICHELBERGER ST<br>SAINT LOUIS, MO 63109<br>SAINT LOUIS CITY COUNTY | |
| 06/01/2013 - 06/25/2013 | 5716 EICHELBERGER ST<br>SAINT LOUIS, MO 63109<br>SAINT LOUIS CITY COUNTY | |
| 01/14/2013 - 02/20/2013 | 1814 MOONSTONE DR<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY | |
| 04/26/2011 - 04/26/2011 | 1600 MANCHESTER RD<br>BALLWIN, MO 63011<br>SAINT LOUIS COUNTY | |
| 08/13/2008 - 04/30/2009 | 628 DESTIN DR | |

FORT WORTH, TX 76131
TARRANT COUNTY

Not available                                                                                    (314) 724-3766

BALLWIN, MO 63011
ST LOUIS

Not available                        3003 TIGER LILY CT
ST LOUIS, MO 63146
SAINT LOUIS COUNTY

9. HUMPHREY, CANDI

**SSN:**                             XXXX - issued in LA in 1983
**DOB (Age):**                       1983 (32)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2014 - 10/31/2014 |  | (225) 243-5531 |
|  | DENHAM SPGS, LA 70726 | (225) 665-9544 |
|  | LIVINGSTON |  |
| 01/08/2013 - 01/08/2013 | 628 DESTIN DR |  |
|  | FORT WORTH, TX 76131 |  |
|  | TARRANT COUNTY |  |
| 01/01/2003 - 01/31/2012 | 8700 SHAREE |  |
|  | DENHAM SPRINGS, LA 70726 |  |
|  | LIVINGSTON COUNTY |  |
| 04/28/2001 - 04/18/2009 | 139 COUNTRY LN |  |
|  | MINDEN, LA 71055 |  |
|  | WEBSTER COUNTY |  |
| 10/05/2004 - 10/05/2004 | 25710 CUYHANGA DR |  |
|  | DENHAM SPRINGS, LA 70726 |  |
|  | LIVINGSTON COUNTY |  |
| 12/11/2001 - 11/16/2003 | 412 HEIFER RUN |  |
|  | PEARL RIVER, LA 70452 |  |
|  | SAINT TAMMANY COUNTY |  |
| 03/13/2003 - 03/13/2003 | 8802 CALIENTE AVE |  |
|  | DENHAM SPRINGS, LA 70726 |  |
|  | LIVINGSTON COUNTY |  |
| 08/03/2002 - 08/03/2002 | 814 HAMMOND MANOR DR APT B |  |
|  | BATON ROUGE, LA 70816 |  |
|  | EAST BATON ROUGE COUNTY |  |

Not available                                                                                    (225) 347-4949

**KAPITUS EX. 13 - 181**                        **Kapitus_000181**

DENHAM SPRINGS, LA 70706          (225) 243-5531
LIVINGSTON


10. COSTA, ROBERT W

**SSN:**          XXXX - issued in CO in 1990
**DOB (Age):**          1986 (29)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2014 - 11/15/2015 | 2101 PLAMERA LN<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | (817) 378-4098 |
| 01/01/2014 - 05/06/2014 | 420 BRANDING IRON TRL<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 01/01/2011 - 01/31/2014 | 8845 SOY SEED TRL<br>FORT WORTH, TX 76179<br>TARRANT COUNTY | |
| 03/01/2011 - 05/03/2011 | 3501 MEARES DR 124<br>FORT WORTH, TX 76137<br>TARRANT COUNTY | |
| 01/20/2011 - 01/20/2011 | 3501 MEARES DR APT 124<br>FT WORTH, TX 76137<br>TARRANT COUNTY | |
| 01/27/2010 - 07/23/2010 | 7340 CASCADE CT 1114<br>FORT WORTH, TX 76137<br>TARRANT COUNTY | |
| 10/28/2009 - 02/01/2010 | 8705 HORNBEAM DR<br>FORT WORTH, TX 76123<br>TARRANT COUNTY | |
| 01/27/2010 - 01/27/2010 | 3000 CAMBRIDGE CT<br>BARTLESVILLE, OK 74006<br>WASHINGTON COUNTY | |
| 08/28/2001 - 07/24/2009 | 628 DESTIN DR<br>FT WORTH, TX 76131<br>TARRANT COUNTY | |
| 01/05/2009 - 06/16/2009 | 4701 INDIAN MOUND CT APT 2201<br>FORT WORTH, TX 76132<br>TARRANT COUNTY | |
| 10/04/2007 - 10/03/2008 | 817 CATHY DR | |

**KAPITUS EX. 13 - 182**

BURLESON, TX 76028
JOHNSON COUNTY

| | |
|---|---|
| 09/01/2007 - 06/04/2008 | 22940 E ROXBURY DR UNIT F<br>AURORA, CO 80016<br>ARAPAHOE COUNTY |
| 04/19/2004 - 12/14/2007 | 1407 BYRON AVE<br>ODESSA, TX 79761<br>ECTOR COUNTY |
| 07/27/2007 - 07/27/2007 | PO BOX 1145<br>ODESSA, TX 79760<br>ECTOR COUNTY |
| 06/09/2007 - 06/29/2007 | 2 JUEGO CT<br>SANTA FE, NM 87508<br>SANTA FE COUNTY |
| 03/09/2006 - 04/27/2007 | 1012 CALLE DON ROBERTO<br>SANTA FE, NM 87507<br>SANTA FE COUNTY |
| 07/13/2006 - 04/05/2007 | 5601 BELL ST APT 1223<br>AMARILLO, TX 79109<br>RANDALL COUNTY |
| 02/27/2007 - 02/27/2007 | 1012 CALLE DO ROBEREO<br>SANTA FE, NM 87507<br>SANTA FE COUNTY |
| 06/08/2006 - 10/27/2006 | 4200 W JEMEZ RD STE 301<br>LOS ALAMOS, NM 87544<br>LOS ALAMOS COUNTY |
| 12/08/2005 - 02/23/2006 | 203 W VALENCIA DR APT B<br>AMARILLO, TX 79118<br>RANDALL COUNTY |
| 09/22/2004 - 09/22/2004 | 11101 3300 SAGE RD<br>HOUSTON, TX 77056<br>HARRIS COUNTY |
| 01/11/2004 - 02/12/2004 | 241 SMITH ST<br>SHERIDAN, WY 82801<br>SHERIDAN COUNTY |
| 10/11/2003 - 10/13/2003 | 11901 BLUE SKY DR<br>OKLAHOMA CITY, OK 73162 |

**KAPITUS EX. 13 - 183**

**Kapitus_000183**

OKLAHOMA COUNTY

| | | |
|---|---|---|
| 07/24/2001 - 06/10/2003 | 6808 ZAPATA LN<br>AMARILLO, TX 79109<br>RANDALL COUNTY | |
| 09/02/2002 - 09/02/2002 | PO BOX 682<br>SARATOGA, WY 82331<br>CARBON COUNTY | |
| 09/22/2000 - 10/01/2000 | 3105 INTERSTATE 35<br>AUSTIN, TX 78741<br>TRAVIS COUNTY | |

11. SPARKS, GREGORY

**SSN:** ▮▮▮▮ XXXX - issued in CO between 1969-1970
**DOB (Age):** ▮▮▮ 1955 (60)

| Date Range | Address | Phone # |
|---|---|---|
| 11/21/2015 - 11/21/2015 | 2290 SKYVIEW LN APT 3110<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | |
| 03/31/2007 - 01/22/2015 | 6901 TULANE DR<br>AUSTIN, TX 78723<br>TRAVIS COUNTY | |
| 06/01/2012 - 08/25/2014 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 10/13/2011 - 08/03/2014 | 9511 ABERDEEN WAY<br>AUSTIN, TX 78753<br>TRAVIS COUNTY | |
| 04/15/2014 - 04/15/2014 | 9511 B ABERDEEN WAY<br>AUSTIN, TX 78753<br>TRAVIS COUNTY | |
| 06/19/2010 - 03/03/2013 | 6807 SYRACUSE CV<br>AUSTIN, TX 78723<br>TRAVIS COUNTY | 634-3309 |
| 01/01/2009 - 10/31/2012 | 2201 E 22ND ST<br>AUSTIN, TX 78722<br>TRAVIS COUNTY | |
| 08/22/2012 - 08/22/2012 | 6807 SURACUSE COVE<br>AUSTIN, TX 78723 | |

**KAPITUS EX. 13 - 184**

TRAVIS COUNTY

| | | |
|---|---|---|
| 10/01/2011 - 10/13/2011 | TX NONE TX 78723 | |
| | , | |
| 12/14/2009 - 10/07/2011 | 5702 EXETER DR<br>AUSTIN, TX 78723<br>TRAVIS COUNTY | |
| 06/01/2010 - 07/04/2010 | 123 PIERCE DR<br>COLORADO SPRINGS, CO 80906<br>EL PASO COUNTY | 634-3309 |
| 06/01/2010 - 06/01/2010 | 1710 LORRAINE ST<br>COLORADO SPRINGS, CO 80905<br>EL PASO COUNTY | 634-3309 |
| 02/07/2009 - 03/09/2009 | 5706 SANDHURST CIR<br>AUSTIN, TX 78723<br>TRAVIS COUNTY | |
| 08/01/2007 - 09/24/2007 | 6901 TRENDAL LN<br>AUSTIN, TX 78744<br>TRAVIS COUNTY | |
| 08/22/2006 - 12/09/2006 | 7442 BANBERRY DR<br>COLORADO SPRINGS, CO 80925<br>EL PASO COUNTY | 634-3309 |
| 01/01/1995 - 12/09/2005 | 116 23RD ST<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | 634-3309 |
| 01/01/1994 - 01/24/2003 | 919 19TH ST 16<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | 634-3309 |
| 01/01/2000 - 01/24/2003 | 4234 CHARLESTON DR<br>COLORADO SPRINGS, CO 80916<br>EL PASO COUNTY | 634-3309 |
| 12/05/1992 - 01/23/2003 | PO BOX 19191<br>AUSTIN, TX 78760<br>TRAVIS COUNTY | 634-3309 |
| 07/08/2002 - 08/16/2002 | 331 ELLERS GRV<br>COLO SPGS, CO 80916<br>EL PASO COUNTY | |

**KAPITUS EX. 13 - 185**

| 04/23/2002 - 04/23/2002 | 5145 HARRINGTON DR<br>COLORADO SPRINGS, CO 80911<br>EL PASO COUNTY | |
| 12/05/1992 - 02/17/1998 | 19191<br>AUSTIN, TX 78760<br>TRAVIS COUNTY | |
| 03/12/1991 - 04/01/1995 | 2475 HANCOCK EXPY APT 306<br>COLORADO SPRINGS, CO 80910<br>EL PASO COUNTY | |
| 01/01/1993 - 12/31/1993 | POB<br>AUSTIN, TX 78760<br>TRAVIS COUNTY | |
| 01/01/1993 - 12/31/1993 | 1717 ALLEGHANY DR<br>AUSTIN, TX 78741<br>TRAVIS COUNTY | |
| 01/01/1992 - 12/31/1992 | 1717 BOX 19191<br>INDUSTRY, TX 78944<br>AUSTIN COUNTY | |
| 01/01/1989 - 12/31/1989 | 112 BONFOY AVE APT 19<br>COLO SPGS, CO 80909<br>EL PASO COUNTY | |
| Not available | AUSTIN, TX 78759<br>TRAVIS | (512) 241-1751 |
| Not available | 116 N TWENTY THIRD ST<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | |
| Not available | 1309 SOUTHPORT DR<br>AUSTIN, TX 78704<br>TRAVIS COUNTY | |
| Not available | 320 E BOULDER ST<br>COLORADO SPRINGS, CO 80903<br>EL PASO COUNTY | |

12. SPARKS, GREG

SSN:

| Date Range | Address | Phone # |
| --- | --- | --- |

**KAPITUS EX. 13 - 186**

**Kapitus_000186**

06/01/2012 - 06/20/2012          628 DESTIN DR
                                 FORT WORTH, TX 76131
                                 TARRANT COUNTY


13. CHIPMAN, JESSICA N

**SSN:**                          XXXX - issued in MO between 1991-1992
**DOB (Age):**                    1984 (31)

| Date Range | Address | Phone # |
|---|---|---|
| 02/24/2015 - 02/24/2015 | 6045 FYLER AVE<br>SAINT LOUIS, MO 63139<br>SAINT LOUIS CITY COUNTY | |
| 09/28/2011 - 05/17/2014 | 1918 OKLAHOMA AVE<br>DAVENPORT, IA 52804<br>SCOTT COUNTY | |
| 06/01/2012 - 07/10/2013 | 1814 MOONSTONE DR<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY | |
| 01/01/1984 - 12/01/2012 | 1435 SUMMERPOINT LN<br>FENTON, MO 63026<br>SAINT LOUIS COUNTY | (563) 424-2815<br>(636) 861-3843 |
| 01/01/2012 - 01/31/2012 | 7040 CHASE RIDGE TRL APT 10<br>FORT WORTH, TX 76137<br>TARRANT COUNTY | |
| 12/22/2011 - 12/22/2011 | 8701 W PARMER LN APT 6128<br>AUSTIN, TX 78729<br>WILLIAMSON COUNTY | |
| 09/16/2011 - 09/16/2011 | 4936 SIGMOND DR APT 1212<br>ARLINGTON, TX 76017<br>TARRANT COUNTY | |
| 02/15/2011 - 02/15/2011 | PO BOX 2926<br>GRAPEVINE, TX 76099<br>TARRANT COUNTY | |
| 04/03/2010 - 10/18/2010 | 263 COUNTRY MEADOW DR<br>MANSFIELD, TX 76063<br>TARRANT COUNTY | |
| 11/06/2009 - 10/04/2010 | 6410 MIRANDA DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

**KAPITUS EX. 13 - 187**

| 07/29/2010 - 08/12/2010 | 8055 RALEIGH CT<br>FORT WORTH, TX 76123<br>TARRANT COUNTY |

| 04/19/2006 - 02/01/2010 | 6950 CHASE RIDGE TR 1126<br>FORT WORTH, TX 76137<br>TARRANT COUNTY |

| 11/21/2009 - 01/29/2010 | 1720<br>MANSFIELD, TX 76063<br>TARRANT COUNTY |

| 11/21/2009 - 01/29/2010 | PO BOX 1720<br>MANSFIELD, TX 76063<br>TARRANT COUNTY |

| 06/29/2004 - 02/01/2009 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY |

| 12/01/2008 - 12/01/2008 | 7040 CHASE RIDGE TR 1024<br>FORT WORTH, TX 76137<br>TARRANT COUNTY |

| 03/18/2004 - 07/12/2005 | 13003 TIGER LILY CT<br>SAINT LOUIS, MO 63146<br>SAINT LOUIS COUNTY |

**14. HUMPHREY, CANDI**

**SSN:** ▮▮▮XXXX - issued in LA in 1983
**DOB (Age):** ▮▮▮1983 (32)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2014 - 10/31/2014 | DENHAM SPGS, LA 70726<br>LIVINGSTON | (225) 243-5531<br>(225) 665-9544 |
| 01/29/2008 - 01/05/2014 | 8700 SHAREE PL<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 01/08/2013 - 01/08/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 04/28/2001 - 04/18/2009 | 139 COUNTRY LN<br>MINDEN, LA 71055<br>WEBSTER COUNTY | |

**KAPITUS EX. 13 - 188**

**Kapitus_000188**

| | | |
|---|---|---|
| 10/05/2004 - 10/05/2004 | 25710 CUYHANGA DR<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 12/11/2001 - 11/16/2003 | 412 HEIFER RUN<br>PEARL RIVER, LA 70452<br>SAINT TAMMANY COUNTY | |
| 03/13/2003 - 03/13/2003 | 8802 CALIENTE AVE<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 08/03/2002 - 08/03/2002 | 814 HAMMOND MANOR DR APT B<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |
| Not available | DENHAM SPRINGS, LA 70706<br>LIVINGSTON | (225) 243-5531<br>(225) 347-4949 |

## 1150 BLUE MOUND RD W HASLET, TX 76052
## TARRANT COUNTY

### 1. SOARES, JEFF
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 05/21/2014 - 06/01/2014 | 1150 W BLUE MOUND RD<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 2. MEDFORD, CHASE
**SSN:** ▉▉▉▉ XXXX - issued in TX between 1989-1990
**DOB (Age):** ▉▉▉ 1983 (32)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2008 - 10/02/2014 | 9028 TATE AVE<br>FORT WORTH, TX 76244<br>TARRANT COUNTY | (817) 337-4631<br>(817) 681-6437 |
| 05/16/2014 - 05/16/2014 | 1150 BLUE MOUND RD W<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 10/23/2013 - 10/23/2013 | PO BOX 2757<br>FORT WORTH, TX 76244 | |

KAPITUS EX. 13 - 189
Kapitus_000189

|  |  |  |
|---|---|---|
|  | TARRANT COUNTY |  |
| 06/09/2009 - 06/11/2010 | 9028 TATE AVE<br>KELLER, TX 76248<br>TARRANT COUNTY | (817) 337-4631 |
| 05/25/2007 - 03/06/2009 | 436 MARSHA ST<br>KELLER, TX 76248<br>TARRANT COUNTY |  |
| 09/01/2006 - 06/26/2007 | 8299 SMALL BLOCK RD APT 1331<br>NORTHLAKE, TX 76262<br>DENTON COUNTY |  |
| 01/06/2003 - 05/18/2007 | 2812 CECIL DR<br>RICHLAND HILLS, TX 76118<br>TARRANT COUNTY |  |
| 09/24/2006 - 09/24/2006 | 5299 SMALLBLOCK RD APT 1331<br>ROANOKE, TX 76262<br>DENTON COUNTY |  |
| 06/08/2006 - 06/08/2006 | 268 EUREKA<br>FORT WORTH, TX 76118<br>TARRANT COUNTY |  |
| 07/06/2004 - 07/06/2004 | 3709 POPPLEWELL ST<br>RICHLAND HILLS, TX 76118<br>TARRANT COUNTY |  |
| 01/04/2004 - 01/13/2004 | 1207 JENKINS AVE APT 206<br>NORMAN, OK 73019<br>CLEVELAND COUNTY |  |
| 07/13/2001 - 01/24/2003 | 7429 DEAVER DR<br>NORTH RICHLAND HILLS, TX 76180<br>TARRANT COUNTY |  |
| Not available | 7428 DEAVER DR<br>FORT WORTH, TX 76180<br>TARRANT COUNTY |  |

3. SMITH, TERRY L

**SSN:** ██████ XXXX - issued in OK in 1973

**DOB (Age):** ██████ 1964 (51)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1978 - 04/18/2015 | 6257 ADONIA DR<br>FORT WORTH, TX 76131 | 514-0870<br>626-4499 |

**KAPITUS EX. 13 - 190**

**Kapitus_000190**

TARRANT COUNTY

| | | |
|---|---|---|
| 04/09/2014 - 02/08/2015 | 1150 W BLUE MOUND RD 803<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 01/01/2014 - 02/28/2014 | WICHITA, KS 67202<br>SEDGWICK COUNTY | (316) 765-7509 |
| 06/29/1993 - 03/16/2011 | 953 E PADDINGTON DR<br>SAGINAW, TX 76131<br>TARRANT COUNTY | 514-0870<br>626-4499 |
| 10/01/1999 - 09/20/2004 | 496 COYOTE TR<br>RHOME, TX 76078<br>WISE COUNTY | 514-0870<br>626-4499<br>(940) 626-4894 |
| 01/01/1996 - 01/23/2003 | 5741 HANSON DR<br>WATAUGA, TX 76148<br>TARRANT COUNTY | 514-0870<br>626-4499 |
| 04/03/1995 - 01/23/2003 | 339 FREEDOM WA<br>FORT WORTH, TX 76244<br>TARRANT COUNTY | 514-0870<br>626-4499 |
| 08/19/1993 - 07/18/2001 | 202 W ROCKWOOD BLVD<br>MULVANE, KS 67110<br>SEDGWICK COUNTY | 626-4499 |
| 07/17/2001 - 07/17/2001 | 1726 E WATERMAN ST<br>WICHITA, KS 67211<br>SEDGWICK COUNTY | 626-4499 |
| 10/03/1992 - 07/13/2001 | 312 SHADY LANE DR<br>FORT WORTH, TX 76112<br>TARRANT COUNTY | 626-4499 |
| 01/01/1996 - 11/13/2000 | 6747 W PAR<br>WICHITA, KS 67212<br>SEDGWICK COUNTY | 788-1937<br>626-4499 |
| 12/02/1998 - 12/02/1998 | 5641 HANSEN DR<br>WATAUGA, TX 76148<br>TARRANT COUNTY | |
| 01/01/1995 - 12/31/1995 | 339 FREEDOM WAY<br>KELLER, TX 76248<br>TARRANT COUNTY | |

**KAPITUS EX. 13 - 191**

**Kapitus_000191**

| | | |
|---|---|---|
| 01/01/1993 - 03/20/1994 | 2816 35TH ST<br>LUBBOCK, TX 79413<br>LUBBOCK COUNTY | |
| 12/31/1989 - 02/11/1994 | 1706 E PINION RD<br>DERBY, KS 67037<br>SEDGWICK COUNTY | |
| 01/01/1993 - 12/31/1993 | 719 W 29TH SOUTH 102<br>DERBY, KS 67037<br>SEDGWICK COUNTY | |
| 06/22/1991 - 09/08/1992 | 2228 S OLIVER ST APT 310<br>WICHITA, KS 67218<br>SEDGWICK COUNTY | |
| Not available | 1150 BLUE MOUND RD W STE 803<br>HASLET, TX 76052<br>TARRANT COUNTY | (682) 429-0707 |
| Not available | FORT WORTH, TX 76105<br>TARRANT | (817) 201-7888<br>(817) 201-7886 |

## Associate Analytics Chart

| ASSOCIATION | GLOBAL SANCTIONS? | OFAC? | ARREST RECORDS? | CRIMINAL RECORDS? | BANKRUPTCY? |
|---|---|---|---|---|---|
| RELATIVES | | | | | |
| Bennett, Teresa F | NO | NO | NO | NO | NO |
| Bridges, Ashlyn Faith | NO | NO | NO | NO | NO |
| Bridges, Barbara E | NO | NO | NO | NO | NO |
| Bridges, Brandi | NO | NO | NO | NO | NO |
| Bridges, Bryan K | NO | NO | NO | NO | NO |
| Bridges, Cameron Dakota | NO | NO | YES | NO | NO |
| Bridges, Dana | NO | NO | NO | NO | NO |
| Bridges, Dana | NO | NO | NO | NO | NO |
| Bridges, Dana Michelle | NO | NO | NO | NO | NO |
| Bridges, Dwayne | NO | NO | NO | NO | NO |
| Bridges, Dwayne P | NO | NO | NO | NO | NO |
| Bridges, Faye | NO | NO | NO | NO | NO |
| Bridges, Jason | NO | NO | NO | NO | NO |
| Bridges, Kelly | NO | NO | NO | NO | NO |
| Bridges, Nellie | NO | NO | NO | NO | NO |
| Bridges, Newborn Female | NO | NO | NO | NO | NO |
| Bridges, Nicole D | NO | NO | NO | NO | NO |

**KAPITUS EX. 13 - 192**

**Kapitus_000192**

| | | | | |
|---|---|---|---|---|
| Bridges, Paul L | NO | NO | NO | NO | NO |
| Bridges, Valerie | NO | NO | NO | NO | NO |
| Bridges, Valerie | NO | NO | NO | NO | NO |
| Bridgs, M D ASSOCIATES | NO | NO | NO | NO | NO |
| Billeudeau, Cindy | NO | NO | NO | NO | NO |
| Billeudeau, Cindy | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Chase, Medford R | NO | NO | NO | YES | YES |
| Green, Brad S | NO | NO | NO | YES | NO |
| Irvin, Amy | NO | NO | NO | NO | NO |
| Johnson, Betty | NO | NO | NO | NO | NO |
| Johnson, Betty | NO | NO | NO | NO | NO |
| Little, Teresa | NO | NO | NO | NO | YES |
| Smith, Terry | NO | NO | NO | NO | YES |
| Soares, Jeff | NO | NO | NO | NO | NO |
| Sparks, Greg | NO | NO | NO | NO | NO |
| Sparks, Greg | NO | NO | NO | NO | NO |
| West, Cody Christopher | NO | NO | NO | NO | NO |

## Neighbor Listings for Subject's Address

628 DESTIN DRIVE FORT WORTH, TX 76131 TARRANT COUNTY

| Name | Street Address | Phone Number |
|---|---|---|
| WICKLER, JOANN A | 601 DESTIN DR | (817) 232-4927 |
| WICKLER, BARBARA A | 601 DESTIN DR | |
| TRIEU, JEANNY | 613 DESTIN DR | |
| FROST, CELINDA | 613 DESTIN DR | |
| TRIEU, JEANNY | 613 DESTIN DR | |
| REED, TYISHA | 613 DESTIN DR | (903) 675-6844 |
| WASHINGTON, GERALD E | 613 DESTIN DR | |
| TRIEU, MONTHA MEN | 613 DESTIN DR | |
| FROST, CHAD | 613 DESTIN DR | (817) 439-0568 |
| REED, RODNEY | 613 DESTIN DR | |
| WINN, CLAYTON | 613 DESTIN DR | |
| REED, RODNEY BERNARD | 613 DESTIN DR | |
| SOUVANNA, ARICK A | 613 DESTIN DR | |
| TRIEU, JULIE | 613 DESTIN DR | |
| RYAN, KELLY BURTON | 613 DESTIN DR | |
| KRAMER, AUDRA | 613 DESTIN DR | |
| SHERMAK, NATALIE J | 613 DESTIN DR | |
| DENNIS, MARILYN JOHNSON | 613 DESTIN DR | |
| BURROW, SHANE | 613 DESTIN DR | |
| DICKEY, ALICIA | 613 DESTIN DR | |

**KAPITUS EX. 13 - 193**

Kapitus_000193

| | | |
|---|---|---|
| WINN, MARIA | 613 DESTIN DR | |
| SHERMAK, SHAWN E | 613 DESTIN DR | |
| TAYLOR, MICHELLE | 613 DESTIN DR | |
| JORDAN, HAROLD | 624 DESTIN DR | |
| HELM, AMY JACQUELINE | 624 DESTIN DR | (817) 306-6164 |
| HELM, CHARLES K | 624 DESTIN DR | (817) 306-6164 |
| DAVIS, SHELLY MARIE | 629 DESTIN DR | |
| BROOKS, BRENT | 629 DESTIN DR | |
| STEVENS, DEANNA S | 629 DESTIN DR | (817) 232-4423 |
| MILLER, ALEX | 629 DESTIN DR | |
| DAVIS, DONNA L | 629 DESTIN DR | |
| DAVIS, SHELLEY | 629 DESTIN DR | |
| BROOKS, JENNIFER | 629 DESTIN DR | |
| STEVENS, JASON | 629 DESTIN DR | (817) 232-4423 |
| STEVENS, BRANDON | 629 DESTIN DR | |
| STEVENS, JASON L | 629 DESTIN DR | (817) 232-4423 |
| ALFORD, KRISTIN M | 600 DESTIN DR | |
| ALFORD, KRISTIN M | 600 DESTIN DR | |
| COCHRAN, DEE | 600 DESTIN DR | (817) 862-7999 |
| COCHRAN, DEE | 600 DESTIN DR | (817) 862-7999 |
| ADAMS, BRIDGETTE | 625 DESTIN DR | |
| MOON, BRIAN K | 625 DESTIN DR | (817) 244-8543 |
| BROWN, BRIDGETTE | 625 DESTIN DR | |
| STANFORD, SHELLY E | 625 DESTIN DR | (817) 847-7943 |
| HARN, SUSAN | 625 DESTIN DR | |
| BRUCE, SHARIE | 625 DESTIN DR | (817) 306-8239 |
| HARN, TREY LEE | 625 DESTIN DR | |
| BARNES, JASON LEE | 625 DESTIN DR | |
| JACKSON, MATTHEW PAUL | 625 DESTIN DR | |
| MOON, MICHELLE R | 625 DESTIN DR | |
| BEAM, TERRY | 625 DESTIN DR | |
| LIRA, CALVIN | 625 DESTIN DR | |
| REYNOLDS, JOSHUA L | 625 DESTIN DR | |
| BEAM, KERI | 625 DESTIN DR | |
| BROWN, TORREY K | 625 DESTIN DR | |
| BARNES, JASON | 625 DESTIN DR | |
| WESTMORELAND, ROYCE | 625 DESTIN DR | (817) 847-5125 |
| ADAMS, BRIDGETTE TERES | 625 DESTIN DR | 629-5936 |
| TUCKER, KENDALL | 608 DESTIN DR | |
| DIELEMAN, DEREK | 608 DESTIN DR | (940) 380-1447 |
| TUCKER, KENDALL | 608 DESTIN DR | |
| WRIGHT, LISA | 608 DESTIN DR | |
| NOFZIGER, CAREY L | 608 DESTIN DR | |
| DIELEMAN, DEREK | 608 DESTIN DR | |
| KAMTAM, RANJANI P | 608 DESTIN DR | |
| TUCKER, KENDALL | 608 DESTIN DR | |
| BIRMINGHAM, AMBER-NICOLE K | 612 DESTIN DRIVE | |
| WINN, MARIA | 613 DESTIN DR PAYS # RENT | |
| ALFORD, KRISTIN M | 600 DESTIN DR | (817) 232-8955 |

**KAPITUS EX. 13 - 194**

| | | |
|---|---|---|
| ALFORD, SCOTT | 600 DESTIN DR | (817) 232-9577 |
| BOYDSTON, CYNTHIA | 600 DESTIN DR | |
| BOYDSTON, CINDY C | 600 DESTIN DR | (817) 992-0606 |
| COCHRAN, MERLIE A | 600 DESTIN DR | (972) 527-2112 |
| BOYDSTON, MEIKEL D | 600 DESTIN DR | (817) 992-0606 |
| COCHRAN, DELORCE | 600 DESTIN DR | |
| ALFORD, KRISTIN | 600 DESTIN DR | |
| BOYDSTON, CINDY C | 600 DESTIN DR | |
| GOOCH, TRACY | 632 DESTIN DR | |
| BENTON, TERRENCE GARTH | 632 DESTIN DR | |
| BENTON, TRACY M | 632 DESTIN DR | (817) 306-9474 |
| BENTON, AMY | 632 DESTIN DR | (817) 306-9474 |
| GOOCH, STEVEN E | 632 DESTIN DR | (817) 306-9474 |
| SUPPLEE, MISTY | 548 DESTIN DR | (717) 762-5641 |
| SUPPLEE, RONALD E | 548 DESTIN DR | (717) 375-0055 |
| SUPPLEE, RONALD E JR. | 548 DESTIN DR | (817) 232-5081 |
| SUPPLEEJR, RONALD | 548 DESTIN DR | |
| SUPPLEE, MISTY | 548 DESTIN DR | |
| DEFILIO, ANDREW TYLER | 548 DESTIN DR | |
| TOWNER, CODY | 616 DESTIN DR | |
| TOWNER, KRISTINA | 616 DESTIN DR | |
| HOWARD, BRIDGETT | 620 DESTIN DR LIVES WITH FAMIL | |
| STRANGE, RANDY L | 621 DESTIN DR | (817) 306-5516 |
| MICHAEL, MCCOURTIE | 621 DESTIN DR | |
| STRANGE, CARLA S | 621 DESTIN DR | (972) 642-4432 |
| GRIMWOOD, BRIAN L | 621 DESTIN DR | |
| WHITECOTTON, JERRY A | 621 DESTIN DR | |
| PAUR, RANDEE L | 621 DESTIN DR | (817) 306-5516 |
| WHITECOTTON, GERALDINE A | 621 DESTIN DR | |
| GRIMWOOD, STEPHANIE | 621 DESTIN DR | |
| WICKLER, JOANN A | 601 DESTIN DR | (817) 232-4947 |
| WICKLER, DANNY G | 601 DESTIN DR | (817) 232-4927 |
| WICKLER, JO A | 601 DESTIN DR | (817) 232-4927 |
| STEWART, JANET L | 601 DESTIN DR | |
| POPE, OTHEL | 601 DESTIN DR | |
| POPE, BERTHA | 601 DESTIN DR | 834-6091 |
| POPE, O I | 601 DESTIN DR | |
| BEESON, LOREEN J | 612 DESTIN DR | |
| BEESON, LOREEN J | 612 DESTIN DR | |
| STOKES, KATHERYN JANNETTA | 612 DESTIN DR | |
| STOKES, KATHERINE RENEE | 612 DESTIN DR | |
| STOKES, JACK E | 612 DESTIN DR | |
| BIRMINGHAM, JOHN | 612 DESTIN DR | 646-5178 |
| STOKES, MACK B | 612 DESTIN DR | 220-8082 |
| BIRMINGHAM, AMBER | 612 DESTIN DR | (972) 641-9999 |
| WALKER, KATHERINE R | 612 DESTIN DR | |
| GLASER, KIMBERLY ANN | 612 DESTIN DR | |
| JOHNSON, CHERYL | 616 DESTIN DR | |
| JOHNSON, RITA DARLENE | 616 DESTIN DR | |

| | | |
|---|---|---|
| PAYNE, ALICIA DAWN | 616 DESTIN DR | |
| TOWNER, CODY H | 616 DESTIN DR | |
| MODGLING, SHAWNEE | 616 DESTIN DR | |
| MOORE, KRISTINA M | 616 DESTIN DR | |
| PITTS, STEVEN | 616 DESTIN DR | (817) 306-6242 |
| PAYNE, AMANDA | 616 DESTIN DR | |
| HALCOMB, RANDALL L | 616 DESTIN DR | |
| JONES, CRYSTAL | 604 DESTIN DR | |
| BANGURA, OSMUNDA M | 604 DESTIN DR | (817) 306-0097 |
| SAMPSON, FRANKLIN G | 604 DESTIN DR | (918) 250-5551 |
| JONES, SEDRICK | 604 DESTIN DR | (817) 492-8240 |
| GRIM, GEORGE G | 604 DESTIN DR | |
| GALLOWAY, JOSEPH D | 604 DESTIN DR | |
| BANGURA, OSMONDA | 604 DESTIN DR | |
| HILL, HORRY L | MR 632 DESTIN DR | |
| POOR, SEAN A | 617 DESTIN DR | (817) 377-1888 |
| POOR, EATHEN | 617 DESTIN DR | |
| MCCLURKAN, RYAN | 617 DESTIN DR | |
| CLOUD, BRYANT J | 609 DESTIN DR | |
| SPEARS, GEORGE E | 620 DESTIN DR | |
| LEVINER, RACHAEL L | 620 DESTIN DR | (972) 303-3895 |
| OLSON, HEATHER A | 620 DESTIN DR | |
| SPEARS, JULIE | 620 DESTIN DR | |
| WILLIAMS, DALE R | 620 DESTIN DR | (817) 232-9241 |
| SPEARS, JULIANNE | 620 DESTIN DR | |
| WILLIAMS, DEBORAH L | 620 DESTIN DR | (817) 232-9241 |
| WILLIAMS, STACIE D | 620 DESTIN DR | |
| SPEARS, RAYMOND | 620 DESTIN DR | |
| WILLIAMS, KARENA A | 620 DESTIN DR | |
| SPEARS, CLARA W | 620 DESTIN DR | |
| MARRERO, ANDREANA | 620 DESTIN DR | |
| SPEARS, DORIS | 620 DESTIN DR | |
| POOR, BREANNA | 617 DESTIN DR | |
| CAPP, CHRISTINA L | 617 DESTIN DR | |
| POOR, SEAN A | 617 DESTIN DR | |
| MCCLURKAN, PHILLIP A | 617 DESTIN DR | 823-5876 |
| MCCLURKAN, CHRISTINA L | 617 DESTIN DR | 223-4442 |
| WOLF, NICHOLAS DONALD | 617 DESTIN DR | |
| POOR, MICHAEL L | 617 DESTIN DR | |
| WOLF, NICHOLAS DONALD | 617 DESTIN DR | |
| POOR, DEBORH | 617 DESTIN DR | |
| REEVES, KATHERINE W | 544 DESTIN DR | |
| LOONEY, FREDDIE ANN | 544 DESTIN DR | 588-3365 |
| WRIGHT, GWENDOLYN S | 544 DESTIN DR | 568-8527 |
| WRIGHT, CLYDE | 544 DESTIN DR | 568-8527 |
| REEVES, KATIE | 544 DESTIN DR | |
| REEVES, KIM | 544 DESTIN DR | |
| ABNEY, JOHN | 544 DESTIN DR | |
| GUY, CASSANDRA | 544 DESTIN DR | |

**KAPITUS EX. 13 - 196**

| Name | Street Address | Phone Number |
|------|----------------|--------------|
| GUY, DEREK | 544 DESTIN DR | |
| REEVES, GEORGANN S | 544 DESTIN DR | |
| WRIGHT, CASSANDRA | 544 DESTIN DR | 568-8527 |
| SMITH, GWENDOLYN DOLORES | 544 DESTIN DR | |
| GUY, CASSANDRA LYNN | 544 DESTIN DR | |
| DELLEMAN, CAREY | 608 DESTIN DR | |
| GAUDIN, ROBERT | 609 DESTIN DR | |
| CATES, LYNN | 609 DESTIN DR | 945-0265 |
| BALL, SHARON | 609 DESTIN DR | (325) 676-0044 |
| ALLMON, JASON | 609 DESTIN DR | |
| SANDERS, BRIAN E | 609 DESTIN DR | (817) 847-0879 |
| BALL, KEVIN M | 609 DESTIN DR | |
| SAPAUGH, CAITLIN | 609 DESTIN DR | |
| CALVERT, DEBRA | 609 DESTIN DR | |
| BALL, SARAH | 609 DESTIN DR | |
| CLOUD, BRYANT | 609 DESTIN DR | |
| BALL, KEVIN M | 609 DESTIN DR | |
| SANDERS, ANGELA R | 609 DESTIN DR | |
| PEET, AMANDA K | 609 DESTIN DR | 623-9242 |
| ALLMON, JACLYN | 609 DESTIN DR | |
| CATES, MICHAEL RAY | 609 DESTIN DR | |
| PATTON, ROBERT | 609 DESTIN DR | |
| PERKINS, ANITA L | 604 DESTIN DR | |

1045 GREEN RIDGE TER SAGINAW, TX 76179 TARRANT COUNTY

| Name | Street Address | Phone Number |
|------|----------------|--------------|
| RENFRO, CODY D | 1069 GREEN RIDGE TER | |
| GRAMMER, CHRISTINE L | 1040 GREEN RIDGE TER | |
| JONES, JEREMIAH | 1053 GREEN RIDGE TER | |
| HULME, WILLIAM K | 831 WHITE ROCK ST | |
| FINLEY, JUSTIN | 831 WHITE ROCK ST | |
| HOWARD, GINA | 831 WHITE ROCK ST | |
| TAYLOR, KEVIN J | 1032 GREEN RIDGE TERRA CE | (817) 232-0056 |
| MORALES, DEANA | 822 WHITE ROCK ST | |
| ADAMS, RONALD L II. | 1041 GREEN RIDGE TER | |
| TAYLOR, STEPHANIE D | 1041 GREEN RIDGE TER | |
| VALENTINE, KHARY | 826 WHITE ROCK ST | |
| GALINDO, GUADALUPE | 1037 GREEN RIDGE TER | |
| PARAMO, IDALID | 1037 GREEN RIDGE TER | |
| RODRIGUEZ, GLENN R SR. | 1049 GREEN RIDGE TER | |
| RODRIGUEZ, GLENN R | 1049 GREEN RIDGE TER | 294-7018 |
| DHAKAL, DEVENDRA | 830 WHITE ROCK ST | |
| HARPER, BOBBIE | 1065 GREEN RIDGE TE | (682) 286-0695 |
| ROBERTS, TERRY E | 1045 GREEN RIDGE TER | |
| BRIDGES, PAUL L | 1045 GREEN RIDGE TER | (817) 744-7126 |
| BRIDGES, SHELLY J | 1045 GREEN RIDGE TER | (817) 744-7126 |
| BRIDGES, PAUL | 1045 GREEN RIDGE TER | (817) 744-7126 |

**KAPITUS EX. 13 - 197**

| Name | Street Address | Phone Number |
|------|---------------|--------------|
| CAMPBELL, DAVID W | 1045 GREEN RIDGE TER | |
| BRIDGES, DWAYNE P | 1045 GREEN RIDGE TER | (817) 744-7126 |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | (817) 945-1363 |
| GUEVARA, OLIVIA ISABEL | 1048 GREEN RIDGE TER | (817) 945-1363 |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | (817) 945-1363 |
| REA, PATRICIA G | 1044 GREEN RIDGE TER | |
| HERNANDEZ, ALICIA G | 1044 GREEN RIDGE TER | |
| MYERS, JAMES | 1052 GREEN RIDGE TE | 847-0041 |
| MYERS, JOY G | 1052 GREEN RIDGE TE | (817) 306-6143 |
| CAMPBELL, DAVID W | 1045 GREEN RIDGE TE | (817) 238-8280 |
| STIERWALT, ELIZABETH G | 1036 GREEN RIDGE TE | |
| STIERWALT, LISA | 1036 GREEN RIDGE TE | (817) 847-8918 |
| STIERWALT, DAVID MARSHALL | 1036 GREEN RIDGE TE | |
| STIERWALT, DAVID | 1036 GREEN RIDGE TE | (817) 847-8918 |
| STIERWALT, KRISTOPHER | 1036 GREEN RIDGE TE | |
| STIERWALT, DAVID MARSHALL | 1036 GREEN RIDGE TE | (817) 847-8918 |
| FORTUNE, JODY E | 839 WHITE ROCK ST | |
| WEBB, SHAYLA | 823 WHITE ROCK ST | |
| GALINDO, GUADALUPE | 1037 GREEN RIDGE TER | |
| GADDY, STACY | 1040 GREEN RIDGE TER | |
| JONES, DEANNA M | 1053 GREEN RIDGE TER | |
| GRACE, AMANDA | 1057 GREEN RIDGE TER | |
| HIGHFILL, AMANDA | 1057 GREEN RIDGE TER | |
| HIGHFILL, MELANIE M | 1057 GREEN RIDGE TER | (817) 847-0313 |
| HIGHFILL, PHILLIP G | 1057 GREEN RIDGE TER | |
| HIGHFILL, JOEY | 1057 GREEN RIDGE TER | |
| SOLIS, CYNTHIA | 1033 GREEN RIDGE TE | (817) 232-1944 |
| MARTINEZ, GILBERTO | 1033 GREEN RIDGE TE | (817) 847-6781 |
| SOLIS, CYNTHIA S | 1033 GREEN RIDGE TE | |
| HULME, KAYLA | 834 WHITE ROCK ST | |
| EDWARDS, ANGIE M | 834 WHITE ROCK ST | |
| BRENNAN, MARY S | 834 WHITE ROCK ST | |
| EAGER, ANNA | 835 WHITE ROCK ST | (682) 224-3191 |
| TAYLOR, KEVIN J | 1032 GREEN RIDGE TER | 232-8918 |
| TAYLOR, CAROLYN D | 1032 GREEN RIDGE TER | |
| TAYLOR, SUE | 1032 GREEN RIDGE TER | |
| TAYLOR, SUE | 1032 GREEN RIDGE TER | (817) 232-0056 |
| ADAMS, RONALD L II. | 1041 GREEN RIDGE TER | |
| MYERS, JAMES | 1052 GREEN RIDGE TER | (817) 306-6143 |
| MYERS, JENNIFER E | 1052 GREEN RIDGE TER | (817) 306-6143 |

1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY

| Name | Street Address | Phone Number |
|------|---------------|--------------|
| HAYS, JEREMY S | 1128 BLUE MOUND RD W STE 100 | |
| GILLETTE, SCOTT R | 1150 BLUE MOUND RD W STE 707 | |
| CANAL, JOSHUA P | 1150 BLUE MOUND RD W STE 603 | |

**KAPITUS EX. 13 - 198**

| | | |
|---|---|---|
| CANAL, KATRINA M | 1150 BLUE MOUND RD W STE 603 | |
| CANAL, KATIE | 1150 BLUE MOUND RD W STE 603 | |
| DARLING, CHASSIDY MARIE | | |
| DARLING, CHASSIDY MARIE | 1150 BLUE MOUND RD W STE 103 | |
| CURTISS, TREVOR A | 1150 BLUE MOUND RD W STE 501 | (817) 439-3852 |
| SMITH, TERRY L | 1150 BLUE MOUND RD W STE 803 | |
| GRIFFITH, CARLITA C | 1150 BLUE MOUND RD W STE 301 | |
| GOODFELLOW, PEGGY | 1130 BLUE MOUND RD W STE 306 | |
| COBB, GREGORY C | 1130 BLUE MOUND RD W STE 206 | |
| FOWLER, WILLIAM | 1130 BLUE MOUND RD W STE 100 | |
| FOWLER, WILLIAM | 1130 BLUE MOUND RD W STE 100 | |
| BRIDGES, DWAYNE P | 1150 BLUE MOUND RD W | |
| WADDELL, MARK S JR. | 1150 BLUE MOUND RD W | |

Report section(s) with no matches

Death Records, Work Affiliations, Other SSNs Associated with Subject, Other Records/Names Associated with Subject's SSN, Canadian White Pages, Email Addresses, Marriage Records, Divorce Records, Military Records, Political Donors, Licensed Drivers at Subject's Addresses, Global Sanctions, OFAC Infractions, Criminal Records, Warrants, and Traffic Citations, Arrest Records, Executive Affiliations, D&B Market Identifier Records, Significant Shareholders, Liens & Judgments, Bankruptcy Records, Lawsuit Records, Docket Records, Corporate Filings, Waterfront Residency, Real Property Pre-Foreclosure Records, Vehicle Registered at Subject's Addresses, FAA Aircraft Registrations, Unclaimed Assets

**KAPITUS EX. 13 - 199**

**Kapitus_000199**

Table of Contents

Report Section Summary                                           2
User Search Terms                                               2
Subject                                                         2
Possible Addresses Associated with Subject                     2
Phone Numbers Associated with Subject                          6
Quick Analysis Flags                                           6
Phone Listings for Subject's Addresses                         7
Businesses Registered at Subject's Addresses                   7
Property Owners of Subject's Addresses                         32
Real-Time Vehicles                                             36
Relatives                                                      47
Associates                                                     67
Associate Analytics Chart                                      83
Neighbor Listings for Subject's Address                        85
Report section(s) with no matches                              91

**KAPITUS EX. 13 - 200**

**Kapitus_000200**

## Report Section Summary

User Search Terms (1)

Subject (1)

Possible Addresses Associated with Subject (28)

Phone Numbers Associated with Subject (1)

Quick Analysis Flags (1)

Phone Listings for Subject's Addresses (4)

Businesses Registered at Subject's Addresses (29)

Property Owners of Subject's Addresses (4)

Real-Time Vehicles (16)

Relatives (23)

Associates (27)

Associate Analytics Chart (1)

Neighbor Listings for Subject's Address (3)

## User Search Terms

**SSN:**                    ███XXXX

## Subject

**BRIDGES, DWAYNE**

| | |
|---|---|
| **SSN:** ███XXXX - issued in LA between 1979-1980 | **AKAs:** |
| | 1) BRIDGES, DWAYNE PAUL (DOB: ███1972) |
| **Gender:** MALE | 2) BRIDGES, DWAYNE P (███XXXX; DOB: ███1972) |
| | 3) BRIDGES, DWAYNE P |
| | 4) BRIDGES, DWYANE |
| | 5) BRIDGES, DWAYNE NULL |
| | 6) BRIDGE, DWAYNE P |
| | 7) BRIDGES, DEWAYNE |
| | 8) BRIDGS, DWAYNE |

**DOB:** ███1972

**Spouse Name:** DANA

**Drivers License?**   NO

**Marriage(s)?**   NO          **Divorce(s)?**   NO

**Professional License(s)?**   NO          **Recreational License(s)?**   NO

**Work Affiliation(s)?**   NO

## Possible Addresses Associated with Subject

| Address | Source(s) | Reported Date(s) |
|---------|-----------|------------------|
| 1) 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | Vehicle<br>Experian<br>Utility Listing<br>Phone Record<br>Driver's Licenses<br>TransUnion<br>Voters<br>Tax Roll<br>Deed | 04/04/2016 - 04/04/2016<br>07/03/2010 - 11/03/2015<br>10/28/2013 - 09/20/2015<br>05/15/2015 - 05/15/2015<br>06/28/2010 - 06/28/2010<br>03/01/2010 - 03/01/2010<br>Not Available<br>Not Available<br>Not Available |



| | | | |
|---|---|---|---|
| 2) | 1150 BLUE MOUND RD W<br>HASLET, TX 76052-3859<br>TARRANT COUNTY | Experian | 01/23/2014 - 10/22/2015 |
| 3) | 1045 GREEN RIDGE TER<br>SAGINAW, TX 76179-3405<br>TARRANT COUNTY | Household Listing<br>Deed | 01/01/2014 - 06/30/2014<br>Not Available |
| 4) | 11238 BLUE JAY LN<br>DENHAM SPRINGS, LA<br>70726-1677<br>LIVINGSTON COUNTY | Experian | 02/05/2009 - 01/06/2010 |
| 5) | 8290 HICKORY ST<br>FRISCO, TX 75034-5501<br>COLLIN COUNTY | Experian | 11/18/2009 - 11/18/2009 |
| 6) | 1065 ADAMS DR<br>DENHAM SPRINGS, LA | Experian | 01/07/2009 - 01/07/2009 |

**KAPITUS EX. 13 - 202**

70726
LIVINGSTON COUNTY

| | | | |
|---|---|---|---|
| 7) | 17210 OLIVE DR<br>LIVINGSTON, LA<br>70754-2155<br>LIVINGSTON COUNTY | Experian<br>Phone Record | 05/23/2007 - 04/03/2008<br>02/01/2008 - 02/01/2008 |
| 8) | 17080 LISA DR<br>LIVINGSTON, LA<br>70754-2124<br>LIVINGSTON COUNTY | Experian | 01/03/2007 - 05/08/2007 |
| 9) | 17650 MELANCON RD<br>LIVINGSTON, LA<br>70754-3001<br>LIVINGSTON COUNTY | Experian | 01/07/2005 - 03/22/2007 |
| 10) | 30260 EDEN CHURCH RD<br>DENHAM SPRINGS, LA<br>70726-7761<br>LIVINGSTON COUNTY | Experian | 09/11/2004 - 02/28/2007 |
| 11) | 10065 ADAM DR<br>DENHAM SPRINGS, LA<br>70726-7722<br>LIVINGSTON COUNTY | Experian | 10/05/2006 - 10/05/2006 |
| 12) | 18273 TABONY LN<br>LIVINGSTON, LA<br>70754-3227<br>LIVINGSTON COUNTY | Experian | 03/31/2006 - 08/07/2006 |
| 13) | 16352 OLD HAMMOND<br>HWY TRLR 63<br>BATON ROUGE, LA<br>70816-1718<br>EAST BATON ROUGE<br>COUNTY | Experian | 04/24/1999 - 03/26/2005 |
| 14) | 31531 LINDER RD LOT<br>101<br>DENHAM SPRINGS, LA<br>70726-8504<br>LIVINGSTON COUNTY | Experian | 11/11/2003 - 06/16/2004 |
| 15) | 28381 LA HIGHWAY 16<br>DENHAM SPRINGS, LA | Experian | 01/28/2004 - 01/28/2004 |

**KAPITUS EX. 13 - 203**

Kapitus_000203

70726-7836
LIVINGSTON COUNTY

| | | | |
|---|---|---|---|
| 16) | 12525 COURSEY BLVD APT 1017 BATON ROUGE, LA 70816-4503 EAST BATON ROUGE COUNTY | Experian | 02/18/2002 - 02/18/2002 |
| 17) | 9921 GREAT SMOKEY AVE BATON ROUGE, LA 70814-4326 EAST BATON ROUGE COUNTY | Experian | 01/29/2002 - 01/29/2002 |
| 18) | 3543 YORKFIELD DR APT A BATON ROUGE, LA 70816-3275 EAST BATON ROUGE COUNTY | Experian | 11/07/2000 - 11/07/2000 |
| 19) | 4131 BLOUNT RD BATON ROUGE, LA 70807-2320 EAST BATON ROUGE COUNTY | Experian Historic Credit Bureau | 02/02/1995 - 11/05/1998 01/01/1994 - 12/31/1994 |
| 20) | 254 DILLON DR # B DYERSBURG, TN 38024-8674 DYER COUNTY | Experian | 10/06/1998 - 10/06/1998 |
| 21) | 200 CATHERINE ST STARKVILLE, MS 39759-2306 OKTIBBEHA COUNTY | Experian | 06/03/1998 - 06/03/1998 |
| 22) | 39479 HIGHWAY 42 PRAIRIEVILLE, LA 70769-4612 ASCENSION COUNTY | Experian | 08/20/1997 - 10/16/1997 |
| 23) | 9477 SMITH LN TRLR 80 BATON ROUGE, LA 70818 | Experian | 01/28/1997 - 01/28/1997 |

KAPITUS EX. 13 - 204

Kapitus_000204

EAST BATON ROUGE
COUNTY

| | | | |
|---|---|---|---|
| 24) | 916 LOUISVILLE ST #<br>TR159<br>STARKVILLE, MS<br>39759-3857<br>OKTIBBEHA COUNTY | Experian | 03/18/1994 - 01/14/1996 |
| 25) | 1000 LOUISVILLE ST<br>STARKVILLE, MS<br>39759-3937<br>OKTIBBEHA COUNTY | Historic Credit Bureau | 01/01/1994 - 12/31/1994 |
| 26) | RR1 BOX 824<br>ACKERMAN, MS 39735<br>CHOCTAW COUNTY | Experian<br>Historic Credit Bureau | 09/21/1994 - 09/21/1994<br>Not Available |
| 27) | 200 HWY 82 E UNIV HILLS<br>STARKVILLE, MS 39759<br>OKTIBBEHA COUNTY | Historic Credit Bureau | 01/01/1993 - 12/31/1993 |
| 28) | 200 HIGH WAY 82 E<br>STARKVILLE, MS 39759<br>OKTIBBEHA COUNTY | Experian | 03/06/1993 - 12/19/1993 |

## Phone Numbers Associated with Subject

| Phone Number | Source |
|---|---|
| (225) 686-0684 | Phone Record |
| (225) 686-3363 | Phone Record |
| (682) 224-5457 | Phone Record, Experian, TransUnion |

## Quick Analysis Flags

POSSIBLE QUICK ANALYSIS FLAGS

| | |
|---|---|
| Associate with OFAC, Global Sanction or PEP listing | No |
| OFAC listing | No |
| Global Sanctions | No |
| Residential Address Used as a Business Address | YES |
| Prison Address on Record | No |
| P.O. Box listed as Address | No |
| Bankruptcy | No |
| Associate or Relative With a Residential Address Used as a Business Address | YES |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative with P.O. Box listed as Address | YES |
| Criminal Record | No |

KAPITUS EX. 13 - 205

Kapitus_000205

| | |
|---|---|
| Multiple SSNs | No |
| SSN Matches multiple individuals | YES |
| Recorded as Deceased | No |
| Age Younger than SSN Issue Date | No |
| Address 1ST Reported <90 Days | No |
| SSN Format is Invalid | No |
| Healthcare Sanction | No |
| Telephone Number Inconsistent with Address | No |
| Arrest Record | No |

## Phone Listings for Subject's Addresses

**17210 OLIVE DR LIVINGSTON, LA 70754**
LIVINGSTON COUNTY

| Phone # | Name |
|---|---|
| (225) 755-2003 | BRIDGES, DANA |
| (225) 291-0134 | BRIDGES, DANA |

**1150 BLUE MOUND RD W HASLET, TX 76052**
TARRANT COUNTY

| Phone # | Name |
|---|---|
| (817) 439-3599 | BRIDGES, DEWAYNE |

**628 DESTIN DR FORT WORTH, TX 76131**
TARRANT COUNTY

| Phone # | Name |
|---|---|
| (682) 224-5457 | BRIDGES, ASHLYN FAITH |
| (682) 224-5457 | BRIDGES, DWAYNE |

**18273 TABONY LN LIVINGSTON, LA 70754**
LIVINGSTON COUNTY

| Phone # | Name |
|---|---|
| (225) 698-3737 | BRIDGES, DANA |
| (225) 686-9338 | BRIDGES, NICOLE |
| (225) 698-3737 | BRIDGES, NICOLE |
| (225) 686-9338 | BRIDGES, NICOLE |

## Businesses Registered at Subject's Addresses

**HASLET, TX 76052**

**1150 BLUE MOUND RD W S, HASLET, TX 76052**
**TARRANT COUNTY**

| Business Name: | | Related Name(s): | |
|---|---|---|---|
| | HOLLEMAN ENTERPRISES, LLC | | KONA-ICE NORTHWEST DFW |

**KAPITUS EX. 13 - 206**

**Kapitus_000206**

| | | | |
|---|---|---|---|
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2013 | | |
| Business Address: | 1150 BLUE MOUND RD W S | Phone: | (817) 939-9805 |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | PAIGE HOLLEMAN | Executive Title: | MEMBER |
| Executive Name: | STEVE HOLLEMAN | Executive Title: | MANAGING MEMBER |
| Line of Business: | EATING PLACE | Industry Group: | RETAIL TRADE |
| Primary SIC: | 5812 | SIC Description: | EATING PLACES |
| Primary SIC: | 5812 0203 | SIC Description: | ICE CREAM STANDS OR DAIRY BARS |
| Annual Sales: | $85,000-ACTUAL | Annual Sales Revision Date: | 06/06/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 2 | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | OWNED |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 07-876-7005 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 05/08/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | RESULTS FITNESS | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2010 | | |
| Business Address: | 1150 BLUE MOUND RD W | Phone: | (817) 439-2348 |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | A TERI | Executive Title: | PRINCIPAL |
| Line of Business: | PHYSICAL FITNESS FACILITY | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7991 | SIC Description: | PHYSICAL FITNESS |

| | | | |
|---|---|---|---|
| | | **SIC Description:** | FACILITIES PHYSICAL FITNESS FACILITIES, NSK |
| **Primary SIC:** | 7991 0000 | | |
| **Annual Sales:** | $150,000-ESTIMATED | **Annual Sales Revision Date:** | 06/06/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 3 | **Employees Here:** | 3-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 05-258-7517 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 05/08/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | SANDERSON ELECTRIC, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2010 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 332-5552 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | MIKE SANDERSON | **Executive Title:** | OWNER |
| **Line of Business:** | ELECTRICAL CONTRACTOR | **Industry Group:** | CONSTRUCTION |
| **Primary SIC:** | 1731 | **SIC Description:** | ELECTRICAL WORK, NSK |
| **Primary SIC:** | 1731 0000 | **SIC Description:** | ELECTRICAL WORK, NSK |
| **Annual Sales:** | $498,388-ESTIMATED | **Annual Sales Revision Date:** | 12/10/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 8 | **Employees Here:** | 8-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |

**KAPITUS EX. 13 - 208**

Kapitus_000208

| | | | |
|---|---|---|---|
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 05-336-6226 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 05/01/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | CHRISTIAN CABLE GROUP, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2001 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 439-5107 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CARLITA GRIFFITH | **Executive Title:** | PRESIDENT |
| **Executive Name:** | GENE GRIFFITH | **Executive Title:** | PROJECT MANAGER |
| **Executive Name:** | JEFF DICKENS | **Executive Title:** | PROJECT MANAGER |
| **Line of Business:** | ELECTRICAL CONTRACTOR | **Industry Group:** | CONSTRUCTION |
| **Primary SIC:** | 1731 | **SIC Description:** | ELECTRICAL WORK, NSK |
| **Primary SIC:** | 1731 0301 | **SIC Description:** | CABLE TELEVISION INSTALLATION |
| **Annual Sales:** | $1,200,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 12 | **Employees Here:** | 12-ACTUAL |
| **1-Yr-Ago:** | 12 | **Employment Growth:** | 20% |
| **3-Yr-Ago:** | 10 | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | 1600 | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION | **Establishment Is:** | US OWNED |

**KAPITUS EX. 13 - 209**

Kapitus_000209

SMALL BUSINESS

**DUNS:** 10-093-7866

**Parent Company Name:**

**Ultimate Company Name:**

**Headquarters Company Name:**

**Last Update to Record:** 05/01/2016

**Parent Company DUNS Number:**

**Ultimate Company DUNS Number:**

**Headquarters Company DUNS Number:**

---

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

**Business Name:** G M XPRESS

**Date of Incorporation:**

**Year Started:** 2010

**Business Address:** 1150 BLUE MOUND RD W
HASLET, TX 76052

**County:** TARRANT COUNTY

**Executive Name:** RAMIRO GUERRA

**Line of Business:** PROFESSIONAL ORGANIZATION

**Primary SIC:** 8621

**Primary SIC:** 8621 0000

**Related Name(s):**

**State of Incorporation:**

**Phone:** (817) 847-7181

**Executive Title:** PRINCIPAL

**Industry Group:** SERVICES - PROFESSIONAL

**SIC Description:** PROFESSIONAL ORGANIZATIONS

**SIC Description:** PROFESSIONAL ORGANIZATIONS, NSK

**Annual Sales:** $76,545-ESTIMATED

**1-Yr-Ago:** $ NOT AVAILABLE

**3-Yr-Ago:** $ NOT AVAILABLE

**Sales Growth:** %

**Number of Accounts:**

**Employees Total:** 2

**1-Yr-Ago:** NOT AVAILABLE

**3-Yr-Ago:** NOT AVAILABLE

**MSA Code:** 2800

**Annual Sales Revision Date:** 01/05/2016

**Sales Territory:**

**Net Worth:**

**Employees Here:** 2-ACTUAL

**Employment Growth:** %

**MSA Name:** FORT WORTH-ARLINGTON, TX

**Square Footage:**

**Bank Name:**

**Accounting Firm:**

**Business Is A:** SINGLE LOCATION

**DUNS:** 05-436-6655

**Parent Company Name:**

**Ultimate Company Name:**

**Headquarters Company Name:**

**Last Update to Record:** 05/01/2016

**Occupancy Type:**

**Bank DUNS Number:**

**Establishment Is:** US OWNED

**Parent Company DUNS Number:**

**Ultimate Company DUNS Number:**

**Headquarters Company DUNS Number:**

**KAPITUS EX. 13 - 210**

Kapitus_000210

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | SIMPLE METRIC PRODUCTS, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2011 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 701-6689 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | DANIEL J STEWART | **Executive Title:** | EXECUTIVE DIRECTOR |
| **Line of Business:** | GENERAL AUTO REPAIR | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7538 | **SIC Description:** | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| **Primary SIC:** | 7538 0000 | **SIC Description:** | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| **Annual Sales:** | $123,175-ESTIMATED | **Annual Sales Revision Date:** | 04/28/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 3 | **Employees Here:** | 3-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 02-297-2873 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 04/27/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | P. B. INDUSTRIES, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | 10/01/1996 | **State of Incorporation:** | TX |
| **Year Started:** | | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 439-2272 |

Kapitus_000211

HASLET, TX 76052

| | | | |
|---|---|---|---|
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CHANTAL GALLOWAY | **Executive Title:** | TERMINAL MANAGER |
| **Line of Business:** | LOCAL TRUCKING-WITH STORAGE | **Industry Group:** | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |
| **Primary SIC:** | 4214 | **SIC Description:** | LOCAL TRUCKING WITH STORAGE, NSK |
| **Primary SIC:** | 4214 0000 | **SIC Description:** | LOCAL TRUCKING WITH STORAGE, NSK |
| **Annual Sales:** | | **Annual Sales Revision Date:** | |
| **1-Yr-Ago:** | | | |
| **3-Yr-Ago:** | | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | | **Employees Here:** | 5-ACTUAL |
| **1-Yr-Ago:** | | **Employment Growth:** | % |
| **3-Yr-Ago:** | | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | BRANCH LOCATION | **Establishment Is:** | US OWNED |
| **DUNS:** | 78-345-9329 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | P. B. INDUSTRIES INC. | **Ultimate Company DUNS Number:** | 16-104-7238 |
| **Headquarters Company Name:** | P. B. INDUSTRIES INC. | **Headquarters Company DUNS Number:** | 16-104-7238 |
| **Last Update to Record:** | 04/17/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | LICENSE TO CHILL HEATING AND AIR INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 439-3599 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | DWAYNE BRIDGES | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | PLUMBING/HEATING/AIR COND CONTRACTOR | **Industry Group:** | CONSTRUCTION |
| **Primary SIC:** | 1711 | **SIC Description:** | PLUMBING, HEATING, AIR-CONDITIONING, NSK |
| **Primary SIC:** | 1711 0103 | **SIC Description:** | HEATING SYSTEMS |

**KAPITUS EX. 13 - 212**

Kapitus_000212

REPAIR AND
MAINTENANCE

| | | | |
|---|---|---|---|
| **Annual Sales:** | $1,100,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 15 | **Employees Here:** | 15-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 03-959-0332 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 04/17/2016 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | TBC PARTS AND EQUIPMENT SERVICES | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2010 | | |
| **Business Address:** | 1150 BLUE MOUND RD W <br> HASLET, TX 76052 | **Phone:** | (817) 395-2082 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | FRANKIE BERNARD | **Executive Title:** | OWNER |
| **Line of Business:** | PARTS AND EQUIPMENT SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7359 | **SIC Description:** | EQUIPMENT RENTAL AND LEASING, NEC |
| **Primary SIC:** | 7359 0000 | **SIC Description:** | EQUIPMENT RENTAL AND LEASING, NEC, NSK |
| **Annual Sales:** | $110,000-ESTIMATED | **Annual Sales Revision Date:** | 09/16/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ACTUAL |

**KAPITUS EX. 13 - 213**

**Kapitus_000213**

| | | | |
|---|---|---|---|
| 1-Yr-Ago: | 2 | Employment Growth: | % |
| 3-Yr-Ago: | 2 | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 01-814-4635 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 04/17/2016 | | |

## 1150 BLUE MOUND RD W, HASLET, TX 76052
## TARRANT COUNTY

| | | | |
|---|---|---|---|
| Business Name: | RENEE RIDLEY | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2008 | | |
| Business Address: | 1150 BLUE MOUND RD W | Phone: | (817) 366-6534 |
| | HASLET, TX 76052 | | |
| County: | TARRANT COUNTY | | |
| Executive Name: | RENEE RIDLEY | Executive Title: | PRINCIPAL |
| Line of Business: | BUSINESS SERVICES AT NON-COMMERCIAL SITE | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 9999 | SIC Description: | BUSINESS SERVICES AT NON-COMMERCIAL SITE |
| Annual Sales: | $74,093-ESTIMATED | Annual Sales Revision Date: | 04/14/2016 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 2 | Employees Here: | 2-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |

**KAPITUS EX. 13 - 214**

**Kapitus_000214**

DUNS: 02-045-6069

Parent Company Name:

Ultimate Company Name:

Headquarters Company Name:

Last Update to Record: 04/13/2016

Parent Company DUNS Number:

Ultimate Company DUNS Number:

Headquarters Company DUNS Number:

### 1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY

| | | | |
|---|---|---|---|
| Business Name: | NEW LINE PLUMBING SERVICES LLC | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2008 | | |
| Business Address: | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | Phone: | (817) 439-5637 |
| County: | TARRANT COUNTY | | |
| Executive Name: | DAVID P WORTHY | Executive Title: | PRINCIPAL |
| Line of Business: | PLUMBING/HEATING/AIR COND CONTRACTOR | Industry Group: | CONSTRUCTION |
| Primary SIC: | 1711 | SIC Description: | PLUMBING, HEATING, AIR-CONDITIONING, NSK |
| Primary SIC: | 1711 0200 | SIC Description: | PLUMBING CONTRACTOR |
| Annual Sales: | $110,000-ESTIMATED | Annual Sales Revision Date: | 07/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 1 | Employees Here: | 1-ACTUAL |
| 1-Yr-Ago: | 1 | Employment Growth: | % |
| 3-Yr-Ago: | 1 | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 01-446-1884 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 04/10/2016 | | |

**KAPITUS EX. 13 - 215**

Kapitus_000215

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | PREOWNED CARS OF HASLETT | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | DAVID MAGARIN | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | RET NEW/USED AUTOMOBILES | **Industry Group:** | RETAIL TRADE |
| **Primary SIC:** | 5511 | **SIC Description:** | NEW AND USED CAR DEALERS, NSK |
| **Primary SIC:** | 5511 0000 | **SIC Description:** | NEW AND USED CAR DEALERS, NSK |
| **Annual Sales:** | $170,008-ESTIMATED | **Annual Sales Revision Date:** | 09/11/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 3 | **Employees Here:** | 3-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION | **Establishment Is:** | US OWNED |
| **DUNS:** | 06-780-4697 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 04/10/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | THE MANLEY DESIGN TEAM LLC | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | |

**KAPITUS EX. 13 - 216**

Kapitus_000216

HASLET, TX 76052

| | | | |
|---|---|---|---|
| County: | TARRANT COUNTY | | |
| Executive Name: | JENNIFER MANLEY | Executive Title: | PRINCIPAL |
| Line of Business: | BUSINESS SERVICES | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 1800 | SIC Description: | DESIGN SERVICES |
| Annual Sales: | $51,000-ESTIMATED | Annual Sales Revision Date: | 09/16/2015 |
| 1-Yr-Ago: | $ NOT AVAILABLE | | |
| 3-Yr-Ago: | $ NOT AVAILABLE | | |
| Sales Growth: | % | Sales Territory: | LOCAL |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | 1 | Employees Here: | 1-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| DUNS: | 07-179-8138 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | | Ultimate Company DUNS Number: | |
| Headquarters Company Name: | | Headquarters Company DUNS Number: | |
| Last Update to Record: | 04/10/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY**

| | | | |
|---|---|---|---|
| Business Name: | GARLEY'S GARAGE | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2013 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 | Phone: | (817) 439-8113 |
| County: | TARRANT COUNTY | | |
| Executive Name: | ADAM GARLEY | Executive Title: | PRINCIPAL |
| Line of Business: | GENERAL AUTO REPAIR | Industry Group: | SERVICES - NON PROFESSIONAL |
| Primary SIC: | 7538 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Primary SIC: | 7538 0000 | SIC Description: | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| Annual Sales: | $108,710-ESTIMATED | Annual Sales Revision Date: | 04/06/2016 |

**KAPITUS EX. 13 - 217**

Kapitus_000217

| | | | |
|---|---|---|---|
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 02-588-0598 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 04/05/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | IDESIGNTSHIRTS, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2015 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CHRISM EVANS | **Executive Title:** | DIRECTOR |
| **Line of Business:** | BUSINESS SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7389 | **SIC Description:** | BUSINESS SERVICES, NEC, NSK |
| **Primary SIC:** | 7389 1800 | **SIC Description:** | DESIGN SERVICES |
| **Annual Sales:** | $44,814-ESTIMATED | **Annual Sales Revision Date:** | 02/20/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |

**KAPITUS EX. 13 - 218**

Kapitus_000218

| | | | |
|---|---|---|---|
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 04-442-1644 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 04/03/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | NORTH TEXAS SCREW COMPRESSORS, LLC | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W<br>HASLET, TX 76052 | **Phone:** | (817) 239-8685 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CHRIS CALVERT | **Executive Title:** | PRESIDENT |
| **Line of Business:** | REPAIR SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7699 | **SIC Description:** | REPAIR SERVICES, NEC, NSK |
| **Primary SIC:** | 7699 0501 | **SIC Description:** | COMPRESSOR REPAIR |
| **Annual Sales:** | $112,449-ESTIMATED | **Annual Sales Revision Date:** | 03/10/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 04-471-6742 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company** | | **Headquarters Company** | |

**KAPITUS EX. 13 - 219**

**Kapitus_000219**

**Name:**
**Last Update to Record:** 04/03/2016

**DUNS Number:**

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

**Business Name:** DECORATIVE CONCRETE SUPPLY

**Related Name(s):**

**Date of Incorporation:**

**State of Incorporation:**

**Year Started:**

**Business Address:** 1150 BLUE MOUND RD W
HASLET, TX 76052
TARRANT COUNTY

**Phone:** (817) 439-8884

**County:**

**Executive Name:** SCOTT KREIGER

**Executive Title:** BRANCH MANAGER

**Line of Business:** RET LUMBER/BUILDING MATERIALS WHOL BRICK/STONE MATERIAL

**Industry Group:** RETAIL TRADE

**Primary SIC:** 5211

**SIC Description:** LUMBER AND OTHER BUILDING MATERIALS, NSK

**Primary SIC:** 5211 0503

**SIC Description:** CONCRETE AND CINDER BLOCK

**Secondary SIC:** 5032

**SIC Description:** BRICK, STONE, AND RELATED MATERIAL

**Secondary SIC:** 5032 0500

**SIC Description:** CONCRETE AND CINDER BUILDING PRODUCTS

**Annual Sales:**

**Annual Sales Revision Date:**

**1-Yr-Ago:**
**3-Yr-Ago:**

**Sales Growth:** %

**Sales Territory:**

**Number of Accounts:**

**Net Worth:**

**Employees Total:**

**Employees Here:** 1-ESTIMATED

**1-Yr-Ago:**

**Employment Growth:** %

**3-Yr-Ago:**

**MSA Code:** 2800

**MSA Name:** FORT WORTH-ARLINGTON, TX

**Square Footage:**

**Occupancy Type:**

**Bank Name:**

**Bank DUNS Number:**

**Accounting Firm:**

**Business Is A:** BRANCH LOCATION

**Establishment Is:** US OWNED

**DUNS:** 05-279-1786

**Parent Company Name:**

**Parent Company DUNS Number:**

**Ultimate Company Name:** DECORATIVE CONCRETE SUPPLY

**Ultimate Company DUNS Number:** 10-345-0818

**Headquarters Company Name:** DECORATIVE CONCRETE SUPPLY

**Headquarters Company DUNS Number:** 10-345-0818

**Last Update to Record:** 03/27/2016

**KAPITUS EX. 13 - 220**

**Kapitus_000220**

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | BODY AND COLORS | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2005 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (682) 433-2625 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | JEFFREY SOARES | **Executive Title:** | OWNER |
| **Executive Name:** | DOROTHY I HILL | **Executive Title:** | OFFICE MANAGER |
| **Line of Business:** | AUTO BODY REPAIR/PAINTING | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7532 | **SIC Description:** | TOP AND BODY REPAIR AND PAINT SHOPS |
| **Primary SIC:** | 7532 0202 | **SIC Description:** | PAINT SHOP, AUTOMOTIVE |
| **Annual Sales:** | $50,000-ACTUAL | **Annual Sales Revision Date:** | 06/06/2015 |
| **1-Yr-Ago:** | $50,000 | | |
| **3-Yr-Ago:** | $50,000 | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ACTUAL |
| **1-Yr-Ago:** | 2 | **Employment Growth:** | % |
| **3-Yr-Ago:** | 2 | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | 2200 | **Occupancy Type:** | RENTED |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 80-079-1100 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 03/27/2016 | | |

### 4017 CLAY AVE STE C, HALTOM CITY, TX 76117
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | MSO TECHNOLOGIES, INC. | **Related Name(s):** | XEGSYS |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | | | |
| **Business Address:** | | **Phone:** | |

**KAPITUS EX. 13 - 221**

Kapitus_000221

4017 CLAY AVE STE C
HALTOM CITY, TX 76117                          (817) 439-0385

**County:**             TARRANT COUNTY

**Executive Name:**     MIKE NEASE              **Executive Title:**       CHIEF EXECUTIVE
                                                                          OFFICER

**Executive Name:**     LARRY DEW               **Executive Title:**       MANAGER

**Line of Business:**   MFG MISC INDUSTRY       **Industry Group:**        MANUFACTURING
                        MACHINERY

**Primary SIC:**        3559                    **SIC Description:**        SPECIAL INDUSTRY
                                                                          MACHINERY, NEC, NSK

**Primary SIC:**        3559 9939               **SIC Description:**        ELECTRONIC
                                                                          COMPONENT MAKING
                                                                          MACHINERY

**Annual Sales:**                               **Annual Sales Revision Date:**
**1-Yr-Ago:**
**3-Yr-Ago:**
**Sales Growth:**       %                       **Sales Territory:**
**Number of Accounts:**                         **Net Worth:**
**Employees Total:**    NOT AVAILABLE           **Employees Here:**        2-ACTUAL
**1-Yr-Ago:**           20                      **Employment Growth:**     %
**3-Yr-Ago:**           20
**MSA Code:**           2800                    **MSA Name:**              FORT
                                                                          WORTH-ARLINGTON, TX
**Square Footage:**                             **Occupancy Type:**        RENTED
**Bank Name:**                                  **Bank DUNS Number:**
**Accounting Firm:**
**Business Is A:**      MANUFACTURING           **Establishment Is:**      US OWNED
                        LOCATION
                        DIVISION
**DUNS:**               16-834-5218
**Parent Company Name:**                        **Parent Company DUNS Number:**

**Ultimate Company Name:**  MSO TECHNOLOGIES    **Ultimate Company DUNS Number:**   07-516-2276
                        INC.
**Headquarters Company Name:**  MSO TECHNOLOGIES    **Headquarters Company DUNS Number:**   07-516-2276
                        INC.
**Last Update to Record:**  03/27/2016


**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

**Business Name:**      VAREL INTERNATIONAL,    **Related Name(s):**
                        INC.
**Date of Incorporation:**                      **State of Incorporation:**
**Year Started:**
**Business Address:**   1150 BLUE MOUND RD      **Phone:**                 (817) 439-1183
                        W
                        HASLET, TX 76052
**County:**             TARRANT COUNTY
**Executive Name:**     ERIK ROBINSON           **Executive Title:**       OWNER

KAPITUS EX. 13 - 222                    Kapitus_000222

| | | | |
|---|---|---|---|
| Line of Business: | WHOL INDUSTRIAL EQUIPMENT | Industry Group: | WHOLESALE TRADE |
| Primary SIC: | 5084 | SIC Description: | INDUSTRIAL MACHINERY AND EQUIPMENT |
| Primary SIC: | 5084 0402 | SIC Description: | DRILLING BITS |
| Annual Sales: | | Annual Sales Revision Date: | |
| 1-Yr-Ago: | | | |
| 3-Yr-Ago: | | | |
| Sales Growth: | % | Sales Territory: | |
| Number of Accounts: | | Net Worth: | |
| Employees Total: | | Employees Here: | 2-ACTUAL |
| 1-Yr-Ago: | | Employment Growth: | % |
| 3-Yr-Ago: | | | |
| MSA Code: | 2800 | MSA Name: | FORT WORTH-ARLINGTON, TX |
| Square Footage: | | Occupancy Type: | RENTED |
| Bank Name: | | Bank DUNS Number: | |
| Accounting Firm: | | | |
| Business Is A: | BRANCH LOCATION | Establishment Is: | US OWNED |
| DUNS: | 62-378-0876 | | |
| Parent Company Name: | | Parent Company DUNS Number: | |
| Ultimate Company Name: | VAREL INTL ENRGY SVCS INC | Ultimate Company DUNS Number: | 82-826-9501 |
| Headquarters Company Name: | VAREL INTERNATIONAL IND LP | Headquarters Company DUNS Number: | 00-731-9437 |
| Last Update to Record: | 03/27/2016 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY

| | | | |
|---|---|---|---|
| Business Name: | LONE STAR DEDICATED LOGISTICS LLC | Related Name(s): | |
| Date of Incorporation: | | State of Incorporation: | |
| Year Started: | 2012 | | |
| Business Address: | 1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY | Phone: | (817) 306-4900 |
| County: | | | |
| Executive Name: | DAVID MAGARIN | Executive Title: | MEMBER |
| Line of Business: | FREIGHT TRANSPORTATION ARRANGEMENT | Industry Group: | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |
| Primary SIC: | 4731 | SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT, NSK |
| Primary SIC: | 4731 0000 | SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT, NSK |

**KAPITUS EX. 13 - 223**

Kapitus_000223

| | | | |
|---|---|---|---|
| **Annual Sales:** | $823,006-ESTIMATED | **Annual Sales Revision Date:** | 03/15/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 4 | **Employees Here:** | 4-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 02-729-8867 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 03/14/2016 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052 TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | FIRE RETARDANT COATINGS OF TEXAS LLC | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2011 | | |
| **Business Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052 | **Phone:** | (817) 710-5233 |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | DAVID PAULO | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | RESIDENTIAL CONSTRUCTION | **Industry Group:** | CONSTRUCTION |
| **Primary SIC:** | 1522 | **SIC Description:** | RESIDENTIAL CONSTRUCTION, NEC |
| **Primary SIC:** | 1522 0100 | **SIC Description:** | HOTEL/MOTEL AND MULTI-FAMILY HOME CONSTRUCTION |
| **Annual Sales:** | $282,099-ESTIMATED | **Annual Sales Revision Date:** | 02/13/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 2 | **Employees Here:** | 2-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |

KAPITUS EX. 13 - 224

Kapitus_000224

| | |
|---|---|
| **3-Yr-Ago:** | NOT AVAILABLE |
| **MSA Code:** | 2800 |

| | |
|---|---|
| **MSA Name:** | FORT WORTH-ARLINGTON, TX |

**Square Footage:**

**Bank Name:**

**Accounting Firm:**

| | |
|---|---|
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS |
| **DUNS:** | 02-911-4281 |

**Occupancy Type:**

**Bank DUNS Number:**

| | |
|---|---|
| **Establishment Is:** | US OWNED |

**Parent Company Name:**

**Parent Company DUNS Number:**

**Ultimate Company Name:**

**Ultimate Company DUNS Number:**

**Headquarters Company Name:**

**Headquarters Company DUNS Number:**

| | |
|---|---|
| **Last Update to Record:** | 02/12/2016 |

### 3313 HAMPDEN DR, GARLAND, TX 75043
### DALLAS COUNTY

| | |
|---|---|
| **Business Name:** | IN FENCE ME |
| **Date of Incorporation:** | |
| **Year Started:** | 2007 |
| **Business Address:** | 3313 HAMPDEN DR GARLAND, TX 75043 |
| **County:** | DALLAS COUNTY |
| **Executive Name:** | RHONDA MORRIS |
| **Line of Business:** | TRADE CONTRACTOR |
| **Primary SIC:** | 1799 |

| | |
|---|---|
| **Related Name(s):** | |
| **State of Incorporation:** | |
| **Phone:** | |
| **Executive Title:** | PRESIDENT |
| **Industry Group:** | CONSTRUCTION |
| **SIC Description:** | SPECIAL TRADE CONTRACTORS, NEC, NSK |

| | |
|---|---|
| **Primary SIC:** | 1799 9912 |
| **Annual Sales:** | $480,116-ESTIMATED |
| **1-Yr-Ago:** | $ NOT AVAILABLE |
| **3-Yr-Ago:** | $ NOT AVAILABLE |
| **Sales Growth:** | % |
| **Number of Accounts:** | |
| **Employees Total:** | 6 |
| **1-Yr-Ago:** | NOT AVAILABLE |
| **3-Yr-Ago:** | NOT AVAILABLE |
| **MSA Code:** | 1920 |
| **Square Footage:** | |
| **Bank Name:** | |
| **Accounting Firm:** | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS |
| **DUNS:** | 79-590-8164 |

| | |
|---|---|
| **SIC Description:** | FENCE CONSTRUCTION |
| **Annual Sales Revision Date:** | 10/29/2015 |
| **Sales Territory:** | LOCAL |
| **Net Worth:** | |
| **Employees Here:** | 6-ACTUAL |
| **Employment Growth:** | % |
| **MSA Name:** | DALLAS, TX |
| **Occupancy Type:** | RENTED |
| **Bank DUNS Number:** | |
| **Establishment Is:** | US OWNED |

**Parent Company Name:**

**Parent Company DUNS Number:**

**Ultimate Company Name:**

**Ultimate Company DUNS Number:**

**KAPITUS EX. 13 - 225**

Kapitus_000225

| | |
|---|---|
| **Headquarters Company Name:** | **Headquarters Company DUNS Number:** |
| **Last Update to Record:** 01/31/2016 | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | LONESTAR REPAIR AND PERFORMANCE | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 439-9637 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | WILLIAM GOWER | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | REPAIR SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7699 | **SIC Description:** | REPAIR SERVICES, NEC, NSK |
| **Primary SIC:** | 7699 0000 | **SIC Description:** | REPAIR SERVICES, NEC, NSK |
| **Annual Sales:** | $61,739-ESTIMATED | **Annual Sales Revision Date:** | 01/26/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 01-685-5980 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 01/25/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | KNUCKLEHEAD DESIGNS, | **Related Name(s):** | |

**KAPITUS EX. 13 - 226**
Kapitus_000226

INC.

| | | | |
|---|---|---|---|
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2013 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 439-3470 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | DANIEL J STEWART | **Executive Title:** | ADMINISTRATIVE SECRETARY |
| **Line of Business:** | BUSINESS SERVICES | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7389 | **SIC Description:** | BUSINESS SERVICES, NEC, NSK |
| **Primary SIC:** | 7389 1800 | **SIC Description:** | DESIGN SERVICES |
| **Annual Sales:** | $61,338-ESTIMATED | **Annual Sales Revision Date:** | 10/31/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ACTUAL |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 06-712-0558 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 01/24/2016 | | |

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | HOT ROD PERFORMANCE AUTOMOTIVE | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2014 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | JASON POYNTER | **Executive Title:** | EXECUTIVE DIRECTOR |

**KAPITUS EX. 13 - 227**

Kapitus_000227

| | | | |
|---|---|---|---|
| **Line of Business:** | AUTOMOTIVE REPAIR | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7539 | **SIC Description:** | AUTOMOTIVE REPAIR SHOPS, NEC |
| **Primary SIC:** | 7539 0000 | **SIC Description:** | AUTOMOTIVE REPAIR SHOPS, NEC, NSK |
| **Annual Sales:** | $35,447-ESTIMATED | **Annual Sales Revision Date:** | 01/12/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 07-364-3501 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 01/17/2016 | | |

### 1150 BLUE MOUND RD W, HASLET, TX 76052
### TARRANT COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | BARE KNUCKLES DIESEL PERFORMANCE | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2015 | | |
| **Business Address:** | 1150 BLUE MOUND RD W | **Phone:** | (817) 721-7376 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | CODY GILBERT | **Executive Title:** | PRINCIPAL |
| **Line of Business:** | GENERAL AUTO REPAIR | **Industry Group:** | SERVICES - NON PROFESSIONAL |
| **Primary SIC:** | 7538 | **SIC Description:** | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| **Primary SIC:** | 7538 0000 | **SIC Description:** | GENERAL AUTOMOTIVE REPAIR SHOPS, NSK |
| **Annual Sales:** | $28,249-ESTIMATED | **Annual Sales Revision Date:** | 01/16/2016 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |

KAPITUS EX. 13 - 228

Kapitus_000228

| | | | |
|---|---|---|---|
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | LOCAL |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |
| **Accounting Firm:** | | | |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **DUNS:** | 08-603-9972 | | |
| **Parent Company Name:** | | **Parent Company DUNS Number:** | |
| **Ultimate Company Name:** | | **Ultimate Company DUNS Number:** | |
| **Headquarters Company Name:** | | **Headquarters Company DUNS Number:** | |
| **Last Update to Record:** | 01/07/2016 | | |

**1130 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

| | | | |
|---|---|---|---|
| **Business Name:** | LIGHTNING OILFIELD SERVICES, INC. | **Related Name(s):** | |
| **Date of Incorporation:** | | **State of Incorporation:** | |
| **Year Started:** | 2008 | | |
| **Business Address:** | 1130 BLUE MOUND RD W | **Phone:** | (817) 439-5558 |
| | HASLET, TX 76052 | | |
| **County:** | TARRANT COUNTY | | |
| **Executive Name:** | MARK S WADDELL | **Executive Title:** | PRESIDENT |
| **Line of Business:** | OIL/GAS FIELD SERVICES | **Industry Group:** | MINING |
| **Primary SIC:** | 1389 | **SIC Description:** | OIL AND GAS FIELD SERVICES, NEC, NSK |
| **Primary SIC:** | 1389 9912 | **SIC Description:** | OIL FIELD SERVICES, NEC |
| **Annual Sales:** | $16,000,000-ESTIMATED | **Annual Sales Revision Date:** | 09/06/2015 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Sales Growth:** | % | **Sales Territory:** | U.S. |
| **Number of Accounts:** | | **Net Worth:** | |
| **Employees Total:** | 115 | **Employees Here:** | 32-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |
| **MSA Code:** | 2800 | **MSA Name:** | FORT WORTH-ARLINGTON, TX |
| **Square Footage:** | | **Occupancy Type:** | |
| **Bank Name:** | | **Bank DUNS Number:** | |

**KAPITUS EX. 13 - 229**

Kapitus_000229

**Accounting Firm:**

**Business Is A:** HEADQUARTERS LOCATION SMALL BUSINESS

**Establishment Is:** US OWNED

**DUNS:** 04-148-7015

**Parent Company Name:**

**Parent Company DUNS Number:**

**Ultimate Company Name:**

**Ultimate Company DUNS Number:** 04-148-7015

**Headquarters Company Name:**

**Headquarters Company DUNS Number:**

**Last Update to Record:** 10/06/2015

---

**1150 BLUE MOUND RD W, HASLET, TX 76052**
**TARRANT COUNTY**

**Business Name:** FALCON TRANSPORT, INC.

**Related Name(s):**

**Date of Incorporation:**

**State of Incorporation:**

**Year Started:**

**Business Address:** 1150 BLUE MOUND RD W
HASLET, TX 76052
TARRANT COUNTY

**Phone:** (817) 680-2757

**County:**

**Executive Name:** CORY WA

**Executive Title:** MANAGER

**Line of Business:** TRUCKING OPERATOR-NONLOCAL

**Industry Group:** TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES

**Primary SIC:** 4213

**SIC Description:** TRUCKING, EXCEPT LOCAL

**Primary SIC:** 4213 9903

**SIC Description:** CONTRACT HAULERS

**Annual Sales:**

**Annual Sales Revision Date:**

**1-Yr-Ago:**

**3-Yr-Ago:**

**Sales Growth:** %

**Sales Territory:**

**Number of Accounts:**

**Net Worth:**

**Employees Total:**

**Employees Here:** 1-ESTIMATED

**1-Yr-Ago:**

**Employment Growth:** %

**3-Yr-Ago:**

**MSA Code:** 2800

**MSA Name:** FORT WORTH-ARLINGTON, TX

**Square Footage:**

**Occupancy Type:**

**Bank Name:**

**Bank DUNS Number:**

**Accounting Firm:**

**Business Is A:** BRANCH LOCATION

**Establishment Is:** US OWNED

**DUNS:** 07-991-4899

**Parent Company Name:**

**Parent Company DUNS Number:**

**Ultimate Company Name:** FALCON TRANSPORT INC.

**Ultimate Company DUNS Number:** 09-303-0682

**KAPITUS EX. 13 - 230**

Kapitus_000230

| Headquarters Company Name: | FALCON TRANSPORT INC. | Headquarters Company DUNS Number: | 09-303-0682 |
| Last Update to Record: | 07/24/2015 | | |

## Property Owners of Subject's Addresses

### 628 DESTIN DR FORT WORTH, TX 76131 TARRANT COUNTY

**TAX RECORD** - TARRANT County      TAX YEAR UNKNOWN

| Situs Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 | Mailing Address: | 100 E 15TH ST 630 FORT WORTH, TX 76102-6569 |
| Owner: | WEST COMM INVESTMENTS LP | Co-Owner: | |
| Additional Name: | WEST COMM INVESTMENTS LP | Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner Relationship Type: | | Owner Corporate Indicator: | CORPORATE OWNER |
| Owner Ownership Rights code: | | Owner Phone: | |
| FIPS Code: | TARRANT | Municipality Name: | |
| FIPS Sub Code: | 000 | Municipality Code: | |
| FIPS State Code: | TEXAS | Subdivision Name: | FOSSIL PARK ESTATES |
| APN Sequence Number: | 1 | Property Indicator: | VACANT |
| Unformatted APN: | 14566C 5 68 | Land Use: | RESIDENTIAL LOT |
| Formatted APN: | 14566-C - 5- - 68 | Homestead Exemption: | |
| Original APN: | | Land Square Footage: | 6000 |
| Account Number: | 40066118 | Lot Number: | 68 |
| Acres: | 0.1380 | Block Number: | 5 |
| Range: | | Legal Description: | FOSSIL PARK ESTATES BLK 5 LOT 68 |
| Calculated Land Value: | $14,580.00 | Market Land Value: | $14,580.00 |
| Calculated Improvement Value: | | Market Improvement Value: | |
| Calculated Total Value: | $14,580.00 | Market Total Value: | $14,580.00 |
| Assessed Land Value: | | Valuation Method: | |
| Assessed Improvement Value: | | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | | Year Sold to State: | |
| Year Built: | | Number of Buildings: | |
| Lot Area: | 6000 | Style/Shape: | |

**DEED TRANSFER** - TARRANT County   06/04/2014

| Situs Address: | 1045 GREEN RIDGE TER SAGINAW, TX 76179-3405 | Mailing Address: | 628 DESTIN DR FORT WORTH, TX 76131-4255 |
| Owner: | BRIDGES DWAYNE P & DANA M | Co-Owner Name: | |

**KAPITUS EX. 13 - 231**

**Kapitus_000231**

| | | | |
|---|---|---|---|
| **Owner Rights:** | | **Owner Relationship:** | |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE | **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Building Square Feet:** | 1541 | **APN Sequence Number:** | 001 |
| **Unformatted APN:** | 04430999 | **Formatted APN:** | 04430999 |
| **Original APN:** | 04430999 | **Formatted APN - IRIS:** | |
| **FIPS Code:** | TARRANT | **FIPS State Code:** | TEXAS |
| **Municipality:** | | **Account Number:** | 4430999 |
| **County:** | TARRANT | **State:** | |
| **Transaction Date:** | 06/04/2014 | **Seller Name:** | MOORE TIMOTHY G |
| **Recording Date:** | 06/09/2014 | **Sale Price:** | $115,625.00 |
| **Document Number:** | 214119299 | **Type of Transaction:** | SELLER CARRYBACK |
| **Book/Page:** | | **Deed Type:** | GRANT DEED |
| **Consideration:** | ESTIMATED | **Percent Transferred:** | |
| **Mortgage Amount:** | $92,500.00 | **Mortgage Type:** | PRIVATE PARTY LENDER |
| **Mortgage Term:** | 30 | **Mortgage Deed Type:** | DEED OF TRUST |
| **Mortgage Date:** | 06/04/2014 | **Mortgage Due Date:** | 06/01/2044 |
| **Mortgage Assumption Amount:** | | **Interest Rate:** | |
| **2nd Mortgage Amount:** | | **2nd Mortgage Type:** | |
| **2nd Mortgage Deed Type:** | | | |
| **Lender Name:** | MOORE TIMOTHY G | **Lender Address:** | 302 PINE TREE RD LONGVIEW, TX 75604-4106 |
| **Construction Type:** | SALE IS A RE-SALE | **Purchase Payment:** | MORTGAGE |
| **Title Company:** | | **Seller Carryback:** | YES |
| **Private Party Lender:** | YES | **Foreclosure Sale:** | |
| **Construction Loan:** | | **Refinance Loan:** | |
| **InterFamily Transaction:** | | **Equity Loan:** | |
| **Multiple Parcel Sale:** | | **Number of Parcels:** | |

---

## 1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY

**TAX RECORD** - TARRANT County     TAX YEAR 2015

| | | | |
|---|---|---|---|
| **Situs Address:** | 1150 BLUE MOUND RD W HASLET, TX 76052-3859 | **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC | **Co-Owner:** | |
| **Additional Name:** | BLUE MOUND BUSINESS PARK LLC | **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner Relationship Type:** | | **Owner Corporate Indicator:** | CORPORATE OWNER |
| **Owner Ownership Rights code:** | | **Owner Phone:** | |
| **FIPS Code:** | TARRANT | **Municipality Name:** | FORT WORTH |
| **FIPS Sub Code:** | 000 | **Municipality Code:** | |

**KAPITUS EX. 13 - 232**

**Kapitus_000232**

| | | | |
|---|---|---|---|
| FIPS State Code: | TEXAS | Subdivision Name: | JAMES RIGHTLY ABS 1268 |
| APN Sequence Number: | 1 | Property Indicator: | COMMERCIAL |
| Unformatted APN: | 40035603 | Land Use: | COMMERCIAL BUILDING |
| Formatted APN: | 40035603 | Homestead Exemption: | |
| Original APN: | 40035603 | Land Square Footage: | 1576872 |
| Account Number: | 40035603 | Lot Number: | |
| Acres: | 36.2000 | Block Number: | |
| Range: | | Legal Description: | BOYD, COLEMAN SURVEY ABSTRACT 212 TRACT 2A2, 2B1, 2D A 1129 TRS 1B1 & 1D1 A 1130 TR 1B1A & A1268 TR 1C3A |
| Subdivision Plat Book: | | Legal Description: | |
| Subdivision Plat Page: | | Legal Description: | |
| Original Recording Book: | | Subdivision Tract Number: | 1B1A |
| Original Recording Page: | | Zoning: | |
| Calculated Land Value: | $748,978.00 | Market Land Value: | $748,978.00 |
| Calculated Improvement Value: | $1,471,022.00 | Market Improvement Value: | $1,471,022.00 |
| Calculated Total Value: | $2,220,000.00 | Market Total Value: | $2,220,000.00 |
| Assessed Land Value: | $748,978.00 | Valuation Method: | |
| Assessed Improvement Value: | $1,471,022.00 | Total Value Calculated Indicator: | MARKET |
| Assessed Total Value: | $2,220,000.00 | Year Sold to State: | |
| Tax Year: | 2015 | Appraised Land Value: | $748,978.00 |
| Tax Amount: | $70,524.82 | Appraised Improvement Value: | $1,471,022.00 |
| Tax Code Area: | 220 | Appraised Total Value: | $2,220,000.00 |
| Year Built: | 2002 | Number of Buildings: | 1 |
| Lot Area: | 1576872 | Style/Shape: | |
| Building Code: | | Number of Stories: | 1.00 |
| Improvement Type: | | Number of Units: | 56 |
| Living Square Feet: | 119540 | Construction Type: | |
| Total Number of Rooms: | | Construction Quality: | |
| Sale Date: | 07/05/2002 | Deed Type: | GRANT DEED |
| Seller Name: | OWNER RECORD | Type of Sale: | RESALE |
| Sale Price: | | Sale Code: | |
| Number of Parcels: | | Document Number: | |
| Recording Date: | | Recording Page: | 244 |
| Recording Book: | 15847 | Title Company: | |
| Document Number: | | Mortgage Amount: | |
| Sale Date: | | Multiple Parcel Sale: | |
| Sale Price: | | Number of Parcels: | D Y |
| Sale Code: | | Recording Date: | |
| Deed Type: | | Recording Book: | |
| Type of Sale: | | Recording Page: | |

**DEED TRANSFER** - TARRANT County    08/18/2015

| | | | |
|---|---|---|---|
| Situs Address: | 1150 BLUE MOUND RD W HASLET, TX 76052-3859 | Mailing Address: | 5940 EDEN DR HALTOM CITY, TX 76117-6121 |

**KAPITUS EX. 13 - 233**

Kapitus_000233

| | | | |
|---|---|---|---|
| **Owner:** | BLUE MOUND BUSINESS PARK LLC | **Co-Owner Name:** | |
| **Owner Rights:** | | **Owner Relationship:** | COMPANY / CORPORATION |
| **Absentee Owner:** | | **Corporate Owner:** | CORPORATE OWNER |
| | | **Partial Interest:** | |
| **Property Type:** | COMMERCIAL | **Land Use:** | COMMERCIAL BUILDING |
| **Building Square Feet:** | 119540 | **APN Sequence Number:** | 001 |
| **Unformatted APN:** | 40035603 | **Formatted APN:** | 40035603 |
| **Original APN:** | 40035603 | **Formatted APN - IRIS:** | |
| **FIPS Code:** | TARRANT | **FIPS State Code:** | TEXAS |
| **Municipality:** | | **Account Number:** | 40035603 |
| **County:** | TARRANT | **State:** | |
| **Transaction Date:** | 08/18/2015 | **Seller Name:** | |
| **Recording Date:** | 09/01/2015 | **Sale Price:** | |
| **Document Number:** | 215198833 | **Type of Transaction:** | REFINANCE |
| **Book/Page:** | | **Deed Type:** | TRUST DEED/MORTGAGE |
| **Mortgage Amount:** | | **Mortgage Type:** | |
| **Mortgage Term:** | | **Mortgage Deed Type:** | DEED OF TRUST |
| **Mortgage Date:** | 08/18/2015 | **Mortgage Due Date:** | |
| **Mortgage Assumption Amount:** | | **Interest Rate:** | |
| **2nd Mortgage Amount:** | | **2nd Mortgage Type:** | |
| **2nd Mortgage Deed Type:** | | | |
| **Lender Name:** | FROST BK | **Lender Address:** | SAN ANTONIO, TX 78296 |
| **Construction Type:** | | **Purchase Payment:** | |
| **Title Company:** | OTHER | **Seller Carryback:** | |
| **Private Party Lender:** | | **Foreclosure Sale:** | |
| **Construction Loan:** | | **Refinance Loan:** | LOAN TO VALUE IS MORE THAN 50% |
| **InterFamily Transaction:** | | **Equity Loan:** | |
| **Multiple Parcel Sale:** | MULTI / DETAIL PARCEL SALE | **Number of Parcels:** | |

**KAPITUS EX. 13 - 234**

Kapitus_000234

## Real-Time Vehicles

628 DESTIN DR, FORT WORTH, TX 76131     **Address Type:**     Street name with house number

### 2016 CAN-AM OUTLANDER 650 X MR

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | DENTON AREA TEACHERS CU (Business & Lien Holder) |
| **VIN:** | 3JBLWAJ28GJ000339 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CAN-AM OUTLANDER 650 X MR | **Model Year:** | 2016 |
| **Full Body Style:** | OUTLANDER 650 X MR | **Country of Origin:** | Mexico |
| **Body Type:** | ATV | **Base Price:** | $10,599 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 874 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |
| **Leased Vehicle:** | No | **Plate Expiration:** | 12/09/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 2 | **Ton Rating:** | |

### Stock Vehicle Image



628 DESTIN DR, FORT WORTH, TX 76131     **Address Type:**     Street name with house number

### 2016 TOYOTA TUNDRA CREWMAX 1794

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | SUNTRUST BANK (Business & Lien Holder) |
| **VIN:** | 5TFAW5F13GX511395 | **Valid VIN:** | Y |
| **Make/Model/Series:** | TOYOTA TUNDRA CREWMAX 1794 | **Model Year:** | 2016 |
| **Full Body Style:** | PLATINUM CREWMAX 4WD | **Country of Origin:** | United States |

**KAPITUS EX. 13 - 235**

Kapitus_000235

| | | | |
|---|---|---|---|
| Body Type: | PICKUP | Base Price: | $49,080 |
| Fuel Type: | Flexible | Drivetrain: | Rear Wheel Drive w/4x4 |
| Shipping Weight: | 5960 | Cubic Inch Displacement: | 348 |
| Long Wheel Base | 145.7 | Front Tire Size | 18R275 |
| Short Wheel Base | 145.7 | Rear Tire Size | 18R275 |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Du Frnt/Sd/Hd Air Bgs/Rr Hd Ar Bgs/Act Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 12/15/2017 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 8 | Ton Rating: | 1/2 |

**Stock Vehicle Image**



628 DESTIN DR, FORT WORTH, TX 76131

| | |
|---|---|
| Address Type: | Street name with house number |

### 2016 TOYOTA SEQUOIA PLATINUM

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE P (Individual) | Secondary Owner: | JOHNSON BRIDGES, Mr. DANA M (Individual & Joint Owner) |
| VIN: | 5TDDW5G16GS127841 | Valid VIN: | Y |
| Make/Model/Series: | TOYOTA SEQUOIA PLATINUM | Model Year: | 2016 |
| Full Body Style: | UTILITY 4D PLATINUM 4WD V8 | Country of Origin: | United States |
| Body Type: | SPORT UTILITY VEHICLE | Base Price: | $64,720 |
| Fuel Type: | Flexible | Drivetrain: | All Wheel Drive |
| Shipping Weight: | 6000 | Cubic Inch Displacement: | 348 |
| Long Wheel Base | 122 | Front Tire Size | 20R275 |
| Short Wheel Base | 122 | Rear Tire Size | 20R275 |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Du Frnt/Sd/Hd Air Bgs/Rr Hd Ar Bgs/Act Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 09/15/2017 |
| Ton Rating: | | | |
| Vehicles Cylinders: | 8 | Ton Rating: | |

KAPITUS EX. 13 - 236

Kapitus_000236

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

## 2015 CAN-AM MAVERICK 1000R X RS DPS

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | SHEFFIELD FINANCIAL (Business & Lien Holder) |
| **VIN:** | 3JBPXAP23FJ000589 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CAN-AM MAVERICK 1000R X RS DPS | **Model Year:** | 2015 |
| **Full Body Style:** | MAVERICK 1000R X RS DPS | **Country of Origin:** | Mexico |
| **Body Type:** | ATV | **Base Price:** | $18,799 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 1297 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |
| **Leased Vehicle:** | No | **Plate Expiration:** | 11/18/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 2 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

## 2014 CAN-AM OUTLANDER 1000 X MR

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | MODEL FINANCE (Business & Lien Holder) |
| **VIN:** | 3JBLWLP16EJ001657 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CAN-AM OUTLANDER 1000 X MR | **Model Year:** | 2014 |
| **Full Body Style:** | OUTLANDER 1000 X MR | **Country of Origin:** | Mexico |
| **Body Type:** | ATV | **Base Price:** | $14,399 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 759 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |
| **Leased Vehicle:** | No | **Plate Expiration:** | 10/24/2015 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 2 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

**KAPITUS EX. 13 - 237**

**Kapitus_000237**

## 2014 YAMAHA TT-R110E

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE (Individual) | **Secondary Owner:** | |
| **VIN:** | JYACE25Y7EA022812 | **Valid VIN:** | Y |
| **Make/Model/Series:** | YAMAHA TT-R110E | **Model Year:** | 2014 |
| **Body Style:** | DT | **Country of Origin:** | Japan |
| **Body Type:** | DIRT BIKE | **Base Price:** | $2,240 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 159 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |
| **Leased Vehicle:** | No | **Plate Expiration:** | 11/20/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 1 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

## 2013 SUZUKI LTF250

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE (Individual) | **Secondary Owner:** | |
| **VIN:** | JSAAJ51A9D2100799 | **Valid VIN:** | Y |
| **Make/Model/Series:** | SUZUKI LTF250 | **Model Year:** | 2013 |
| **Full Body Style:** | LT-F250L3 OZARK | **Country of Origin:** | Japan |
| **Body Type:** | ATV | **Base Price:** | $4,499 |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 428 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Recreational / Off road |
| **Leased Vehicle:** | No | **Plate Expiration:** | 11/20/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 1 | **Ton Rating:** | |

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

## 2013 C S

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE (Individual) | **Secondary Owner:** | |
| **VIN:** | 44Z122LS2DT015705 | **Valid VIN:** | Unknown |

**KAPITUS EX. 13 - 238**

| | | | |
|---|---|---|---|
| **Make/Model/Series:** | C S | **Model Year:** | 2013 |
| **Body Style:** | | **Country of Origin:** | |
| **Body Type:** | | **Base Price:** | $ |
| **Fuel Type:** | | **Drivetrain:** | |
| **Shipping Weight:** | 0 | **Cubic Inch Displacement:** | 0 |
| **Long Wheel Base** | | **Front Tire Size** | |
| **Short Wheel Base** | | **Rear Tire Size** | |
| **Carburetion Type** | | **Air Bags/Seat Belts:** | |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 05/15/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | | **Ton Rating:** | |

**Stock Vehicle Image**



628 DESTIN DR, FORT WORTH, TX 76131

| | | |
|---|---|---|
| **Address Type:** | Street name with house number |

### 2010 CHEVROLET CAMARO SS

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | BRIDGES, Miss. / Ms. DANA M (Individual & Joint Owner) |
| **VIN:** | 2G1FK1EJ0A9121008 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET CAMARO SS | **Model Year:** | 2010 |
| **Full Body Style:** | COUPE 2D 2SS V8 | **Country of Origin:** | Canada |
| **Body Type:** | COUPE | **Base Price:** | $33,430 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive |
| **Shipping Weight:** | 3913 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 112.3 | **Front Tire Size** | 20R245 |
| **Short Wheel Base** | 112.3 | **Rear Tire Size** | 20R275 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt Hd and Sd/Act Blts/ w/Ato Pss Snsr |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 12/15/2016 |
| **Ton Rating:** | | | |

KAPITUS EX. 13 - 239

Kapitus_000239

| | | |
|---|---|---|
| **Vehicles Cylinders:** | 8 | **Ton Rating:** |

**Stock Vehicle Image**



628 DESTIN DR, FORT WORTH, TX 76131

| | |
|---|---|
| **Address Type:** | Street name with house number |

**2009 CHEVROLET CORVETTE**

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE (Individual) | **Secondary Owner:** | JPMORGAN CHASE (Business & Lien Holder) |
| **VIN:** | 1G1YY36W995200263 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET CORVETTE | **Model Year:** | 2009 |
| **Full Body Style:** | CONVERTIBLE 2D (AT/6 SPD) | **Country of Origin:** | United States |
| **Body Type:** | CONVERTIBLE | **Base Price:** | $51,700 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive |
| **Shipping Weight:** | 3222 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 105.7 | **Front Tire Size** | 18R245 |
| **Short Wheel Base** | 105.7 | **Rear Tire Size** | 19R285 |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt/Sd/Actv Blts w/Ato Pass Snsr |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 11/15/2016 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | |

**Stock Vehicle Image**

**KAPITUS EX. 13 - 240**



628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

### 2008 HONDA CIVIC EXL

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | GREGS RV SERVICE (Business & Lien Holder) |
| **VIN:** | 2HGFG12958H503605 | **Valid VIN:** | Y |
| **Make/Model/Series:** | HONDA CIVIC EXL | **Model Year:** | 2008 |
| **Full Body Style:** | COUPE 2D EX | **Country of Origin:** | Canada |
| **Body Type:** | COUPE | **Base Price:** | $20,710 |
| **Fuel Type:** | Gas | **Drivetrain:** | Front Wheel Drive |
| **Shipping Weight:** | 2769 | **Cubic Inch Displacement:** | 110 |
| **Long Wheel Base** | 104.3 | **Front Tire Size** | 16R205 |
| **Short Wheel Base** | 104.3 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Frnt/Sd/Hd Air Bgs/Rr Hd Ar Bgs/Act Belts |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 04/15/2017 |
| **Ton Rating:** | | | |
| **Vehicles Cylinders:** | 4 | **Ton Rating:** | |

**Stock Vehicle Image**



**KAPITUS EX. 13 - 241**

Kapitus_000241

628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

### 2008 GMC NEW SIERRA K1500 DENALI

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | |
| **VIN:** | 2GTEK638781290564 | **Valid VIN:** | Y |
| **Make/Model/Series:** | GMC NEW SIERRA K1500 DENALI | **Model Year:** | 2008 |
| **Full Body Style:** | CREW CAB DENALI AWD | **Country of Origin:** | Canada |
| **Body Type:** | PICKUP | **Base Price:** | $42,210 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive w/4x4 |
| **Shipping Weight:** | 5983 | **Cubic Inch Displacement:** | 378 |
| **Long Wheel Base** | 167 | **Front Tire Size** | |
| **Short Wheel Base** | 153 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs FrntHdSd/ActBlts/AtoPassSnsr/RrDuSdArBgs |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 02/15/2017 |
| **Ton Rating:** | 3/4 | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | 3/4 |

**Stock Vehicle Image**



628 DESTIN DR, FORT WORTH, TX 76131

**Address Type:** Street name with house number

### 2007 CHEVROLET SILVERADO C1500 CREW CAB

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Miss. / Ms. DANA (Individual) | **Secondary Owner:** | BRIDGES, Mr. DWAYNE P (Individual & Joint Owner) |
| **VIN:** | 3GCEC13J17G540356 CHEVROLET SILVERADO C1500 | **Valid VIN:** | Y |
| **Make/Model/Series:** | | **Model Year:** | |

**KAPITUS EX. 13 - 242**

Kapitus_000242

| | | | |
|---|---|---|---|
| | CREW CAB | | 2007 |
| Full Body Style: | CREW CAB LT 2WD | Country of Origin: | Mexico |
| Body Type: | PICKUP | Base Price: | $25,865 |
| Fuel Type: | Gas | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 5142 | Cubic Inch Displacement: | 323 |
| Long Wheel Base | 143.5 | Front Tire Size | |
| Short Wheel Base | 143.5 | Rear Tire Size | |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Frnt Ar Bgs/Passenger Sensor/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 12/15/2016 |
| Ton Rating: | 1/2 | | |
| Vehicles Cylinders: | 8 | Ton Rating: | 1/2 |

**Stock Vehicle Image**



628 DESTIN DR, FORT WORTH, TX 76131          Address Type:     Street name with house number

**2006 CHEVROLET COLORADO**

| | | | |
|---|---|---|---|
| Registered Owner: | BRIDGES, Mr. DWAYNE (Individual) | Secondary Owner: | |
| VIN: | 1GCCS196368142390 | Valid VIN: | Y |
| Make/Model/Series: | CHEVROLET COLORADO | Model Year: | 2006 |
| Full Body Style: | EXTENDED CAB LT | Country of Origin: | United States |
| Body Type: | PICKUP | Base Price: | $17,705 |
| Fuel Type: | Gas | Drivetrain: | Rear Wheel Drive |
| Shipping Weight: | 3468 | Cubic Inch Displacement: | 214 |
| Long Wheel Base | 126 | Front Tire Size | |
| Short Wheel Base | 126 | Rear Tire Size | |
| Carburetion Type | Fuel Injection | Air Bags/Seat Belts: | Dual Frnt Ar Bgs/Passenger Sensor/Active Belts |
| Carburetion Barrels | Unknown | | |
| Plate Registration State: | TX | Plate Type: | Regular |
| Leased Vehicle: | No | Plate Expiration: | 03/15/2017 |

KAPITUS EX. 13 - 243          Kapitus_000243

**Ton Rating:**

**Vehicles Cylinders:**   5                                    **Ton Rating:**

**KAPITUS EX. 13 - 244**

**Kapitus_000244**

**Stock Vehicle Image**



| | |
|---|---|
| 1150 BLUE MOUND RD W STE 201, HASLET, TX 76052 | **Address Type:** Street name with house number |

### 2002 CHEVROLET SILVERADO K1500

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE (Individual) | **Secondary Owner:** | |
| **VIN:** | 2GCEK19T221169866 | **Valid VIN:** | Y |
| **Make/Model/Series:** | CHEVROLET SILVERADO K1500 | **Model Year:** | 2002 |
| **Full Body Style:** | EXTENDED CAB LS 4WD | **Country of Origin:** | |
| **Body Type:** | PICKUP | **Base Price:** | $26,192 |
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive w/4x4 |
| **Shipping Weight:** | 4910 | **Cubic Inch Displacement:** | 325 |
| **Long Wheel Base:** | 157.5 | **Front Tire Size** | |
| **Short Wheel Base:** | 143.5 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Du Ar Bgs Frnt/Act Blts/Pass Deactivate/cutoff |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 05/15/2016 |
| **Ton Rating:** | 1/2 | | |
| **Vehicles Cylinders:** | 8 | **Ton Rating:** | 1/2 |

| | |
|---|---|
| 628 DESTIN DR, FORT WORTH, TX 76131 | **Address Type:** Street name with house number |

### 1998 FORD RANGER

| | | | |
|---|---|---|---|
| **Registered Owner:** | BRIDGES, Mr. DWAYNE P (Individual) | **Secondary Owner:** | |
| **VIN:** | 1FTYR10U4WUC97874 | **Valid VIN:** | Y |
| **Make/Model/Series:** | FORD RANGER | **Model Year:** | 1998 |
| **Full Body Style:** | REGULAR CAB | **Country of Origin:** | United States |
| **Body Type:** | PICKUP | **Base Price:** | $11,385 |

| | | | |
|---|---|---|---|
| **Fuel Type:** | Gas | **Drivetrain:** | Rear Wheel Drive |
| **Shipping Weight:** | 3030 | **Cubic Inch Displacement:** | 182 |
| **Long Wheel Base** | 117.5 | **Front Tire Size** | |
| **Short Wheel Base** | 111.6 | **Rear Tire Size** | |
| **Carburetion Type** | Fuel Injection | **Air Bags/Seat Belts:** | Dual Front Air Bag/Active Belts |
| **Carburetion Barrels** | Unknown | | |
| **Plate Registration State:** | TX | **Plate Type:** | Regular |
| **Leased Vehicle:** | No | **Plate Expiration:** | 03/15/2017 |
| **Ton Rating:** | 1/2 | | |
| **Vehicles Cylinders:** | 6 | **Ton Rating:** | 1/2 |

## Relatives

### BRIDGES, ASHLYN FAITH

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

**\* Match with one of the subject's addresses**

| **Date Range** | **Address** | **Phone #** |
|---|---|---|
| 03/30/2015 - 03/30/2015 | \* | (682) 224-5457 |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |

---

### BRIDGES, DANA

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | ████1984 |

**\* Match with one of the subject's addresses**

| **Date Range** | **Address** | **Phone #** |
|---|---|---|
| 01/01/2004 - 03/31/2014 | \* | |
| | 17210 OLIVE DR | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

---

### BRIDGES, NELIE D

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████ XXXX - issued in LA between 1934-1951 | **DOB:** | ████1921 |
| **Death Date:** | 11/20/2008 | \*\* ALERT \*\* A death claim for this SSN was filed in 11/20/2008 | |

* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1988 - 12/31/1988 | * | 775-2584 |
| | 4131 BLOUNT | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| Not available | 3434 WINGFIELD | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |
| Not available | 4173 BLOUNT | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |
| Not available | RR 7 POB 618 | |
| | BATON ROUGE LA 70807 | |
| | EAST BATON ROUGE COUNTY | |

---

**BRIDGES, TERESA**

| | | Degree of Separation: | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ████ XXXX - issued in LA in 1984 | DOB: | ████ 1977 |

| | | SSN: | DOB: |
|---|---|---|---|
| Possible AKA: | BRIDGES, TERESA F | SSN: | DOB: |
| Possible AKA: | BENNETT, TERESA | SSN: | DOB: |
| Possible AKA: | BRIDGES, TERESA F | SSN: | DOB: ████ 1977 |
| Possible AKA: | BENNETT, TERESA F | SSN: | DOB: ████ 1967 |
| Possible AKA: | BENNETT, TERESA F | SSN: | DOB: ████ 1977 |
| Possible AKA: | BENNET, TERESA | SSN: ████ XXXX | DOB: ████ 1977 |
| Possible AKA: | TERESA, BRIDGES | SSN: | DOB: |
| Possible AKA: | BENNET, TERESA | SSN: | DOB: |

* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2004 - 08/19/2015 | 28740 RED OAK RD | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 01/01/1988 - 05/31/2013 | 26250 CLYDE BLOUNT RD | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| 03/19/2013 - 03/19/2013 | 195 RUE SAINT JAMES | |
| | VACHERIE LA 70090 | |
| | ST JOHN THE BAPTIST COUNTY | |

**KAPITUS EX. 13 - 247**

**Kapitus_000247**

| 07/12/2005 - 07/19/2005 | 17655 MELANCON RD |
| | LIVINGSTON LA 70754 |
| | LIVINGSTON COUNTY |

| 04/01/1998 - 06/23/2003 | 613 S MONTGOMERY ST 24 |
| | STARKVILLE MS 39759 |
| | OKTIBBEHA COUNTY |

| 01/23/2003 - 01/23/2003 | 613 MONTGOMERY ST 24 | 265-9260 |
| | STARKVILLE MS 39759 |

| 05/01/1999 - 01/23/2003 | 174 RUE SAINT JAMES |
| | VACHERIE LA 70090 |
| | ST JOHN THE BAPTIST COUNTY |

| 02/26/1997 - 01/23/2003 | PO BOX 109 |
| | ACKERMAN MS 39735 |
| | CHOCTAW COUNTY |

| 08/08/2002 - 08/08/2002 | 23600 JOE MAY RD |
| | DENHAM SPRINGS LA 70726 |
| | LIVINGSTON COUNTY |

| 03/31/2002 - 03/31/2002 | 12533 COURSEY BLVD |
| | BATON ROUGE LA 70816 |
| | EAST BATON ROUGE COUNTY |

| 01/17/2000 - 01/17/2000 | * |
| | 4131 BLOUNT RD |
| | BATON ROUGE LA 70807 |
| | EAST BATON ROUGE COUNTY |

| 02/26/1997 - 06/12/1997 | 109 |
| | ACKERMAN MS 39735 |
| | CHOCTAW COUNTY |

---

**BRIDGES, DANA**

| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ████XXXX - issued in TN in 1974 | DOB: | ████1973 |

| Possible AKA: | JOHNSON, DANA M | SSN: | ████XXXX | DOB: |
| Possible AKA: | JOHNSON, DANA M | SSN: | ████XXXX | DOB: |
| Possible AKA: | JOHN, D | SSN: | ████XXXX | DOB: |
| Possible AKA: | JOHN, D | SSN: | | DOB: |
| Possible AKA: | JOHNSON, D | SSN: | | DOB: |
| Possible AKA: | BRIDGES, DANA M | SSN: | | DOB: |

**KAPITUS EX. 13 - 248**

**Kapitus_000248**

| | | | | |
|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, DANA JO | **SSN:** | | **DOB:** |
| **Possible AKA:** | JOHNSON, D | **SSN:** ████XXXX | | **DOB:** |
| **Possible AKA:** | JOHNSON, DANA | **SSN:** | | **DOB:** |
| **Possible AKA:** | BRIDGES, DANA M | **SSN:** ████XXXX | | **DOB:** ████1973 |
| **Possible AKA:** | JOYHNSON, DANA | **SSN:** | | **DOB:** |
| **Possible AKA:** | ANTHONY, MARK | **SSN:** | | **DOB:** |
| **Possible AKA:** | BRIDGES, DANA MICHELLE | **SSN:** | | **DOB:** ████1973 |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 01/31/2016 | * | |
| | 18273 TABONY LN<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |
| 04/24/1999 - 12/31/2015 | * | (225) 366-6862 |
| | 16352 OLD HAMMOND HWY TRLR 63<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY | |
| 09/16/2010 - 11/24/2015 | * | |
| | 628 DESTIN DR<br>FORT WORTH TX 76131<br>TARRANT COUNTY | |
| 08/14/2008 - 10/02/2015 | * | |
| | 17210 OLIVE DR<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |
| 01/01/2001 - 10/02/2015 | 9221 GREAT SMOKEY AV<br>BATON ROUGE LA 70814<br>EAST BATON ROUGE COUNTY | |
| 05/14/2014 - 05/14/2014 | 628 BRIDGES<br>FORT WORTH TX 76131<br>TARRANT COUNTY | |
| 12/29/2001 - 11/19/2013 | 4620 MISTY RIDGE DR<br>FORT WORTH TX 76137<br>TARRANT COUNTY | |
| 02/18/2005 - 02/28/2007 | * | |
| | 10065 ADAM DR<br>DENHAM SPRINGS LA 70726<br>LIVINGSTON COUNTY | |
| 05/08/2005 - 10/26/2006 | * | |

**KAPITUS EX. 13 - 249**

30260 EDEN CHURCH RD
DENHAM SPRINGS LA 70726
LIVINGSTON COUNTY

01/01/1996 - 03/26/2005    12529 COURSEY BLVD APT 1140
BATON ROUGE LA 70816
EAST BATON ROUGE COUNTY

03/06/2005 - 03/06/2005    1709 DOVE LOOP RD APT 1408
GRAPEVINE TX 76051
TARRANT COUNTY

02/17/2004 - 08/11/2004    *

31531 LINDER RD LOT 101
DENHAM SPRINGS LA 70726
LIVINGSTON COUNTY

04/01/2003 - 05/24/2003    12525 COURSEY BL    275-6482
BATON ROUGE LA 70816

04/01/2003 - 04/01/2003    12525 COURSEY BL    (225) 755-2003
BATON ROUGE LA 70816
EAST BATON ROUGE COUNTY

06/30/1999 - 01/23/2003    12400 JEFFERSON HWY APT 2215    275-6482
BATON ROUGE LA 70816
EAST BATON ROUGE COUNTY

02/02/1998 - 01/23/2003    310 SYCAMORE DR
GREENVILLE SC 29607
GREENVILLE COUNTY

03/01/2001 - 03/01/2001    3543 YORKFIELD DR
BATON ROUGE LA 70816
EAST BATON ROUGE COUNTY

05/12/1998 - 05/12/1998    *

200 CATHERINE ST
STARKVILLE MS 39759
OKTIBBEHA COUNTY

01/01/1993 - 03/04/1998    12254 LA MARGIE AVE APT 149
BATON ROUGE LA 70815
EAST BATON ROUGE COUNTY

05/30/1997 - 05/30/1997    47 POPLAR VALLEY LN
TRAVELERS REST SC 29690
GREENVILLE COUNTY

**KAPITUS EX. 13 - 250**    **Kapitus_000250**

| 05/03/1997 - 05/03/1997 | 417 POPLAR VLY |
| | TRAVELERS REST SC 07714 |

| 01/05/1996 - 01/20/1996 | 12254 LAMARGY |
| | BATON ROUGE LA 70815 |

| Not available | * |
| | 1045 GREEN RIDGE TER |
| | SAGINAW TX 76179 |
| | TARRANT COUNTY |

---

### BRIDGES, BARBARA A

| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ████ XXXX - issued in OK between 1969-1970 | DOB: | ████ 1954 |

| Possible AKA: | BRIDGES, BARBARA | SSN: | ████ XXXX | DOB: | |
| Possible AKA: | BRIDGES, BARBARA E | SSN: | | DOB: | ████ 1942 |
| Possible AKA: | BRIDGES, BARBARA | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, BARBARA | SSN: | ████ XXXX | DOB: | ████ 1954 |
| Possible AKA: | BRIDGES, BARBARA | SSN: | | DOB: | ████ 1950 |
| Possible AKA: | ANN, BARBARA | SSN: | | DOB: | |
| Possible AKA: | BARBARA, BRIDGES | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, BARBARA | SSN: | | DOB: | ████ 1954 |
| Possible AKA: | BARBARA, ANN BRIDGES | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, BARBARA ANN | SSN | ████ XXXX | DOB: | ████ 1954 |
| Possible AKA: | BRIDGES, BARBARA ANN | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, BARBARA ANN | SSN: | | DOB: | ████ 1954 |

### * Match with one of the subject's addresses

| Date Range | Address | Phone # |
| --- | --- | --- |
| 01/01/2005 - 09/30/2015 | 901 CHATEAU CT<br>COLLEYVILLE TX 76034<br>TARRANT COUNTY | |
| 01/01/2010 - 09/30/2015 | 9724 FLATIRON ST<br>FORT WORTH TX 76244<br>TARRANT COUNTY | |
| 01/01/1994 - 06/02/2015 | 16318 WILLOWPARK DR<br>TOMBALL TX 77377<br>HARRIS COUNTY | |
| 03/26/2009 - 03/26/2009 | * | |

**KAPITUS EX. 13 - 251**

Kapitus_000251

|  | 1150 BLUE MOUND RD W<br>HASLET TX 76052<br>TARRANT COUNTY |
|---|---|
| 01/01/1994 - 06/12/2006 | 4233 FAIRWAY CROSSING<br>FORT WORTH TX 76137<br>TARRANT COUNTY |
| 09/30/2005 - 09/30/2005 | 4233 FAIR WAY APT CROSS<br>NAVAL AIR STATION JRB TX 76127 |
| 01/01/1989 - 01/23/2003 | 2102 W CLUB<br>DUNCAN OK 73533<br>STEPHENS COUNTY |
| 01/01/1993 - 01/23/2003 | 420 FOWLER DR<br>DUNCAN OK 73533<br>STEPHENS COUNTY |
| 03/27/1998 - 12/30/2001 | 4233 FAIR WAY CROSSIN<br>FORT WORTH TX 76137 |
| 10/24/1994 - 12/12/1994 | 4233 FAIRFAX ST<br>FORT WORTH TX 76116<br>TARRANT COUNTY |
| 08/01/1986 - 05/01/1993 | 2118 WESTBRIAR RD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |
| 01/01/1992 - 12/31/1992 | PO BOX 1321<br>DUNCAN OK 73534<br>STEPHENS COUNTY |
| Not available | 2102 N COUNTRY CLUB RD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |
| Not available | 3001 SURREY WOOD<br>DUNCAN OK 73533<br>STEPHENS COUNTY |

**BRIDGES, KELLY J**

Relative of:            BRIDGES, DWAYNE        Degree of Separation:            1

███ XXXX - issued in LA between

| | | | |
|---|---|---|---|
| SSN: | 1957-1959 | DOB: | ████1941 |
| Death Date: | 02/07/2007 | ** ALERT ** A death claim for this SSN was filed in 02/07/2007 | |

| | | | |
|---|---|---|---|
| Possible AKA: | BRIDGES, KELLY | SSN: | DOB: |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 12/02/2003 - 12/04/2006 | 1955 NW CALIFORNIA RD<br>BROOKHAVEN MS 39601<br>LINCOLN COUNTY | |
| 07/01/1985 - 01/23/2003 | 6203 MOLINO DR<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| 07/08/1993 - 01/23/2003 | \*<br>4131 BLOUNT<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | |
| 06/07/1994 - 01/23/2003 | 3434 WINGFIELD<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |

---

**BRIDGES, NICOLE**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | ████XXXX - issued in LA in 1989 | DOB: | ████1974 |

| | | | | | |
|---|---|---|---|---|---|
| Possible AKA: | BRIDGES, NICOLE D | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, N | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, N | SSN: | ████XXXX | DOB | ███1974 |
| Possible AKA: | BRIDGES, NICOLE D | SSN: | | DOB: | ███1974 |
| Possible AKA: | MARTIN, NICOLE | SSN: | | DOB: | ███1954 |
| Possible AKA: | SCOTT, NICOLE D | SSN: | | DOB: | |
| Possible AKA: | BOURG, NIKKI D | SSN: | | DOB: | |
| Possible AKA: | MARTIN, NICOLE | SSN: | | DOB: | |
| Possible AKA: | BOURGEOIS, NIKKI D | SSN: | | DOB: | |
| Possible AKA: | NICOLE, BRIDGES | SSN: | | DOB: | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 01/31/2016 | \*<br>18273 TABONY LN<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |

**KAPITUS EX. 13 - 253**

| | |
|---|---|
| 07/25/2006 - 09/12/2006 | 18273 TALBANY LN<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY |
| 01/13/2002 - 09/11/2004 | *<br><br>17650 MELANCON RD<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY |
| 01/01/1995 - 01/23/2003 | 14607 FOREST GROVE AVE APT D<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| 10/01/1997 - 01/23/2003 | 4711 CHURCH ST # A<br>ZACHARY LA 70791<br>EAST BATON ROUGE COUNTY |
| 04/22/1998 - 01/23/2003 | 2507 MCHUGH RD<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY |
| 01/01/1995 - 01/23/2003 | 15430 TOM DREHR RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY |
| 07/29/1995 - 01/23/2003 | *<br><br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY |
| 08/01/2000 - 01/23/2003 | 1011 PATRICIA ST<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY |
| 11/13/2000 - 11/13/2000 | 14607 FOREST<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| 09/20/1994 - 09/20/1994 | 9477 LANSDOWNE RD TRLR 80<br>BATON ROUGE LA 70818<br>EAST BATON ROUGE COUNTY |
| Not available | OLD HAMMOND HWY<br>BATON ROUGE LA 70816<br>EAST BATON ROUGE COUNTY |
| Not available | BELLFORT DR<br>BATON ROUGE LA 70815 |

**KAPITUS EX. 13 - 254**

Kapitus_000254

EAST BATON ROUGE COUNTY

---

**BRIDGES, JASON K**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████XXXX - issued in LA between 1973-1974 | **DOB:** | ████1972 |

| | | | | | |
|---|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, JASON | **SSN:** | | **DOB:** | |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1993 - 06/30/2015 | \*<br>4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | (225) 771-8724 |
| 01/01/1996 - 03/31/2015 | 1955 CALIFORNIA RD NW<br>BROOKHAVEN MS 39601<br>LINCOLN | (601) 823-9234 |
| 01/01/1996 - 04/30/2014 | 1955 NW CALIFORNIA RD<br>BROOKHAVEN MS 39601<br>LINCOLN COUNTY | 774-0371 |
| 01/01/1993 - 01/23/2003 | 3434 WINGFIELD AV<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| 11/13/2000 - 11/13/2000 | PO BOX 299<br>BROOKHAVEN MS 39602<br>LINCOLN COUNTY | |
| 02/23/1991 - 12/31/1992 | 6203 MOLINO DR<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |

---

**BRIDGES, FAYE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | |

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/08/2005 - 01/08/2005 | 195 RUE SAINT JAMES | |

**KAPITUS EX. 13 - 255**

**Kapitus_000255**

VACHERIE LA 70090
ST JOHN THE BAPTIST COUNTY

05/01/2001 - 01/23/2003    4620 MISTY RIDGE DR
FORT WORTH TX 76137
TARRANT COUNTY

10/01/1999 - 01/23/2003    *

4131 BLOUNT RD
BATON ROUGE LA 70807
EAST BATON ROUGE COUNTY

04/12/2002 - 04/12/2002    5510 LABY LN
BAKER LA 70714
EAST BATON ROUGE COUNTY

---

**BRIDGES, NELLIE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ████ XXXX - issued in LA between 1934-1951 | **DOB:** | ████1921 |
| **Death Date:** | 11/20/2008 | ** ALERT ** A death claim for this SSN was filed in 11/20/2008 | |

| | | | | | |
|---|---|---|---|---|---|
| **Possible AKA:** | BRIDGES, NELLIE D | **SSN:** | ████XXXX | **DOB:** | ████1921 |
| **Possible AKA:** | BRIDGES, NELIE D | **SSN:** | | **DOB:** | |
| **Possible AKA:** | BRIDGES, NELLIE D | **SSN:** | ████XXXX | **DOB:** | |
| **Possible AKA:** | BRIDGES, NELLIE D | **SSN:** | | **DOB:** | |

*  **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 11/19/2003 - 02/01/2008 | 189 RUF SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 11/17/2003 - 01/08/2005 | 195 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 01/20/2002 - 03/26/2004 | 5510 LAVEY LN TRLR 89<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | (225) 774-7480 |
| 02/01/2001 - 01/23/2003 | 4620 MISTY RIDGE DR<br>FORT WORTH TX 76137<br>TARRANT COUNTY | 775-2584 |
| 06/18/1994 - 01/23/2003 | 3434 WINGFIELD AV | |

**KAPITUS EX. 13 - 256**

BAKER LA 70714
EAST BATON ROUGE COUNTY

03/03/1990 - 01/23/2003    *

4131 BLOUNT RD
BATON ROUGE LA 70807
EAST BATON ROUGE COUNTY

07/01/1994 - 01/23/2003    4173 BLOUNT RD                    775-2584
BATON ROUGE LA 70807
EAST BATON ROUGE COUNTY

04/12/2002 - 04/12/2002    5510 LABY LN
BAKER LA 70714
EAST BATON ROUGE COUNTY

02/14/2002 - 02/14/2002    5510 LADY LN
LOUISIANA LA 70414

---

**BRIDGES, PAUL L**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ███ XXXX - issued in LA in 1965 | **DOB:** | ███ 1948 |
| **Possible AKA:** | BRIDGES, PAUL | **SSN:** | ███ XXXX | **DOB:** |
| **Possible AKA:** | BRIDGES, PAUL | **SSN:** | ███ XXXX | **DOB:** |
| **Possible AKA:** | BRIDGES, PAUL NULL | **SSN:** | ███ XXXX | **DOB:** ███ 1948 |
| **Possible AKA:** | BRIDGES, PAUL NULL | **SSN:** | | **DOB:** |
| **Possible AKA:** | PAUL, BRIDGES | **SSN:** | | **DOB:** |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 09/12/2014 - 04/01/2016 | 1045 GREEN RIDGE TER<br>SAGINAW TX 76179<br>TARRANT COUNTY | |
| 01/01/1996 - 08/01/2015 | 17655 MELANCON RD<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |
| 11/26/2007 - 11/24/2008 | *<br>10065 ADAM DR<br>DENHAM SPRINGS LA 70726<br>LIVINGSTON COUNTY | |
| 05/22/1998 - 01/24/2003 | 613 S MONTGOMERY ST 24<br>STARKVILLE MS 39759 | 265-9260 |

**KAPITUS EX. 13 - 257**

OKTIBBEHA COUNTY

| | | |
|---|---|---|
| 06/20/1998 - 01/24/2003 | * | |
| | 4131 BLOUNT RD<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | |
| 07/18/2001 - 01/24/2003 | RR 1 109<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | 265-9260 |
| 11/13/2000 - 01/23/2003 | 166 B RUE JAMES ST<br>VACHERIE LA 70090 | 265-9260 |
| 04/10/1999 - 01/23/2003 | 174 RUE SAINT JAMES<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | |
| 01/01/1988 - 01/23/2003 | 14530 MS HIGHWAY 15<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 08/06/2002 - 08/08/2002 | 23600 JOE MAY RD<br>DENHAM SPRINGS LA 70726<br>LIVINGSTON COUNTY | |
| 08/06/2002 - 08/06/2002 | 1426 DELPLAZA DR APT B<br>BATON ROUGE LA 70815<br>EAST BATON ROUGE COUNTY | |
| 07/18/2001 - 07/18/2001 | RR 1 BOX 109<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 12/15/1989 - 07/13/2001 | RR1 BOX 82X<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 08/12/1999 - 01/09/2001 | 111 E CHURCH ST<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 01/09/2001 - 01/09/2001 | PO BOX 1336<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 01/09/2001 - 01/09/2001 | 1336<br>ACKERMAN MS 39735 | |

**KAPITUS EX. 13 - 258**

| | | |
|---|---|---|
| | CHOCTAW COUNTY | |
| 11/13/2000 - 11/13/2000 | 166 B RUE JAMES ST<br>VACHERIE LA 70090<br>ST JOHN THE BAPTIST COUNTY | 265-9260 |
| 08/12/1999 - 04/07/2000 | 111 E CHURCH ST<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 12/15/1989 - 12/18/1996 | 82X RR1<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 01/01/1995 - 12/31/1995 | MS HY 15<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 08/14/1995 - 08/14/1995 | MS HWY 15 W<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 01/01/1991 - 12/31/1991 | RR 1 POB 228A<br>ROSELAND LA 70456<br>TANGIPAHOA COUNTY | |
| Not available | 618 RR 7 BOX<br>BATON ROUGE LA 70807<br>EAST BATON ROUGE COUNTY | |
| Not available | FISHERMANS LNDG<br>BATON ROUGE LA 70821<br>EAST BATON ROUGE COUNTY | |

---

**BRIDGES, BRYAN K.**

| | | | | | |
|---|---|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | | Degree of Separation: | 1 | |
| SSN: | ███ XXXX - issued in LA between 1979-1980 | | DOB: | | ███ 1973 |
| | | | | | |
| Possible AKA: | BRIDGES, BRYAN K | | SSN: | ███ XXXX | DOB: ███ 1973 |
| Possible AKA: | BRIDGES, BRYAN K | | SSN: | | DOB: |
| Possible AKA: | BRIDGES, B | | SSN: | | DOB: |
| Possible AKA: | BRIDGES, BRYAN | | SSN: | | DOB: |
| Possible AKA: | BRIDGES, B | | SSN: | | DOB: ███ 1973 |
| Possible AKA: | BRIDGES, BRYAN K | | SSN: | | DOB: ███ 1973 |
| Possible AKA: | BRYAN, BRIDGES | | SSN: | | DOB: |
| Possible AKA: | BRIDGES, BRIAN K | | SSN: | | DOB: |

**KAPITUS EX. 13 - 259**

**Possible AKA:**    BRIDGES, BYRON          **SSN:**              **DOB:**

\* **Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 01/31/2016 | \* | (225) 698-3737 |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| | | |
| 07/25/2006 - 09/12/2006 | 18273 TALBANY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| | | |
| 03/10/2005 - 05/19/2005 | 17650 MELEMON | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| | | |
| 02/06/2002 - 02/10/2005 | \* | |
| | 17650 MELANCON RD | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |
| | | |
| 01/24/2003 - 01/24/2003 | RR 1 82X | 658-9250 |
| | ACKERMAN MS 39735 | |
| | CHOCTAW COUNTY | |
| | | |
| 01/01/1995 - 01/23/2003 | 14607 FOREST GROVE AVE APT D | 658-9250 |
| | BATON ROUGE LA 70818 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 01/01/1995 - 01/23/2003 | 9477 LANSDOWNE RD TRLR 80 | 658-9250 |
| | BATON ROUGE LA 70818 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 11/05/1997 - 01/23/2003 | 4711 CHURCH ST # A | 658-9250 |
| | ZACHARY LA 70791 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 06/03/1998 - 01/23/2003 | 4613 GREENWOOD LN | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 11/13/2000 - 01/23/2003 | 15040 PRIDE PORT HUDSON RD | 658-9250 |
| | PRIDE LA 70770 | |
| | EAST BATON ROUGE COUNTY | |
| | | |
| 04/22/1998 - 01/23/2003 | 2507 MCHUGH RD | |
| | BAKER LA 70714 | |
| | EAST BATON ROUGE COUNTY | |

**KAPITUS EX. 13 - 260**

Kapitus_000260

| | | |
|---|---|---|
| 07/13/1995 - 01/23/2003 | 15430 TOM DREHR RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | |
| 10/05/1999 - 01/23/2003 | 1011 PATRICIA ST<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| 10/18/1997 - 01/23/2003 | RR3 BOX 20<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | 658-9250 |
| 01/16/2003 - 01/16/2003 | 17650 17650 MELANCON<br>LIVINGSTON LA 70754<br>LIVINGSTON COUNTY | |
| 01/18/2002 - 01/18/2002 | 5613 GROOM RD<br>BAKER LA 70714<br>EAST BATON ROUGE COUNTY | |
| 07/18/2001 - 07/18/2001 | PO BOX 3<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | 658-9250 |
| 07/17/2001 - 07/17/2001 | 15090 PRIDE PRT<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | |
| 07/13/2001 - 07/13/2001 | RR 1 BOX 82X<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 11/07/1998 - 04/16/2001 | 15090 PRIDE PORT HUDSON RD<br>PRIDE LA 70770<br>EAST BATON ROUGE COUNTY | |
| 10/18/1997 - 10/18/1997 | 20A RR3<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |
| 10/18/1997 - 10/18/1997 | RR3 BOX 20<br>ACKERMAN MS 39735<br>CHOCTAW COUNTY | |

**BRIDGES, DANA**

**Relative of:**        BRIDGES, DWAYNE            **Degree of Separation:**            1

**KAPITUS EX. 13 - 261**            **Kapitus_000261**

SSN:                                                DOB:

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 04/06/2010 - 04/06/2010 | \* | |
| | 11238 BLUE JAY LN DENHAM SPRINGS LA 70726 LIVINGSTON COUNTY | |

---

**BRIDGS, M D**

Relative of:        BRIDGS, DWAYNE              Degree of Separation:        1
SSN:                                                DOB:

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 03/17/2010 - 04/08/2010 | \* | (682) 224-5457 |
| | 628 DESTIN DR FORT WORTH TX 76131 TARRANT COUNTY | |

---

**BRIDGES, DWAYNE P**

Relative of:        BRIDGES, DWAYNE            Degree of Separation:        1
SSN:                                                DOB:

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 09/14/2012 - 02/28/2014 | 1150 BLUE MOUND RD W STE 103 HASLET TX 76052 TARRANT COUNTY | (817) 439-3599 |
| Not available | \* 628 DESTIN DR FORT WORTH TX 76131 TARRANT COUNTY | |

---

**BRIDGES, NEWBORN FEMALE**

Relative of:        BRIDGES, DWAYNE            Degree of Separation:        1
SSN:                                                DOB:

**KAPITUS EX. 13 - 262**

Kapitus_000262

**Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 07/03/2014 - 07/03/2014 | * | (682) 224-5457 |

628 DESTIN DR
FORT WORTH TX 76131
TARRANT COUNTY

---

**BRIDGES, BRANDI**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | | DOB: | |

**Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 06/28/2014 - 11/15/2015 | * | (225) 698-3737 |

18273 TABONY LN
LIVINGSTON LA 70754
LIVINGSTON COUNTY

---

**BRIDGES, DWAYNE PAUL**

| | | | |
|---|---|---|---|
| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | XXXX - issued in LA between 1979-1980 | DOB: | ▮1972 |

| | | | | | |
|---|---|---|---|---|---|
| Possible AKA: | BRIDGS, DWAYNE P | SSN: | | DOB: | ▮1972 |
| Possible AKA: | BRIDGS, DWAYNE P | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, DWAYNE P | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, DUANE | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, DWAYNE | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, DWAYNE P | SSN: | XXXX | DOB: | ▮1972 |
| Possible AKA: | BRIDGS, DWAYNE | SSN: | | DOB: | |
| Possible AKA: | BRIDGES, DWYANE | SSN: | | DOB: | |
| Possible AKA: | BRIDGS, DWAYNE | SSN: | | DOB: | ▮1972 |

**Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1991 - 10/31/2015 | * | |

628 DESTIN DR
FORT WORTH TX 76131
TARRANT COUNTY

01/01/2014 - 06/30/2014

**KAPITUS EX. 13 - 263**

Kapitus_000263

\*

1045 GREEN RIDGE TER
SAGINAW TX 76179
TARRANT COUNTY

01/01/2001 - 11/30/2013    9221 GREAT SMOKEY AV
BATON ROUGE LA 70814
EAST BATON ROUGE COUNTY

11/17/2007 - 12/04/2007    \*                285-3809

17210 OLIVE DR
LIVINGSTON LA 70754
LIVINGSTON COUNTY

07/24/2006 - 08/07/2006    \*                (225) 686-0684

17650 MELANCON RD
LIVINGSTON LA 70754
LIVINGSTON COUNTY

06/01/1998 - 01/23/2003    254 DILLON DR B        285-3809
DYERSBURG TN 38024
DYER COUNTY

11/13/2000 - 01/23/2003    310 SYCAMORE DR    (225) 686-0684
GREENVILLE SC 29607
GREENVILLE COUNTY

12/01/1999 - 01/23/2003    16352 OLD HAMMOND HW
BATON ROUGE LA 70816
EAST BATON ROUGE COUNTY

05/01/1998 - 01/23/2003    \*                285-3809

200 CATHERINE ST
STARKVILLE MS 39759
OKTIBBEHA COUNTY

09/01/1998 - 01/23/2003    \*                (225) 686-0684

4131 BLOUNT RD
BATON ROUGE LA 70807
EAST BATON ROUGE COUNTY

07/18/2001 - 01/23/2003    \*                

39479 HIGHWAY 42
PRAIRIEVILLE LA 70769
ASCENSION COUNTY

07/18/2001 - 01/23/2003    PO BOX 1           (225) 686-0684
ACKERMAN MS 39735

**KAPITUS EX. 13 - 264**

Kapitus_000264

CHOCTAW COUNTY

---

**BRIDGES, CAMERON DAKOTA**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | ███XXXX - issued in TN in 1974 | **DOB:** | ███1987 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/16/2014 - 01/16/2014 | \* | (682) 224-5457 |
| | 628 DESTIN DR | |
| | FORT WORTH TX 76131 | |
| | TARRANT COUNTY | |

---

**BRIDGES, VALERIE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | ███1995 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 10/31/2015 | \* | |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

---

**BRIDGES, VALERIE**

| | | | |
|---|---|---|---|
| **Relative of:** | BRIDGES, DWAYNE | **Degree of Separation:** | 1 |
| **SSN:** | | **DOB:** | ███1995 |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2003 - 10/31/2015 | \* | (225) 698-3737 |
| | 18273 TABONY LN | |
| | LIVINGSTON LA 70754 | |
| | LIVINGSTON COUNTY | |

---

**BRIDGES, ASHLYN FAITH**

**KAPITUS EX. 13 - 265**

Kapitus_000265

| Relative of: | BRIDGES, DWAYNE | Degree of Separation: | 1 |
| SSN: | | DOB: | |

**\* Match with one of the subject's addresses**

| Date Range | Address | Phone # |
|---|---|---|
| 03/30/2015 - 03/30/2015 | \* | (682) 224-5457 |
| | 628 DESTIN DR<br>FORT WORTH TX 76131<br>TARRANT COUNTY | |

## Associates

**628 DESTIN DR FORT WORTH, TX 76131**
**TARRANT COUNTY**

### 1. HUMPHREY, TRAVIS
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 09/20/2015 - 09/20/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

### 2. BRIDGS, M D
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 03/17/2010 - 04/08/2010 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | (682) 224-5457 |

### 3. LEE, MARCIA EDITH
**SSN:** ▮▮▮ XXXX - issued in MA between 1979-1980
**DOB (Age):** ▮▮▮ 1974 (41)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/1996 - 10/02/2015 | 1289 N BAYSHORE DR<br>VALPARAISO, FL 32580<br>OKALOOSA COUNTY | |
| 09/07/2015 - 09/07/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 06/30/1996 - 12/15/2014 | 52 YACHT CLUB DR | |

**KAPITUS EX. 13 - 266**

Kapitus_000266

FT WALTON BEACH, FL 32548
OKALOOSA COUNTY

03/06/2002 - 07/01/2011          411 GOVERNMENT AV
                                 VALPARAISO, FL 32580
                                 OKALOOSA COUNTY

04/04/1998 - 05/29/2009          54 YATE CLUB DR
                                 FT WALTON BCH, FL 32548
                                 OKALOOSA COUNTY

01/01/1994 - 01/23/2003          2704 NW 52ND ST APT T2
                                 LAWTON, OK 73505
                                 COMANCHE COUNTY

03/10/1997 - 01/23/2003          100 8TH AVE APT 2
                                 SHALIMAR, FL 32579
                                 OKALOOSA COUNTY

12/01/1998 - 01/23/2003          402 ROGERS ST D
                                 FORT WALTON BEACH, FL 32548
                                 OKALOOSA COUNTY

05/20/1998 - 01/23/2003          33 NE LAURIE DR
                                 FORT WALTON BEACH, FL 32548
                                 OKALOOSA COUNTY

07/24/1999 - 02/13/2001          54 YACHT DR
                                 FORTWALTONBEACH, FL 32548
                                 OKALOOSA COUNTY

07/12/1997 - 02/02/1998          33 NE LORI DR
                                 FT WALTON BCN, FL 32548

06/28/1996 - 11/24/1997          2347 NEBRASKA AVE
                                 METAIRIE, LA 70003
                                 JEFFERSON COUNTY

4. GREEN, BRAD S
**SSN:**
**DOB (Age):**              █████ 1960 (56)

| Date Range | Address | Phone # |
| --- | --- | --- |
| 05/01/2013 - 06/12/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

**KAPITUS EX. 13 - 267**

**5. IRVIN, AMY**
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 07/06/2010 - 07/09/2010 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| Not available | PO BOX 2926<br>GRAPEVINE, TX 76099<br>TARRANT COUNTY | |

**6. HUMPHREY, TRAVIS**
**SSN:**
**DOB (Age):** ███/1973 (42)

| Date Range | Address | Phone # |
|---|---|---|
| 09/07/2015 - 09/07/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

**7. HUMPHREY, CANDI**
**SSN:** ███XXXX - issued in LA in 1983
**DOB (Age):** ███1983 (33)

| Date Range | Address | Phone # |
|---|---|---|
| 11/06/2015 - 11/06/2015 | 14049 TANGLEBRUSH TRL<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 01/01/2003 - 06/29/2015 | 8700 SHAREE PL<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 03/13/2003 - 10/31/2014 | 8802 CALIENTE AVE<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | (225) 665-9544 |
| 01/08/2013 - 01/08/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 04/28/2001 - 04/18/2009 | 139 COUNTRY LN<br>MINDEN, LA 71055<br>WEBSTER COUNTY | |
| 10/05/2004 - 10/05/2004 | 25710 CUYHANGA DR<br>DENHAM SPRINGS, LA 70726 | |

**KAPITUS EX. 13 - 268**

Kapitus_000268

LIVINGSTON COUNTY

| 12/11/2001 - 11/16/2003 | 412 HEIFER RUN<br>PEARL RIVER, LA 70452<br>SAINT TAMMANY COUNTY |
| --- | --- |
| 08/03/2002 - 08/03/2002 | 814 HAMMOND MANOR DR APT B<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY |

## 8. JOHNSON, BETTY

**SSN:** ▮▮▮▮ XXXX - issued in TN in 1963
**DOB (Age):** ▮▮▮ 1947 (68)

| Date Range | Address | Phone # |
| --- | --- | --- |
| 08/04/2010 - 05/12/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 02/13/2013 - 11/10/2014 | 9705 FOX HILL DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 07/09/2013 - 07/09/2013 | 5521 PALMER BLVD<br>SARASOTA, FL 34232<br>SARASOTA COUNTY | |
| 01/01/2002 - 05/31/2013 | 10065 ADAM DR<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | (225) 667-4735 |
| 03/26/2005 - 03/26/2005 | 16352 OLD HAMMOND HWY TRLR 63<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |
| 01/01/1994 - 01/23/2003 | 12254 LA MARGIE APT 149<br>BATON ROUGE, LA 70815<br>EAST BATON ROUGE COUNTY | |
| 01/01/1991 - 12/31/1991 | 16352 OLD HAMMOND HWY TRLR 289<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |

## 9. HUMPHREY, TRAVIS

**SSN:**
**DOB (Age):** ▮▮▮ 1973 (42)

| Date Range | Address | Phone # |
| --- | --- | --- |

**KAPITUS EX. 13 - 269**

09/07/2015 - 09/07/2015        628 DESTIN DR
FORT WORTH, TX 76131
TARRANT COUNTY

### 10. HUMPHREY, CANDI

**SSN:** ▉▉▉▉ XXXX - issued in LA in 1983
**DOB (Age):** ▉▉▉▉ 1983 (33)

| Date Range | Address | Phone # |
|---|---|---|
| 11/06/2015 - 11/06/2015 | 14049 TANGLEBRUSH TRL<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 01/01/2003 - 06/29/2015 | 8700 SHAREE PL<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 03/13/2003 - 10/31/2014 | 8802 CALIENTE AVE<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | (225) 665-9544 |
| 01/08/2013 - 01/08/2013 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |
| 04/28/2001 - 04/18/2009 | 139 COUNTRY LN<br>MINDEN, LA 71055<br>WEBSTER COUNTY | |
| 10/05/2004 - 10/05/2004 | 25710 CUYHANGA DR<br>DENHAM SPRINGS, LA 70726<br>LIVINGSTON COUNTY | |
| 12/11/2001 - 11/16/2003 | 412 HEIFER RUN<br>PEARL RIVER, LA 70452<br>SAINT TAMMANY COUNTY | |
| 08/03/2002 - 08/03/2002 | 814 HAMMOND MANOR DR APT B<br>BATON ROUGE, LA 70816<br>EAST BATON ROUGE COUNTY | |

### 11. SPARKS, GREGORY

**SSN:** ▉▉▉▉ XXXX - issued in CO between 1969-1970
**DOB (Age):** ▉▉▉▉ 1955 (61)

| Date Range | Address | Phone # |
|---|---|---|
| 11/21/2015 - 11/21/2015 | 2290 SKYVIEW LN APT 3110<br>COLORADO SPRINGS, CO 80904 | |

**KAPITUS EX. 13 - 270**

**Kapitus_000270**

EL PASO COUNTY

03/31/2007 - 10/02/2015     6901 TULANE DR
AUSTIN, TX 78723
TRAVIS COUNTY

06/01/2012 - 08/25/2014     628 DESTIN DR
FORT WORTH, TX 76131
TARRANT COUNTY

10/13/2011 - 08/03/2014     9511 ABERDEEN WA
AUSTIN, TX 78753
TRAVIS COUNTY

04/15/2014 - 04/15/2014     9511 B ABERDEEN WAY
AUSTIN, TX 78753
TRAVIS COUNTY

06/19/2010 - 03/03/2013     6807 SURACUSE COVE
AUSTIN, TX 78723
TRAVIS COUNTY

12/05/1992 - 10/31/2012     2201 E 22ND ST                (512) 241-1751
AUSTIN, TX 78722
TRAVIS COUNTY

12/05/1992 - 10/26/2011     19191
AUSTIN, TX 78760
TRAVIS COUNTY

12/14/2009 - 10/07/2011     5702 EXETER DR
AUSTIN, TX 78723
TRAVIS COUNTY

06/01/2010 - 06/01/2010     123 PIERCE DR                634-3309
COLORADO SPRINGS, CO 80906
EL PASO COUNTY

06/01/2010 - 06/01/2010     1710 LORRAINE ST             634-3309
COLORADO SPRINGS, CO 80905
EL PASO COUNTY

02/07/2009 - 03/09/2009     5706 SANDHURST CIR
AUSTIN, TX 78723
TRAVIS COUNTY

08/01/2007 - 09/24/2007     6901 TRENDAL LN
AUSTIN, TX 78744
TRAVIS COUNTY

**KAPITUS EX. 13 - 271**

**Kapitus_000271**

| | | |
|---|---|---|
| 08/01/2006 - 12/09/2006 | 7442 BANBERRY DR<br>COLORADO SPRINGS, CO 80925<br>EL PASO COUNTY | |
| 01/01/1995 - 12/09/2005 | 116 N 23RD ST<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | |
| 07/08/2002 - 08/16/2002 | 331 ELLERS GRV<br>COLO SPGS, CO 80916<br>EL PASO COUNTY | |
| 04/23/2002 - 04/23/2002 | 5145 HARRINGTON DR<br>COLORADO SPRINGS, CO 80911<br>EL PASO COUNTY | |
| 01/01/1994 - 11/13/2000 | 919 N 19TH ST APT 16<br>COLORADO SPRINGS, CO 80904<br>EL PASO COUNTY | 634-3309 |
| 01/01/2000 - 02/05/2000 | 4234 CHARLESTON DR<br>COLORADO SPRINGS, CO 80916<br>EL PASO COUNTY | |
| 12/05/1992 - 02/17/1998 | PO BOX 19191<br>AUSTIN, TX 78760<br>TRAVIS COUNTY | |
| 03/12/1991 - 04/01/1995 | 2475 HANCOCK EXPY APT 306<br>COLORADO SPRINGS, CO 80910<br>EL PASO COUNTY | |
| 01/01/1993 - 12/31/1993 | 1717 ALLEGHANY DR<br>AUSTIN, TX 78741<br>TRAVIS COUNTY | |
| 01/01/1993 - 12/31/1993 | POB<br>AUSTIN, TX 78760<br>TRAVIS COUNTY | |
| 01/01/1992 - 12/31/1992 | 1717 BOX 19191<br>INDUSTRY, TX 78944<br>AUSTIN COUNTY | |
| 01/01/1989 - 12/31/1989 | 112 BONFOY AVE APT 19<br>COLO SPGS, CO 80909<br>EL PASO COUNTY | |

**KAPITUS EX. 13 - 272**

Not available

320 E BOULDER ST
COLORADO SPRINGS, CO 80903
EL PASO COUNTY

Not available

116 N TWENTY THIRD ST
COLORADO SPRINGS, CO 80904
EL PASO COUNTY

Not available

1309 SOUTHPORT DR
AUSTIN, TX 78704
TRAVIS COUNTY

### 12. JASON, MARTINEZ
**SSN:**
**DOB (Age):** ████ 1989 (26)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2015 - 12/31/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

### 13. MARTINEZ, JASON
**SSN:**
**DOB (Age):** ████ 1989 (26)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2015 - 12/31/2015 | 628 DESTIN DR<br>FORT WORTH, TX 76131<br>TARRANT COUNTY | |

### 1150 BLUE MOUND RD W HASLET, TX 76052
### TARRANT COUNTY

### 1. SOARES, JEFF
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 05/21/2014 - 06/01/2014 | 1150 BLUE MOUND RD W<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 2. BOREN, JOHN
**SSN:**

**KAPITUS EX. 13 - 273**

**Kapitus_000273**

| Date Range | Address | Phone # |
|---|---|---|
| 02/02/2014 - 07/26/2015 | 1150 BLUE MOUND RD<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 09/21/2014 - 09/21/2014 | 1150 BLUE MOUND RD 601<br>HASLET, TX 76052 | |

## 3. BOREN, JOHN
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 05/16/2015 - 05/16/2015 | 1150 BLUE MOUND RD<br>HASLET, TX 76052<br>TARRANT COUNTY | |

## 4. CURTISS, JESSIE
**SSN:** ████ XXXX - issued in ID in 1975
**DOB (Age):** ████ 1974 (41)

| Date Range | Address | Phone # |
|---|---|---|
| 02/12/2016 - 02/12/2016 | 1111 EAGLE DR<br>MOREHEAD, KY 40351<br>ROWAN COUNTY | (817) 439-3852 |
| 09/04/2014 - 02/10/2016 | 29342 PARMA RD<br>PARMA, ID 83660<br>CANYON COUNTY | (208) 722-7862 |
| 09/20/2015 - 11/17/2015 | 13861 RACEWAY DR APT 314<br>NORTHLAKE, TX 76262<br>TARRANT COUNTY | |
| 11/17/2006 - 10/02/2015 | 28768 DIXIE RD<br>PARMA, ID 83660<br>PAYETTE COUNTY | |
| 01/01/1995 - 11/25/2014 | 203 E TUCKER AV<br>PARMA, ID 83660<br>CANYON COUNTY | |
| 10/24/2014 - 10/28/2014 | 1150 BLUE MOUND RD 501<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 01/01/2010 - 12/05/2013 | 12768 TAYLOR FRANCES LN<br>HASLET, TX 76052 | |

**KAPITUS EX. 13 - 274**

Kapitus_000274

TARRANT COUNTY

| | | |
|---|---|---|
| 11/19/2005 - 12/29/2006 | PO BOX 273<br>PARMA, ID 83660<br>CANYON COUNTY | |
| 11/19/2005 - 12/29/2006 | 273<br>PARMA, ID 83660<br>CANYON COUNTY | |
| 07/10/1995 - 10/20/2006 | 509 N 5TH ST<br>PARMA, ID 83660<br>CANYON COUNTY | |
| 09/22/2004 - 10/07/2004 | 206 E TUCKER AV<br>PARMA, ID 83660<br>CANYON COUNTY | |
| Not available | 28732 DIXIE RD<br>PARMA, ID 83660<br>PAYETTE COUNTY | |

## 5. CURETON, CHRISTOPHER

**SSN:** ████ XXXX - issued in TX in 1991
**DOB (Age):** ████ 1979 (36)

| Date Range | Address | Phone # |
|---|---|---|
| 04/17/2015 - 08/25/2015 | 2650 CEDAR SPRINGS RD<br>DALLAS, TX 75201<br>DALLAS COUNTY | |
| 01/01/2013 - 08/25/2015 | 101 ARROWLAKE RD.<br>WIMBERLEY, TX 78676<br>HAYS COUNTY | |
| 04/22/2015 - 08/15/2015 | 1150 BLUE MOUND RD 503<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 05/20/2010 - 04/24/2015 | 7805 S BALLANTRAE DR<br>MCKINNEY, TX 75070<br>COLLIN COUNTY | (214) 476-9737 |
| 04/16/2015 - 04/16/2015 | 2650 CEDAR SPRINGS RD 7741<br>DALLAS, TX 75201<br>DALLAS COUNTY | |
| 01/01/2012 - 02/28/2015 | 1479 TREBLED WATERS TRL<br>DRIFTWOOD, TX 78619 | |

**KAPITUS EX. 13 - 275**

HAYS COUNTY

| | | |
|---|---|---|
| 01/01/2014 - 04/22/2014 | 7 HUNTINGWOOD RETREAT<br>SAVANNAH, GA 31411<br>CHATHAM COUNTY | |
| 04/02/2014 - 04/07/2014 | 6701 STATE HIGHWAY 195<br>KILLEEN, TX 76542<br>BELL COUNTY | |
| 09/20/2002 - 02/29/2012 | 16250 KNOLL TRAIL DR STE 201<br>DALLAS, TX 75248<br>DALLAS COUNTY | |
| 11/22/2011 - 01/30/2012 | 4136 BRUNSWICK DR<br>DALLAS, TX 75220<br>DALLAS COUNTY | |
| 02/23/2006 - 10/13/2011 | 3905 POTOMAC AV<br>FORT WORTH, TX 76107<br>TARRANT COUNTY | |
| 06/14/2011 - 06/14/2011 | 6 CUTHBERT LN<br>SAVANNAH, GA 31411<br>CHATHAM COUNTY | |
| 07/17/2009 - 10/07/2010 | 2610 CRAZYHORSE PA<br>AUSTIN, TX 78734<br>TRAVIS COUNTY | (512) 925-2102 |
| 06/09/2010 - 09/06/2010 | 6216 CALLOWAY DR<br>MCKINNEY, TX 75070<br>COLLIN COUNTY | |
| 06/01/2010 - 07/04/2010 | 2610 CRAZYHORSE PA<br>AUSTIN, TX 78734 | (713) 222-6310 |
| 05/06/2010 - 05/06/2010 | 280 UNIVERSITY BLVD<br>ROUND ROCK, TX 78665<br>WILLIAMSON COUNTY | |
| 09/20/2002 - 10/23/2009 | 16250 DALLAS PKWY STE 201<br>DALLAS, TX 75248<br>DALLAS COUNTY | (214) 476-9736 |
| 01/26/1995 - 04/05/2009 | 9846 GOODING DRIVE<br>DALLAS, TX 75220<br>DALLAS COUNTY | |

**KAPITUS EX. 13 - 276**

**Kapitus_000276**

| 08/26/2003 - 08/16/2006 | 1107 SHADY OAKS CIR<br>MCKINNEY, TX 75070<br>COLLIN COUNTY |
|---|---|
| 02/01/2006 - 02/01/2006 | 3324 MCKINNEY AVE<br>DALLAS, TX 75204<br>DALLAS COUNTY |
| 02/28/2005 - 09/19/2005 | 5445 CARUTH HAVEN LN APT 414<br>DALLAS, TX 75225<br>DALLAS COUNTY |
| 08/25/2005 - 08/25/2005 | 222 W 4TH ST APT 401<br>FORT WORTH, TX 76102<br>TARRANT COUNTY |
| 01/10/2005 - 01/10/2005 | 1609 FIFE HILLS DR<br>MCKINNEY, TX 75070<br>COLLIN COUNTY |
| 12/20/2002 - 04/09/2004 | 705 MAIN ST STE 604<br>HOUSTON, TX 77002<br>HARRIS COUNTY | (713) 222-6310 |
| 02/11/2001 - 07/13/2002 | 15301 DALLAS PKWY STE 730<br>ADDISON, TX 75001<br>DALLAS COUNTY |
| 08/30/2001 - 08/30/2001 | 1600 ANN BRANDEN BLVD APT 413<br>NORMAN, OK 73071<br>CLEVELAND COUNTY |
| Not available | 101 ARROWLAKE RD<br>WIMBERLEY, TX 78676 |

6. CURETON, CHRISTOPHER
SSN:

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2015 - 06/30/2015 | 1150 BLUE MOUND RD<br>HASLET, TX 76052<br>TARRANT COUNTY | |

7. WRIGHT, ANTHONY
SSN:

**KAPITUS EX. 13 - 277**

Kapitus_000277

| Date Range | Address | Phone # |
|---|---|---|
| 10/02/2015 - 10/02/2015 | 1150 BLUE MOUND RD 203<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 8. CANAL, JOSHUA
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 09/29/2014 - 09/29/2014 | 1150 BLUE MOUND RD 603<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 9. BOREN, JOHN
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 05/16/2015 - 07/17/2015 | 1150 BLUE MOUND RD W<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 10. BOREN, JOHN
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 05/16/2015 - 07/17/2015 | 1150 BLUE MOUND RD<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 11. MANLEY, JENNIFER
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 11/16/2014 - 11/16/2014 | 1150 BLUE MOUND<br>HASLET, TX 76052<br>TARRANT COUNTY | |

### 12. MEDFORD, CHASE
**SSN:** ▮▮▮▮ XXXX - issued in TX between 1989-1990
**DOB (Age):** ▮▮▮ 1983 (32)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2008 - 04/30/2016 | 9028 TATE AVE<br>FORT WORTH, TX 76244 | |

**KAPITUS EX. 13 - 278**

Kapitus_000278

TARRANT COUNTY

| | | |
|---|---|---|
| 01/01/2015 - 12/31/2015 | 9836 SALEM WAY UNIT A<br>WACO, TX 76708<br>MCLENNAN COUNTY | (817) 337-4631 |
| 05/16/2014 - 05/16/2014 | 1150 BLUE MOUND RD W<br>HASLET, TX 76052<br>TARRANT COUNTY | |
| 10/23/2013 - 10/23/2013 | PO BOX 2757<br>FORT WORTH, TX 76244<br>TARRANT COUNTY | |
| 05/25/2007 - 03/06/2009 | 436 MARSHA ST<br>KELLER, TX 76248<br>TARRANT COUNTY | |
| 01/12/2009 - 01/12/2009 | 436 MARSHALL LN<br>KELLER, TX 76248 | |
| 09/01/2006 - 06/26/2007 | 8299 SMALL BLOCK RD APT 1331<br>NORTHLAKE, TX 76262<br>DENTON COUNTY | |
| 01/06/2003 - 05/18/2007 | 2812 CECIL DR<br>RICHLAND HILLS, TX 76118<br>TARRANT COUNTY | |
| 09/24/2006 - 09/24/2006 | 5299 SMALLBLOCK RD APT 1331<br>ROANOKE, TX 76262<br>DENTON COUNTY | |
| 06/08/2006 - 06/08/2006 | 268 EUREKA<br>FORT WORTH, TX 76118<br>TARRANT COUNTY | |
| 07/06/2004 - 07/06/2004 | 3709 POPPLEWELL ST<br>RICHLAND HILLS, TX 76118<br>TARRANT COUNTY | |
| 01/04/2004 - 01/13/2004 | 1207 JENKINS AVE APT 206<br>NORMAN, OK 73019<br>CLEVELAND COUNTY | |
| 07/13/2001 - 01/24/2003 | 7429 DEAVER DR<br>NORTH RICHLAND HILLS, TX 76180<br>TARRANT COUNTY | |

**KAPITUS EX. 13 - 279**

**Kapitus_000279**

Not available                    7428 DEAVER DR
                                 FORT WORTH, TX 76180
                                 TARRANT COUNTY

13. CURETON, CHRISTOPHER
**SSN:**

| Date Range | Address | Phone # |
|---|---|---|
| 06/20/2015 - 06/20/2015 | 1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY | (817) 439-8324 |

## 1045 GREEN RIDGE TER SAGINAW, TX 76179
## TARRANT COUNTY

1. ROBERTS, THERESA
**SSN:** ████ XXXX - issued in TX in 1973
**DOB (Age):** ████ 1962 (53)

| Date Range | Address | Phone # |
|---|---|---|
| 01/01/2015 - 06/30/2015 | 709 CENTURY DR MOORE, OK 73160 CLEVELAND COUNTY | |
| 03/31/2014 - 06/02/2015 | PO BOX 263 DURANT, OK 74702 BRYAN COUNTY | |
| 01/01/2007 - 05/31/2015 | 1045 GREEN RIDGE TER SAGINAW, TX 76179 TARRANT COUNTY | |
| 02/01/2013 - 02/01/2013 | 805 N WOOD ST NEWCASTLE, WY 82701 WESTON COUNTY | |
| 07/16/2009 - 10/12/2012 | 101 W 10TH ST STE 126 SHAWNEE, OK 74801 POTTAWATOMIE COUNTY | (405) 395-7873 |
| 08/25/2009 - 08/25/2009 | 9800 HIGHWAY 177 SHAWNEE, OK 74804 POTTAWATOMIE COUNTY | |
| 08/20/1998 - 01/02/2009 | 100 SUMMER OAKS DR | |

**KAPITUS EX. 13 - 280**

**Kapitus_000280**

|  |  |  |
|---|---|---|
|  | MCLOUD, OK 74851 |  |
|  | POTTAWATOMIE COUNTY |  |
| 09/01/2008 - 09/01/2008 | 120 NE 21ST ST | (405) 912-4755 |
|  | MOORE, OK 73160 |  |
|  | CLEVELAND COUNTY |  |
| 01/21/2003 - 12/14/2007 | 33709 45TH ST |  |
|  | SHAWNEE, OK 74804 |  |
|  | POTTAWATOMIE COUNTY |  |
| 03/17/2006 - 10/04/2007 | 9200 SE 29TH ST TRLR 95 |  |
|  | OKLAHOMA CITY, OK 73130 |  |
|  | OKLAHOMA COUNTY |  |
| 02/20/2006 - 12/08/2006 | 6391 NW 63RD ST APT 368 | (580) 695-2666 |
|  | OKLAHOMA CITY, OK 73132 |  |
|  | OKLAHOMA COUNTY |  |
| 04/08/2006 - 04/08/2006 | 1624 KIMBERLY RD APT 76 |  |
|  | AMARILLO, TX 79111 |  |
|  | POTTER COUNTY |  |
| 03/31/2006 - 03/31/2006 | 1325 WHITE OAK RD |  |
|  | MOORE, OK 73160 |  |
|  | CLEVELAND COUNTY |  |
| 11/03/2005 - 11/03/2005 | 1225 WHITEOAK RD |  |
|  | OKLAHOMA CITY, OK 73160 |  |
|  | CLEVELAND COUNTY |  |
| 06/26/2004 - 06/26/2004 | 921 NE 12TH ST APT 63 |  |
|  | MOORE, OK 73160 |  |
|  | CLEVELAND COUNTY |  |
| 04/18/2001 - 04/18/2001 | 100 100 SUMMER OAKS |  |
|  | MCCLOUD, OK 74857 |  |
|  | CLEVELAND COUNTY |  |
| 01/01/1991 - 05/13/1999 | 3333 W NORTHSIDE DR LOT 12 |  |
|  | CLINTON, MS 39056 |  |
|  | HINDS COUNTY |  |
| 03/18/1997 - 04/22/1998 | 807 CITY AVE APT 109 |  |
|  | MOORE, OK 73160 |  |
|  | CLEVELAND COUNTY |  |
| 10/09/1997 - 01/14/1998 | 319 W MAIN ST APT 2 |  |
|  | PURCELL, OK 73080 |  |

**KAPITUS EX. 13 - 281**

Kapitus_000281

MCCLAIN COUNTY

| | |
|---|---|
| 01/01/1996 - 12/31/1996 | RR1 BOX 127B<br>WAYNE, OK 73095<br>MCCLAIN COUNTY |
| 04/22/1996 - 04/22/1996 | 127B RR1<br>WAYNE, OK 73095<br>MCCLAIN COUNTY |
| 01/01/1994 - 01/13/1995 | 2704 SW 30TH ST<br>OKLAHOMA CITY, OK 73119<br>OKLAHOMA COUNTY |
| 03/05/1993 - 07/11/1994 | 176 ARBOR HILL DR<br>JACKSON, MS 39204<br>HINDS COUNTY |
| Not available | 1602 S LIPSCOMB ST<br>AMARILLO, TX 79102<br>POTTER COUNTY |
| Not available | 2729 SE 93RD ST<br>MOORE, OK 73160<br>CLEVELAND COUNTY |
| Not available | 1617 KIMBERLY RD<br>AMARILLO, TX 79111<br>POTTER COUNTY |

## Associate Analytics Chart

| ASSOCIATION | GLOBAL SANCTIONS? | OFAC? | ARREST RECORDS? | CRIMINAL RECORDS? | BANKRUPTCY? |
|---|---|---|---|---|---|
| RELATIVES | | | | | |
| Bennett, Teresa F | NO | NO | NO | NO | NO |
| Bridges, Ashlyn Faith | NO | NO | NO | NO | NO |
| Bridges, Ashlyn Faith | NO | NO | NO | NO | NO |
| Bridges, Barbara A | NO | NO | NO | NO | NO |
| Bridges, Brandi | NO | NO | NO | NO | NO |
| Bridges, Bryan K | NO | NO | NO | NO | NO |
| Bridges, Cameron Dakota | NO | NO | YES | NO | NO |
| Bridges, Dana | NO | NO | NO | NO | NO |
| Bridges, Dana | NO | NO | NO | NO | NO |
| Bridges, Dana | NO | NO | NO | NO | NO |
| Bridges, Dwayne | NO | NO | NO | NO | NO |
| Bridges, Faye | NO | NO | NO | NO | NO |

**KAPITUS EX. 13 - 282**

Kapitus_000282

| | | | | |
|---|---|---|---|---|
| Bridges, Jason | NO | NO | NO | NO | NO |
| Bridges, Kelly | NO | NO | NO | NO | NO |
| Bridges, Nelie D | NO | NO | NO | NO | NO |
| Bridges, Nellie | NO | NO | NO | NO | NO |
| Bridges, Newborn Female | NO | NO | NO | NO | NO |
| Bridges, Nicole D | NO | NO | NO | NO | NO |
| Bridges, Paul L | NO | NO | NO | NO | NO |
| Bridges, Valerie | NO | NO | NO | NO | NO |
| Bridges, Valerie | NO | NO | NO | NO | NO |
| Bridgs, Dwayne P | NO | NO | NO | NO | NO |
| Bridgs, M D | NO | NO | NO | NO | NO |
| ASSOCIATES | | | | | |
| Boren, John | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Boren, John | NO | NO | NO | NO | NO |
| Bridges, Ashlyn Faith | NO | NO | NO | NO | NO |
| Bridges, Ashlyn Faith | NO | NO | NO | NO | NO |
| Canal, Josh | NO | NO | NO | NO | NO |
| Canal, Joshua | NO | NO | NO | NO | NO |
| Cureton, Christopher | NO | NO | NO | NO | NO |
| Cureton, Christopher | NO | NO | NO | NO | NO |
| Cureton, Christopher | NO | NO | NO | NO | NO |
| Curtiss, J | NO | NO | NO | NO | YES |
| Curtiss, Trevor | NO | NO | NO | NO | YES |
| Garley, Adam M | NO | NO | NO | YES | NO |
| Gower, William | NO | NO | YES | NO | NO |
| Green, Brad S | NO | NO | NO | YES | NO |
| Humphrey, Candy | NO | NO | NO | NO | NO |
| Humphrey, Candy | NO | NO | NO | NO | NO |
| Humphrey, Travis | NO | NO | NO | NO | NO |
| Humphrey, Travis | NO | NO | NO | NO | NO |
| Humphrey, Travis | NO | NO | NO | NO | NO |
| Irvin, Amy | NO | NO | NO | NO | NO |
| Jason, Martinez | NO | NO | NO | NO | NO |
| Johnson, Betty | NO | NO | NO | NO | NO |
| Lee, Marcia E | NO | NO | NO | NO | YES |
| Little, Teresa | NO | NO | NO | NO | YES |
| Manley, Jennifer | NO | NO | NO | NO | NO |
| Martinez, Jason | NO | NO | NO | NO | NO |
| Medford, Chase | NO | NO | NO | YES | YES |
| Smith, Kristen | NO | NO | NO | NO | YES |
| Soares, Jeff | NO | NO | NO | NO | NO |
| Soares, Jeff | NO | NO | YES | YES | NO |
| Sparks, Greg | NO | NO | NO | NO | NO |
| Wright, Anthony | NO | NO | NO | NO | NO |

KAPITUS EX. 13 - 283

Neighbor Listings for Subject's Address

628 DESTIN DR FORT WORTH, TX 76131 TARRANT COUNTY

| Name | Street Address | Phone Number |
| --- | --- | --- |
| VANCLEAVE, MIRANDA | 9521 FOX HILL DR | |
| VANCLEAVE, HEIDI J | 9521 FOX HILL DR | (817) 268-0819 |
| VANCLEAVE, HOWARD L | 9521 FOX HILL DR | (817) 268-0819 |
| STEVENSON, KRISTINA | 9521 FOX HILL DR | (682) 286-9145 |
| STEVENSON, DUSTIN J | 9521 FOX HILL DR | 284-7108 |
| STEVENSON, CLAYTON | 9521 FOX HILL DR | |
| VANCLEAVE, MIRANDA L | 9521 FOX HILL DR | |
| VANCLEAVE, HOWARD L | 9521 FOX HILL DR | |
| FROST, C S | 613 DESTIN DR | (817) 297-4242 |
| TRIEU, JEANNY | 613 DESTIN DR | |
| TRIEU, MONTHA MEN | 613 DESTIN DR | |
| FROST, CHAD | 613 DESTIN DR | (817) 439-0568 |
| WINN, CLAYTON | 613 DESTIN DR | |
| REED, RODNEY BERNARD | 613 DESTIN DR | |
| SOUVANNA, ARICK A | 613 DESTIN DR | |
| TRIEU, JULIE | 613 DESTIN DR | |
| RYAN, KELLY BURTON | 613 DESTIN DR | |
| KRAMER, AUDRA | 613 DESTIN DR | |
| DICKEY, ALICIA | 613 DESTIN DR | |
| WINN, MARIA | 613 DESTIN DR | |
| DICKEY, ALICIA | 613 DESTIN DR | |
| SMITH, MIRANDA LEA | 625 CRANBROOK DR | |
| SMITH, DANIEL S | 625 CRANBROOK DR | (817) 232-3119 |
| STORY, TANGI M | 625 CRANBROOK DR | (817) 545-2928 |
| CASEBIER, CAITLIN PAIGE | 9600 FOX HILL DR | |
| CASEBIER, CHRISTIAN | 9600 FOX HILL DR | |
| STEVENS, DEANNA S | 629 DESTIN DR | 596-9835 |
| MILLER, ALEX | 629 DESTIN DR | (817) 337-3031 |
| BROOKS, JENNIFER | 629 DESTIN DR | (409) 983-1530 |
| DAVIS, SHELLEY | 629 DESTIN DR | |
| BROOKS, JENNIFER CHRISTINA | 629 DESTIN DR | |
| STEVENS, JASON L | 629 DESTIN DR | 825-6586 |
| STEVENS, JASON L | 629 DESTIN DR | (817) 514-1747 |
| SNETHEN, ANGELA F | 624 CRANBROOK DR | (972) 820-7546 |
| VANKIRK, STEPHANIE | 624 CRANBROOK DR | (940) 322-9993 |
| JOHNSON, JOHN A | 624 CRANBROOK DR | (817) 514-2496 |
| HELM, GEOFFREY HUNTER | 624 DESTIN DRIVE | |
| JORDAN, HAROLD J | 624 DESTIN DRIVE | |
| HELM, AMY JACQUELINE | 624 DESTIN DRIVE | (682) 708-5292 |
| HELM, KEVIN | 624 DESTIN DRIVE | (817) 306-6164 |
| BENTON, TRACY M | 632 DESTIN DR | 263-7733 |
| JEFFRESS, MICHAEL | 632 DESTIN DR | (817) 656-7303 |

KAPITUS EX. 13 - 284

| | | |
|---|---|---|
| GOOCH, STEVEN E | 632 DESTIN DR | |
| FRANK, JULIE M | 632 DESTIN DR | (817) 561-7687 |
| JEFFRESS, JULIE MARIE | 632 DESTIN DR | |
| FRENCH, MORGAN MORIAH | 9609 FOX HILL DRIVE | |
| NAGLE, CASSANDRA ALICIA | 9609 FOX HILL DRIVE | |
| OKON, RIOS RECAREDO | 9609 FOX HILL DRIVE | |
| FRENCH, MORIAH | 9609 FOX HILL DRIVE | |
| YATES, HILLARY A | 9609 FOX HILL DRIVE | |
| YATES, MICHAEL | 9609 FOX HILL DRIVE | (817) 306-0349 |
| OKON-RIOS, RECAREDO | 9609 FOX HILL DRIVE | |
| FRENCH, MARIAH | 9609 FOX HILL DRIVE | |
| PEARCE, TAYONNA I | 9601 FOX HILL DR | (817) 306-6236 |
| PEARCE, CORY L | 9601 FOX HILL DR | (817) 306-6236 |
| WILLIAMS, DALE R | 620 DESTIN DR | (817) 232-9241 |
| SPEARS, JULIANNE | 620 DESTIN DR | |
| WILLIAMS, DEBORAH L | 620 DESTIN DR | (817) 232-9241 |
| SPEARS, RAYMOND | 620 DESTIN DR | |
| SPEARS, CLARA W | 620 DESTIN DR | |
| MARRERO, ANDREANA | 620 DESTIN DR | |
| MARRERO, ANDREANA | 620 DESTIN DR | |
| SPEARS, DORIS | 620 DESTIN DR | |
| MARRERO, ANDREANA M | 620 DESTIN DR | |
| BODKIN, CHAD | 9600 FOX HILL DR | |
| CASEBIER, CHRISTIAN PAUL | 9600 FOX HILL DR | |
| MUENCH, STACI ANN | 9600 FOX HILL DR | |
| BODKIN, CHAD MICHAEL | 9600 FOX HILL DR | (817) 847-1215 |
| BODKIN, JENNIFER K | 9600 FOX HILL DR | |
| TOWNER, CODY | 616 DESTIN DR | |
| TOWNER, KRISTINA | 616 DESTIN DR | |
| TOWNER, CODY | 616 DESTIN DR | |
| MOORE, KRISTINA M | 616 DESTIN DR | |
| PITTS, STEVEN | 616 DESTIN DR | |
| HALCOMB, RANDALL | 616 DESTIN DR | |
| FEGE, BRIAN C | 9513 FOX HILL DR | 322-5537 |
| DRYSDALE, SMITH AMY | 9605 FOX HILL DR | (817) 306-1550 |
| SMITH, JASON M | 9605 FOX HILL DR | (817) 306-1550 |
| BEESON, LOREEN J | 612 DESTIN DR | |
| BEESON, LOREEN J | 612 DESTIN DR | |
| BEESON, LOREEN J | 612 DESTIN DR | |
| BEESON, LOREEN J | 612 DESTIN DR | |
| STOKES, KATHERYN JANNETTA | 612 DESTIN DR | |
| STOKES, KATHERINE RENEE | 612 DESTIN DR | |
| STOKES, JACK E | 612 DESTIN DR | |
| BIRMINGHAM, JOHN | 612 DESTIN DR | 646-5178 |
| STOKES, MACK B | 612 DESTIN DR | 220-8082 |
| WILLIAMS, AMBER K | 612 DESTIN DR | (972) 641-9999 |
| GLASER, KIMBERLY | 612 DESTIN DR | (402) 438-8624 |
| WALKER, KATHERINE R | 612 DESTIN DR | |
| GLASER, KIMBERLY | 612 DESTIN DR | |

**KAPITUS EX. 13 - 285**

| | | |
|---|---|---|
| KELLY, WEST | 640 CRANBROOK DRIVE | |
| WEST, CHARLES D | 640 CRANBROOK DRIVE | |
| LAFERNEY, RICK L | 640 CRANBROOK DRIVE | |
| HUNT, SCOTT | 640 CRANBROOK DRIVE | |
| CONTRERAS, CINDY | 640 CRANBROOK DRIVE | (817) 847-7599 |
| GRIFFITH, JIMMY S | 640 CRANBROOK DRIVE | |
| TAYLOR, BETTY H | 640 CRANBROOK DRIVE | |
| CHERRY, JAMES L | 640 CRANBROOK DRIVE | |
| GRIFFITH, TRESHELLE | 640 CRANBROOK DRIVE | |
| GRIFFITH, JIMMY S | 640 CRANBROOK DRIVE | |
| BUERKLE, SEAN | 9520 FOX HILL DR | |
| BUERKLE, GAIL A | 9520 FOX HILL DR | |
| BUERKLE, LEE A | 9520 FOX HILL DR | 326-2193 |
| BUERKLE, LOUIS A | 9520 FOX HILL DR | (513) 722-3444 |
| BUERKLE, CHRISTOPHER | 9520 FOX HILL DR | |
| BUERKLE, SEAN | 9520 FOX HILL DR | |
| ADAMS, MARSHA B | 9516 FOX HILL DR | (817) 847-9533 |
| DIVELEY, PAUL R | 9516 FOX HILL DR | (432) 694-6398 |
| POOR, SEAN A | 617 DESTIN DR | (817) 656-4919 |
| MCCLURKAN, PHILLIP A | 617 DESTIN DR | (504) 218-7065 |
| MCCLURKAN, CHRISTINA L | 617 DESTIN DR | 223-4442 |
| POOR, MICHAEL L | 617 DESTIN DR | |
| POOR, DEBORH | 617 DESTIN DR | |
| POOR, EATHEN | 617 DESTIN DR | |
| DISQUE, DANA | 9517 FOX HILL DR | |
| LARGENT, TINA M | 9517 FOX HILL DR | (817) 232-3714 |
| LARGENT, DAVID W | 9517 FOX HILL DR | (817) 281-5865 |
| LARGENT, TINA MARIE | 9517 FOX HILL DR | (817) 232-3714 |
| LARGENT, ZACKERY | 9517 FOX HILL DR | (817) 232-3714 |
| LARGENT, TRISHA | 9517 FOX HILL DR | (817) 232-3714 |
| LARGENT, TRISHA | 9517 FOX HILL DR | (817) 232-3714 |
| WYRICK, RONALD | 9601 FOX HILL DR | |
| WYRICK, RONALD | 9601 FOX HILL DR | |
| KORN, TAYONNA I | 9601 FOX HILL DR | (817) 306-6236 |
| ELIN, JAYME | 621 DESTIN DR | |
| ELIN, JAYME | 621 DESTIN DR | (682) 312-7062 |
| STRANGE, RANDY L | 621 DESTIN DR | (972) 642-4432 |
| STRANGE, CARLA S | 621 DESTIN DR | (972) 642-4432 |
| GRIMWOOD, BRIAN L | 621 DESTIN DR | (702) 646-4379 |
| PAUR, RANDEE L | 621 DESTIN DR | (214) 361-1245 |
| ELIN, ASHLEY | 621 DESTIN DR | (951) 769-6595 |
| WHITECOTTON, GERALDINE A | 621 DESTIN DR | |
| GRIMWOOD, STEPHANIE | 621 DESTIN DR | 344-0126 |
| ELIN, JONATHAN A | 621 DESTIN DR | (682) 312-7062 |
| GRIMWOOD, LISA L | 621 DESTIN DR | |
| GRIMWOOD, MICHAEL J | 621 DESTIN DR | |
| JIMENEZ, LOURDES R | 9613 FOX HILL DR | |
| OWENS, MILTON C | 9613 FOX HILL DR | |
| WALKER, CONSTANCE R | 9613 FOX HILL DR | |

Kapitus_000286

| | | |
|---|---|---|
| OWENS, ELIZABETH N | 9613 FOX HILL DR | (817) 306-7492 |
| OWENS, LOURDES | 9613 FOX HILL DR | |
| REYES, DILLARD | 9613 FOX HILL DR | |
| VAN, KRISTIAN | 9604 FOX HILL DR | |
| VANSTRYDONK, KRISTIAN | 9604 FOX HILL DR | |
| VANSTRYDONK, ALBERT V | 9604 FOX HILL DR | |
| VANSTRYDONK, KRISTIAN | 9604 FOX HILL DR | |
| ROUNTREE, RICHARD | 9604 FOX HILL DR | (817) 847-6396 |
| ROUNTREE, SHARON J | 9604 FOX HILL DR | (817) 847-6396 |
| DELAHOUSSAYE, ELIJAH JR. | 9512 FOX HILL DR | |
| DELAHOUSSAYE, ELIJAH JR. | 9512 FOX HILL DR | |
| DELAHOUSSAYE, DESTINY | 9512 FOX HILL DR | |
| POWELL, BRENAYE | 9512 FOX HILL DR | |
| ESCAMILLA, ANTHONY O | 9512 FOX HILL DR | (817) 292-4741 |
| REED, CHRISTOPHER | 9512 FOX HILL DR | |
| ESCAMILLA, MARIA | 9512 FOX HILL DR | |
| DELAHOUSSAYE, ROYAL | 9512 FOX HILL DR | (817) 232-5462 |
| HOOPER, JOSEPH | 9512 FOX HILL DR | |
| ESCAMILLA, MARIA | 9512 FOX HILL DR | |
| MCGINTY, ALLISON G | 9525 FOX HILL DR | (972) 313-2031 |
| ROEST, DEBBI D | 9525 FOX HILL DR | (817) 557-6815 |
| ROEST, ROBERT | 9525 FOX HILL DR | 680-1653 |
| SELF, JOSHUA | 9525 FOX HILL DR | (940) 387-3647 |
| SELF, JOSHUA S | 9525 FOX HILL DR | |
| MCGINTY, ALLISON GAYLE | 9525 FOX HILL DR | |
| HARPER, ANDREW | 636 CRANBROOK DR | |
| MOUNCE, JOHN W | 636 CRANBROOK DR | |
| STONE, JESSICA | 636 CRANBROOK DR | 799-7875 |
| TURNEY, SHEILA | 636 CRANBROOK DR | |
| LOVE, GARRETT PAYNE | 636 CRANBROOK DR | |
| LOVE, KAYCEY | 636 CRANBROOK DR | |
| LOVE, TARRON | 636 CRANBROOK DR | |
| MCALPINE, JOSHUA M | 636 CRANBROOK DR | |
| HARPER, JON | 636 CRANBROOK DR | |
| ROBERTS, KIZMET | 636 CRANBROOK DR | |
| HARPER, ANDREW | 636 CRANBROOK DR | |
| MCALPINE, ANNE | 636 CRANBROOK DR | |
| ROBERTS, KIZMET | 636 CRANBROOK DR | |
| MOUNCE, JOHN W | 636 CRANBROOK DR | |
| BARNES, JASON | 625 DESTIN DR | |
| MOON, BRIAN K | 625 DESTIN DR | |
| BRUCE, SHARIE | 625 DESTIN DR | (817) 306-8239 |
| BARNES, JASON LEE | 625 DESTIN DR | |
| JACKSON, MATTHEW PAUL | 625 DESTIN DR | |
| MOON, MICHELLE R | 625 DESTIN DR | |
| BROWN, TORREY K | 625 DESTIN DR | 927-9687 |
| BARNES, JASON | 625 DESTIN DR | |
| PHIPPS, SHAOOON | 9608 FOX HILL DR | |
| LAVELLE, SHANNON N | 9608 FOX HILL DR | (817) 847-6153 |

PHIPPS, RONALD   9608 FOX HILL DR

1150 BLUE MOUND RD W HASLET, TX 76052 TARRANT COUNTY

| Name | Street Address | Phone Number |
|---|---|---|
| BAKER, JOSHUA | 1128 BLUE MOUND RD W STE 100 | |
| GARLOCK, CHRISTY | 1128 BLUE MOUND RD W STE 100 | |
| HAYS, JEREMY S | 1128 BLUE MOUND RD W STE 100 | |
| READDY, EARL | 1150 BLUE MOUND RD W STE 824 | |
| GILLETTE, SCOTT R | 1150 BLUE MOUND RD W STE 707 | |
| MAGARIN, DAVID E | 1150 BLUE MOUND RD W STE 814 | |
| CANAL, JOSHUA P | 1150 BLUE MOUND RD W STE 603 | |
| CANAL, KATRINA M | 1150 BLUE MOUND RD W STE 603 | |
| CANAL, KATIE | 1150 BLUE MOUND RD W STE 603 | |
| WADDELL, MARK S JR. | 1150 BLUE MOUND RD W STE 815 | |
| WADDELL, MARK S JR. | 1150 BLUE MOUND RD W STE 815 | |
| DARLING, CHASSIDY MARIE | 1150 BLUE MOUND RD W STE 103 | |
| CURTISS, TREVOR A | 1150 BLUE MOUND RD W STE 501 | (817) 439-3852 |
| COOK, DAVID C | 1150 BLUE MOUND RD W STE 805 | |
| GILBERT, CODY WADE | 1150 BLUE MOUND RD W STE 504 | |
| GRIFFITH, CARLITA C | 1150 BLUE MOUND RD W STE 301 | |
| DUPREE, JACOB S | 1130 BLUE MOUND RD W STE 102 | |
| COOK, DAVID C | 1150 BLUE MOUND RD W STE 503 | |
| KIERNAN, DEBRA | 1150 BLUE MOUND RD W STE 503 | |
| KIERNAN, DEBRA | 1150 BLUE MOUND RD W STE 503 | |
| COOK, MICHAEL | 1150 BLUE MOUND RD W STE 503 | |
| MAGARIN, DAVID E | 1150 BLUE MOUND RD W STE 816 | |
| BRIDGES, DWAYNE P | | |
| DARLING, CHASSIDY MARIE | | |
| JIMENEZ, LUIS | 1130 BLUE MOUND RD W STE 404 | |
| JOHNSON, CHAD CHRISTOPHER | 1130 BLUE MOUND RD W STE 304 | |
| SMITH, KRISTEN | 1150 BLUE MOUND RD W STE 803 | |
| HICKS, MICHEAL | 1130 BLUE MOUND RD W | (682) 841-1883 |
| SAMS, CHARLOTTE M | 1130 BLUE MOUND RD W | |
| JIMENEZ, LUIS | 1130 BLUE MOUND RD W | |
| FOWLER, WILLIAM | 1130 BLUE MOUND RD W | (940) 482-3045 |
| COTTON, RODNEY S | 1130 BLUE MOUND RD W | |
| FOWLER, WILLIAM | 1130 BLUE MOUND RD W | (940) 482-3045 |
| HICKS, MICHEAL | 1130 BLUE MOUND RD W | |
| RIDLEY, RENEE C | 1150 BLUE MOUND RD W STE 706 | |
| DAVIDSON, AMBER | 1130 BLUE MOUND RD W STE 406 | |
| GOODFELLOW, PEGGY | 1130 BLUE MOUND RD W STE 306 | |
| COBB, GREGORY C | 1130 BLUE MOUND RD W STE 206 | |
| SPARKS, GREG DURAN | 1150 BLUE MOUND RD APT 201 | |
| SPARKS, GREG DURAN | 1150 BLUE MOUND RD APT 201 | |
| SPARKS, GREG | 1150 BLUE MOUND RD APT 201 | |
| COX, NANCY A | 1130 BLUE MOUND RD W STE 100 | |
| FOWLER, NANCY A | 1130 BLUE MOUND RD W STE 100 | |

**KAPITUS EX. 13 - 288**

Kapitus_000288

| Name | Street Address | Phone Number |
|---|---|---|
| FOWLER, WILLIAM | 1130 BLUE MOUND RD W STE 100 | |
| FENCE, ME IN | 1150 BLUE MOUND RD W STE 604 | |
| JANECKA, JOHN E | 1150 BLUE MOUND RD W STE 604 | |
| FENCE, ME IN | 1150 BLUE MOUND RD W STE 604 | |

## 1045 GREEN RIDGE TER SAGINAW, TX 76179 TARRANT COUNTY

| Name | Street Address | Phone Number |
|---|---|---|
| RENFRO, CODY D | 1069 GREEN RIDGE TER | |
| GRAMMER, CHRISTINE L | 1040 GREEN RIDGE TE | |
| JONES, JEREMIAH | 1053 GREEN RIDGE TER | (817) 594-7810 |
| JONES, JEREMIAH | 1053 GREEN RIDGE TER | (817) 594-7810 |
| JONES, JEREMIAH | 1053 GREEN RIDGE TER | |
| HULME, WILLIAM K | 831 WHITE ROCK ST | |
| FINLEY, JUSTIN | 831 WHITE ROCK ST | |
| HOWARD, GINA | 831 WHITE ROCK ST | |
| TAYLOR, KEVIN J | 1032 GREEN RIDGE TER | (817) 232-0056 |
| MORALES, DEANA | 822 WHITE ROCK ST | |
| ADAMS, RONALD L II. | 1041 GREEN RIDGE TER | |
| TAYLOR, STEPHANIE D | 1041 GREEN RIDGE TER | |
| ADAMS, STEPHINE | 1041 GREEN RIDGE TER | |
| VALENTINE, KHARY | 826 WHITE ROCK ST | |
| GALINDO, GUADALUPE | 1037 GREEN RIDGE TER | |
| PARAMO, IDALID | 1037 GREEN RIDGE TER | |
| RODRIGUEZ, GLENN R SR. | 1049 GREEN RIDGE TER | |
| RODRIGUEZ, GLENN R | 1049 GREEN RIDGE TER | 294-7018 |
| BURROWS, PAMELA S | 1060 GREEN RIDGE TER | (817) 847-0823 |
| DHAKAL, DEVENDRA | 830 WHITE ROCK ST | |
| MALLOY, BOBBIE J | 1065 GREEN RIDGE TE | (682) 286-0695 |
| ROBERTS, TERRY E | 1045 GREEN RIDGE TER | |
| BRIDGES, PAUL L | 1045 GREEN RIDGE TER | (817) 744-7126 |
| BRIDGES, SHELLY J | 1045 GREEN RIDGE TER | (817) 744-7126 |
| BRIDGES, PAUL | 1045 GREEN RIDGE TER | (817) 744-7126 |
| NEWSOM, SHANNON E | 1045 GREEN RIDGE TER | (405) 964-7905 |
| MAY, LEE A | 1045 GREEN RIDGE TER | |
| BRIDGES, SHELLY | 1045 GREEN RIDGE TER | (817) 236-0180 |
| CAMPBELL, DAVID W | 1045 GREEN RIDGE TER | |
| BRIDGES, DWAYNE P | 1045 GREEN RIDGE TER | (817) 744-7126 |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | |
| SERRANO, RANESSA L | 1048 GREEN RIDGE TER | (682) 224-4174 |
| HILGENDORF, JANA R | 1048 GREEN RIDGE TER | |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | (817) 420-9557 |
| GUEVARA, OLIVIA | 1048 GREEN RIDGE TER | (817) 420-9557 |
| GUEVARA, CARLOS | 1048 GREEN RIDGE TER | (817) 945-1363 |
| REA, PATRICIA G | 1044 GREEN RIDGE TER | |
| REA, RYAN T | 1044 GREEN RIDGE TER | 847-5784 |
| REA, ROY M IV. | 1044 GREEN RIDGE TER | 847-5784 |
| HERNANDEZ, ALICIA | 1044 GREEN RIDGE TER | |

**KAPITUS EX. 13 - 289**

Kapitus_000289

| | | |
|---|---|---|
| MYERS, JAMES D | 1052 GREEN RIDGE TERT | (817) 306-6143 |
| MYERS, JOY G | 1052 GREEN RIDGE TERT | (817) 306-6143 |
| CAMPBELL, DAVID W | 1045 GREEN RIDGE TER | (817) 238-8280 |
| STIERWALT, ELIZABETH G | 1036 GREEN RIDGE TE | |
| STIERWALT, LISA | 1036 GREEN RIDGE TE | (817) 847-8918 |
| STIERWALT, DAVID MARSHALL | 1036 GREEN RIDGE TE | |
| STIERWALT, DAVID | 1036 GREEN RIDGE TE | (817) 847-8918 |
| STIERWALT, KRISTOPHER | 1036 GREEN RIDGE TE | |
| STIERWALT, DAVID MARSHALL | 1036 GREEN RIDGE TE | (817) 847-8918 |
| FORTUNE, JODY E | 839 WHITE ROCK ST | |
| WEBB, SHAYLA | 823 WHITE ROCK ST | |
| GALINDO, GUADALUPE | 1037 GREEN RIDGE TER | |
| GADDY, STACY | 1040 GREEN RIDGE TER | |
| JONES, DEANNA M | 1053 GREEN RIDGE TER | |
| RODRIGUEZ, CYNTHIA | 1033 GREEN RIDGE TE | (817) 232-1944 |
| MARTINEZ, GILBERTO | 1033 GREEN RIDGE TE | (817) 847-6781 |
| SOLIS, CYNTHIA S | 1033 GREEN RIDGE TE | |
| HULME, KAYLA | 834 WHITE ROCK ST | |
| EDWARDS, ANGIE M | 834 WHITE ROCK ST | |
| BRENNAN, MARY S | 834 WHITE ROCK ST | |
| EAGER, ANNA | 835 WHITE ROCK ST | (682) 224-3191 |
| TAYLOR, KEVIN J | 1032 GREEN RIDGE TER | (817) 232-0056 |
| TAYLOR, CAROLYN D | 1032 GREEN RIDGE TER | |
| TAYLOR, SUE | 1032 GREEN RIDGE TER | |
| TAYLOR, SUE | 1032 GREEN RIDGE TER | (817) 232-0056 |
| ADAMS, RONALD L II. | 1041 GREEN RIDGE TER | |
| MYERS, JAMES D | 1052 GREEN RIDGE TER | (817) 306-6143 |
| MYERS, JENNIFER E | 1052 GREEN RIDGE TER | (817) 306-6143 |

Report section(s) with no matches

Death Records, Work Affiliations, Utility Services, SSN & Current Address Fraud Alerts, Other SSNs Associated with Subject, Other Records/Names Associated with Subject's SSN, Canadian White Pages, Email Addresses, Driver's Licenses, Marriage Records, Divorce Records, Professional & Recreational Licenses, Military Records, Political Donors, Voter Registrations, Licensed Drivers at Subject's Addresses, Global Sanctions, OFAC Infractions, Criminal Records, Warrants, and Traffic Citations, Arrest Records, Executive Affiliations, D&B Market Identifier Records, Significant Shareholders, Liens & Judgments, Bankruptcy Records, Lawsuit Records, Docket Records, Corporate Filings, UCC Filings, Real Property & Deed Transfers, Waterfront Residency, Real Property Pre-Foreclosure Records, Vehicle Registered at Subject's Addresses, Vehicles Registered to Subject, Watercraft, FAA Aircraft Registrations, Unclaimed Assets

**KAPITUS EX. 13 - 290**

**Kapitus_000290**

# Business Report | JUST CHILLIN HEATING & AIR CONDITIONING | 10/29/13 03:29 PM | Reference: CHILLIN

## Report Section Summary

User-Supplied Information (1)

Possible Dun & Bradstreet Records (1)

Possible Licenses (1)

Possible Watercraft (4)

Other Businesses Linked to the Business Addresses (1)

## User-Supplied Information

**Business:** JUST CHILLIN HEATING & AIR CONDITIONING
**Address:** 628 DESTIN DR
FORT WORTH, TX 76131

## Possible Dun & Bradstreet Records

Source: Dun & Bradstreet Detail
Business Name: JUST CHILLIN HEATING & AIR CONDITIONING

Last Updated to Record: 08/25/2013
Year Started: 2010
Duns ID: 92-946-5438

Business Address:
628 DESTIN DR
FORT WORTH, TX 76131
**County:** TARRANT
**Phone:** (682) 224-5457

**Business Details:**

Metropolitan Statistical Area: 2800 - FORT WORTH-ARLINGTON, TX

Line of Business: PLUMBING/HEATING/AIR COND CONTRACTOR
Industry Group: CONSTRUCTION
Established Manufacturing Indicator: SINGLE LOCATION
Small Business: SMALL BUSINESS
Foreign Owned: US OWNED

Primary SIC: PLUMBING, HEATING, AIR-CONDITIONING, NSK
Employees Here: 6
Annual Sales: $330,000
Annual Sales Revision Date: 09/12/2013

Primary SIC: 1711

**KAPITUS EX. 13 - 291**                     **Kapitus_000291**
10/29/2013 3:36 PM

Primary SIC Desc: PLUMBING, HEATING, AIR-CONDITIONING, NSK
Primary SIC: 1711 - 0405
Primary SIC Desc: WARM AIR HEATING AND AIR CONDITIONING CONTRACTOR

Other DUNS: 92-946-5438

Data by Dun & Bradsreet COPYRIGHT © 2013 DUN & BRADSTREET, INC.

## Possible Licenses

Source: Licenses Detail

Name: BRIDGES, DWAYNE P
BRIDGES, DWAYNE P

Address:
1150 BLUE MOUND RD W
HASLET, TX 76052
**County:** TARRANT

**EMPLOYER INFORMATION**

Employer: JUST CHILLIN HEATING & AIR CONDITIONING

**LICENSING INFORMATION**

Licensing Agency: TX DEPARTMENT OF REGISTRATION AND LICENSING

**LICENSES AND CERTIFICATIONS**

License Number: 31831
License Expire Date: 07/28/2014
License Type: A/C CONTRACTOR

**LICENSE CLASS INFORMATION**

License State: TX

**HISTORY INFORMATION**

Date of Change: 08/05/2013

Previous Address:
628 DESTIN DR
FORT WORTH, TX 76131
TARRANT County

Previous County: TARRANT
Previous Phone: (682) 224-5457

## Possible Watercraft

Source: State Watercraft Detail

**OWNERSHIP INFORMATION**

Owner Name: DWAYNE BRIDGES

Address
628 DESTIN DR
FORT WORTH, TX 76131

County: TARRANT

**REGISTRATION INFORMATION**
Vessel Number: 8105AS
Registration State: TX
Registration Date: 07/08/2010
Hull Number: MAU00706I596

**WATERCRAFT INFORMATION**
Propulsion Type: OUTBOARD
Hull Material: ALUMINUM
Fuel Type: GAS
Service Type: PLEASURE
Make: CREST
Registered Length: 25
Vessel Build Year: 1996

Source: State Watercraft Detail

**OWNERSHIP INFORMATION**

Owner Name: DWAYNE BRIDGES

Address
628 DESTIN DR
FORT WORTH, TX 76131

**KAPITUS EX. 13 - 293**

County: TARRANT

**REGISTRATION INFORMATION**
Vessel Number: 9315BL
Registration State: TX
Registration Date: 08/04/2011
Hull Number: BNZ4S126H091

**WATERCRAFT INFORMATION**
Propulsion Type: OUTBOARD
Hull Material: FIBERGLASS
Fuel Type: GAS
Service Type: PLEASURE
Make: STRATOS
Registered Length: 17
Vessel Build Year: 1991

---

Source: State Watercraft Detail

**OWNERSHIP INFORMATION**

Owner Name: DWAYNE BRIDGES

Address
628 DESTIN DR
FORT WORTH, TX 76131

County: TARRANT

**REGISTRATION INFORMATION**
Vessel Number: 8105AS
Registration State: TX
Registration Date: 01/08/2012
Hull Number: MAU00706I596

**WATERCRAFT INFORMATION**
Propulsion Type: OUTBOARD
Hull Material: ALUMINUM
Fuel Type: GAS
Service Type: PLEASURE
Make: CREST
Registered Length: 25
Vessel Build Year: 1996

---

Source: State Watercraft Detail

**KAPITUS EX. 13 - 294**

**OWNERSHIP INFORMATION**

Owner Name: DWAYNE BRIDGES

Address
628 DESTIN DR
FORT WORTH, TX 76131

County: TARRANT

**REGISTRATION INFORMATION**
Vessel Number: 9315BL
Registration State: TX
Registration Date: 04/07/2013
Hull Number: BNZ4S126H091

**WATERCRAFT INFORMATION**
Propulsion Type: OUTBOARD
Hull Material: FIBERGLASS
Fuel Type: GAS
Service Type: PLEASURE
Make: STRATOS
Registered Length: 17
Vessel Build Year: 1991


Other Businesses Linked to the Business Addresses

Source: Dun & Bradstreet Detail
Business Name: JUST CHILLIN HEATING & AIR CONDITIONING

Last Updated to Record: 08/25/2013
Year Started: 2010
Duns ID: 92-946-5438

Business Address:
628 DESTIN DR
FORT WORTH, TX 76131
County: TARRANT
Phone: (682) 224-5457


Business Details:

Metropolitan Statistical Area: 2800 - FORT WORTH-ARLINGTON, TX

Line of Business: PLUMBING/HEATING/AIR COND CONTRACTOR
Industry Group: CONSTRUCTION
Established Manufacturing Indicator: SINGLE LOCATION
Small Business: SMALL BUSINESS

**KAPITUS EX. 13 - 295**

Foreign Owned: US OWNED

Primary SIC: PLUMBING, HEATING, AIR-CONDITIONING, NSK
Employees Here: 6
Annual Sales: $330,000
Annual Sales Revision Date: 09/12/2013

Primary SIC: 1711
Primary SIC Desc: PLUMBING, HEATING, AIR-CONDITIONING, NSK
Primary SIC: 1711 - 0405
Primary SIC Desc: WARM AIR HEATING AND AIR CONDITIONING CONTRACTOR

Other DUNS: 92-946-5438

Data by Dun & Bradsreet COPYRIGHT © 2013 DUN & BRADSTREET, INC.

## Report section(s) with no matches

Possible Corporate Record Filings, Possible Fictitious Business Names (DBA), Possible Employer ID Numbers, Possible Bankruptcies, Possible Liens & Judgments, Possible UCC Filings, Possible Infractions, Possible Lawsuits, Possible Real Property Ownership & Deed Transfers

**KAPITUS EX. 13 - 296**

**Kapitus_000296**

Search Type: Real Property
Reference: JUST CHILLIN HEATING

BLUE MOUND BUSINESS PARK LLC
1 record aggregated.

Record 1 out of 1 (Tax roll)

## OWNER INFORMATION

**Situs Address:** 1150 BLUE MOUND RD W W
HASLET, TX 76052-3859

**Mailing Address:** 5940 EDEN DR
FORT WORTH, TX 76117

**Owner:**                        BLUE MOUND BUSINESS PARK LLC
**Additional Name:**              BLUE MOUND BUSINESS PARK LLC
**Owner Corporate Indicator:** CORPORATE OWNER
**Absentee Owner:**             ABSENTEE (MAIL AND SITUS NOT=)

## PROPERTY INFORMATION

**KAPITUS EX. 13 - 297**
Kapitus_000297

| | |
|---|---|
| **FIPS Code:** | TARRANT |
| **FIPS Sub Code:** | 000 |
| **FIPS State Code:** | TEXAS |
| **APN Sequence Number:** | 1 |
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Original APN:** | 40035603 |
| **Account Number:** | 40035603 |
| **Property Indicator:** | WAREHOUSE |
| **Land Use:** | WAREHOUSE |
| **Land Square Footage:** | 1576872 |
| **Acres:** | 36.2000 |

**Municipality Name:** TARRANT COUNTY
**Subdivision Name:** BOYD COLEMAN SURV
**Legal Description:** BOYD, COLEMAN SURVEY A 212 TRS 2A2, 2B1, 2D A1129 TRS 1B1 & 1D1

### TAX ASSESSOR INFORMATION

| | | | |
|---|---|---|---|
| **Tax Year:** | 2012 | **Market Land Value:** | $748,978.00 |
| **Tax Amount:** | $81,530.08 | **Market Improvement Value:** | $2,090,933.00 |
| **Tax Code Area:** | 220 | **Market Total Value:** | $2,839,911.00 |
| **Calculated Land Value:** | $748,978.00 | **Appraised Total Value:** | $2,839,911.00 |
| **Calculated Improvement Value:** | $2,090,933.00 | **Total Value Calculated Indicator:** | ASSESSED |
| **Calculated Total Value:** | $2,839,911.00 | | |
| **Assessed Land Value:** | $748,978.00 | | |
| **Assessed Improvement Value:** | $2,090,933.00 | | |

**Assessed Total Value:**      $2,839,911.00

## BUILDING/IMPROVEMENT CHARACTERISTICS

**Building Code:**     WAREHOUSE
**Number of Stories:**    1.00
**Number of Buildings:** 1
**Year Built:**     2002
**Lot Area:**     1576872
**Living Square Feet:**   119540

## LAST FULL MARKET SALE INFORMATION

**Sale Date:**    07/05/2002      **Recording Book:** 15847
**Seller Name:** OWNER RECORD    **Recording Page:** 244
**Deed Type:**    GRANT DEED
**Type of Sale:** RESALE

## PREVIOUS TRANSFER INFORMATION

## HISTORICAL TAX ASSESSOR INFORMATION

2011 TAX YEAR

**Situs Address:**    BLUE MOUND RD
               FORT WORTH, TX 76052
**Mailing Address:** 5940 EDEN DR
               FORT WORTH, TX 76117-6121

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,413,422.00 |
| **Calculated Total Value:** | $2,162,400.00 |
| **Assessed Total Value:** | $2,162,400.00 |

## 2010 TAX YEAR

| | | | |
|---|---|---|---|
| **Situs Address:** | BLUE MOUND RD<br>FORT WORTH, TX | **Unformatted APN:** | 40035603 |
| | | **Formatted APN:** | 40035603 |
| **Mailing Address:** | 5940 EDEN DR<br>FORT WORTH, TX 76117-6121 | **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| | | **Calculated Land Value:** | $748,978.00 |
| | | **Calculated Improvement Value:** | $1,599,022.00 |
| | | **Calculated Total Value:** | $2,348,000.00 |
| | | **Assessed Total Value:** | $2,348,000.00 |

## 2009 TAX YEAR

| | |
|---|---|
| **Situs Address:** | BLUE MOUND RD<br>FORT WORTH, TX |
| **Mailing Address:** | 5940 EDEN DR<br>FORT WORTH, TX 76117-6121 |

**Unformatted APN:**      40035603

**Formatted APN:**      40035603

**Owner:**      BLUE MOUND BUSINESS PARK LLC

**Calculated Land Value:**      $748,978.00

**Calculated Improvement Value:** $1,599,022.00

**Calculated Total Value:**      $2,348,000.00

**Assessed Total Value:**      $2,348,000.00

2007 TAX YEAR

**Situs Address:**      BLUE MOUND RD
FORT WORTH, TX

**Mailing Address:**   5940 EDEN DR
FORT WORTH, TX 76117-6121

**Unformatted APN:**      40035603

**Formatted APN:**      40035603

**Owner:**      BLUE MOUND BUSINESS PARK LLC

**Calculated Land Value:**      $748,978.00

**Calculated Improvement Value:** $1,251,022.00

**Calculated Total Value:**      $2,000,000.00

**Assessed Total Value:**      $2,000,000.00

2007 TAX YEAR

**Situs Address:**      BLUE MOUND RD
FORT WORTH, TX

**Mailing Address:**   5940 EDEN DR
FORT WORTH, TX 76117-6121

**Unformatted APN:**      40035603

**Formatted APN:**      40035603

**Owner:**      BLUE MOUND BUSINESS PARK LLC

**Calculated Land Value:**      $748,978.00

**Calculated Improvement Value:** $1,411,939.00

**Calculated Total Value:**      $2,160,917.00

**Assessed Total Value:**      $2,160,917.00

TAX YEAR

**Situs Address:**    BLUE MOUND RD
FORT WORTH, TX

**Mailing Address:** 5940 EDEN DR
FORT WORTH, TX 76117-6121

**Unformatted APN:**      40035603

**Formatted APN:**      40035603

**Owner:**      BLUE MOUND BUSINESS PARK LLC

**Calculated Land Value:**      $748,978.00

**Calculated Improvement Value:** $1,445,222.00

**Calculated Total Value:**      $2,194,200.00

**Assessed Total Value:**      $2,194,200.00

Search Type: Real Property
Reference:

Record 1 out of 3 (Deed)

## OWNER INFORMATION

Property Address:
1150 BLUE MOUND RD W
HASLET, TX 76052-3859
TARRANT

**Mailing Address:**
5940 EDEN DR
HALTOM CITY, TX 76117-6121
**Owner:** BLUE MOUND BUSINESS PARK LLC, **Owner Relationship:** COMPANY / CORPORATION **Corporate Owner:** CORPORATE OWNER

**Additional Owner 1:** BLUE MOUND BUSINESS PARK LLC

## PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| **FIPS Code:** | TARRANT | **APN:** | 001 |
| **FIPS State Code:** | TEXAS | **Unformatted APN:** | 40035603 |
| | | **Formatted APN:** | 40035603 |
| | | **Orginal APN:** | 40035603 |
| | | **Account Number:** | 40035603 |
| | | **Property Type:** | COMMERCIAL |
| | | **Land Use:** | COMMERCIAL BUILDING |
| | | **Building Square Feet:** | 119540 |

## TRANSACTION INFORMATION

| | |
|---|---|
| **Transaction Date:** | 08/18/2015 |
| **Recording Date:** | 09/01/2015 |
| **Document Number:** | 215198833 |
| **Deed Type:** | DEED OF TRUST |
| **Type of Transaction:** | REFINANCE |
| **Mortgage Deed Type:** | DEED OF TRUST |
| **Mortgage Date:** | 08/18/2015 |

| | |
|---|---|
| **Lender Name:** | FROST BK |
| **Lender Address:** | |
| | SAN ANTONIO, TX |
| | 78296 |

| | |
|---|---|
| **Title Company:** | OTHER |
| **Refinance Loan:** | LOAN TO VALUE IS MORE THAN 50% |
| **Mulitple Parcel Sale:** | MULTI / DETAIL PARCEL SALE |

Record 2 out of 3 (Deed)

## OWNER INFORMATION

Property Address:
1150 BLUE MOUND RD W
HASLET, TX 76052-3859
TARRANT

**Mailing Address:**
5940 EDEN DR
HALTOM CITY, TX 76117-6121
 **Owner:** BLUE MOUND BUSINESS PARK LLC, **Owner Relationship:** COMPANY / CORPORATION     **Corporate Owner:** CORPORATE OWNER

 **Additional Owner 1:** BLUE MOUND BUSINESS PARK LLC

## PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| **FIPS Code:** | TARRANT | **APN:** | 001 |
| **FIPS State Code:** | TEXAS | **Unformatted APN:** | 40035603 |
| | | **Formatted APN:** | 40035603 |
| | | **Orginal APN:** | 40035603 |
| | | **Account Number:** | 40035603 |
| | | **Property Type:** | COMMERCIAL |
| | | **Land Use:** | COMMERCIAL BUILDING |
| | | **Building Square Feet:** | 119540 |

## TRANSACTION INFORMATION

| | |
|---|---|
| **Transaction Date:** | 01/13/2015 |
| **Recording Date:** | 01/16/2015 |
| **Document Number:** | 215010504 |

**KAPITUS EX. 13 - 304**

**Deed Type:**          DEED OF TRUST
**Type of Transaction:** REFINANCE
**Mortgage Deed Type:** DEED OF TRUST
**Mortgage Date:**      01/13/2015

**Lender Name:**        FROST BK
**Lender Address:**
                        SAN ANTONIO, TX
                        78296

**Title Company:**      OTHER
**Refinance Loan:**     LOAN TO VALUE IS MORE THAN 50%

Record 3 out of 3 (Tax roll)

## OWNER INFORMATION

Situs Address:
1150 BLUE MOUND RD W W
HASLET, TX 76052-3859
TARRANT

**Mailing Address:**
5940 EDEN DR
FORT WORTH, TX 76117
**Owner:**              BLUE MOUND BUSINESS PARK LLC
**Additional Name:**    BLUE MOUND BUSINESS PARK LLC
**Owner Corporate Indicator:** CORPORATE OWNER
**Absentee Owner:**     ABSENTEE (MAIL AND SITUS NOT=)

## PROPERTY INFORMATION

**FIPS Code:**          TARRANT
**FIPS Sub Code:**      000
**FIPS State Code:**    TEXAS
**APN Sequence Number:** 1
**Unformatted APN:**    40035603
**Formatted APN:**      40035603
**Original APN:**       40035603
**Account Number:**     40035603
**Property Indicator:** COMMERCIAL
**Land Use:**           COMMERCIAL BUILDING

**KAPITUS EX. 13 - 305**

**Land Square Footage:** 1576872

**Acres:** 36.2000

| | |
|---|---|
| **Municipality Name:** | FORT WORTH |
| **Subdivision Name:** | JAMES RIGHTLY ABS 1268 |
| **Legal Description:** | BOYD, COLEMAN SURVEY ABSTRACT 212 TRACT 2A2, 2B1, 2D A 1129 TRS 1B1 & 1D1 A 1130 TR 1B1A & A1268 TR 1C3A |
| **Subdivision Tract Number:** | 1B1A |

## TAX ASSESSOR INFORMATION

| | |
|---|---|
| **Tax Year:** | 2015 |
| **Tax Amount:** | $70,524.82 |
| **Tax Code Area:** | 220 |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,471,022.00 |
| **Calculated Total Value:** | $2,220,000.00 |
| **Assessed Land Value:** | $748,978.00 |
| **Assessed Improvement Value:** | $1,471,022.00 |
| **Assessed Total Value:** | $2,220,000.00 |
| | |
| **Market Land Value:** | $748,978.00 |
| **Market Improvement Value:** | $1,471,022.00 |
| **Market Total Value:** | $2,220,000.00 |
| **Appraised Land Value:** | $748,978.00 |
| **Appraised Improvement Value:** | $1,471,022.00 |
| **Appraised Total Value:** | $2,220,000.00 |
| **Total Value Calculated Indicator:** | MARKET |

## BUILDING/IMPROVEMENT CHARACTERISTICS

| | | |
|---|---|---|
| **Number of Stories:** | 1.00 | **Number of Units:** 56 |
| **Number of Buildings:** | 1 | |
| **Year Built:** | 2002 | |
| **Lot Area:** | 1576872 | |
| **Living Square Feet:** | 119540 | |

## LAST FULL MARKET SALE INFORMATION

**KAPITUS EX. 13 - 306**

Kapitus_000306

**Sale Date:** 07/05/2002     **Recording Book:** 15847
**Seller Name:** OWNER RECORD     **Recording Page:** 244
**Deed Type:** GRANT DEED
**Type of Sale:** RESALE

## PREVIOUS TRANSFER INFORMATION

  **Number of Parcels:** D Y

## HISTORICAL TAX ASSESSOR INFORMATION

2014 TAX YEAR

| | |
|---|---|
| **Situs Address:** | 1150 BLUE MOUND RD HASLET, TX 76052-3859 |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Original APN:** | 40035603 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,576,022.00 |
| **Calculated Total Value:** | $2,325,000.00 |
| **Assessed Total Value:** | $2,325,000.00 |

2013 TAX YEAR

| | |
|---|---|
| **Situs Address:** | 1150 BLUE MOUND RD HASLET, TX 76052-3859 |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Original APN:** | 40035603 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,576,022.00 |
| **Calculated Total Value:** | $2,325,000.00 |
| **Assessed Total Value:** | $2,325,000.00 |

2012 TAX YEAR

| | |
|---|---|
| **Situs Address:** | 1150 BLUE MOUND RD HASLET, TX 76052-3859 |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Original APN:** | 40035603 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $2,090,933.00 |
| **Calculated Total Value:** | $2,839,911.00 |
| **Assessed Total Value:** | $2,839,911.00 |

2011 TAX YEAR

| | |
|---|---|
| **Situs Address:** | BLUE MOUND RD FORT WORTH, TX 76052 |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,413,422.00 |
| **Calculated Total Value:** | $2,162,400.00 |
| **Assessed Total Value:** | $2,162,400.00 |

2010 TAX YEAR

| | |
|---|---|
| **Situs Address:** | BLUE MOUND RD FORT WORTH, TX |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,599,022.00 |
| **Calculated Total Value:** | $2,348,000.00 |
| **Assessed Total Value:** | $2,348,000.00 |

2009 TAX YEAR

| | |
|---|---|
| **Situs Address:** | BLUE MOUND RD FORT WORTH, TX |
| **Mailing Address:** | 5940 EDEN DR FORT WORTH, TX 76117-6121 |

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,599,022.00 |
| **Calculated Total Value:** | $2,348,000.00 |
| **Assessed Total Value:** | $2,348,000.00 |

2007 TAX YEAR

**Situs Address:**   BLUE MOUND RD
                     FORT WORTH, TX

**Mailing Address:**  5940 EDEN DR
                      FORT WORTH, TX 76117-6121

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,251,022.00 |
| **Calculated Total Value:** | $2,000,000.00 |
| **Assessed Total Value:** | $2,000,000.00 |

2007 TAX YEAR

**Situs Address:**   BLUE MOUND RD
                     FORT WORTH, TX

**Mailing Address:**  5940 EDEN DR
                      FORT WORTH, TX 76117-6121

| | |
|---|---|
| **Unformatted APN:** | 40035603 |
| **Formatted APN:** | 40035603 |
| **Owner:** | BLUE MOUND BUSINESS PARK LLC |
| **Calculated Land Value:** | $748,978.00 |
| **Calculated Improvement Value:** | $1,411,939.00 |
| **Calculated Total Value:** | $2,160,917.00 |
| **Assessed Total Value:** | $2,160,917.00 |

TAX YEAR

**Situs Address:**   BLUE MOUND RD
                     FORT WORTH, TX

**Mailing Address:**  5940 EDEN DR
                      FORT WORTH, TX 76117-6121

**Unformatted APN:** 40035603

**Formatted APN:** 40035603

**Owner:** BLUE MOUND BUSINESS PARK LLC

**Calculated Land Value:** $748,978.00

**Calculated Improvement Value:** $1,445,222.00

**Calculated Total Value:** $2,194,200.00

**Assessed Total Value:** $2,194,200.00



# Credit Profile Report

bridges,dwayne 439377894;CA-628 Destin Dr/76131;VER FY;VERIFY-Y2/RM/J2;

## Applicant

10/29/2013-02:38:11 PM CT

## Personal Information

| Best Name | Other Name(s) | Spouse Name |
|---|---|---|
| DWAYNE BRIDGES | *BRIDGE DWAYNE | DANA |
| | *Does not match inquiry | |

| Best Social Security number | Other Social Security number(s) | Date of Birth |
|---|---|---|
| 7894 | | 1972 |

| Best Address | Other Address(es) | |
|---|---|---|
| 628 DESTIN DR<br>FORT WORTH, TX 76131-4255 | *11238 BLUE JAY LN<br>DENHAM SPRINGS, LA 70726-1677 | *17210 OLIVE DR<br>LIVINGSTON, LA 70754-2155 |
| Single-family dwelling<br>Reported 9 time(s) from 07/03/2010 to 09/20/2013<br>Last subscriber 2244970 by Update | Single-family dwelling<br>Reported 1 time(s) from 02/05/2009 to 01/06/2010<br>Last subscriber 1367380 by Update<br>*Does not match inquiry | Single-family dwelling<br>Reported 1 time(s) from 05/23/2007 to 04/03/2008<br>Last subscriber 3990772 by Update<br>*Does not match inquiry |
| | *17080 LISA DR<br>LIVINGSTON, LA 70754-2124 | *17650 MELANCON RD<br>LIVINGSTON, LA 70754-3001 |
| | Single-family dwelling<br>Reported 01/03/2007 to 05/08/2007<br>Last subscriber 9981147 by Update<br>*Does not match inquiry | Single-family dwelling<br>Reported 1 time(s) from 01/07/2005 to 03/22/2007<br>Last subscriber 1367380 by Update<br>*Does not match inquiry |
| | *30260 EDEN CHURCH RD<br>DENHAM SPRINGS, LA 70726-7761 | *18273 TABONY LN<br>LIVINGSTON, LA 70754-3227 |
| | Single-family dwelling<br>Reported 09/11/2004 to 02/28/2007<br>Last subscriber 9981147 by Update<br>*Does not match inquiry | Single-family dwelling<br>Reported 03/31/2006 to 08/07/2006<br>Last subscriber 3990772 by Update<br>*Does not match inquiry |
| | *16352 OLD HAMMOND HWY TRLR 63<br>BATON ROUGE, LA 70816-1718 | *31531 LINDER RD LOT 101<br>DENHAM SPRINGS, LA 70726-8504 |
| | Multi-family dwelling<br>Reported 04/24/1999 to 03/26/2005<br>Last subscriber 3980530 by Update<br>*Does not match inquiry | Multi-family dwelling<br>Reported 11/11/2003 to 06/16/2004<br>Last subscriber 1984222 by Update<br>*Does not match inquiry |
| | *28381 LA HIGHWAY 16<br>DENHAM SPRINGS, LA 70726-7836 | *9921 GREAT SMOKEY AVE<br>BATON ROUGE, LA 70814-4326 |
| | Multi-family dwelling<br>Reported 01/28/2004<br>Last subscriber 0940029 by Update<br>*Does not match inquiry | Single-family dwelling<br>Reported 01/29/2002<br>Last subscriber 8600165 by Update<br>*Does not match inquiry |

| Best Employer | Other Employer |
|---|---|
| JUST CHILLING HEATIN<br>628 DESTIN DRIVE<br>FORT WORTH, TX 76131<br>Reported 07/2012 by Update | JUST CHILLIN HEATING<br>Reported 12/2011 to 05/2013 by Inquiry |

## Messages

### Informational Messages

| Type | Message |
|---|---|
| | 0335 F 08TOO MANY INQUIRIES LAST 12 MONTHS |

## Fraud Shield Summary

| Indicator(s): | Inquiry Address: | On-file Address: |
|---|---|---|
| INQUIRY ADDRESS: NON-RESIDENTIAL<br>Input SSN issued: 1978 - 1980<br>From 07/01/2013 Inquiry Count for SSN=6<br>From 07/01/2013 Inquiry Count for Address=5 | Type:Trade Contractor/Special Trade<br>TRADE CONTRACTOR-SPECIAL<br>TRADE ON FACS+ FILE<br>JUST CHILLIN HEATING-AIR COND<br>628 DESTIN DR<br>FORT WORTH TX 76131<br>(817) 000-1111 | |

## Profile Summary

| | | | | Delinquency Counter: | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|
| | | Disputed Accounts: | 0 | (Past 7 years) | 0 | 0 | 0 | 99 |
| Public Records: | 0 | Past Due Amount: | $6,593 | Total Inquiries: | 37 | | Satisfactory Accts: | 14 |
| Installment Bal: | $109,425 | Monthly Pay: | $2,733 | Inquiries (last 6 mo): | 13 | | Now Delinq/Derog: | 16 |
| Real Estate Bal: | N/A | Real Estate Pay: | N/A | Total Tradelines: | 30 | | Was Delinq/Derog: | 0 |
| Revolving Bal: | $1,233 | Revolving Avail: | 52% | Paid Accounts: | 4 | | Oldest Tradeline: | 03/2006 |

*000

## Score Summary

| Risk Model | Score | Code | Score Factor Description |
|---|---|---|---|
| Experian/Fair, Isaac Risk Model V2<br>(Score range: 300 - 850) | 556 | 38<br>14<br>18<br>20 | Serious delinquency and public record or collection filed<br>Length of time accts have been established<br>Number of accounts wi h delinquency<br>Time since derogatory public record or collection is too short |

Kapitus_000312

KAPITUS EX. 13 - 312

## Creditors

### Installment Accounts

**TRICOLOR AUTO GROUP LL** / 1826150 / FA - Automobile Financing Company

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 04/29/2013 | $25,326 | 09/2013 | | 05/21/2013 | 09/30/2013 | |

| | | | |
|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 7601 |
| Payment Status: | Current | Responsibility: | Individual |
| Account Type: | AUT Auto Loan | Account Terms: | 45 Month |

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | C | - | - | C | C | B | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 6

---

**CHASE** / 4112850 / BB - All Banks -- Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/22/2011 | $22,298 | 06/2013 | | 06/03/2013 | 06/29/2013 | |

| | | | |
|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 5950 |
| Payment Status: | Current | Responsibility: | Joint Account |
| Account Type: | AUT Auto Loan | Account Terms: | 72 Month |

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | C | B | | | | | | |
| 2012 | C | C | C | C | C | C | C | C | C | C | C | C |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 18

---

**AARON SALES & LEASE OW** / 1367380 / HR - Furniture Rentals

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/31/2008 | $2,467 | 01/2010 | | 12/21/2009 | 01/04/2010 | |

| | | | |
|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 054R |
| Payment Status: | Current | Responsibility: | Individual |
| Account Type: | Lease | Account Terms: | 13 Month |

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | B | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 1

---

**AARON SALES & LEASE OW** / 1367380 / HR - Furniture Rentals

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 03/06/2006 | $3,024 | 01/2007 | | 11/17/2006 | 01/16/2007 | |

| | | | |
|---|---|---|---|
| Account Condition: | Paid/zero balance | Account #: | 0615 |
| Payment Status: | Current | Responsibility: | Individual |
| Account Type: | Lease | Account Terms: | 24 Month |

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | B | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 1

---

**PREFERRED CREDIT INC** / 6903305 / FZ - Finance Companies -- Non-Specific

| Open Date | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 11/16/2010 | 10/2013 | | 09/16/2013 | $75 | 10/02/2013 | $151 |

**KAPITUS EX. 13 - 313**

Kapitus_000313

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | Account #: | ■5312 | | | | |
| Payment Status: | Current | | | | | | | | Responsibility: | Joint Account | | | | |
| Account Type: | Installment Sales Contract | | | | | | | | Account Terms: | 36 Month | | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | C | C | C | C | C | C | | |
| 2012 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2011 | | | | | | | | | | C | C | C |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Worst Delinquency: | | | | |
| Worst Delinq Date: | | | | |
| Months Reviewed: | 32 | | | |

**ALLY FINANCIAL** / 1918788 / FA - Automobile Financing Company

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 05/27/2013 | $39,878 | 10/2013 | | 09/11/2013 | $717 | 10/01/2013 | $38,874 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | Account #: | ■6792 | | | | |
| Payment Status: | Current | | | | | | | | Responsibility: | Joint Account | | | | |
| Account Type: | AUT Auto Loan | | | | | | | | Account Terms: | 75 Month | | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | C | C | C | C | C | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Worst Delinquency: | | | | |
| Worst Delinq Date: | | | | |
| Months Reviewed: | 5 | | | |

**SANTANDER CONSUMER USA** / 0507170 / FP - Personal Loan Companies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 07/07/2010 | $21,903 | 09/2013 | | 09/07/2013 | $499 | 09/30/2013 | $13,198 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | Account #: | ■1000 | | | | |
| Payment Status: | Current | | | | | | | | Responsibility: | Individual | | | | |
| Account Type: | AUT Auto Loan | | | | | | | | Account Terms: | 72 Month | | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | C | C | C | C | C | | | |
| 2012 | C | C | C | C | C | C | C | C | C | - | C | C |
| 2011 | | | | | | | | | C | C | C | C |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Worst Delinquency: | | | | |
| Worst Delinq Date: | | | | |
| Months Reviewed: | 39 | | | |

**TRICOLOR AUTO GROUP LL** / 1826150 / FA - Automobile Financing Company

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 04/29/2013 | $25,326 | 09/2013 | | 09/16/2013 | $838 | 09/30/2013 | $24,945 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | Account #: | ■7601 | | | | |
| Payment Status: | Current | | | | | | | | Responsibility: | Individual | | | | |
| Account Type: | AUT Auto Loan | | | | | | | | Account Terms: | 45 Month | | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | | | C | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Worst Delinquency: | | | | |
| Worst Delinq Date: | | | | |
| Months Reviewed: | 1 | | | |

**AFS ACCEPTANCE LLC** / 1007709 / FA - Automobile Financing Company

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 06/20/2012 | $17,200 | 07/2013 | | 07/22/2013 | $529 | 07/31/2013 | $14,604 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | Account #: | ■1771 | | | | |
| Payment Status: | Current | | | | | | | | Responsibility: | Signer | | | | |
| Account Type: | AUT Auto Loan | | | | | | | | Account Terms: | 54 Month | | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | C | C | C | | | | | |
| 2012 | | | | | C | C | C | C | C | C | C | C |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Worst Delinquency: | | | | |
| Worst Delinq Date: | | | | |
| Months Reviewed: | 14 | | | |

**\*NORTHERN LEASING SYSTE** / 6902147 / PC - Equipment Leasing

**KAPITUS EX. 13 - 314**

**Kapitus_000314**

| Open Date | Original Amount | Charge Off Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 01/04/2007 | $3,595 | $2,635 | 10/2007 | | 05/01/2007 | 10/30/2007 | $3,008 |

| Account Condition: | | Account #: | ▇3002 |
|---|---|---|---|
| Payment Status: | Unpaid balance reported as loss | Responsibility: | Individual |
| Account Type: | Lease | Account Terms: | 48 Month |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | | | | | | | | | 9 | | | |
| 2006 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 1 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 1

Early termination/balance owing

---

**\*CREDIT SYSTEMS INTL IN** / 3980971 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 07/23/2010 | $51 | 07/2010 | $51 | | 10/16/2013 | $51 |

| Account Condition: | | Account #: | ▇5045 |
|---|---|---|---|
| Payment Status: | Seriously past due | Responsibility: | Individual |
| Account Type: | Collection Department/Agency/Attorney | Account Terms: | 1 Month |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | |
| 2012 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 2011 | | | | | | | | | | 9 | 9 | 9 |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 40 |

Worst Delinquency: Collections
Worst Delinq Date: 09/01/2011
Months Reviewed: 40

Original creditor: MEDICAL PAYMENT DATA

---

**\*CREDIT SYSTEMS INTL IN** / 3980971 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 07/23/2010 | $127 | 07/2010 | $127 | | 10/16/2013 | $127 |

| Account Condition: | | Account #: | ▇3485 |
|---|---|---|---|
| Payment Status: | Seriously past due | Responsibility: | Individual |
| Account Type: | Collection Department/Agency/Attorney | Account Terms: | 1 Month |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | |
| 2012 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 2011 | | | | | | | | | | 9 | 9 | 9 |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 40 |

Worst Delinquency: Collections
Worst Delinq Date: 09/01/2011
Months Reviewed: 40

Original creditor: MEDICAL PAYMENT DATA

---

**\*CREDIT SYSTEMS INTL IN** / 3980971 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 06/07/2013 | $28 | 06/2013 | $28 | | 10/16/2013 | $28 |

| Account Condition: | | Account #: | ▇3692 |
|---|---|---|---|
| Payment Status: | Seriously past due | Responsibility: | Individual |
| Account Type: | Collection Department/Agency/Attorney | Account Terms: | 1 Month |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | 9 | 9 | 9 | 9 | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 5 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 5

Original creditor: MEDICAL PAYMENT DATA

---

**\*CREDIT SYSTEMS INTL IN** / 3980971 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 08/05/2013 | $244 | 08/2013 | $244 | | 10/16/2013 | $244 |

**KAPITUS EX. 13 - 315**

Kapitus_000315

| Account Condition: | | | | Account #: | | ■2335 | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | | Individual | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | | 1 Month | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2013 | 9  9  9 | | 0 | 0 | 0 | 3 |
| 2012 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 3 | | | |

Original creditor: MEDICAL PAYMENT DATA

### *RS CLARK AND ASSOCIATE / 1982627 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/13/2012 | $5,941 | 03/2013 | | 09/30/2013 | 10/01/2013 | $5,841 |

| Account Condition: | | | | Account #: | | ■1127 | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | | Individual | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | | 1 Month | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2013 | 9  9  9  9  9  9  -  9 | | 0 | 0 | 0 | 7 |
| 2012 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 8 | | | |

Original creditor: MEDICAL PAYMENT DATA

### *EDWARD SLOAN & ASSOCAC / 1897070 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 09/24/2012 | $50 | 11/2012 | | | 05/07/2013 | $50 |

| Account Condition: | | | | Account #: | | ■4890 | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | | Individual | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | | 1 Month | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2013 | -  9  -  9  9 | | 0 | 0 | 0 | 5 |
| 2012 | 9  9 | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 7 | | | |

Original creditor: MEDICAL PAYMENT DATA

### *NPAS SOLUTIONS LLC / 1946749 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/27/2012 | $3,979 | 04/2013 | $3,979 | | 04/01/2013 | $3,979 |

| Account Condition: | | | | Account #: | | ■6889 | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | | Individual | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | | 1 Month | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2013 | 9 | | 0 | 0 | 0 | 1 |
| 2012 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 1 | | | |

Original creditor: MEDICAL PAYMENT DATA

### *EOS CCA / 1112430 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 08/13/2012 | $308 | 10/2012 | $506 | | 12/21/2012 | $506 |

**KAPITUS EX. 13 - 316**

**Kapitus_000316**

| Account Condition: | | | | | | | | | | | | | Account #: | ■0985 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | | | | | | | | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | 9 | 9 | 9 | | | 0 | 0 | 0 | 3 |
| 2011 | | | | | | | | | | | | | Worst Delinquency: | | | | |
| | | | | | | | | | | | | | Worst Delinq Date: | | | | |
| | | | | | | | | | | | | | Months Reviewed: | 3 | | | |

Original creditor: AT T MOBILITY

---

**\*EDWARD SLOAN & ASSOCAC** / 1897070 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 09/24/2012 | $509 | 11/2012 | | | 11/07/2012 | $509 |

| Account Condition: | | | | | | | | | | | | | Account #: | ■4136 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | Responsibility: | | | | |
| Account Type: | Collection Department/Agency/Attorney | | | | | | | | | | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | | 9 | | | | 0 | 0 | 0 | 1 |
| 2011 | | | | | | | | | | | | | Worst Delinquency: | | | | |
| | | | | | | | | | | | | | Worst Delinq Date: | | | | |
| | | | | | | | | | | | | | Months Reviewed: | 1 | | | |

Original creditor: MEDICAL PAYMENT DATA

---

**\*EDWARD SLOAN & ASSOCAC** / 1897070 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 09/24/2012 | $944 | 11/2012 | | | 11/07/2012 | $944 |

| Account Condition: | | | | | | | | | | | | | Account #: | ■2744 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | | | | | | | | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | | | | | | | 9 | | | | 0 | 0 | 0 | 1 |
| 2011 | | | | | | | | | | | | | Worst Delinquency: | | | | |
| | | | | | | | | | | | | | Worst Delinq Date: | | | | |
| | | | | | | | | | | | | | Months Reviewed: | 1 | | | |

Original creditor: MEDICAL PAYMENT DATA

---

**\*CENTRAL FINL CONTROL** / 3980220 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/31/2009 | $708 | 06/2010 | | | 03/23/2011 | $708 |

| Account Condition: | | | | | | | | | | | | | Account #: | ■2550 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | | | | | | | | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | | | | | | | | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | - | - | 9 | | | | | | | | | | | 0 | 0 | 0 | 3 |
| 2010 | | | | | 9 | - | 9 | - | - | - | - | | Worst Delinquency: | | | | |
| | | | | | | | | | | | | | Worst Delinq Date: | | | | |
| | | | | | | | | | | | | | Months Reviewed: | 10 | | | |

Original creditor: MEDICAL PAYMENT DATA

---

**\*UNITED REVENUE CORP** / 0980096 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 06/30/2010 | $614 | 09/2010 | $614 | | 09/13/2010 | $614 |

| Account Condition: | | | | Account #: | ▮3096 | | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | Unknown | | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2010 | 9 | | 0 | 0 | 0 | 1 |
| 2009 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 1 | | | |

Original creditor: MEDICAL PAYMENT DATA

**\*UNITED REVENUE CORP** / 0980096 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 01/12/2010 | $443 | 04/2010 | $443 | | 04/02/2010 | $443 |

| Account Condition: | | | | Account #: | ▮4016 | | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | Unknown | | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2010 | 9 | | 0 | 0 | 0 | 1 |
| 2009 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 1 | | | |

Original creditor: MEDICAL PAYMENT DATA

**\*CREDIT MANAGEMENT LP** / 3980798 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 12/20/2009 | $403 | 02/2010 | $403 | | 02/26/2010 | $403 |

| Account Condition: | | | | Account #: | ▮7896 | | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2010 | 9 | | 0 | 0 | 0 | 1 |
| 2009 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 1 | | | |

Original creditor: CHARTER COMMUNICATIONS

**\*CSD COLLECTIONS** / 1984222 / YZ - Collections -- Non-Specific

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 11/25/2008 | $198 | 01/2009 | $198 | | 01/05/2009 | $198 |

| Account Condition: | | | | Account #: | ▮4315 | | | |
|---|---|---|---|---|---|---|---|---|
| Payment Status: | Seriously past due | | | Responsibility: | Individual | | | |
| Account Type: | Collection Department/Agency/Attorney | | | Account Terms: | 1 Month | | | |

| Payment History: (Up to 25 months) | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|
| 2009 | 9 | | 0 | 0 | 0 | 1 |
| 2008 | | Worst Delinquency: | | | | |
| | | Worst Delinq Date: | | | | |
| | | Months Reviewed: | 1 | | | |

Original creditor: DIX E ELECTRIC CORP

## Revolving Accounts

**CREDIT ONE BANK** / 3278143 / BC - Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 07/16/2012 | $500 | $497 | 10/2013 | | 10/20/2013 | $25 | 10/24/2013 | $376 |

**KAPITUS EX. 13 - 318**

Kapitus_000318

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Condition: | Open | | | | | | | | | | Account #: | ■■■■9646 | | |
| Payment Status: | Current | | | | | | | | | | Responsibility: | Individual | | |
| Account Type: | Credit Card, Terms REV | | | | | | | | | | Account Terms: | Revolving | | |

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | | | C | C | C | C | | |
| 2012 | | | | | | C | C | C | C | C | C | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 16

**CAP ONE** / 1270246 / BC - Bank Credit Cards

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 11/23/2011 | $701 | $714 | 10/2013 | | 10/18/2013 | $25 | 10/20/2013 | $107 |

| | | | | | |
|---|---|---|---|---|---|
| Account Condition: | Open | | Account #: | ■■■■9213 | |
| Payment Status: | Current | | Responsibility: | Individual | |
| Account Type: | Credit Card, Terms REV | | Account Terms: | Revolving | |

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | C | C | C | C | C | | C | C | 0 | 0 | | C |
| 2012 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2011 | | | | | | | | | | | | C |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 23

**GECRB/AMER EAGLE** / 1600040 / CG - General Clothing Store

| Open Date | Credit Limit | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 08/25/2013 | $400 | 10/2013 | | | 10/20/2013 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| Account Condition: | Open | | Account #: | ■■■■9283 | |
| Payment Status: | Current | | Responsibility: | Individual | |
| Account Type: | Revolving Charge Account | | Account Terms: | Revolving | |

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | | 0 | 0 | 0 | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 3

**WEBBANK/FINGERHUT** / 2244970 / ND - Credit Card - Dept. Store

| Open Date | Credit Limit | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 11/24/2012 | $250 | 10/2013 | | | 10/15/2013 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| Account Condition: | Open | | Account #: | ■■■■0207 | |
| Payment Status: | Current | | Responsibility: | Individual | |
| Account Type: | Revolving Charge Account | | Account Terms: | Revolving | |

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | | 0 | 0 | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 2

**GECRB/TOYS** / 1950807 / DV - Variety Stores

| Open Date | Credit Limit | High Balance | Status Date | Past Due | Last Paid Date | Scheduled Payment | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 09/22/2013 | $750 | $750 | 10/2013 | | | $25 | 10/13/2013 | $750 |

| | | | | | |
|---|---|---|---|---|---|
| Account Condition: | Open | | Account #: | ■■■■0109 | |
| Payment Status: | Current | | Responsibility: | Individual | |
| Account Type: | Revolving Charge Account | | Account Terms: | Revolving | |

Payment History (Up to 25 months):

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | | | C | | | |
| 2012 | | | | | | | | | | | | |

| Delinquency Counter (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 1

Inquiries

**KAPITUS EX. 13 - 319**

**Kapitus_000319**

| Date | Subscriber | Amount | Type | Terms |
|------|-----------|--------|------|-------|
| 09/30/2013 | CBNA/BBY/2145203/All Banks -- Non-Specific | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/29/2013 | CBNA/THD/1002549/Bank Credit Cards | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/26/2013 | TIMEPAYMENT CORP LLC/1639850/Sales Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/26/2013 | FIRST VISION FINANCIAL/6903835/Equipment Leasing | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/22/2013 | THD/CBNA/3178962/Bank Credit Cards | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 07/17/2013 | NORTHERN LEASING SYSTE/6902147/Equipment Leasing | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/25/2013 | CAPITAL ONE AUTO FIN/1254780/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/25/2013 | ALPHERA FINANCIAL SERV/1650800/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/25/2013 | DRIVE FINANCIAL/2614080/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/25/2013 | BANKSTON CHEV FT WORTH/7963526/Automobile Dealers, New | UNK | Auto Loan | N/A |
| 05/22/2013 | STRATEGIC FUNDING SOUR/1650360/Bulk Purchase Finance | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/29/2013 | CREDCO/3903978/Auto Reseller | UNK | Auto Loan | N/A |
| 04/22/2013 | 700 CREDIT/SATURN FORT/1455520/Automobile Dealers, Used | UNK | Auto Loan | N/A |
| 03/26/2013 | 700 CREDIT/SATURN FORT/1455520/Automobile Dealers, Used | UNK | Auto Loan | N/A |
| 02/13/2013 | FORA FINANCIAL BUSINES/1988968/Personal Loan Companies | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 12/10/2012 | NORTHERN LEASING SYSTE/6902147/Equipment Leasing | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 11/27/2012 | CHASE/1864500/All Banks -- Non-Specific | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 10/30/2012 | ROADLOANS.COM/1937812/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 10/09/2012 | AT&T SERVICES/1940891/Telephone Companies | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 09/25/2012 | ROADLOANS.COM/1937812/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 07/25/2012 | NORTHERN LEASING SYSTE/1924758/Equipment Leasing | UNK | Collection Department/Agency/Attorney | N/A |
| 07/09/2012 | CREDIT ONE BANK/3278143/Bank Credit Cards | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 06/19/2012 | AFS ACCEPTANCE LLC/1007708/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 05/07/2012 | AFS ACCEPTANCE LLC/1007708/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/27/2012 | AFS ACCEPTANCE LLC/1007708/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/24/2012 | GATEWAY ONE LENDING &/1654670/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/24/2012 | ALLY FINANCIAL/1639000/Automobile Financing Company | UNK | Auto Loan | N/A |
| 04/24/2012 | NOWCOM/TEXAS AUTO OUTL/1934246/Automobile Dealers, Used | UNK | Auto Loan | N/A |
| 04/23/2012 | CONSUMER PORTFOLIO SVC/1624220/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/23/2012 | GATEWAY ONE LENDING &/1654670/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 04/23/2012 | CREDCO/3903978/Auto Reseller | UNK | Auto Loan | N/A |
| 04/14/2012 | ALL PRO MOTORS AND FIN/9960266/Automobile Dealers, Used | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 12/26/2011 | CHASE/1255740/Bank Credit Cards | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 12/21/2011 | BANKSTON CHEV FT WORTH/7963526/Automobile Dealers, New | UNK | Auto Loan | N/A |
| 12/21/2011 | CAPITAL ONE AUTO FIN/1254780/Automobile Financing Company | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 12/21/2011 | CHASE/3113360/All Banks -- Non-Specific | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |
| 11/13/2011 | CAP ONE/1214383/Bank Credit Cards | UNK | Unknown - Credit Extension, Review, Or Collection | N/A |

END -- Experian Credit Profile Report

**Consumer Assistance**
**EXPERIAN**
**701 EXPERIAN PARKWAY**
**PO BOX 2002**
**ALLEN, TX 75013**
**(888) 397-3742**
**www.experian.com/reportaccess**

**KAPITUS EX. 13 - 320**

Page 9 of 9



Bridges,Dwayne 439377894;CA-628 Destin Dr/Fortworth TX 76131;VER FY;T-99......;VERIFY-Y2/J2;H-Y;

```
PAGE 1 DATE 11-06-2013  TIME 11:09:48  V301  TTX8

DWAYNE BRIDGES              SS: ████████7894      E: JUST CHILLING HEATIN
628 DESTIN DR              DOB: ██████72          628 DESTIN DRIVE
FORT WORTH TX 761314255    SP: DANA               FORT WORTH, TX 76131
RPTD: 7-10 TO 9-13 U 9X                           RPTD: 7-12 U
LAST SUB: 2244970

                                                  E: JUST CHILLIN HEATING
                                                   00000
*11238 BLUE JAY LN                                RPTD: 12-11 TO 11-13 I
 DENHAM SPRINGS LA 707261677
 RPTD: 2-09 TO 1-10 U 1X
 LAST SUB: 1367380                                E: SELF EMPLOYED
                                                  RPTD: 4-12 I

*17210 OLIVE DR                                   E: A-US AIR
 LIVINGSTON LA 707542155                          RPTD: 7-10 I
 RPTD: 5-07 TO 4-08 U 1X
 LAST SUB: 3990772

*17080 LISA DR
 LIVINGSTON LA 707542124
 RPTD: 1-07 TO 5-07 U
 LAST SUB: 9981147

*17650 MELANCON RD
 LIVINGSTON LA 707543001
 RPTD: 1-05 TO 3-07 U 1X
 LAST SUB: 1367380

*30260 EDEN CHURCH RD
 DENHAM SPRINGS LA 707267761
 RPTD: 9-04 TO 2-07 U
 LAST SUB: 9981147

*18273 TABONY LN
 LIVINGSTON LA 707543227
 RPTD: 3-06 TO 8-06 U
 LAST SUB: 3990772

*16352 OLD HAMMOND HWY TRLR 63
 BATON ROUGE LA 708161718
 RPTD: 4-99 TO 3-05 U
 LAST SUB: 3980530

*31531 LINDER RD LOT 101
 DENHAM SPRINGS LA 707268504
 RPTD: 11-03 TO 6-04 U
 LAST SUB: 1984222

*28381 LA HIGHWAY 16
 DENHAM SPRINGS LA 707267836
 RPTD: 1-04 U
 LAST SUB: 0940029

*9921 GREAT SMOKEY AVE
 BATON ROUGE LA 708144326
```

**KAPITUS EX. 13 - 321**

Kapitus_000321

```
  RPTD: 1-02 U
  LAST SUB: 8600165

*BRIDGE DWAYNE

--------------------------- FRAUD SHIELD SUMMARY ----------------------------
INPUT SSN ISSUED 1978-1980              INQ: TRADE CONTRACTOR-SPECIAL TRADE
FROM  8-01-13 INQ COUNT FOR SSN=6            JUST CHILLIN HEATING-AIR COND
FROM  8-01-13 INQ COUNT FOR ADDRESS=5        628 DESTIN DR
                                             FORT WORTH TX 76131
                                             817.000.1111

--------------------------- PROFILE SUMMARY -----------------------------
                                                      CNT 00/00/00/99
PUBLIC RECORDS-------0  PAST DUE AMT----$6,593  INQUIRIES--39  SATIS ACCTS--14
INST/OTH BAL--$108,400  SCH/EST PAY-----$2,733  INQS/6 MO--13  NOW DEL/DRG--16
R ESTATE BAL-------N/A  R ESTATE PAY-------N/A  TRADELINE--30  WAS DEL/DRG---0
TOT REV BAL-----$1,233  TOT REV AVAIL------59%  PAID ACCT---5  OLD TRADE--3-06

--------------------------- SCORE SUMMARY -----------------------------
FICO RISK SCORE 2                 =    559   SCORE FACTORS: 38, 14, 20, 18

--------------------------------- TRADES ------------------------------------
SUBSCRIBER                    OPEN    AMT-TYP1   AMT-TYP2 ACCTCOND   PYMT STATUS
SUB#   KOB TYP TRM ECOA BALDATE      BALANCE   PYMT LEVEL MOS REV  PYMT HISTORY
ACCOUNT #              LAST PD     MONTH PAY    PAST DUE  MAXIMUM    BY MONTH
*NORTHERN LEASING SYSTE  1-07    $3,595-O    $2,635-C              CHARGOFF
6902147 PC LEA  48  1 10-30-07    $3,008      10-07     ( 1) L
1473002                5-07
** EARLY TERMINATION/BALANCE OWING **

*RS CLARK AND ASSOCIATE  12-12   $5,941-O                        COLLACCT
1982627 YC COL   1  1 10-30-13    $5,741      2-13     ( 9) GG-GGGGGG
30631001531127        10-13
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CREDIT SYSTEMS INTL IN   7-10    $127-O                          COLLACCT
3980971 YC COL   1  1 10-16-13    $127        7-10     (40) GGGGGGGGGGGGG
104323485                         $127     9-11/G GGGGGGGGGGGGG
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CREDIT SYSTEMS INTL IN   7-10    $51-O                           COLLACCT
3980971 YC COL   1  1 10-16-13    $51         7-10     (40) GGGGGGGGGGGGG
104325045                         $51      9-11/G GGGGGGGGGGGGG
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CREDIT SYSTEMS INTL IN   6-13    $28-O                           COLLACCT
3980971 YC COL   1  1 10-16-13    $28         6-13     ( 5) GGGGG
108363692                         $28
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CREDIT SYSTEMS INTL IN   8-13    $244-O                          COLLACCT
3980971 YC COL   1  1 10-16-13    $244        8-13     ( 3) GGG
108692335                         $244
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*EDWARD SLOAN & ASSOCAC   9-12    $50-O                           COLLACCT
1897070 YC COL   1  1  5-07-13    $50        11-12     ( 7) GG-G-GG
```

```
              734890
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*NPAS SOLUTIONS LLC        12-12    $3,979-O                      COLLACCT
 1946749 YC COL   1   1  4-01-13    $3,979        4-13     ( 1) G
 2000386889                                      $3,979
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*EOS CCA                    8-12    $308-O                        COLLACCT
 1112430 YC COL   1   1 12-21-12    $506         10-12     ( 3) GGG
 6470985                                          $506
              ORIGINAL CREDITOR: AT T MOBILITY

*EDWARD SLOAN & ASSOCAC     9-12    $509-O                        COLLACCT
 1897070 YC COL   1   1 11-07-12    $509         11-12     ( 1) G
 734136
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*EDWARD SLOAN & ASSOCAC     9-12    $944-O                        COLLACCT
 1897070 YC COL   1   1 11-07-12    $944         11-12     ( 1) G
 732744
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CENTRAL FINL CONTROL      12-09    $708-O                        COLLACCT
 3980220 YC COL   1   1  3-23-11    $708          6-10     (10) G------G-G
 980312550
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*UNITED REVENUE CORP        6-10    $614-O                        COLLACCT
 0980096 YC COL UNK   1  9-13-10    $614          9-10     ( 1) G
 5103096                                          $614
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*UNITED REVENUE CORP        1-10    $443-O                        COLLACCT
 0980096 YC COL UNK   1  4-02-10    $443          4-10     ( 1) G
 4964016                                          $443
              ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*CREDIT MANAGEMENT LP      12-09    $403-O                        COLLACCT
 3980798 YC COL   1   1  2-26-10    $403          2-10     ( 1) G
 42357896                                         $403
              ORIGINAL CREDITOR: CHARTER COMMUNICATIONS

*CSD COLLECTIONS           11-08    $198-O                        COLLACCT
 1984222 YZ COL   1   1  1-05-09    $198          1-09     ( 1) G
 CSD08330028901014315                             $198
              ORIGINAL CREDITOR: DIXIE ELECTRIC CORP

*CREDIT ONE BANK            7-12    $500-L    $497-H  CLOSED    CURR ACCT
 3278143 BC CRC REV   1 10-31-13    $376         10-13     (16) BCCCCCCCCCCC
 4447962209619646       10-13        $25                       CCC
              ** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

 TRICOLOR AUTO GROUP LL     4-13    $25,326-O            PAID      CURR ACCT
 1826150 FA AUT  45-B 1  9-30-13                  9-13     ( 6) BCC--C
 17601                  5-13

 CHASE                     12-11    $22,298-O            PAID      CURR ACCT
 4112850 BB AUT  72   2  6-29-13                  6-13     (18) BCCCCCCC
```

**KAPITUS EX. 13 - 323**

Kapitus_000323

```
528430645950              6-13                              CCCCC

AARON SALES & LEASE OW   12-08    $2,467-O          PAID      CURR ACCT
1367380 HR LEA  13   1  1-04-10            1-10     ( 1) B
C06105054R               12-09

AARON SALES & LEASE OW    3-06    $3,024-O          PAID      CURR ACCT
1367380 HR LEA  24   1  1-16-07            1-07     ( 1) B
C0610615                 11-06

PREFERRED CREDIT INC     11-10     UNK             OPEN      CURR ACCT
6903305 FZ ISC  36   2 11-04-13    $75     11-13   (33) CCCCCCCCCCCCC
1095312                  10-13     $75                     CCCCCCCCCCCC

ALLY FINANCIAL            5-13   $39,878-O         OPEN      CURR ACCT
1918788 FA AUT  75   2 11-01-13   $38,472   11-13  ( 6) CCCCCC
005920706792             10-13    $717

SANTANDER CONSUMER USA    7-10   $21,903-O         OPEN      CURR ACCT
0507170 FP AUT  72   1 10-31-13   $12,751   10-13  (40) CCCCCCCCCCCC-
30000157766161000        10-13    $499                     CCCCCCCCCCCC

CAP ONE                  11-11    $701-L    $714-H OPEN      CURR ACCT
1270246 BC CRC REV   1 10-20-13   $107      10-13  (23) C00CCCCCCCCCC
517805879213            10-13    $25                       CCCCCCCCCC

GECRB/AMER EAGLE          8-13    $400-L            OPEN      CURR ACCT
1600040 CG CHG REV   1 10-20-13    $0       10-13  ( 3) 000
604410059283                      UNK

WEBBANK/FINGERHUT        11-12    $250-L            OPEN      CURR ACCT
2244970 ND CHG REV   1 10-15-13    $0       10-13  ( 2) 00
6276452009330207                  UNK

GECRB/TOYS                9-13    $750-L    $750-H  OPEN      CURR ACCT
1950807 DV CHG REV   1 10-13-13   $750      10-13  ( 1) C
604586100109                      $25

TRICOLOR AUTO GROUP LL    4-13   $25,326-O          OPEN      CURR ACCT
1826150 FA AUT  45-B 1  9-30-13   $24,945    9-13  ( 1) C
17601                     9-13    $838

AFS ACCEPTANCE LLC        6-12   $17,200-O          OPEN      CURR ACCT
1007709 FA AUT  54   7  7-31-13   $14,604    7-13  (14) CCCCCCCCCCCCC
130121771                 7-13    $529                     C

------------------------------ INQUIRIES ----------------------------------
TD RETAIL CARD SERVICE 11-02-13  6209700 BC
STRATEGIC FUNDING SOUR 10-29-13  1650360 FU
CBNA/BBY                9-30-13  2145203 BB
CBNA/THD               9-29-13  1002549 BC
TIMEPAYMENT CORP LLC   9-26-13  1639850 FF
FIRST VISION FINANCIAL 9-26-13  6903835 PC
THD/CBNA               9-22-13  3178962 BC
NORTHERN LEASING SYSTE 7-17-13  6902147 PC
ALPHERA FINANCIAL SERV 5-25-13  1650800 FA
DRIVE FINANCIAL        5-25-13  2614080 FA
CAPITAL ONE AUTO FIN   5-25-13  1254780 FA
BANKSTON CHEV FT WORTH 5-25-13  7963526 AN    UNK AUT
```

**KAPITUS EX. 13 - 324**

Kapitus_000324

```
STRATEGIC FUNDING SOUR  5-22-13  1650360 FU
CREDCO                   4-29-13  3903978 ZA          AUT
700 CREDIT/SATURN FORT  4-22-13  1455520 AU          AUT
700 CREDIT/SATURN FORT  3-26-13  1455520 AU          AUT
FORA FINANCIAL BUSINES  2-13-13  1988968 FP
NORTHERN LEASING SYSTE 12-10-12  6902147 PC
CHASE                   11-27-12  1864500 BB
ROADLOANS.COM           10-30-12  1937812 FA
AT&T SERVICES           10-09-12  1940891 UT
ROADLOANS.COM            9-25-12  1937812 FA
NORTHERN LEASING SYSTE  7-25-12  1924758 PC          COL
CREDIT ONE BANK          7-09-12  3278143 BC
AFS ACCEPTANCE LLC       6-19-12  1007708 FA
AFS ACCEPTANCE LLC       5-07-12  1007708 FA
AFS ACCEPTANCE LLC       4-27-12  1007708 FA
ALLY FINANCIAL           4-24-12  1639000 FA          AUT
NOWCOM/TEXAS AUTO OUTL  4-24-12  1934246 AU     UNK AUT
GATEWAY ONE LENDING &    4-24-12  1654670 FA
GATEWAY ONE LENDING &    4-23-12  1654670 FA
CREDCO                   4-23-12  3903978 ZA          AUT
CONSUMER PORTFOLIO SVC  4-23-12  1624220 FA
ALL PRO MOTORS AND FIN  4-14-12  9960266 AU
CHASE                   12-26-11  1255740 BC
BANKSTON CHEV FT WORTH 12-21-11  7963526 AN     UNK AUT
CHASE                   12-21-11  3113360 BB
CAPITAL ONE AUTO FIN    12-21-11  1254780 FA
CAP ONE                 11-13-11  1214383 BC
------------------------------- MESSAGES -----------------------------------
 MSG 335: F 08TOO MANY INQUIRIES LAST 12 MONTHS

CONSUMER ASSISTANCE CONTACT:  EXPERIAN
701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013  888.397.3742

END -- EXPERIAN
```



Bridges,Dwayne 439377894;CA-628 Destin Dr/76131;VERIFY;VER FY-Y2/J2;H-Y;

```
PAGE 1 DATE 10-21-2015  TIME 15:57:21  V901  TTX8

DWAYNE P BRIDGES              SS:        7894    E: JUST CHILLIN HEATING
628 DESTIN DR                 DOB:     72          00000
FORT WORTH TX 761314255       SP: DANA           RPTD: 12-11 TO 2-15 U
 RPTD: 7-10 TO 10-15 U 21X
 LAST SUB: 3276502                               E: JUST CHILLING HEATIN
                                                 628 DESTIN DRIVE
                                                 FORT WORTH, TX 76131
*11238 BLUE JAY LN                               RPTD: 7-12 TO 12-14 U
 DENHAM SPRINGS LA 707261677
 RPTD: 2-09 TO 1-10 U 1X
 LAST SUB: 1367380                               E: SELF
                                                 RPTD: 11-14 I

*17210 OLIVE DR
 LIVINGSTON LA 707542155                         E: SELF EMPLOYED
 RPTD: 5-07 TO 4-08 U                            RPTD: 4-12 I
 LAST SUB: 3990772

*17080 LISA DR
 LIVINGSTON LA 707542124
 RPTD: 1-07 TO 5-07 U
 LAST SUB: 9981147

*17650 MELANCON RD
 LIVINGSTON LA 707543001
 RPTD: 1-05 TO 3-07 U 1X
 LAST SUB: 1367380

*30260 EDEN CHURCH RD
 DENHAM SPRINGS LA 707267761
 RPTD: 9-04 TO 2-07 U
 LAST SUB: 9981147

*18273 TABONY LN
 LIVINGSTON LA 707543227
 RPTD: 3-06 TO 8-06 U
 LAST SUB: 3990772

*16352 OLD HAMMOND HWY TRLR 63
 BATON ROUGE LA 708161718
 RPTD: 4-99 TO 3-05 U
 LAST SUB: 3980530

*31531 LINDER RD LOT 101
 DENHAM SPRINGS LA 707268504
 RPTD: 11-03 TO 6-04 U
 LAST SUB: 1984222

*28381 LA HIGHWAY 16
 DENHAM SPRINGS LA 707267836
 RPTD: 1-04 U
 LAST SUB: 0940029

*9921 GREAT SMOKEY AVE
 BATON ROUGE LA 708144326
```

**KAPITUS EX. 13 - 326**

**Kapitus_000326**

```
RPTD: 1-02 U
LAST SUB: 8600165
```

*BRIDGE DWAYNE

--------------------------- FRAUD SHIELD SUMMARY ----------------------------
```
INPUT SSN ISSUED 1978-1980            INQ: TRADE CONTRACTOR-SPECIAL TRADE
MORE THAN 3 INQUIRIES IN THE LAST 30 DAYS     JUST CHILLIN HEATING & AIR
FROM  7-01-15 INQ COUNT FOR SSN=19           628 DESTIN DR
FROM  7-01-15 INQ COUNT FOR ADDRESS=24       FORT WORTH TX 76131
                                             682.224.5457
```

---------------------------- PROFILE SUMMARY -----------------------------
```
                                                        CNT 00/00/00/03
PUBLIC RECORDS-------0  PAST DUE AMT--------$0  INQUIRIES--87  SATIS ACCTS--38
INST/OTH BAL--$108,847  SCH/EST PAY-----$4,702  INQS/6 MO--37  NOW DEL/DRG---0
R ESTATE BAL-------N/A  R ESTATE PAY-------N/A  TRADELINE--41  WAS DEL/DRG---3
TOT REV BAL-----$5,680  TOT REV AVAIL------87%  PAID ACCT--12  OLD TRADE--3-06
```

--------------------------- SCORE SUMMARY -----------------------------
```
FICO RISK SCORE 2                    =  632   SCORE FACTORS: 40, 14, 20, 08
```

-------------------------------- TRADES ------------------------------------

| SUBSCRIBER | | | | OPEN | AMT-TYP1 | AMT-TYP2 | ACCTCOND | PYMT STATUS |
|---|---|---|---|---|---|---|---|---|
| SUB# | KOB TYP | TRM | ECOA | BALDATE | BALANCE | PYMT LEVEL | MOS REV | PYMT HISTORY |
| ACCOUNT # | | | | LAST PD | MONTH PAY | PAST DUE | MAXIMUM | BY MONTH |

```
*SYNCB/JCP                  11-14   $1,000-L    $332-H CRCDLOST     CURR ACCT
3321860 DC CHG REV  1  7-28-15                7-15    (10) BCCCCCCCCC
600889538252                6-15
** CREDIT CARD LOST OR STOLEN **

*FNCL CORP OF AMERICA       8-14     $353-O             PAID      COLLACCT
0987696 YC COL   1  2  1-21-15                1-15    ( 4) B--G
31191436                   12-14
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*FNCL CORP OF AMERICA       6-14     $502-O             PAID      COLLACCT
0987696 YC COL   1  2  1-21-15                1-15    ( 6) B----G
30826647                   12-14
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

*FNCL CORP OF AMERICA       9-14     $886-O             PAID      COLLACCT
0987696 YC COL   1  2  1-21-15                1-15    ( 3) B-G
31444224                   12-14
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

CONNS CREDIT CORP          12-13   $12,999-O            PAID     CURR ACCT
0377035 DC SEC  32  1  6-05-15                6-15    (21) B00CCCCCCCCCC
432744330                   6-15                            CCCCCCCC

PREFERRED CREDIT INC       11-10     UNK               PAID     CURR ACCT
6903305 FZ ISC  36  2 12-04-13               12-13    (34) BCCCCCCCCCCCCC
1095312                    11-13                            CCCCCCCCCCCC

SANTANDER CONSUMER USA      7-10   $21,903-O            PAID     CURR ACCT
0507170 FP AUT  72  1 11-30-13               11-13    (41) BCCCCCCCCCCCC
30000157766161000          11-13                           -CCCCCCCCCCC

*CREDIT ONE BANK NA         7-12     $500-L    $497-H   PAID     CURR ACCT
```

**KAPITUS EX. 13 - 327**

Kapitus_000327

```
3278143 BC CRC REV   1 11-21-13                    11-13      (17) BCCCCCCCCCCCC
4447962209619646            11-13                              CCCC
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

TRICOLOR AUTO GROUP LL   4-13   $25,326-O                PAID     CURR ACCT
1826150 FA AUT  45-B 1  9-30-13                 9-13    ( 6) BCC--C
17601                    5-13

CHASE                   12-11   $22,298-O                PAID     CURR ACCT
4112850 BB AUT  72   2  6-29-13                 6-13    (18) BCCCCCCCCCCCC
528430645950             6-13                               CCCCC

AARON SALES & LEASE OW  12-08   $2,467-O                 PAID     CURR ACCT
1367380 HR LEA  13   1  1-04-10                 1-10    ( 1) B
C06105054R              12-09

AARON SALES & LEASE OW   3-06   $3,024-O                 PAID     CURR ACCT
1367380 HR LEA  24   1  1-16-07                 1-07    ( 1) B
C0610615                11-06

DISCOVER FIN SVCS LLC   10-15   $1,300-L                 OPEN     CURR ACCT
3276502 BC CRC REV   1 10-19-15      $0        10-15    ( 1) 0
601100146141                    UNK

MERRICK BANK            12-14   $1,400-L    $448-H       OPEN     CURR ACCT
0206610 BC CRC REV   1 10-15-15      $0        10-15    (11) 0000CCCCCC0
4120614096158295         6-15      $35

CHASE CARD               9-15   $500-L                   OPEN     CURR ACCT
3182310 BC CRC REV   1 10-15-15      $0        10-15    ( 1) 0
464018211298                    UNK

SYNCB/ROOMS TO GO        9-15   $2,000-L   $1,998-H      OPEN     CURR ACCT
1234900 BC CHG REV   1 10-14-15    $1,998     10-15    ( 1) C
601919123429                    $59

MIDAMERICA/MILESTONE/G   3-15   $300-L      $75-H        OPEN     CURR ACCT
1933961 FU CRC REV   1 10-14-15      $0        10-15    ( 8) 000000CC
5410510000336991         4-15      $35

SYNCB/TOYSRUS            9-13   $1,200-L    $799-H       OPEN     CURR ACCT
1950807 DV CHG REV   1 10-13-15      $0        10-15    (25) 000CCCCCCCCCC
604586100109             5-15      $25                      000000000CCC

CAPITAL ONE BANK USA N  11-14   $750-L      $488-H       OPEN     CURR ACCT
1270246 BC CRC REV   1 10-12-15      $0        10-15    (11) 0000CCCCCCC
517805814377             7-15      $25

CAPITAL ONE BANK USA N  11-14   $750-L      $532-H       OPEN     CURR ACCT
1270246 BC CRC REV   1 10-12-15      $0        10-15    (11) 0CCCCCCCCCCC
517805772646             9-15       $2

BARCLAYS BANK DELAWARE   9-15   $2,500-L                 OPEN     CURR ACCT
1223850 BC CRC REV   1 10-10-15      $0        10-15    ( 2) 00
000248244008238                 UNK

HCCREDIT/FEB             7-15   $10,000-L                OPEN     CURR ACCT
1939029 BC CRC REV   1 10-07-15      $0        10-15    ( 3) 000
7143770                         UNK

WORLDS FOREMOST BANK N  11-14   $6,000-L   $4,078-H      OPEN     CURR ACCT
```

**KAPITUS EX. 13 - 328**

Kapitus_000328

```
2218590 BC CRC REV  1 10-07-15        $0      10-15     (11) 0CCCCCCCCC0
4300230191368812       10-15       $24

FIRST PREMIER BANK        12-13     $800-L    $712-H    OPEN     CURR ACCT
1210189 BC CRC REV  1 10-06-15       $14      10-15     (22) CCCCCCCCCCCCC
5178006458379791        9-15       $14                       00CCCCCCC

CCS/FIRST SAVINGS BANK     6-15    $1,500-L    $75-H    OPEN     CURR ACCT
2218120 BC CRC REV  1 10-02-15        $0      10-15     ( 4) 00CC
5433601190553033        7-15       $30

ALLY FINANCIAL            12-14   $24,061-O             OPEN     CURR ACCT
1918788 FA AUT  72  2 10-01-15   $22,292      10-15     (10) CCCCCCCCCC
005921416061            9-15      $477

ALLY FINANCIAL             5-13   $39,878-O             OPEN     CURR ACCT
1918788 FA AUT  75  2 10-01-15   $28,371      10-15     (29) CCCCCCCCCCCC
005920706792            9-15      $717                       CCCCCCCCCCCC

CONNS CREDIT CORP          6-15   $15,589-O             OPEN     CURR ACCT
0377035 DC SEC  32  1  9-30-15   $13,987       9-15     ( 4) CCCC
432744331               9-15      $487

AFS ACCEPTANCE LLC         6-12   $17,200-O             OPEN     CURR ACCT
1007709 FA AUT  54  7  9-30-15    $6,778       9-15     (40) CCCCCCCCC-CC
130121771               9-15      $529                       CCCCCCCCCCCC

TRICOLOR AUTO GROUP LL     4-13   $25,326-O             OPEN     CURR ACCT
1826150 FA AUT  45-B 1  9-30-15   $11,854      9-15     (25) CCCCCCCCCCCCC
17601                   9-15      $838                       CCCCCCCCCCCC

MODEL FINANCE COMPANY     10-14   $14,000-O             OPEN     CURR ACCT
3521759 FP REC  48  1  9-30-15   $11,615       9-15     (12) CCCCCCCCCCCC
31041509                9-15      $411

CHASE                     11-13   $32,106-O             OPEN     CURR ACCT
4112850 BB AUT  72  1  9-30-15   $13,950       9-15     (23) CCCCCCCCCCCCC
528430966962            7-15      $752                       CCCCCCCCCC

FSB BLAZE                  6-15    $1,500-L    $75-H    OPEN     CURR ACCT
4146150 BC CRC REV  1  9-28-15        $0       9-15     ( 4) 00CC
5182130005590140        7-15      $30

FIRST PREMIER BANK         2-15     $400-L    $372-H    OPEN     CURR ACCT
1210189 BC CRC REV  1  9-27-15        $0       9-15     ( 8) 000CCCCC
5178006525044394        6-15      $30

SYNCB/CONNS                9-15    $2,000-L             OPEN     CURR ACCT
1232870 BC CHG REV  1  9-25-15        $0       9-15     ( 1) 0
603459063543                      UNK

CCS/FIRST NATIONAL BAN     6-15    $1,500-L  $1,293-H   OPEN     CURR ACCT
1211670 BC CRC REV  1  9-23-15        $0       9-15     ( 4) 0CCC
4239801106760941        7-15      $69

CAPITAL ONE BANK USA N    11-11     $701-L    $714-H    OPEN     CURR ACCT
1270246 BC CRC REV  1  9-20-15       $22       9-15     (46) C0CC0CCCCCCCC
517805948727            9-15      $22                        CCCCCCCCCCC0

COMENITY BANK/GNDRMTMC    11-14    $8,700-L  $7,500-H   OPEN     CURR ACCT
1360490 BC CRC REV  1  9-20-15    $3,646       9-15     (11) CC0CCCCCCCCC
```

**KAPITUS EX. 13 - 329**
**Kapitus_000329**

```
520130002826              9-15        $37

SYNCB/AMER EAGLE          8-13       $600-L    $674-H    OPEN    CURR ACCT
1600040 CG CHG REV   1  9-17-15      $0       9-15    (26) 0C0CCCCCCCCCC
604410059283              8-15        $25                      00CCC0CC0000

SYNCB/JCP                11-14     $1,000-L    $332-H    OPEN    CURR ACCT
3321860 DC CHG REV   1  9-15-15      $0       9-15    (11) 000CCCCCCCC
600889538927              6-15        UNK

WEBBANK/FINGERHUT        11-12      $450-L    $496-H    OPEN    CURR ACCT
2244970 ND CHG REV   1  5-15-15      $0       5-15    (21) 0CCC---------
6369921024319955          4-15        $29                      -0000-00
------------------------------ INQUIRIES --------------------------------
CBCINNOVIS              10-21-15  1389030 BB          I/L
BUSINESS FINANCIAL SER 10-21-15  1392086 FZ
JPM CHASE              10-21-15  1864500 BB
FLASH ADVANCE          10-21-15  1978615 FW
2DOLLAR CAPITAL LLC    10-21-15  1989431 FZ          P/S
PEARL CAPITAL BUSINESS 10-21-15  2441920 FW          BUS
EXPERIAN BUSINESS CRED 10-21-15  4301099 ZC     UNK BUS
EXPERIAN BUSINESS CRED 10-21-15  4301099 ZC     UNK BUS
EXPERIAN BUSINESS CRED 10-16-15  4301099 ZC     UNK BUS
US BANK CONSOLIDATED   10-08-15  2141255 BB
SONIC-FORT WORTH T INC 10-03-15  1868230 AN
CBNA/BBY                9-29-15  2145203 BB
SYNCB                   9-26-15  1223465 FF
SYNCB                   9-24-15  1223465 FF
CBNA                    9-20-15  1240750 BC
CHASE CARD              9-11-15  1203600 BC
CHASE CARD              9-10-15  1203600 BC
CHASE CARD              8-20-15  1203600 BC
BK OF AMER              8-20-15  1217350 BC
CBNA/SEARS              8-09-15  1351440 DC
CAP ONE NA              8-04-15  1103317 BC
SYNCB                   7-17-15  1223465 FF
SUNTRUST                7-13-15  1151880 BB
CERTIFIED CREDIT REPOR  5-27-15  1972664 FR          R/E
CHASE CARD              5-19-15  1203600 BC
CBNA/SEARS              5-17-15  1351440 DC
CBNA                    5-17-15  3178962 ZR
1ST MERCHANT FUNDING L  5-14-15  1124276 FW
DISCOVER FINANCIAL SER  5-09-15  1224590 BC
PEARL CAPITAL BUSINESS  5-08-15  2441920 FW          BUS
YELLOWSTONE CAPITAL     5-07-15  1894700 WP
DIAMOND FUNDING GROUP   5-07-15  2142340 FW
CHASE MTG               5-04-15  1001278 FM      UNK R/E
CHASE CARD              5-01-15  1203600 BC
CHASE CARD              4-27-15  1203600 BC
CAP ONE NA              4-16-15  1103317 BC
CHASE CARD              4-06-15  1203600 BC
SYNCB                   2-02-15  1223465 FF
```

**KAPITUS EX. 13 - 330**

Kapitus_000330

```
SPRINGLEAF FINANCIAL S   2-01-15   2544770 FP
CBNA/BBY                  1-27-15   2145203 BB
ONEMAIN FINANCIAL        1-25-15   1565540 FP
JPM CHASE                1-06-15   1864500 BB
CARFINANCE.COM          12-22-14   1917258 FA
GATEWAY ONE LENDING &   12-22-14   1654670 FA
CAPITAL ONE AUTO FIN    12-22-14   1254780 FA
700 CREDIT/MAC CHURCHI  12-22-14   2283430 AU        UNK AUT
MOBILITY CREDIT UNION   12-22-14   1600065 FC
SANTANDER CONSUMER USA  12-22-14   1912477 FZ
SANTANDER CONSUMER USA  12-13-14   1912477 FZ
NOWCOM/WESTLAKE FINANC  12-13-14   1620920 FA        UNK AUT
CAPITAL ONE AUTO FIN    12-13-14   1254780 FA
ACRANET/KNIGHT CAPITAL  12-08-14   1114635 FZ        UNK R/E
NTB/CBNA                12-02-14   1326480 AT
ELAN FINANCIAL SERVICE  11-24-14   3139290 BB
CBNA/SEARS              11-20-14   1351440 DC
CBNA/BBY                11-17-14   2145203 BB
CAP ONE NA             11-14-14   1103317 BC
TOTAL MERCHANT SERVICE  11-11-14   8909214 WP         LBP
TOTAL MERCHANT SERVICE  11-10-14   8909214 WP         LBP
CBNA/THD               11-09-14   1002549 BC
SPRINGLEAF FINANCIAL S  11-09-14   2544770 FP
JPM CHASE              11-04-14   1864500 BB
MODEL FINANCE COMPANY   10-09-14   3521759 FP
FNB OMAHA               9-24-14   0203000 BC
CBNA                    9-14-14   3178962 ZR
AMEX                    7-15-14   1234990 BC
CAPITAL ONE AUTO FIN    7-10-14   1254780 FA
SANTANDER CONSUMER USA   7-10-14   1912477 FZ
CHASE CARD              6-04-14   0107550 WP
EQUIFAX                 5-14-14   1988511 FR        UNK R/C
CAP ONE NA              3-17-14   1103317 BC
FORA FINANCIAL ADVANCE  3-14-14   1925459 FZ
JPM CHASE               3-03-14   1864500 BB
MARLIN                  2-21-14   7993929 PC
CHASE CARD              2-14-14   1255740 BC
POWER PAY LLC           1-23-14   5903130 WP
MSCG                    1-22-14   1198489 FZ
FORA FINANCIAL BUSINES  1-21-14   1988968 FP
SPRINGLEAF FINANCIAL S  1-03-14   2544770 FP
CBNA                   12-21-13   3178962 ZR
CAP ONE                12-20-13   1214383 BC
CHASE MTG              12-09-13   1881739 FM          R/E
KOHLS/CAPONE           11-16-13   1926637 DC
SANTANDER CONSUMER USA  11-15-13   1912477 FZ
CAPITAL ONE AUTO FIN    11-15-13   1254780 FA
TD RETAIL CARD SERVICE  11-02-13   6209700 BC
STRATEGIC FUNDING SOUR  10-29-13   1650360 FU

CONSUMER ASSISTANCE CONTACT:   EXPERIAN
```

```
701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013  888.397.3742
END -- EXPERIAN
```

**KAPITUS EX. 13 - 332**

Kapitus_000332



Bridges,Dwayne 439377894;CA-628 Destin Dr/76131;VERIFY;VER FY-Y2/J2;H-Y;

```
PAGE 1 DATE 12-11-2015  TIME 16:12:56  V601  TTX8

 DWAYNE BRIDGES              SS:      7894     E: JUST CHILLIN HEATING
 628 DESTIN DR               DOB:    72         00000
 FORT WORTH TX 761314255     SP: DANA         RPTD: 12-11 TO 12-15 U
 RPTD: 7-10 TO 12-15 U 25X
 LAST SUB: 3758795                            E: JUST CHILLING HEATIN
                                              628 DESTIN DRIVE
                                              FORT WORTH, TX 76131
 *11238 BLUE JAY LN                           RPTD: 7-12 TO 12-14 U
 DENHAM SPRINGS LA 707261677
 RPTD: 2-09 TO 1-10 U 1X
 LAST SUB: 1367380                            E: SELF
                                              RPTD: 11-14 I

 *17210 OLIVE DR
 LIVINGSTON LA 707542155                      E: SELF EMPLOYED
 RPTD: 5-07 TO 4-08 U                         RPTD: 4-12 I
 LAST SUB: 3990772

 *17080 LISA DR
 LIVINGSTON LA 707542124
 RPTD: 1-07 TO 5-07 U
 LAST SUB: 9981147

 *17650 MELANCON RD
 LIVINGSTON LA 707543001
 RPTD: 1-05 TO 3-07 U 1X
 LAST SUB: 1367380

 *30260 EDEN CHURCH RD
 DENHAM SPRINGS LA 707267761
 RPTD: 9-04 TO 2-07 U
 LAST SUB: 9981147

 *18273 TABONY LN
 LIVINGSTON LA 707543227
 RPTD: 3-06 TO 8-06 U
 LAST SUB: 3990772

 *16352 OLD HAMMOND HWY TRLR 63
 BATON ROUGE LA 708161718
 RPTD: 4-99 TO 3-05 U
 LAST SUB: 3980530

 *31531 LINDER RD LOT 101
 DENHAM SPRINGS LA 707268504
 RPTD: 11-03 TO 6-04 U
 LAST SUB: 1984222

 *28381 LA HIGHWAY 16
 DENHAM SPRINGS LA 707267836
 RPTD: 1-04 U
 LAST SUB: 0940029

 *9921 GREAT SMOKEY AVE
 BATON ROUGE LA 708144326
```

**KAPITUS EX. 13 - 333**

Kapitus_000333

```
RPTD: 1-02 U
LAST SUB: 8600165

*BRIDGE DWAYNE

--------------------------- FRAUD SHIELD SUMMARY ----------------------------
INPUT SSN ISSUED 1978-1980              INQ: TRADE CONTRACTOR-SPECIAL TRADE
MORE THAN 3 INQUIRIES IN THE LAST 30 DAYS     JUST CHILLIN HEATING & AIR
FROM  9-01-15 INQ COUNT FOR SSN=30            628 DESTIN DR
FROM  9-01-15 INQ COUNT FOR ADDRESS=38        FORT WORTH TX 76131
                                              682.224.5457

--------------------------- PROFILE SUMMARY -----------------------------
                                              CNT 00/00/00/03
PUBLIC RECORDS-------0  PAST DUE AMT--------$0  INQUIRIES-101  SATIS ACCTS--42
INST/OTH BAL--$246,212  SCH/EST PAY-----$7,507  INQS/6 MO--42  NOW DEL/DRG---0
R ESTATE BAL-------N/A  R ESTATE PAY-------N/A  TRADELINE--45  WAS DEL/DRG---3
TOT REV BAL-----$6,328  TOT REV AVAIL------86%  PAID ACCT--13  OLD TRADE--3-06
```

--------------------------- SCORE SUMMARY -----------------------------
FICO RISK SCORE 2                    =  629    SCORE FACTORS: 40, 14, 20, 08

--------------------------------- TRADES ---------------------------------

| SUBSCRIBER | | | OPEN | AMT-TYP1 | AMT-TYP2 | ACCTCOND | PYMT STATUS |
|---|---|---|---|---|---|---|---|
| SUB# KOB TYP TRM ECOA | | BALDATE | BALANCE | PYMT LEVEL | MOS REV | PYMT HISTORY | |
| ACCOUNT # | | | LAST PD | MONTH PAY | PAST DUE | MAXIMUM | BY MONTH |
| *SYNCB/JCP | | | 11-14 | $1,000-L | $332-H | CRCDLOST | CURR ACCT |
| 3321860 DC CHG REV 1 | | 7-28-15 | | 7-15 | (10) | BCCCCCCCCC | |
| 600889538252 | | | 6-15 | | | | |
| ** CREDIT CARD LOST OR STOLEN ** | | | | | | | |
| *FNCL CORP OF AMERICA | | 8-14 | $353-O | | | PAID | COLLACCT |
| 0987696 YC COL 1 2 | | 1-21-15 | | 1-15 | ( 4) | B--G | |
| 31191436 | | | 12-14 | | | | |
| ORIGINAL CREDITOR: MEDICAL PAYMENT DATA | | | | | | | |
| *FNCL CORP OF AMERICA | | 6-14 | $502-O | | | PAID | COLLACCT |
| 0987696 YC COL 1 2 | | 1-21-15 | | 1-15 | ( 6) | B----G | |
| 30826647 | | | 12-14 | | | | |
| ORIGINAL CREDITOR: MEDICAL PAYMENT DATA | | | | | | | |
| *FNCL CORP OF AMERICA | | 9-14 | $886-O | | | PAID | COLLACCT |
| 0987696 YC COL 1 2 | | 1-21-15 | | 1-15 | ( 3) | B-G | |
| 31444224 | | | 12-14 | | | | |
| ORIGINAL CREDITOR: MEDICAL PAYMENT DATA | | | | | | | |
| ALLY FINANCIAL | | | 5-13 | $39,878-O | | PAID | CURR ACCT |
| 1918788 FA AUT 75 2 | | 11-02-15 | | 11-15 | (30) | BCCCCCCCCCCCCC | |
| 005920706792 | | | 10-15 | | | | CCCCCCCCCCCCC |
| CONNS CREDIT CORP | | 12-13 | $12,999-O | | | PAID | CURR ACCT |
| 0377035 DC SEC 32 1 | | 6-05-15 | | 6-15 | (24) | B00000CCCCCCC | |
| 432744330 | | | 6-15 | | | | CCCCCCCCCCC |
| PREFERRED CREDIT INC | | 11-10 | UNK | | | PAID | CURR ACCT |
| 6903305 FZ ISC 36 2 | | 12-04-13 | | 12-13 | (34) | BCCCCCCCCCCCCC | |
| 1095312 | | | 11-13 | | | | CCCCCCCCCCCCC |
| SANTANDER CONSUMER USA | | 7-10 | $21,903-O | | | PAID | CURR ACCT |

Kapitus_000334

```
0507170 FP AUT  72   1 11-30-13                    11-13      (41) BCCCCCCCCCCCC
30000157766161000          11-13                                   -CCCCCCCCCCCC
*CREDIT ONE BANK NA        7-12     $500-L    $497-H    PAID       CURR ACCT
3278143 BC CRC REV  1 11-21-13                    11-13      (17) BCCCCCCCCCCCC
4447962209619646          11-13                                   CCCC
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

TRICOLOR AUTO GROUP LL     4-13    $25,326-O              PAID       CURR ACCT
1826150 FA AUT  45-B 1  9-30-13                    9-13      ( 6) BCC--C
17601                      5-13

CHASE                     12-11    $22,298-O              PAID       CURR ACCT
4112850 BB AUT  72   2  6-29-13                    6-13      (18) BCCCCCCCCCCCC
528430645950               6-13                                   CCCCC

AARON SALES & LEASE OW    12-08     $2,467-O              PAID       CURR ACCT
1367380 HR LEA  13   1  1-04-10                    1-10      ( 1) B
C06105054R                12-09

AARON SALES & LEASE OW     3-06     $3,024-O              PAID       CURR ACCT
1367380 HR LEA  24   1  1-16-07                    1-07      ( 1) B
C0610615                  11-06

BARCLAYS BANK DELAWARE     9-15     $2,500-L  $1,751-H    OPEN       CURR ACCT
1223850 BC CRC REV  1 12-10-15        $0      12-15      ( 4) 0000
000248244008238           12-15       UNK

HCCREDIT/FEB               7-15    $10,000-L              OPEN       CURR ACCT
1939029 BC CRC REV  1 12-07-15        $0      12-15      ( 5) 00000
7143770                               UNK

WORLDS FOREMOST BANK N    11-14     $6,000-L  $5,000-H    OPEN       CURR ACCT
2218590 BC CRC REV  1 12-07-15     $2,712     12-15      (13) CCCCCCCCCCCC0
4300230191368812          11-15       $54

FIRST PREMIER BANK        12-13      $800-L    $712-H    OPEN       CURR ACCT
1210189 BC CRC REV  1 12-06-15       $14      12-15      (24) CCCCCCCCCCCC
5178006458379791          12-15       $14                         CC00CCCCCCC

CCS/FIRST SAVINGS BANK     6-15     $1,500-L    $75-H    OPEN       CURR ACCT
2218120 BC CRC REV  1 12-03-15        $0      12-15      ( 6) 0000CC
5433601190553033           7-15       $30

CONNS CREDIT CORP          6-15    $15,589-O              OPEN       CURR ACCT
0377035 DC SEC  32   1 11-30-15    $13,013     11-15      ( 6) CCCCCC
432744331                 11-15      $487

AFS ACCEPTANCE LLC         6-12    $17,200-O              OPEN       CURR ACCT
1007709 FA AUT  54   7 11-30-15     $5,980     11-15      (42) CCCCCCCCCCCC-
130121771                 11-15      $529                         CCCCCCCCCCCC

SUNTRUST BK TAMPA BAY     11-15    $63,684-O              OPEN       CURR ACCT
1199418 BB AUT  72   1 11-30-15    $63,935     11-15      ( 1) C
65600006565913495                  $1,031

TRICOLOR AUTO GROUP LL     4-13    $25,326-O              OPEN       CURR ACCT
1826150 FA AUT  45-B 1 11-30-15    $10,617     11-15      (27) CCCCCCCCCCCC
17601                     11-15      $838                         CCCCCCCCCCCC

ALLY FINANCIAL            12-14    $24,061-O              OPEN       CURR ACCT
```

**KAPITUS EX. 13 - 335**

Kapitus_000335

```
1918788 FA AUT  72   2 11-30-15   $21,780      11-15      (12) CCCCCCCCCCCC
005921416061            11-15      $477

MODEL FINANCE COMPANY    10-14   $14,000-O                OPEN    CURR ACCT
3521759 FP REC  48   1 11-30-15   $11,139      11-15      (14) CCCCCCCCCCCCC
31041509               11-15      $411                          C

TOYOTA MOTOR CREDIT CO   10-15   $79,296-O                OPEN    CURR ACCT
3604010 FA AUT  72   7 11-30-15   $77,371      11-15      ( 2) CC
70400867643190001      11-15      $1,279

DATCU                    11-15   $10,305-O                OPEN    CURR ACCT
3758795 FC REC  72   1 11-30-15   $10,305      11-15      ( 1) C
5111170001                        $173

CHASE                    11-13   $32,106-O                OPEN    CURR ACCT
4112850 BB AUT  72   1 11-30-15   $12,371      11-15      (25) CCCCCCCCCCCC
528430966962           11-15      $752                          CCCCCCCCCCCC

FIRST PREMIER BANK        2-15      $400-L    $372-H     OPEN    CURR ACCT
1210189 BC CRC REV   1 11-27-15       $0      11-15      (10) 00000CCCCC
5178006525044394        6-15      $30

FSB BLAZE                 6-15    $1,500-L    $374-H     OPEN    CURR ACCT
4146150 BC CRC REV   1 11-27-15     $374      11-15      ( 6) C000CC
5182130005590140        7-15      $30

CHASE CARD                9-15      $500-L    $434-H     OPEN    CURR ACCT
3182310 BC CRC REV   1 11-26-15       $0      11-15      ( 2) 0C
464018211298           11-15      $25

CCS/FIRST NATIONAL BAN    6-15    $1,500-L  $1,293-H     OPEN    CURR ACCT
1211670 BC CRC REV   1 11-23-15       $0      11-15      ( 6) 000CCC
4239801106760941        7-15      $69

CAPITAL ONE BANK USA N   11-11      $701-L    $714-H     OPEN    CURR ACCT
1270246 BC CRC REV   1 11-20-15      $44      11-15      (48) CCC0CC0CCCCCC
517805948727           11-15      $25                          CCCCCCCCCCCC

COMENITY BANK/GNDRMTMC   11-14    $8,700-L  $7,500-H     OPEN    CURR ACCT
1360490 BC CRC REV   1 11-20-15       $0      11-15      (13) 0CCC0CCCCCCCC
520130002826           11-15      $37

DISCOVER FIN SVCS LLC    10-15    $1,300-L                OPEN    CURR ACCT
3276502 BC CRC REV   1 11-19-15       $0      11-15      ( 2) 00
601100146141                      UNK

SYNCB/CONNS               9-15    $2,000-L    $627-H     OPEN    CURR ACCT
1232870 BC CHG REV   1 11-18-15     $609      11-15      ( 3) CC0
603459063543           11-15      $18

SYNCB/AMER EAGLE          8-13      $600-L    $674-H     OPEN    CURR ACCT
1600040 CG CHG REV   1 11-17-15     $474      11-15      (28) C0CC0CCCCCCCC
604410059283            8-15      $25                          CC00CCC0CC00

MERRICK BANK             12-14    $1,400-L    $448-H     OPEN    CURR ACCT
0206610 BC CRC REV   1 11-15-15       $0      11-15      (12) 00000CCCCCC0
4120614096158295        6-15      $35

SYNCB/ROOMS TO GO         9-15    $2,000-L  $2,023-H     OPEN    CURR ACCT
1234900 BC CHG REV   1 11-15-15   $2,023      11-15      ( 2) CC
```

**KAPITUS EX. 13 - 336**

**Kapitus_000336**

```
601919123429                              $84

SYNCB/JCP                 11-14   $1,000-L    $332-H    OPEN    CURR ACCT
3321860 DC CHG REV  1 11-15-15      $0      11-15    (13) 00000CCCCCCCC
600889538927              6-15     UNK

MIDAMERICA/MILESTONE/G    3-15     $300-L     $75-H    OPEN    CURR ACCT
1933961 FU CRC REV  1 11-14-15      $0      11-15    ( 9) 0000000CC
5410510000336991          4-15     $35

CAPITAL ONE BANK USA N    11-14    $750-L    $532-H    OPEN    CURR ACCT
1270246 BC CRC REV  1 11-12-15     $39      11-15    (12) C0CCCCCCCCCC
517805772646              9-15     $25

CAPITAL ONE BANK USA N    11-14    $750-L    $488-H    OPEN    CURR ACCT
1270246 BC CRC REV  1 11-12-15     $39      11-15    (12) C0000CCCCCCC
517805814377              7-15     $25

SYNCB/TOYSRUS             9-13   $1,200-L    $799-H    OPEN    CURR ACCT
1950807 DV CHG REV  1 11-12-15      $0      11-15    (26) 0000CCCCCCCCC
604586100109              5-15     $25                     C000000000CC

AVANT INC                 8-15  $20,000-O              OPEN    CURR ACCT
2104507 FP UNS  36  1 10-31-15  $19,701     10-15    ( 2) CC
938595                   10-15    $915

WEBBANK/FINGERHUT         11-12    $450-L    $496-H    OPEN    CURR ACCT
2244970 ND CHG REV  1  5-15-15      $0       5-15    (21) 0CCC---------
6369921024319955          4-15     $29                     -0000-00

------------------------------ INQUIRIES --------------------------------
MICROBILT               12-11-15 1000936 ZF         UNS
SWIFT CAPITAL           12-11-15 1203610 FZ
FNB OMAHA               12-10-15 0203040 BC
CASH CENTRAL            12-09-15 1024662 PM
BK OF AMER              12-08-15 1217350 BC
CHASE MTG               12-07-15 1001275 FM         UNK R/E
EMS/QUICKEN LOANS       12-07-15 1919673 FM         UNK R/E
CHASE CARD              12-07-15 1203600 BC
MODEL FINANCE COMPANY   11-10-15 3521759 FP
ONEMAIN FINANCIAL       11-06-15 1565540 FP
SONIC-FORT WORTH T INC  11-03-15 1868230 AN
MYBUSINESSLOAN.COM/DEA  11-02-15 1152832 FZ         BUS
CBNA                    10-29-15 3178962 ZR
CHASE CARD              10-22-15 1203600 BC
CAN CAPITAL MERC SRV,I  10-22-15 1571570 FZ         LBP
MICROBILT               10-22-15 1000936 ZF         UNS
SWIFT CAPITAL           10-22-15 1203610 FZ
EXPERIAN BUSINESS CRED  10-22-15 4301099 ZC         UNK BUS
STRATEGIC FUNDING SOUR  10-21-15 1650360 FU
CBCINNOVIS              10-21-15 1389030 BB         I/L
PEARL CAPITAL BUSINESS  10-21-15 2441920 FW         BUS
FLASH ADVANCE           10-21-15 1978615 FW
2DOLLAR CAPITAL LLC     10-21-15 1989431 FZ         P/S
BUSINESS FINANCIAL SER  10-21-15 1392086 FZ
EXPERIAN BUSINESS CRED  10-21-15 4301099 ZC         UNK BUS
```

**KAPITUS EX. 13 - 337**

Kapitus_000337

```
EXPERIAN BUSINESS CRED 10-21-15  4301099 ZC      UNK BUS
JPM CHASE              10-21-15  1864500 BB
EXPERIAN BUSINESS CRED 10-16-15  4301099 ZC      UNK BUS
US BANK CONSOLIDATED   10-08-15  2141255 BB
SONIC-FORT WORTH T INC 10-03-15  1868230 AN
CBNA/BBY                9-29-15  2145203 BB
SYNCB                   9-26-15  1223465 FF
SYNCB                   9-24-15  1223465 FF
CBNA                    9-20-15  1240750 BC
CHASE CARD              9-11-15  1203600 BC
CHASE CARD              9-10-15  1203600 BC
BK OF AMER              8-20-15  1217350 BC
CHASE CARD              8-20-15  1203600 BC
CBNA/SEARS              8-09-15  1351440 DC
CAP ONE NA              8-04-15  1103317 BC
SYNCB                   7-17-15  1223465 FF
SUNTRUST                7-13-15  1151880 BB
CERTIFIED CREDIT REPOR  5-27-15  1972664 FR             R/E
CHASE CARD              5-19-15  1203600 BC
CBNA                    5-17-15  3178962 ZR
CBNA/SEARS              5-17-15  1351440 DC
1ST MERCHANT FUNDING L  5-14-15  1124276 FW
DISCOVER FINANCIAL SER  5-09-15  1224590 BC
PEARL CAPITAL BUSINESS  5-08-15  2441920 FW             BUS
DIAMOND FUNDING GROUP   5-07-15  2142340 FW
YELLOWSTONE CAPITAL     5-07-15  1894700 WP
CHASE MTG               5-04-15  1001278 FM      UNK R/E
CHASE CARD              5-01-15  1203600 BC
CHASE CARD              4-27-15  1203600 BC
CAP ONE NA              4-16-15  1103317 BC
CHASE CARD              4-06-15  1203600 BC
SYNCB                   2-02-15  1223465 FF
SPRINGLEAF FINANCIAL S  2-01-15  2544770 FP
CBNA/BBY                1-27-15  2145203 BB
ONEMAIN FINANCIAL       1-25-15  1565540 FP
JPM CHASE               1-06-15  1864500 BB
GATEWAY ONE LENDING &  12-22-14  1654670 FA
700 CREDIT/MAC CHURCHI 12-22-14  2283430 AU      UNK AUT
MOBILITY CREDIT UNION  12-22-14  1600065 FC
SANTANDER CONSUMER USA 12-22-14  1912477 FZ
CARFINANCE.COM         12-22-14  1917258 FA
CAPITAL ONE AUTO FIN   12-22-14  1254780 FA
NOWCOM/WESTLAKE FINANC 12-13-14  1620920 FA      UNK AUT
CAPITAL ONE AUTO FIN   12-13-14  1254780 FA
SANTANDER CONSUMER USA 12-13-14  1912477 FZ
ACRANET/KNIGHT CAPITAL 12-08-14  1114635 FZ      UNK R/E
NTB/CBNA               12-02-14  1326480 AT
ELAN FINANCIAL SERVICE 11-24-14  3139290 BB
CBNA/SEARS             11-20-14  1351440 DC
CBNA/BBY               11-17-14  2145203 BB
```

**KAPITUS EX. 13 - 338**

Kapitus_000338

```
CAP ONE NA                11-14-14  1103317 BC
TOTAL MERCHANT SERVICE 11-11-14  8909214 WP           LBP
TOTAL MERCHANT SERVICE 11-10-14  8909214 WP           LBP
CBNA/THD                  11-09-14  1002549 BC
SPRINGLEAF FINANCIAL S 11-09-14  2544770 FP
JPM CHASE                 11-04-14  1864500 BB
MODEL FINANCE COMPANY  10-09-14  3521759 FP
FNB OMAHA                  9-24-14  0203000 BC
CBNA                       9-14-14  3178962 ZR
AMEX                       7-15-14  1234990 BC
SANTANDER CONSUMER USA     7-10-14  1912477 FZ
CAPITAL ONE AUTO FIN       7-10-14  1254780 FA
CHASE CARD                 6-04-14  0107550 WP
EQUIFAX                    5-14-14  1988511 FR       UNK R/C
CAP ONE NA                 3-17-14  1103317 BC
FORA FINANCIAL ADVANCE     3-14-14  1925459 FZ
JPM CHASE                  3-03-14  1864500 BB
MARLIN                     2-21-14  7993929 PC
CHASE CARD                 2-14-14  1255740 BC
POWER PAY LLC              1-23-14  5903130 WP
MSCG                       1-22-14  1198489 FZ
FORA FINANCIAL BUSINES     1-21-14  1988968 FP
SPRINGLEAF FINANCIAL S     1-03-14  2544770 FP
CBNA                      12-21-13  3178962 ZR
CAP ONE                   12-20-13  1214383 BC
CHASE MTG                 12-09-13  1881739 FM            R/E

CONSUMER ASSISTANCE CONTACT:  EXPERIAN
701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013  888.397.3742

END -- EXPERIAN
```

**Kapitus_000339**



Bridges,Dwayne 439377894;CA-628 Destin Dr/76131;VERIFY;T-5J......;VERIFY-Y2/J2;H-Y;

```
PAGE 1 DATE  6-09-2016  TIME 11:36:32  V701  TTX8

  DWAYNE P BRIDGES              SS:        7894    E: JUST CHILLIN HEATING
 *1150 BLUE MOUND RD W          DOB:      72        00000
  HASLET TX 760523859           SP: DANA          RPTD: 12-11 TO 2-16 U
  RPTD: 1-14 TO 4-16 U 1X
  LAST SUB: 1229200                               E: JUST CHILLING HEATIN
                                                  628 DESTIN DRIVE
                                                  FORT WORTH, TX 76131
  628 DESTIN DR                                   RPTD: 7-12 TO 12-14 U
  FORT WORTH TX 761314255
  RPTD: 7-10 TO 1-16 U 28X
  LAST SUB: 3182310                               E: SELF
                                                  RPTD: 11-14 I

 *11238 BLUE JAY LN                               E: SELF EMPLOYED
  DENHAM SPRINGS LA 707261677                     RPTD: 4-12 I
  RPTD: 2-09 TO 1-10 U 1X
  LAST SUB: 1367380

 *17210 OLIVE DR
  LIVINGSTON LA 707542155
  RPTD: 5-07 TO 4-08 U
  LAST SUB: 3990772

 *17080 LISA DR
  LIVINGSTON LA 707542124
  RPTD: 1-07 TO 5-07 U
  LAST SUB: 9981147

 *17650 MELANCON RD
  LIVINGSTON LA 707543001
  RPTD: 1-05 TO 3-07 U 1X
  LAST SUB: 1367380

 *30260 EDEN CHURCH RD
  DENHAM SPRINGS LA 707267761
  RPTD: 9-04 TO 2-07 U
  LAST SUB: 9981147

 *18273 TABONY LN
  LIVINGSTON LA 707543227
  RPTD: 3-06 TO 8-06 U
  LAST SUB: 3990772

 *16352 OLD HAMMOND HWY TRLR 63
  BATON ROUGE LA 708161718
  RPTD: 4-99 TO 3-05 U
  LAST SUB: 3980530

 *31531 LINDER RD LOT 101
  DENHAM SPRINGS LA 707268504
  RPTD: 11-03 TO 6-04 U
  LAST SUB: 1984222

 *28381 LA HIGHWAY 16
  DENHAM SPRINGS LA 707267836
```

**KAPITUS EX. 13 - 340**

Kapitus_000340

```
RPTD: 1-04 U
LAST SUB: 0940029

*BRIDGE DWAYNE

----------------------------- PROFILE SUMMARY ------------------------------
                                                        CNT 00/00/00/01
PUBLIC RECORDS-------0  PAST DUE AMT--------$0  INQUIRIES-116  SATIS ACCTS--46
INST/OTH BAL--$243,527  SCH/EST PAY-----$8,895  INQS/6 MO--36  NOW DEL/DRG--0
R ESTATE BAL-------N/A  R ESTATE PAY-------N/A  TRADELINE--47  WAS DEL/DRG---1
TOT REV BAL----$40,620  TOT REV AVAIL------28%  PAID ACCT--13  OLD TRADE--3-06

----------------------------- SCORE SUMMARY --------------------------------
FICO RISK SCORE 2                 =  609   SCORE FACTORS: 39, 10, 14, 08

-------------------------------- TRADES ------------------------------------
SUBSCRIBER                 OPEN     AMT-TYP1    AMT-TYP2  ACCTCOND   PYMT STATUS
SUB#   KOB TYP TRM ECOA BALDATE     BALANCE    PYMT LEVEL MOS REV  PYMT HISTORY
ACCOUNT #               LAST PD    MONTH PAY    PAST DUE  MAXIMUM    BY MONTH
*SYNCB/JCP                 11-14    $1,000-L     $332-H  CRCDLOST    CURR ACCT
3321860 DC CHG REV  1  7-28-15                  7-15     (10) BCCCCCCCCC
600889538252               6-15
** CREDIT CARD LOST OR STOLEN **

*AMEX                       7-14   $47,076-L   $2,456-C   PAID        CHARGOFF
1229200 BC CRC   1  1  5-13-16                  5-16     ( 1) L
3499921427988083
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **

SUNTRUST BK TAMPA BAY      11-15   $63,684-O              PAID      CURR ACCT
1199418 BB AUT  72  1  5-17-16                  5-16     ( 7) BCCCCC
65600006565913495          5-16

*SYNCB/AMER EAGLE           8-13     $600-L     $674-H    PAID      CURR ACCT
1600040 CG CHG REV  1  4-13-16                  4-16     (33) B00CC0CC0CCCC
604410059283              12-15                                   CCCCCC00CCCC
** ACCOUNT CLOSED AT CONSUMER'S REQUEST **

ALLY FINANCIAL              5-13   $39,878-O              PAID      CURR ACCT
1918788 FA AUT  75  2 11-02-15                 11-15     (30) BCCCCCCCCCCCC
005920706792              10-15                                   CCCCCCCCCCCC

CONNS CREDIT CORP          12-13   $12,999-O              PAID      CURR ACCT
0377035 DC SEC  32  1  6-05-15                  6-15     (24) B000000CCCCCC
432744330                  6-15                                   CCCCCCCCCCCC

PREFERRED CREDIT INC       11-10     UNK                  PAID      CURR ACCT
6903305 FZ ISC  36  2 12-04-13                 12-13     (34) BCCCCCCCCCCCC
1095312                   11-13                                   CCCCCCCCCCCC

SANTANDER CONSUMER USA      7-10   $21,903-O              PAID      CURR ACCT
0507170 FP AUT  72  1 11-30-13                 11-13     (41) BCCCCCCCCCCCC
30000157766161000         11-13                                  -CCCCCCCCCCCC

*CREDIT ONE BANK NA         7-12     $500-L     $497-H    PAID      CURR ACCT
3278143 BC CRC REV  1 11-21-13                 11-13     (17) BCCCCCCCCCCCC
4447962209619646          11-13                                  CCCC
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **
```

**KAPITUS EX. 13 - 341**

Kapitus_000341

```
TRICOLOR AUTO GROUP LL    4-13   $25,326-O                    PAID      CURR ACCT
1826150 FA AUT  45-B 1  9-30-13                      9-13   ( 6) BCC--C
17601                     5-13

CHASE                    12-11   $22,298-O                    PAID      CURR ACCT
4112850 BB AUT  72   2  6-29-13                      6-13   (18) BCCCCCCCCCCCC
528430645950              6-13                                         CCCCC

AARON SALES & LEASE OW   12-08   $2,467-O                     PAID      CURR ACCT
1367380 HR LEA  13   1  1-04-10                      1-10   ( 1) B
C06105054R               12-09

AARON SALES & LEASE OW    3-06   $3,024-O                     PAID      CURR ACCT
1367380 HR LEA  24   1  1-16-07                      1-07   ( 1) B
C0610615                 11-06

HCCREDIT/FEB              7-15   $10,000-L                    OPEN      CURR ACCT
1939029 BC CRC REV   1  6-06-16      $0             6-16   (11) 00000000000
7143770                          UNK

WORLDS FOREMOST BANK N   11-14   $10,000-L   $9,951-H   OPEN      CURR ACCT
2218590 BC CRC REV   1  6-06-16   $9,739          6-16   (19) CCCCCCCCCCCCC
4300230191368812          6-16     $195                             CCCCC0

FIRST PREMIER BANK       12-13     $800-L     $871-H   OPEN      CURR ACCT
1210189 BC CRC REV   1  6-05-16     $664          6-16   (30) CCCCCCCCCCCCC
5178006615932326          6-16      $47                             CCCCCCCC00CC

CCS/FIRST SAVINGS BANK    6-15   $1,750-L   $1,801-H   OPEN      CURR ACCT
2218120 BC CRC REV   1  6-03-16   $1,556          6-16   (12) CCCCC00000CC
5433601190553033          6-16      $63

CONNS CREDIT CORP         6-15   $15,589-O                    OPEN      CURR ACCT
0377035 DC SEC  32   1  5-31-16   $10,090         5-16   (12) CCCCCCCCCCCCC
432744331                 5-16     $487

AFS ACCEPTANCE LLC        6-12   $17,200-O                    OPEN      CURR ACCT
1007709 FA AUT  54   2  5-31-16   $3,409          5-16   (48) CCCCCCCCCCCCC
130121771                 5-16     $529                             CCCCC-CCCCCC

SUNTRUST BK TAMPA BAY    12-15   $72,173-O                    OPEN      CURR ACCT
1199418 BB AUT  72   1  5-31-16  $66,971          5-16   ( 6) CCCCCC
65600006565962112         5-16   $1,204

ALLY FINANCIAL           12-14   $24,061-O                    OPEN      CURR ACCT
1918788 FA AUT  72   2  5-31-16  $20,218          5-16   (18) CCCCCCCCCCCCC
005921416061              5-16     $477                             CCCCC

MODEL FINANCE COMPANY    10-14   $14,000-O                    OPEN      CURR ACCT
3521759 FP REC  48   1  5-31-16   $9,615          5-16   (20) CCCCCCCCCCCCC
31041509                  5-16     $411                             CCCCCCC

TOYOTA MOTOR CREDIT CO   10-15   $79,296-O                    OPEN      CURR ACCT
3604010 FA AUT  72   7  5-31-16  $72,618          5-16   ( 8) CCCCCCCC
70400867643190001         5-16   $1,279

DATCU                    11-15   $10,305-O                    OPEN      CURR ACCT
3758795 FC REC  72   1  5-31-16   $9,415          5-16   ( 7) CCCCCCC
5111170001                5-16     $173

CHASE                    11-13   $32,106-O                    OPEN      CURR ACCT
```

```
4112850 BB AUT  72   1   5-31-16    $8,477      5-16      (31) CCCCCCCCCCCCC
528430966962            4-16       $752                        CCCCCCCCCCCC

FSB BLAZE               6-15    $1,500-L   $1,434-H   OPEN     CURR ACCT
4146150 BC CRC REV   1   5-29-16    $1,320      5-16      (12) CCCCCCC000CC
5182130005590140        5-16       $53

FIRST PREMIER BANK      2-15     $400-L    $453-H    OPEN     CURR ACCT
1210189 BC CRC REV   1   5-27-16    $8          5-16      (16) CCC00000000CC
5178006525044394        5-16       $8                          CCC

CCS/FIRST NATIONAL BAN  6-15    $1,750-L   $1,653-H   OPEN     CURR ACCT
1211670 BC CRC REV   1   5-24-16    $1,573      5-16      (12) CCCCC0000CCC
4239801106760941        5-16       $63

COMENITY BANK/GNDRMTMC  11-14   $8,700-L  $10,049-H   OPEN     CURR ACCT
1360490 BC CRC REV   1   5-21-16    $9,861      5-16      (19) CCCCCCCCCC0CC
520130002826            5-16       $309                        CCCCCC

CAPITAL ONE BANK USA N  11-11    $701-L    $714-H    OPEN     CURR ACCT
1270246 BC CRC REV   1   5-20-16    $104        5-16      (54) CCCCCCCCC0CC0
517805948727            5-16       $25                         CCCCCCCCCCCCC

DISCOVER FIN SVCS LLC   10-15   $1,300-L   $1,219-H   OPEN     CURR ACCT
3276502 BC CRC REV   1   5-19-16    $0          5-16      ( 8) 0CCCCC00
601100146141            5-16       $35

SYNCB/CONNS             9-15    $2,000-L    $627-H    OPEN     CURR ACCT
1232870 BC CHG REV   1   5-18-16    $0          5-16      ( 9) 0000CCCC0
603459063543            12-15      $36

SYNCB/JCP               11-14   $1,000-L   $1,015-H   OPEN     CURR ACCT
3321860 DC CHG REV   1   5-16-16    $964        5-16      (19) CCCC0000000CC
600889538927            5-16       $35                         CCCCCC

MERRICK BANK            12-14   $1,400-L   $1,415-H   OPEN     CURR ACCT
0206610 BC CRC REV   1   5-15-16    $1,393      5-16      (18) CCCCCC00000CC
4120614096158295        5-16       $48                         CCCC0

CHASE CARD              9-15     $500-L    $619-H    OPEN     CURR ACCT
3182310 BC FSC REV   1   5-15-16    $494        5-16      ( 8) CCCCCCCC
464018211298            4-16       $25

CHASE CARD              12-15   $5,000-L   $5,032-H   OPEN     CURR ACCT
3182310 BC FSC REV   1   5-15-16    $4,859      5-16      ( 5) CCCCC
438854004883            5-16       $114

MIDAMERICA/MILESTONE/G  3-15     $300-L    $377-H    OPEN     CURR ACCT
1933961 FU CRC REV   1   5-14-16    $264        5-16      (15) CCCC000000000
5410510000336991        5-16       $35                         CC

SYNCB/ROOMS TO GO       9-15    $2,000-L   $2,023-H   OPEN     CURR ACCT
1234900 BC CHG REV   1   5-13-16    $1,444      5-16      ( 8) CCCCCCCC
601919123429            5-16       $59

SYNCB/TOYSRUS           9-13    $1,200-L    $799-H    OPEN     CURR ACCT
1950807 DV CHG REV   1   5-13-16    $433        5-16      (33) CCCCC00000CCC
604586100109            5-16       $35                         CCCCCCC00000

CAPITAL ONE BANK USA N  11-14   $1,750-L   $1,647-H   OPEN     CURR ACCT
1270246 BC CRC REV   1   5-12-16    $1,595      5-16      (18) CCCCC0C00000CC
```

**KAPITUS EX. 13 - 343**

Kapitus_000343

```
517805814377              5-16      $50                              CCCCC

CAPITAL ONE BANK USA N    11-14    $1,750-L   $2,033-H   OPEN     CURR ACCT
1270246 BC CRC REV   1    5-12-16   $1,741     5-16     (18) CCCCC0C0CCCCC
517805772646              5-16      $54                              CCCCC

MID AMERICA BANK & TRU     3-16     $300-L    $296-H    OPEN     CURR ACCT
1866470 BB CRC REV   1    5-11-16   $243       5-16     ( 3) CCC
4057310301261811          5-16      $37

BARCLAYS BANK DELAWARE     9-15    $2,500-L   $2,524-H   OPEN     CURR ACCT
1223850 BC CRC REV   1    5-09-16   $2,365     5-16     ( 9) CCCCCC000
000248244003345           5-16      $90

TRICOLOR AUTO GROUP LL     4-13   $25,326-O              OPEN     CURR ACCT
1826150 FA AUT  45-B 1    4-30-16   $7,081     4-16     (32) CCCCCCCCCCCCC
17601                     4-16      $838                         CCCCCCCCCCCCC

AVANT INC                  8-15   $20,000-O              OPEN     CURR ACCT
2104507 FP UNS  36   1    4-30-16  $17,495     4-16     ( 8) CCCCCCCC
938595                    4-16      $915

SHEFFIELD FINANCIAL CO    11-15   $19,480-O              OPEN     CURR ACCT
2580932 FP SEC  60   1    4-30-16  $18,138     4-16     ( 6) CCCCC
1164109804                4-16      $385

WEBBANK/FINGERHUT          11-12    $450-L    $496-H    OPEN     CURR ACCT
2244970 ND CHG REV   1    5-15-15    $0        5-15     (21) 0CCC---------
6369921024319955          4-15      $29                          -0000-00
------------------------------- INQUIRIES --------------------------------
TIMEPAYMENT CORP          6-08-16  1639850 FF
QUICK BRIDGE FUNDING      6-08-16  1981538 FZ
BUSINESS FINANCIAL SER    6-08-16  1392086 FZ
UNIVERSAL CREDIT SERVI    6-07-16  1912884 ZF          BUS
EXPERIAN BUSINESS CRED    4-18-16  4301099 ZC      UNK BUS
EXPANSION CAPITAL GROU    4-18-16  2360900 FZ
QUICK BRIDGE FUNDING      4-18-16  1981538 FZ
YELLOWSTONE CAPITAL       4-18-16  1894700 WP
CREDIBLY                  4-14-16  1620122 FU
SNAP ADVANCES             4-14-16  2226080 WP
YELLOWSTONE CAPITAL       4-13-16  1894700 WP
SYNCB                     3-06-16  1223465 FF
TOTAL/MID AMERICA BANK    2-26-16  2356385 BB
YELLOWSTONE CAPITAL       2-11-16  1894700 WP
EXPERIAN BUSINESS CRED    2-02-16  4301099 ZC      UNK BUS
SPRINGLEAF FIN SRVCS -    2-02-16  2432480 FP
WFB BD CRE                1-26-16  3120008 BB
BK OF AMER                1-08-16  1217350 BC
SYNCB                     1-07-16  1223465 FF
SNAP ADVANCES            12-29-15  2226080 WP
CREST HILL CAPITAL LLC   12-29-15  1500260 FU      UNK UNS
CAP ONE NA               12-29-15  1103317 BC
FORWARD FINANCING LLC    12-29-15  1989431 FZ          P/S
EXPERIAN BUSINESS CRED   12-29-15  4301099 ZC      UNK BUS
EXPERIAN BUSINESS CRED   12-29-15  4301099 ZC      UNK BUS
```

KAPITUS EX. 13 - 344

Kapitus_000344

```
SUNTRUST                12-22-15  1151880 BB
CBNA                    12-12-15  3178962 ZR
MICROBILT               12-11-15  1000936 ZF          UNS
CBC / SWIFT CAPITAL     12-11-15  1203610 FZ
STRATEGIC FUNDING SOUR  12-11-15  1650360 FU
FNB OMAHA               12-10-15  0203040 BC
CASH CENTRAL            12-09-15  1024662 PM
BK OF AMER              12-08-15  1217350 BC
EMS/QUICKEN LOANS       12-07-15  1919673 FM      UNK R/E
CHASE CARD              12-07-15  1203600 BC
CHASE MTG               12-07-15  1001275 FM      UNK R/E
MODEL FINANCE COMPANY   11-10-15  3521759 FP
ONEMAIN FINANCIAL       11-06-15  1565540 FP
SONIC-FORT WORTH T INC  11-03-15  1868230 AN
MYBUSINESSLOAN.COM/DEA  11-02-15  1152832 FZ          BUS
CBNA                    10-29-15  3178962 ZR
EXPERIAN BUSINESS CRED  10-22-15  4301099 ZC      UNK BUS
CBC / SWIFT CAPITAL     10-22-15  1203610 FZ
CAN CAPITAL MERC SRV,I  10-22-15  1571570 FZ          LBP
CHASE CARD              10-22-15  1203600 BC
MICROBILT               10-22-15  1000936 ZF          UNS
EXPERIAN BUSINESS CRED  10-21-15  4301099 ZC      UNK BUS
EXPERIAN BUSINESS CRED  10-21-15  4301099 ZC      UNK BUS
BUSINESS FINANCIAL SER  10-21-15  1392086 FZ
PEARL CAPITAL BUSINESS  10-21-15  2441920 FW          BUS
FORWARD FINANCING LLC   10-21-15  1989431 FZ          P/S
JPM CHASE               10-21-15  1864500 BB
CBCINNOVIS              10-21-15  1389030 BB          I/L
STRATEGIC FUNDING SOUR  10-21-15  1650360 FU
FLASH ADVANCE           10-21-15  1978615 FW
EXPERIAN BUSINESS CRED  10-16-15  4301099 ZC      UNK BUS
US BANK CONSOLIDATED    10-08-15  2141255 BB
SONIC-FORT WORTH T INC  10-03-15  1868230 AN
CBNA/BBY                 9-29-15  2145203 BB
SYNCB                    9-26-15  1223465 FF
SYNCB                    9-24-15  1223465 FF
CBNA                     9-20-15  1240750 BC
CHASE CARD               9-11-15  1203600 BC
CHASE CARD               9-10-15  1203600 BC
CHASE CARD               8-20-15  1203600 BC
BK OF AMER               8-20-15  1217350 BC
CBNA/SEARS               8-09-15  1351440 DC
CAP ONE NA               8-04-15  1103317 BC
SYNCB                    7-17-15  1223465 FF
SUNTRUST                 7-13-15  1151880 BB
CERTIFIED CREDIT REPOR   5-27-15  1972664 FR          R/E
CHASE CARD               5-19-15  1203600 BC
CBNA                     5-17-15  3178962 ZR
CBNA/SEARS               5-17-15  1351440 DC
1ST MERCHANT FUNDING L   5-14-15  1124276 FW
```

**KAPITUS EX. 13 - 345**

Kapitus_000345

```
DISCOVER FINANCIAL SER  5-09-15  1224590 BC
PEARL CAPITAL BUSINESS  5-08-15  2441920 FW              BUS
DIAMOND FUNDING GROUP   5-07-15  2142340 FW
YELLOWSTONE CAPITAL     5-07-15  1894700 WP
CHASE MTG               5-04-15  1001278 FM     UNK R/E
CHASE CARD              5-01-15  1203600 BC
CHASE CARD              4-27-15  1203600 BC
CAP ONE NA              4-16-15  1103317 BC
CHASE CARD              4-06-15  1203600 BC
SYNCB                   2-02-15  1223465 FF
SPRINGLEAF FINANCIAL S  2-01-15  2544770 FP
CBNA/BBY                1-27-15  2145203 BB
ONEMAIN FINANCIAL       1-25-15  1565540 FP
JPM CHASE               1-06-15  1864500 BB
SANTANDER CONSUMER USA 12-22-14  1912477 FZ
GATEWAY ONE LENDING &  12-22-14  1654670 FA
CARFINANCE.COM         12-22-14  1917258 FA
700 CREDIT/MAC CHURCHI 12-22-14  2283430 AU     UNK AUT
CAPITAL ONE AUTO FIN   12-22-14  1254780 FA
MOBILITY CREDIT UNION  12-22-14  1600065 FC
NOWCOM/WESTLAKE FINANC 12-13-14  1620920 FA     UNK AUT
SANTANDER CONSUMER USA 12-13-14  1912477 FZ
CAPITAL ONE AUTO FIN   12-13-14  1254780 FA
ACRANET/KNIGHT CAPITAL 12-08-14  1114635 FZ     UNK R/E
NTB/CBNA               12-02-14  1326480 AT
ELAN FINANCIAL SERVICE 11-24-14  3139290 BB
CBNA/SEARS             11-20-14  1351440 DC
CBNA/BBY               11-17-14  2145203 BB
CAP ONE NA             11-14-14  1103317 BC
TOTAL MERCHANT SERVICE 11-11-14  8909214 WP          LBP
TOTAL MERCHANT SERVICE 11-10-14  8909214 WP          LBP
CBNA/THD               11-09-14  1002549 BC
SPRINGLEAF FINANCIAL S 11-09-14  2544770 FP
JPM CHASE              11-04-14  1864500 BB
MODEL FINANCE COMPANY  10-09-14  3521759 FP
FNB OMAHA               9-24-14  0203000 BC
CBNA                    9-14-14  3178962 ZR
AMEX                    7-15-14  1234990 BC
CAPITAL ONE AUTO FIN    7-10-14  1254780 FA
SANTANDER CONSUMER USA  7-10-14  1912477 FZ
CHASE CARD              6-04-14  0107550 WP

CONSUMER ASSISTANCE CONTACT:  EXPERIAN
701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013  888.397.3742

END -- EXPERIAN
```

Kapitus_000346



# Franchise Tax Account Status

A of 01/31/2020 20 49 17

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **TEXAS BEST HEATING AND AIR, LLC** | |
| **Texas Taxpayer Number** | 32066484968 |
| **Mailing Address** | 924 LYNCH BEND RD SPRINGTOWN, TX 76082-2916 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 03/09/2018 |
| **Texas SOS File Number** | 0802957678 |
| **Registered Agent Name** | TRAVIS HUMPHREY |
| **Registered Office Street Address** | 924 LYNCH BEND DR SPRINGTOWN, TX 76082 |

**Kapitus_000347**



**PROTECTION**
**LEGAL GROUP**

## BUSINESS HARDSHIP ACKNOWLEDGMENT

*Reason for Hardship:*

| | |
|---|---|
| X | Loss of Receivables / Accounts / Cash Flow |
| | Client / Contractor Payment Defaults |
| X | Increased Costs to Business (Materials, Labor, Insurance, etc.) |
| | Reduction in Reimbursements (Insurance, Etc.) |
| | Overextended on Credit Obligations |
| X | Tax Indebtedness |
| | Economic / Industry Downturn |
| | Damage to Property |
| | Illness / Health Problems |
| | Other_____ |

*Hardship Statement:*

I, _Dwayne Bridges_ am a principal and/or duly authorized representative of _Licensed to chill Heating & Air_ (name of business).

Unforeseen financial difficulties have rendered our business unable to meet its financial obligations at this time. While we cannot state with certainty the duration of this hardship, outstanding and excess payment obligations have put our business at risk of imminent failure.

We apologize and truly desire to reach a mutually beneficial resolution with each of our creditors. However, these circumstances have necessitated our seeking of legal counsel and advice, in order to protect the solvency and ultimate future of our business.

We are currently considering all legal and non-legal options, including alternate repayment terms and changes to our business model and/or structure, in dealing with this hardship.

Signed: _____

Title: _Owner_____

Dated: _____

(817) 980 9732

Dwayne

**FUNDING MERCHANT SOURCE**

Page 1

ISO Name:

Reps Phone:

Fax#:

99 Jericho Turnpike, Suite 306 Jericho, NY. 11753
Phone # (516) 300-1001 Fax # (800) 892-1353
Toll Free (866) 866-0378
Cash Advance Application

DATE:

FS:

## BUSINESS INFORMATION

| | | | | |
|---|---|---|---|---|
| Legal/Corporate Name: Just Chillin Heating + Air | DBA: Dwayne Bridges | | | |
| Physical Address: 1150 Blue Mound RD W suite 103 | City: Hasley | State: TX | Zip: 76052 | |
| Telephone #: 817 439 3599 | Fax #: 817 439 3690 | Federal Tax ID#: 208080995 | Fed/State Tax License? Yes No | |
| Date Business Started: July 2010 | Length of Ownership: July 2010 | Business Seasonal?: Yes No | Number of Locations: 1 | |
| Website: Justchillin Tx. com | Email: Dwaynebridges22@yahoo | Business for sale?: Yes No | Currently in Bankruptcy? Yes No | |
| Type of Entity (circle one): Sole Proprietorship Partnership Corporation LLC Other | | | | |
| Type of Business: Construction | Product/Service Sold: Hvac Services | | | |

## MERCHANT/OWNER INFORMATION

| | | | | |
|---|---|---|---|---|
| Corporate Officer/Owner Name: Dwayne Bridges | Title: Owner | | Ownership %: 100 | |
| Home Address: 628 Destin Dr | How long at home address?: 4 yr | City: Portsburth | State: TX | Zip: 76131 |
| SSN: ___ 7894 | Date of Birth: ___ 1972 | Home #: 817 980 9732 | Cell #: same | |

## PARTNER INFORMATION (if merchant ownership is less than 51%)

| | | | | |
|---|---|---|---|---|
| Corporate Officer/Owner Name: | Title: N/A | | Ownership %: | |
| Home Address: | How long at home address?: | City: | State: | Zip: |
| SSN: | Date of Birth: | Home #: | Cell #: | |

## BUSINESS PROPERTY INFORMATION

| | | |
|---|---|---|
| Business Landlord or Business Mortgage Bank: Ron Sturgeon Real Estate LP | Contact Name and/or Account #: Jim Eaton | |
| Phone #: 817-439-3224 | Fax #: | Time Remaining on Lease: 14 months | Current on Rent?: 1250 |

## BUSINES REFERENCES
(Please list at least 3 trade suppliers. Please attach any additional references on a separate page.)

| | | | |
|---|---|---|---|
| Business Name: Lennox parts plus | Contact: Lisa Bennett | Phone #: 817 836 8078 | Fax #: |
| Business Name: Inco supply | Contact: Larry | Phone #: 817 654 5542 | Fax #: |
| Business Name: Baker distributers | Contact: | Phone #: 817 625 6152 | Fax #: |
| Business Name: | Contact: | Phone #: | Fax #: |

## OTHER INFORMATION

| | | | |
|---|---|---|---|
| Credit Card Processing Terminal(s) Software Model: Square | Number of Terminals: | Gross Monthly Volume of Sales: 10,000 PM | Avg. Monthly VC/MC Volume: |
| Current Credit Card Processor: | Account Number: | Use of Funds: | |
| Requested Advance Amount: | PIN Pad: Yes No | Do you accept any of the following: (circle all that apply) | Visa/Master Card AMEX Discover Debit |
| Prior/Current Cash Advance Company ( If applicable ): | | Balance: | Underwriter Use Only Split Funds ACH |

Applicant authorizes Funding Merchant Source its assigns, agents, banks or financial institutions to obtain an investigative or consumer report from a credit bureau or a credit agency and to investigate the references given on any other statement or data from applicant.

Applicant's Signature

Date: 10/29/13

Applicant's Signature

Date



Contract ID# 393501 Sales Partner: Funding Merchant Source NY Inc. (BCF)

## MERCHANT AGREEMENT

Agreement dated <u>October 30 2013</u> between **Bankcard Funding** ("FUNDER") and the merchant listed below ("the **Merchant**").

### MERCHANT INFORMATION

Merchant's Legal Name: <u>Dwayne Bridges</u>

D/B/A: <u>Just Chillin Heating & Air</u>                    State of Incorporation / Organization: TX

Type of entity: ( ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership ( X ) Sole Proprietor

Physical Address: <u>1150 Blue Mound Rd W est Suite 103</u>        City: <u>Haslet</u>        State: <u>TX</u>        Zip: <u>76052</u>

Date business started (mm/yy): <u>07/10</u>            Federal ID# <u>20-8080795</u>

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to FUNDER (making FUNDER the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), for the payment of Merchant's sale of goods or services until the amount specified below (the "Purchased Amount") has been delivered by Merchant to FUNDER.

The Purchased Amount shall be paid to FUNDER by Merchant's irrevocably authorizing only one depositing account acceptable to FUNDER (the "Account") to remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each transaction, until such time as FUNDER receives payment in full of the Purchased Amount. Merchant hereby authorizes FUNDER to ACH Debit the specified remittances from the merchant's bank account on a daily basis and will provide FUNDER with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by FUNDER remains in the account and will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions that may result from FUNDER' ACH debiting the specified amounts under the terms of this agreement. FUNDER will debit the specific daily amount each business day and upon receipt of the Merchants monthly bank statements to reconcile the Merchant's account by either crediting or debiting the difference from or back to the Merchant's bank account so that the amount debited per month equals the specified percentage. It is solely the Merchant's responsibility to send all their bank statements and a missed month forfeits all future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: <u>$50,000.00</u>        Specified Percentage: <u>8%</u>        Specific Daily Amount: <u>$470.00</u>        Receipts Purchased Amount: <u>$69,000.00</u>

**THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THE MERCHANT AGREEMENT.**

FOR THE MERCHANT (#1)
By Dwayne Bridges   _Dwayne Bridges (owner)_      _(Signature)_        [Sign Here]
          (Print Name and Title)

FOR THE MERCHANT (#2)
By _____            _(Signature)_        [Sign Here]
          (Print Name and Title)

OWNER/GUARANTOR #1
By Dwayne Bridges   _Dwayne Bridges_          _(Signature)_        [Sign Here]
          (Print Name)

OWNER/GUARANTOR #2
By _____            _(Signature)_        [Sign Here]
          (Print Name)

**Bankcard Funding**

By _____    Sales Associate Name: _____
     (Authorized Signer)                              (Signature)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. FUNDER may produce a monthly statement reflecting the delivery of the Specified Percentage of Receivables from Merchant via Processor and/or Operator to FUNDER. An investigative or consumer report may be made in connection with the Agreement. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) pull credit report at any time now or for so long as Merchant and/or Owner(s) continue to have any obligation owed to FUNDER as a consequence of this Agreement or for FUNDER's ability to determine Merchant's eligibility to enter into any future agreement with Company.

**ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL MISREPRESENTATION.**

01-27-13                    Bankcard Funding is a trade name of New State Funding, LLC

KAPITUS EX. 13 - 350

Kapitus_000350

## MERCHANT AGREEMENT TERMS AND CONDITIONS

**I. TERMS OF ENROLLMENT IN PROGRAM**

1.1 **Merchant Deposit Agreement.** Merchant shall execute an agreement (the "**Merchant Deposit Agreement**") acceptable to FUNDER, with a Bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or its authorized agent with all of the information, authorizations and passwords necessary for verifying Merchant's receivables, receipts and deposits into the account. Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant from electronic check transactions and to pay such amounts to FUNDER by permitting FUNDER to withdraw the specified percentages by ACH debiting of the account. The authorization shall be irrevocable without the written consent of FUNDER.

1.2 **Term of Agreement.** This Agreement shall have a term of one year. Upon the expiration of the term, this Agreement shall automatically renew for successive one-year terms, provided, however, that during the renewal term(s) Merchant may terminate this Agreement upon ninety days' prior written notice (effective upon receipt) to FUNDER. The termination of this Agreement shall not affect Merchant's responsibility to satisfy all outstanding obligations to FUNDER at the time of termination.

1.3 **Future Purchases.** FUNDER reserves the right to rescind the offer to make any purchase payments hereunder, in its sole discretion.

1.4 **Financial Condition. Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.**

1.5 **Transactional History.** Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

1.6 **Indemnification.** Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

1.7 **No Liability.** In no event will FUNDER be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

1.8 **Reliance on Terms.** Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

1.9 **Sale of Receipts.** Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible at law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

1.10 **Power of Attorney** Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor, or in the case of a violation by Merchant of Section 1.12 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

1.11 **Protections Against Default.** The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event: (a) Merchant takes any action to discourage the use of electronic check processing that are settled through Processor, or permits any event to occur that could have an adverse effect on the use, acceptance, or authorization of checks for the purchase of Merchant's services and products including but not limited to direct deposit of any checks into a bank account without scanning into the FUNDER electronic check processor; (b) Merchant changes its arrangements with Processor in any way that is adverse to FUNDER; (c) Merchant changes the electronic check processor through which the Receipts are settled from Processor to another electronic check processor, or permits any event to occur that could cause diversion of any of Merchant's check transactions to another processor; (d) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written agreement of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (e) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement.

Protection 1. The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof.

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs.

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.12, FUNDER may exercise its rights under such assignment of lease.

Protection 8. FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise.

1.12 **Protection of Information.** Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement.

1.13 **Confidentiality.** Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1.13.

1.14 **Publicity.** Merchant and each Owner only authorizes FUNDER to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

01-27-13

KAPITUS EX. 13 - 351

Kapitus_000351

1.15 **D/B/A's.** Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

**II.   REPRESENTATIONS, WARRANTIES AND COVENANTS** Merchant represents, warrants and covenants that as of this date and during the term of this Agreement;

2.1 **Financial Condition and Financial Information.** Its bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

2.2 **Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

2.3 **Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

2.4 **Insurance.** Merchant will maintain business-interruption insurance naming YSC as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

2.5 **Electronic Check Processing Agreement.** Merchant will not change its processor, add terminals, change its financial institution or bank account(s) or take any other action that could have any adverse effect upon Merchant's obligations under this Agreement, without FUNDER's prior written consent. Any such change shall be a material breach of this Agreement.

2.6 **Change of Name or Location.** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business.

2.7 **Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis.

2.8 **Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

2.9 **No Bankruptcy.** As of the date of this Agreement, Merchant does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Provisions 2 and 3 are immediately invoked.

2.10 **Working Capital Funding.** Merchant shall not enter into any arrangement, agreement or commitment that relates to or involves the Receipts, whether in the form of a purchase of, a loan against, collateral against or the sale or purchase of credits against, Receipts or future check sales with any party other than FUNDER.

2.11 **Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the transactions contemplated with, or adverse to the interests of FUNDER.

2.12 **Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdictions in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

2.13 **Default Under Other Contracts.** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity.

**III. EVENTS OF DEFAULT AND REMEDIES**

3.1 **Events of Default.** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors; or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

3.2 **Remedies.** In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

3.3 **Costs.** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4.2 above, including but not limited to court costs and attorneys' fees.

3.4 **Required Notifications. Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.**

**IV. MISCELLANEOUS**

4.1 **Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

4.2 **Assignment.** FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

4.3 **Notices.** All notices, requests, consent, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

4.4 **Waiver Remedies.** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

4.5 **Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER and their respective successors and assigns, except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

4.6 **Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated.

4.7 **Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

4.8 **Entire Agreement.** Any provision hereof

01-27-13

KAPITUS EX. 13 - 352

Kapitus_000352

prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and **Security Agreement** hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

4.9 **JURY TRIAL WAIVER.** THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS.

4.10 **CLASS ACTION WAIVER.** THE PARTIES HERETO WAIVE ANY RIGHT TO ASSERT ANY CLAIMS AGAINST THE OTHER PARTY AS A REPRESENTATIVE OR MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION, EXCEPT WHERE SUCH WAIVER IS PROHIBITED BY LAW AGAINST PUBLIC POLICY. TO THE EXTENT EITHER PARTY IS PERMITTED BY LAW OR COURT OF LAW TO PROCEED WITH A CLASS OR REPRESENTATIVE ACTION AGAINST THE OTHER, THE PARTIES HEREBY AGREE THAT: (1) THE PREVAILING PARTY SHALL NOT BE ENTITLED TO RECOVER ATTORNEYS' FEES OR COSTS ASSOCIATED WITH PURSUING THE CLASS OR REPRESENTATIVE ACTION (NOT WITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT); AND (2) THE PARTY WHO INITIATES OR PARTICIPATES AS A MEMBER OF THE CLASS WILL NOT SUBMIT A CLAIM OR OTHERWISE PARTICIPATE IN ANY RECOVERY SECURED THROUGH THE CLASS OR REPRESENTATIVE ACTION.

4.11 **Facsimile Acceptance.** Facsimile signatures shall be deemed acceptable for all purposes

Initials:

Bankcard Funding is a trade name of New State Funding, LLC

Page 4 of 7

**Kapitus_000353**

KAPITUS EX. 13 - 353

**New State Funding LLC / BankCard Funding - SECURITY AGREEMENT AND GUARANTY**

Merchant's Legal Name: <u>Dwayne Bridges</u>          D/B/A: <u>Just Chillin Heating & Air</u>

Physical Address: <u>1150 Blue Mound Rd W est Suite 103</u>     City: <u>Haslet</u>          State: <u>TX</u>          Zip: <u>76052</u>

Federal ID# <u>20-8080795</u>

## SECURITY AGREEMENT

<u>Security Interest</u>. To secure Merchant's payment and performance obligations to FUNDER under the Merchant Agreement (the "<u>Factoring Agreement</u>"), Merchant hereby grants to FUNDER a security interest in (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined in Article 9 of the Uniform Commercial Code (the "<u>UCC</u>"), now or hereafter owned or acquired by Merchant; and (b) all proceeds, as that term is defined in Article 9 of the UCC (a and b collectively, the "<u>Collateral</u>").

<u>Cross-Collateral</u>. To secure Guarantor's payment and performance obligations to FUNDER under this Security Agreement and Guaranty (the "<u>Agreement</u>"), Guarantor hereby grants FUNDER a security interest in __ (the "<u>Additional Collateral</u>"). Guarantor understands that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Merchant and Guarantor each acknowledge and agree that any security interest granted to FUNDER under any other agreement between Merchant or Guarantor and FUNDER (the "<u>Cross-Collateral</u>") will secure the obligations hereunder and under the Merchant Agreement.

Merchant and Guarantor each agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral, the Additional Collateral and the Cross-Collateral, including the execution of any account control agreements. Merchant and Guarantor each hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statement may contain notification that Merchant and Guarantor have granted a negative pledge to FUNDER with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lienor may be tortiously interfering with FUNDER's rights. Merchant and Guarantor shall be liable for and FUNDER may charge and collect all costs and expenses, including but not limited to attorney's fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

<u>Negative Pledge</u>. Merchant and Guarantor each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral , the Additional Collateral or the Cross-Collateral, as applicable.

<u>Consent to Enter Premises and Assign Lease</u>. FUNDER shall have the right to cure Merchant's default in the payment of rent on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right; (a) to enter Merchant's premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified Merchant capable of operating a business comparable to Merchant's at such premises.

<u>Remedies</u>. Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise.

## GUARANTY

<u>Personal Guaranty of Performance</u>. The undersigned Guarantor(s) hereby guarantees to FUNDER, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "<u>Guaranteed Obligations</u>"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts.

<u>Guarantor Waivers</u>. In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement ; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

<u>Guarantor Acknowledgement</u>. Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.

<u>Joint and Several Liability</u>. The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

01-27-13

11/04/2013 MON 13:45 FAX              @0001/001

Case 20-04009-elm Doc 68-6 Filed 09/21/21    Entered 09/21/21 23:36:41    Page 355 of 540
11/04/2013   17:29   B173060479       JUST CHILLIN         PAGE 78/70

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

**MERCHANT #1**
By Dwayne Bridges
(Print Name and Title)
SS# ___7894
     Drivers License Number: (Signature)
     *Sign Here*

**MERCHANT #2**
By _____
(Print Name and Title)
SS# _____
     Drivers License Number: (Signature)
     *Sign Here*

**OWNER/GUARANTOR #1**
By Dwayne Bridges
(Print Name)
SS# ___7894
     Drivers License Number: — (Signature)
     *Sign Here*

**OWNER/GUARANTOR #1**
By _____
(Print Name)
SS# _____
     Drivers License Number: (Signature)
     *Sign Here*

---

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of New State Funding LLC / BankCard Funding for this contract providing administrative, bookkeeping, reporting and support services for New State Funding LLC / BankCard Funding and the Merchant. Colonial is not affiliated or owned by the New State Funding LLC / BankCard Funding and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to New State Funding LLC / BankCard Funding. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the New State Funding LLC / BankCard Funding or the Processor under any legal theory for lost profits, lost revenue, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

**MERCHANT**
By Dwayne Bridges (Owner)
(Print Name and Title)
     Sign: (Signature)
     *Sign Here*

By _____
(Print Name and Title)
     Sign: (Signature)
     *Sign Here*

01-27-13            Bankcard Funding is a trade name of New State Funding, LLC
**Page 6 of 7**

**KAPITUS EX. 13 - 355**           Kapitus_000355



**colonialfundingnetwork**
YOUR TRUSTED SERVICE PROVIDER

**Origination Fee – to cover underwriting and related expenses**
- The higher of $350 or 0.5 of the funded amount for split funding contracts
- The higher of $450 or 1.5% for bridge accounts bridge account contracts
- The higher of $500 or 2.0% of funded amount for ACH taken of the funded amount
  - ○ ACH Reject Fee $100
- $250 Termination

| | | | |
|---|---|---|---|
| a. | **NSF Fee (Standard)-** | $ 50.00ea | **Up to FOUR TIMES ONLY before a default is declared** |
| b. | **Rejected ACH –** | | **When the merchant directs the bank to Reject our Debit ACH** |

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $ 25.00 |
| $7,501.00-$50,000.00 | $ 35.00 |
| $50,001.00-$100,000.00 | $ 50.00 |
| $100,001.00-$250,000.00 | $ 75.00 |
| Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $ 75.00 |
| $7,501.00-$50,000.00 | $ 99.00 |
| $50,001.00-$100,000.00 | $175.00 |
| $100,001.00-$250,000.00 | $275.00 |
| Over $250,000.00 | $395.00 |

| | | | |
|---|---|---|---|
| c. | **Bank Change Fee-** requiring us to adjust our system | $ 75.00 | **When merchant requires a change of account to be Debited** |
| d. | **Blocked Account-** places them in default (per contract) | $2,500.00 | **When merchant BLOCKS account from our Debit ACH which** |
| e. | **Default Fee-** | $5,000.00 | **When merchant changes bank account cutting us off from our collections** |

**Miscellaneous Service Fees.** Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

Merchant Initials: _____

1501 Broadway, Suite 360 New York, NY 10036 ✱ Office: (212) 354-1400 Fax: (212) 354-1455

www.colonialservicing.com

01-27-13

Bankcard Funding is a trade name of New State Funding, LLC

**JUST CHILLIN HEATING & AIR**
1150 BLUE MOUND RD WEST
HASLET, TX 76052
PH: 817-439-3599 | FAX: 817-439-36890 |

# Fax

TO: _Lenny_  FROM: _Dwayne Bridges_

FAX: PAGES: _28_

PHONE: DATE: _11-2-13_

RE: CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments:

_1 800 892 1353_

Kapitus_000357

# LEASE AGREEMENT

## 1. PARTIES

This Lease Agreement (the "Lease"), dated August 24th, 2012 for reference purposes only, is made by and between Blue Mound Business Park LLC ("Landlord"), 5940 Eden Drive, Haltom City, Texas 76117, and Dwayne Bridges ("Tenant").

TENANT INFORMATION. Tenant *(check one)* ❑ is or **X** is not in the military. If in the military, tenant is at the time of signing this lease *(check one or both if applicable)* ❑ in the reserves or National Guard or ❑ on active duty. If on active duty, refer to SCRA waiver below. Tenant agrees to immediately notify Lessor of changes in the Tenant's mailing address or phone number. A change of mailing address will not be effective unless the new address is COMPLETE and the notice is in WRITING and SIGNED by Tenant and actually RECEIVED by Lessor. Return addresses on envelopes, forwarding orders, or addresses on checks are insufficient. Phone numbers may be changes orally or in writing."

Waiver. If tenant is on active military duty at the time of signing this Agreement, Tenant waives for purposes of this Agreement, all rights under the U.S. Service members Civil Relief Act, including those relating to foreclosure for nonpayment, eviction for prohibited activity, etc. Lessor's agents and employees do not have authority to waive, amend, or terminate the Agreement or make promises, representations, or agreements which impost any duties of security or other obligations on Lessor, unless done with the written consent of the original tenant and landlord.

## 2. PREMISES

Landlord hereby leases to Tenant and Tenant hereby leases from Landlord for the term, at the rental, and upon all of the conditions set forth in this Lease, the real property situated in the City of Fort Worth, County of Tarrant, State of Texas, commonly known as 1150 Blue Mound Road West, Suite 103 and described as approximately 1,800 square feet of office and warehouse space including 3 parking spaces, and approximately 1,800 square feet of outside storage as shown on site plan. Said real property, including the land and all improvements located on the land, is defined in this Lease as "the Premises".

## 3. TERM

3.1 Term. The term of this Lease shall be for 24 months, commencing on September 1st, 2012 (the "Commencement Date") and ending on August 31st, 2014 unless sooner terminated pursuant to any provisions of this Lease.

3.2 Delay in Commencement. If for any reason Landlord cannot deliver possession of the Premises to Tenant on the Commencement Date, Landlord shall not be subject to any liability for such failure, nor shall such failure affect the validity of this Lease or the obligations of Tenant under this Lease, or extend the term of this Lease, but in such case Tenant shall not be obligated to pay rent until possession of the Premises is tendered to Tenant; provided, however, that if Landlord shall not have delivered possession of the Premises within 60 days from the Commencement Date, Tenant may, at Tenant's option, by notice in writing to Landlord following ten days after such notice, cancel this Lease. If Landlord shall not have delivered possession of the Premises within one year from the commencement Date, Landlord may, by notice in writing to the Tenant following ten days after such notice, cancel the Lease. If either party cancels as set forth in this Article 3.2, Landlord shall return any monies previously deposited by Tenant and the parties shall be discharged from all obligations under this Lease.

3.3 Early Possession. In the event that Landlord shall permit Tenant to occupy the premises prior to the Commencement Date, such occupancy shall be subject to all of the provisions of this Lease. Such early possession shall not advance the termination date of this Lease.

LEASE AGREEMENT/FORM
Page 1 of 21

**Kapitus_000358**

## Exhibit A
## Outside Storage

Tenant space includes outside storage, in segregated area as shown on the attached site plan. In no event shall the landlord be responsible for security of said area. No scrap, trash, inoperable vehicles or equipment shall be stored in this area, unless the area is screened, and only, after obtaining the Landlord's written permission, such permission not to be unreasonably withheld, delayed, or conditioned. Acceptable screening material shall be a wood fence not less than 6' tall, on steel posts, or screening material approved by landlord in writing, attached to chain link fence at least 6' tall, and unless otherwise agreed, installed at Tenant's expense. Inoperable vehicles shall be defined as any vehicles without a valid Texas inspection sticker or current license plates. All items stored in this area shall be the property of and in control of the tenant, and no items shall be offered for sale from this area, unless authorized in writing by the landlord.

Landlord Initials _____

Tenant Initials _____

Kapitus_000359



Kapitus_000360

## Exhibit D
## Parking/Access

Landlord shall not be responsible for any damages arising from vehicles parked, and tenant should obtain insurance as determined necessary in their sole discretion to cover any losses on the parking lot.

Areas shown on the attached site plan in:

_____ marked areas are for all tenant's access, and should be clear at all times.

___X___ marked areas are specifically assigned to the tenant (located directly in front of assigned suite).

Special parking provisions are as follows:

If current assigned parking exceeds tenant's needs, please visit the property or leasing manager to make further arrangements.

Landlord Initials _____          Tenant Initials _____

Kapitus_000361

# EXHIBIT H

## RULES AND REGULATIONS
**Demised Premises and Address: 1150 Blue Mound Rd. W. #103 Fort Worth, TX 76052**

**1. Application.** The following standards shall affect and shall be observed by Tenant, Tenant's employees and invitees, for the mutual safety, cleanliness, care, protection, comfort and convenience of all tenants and occupants of the Property, and shall be applicable to the building(s), to the common areas, driveways, parking lots, and to the Demised Premises, including the land situated beneath and any appurtenances thereto.

**2. Consent Required.** Any exception to these Rules and Regulations must first be approved in writing by Landlord. For purposes of these Rules and Regulations, the term "Landlord" includes the building manager, the building manager's employees, and any other agent or designee authorized by Landlord to manage or operate the Property.

### 3. Rules and Regulations:

A. Tenant may not conduct any auction, "flea market" or "garage sale" on the Demised Premises nor store any goods or merchandise on the Property except for Tenant's own business use. Food may not be prepared in the Demised Premises except in small amounts for consumption by Tenant. Vending machines or dispensing machines may not be placed in the Demised Premises without Landlord's written approval. The Demised Premises may not be used or occupied as sleeping quarters or for lodging purposes. Animals may not be kept in or about the Property.

B. Tenant shall not obstruct sidewalks, driveways, loading areas, parking areas, corridors, hallways, vestibules, stairs and other similar areas designated for the collective use of tenants, or use such areas for Tenant's storage, temporary or otherwise, or for any purpose other than ingress and egress to and from the Demised Premises. Tenant shall comply with parking rules and guidelines as may be posted on the Property from time to time. Tenant shall not host or allow to be hosted public events, except in rented premises, nor use common areas for any event or action without written consent of landlord. Tenants activities shall be in the rented areas only.

C. Tenant may not bring any hazardous materials onto the Property.

D. Installation of security systems, telephone, television and other communication cables, fixtures and equipment must comply with Section 7 of the Lease, except that routine installation and construction of normal communication devices which do not require any holes in the roof or exterior walls of the Property do not require the written approval of Landlord.

E. Movement into or out of the building through public entrances, lobbies or corridors which requires use of a hand truck, dolly or pallet jack to carry freight, furniture, office equipment, supplies and other large heavy material, must be limited to the service entrances and freight elevators only and must be done at times and in a manner so as not to unduly inconvenience other occupants of the Property. All wheels for such use must have rubber tires and edge guards to prevent damage to the building. Tenant shall be responsible for and shall pay all costs to repair damages to the premises caused by the movement of materials by Tenant. No hard rubber-tired forklifts allowed on asphalt. Only pneumatic-tired forklifts allowed outside the buildings.

F. Requests by Tenant for building services, maintenance and repair must be made in writing to the office of the building manager designated by Landlord and must be dated. Tenant shall give prompt written notice to Landlord of any significant damage to or defects in the Demised Premises or the Property, especially including plumbing, electrical and mechanical systems, heating, ventilating and air conditioning systems, roofs, windows, doors, foundation and structural components, regardless of whose responsibility it is to repair such damage. If Landlord is not notified of roof leaks Tenant assumes all responsibilities for damages caused by roof leaks.

Rules and Regulations                                                     1

Kapitus_000362

G. Tenant shall not change locks or install additional locks on doors without the prior written consent of the Landlord. If Tenant changes locks or installs additional locks on the Property, Tenant shall within five days thereafter provide Landlord with a copy of each separate key to each lock. Upon termination of Tenant's occupancy of the Demised Premises, Tenant must surrender all keys to the Demised Premises and to the Property to Landlord.

H. Harmful liquids, toxic wastes, bulky objects, insoluble substances and other materials which may cause clogging, stains or damage to plumbing fixtures or systems must not be placed in the lavatories, water closets, sinks, or drains. Tenant must pay the cost to repair and replace drains, plumbing fixtures and piping which is required because of damage caused by Tenant.

I. Tenant shall cooperate with Landlord and other occupants of the Property in keeping the Property and the Demised Premises neat and clean. Nothing may be swept, thrown or left in the corridors, stairways, elevator shafts, lobbies, loading areas, parking lots or any other common areas of the Property. All trash and debris must be properly placed in receptacles provided by Tenant.

J. Tenant agrees to cooperate with and assist Landlord in the prevention of peddling, canvassing and soliciting on the Property.

K. Tenant accepts any and all liability for damages and injuries to persons and property resulting from the serving and sales of alcoholic beverages on or from the Property.

**4. Revisions.** Landlord reserves the right to revise and/or rescind any of these Rules and Regulations and to make additional rules which Landlord may determine are necessary from time to time for the safety, care, cleanliness, protection, comfort and convenience of the tenants and occupants of the Property and for the care, protection and cleanliness of the building. Revisions and additions will be binding upon the Tenant as if they had been originally prescribed herein when furnished in writing by Landlord to Tenant, provided the additions and revisions apply equally to all tenants occupying the Property.

**5. Enforcement.** Any failure or delay by Landlord in enforcing these Rules and Regulations will not prevent Landlord from enforcing these Rules and Regulations in the future. If any of these Rules and Regulations is determined to be unenforceable, it shall be severed from this Lease without affecting the remainder of these Rules and Regulations.

Initials: Landlord _____ Tenant _____

Rules and Regulations

KAPITUS EX. 13 - 363

Kapitus_000363



## Letter concerning security

- **Secure outside units**: Items, including leasehold improvements, air compressors and air conditioning compressor units should be secured with a cage or pen if they present a theft risk.
- **Add a deadbolt on your door**: If you want to add a deadbolt, let us know. We will pay half the cost if you use our locksmith.
- **Padlock your overhead door tracks**: Even if you are broken into, thieves will not be able to raise the overhead door and remove larger items.
- **Change thumb turns to key locks on exterior walk doors**: If a thief gains access by breaking a window, he won't be able to turn the thumb turn and open the door.
- **Get a security analysis of your space**: If you believe you are at risk for theft, ask the Ft Worth police department and/or your insurance company to do a security analysis of your space. In many cases, these security audits are free.
- **Review your policies concerning the use of keys**: Investigators/tenants found that two recent thefts at our park were inside jobs. One case involved a relative of the tenant.
- **Repair, replace or report all exterior lights on your suite or in the common areas that are inoperative**, to minimize security issues and be a good neighbor.
- **Verify Insurance Coverage**: make sure your insurance covers your property and the building improvements, as called for in the lease.

Tenant Name _____Dwayne Bridges_____

Tenant signature _____

59 40 Eden    Ft Worth TX, 76117    Phone 817-834-3625    Fax 817-838-6672

this Lease not incorporated in this Lease. It is likewise agreed that this Lease may not be altered, waived, amended, or extended except by an instrument in writing signed by both Landlord and Tenant. Landlord and Tenant expressly agree that there are and shall be no implied warranties of merchantability of fitness, suitability, habitability, or of any other kind arising out of this Lease and that Tenant's acceptance of the Premises shall be "as is". In this regard, Tenant represents to Landlord that Tenant's acceptance of the Premises shall conclusively evidence Tenant's determination that the Premises are suitable in every way for Tenant's intended use. Not in limitation upon the preceding, Landlord agrees that to the extent assignable, all warranties, if any shall exist, from contractors or suppliers with respect to the improvements to the Premises are hereby assigned to Tenant.

## 18. PERFORMANCE BOND

At any time Tenant desires to or is required to make any repairs, alterations, additions, improvements, or utility installation on the Premises, Landlord may at its sole option require Tenant, at Tenant's sole cost and expense, to obtain and provide to Landlord a lien and completion bond in an amount equal to one and one-half times the estimated cost of such improvements, to insure Landlord against liability for mechanics' and material men's liens and to insure completion of the work.

## 19. BROKERS

Broker for tenant, if applicable:

_____

_____

The parties to this Lease acknowledge that there were no real estate brokers who represented the parties in this Lease, and that no other commissions are due to any brokers in connection with this Lease, other than the brokers named above. The commissions shall be paid based upon the terms of this Lease. Tenant agrees to indemnify and hold Landlord harmless from and against any and all claims, which may be made by broker for commissions based upon the terms, and provisions, which are not contained in this Lease.

## 20. NOTICES

Whenever the terms of this Lease provide for any demand, notice or declaration of any kind, or where it is deemed desirable or necessary by either party to give or serve any such notice, demand or declaration to the other party, it shall be in writing and served either personally or sent by United States mail, certified mail, return receipt requested, postage prepaid, addressed at the addresses set forth below:

To Landlord at: 5940 Eden Drive      and
Haltom City, Texas 76117

Raymond Meeks, Attorney
1000 North Walnut Creek Dr Ste C
Mansfield, Texas 76063-1506

To Tenant at: 1150 Blue Mound Road West, Suite 103
Suite add:    Fort Worth, TX 76052
                   OR
628 Destin Drive,
Alternate add: Fort Worth, TX 76131

If sent by certified mail, notice shall be effective upon the date it is deposited in the United States mail.

LEASE AGREEMENT/FORM
Page 17 of 21

**Kapitus_000365**

**KAPITUS EX. 13 - 365**

**Ron Sturgeon Real Estate LP**
5940 Eden Drive
Haltom City, Texas 76117
817.439.3224 (office) 817.439.6457 (fax)
(Please include copy of Valid Government Issued Identification when submitting via fax or email)

**Rental Application**                          Date: _____

Name: _Dwayne Bridges_   Spouse/Partner: _Dana Bridges_

Business Name: _Just Chillin Heating Air_ (Tax ID) _208080795_

Home Address: _628 Destin Dr   FTW TX 76131_

Permanent Mailing Address: _628 Destin Dr   FTW TX 76131_

Home Phone: _682-224-5457_   Cell Phone: _817-821-6608_

Business Phone: _682-224-5457_   Email: _Justchillin at Reagen.con_

Social Security No.: ▓▓▓▓ _7894_   Spouse/Partner: ▓▓▓▓ _9494_

Date of Birth: ▓▓▓▓ _72_   Spouse/Partner: ▓▓▓▓ _72_

Drivers License No.: _____   Spouse/Partner: _____

Current Employer: _Just Chillin_   Spouse/Partner: _Just Chillin_

Address: _628 Destin Dr_   Address: _628 Destin Dr_

Phone: _682-224-5457_   Phone: _682-224-5457_

List your (3) previous addresses with landlord's name and phone numbers:
(1) _____
(2) _____
(3) _____

Give (2) personal references with phone numbers:
(1) _Misty Wolf - 817-412-0927_
(2) _Armando Reyes - 469-693-2362_

Do you have a checking account: Ⓨ/N   Account No.: _____
Bank Name: _Chase_   Phone No.: _____

I certify the above information is correct and complete and hereby authorize you to make any inquires you feel necessary to evaluate this rental application, including credit reports, criminal reports and prior rental histories.

Applicant Signature: _Dwayne Burg_   Spouse/Partner: _Dana Bridges_

| Office use only: |
| --- |
| Suite Address: _____ |
| Use: _____ |
| Rental Rate: _____ Sec Dep: _____ Move In: _____ |
| Notes: _____ |

Move request
From: justchillin@reagan.com
Sent: Wed, Aug 29, 2012 at 12:47 pm
To: swor@rdsmail.ims.att.com

To whom it may concern,

This is Dwayne Bridges, I am the owner of Just Chilin Heating and Air located at 628 Destin Drive in Fort Worth Texas, 76131. Our office is relocating and this email is a request to move our service to a new address. I understand the phone numbers will change however, **I am requesting a referral message played advising our customers of our new phone numbers.**

These are the three (3) lines associated with this business that need to be moved.:

1. 817-306-0474
2. 817-306-0477
3. 817-306-0479

The new service address is:

Just Chillin Heating and Air
1150 Blue Mound Round West, Suite 103
Forth Worth, Texas 76131 76052

We are contract holders with a local billing plan that should exempt us from any installation fees. Please let me know in advance of any charges that we will be liable for.

**This email is a request to move service on 9-3-2012**. Please let me know if that date will work on your side. If it does not, please advise me of the soonest time and date AT&T will be available to process this request.

Please contact me or my wife "Dana Bridges" by email or phone 682-224-5457

Thank you in advance for your help,

 Dwayne Bridges, OWNER
"Just Chilin Heating and Air"

Kapitus_000367

3.4 Delivery of Possession. Tenant shall be deemed to have taken possession of the Premises when Landlord delivers possession of the Premises to Tenant. It is expressly understood and agreed, however, that Tenant shall bear all costs and expenses incurred with regard to obtaining a certificate of occupancy from any appropriate governmental entity.

## 4. RENT

Tenant shall pay to Landlord as rent for the Premises the sum of $30,000.00 to be made in equal monthly installments of $1,250.00 in advance, on the first day of each month during the term of this lease. Tenant shall pay the Landlord upon the execution of this Lease the sum of $15,000.00 as rent for September 1st, 2012-August 31st, 2013 Rent for any period during the term of this Lease which is for less than one month shall be a pro rata portion of the monthly installment. Rent shall be payable without notice or demand and without any deduction, offset, or attachment in lawful money of the United States of America to Landlord at the address stated in this Lease or to such other persons or at such other places as Landlord may designate in writing. **Rent checks should be .made payable to Blue Mound Business Park LLC and mailed to Blue Mound Business Park LLC, 5940 Eden Dr, Haltom City, Texas 76117.** If at any time a tenant's check for rent or other payments due under this lease shall be returned by tenant's bank for any reason, landlord reserves the right to require future payments to be made by cash, cashiers check or money order.

## 5. SECURITY DEPOSIT

Tenant shall deposit with Landlord upon execution of this Lease the sum of $1,250.00 as security for Tenant's faithful performance of Tenant's obligations under this Lease. If Tenant fails to pay rent or other charges due under this Lease, or otherwise defaults with respect to any provision of this Lease, Landlord may use, apply, or retain all or any portion of said deposit for the payment of any rent or other charge in default, for the payment of any other sum to which Landlord may become obligated by reason on Tenant's default, or to compensate Landlord for any loss or damage which Landlord may suffer as a result of such default. If Landlord so uses or applies all or any portion of said deposit, Tenant shall, within ten days after written demand, deposit cash with Landlord in an amount sufficient to restore said deposit to the full amount set forth above and Tenant's failure to do so shall be a breach of this Lease, and Landlord may, at its option, terminate this Lease. Landlord shall not be required to keep said deposit separate from its general accounts. If Tenant performs all of Tenant's obligations under this Lease, such deposit or so much of the deposit as has not been applied previously by Landlord, shall be returned, without payment of interest or other increment for its use, to Tenant (or, at Landlord's option, to the last assignee, if any, of Tenant's interest under this Lease) within 30 days after the expiration of the term of this Lease, or after Tenant has vacated the Premises, whichever is later. In the event of a sale of the land and building of which the Premises forms a part, Landlord shall have the right to transfer the security deposit to such purchaser or owner, and Landlord shall be released by Tenant from all liability for the return of such security deposit. Tenant agrees to look solely to the new purchaser or owner for the return of such security deposit.

## 6. USE

6.1 Use. The Premises shall be used and occupied only for office and storage for HVAC company.

6.2 Compliance with Law. Tenant shall, at Tenant's expense, comply promptly with all applicable statutes, ordinances, rules, regulations, orders, and requirements in effect during the term or any part of the term of this Lease regulating the use by Tenant of the Premises. Tenant shall procure, at Tenant's sole expense, any permits and licenses required for the transaction of Tenant's business in the Premises. Tenant shall not use or permit the use of the Premises in any manner that will tend to create waste, or a nuisance, or, if there shall be more than one tenant of the Building containing the Premises, which shall tend to unreasonably disturb such other tenants. Tenant shall keep the Premises, sidewalks, service ways, and any loading areas adjacent to the Premises, neat, clean, and free from dirt or rubbish at all times. In connection with the provisions contained in Article 8.1, Tenant shall store all trash and garbage within the Premises, arranging for the regular pick-up of such trash or garbage at Tenant's expense. Tenant shall not operate an incinerator or burn trash or garbage within the area of the Premises.

LEASE AGREEMENT/FORM
Page 2 of 21

Kapitus_000368

6.3  Condition of Premises.  Tenant hereby accepts the Premises in the condition existing as of the date of possession of same, subject to all applicable zoning, municipal, county and state laws, ordinances and regulations governing and regulating the use of the Premises, and accepts this Lease subject to such laws, ordinances, regulations, all matters disclosed in connection with same and by any exhibits attached to this Lease. Tenant acknowledges that neither Landlord nor Landlord's agent has made any representation or warranty as to the suitability of the Premises for the conduct of Tenant's business.

6.4  Insurance Cancellation.  Notwithstanding the provisions of Article 6.1, no use shall be made or permitted to be made of the Premises nor acts done which will cause the cancellation of any insurance policy covering said Premises or any building of which the Premises may be a part, and if Tenant's use of the Premises or Tenant's storage of anything within the Premises causes an increase in said insurance rates Tenant shall pay any such increase.

6.5  Landlord's Rules and Regulations.  Tenant shall faithfully observe and comply with the rules and regulations that Landlord shall from time to time promulgate.  A copy of said rules and regulations is attached to this Lease.  Landlord reserves the right from time to time to make all reasonable modifications to said rules and regulations.  The additions and modifications to those rules and regulations shall be binding upon Tenant upon delivery of a copy of such rules and regulations to Tenant.  Landlord shall not be responsible to Tenant for the nonperformance of any of said rules and regulations by any other tenants or occupants.

6.6  Continuous Use.  Tenant shall continuously, during the entire term of this Lease, conduct and carry on Tenant's business in the Premises, and shall keep the Premises open for business and cause Tenant's business to be conducted on the Premises during the usual business hours of each and every business day as is customary for businesses of like character in the area in which the Premises are located; provided, however, that this provision shall not apply if the Premises should be closed and the business of Tenant temporarily discontinued because of strikes, lock-outs, or similar causes beyond the reasonable control of Tenant.

## 7.  MAINTENANCE, REPAIRS AND ALTERATIONS

7.1  Landlord's Obligations.  Subject to the provisions of Article 9, and except for damage caused by any negligent or intentional act or omission of Tenant, Tenant's agents, employees, or invitees, Landlord, at Landlord's expense, shall keep in good order, condition, and repair the foundations, exterior walls, and the exterior roof of the Premises.  Landlord shall not, however, be obligated to paint such exterior, nor shall Landlord be required to maintain the interior surface of exterior walls, windows, doors or plate glass.  Landlord shall have no obligation to make repairs under this Article 7.1 until a reasonable time after receipt of written notice of the need for such repairs. Tenant expressly waives the benefits of any statute now or subsequently in effect which would otherwise afford Tenant the right to make repairs at Landlord's expense or to terminate this Lease because of Landlord's failure to keep the Premises in good order, condition and repair.

7.2  Tenant's Obligations.

(a) Subject to the provisions of Article 7.l, Article 9, and Article 16.22, Tenant, at Tenant's expense, shall keep in good order, condition, and repair the Premises and every part of the Premises (regardless of whether the damaged portion of the Premises or the means of repairing the same are accessible to Tenant), including, without limitation, all plumbing, heating, air conditioning, light bulbs, security lights, ventilating, electrical and lighting facilities, and equipment within the Premises, fixtures, interior walls, ceilings, exterior windows, doors, plate glass, door locks and handles and skylights located within the Premises, and all sidewalks, landscaping and regular mowing of the grass, including a 5' strip along any fence, building or storage area that is part of the tenants leased premises, driveways, parking lots, fences, and signs located in the area which are adjacent to and included with the Premises. Tenant is responsible for all maintenance of any dockwell included with the premises, including maintenance and repairs of all railings and dock accessories, pumping of water and cleaning of dockwell. The tenant at the tenant's expense shall repair all damage to dockwell and accessories including railings, unless such damage is caused by the negligence of the landlord. Dockwell is delivered to the tenant in as is condition, and tenant shall be responsible for providing any accessories needed, including bumpers, pumping devices and pumping and leveling devices. Provided,

LEASE AGREEMENT/FORM

Page 3 of 21

Kapitus_000369

however, that if Tenant occupies a portion of a multi-tenant building, that Tenant shall not have to maintain the landscaping, grass areas, outside paving or railroad siding, if any, other than designated outside storage areas and cleaning/minor maintenance of parking areas allocated for tenant's use, as noted in this lease and/or attached exhibits/addendums, unless otherwise stated in writing. Landlord to deliver premises to tenant with all heating, ventilating and air conditioning (HVAC) equipment in good working order, as mutually agreed. Provided tenant has a maintenance contract with performance records of regularly scheduled maintenance to the HVAC equipment, Landlord will be responsible for any repairs or replacement in excess of $500.00 annually unless caused by theft, vandalism or negligence of tenant or tenant's agents. Such amount is not cumulative, and total cost of landlord shall not exceed $500 in any calendar year for HVAC systems, unless tenant has required contract and records.

In the event Tenant should neglect reasonably to maintain the demised premises, Landlord shall have the right (but not the obligation) to cause repairs or corrections to be made and any reasonable costs therefore shall be payable by Tenant to Landlord as additional rental on the next rental payment due date. Tenant will specifically be required to repair or replace leasehold improvements including HVAC equipment, electrical and telecom equipment, exterior windows and doors, including glass, including damage by vandals, break in, weather, theft or other damages, unless caused by the landlord, or created out of the negligence of the landlord. Tenant shall be responsible for all damage sustained as the result of any break in or vandalism to the tenant's space, including but not limited broken windows, locks, doors, walls, ceilings, and outside storage areas including fence.  Unless otherwise noted, Exterior lights mounted on the building are connected to the tenant's electrical service, and are the responsibility of the tenant to maintain. Tenant acknowledges that said light(s) are his responsibility, and also acknowledges that other exterior lights are similarly attached to other tenant's electrical service, or may be inoperative if the other spaces are unoccupied. Landlord bears no responsibility for lack of exterior lighting, and makes no representation other than herein, unless lack of said lighting is caused by the willful negligence of the landlord or its agents. Tenant shall obtain at its own cost, if needed, janitorial, security, and pest control services.

(b)  If Tenant fails to perform Tenant's obligations under this Article 7.2, Landlord may, at Landlord's option, enter upon the Premises after ten days' prior written notice to Tenant, and put the same in good order, condition, and repair, and the cost of same, together with interest at the rate of ten percent per annum, shall be due and payable as additional rent to Landlord together with Tenant's next rental installment.

(c)  On the last day of the term of this Lease, or on any sooner termination, Tenant shall surrender the Premises to Landlord in good condition, broom clean, ordinary wear and tear excepted.  Tenant shall repair any damage to the Premises occasioned by Tenant's use of the Premises, or by the removal of Tenant's trade fixtures, furnishings, and equipment pursuant to Article 7.3(c), which repair shall include but not be limited to the patching and filling of holes and repairs of structural damages. Such repairs shall include, but not be limited to, any repairs necessary to rollup doors, which Tenant, at time of signing this lease, are operable and in good condition, free of dents and damage. In the event Tenant shall fail to surrender the Premises to Landlord in the condition set forth above, Landlord may, in accordance with Article 7.2(c) and Article 5, make such repairs and take such steps as is necessary to put the Premises in good, broom clean condition, ordinary wear and tear excepted, and to offset such expenses incurred by Landlord against the security deposit.  Premises shall be deemed surrendered upon return of suite keys.

(d) At the beginning of each signed lease agreement a walkthrough of the premises will be done by the landlord. Any and all repairs will be completed before the tenant moves in.  After the tenant has taken possession of such property all upkeep from wear and tear and/or damage of property will be solely the responsibility of the tenant.  Such items include but are not limited to over head doors, walk doors, latches, springs, tracks, locks, closers, windows, store fronts, dock well accessories including railings and stops, dock well pumps. Any defects or potential issues should be noted in writing within 30 days of occupancy, or they become the tenant's responsibility.

LEASE AGREEMENT/FORM
Page 4 of 21

Kapitus_000370

7.3 Alterations, Additions and Improvements.

(a) Tenant shall not create any openings in the roof or exterior walls, nor shall Tenant make any alterations, additions, or improvements to the Premises without the prior written consent of Landlord. Landlord, at Landlord's sole discretion, may accept the tenant improvements and require them to remain part of the premises at the time of written approval of the addition, alteration or improvement, or may elect to have them designated to be removed at the termination of the lease. All improvements that Tenant fails to notify Landlord of in writing by either error, omission, or otherwise also are at Landlord's sole discretion (i) to become part of the premises, (ii) to be removed at the termination of the lease, or (iii) the Landlord may require such item or items to be removed at Tenant's expense upon a ten (10) day written notice, including restoration of Building to its previous condition.

(b) Tenant may, without the prior written consent of Landlord but, at its own cost and expense, and in good workmanlike manner, make such minor alterations, additions, or improvements or erect, remove or alter such partitions, or erect shelves, bins, machinery, and trade fixtures as Tenant may deem advisable, without altering the basic character of the Premises, and in each case complying with all applicable governmental laws, ordinances, regulations, and other requirements.

(c) At the termination of this lease, Tenant shall, if Landlord so elects, remove all or part of any alterations, additions, improvements, and partitions erected by Tenant (exact items to be determined at the sole discretion of the Landlord, also pursuant to Para. 7.3(a) above) and restore the Premises to its original condition or condition acceptable to Landlord, otherwise such improvements shall be delivered up to Landlord with the Premises. All shelves, bins, machinery, and trade fixtures installed by Tenant may be removed by Tenant at the termination of this Lease if Tenant so elects, and shall be so removed if required by Landlord, and Tenant shall restore the Premises to its original condition or condition acceptable to Landlord (see Para. 7.1(c) above).

(d) In connection with Paragraph 7.3(c), all of Tenant's furniture, movable trade fixtures and other personal property not removed by Tenant from the Premises within five days after Landlord shall request such removal in writing following the termination of this Lease, whether termination shall occur by lapse of time or otherwise, shall be conclusively presumed to have been abandoned by Tenant, and Landlord may, at its option and election, subsequently take possession of such property and either (i) declare same to be the property of the Landlord, or (ii) at the cost and expense of Tenant, dispose of such property in any manner Landlord, in its sole discretion, shall deem most advisable. Nothing contained in this Paragraph 7.3(d) shall prejudice or impair Landlord's rights pursuant to Paragraph 14 and Paragraph 15 of this Lease. Rights granted Landlord under this Paragraph 7.3(d) shall be cumulative of Landlord's rights as set forth in Paragraph 14 and Paragraph 15.

(e) In regard to Tenant installed electrical wiring, electrical switches, circuit boxes, electrical conduit, water coolers, windows, light fixtures, exhaust fans, exhaust fan motors, office improvements or additions, storage additions, drywall construction, gas fired or infrared type heat units (whether attached or hanging), air conditioning units, natural gas piping, gas heaters, doors, locks, or hardware for windows and doors located in or upon the subject property, it is expressly agreed by the parties hereto that, once installed (whether bolted, screwed or hanging), any such property described in this paragraph shall be and become part of the Leased Property and owned by Landlord once attached to the building and/or premises.

7.4 Signs. Tenant shall not place any signs or other objects upon the roof of the Premises or otherwise deface the exterior walls of the Premises, except with the prior written approval of Landlord. Tenant shall have the right to erect signs on the exterior walls of the Premises, securely attached to and parallel to said walls, subject to applicable laws and deed restrictions and following written approval of landlord Tenant shall not erect any signs other than customary trade signs identifying Tenant's business. Tenant shall remove all signs at the termination of this Lease, and shall repair any damage and close any holes caused by such removal.

LEASE AGREEMENT/FORM
Page 5 of 21

Kapitus_000371

## 8. OUTDOOR ACTIVITIES

8.1 Outdoor Storage. No articles, goods, materials, refuse receptacles, incinerators, storage tanks, or other items shall be stored in the open or exposed to public view from the adjacent land or improvements. If it shall become necessary to keep or store such materials or items in the open, the portion of the Premises used and permitted for such storage shall be fenced with a fence of permanent construction, except that portion of a fence that faces streets or highways shall be of the screen type, the design of which shall be approved in writing by the Landlord prior to construction. Storage shall be restricted to the side and rear areas of the Premises. No storage shall be permitted between the front building line and street nor anywhere else on premises without landlord's written consent. If noted, not withstanding this provision, Tenant may have outdoor storage as outlined in outdoor storage Exhibit A

8.2 Manufacturing and Processing. All manufacturing and processing activities will be conducted within the confines of the Premises as described in Article 8.I., and, if applicable, subject to the water and septic addendum attached.

## 9. DAMAGE OR DESTRUCTION

9.1 If the building or other improvements situated on the Premises be damaged or destroyed by fire or other casualty, Landlord shall have 30 days from the date of receipt of written notice Tenant of such occurrence to give written notice to Tenant of its election to repair said damage or not. If Landlord elects to repair said damage, this Lease shall continue in force, but the rent under this Lease may be abated as provided below. If Landlord elects not to repair said damage or to completely rebuild said building, this Lease shall terminate as of the date of said damage and rent shall be abated for the unexpired portion of this Lease. In no event shall Landlord be obligated to repair any improvements made by Tenant. If Landlord elects not to repair said damage, Tenant may elect to repair same at Tenant's sole expense by giving written notice of Tenant's election to Landlord within ten days of Tenant's receipt of notice from Landlord of Landlord's election not to repair. No representations of safety or security have been made to tenant by lessor or lessor's agents.

9.2 Abatement of Rent.

(a) If the Premises are partially destroyed or damaged and Landlord or Tenant repairs or restores them pursuant to the provisions of Article 9, the rent payable under this Lease for the period during which such damage, repair, or restoration continues shall be abated in proportion to the degree to which Tenant's reasonable use of the Premises is impaired. Except for abatement of rent, if any, Tenant shall have no claim against Landlord for any damage suffered by reason of any such damage, destruction, repair or restoration.

(b) If Landlord shall be obligated to repair or restore the Premises under the provisions of this Article 9 and shall not commence such repair or restoration within 90 days after such obligations shall accrue, Tenant may, at Tenant's option, cancel and terminate this Lease by giving Landlord written notice of Tenant's election to do so at any time prior to the commencement of such repair or restoration. In such event this Lease shall terminate as of the date of such notice. Any abatement in rent shall be computed as provided in Article 9.2(a).

9.3 Restoration. Landlord's obligation to restore shall not include the restoration or replacement of Tenant's trade fixtures, equipment, merchandise, or any improvements or alterations made by Tenant to the Premises.

9.4 Prorations. Upon termination of this Lease pursuant to Article 9, an equitable pro rata adjustment of rent based upon a 30-day month shall be made. Landlord shall, in addition, return to Tenant so much of Tenant's security deposit as has not previously been applied by Landlord.

LEASE AGREEMENT/FORM
Page 6 of 21

Kapitus_000372

## 10.  INDEMNIFICATION

10.1  Hold Harmless.  Tenant shall indemnify, defend, and hold Landlord harmless from any and all claims arising from Tenant's use of the Premises or from the conduct of its business or from any activity, work or things which may be permitted or suffered by Tenant in or about the Premises and shall further indemnify, defend, and hold Landlord harmless from and against any and all claims arising from any breach or default in the performance of any obligation on Tenant's part to be performed under the provision of this Lease or arising from any negligence of Tenant or any of its agents, contractors, employees, or invitees and from any and all costs, attorney's fees, expenses, and liabilities incurred in the defense of any such claim or any action or proceeding brought as the result of such claim.  Tenant hereby assumes all risk of damage to property or injury to persons in or about the Premises from any cause, and Tenant hereby waives all claims against Landlord, including where said damage arises out of negligence or claimed negligence of Landlord.  It is expressly agreed and understood that Tenant will hold Landlord harmless from all loss; cost and expense claimed against Landlord in arising from the negligence or claimed negligence of Landlord.

10.2  Exemption of Landlord from Liability.  Tenant hereby agrees that Landlord shall not be liable for injury to Tenant's business or any loss of income from Tenant's business or for damage to goods, wares, merchandise, or other property of Tenant, Tenant's employees, invitees, customers, or any other person in or about the Premises; nor, unless through Landlord's negligence, shall Landlord be liable for injury to the person of Tenant, Tenant's employees, agents or contractors and invitees, whether such damage or injury is caused by or results from fire, steam, electricity, gas, water, or rain, or from the breakage, leakage, obstruction,  or other  defects  of pipes, sprinklers, wires, appliances, plumbing, air conditioning, or lighting fixtures, or from any other cause whether the said damage or injury results from conditions arising upon the Premises or upon other portions of the building of which the Premises are a part, or from other sources or places, and regardless of whether the cause of such damage or injury or the means of repairing the same is inaccessible to Landlord or Tenant.  Landlord shall not be liable for any damages arising from any act or neglect of any other tenant, if any, of the building in which the Premises are located. No representations of safety or security have been made to tenant by lessor or lessor's agents.  Tenant hereby releases lessor and lessor's agents from liability for loss or damage to property stored in or transported to or from tenant's space regardless who owns such property and regardless whether the loss or damage is caused by fire, smoke, dust, water, weather, insects, vermin, explosion, utility interruption, equipment malfunction, unexplained disappearance, negligence of lessor or lessor's agents, theft by others, or any other cause. Tenant will self-insure or obtain insurance for all losses and damages as required.

Blue Mound Business Park LLC is not responsible for any break-ins, burglaries or thefts.  It is recommended that each tenant have a security alarm installed in his suite to minimize break-ins and for added protection. Additional security recommendations: (a) Secure outside units: Items, including leasehold improvements, air compressors and air conditioning compressor units should be secured with a cage or pen if they present a theft risk. (b) Add a deadbolt on your door: If you want to add a deadbolt, let us know. We will pay half the cost if you use our locksmith. (c) Padlock your overhead door tracks:  Even if you are broken into, thieves will not be able to raise the overhead door and remove larger items. (d) Change thumb turns to key locks on exterior walk doors:  If a thief gains access by breaking a window, he won't be able to turn the thumb turn and open the door. (e)Get a security analysis of your space: If you believe you are at risk for theft, ask the Ft Worth police department and/or your insurance company to do a security analysis of your space. In many cases, these security audits are free.
(f) Review your policies concerning the use of keys: Investigators/tenants found that two recent thefts at our park were inside jobs. One case involved a relative of the tenant.  (g) Report any burned out lights to the office immediately. (h) Verify Insurance Coverage: make sure your insurance covers your property and the landlords, as called for in the lease.

## 11.  COMMON AREAS

(a) Common Areas.  As used in this Lease, "Common Areas" shall mean all areas within the Project which are available for the common use of tenants of the Project and which are not leased or held for the exclusive use of Tenant or other tenants, including, but not limited to, parking areas, driveways, sidewalks, loading areas,

LEASE AGREEMENT/FORM
Page 7 of 21

Kapitus_000373

access roads, corridors, landscaping and planted areas. Landlord, from time to time, may change the size, location, nature and use of any of the Common Areas, convert Common Areas into leasable areas, construct additional parking facilities (including parking structures) in the Common Areas, and increase or decrease Common Area land and/or facilities. Tenant acknowledges that such activities may result in inconvenience to Tenant. Such activities and changes are permitted if they do not materially affect Tenant's use of the Property.

(b) Use of Common Areas. Tenant shall have nonexclusive right (in common with other tenants and all others to whom Landlord has granted or may grant such rights) to use the Common Areas for the purposes intended, subject to such   reasonable rules and regulations as Landlord may establish from time to time. Tenant shall abide by such rules and regulations and shall use its best effort to cause others who use the Common Areas with Tenant's express or implied permission to abide by Landlord's rules and regulations. At any time, Landlord may close any Common Areas to perform any acts in the Common Areas as, in Landlord's judgment, are desirable to improve the Project, Tenant shall not interfere with the rights of Landlord, other tenants or any other person entitled to use the Common Areas.

(c) Specific Provision re: Vehicle Parking. Tenant shall be entitled to use the number of vehicle parking spaces in the Project allocated to Tenant in Paragraph 2 of the lease without paying any additional rent. Tenant's parking shall not be reserved and shall be limited to vehicles not larger than standard size automobiles or pickup utility vehicles. Tenant shall not cause large trucks or other large vehicles to be parked within the Project or on the adjacent public streets. Temporary parking of large delivery vehicles in the Project may be permitted by the rules and regulations established by Landlord. Vehicles shall be parked only in striped parking spaces and not in driveways, loading areas or other locations not specifically designated for parking. Handicapped spaces shall only be used by those legally permitted to use them. If Tenant parks more vehicles in the parking area than the number set forth in Paragraph 2 of this Lease, such conduct shall be a material breach of this Lease. In addition to Landlord's other remedies under the Lease, Tenant shall pay a daily charge determined by Landlord for each such additional vehicle. If noted, a parking/access addendum is attached as Exhibit D.

N/A_____Unless ticked (d) Maintenance of Common Areas. Landlord shall maintain the Common Areas in good order condition and repair and shall operate the Project, in Landlord's sole discretion, as first-class industrial/commercial real property development. Tenant shall pay Tenant's pro rata share (as determined below) of all costs incurred by Landlord for the operation and maintenance of the Common Areas. Common Area costs include, but are not limited to, costs and expenses for the following: gardening and landscaping; utilities, water and sewage charges; maintenance of signs (other than tenant's signs); premiums for liability, property damage, fire and other types of casualty insurance on the Common Areas and worker's compensation insurance; all property taxes levied on or attributable to the Common Areas and all Common Area improvements; all personal property taxes levied on or attributable to personal property used in connection with the Common Areas; straight-line depreciation of personal property owned by Landlord which is consumed in the operation or maintenance of the Common Areas; rental or lease payments paid by Landlord for rented or leased personal property  used in the operation or maintenance of the Common Areas; fees for required licenses and permits; repairing, resurfacing, repaving, maintaining, painting, lighting, cleaning, refuse removal, security and similar items; reserves for roof replacement and exterior painting and other appropriate reserves; and a reasonable allowance to Landlord for Landlord's supervision of the Common Areas (not to exceed seven percent (7%) of the gross rents of the Project for the calendar year). Landlord may cause any or all of such services to be provided by third parties and the cost of such services shall be included in Common Area costs shall not include depreciation of real property which forms part of the Common Areas.

(e) Tenant's Share and Payment. Tenant shall not pay Tenant's annual pro rata share of all Common Area costs (prorated for any fractional month) unless otherwise noted herein.

(g) Leased premises may have exterior lights on multi tenant buildings that may be connected to tenant's electricity service. It is understood that if another tenant's space is not occupied or that space has no power the exterior lights tied to that particular suite will not illuminate. Tenant shall give prompt written notice to Landlord at the office of the building manager requesting any needed repair of exterior lighting that is Landlord's responsibility. All exterior lighting on, about, or over leased premises shall be the tenants responsibility for maintenance, replacement and repairs.

LEASE AGREEMENT/FORM
Page 8 of 21

Kapitus_000374

## 12. UTILITIES

Tenant shall pay for all water, gas, heat, light, power, telephone, well or septic maintenance and other utilities and services supplied to the Premises, whether supplied by the utility companies, governmental agencies, or Landlord, together with any taxes. If any such services are not separately metered to Tenant, Tenant shall pay a reasonable proportion, to be determined by Landlord, of all charges jointly metered with other premises. In the event Tenant fails to make such utility payment, Landlord may elect, in its sole discretion, to pay for such utilities, and the cost of such payment, together with penalties, late fees and/or interest as outlined on bills or late notices, shall be due and payable, as additional rent to Landlord, together with Tenant's next rental installment. If noted, a well/septic (utilities) addendum is attached as Exhibit E.

If utilities are in landlord's name, and re-billed to tenant, tenant agrees to pay for such bills within seven days of receipt, directly to landlord, or to utility provider, if so directed in writing by landlord. Failure to pay such bills will be considered a default of the lease, if they remain uncured for seven days following notice of such delinquency. Such amounts due for utilities shall be considered part of the rent due for leased premises. Payments received for rent shall be applied first to any utility bills, then to late fees (whether current or previously billed), and then to amounts due for rent other than utilities.

## 13. ASSIGNMENT AND SUBLETTING

13.1   Landlord's Consent Required.   Tenant shall not voluntarily or by operation of law assign, transfer, mortgage, sublet, or otherwise transfer or encumber all or any part of Tenant's interest in this Lease or in the Premises without Landlord's prior written consent, which Landlord shall not unreasonably withhold.   Any attempted assignment, transfer; mortgage, encumbrance, or subletting without such consent shall be void and shall constitute a breach of the Lease. Any transfer of Tenant's interest in this Lease or in the Premises from Tenant by merger, consolidation, or liquidation, or change of control, or by any subsequent change in the ownership of 30% or more of the capital stock of Tenant shall be deemed a prohibited assignment within the meaning of Article 13.

13.2   No Release of Tenant. Unless otherwise authorized by Landlord in writing, no subletting or assignment shall release Tenant of Tenant's obligation to pay rent and to perform all other obligations to be performed by Tenant under this Lease for the term of this Lease. The acceptance of rent by Landlord from any other person shall not be deemed to be a waiver by Landlord of any provision of this Lease. Consent to one assignment or subletting shall not be deemed consent to any subsequent assignment or subletting.

13.3   Assignment/ Re-Assignment Fee. In the event that Landlord shall consent to a sublease or assignment under Article 13.1, Tenant shall pay Landlord reasonable fees not to exceed $250.00 incurred in connection with giving such consent.

## 14. DEFAULTS; REMEDIES

14.1 Defaults. The occurrence of any one or more of the following events shall constitute a default and breach of this Lease by Tenant:

(a) The vacating or abandonment of the Premises by Tenant. Tenant shall be presumed to have deserted, vacated, or abandoned the Premises, if goods, equipment or other property in an amount substantial enough to indicate a probable intent to desert, vacate, or abandon the Premises is being or has been removed, from the Premises, and the removal is not within the normal course of Tenant's business.

(b) The failure by Tenant to make any payment of rent or any other payment required to be made by Tenant under this Lease, as and when due, where such failure shall continue for a period of three days after written notice from Landlord to Tenant.

(c) The failure by Tenant to observe or perform any of the covenants, conditions, or provisions of this Lease to be observed or performed by Tenant, other than described in Article 14.1(b), where such failure shall

LEASE AGREEMENT/FORM
Page 9 of 21

**KAPITUS EX. 13 - 375**

Kapitus_000375

continue for a period of 30 days after written notice of such failure from Landlord to Tenant; provided, however, that if the nature of Tenant's default is such that more than 30 days are reasonable required for its cure, then Tenant shall not be deemed to be in default if Tenant commenced such cure within said 30 day period and diligently prosecutes such cure to completion.

(d) (i) The making by Tenant of any general assignment, or general arrangement for the benefit of creditors; (ii) to the extend permitted by bankruptcy law, the filing by or against Tenant of a petition to have Tenant adjudged a bankrupt or a petition for reorganization or arrangement under any law relating to bankruptcy (unless, in the case of a petition filed against Tenant, the same is dismissed within 60 days); (iii) the appointment of a trustee or receiver to take possession of substantially all of Tenant's assets located at the Premises or of Tenant's interest in this Lease, where possession is not restored to Tenant within 30 days; or (iv) the attachment, execution, or other judicial seizure of substantially all of Tenant's assets located at the Premises or of Tenant's interest in this Lease, where such seizure is not discharged within 30 days.

(e) Landlord may lock Tenant out of the Premises in accordance with Article 17.24, and all other applicable laws, including, without limitation, Sections 93.001 and 93.002 of the Texas Property Code, as amended from time to time. In the event tenant is locked out, tenant agrees to pay the cost of locksmith work, including service call(s), cost to re-key, and or administration cost, and other related cost.

(f) In the event default is a desertion, vacation, or abandonment of the Premises as defined above in Article 14.1, Landlord may lock Tenant out of the Premises and may remove and store any property of Tenant that remains on the Premises that are deserted, vacated, or abandoned. In addition to Landlord's other rights, including, but not limited to, Landlord's right to pursuant to statutory and contractual Landlord's liens as set forth in Article 20, Landlord may dispose of the stored property if Tenant does not claim the property within 30 days after the date the property is stored. In the event Landlord does not elect to exercise Landlord's rights and remedies pursuant to the statutory and contractual Landlord's liens, Landlord shall deliver a notice by certified mail to Tenant at Tenant's last known address, stating that Landlord will dispose of Tenant's property if Tenant does not claim the property within 30 days after the property is stored.

(g) In the event Tenant is in default for failure to make any payment of rent as set forth in Article 14.l (b), Landlord may declare the entire amount of rent which would have become due and payable during the remainder of the term of this Lease, to be immediately due and payable as liquidated damages for such default. Such amount is agreed upon in advance by and between Landlord and Tenant as liquidated damages due to the difficulty and inconvenience of ascertaining and measuring actual damages, and the uncertainty of said damages, and in no event are such liquidated damages intended to be a penalty. Landlord reserves the right (in his sole discretion) to accelerate the remaining lease, and sue for an amount equal to 4 months lease payments plus any actual damages, including unamortized improvements, unpaid utilities, amortized and unearned broker commissions, cleanup and repair costs as liquidated damages. Such amount is agreed upon in advance by and between Landlord and Tenant as liquidated damages due to the difficulty and inconvenience of ascertaining and measuring actual damages. Advertising and reletting fees will not be included. In the event landlord receives this amount of payment, or a judgment for same, the tenant shall be released from additional lease payments due under lease. If as the result of a default, the landlord files for back rent, all applicable fees for such filing, including fees for a private server will also be due from tenant.

(h) Pursuit of any of the remedies set forth above shall not preclude pursuit of any other remedies set forth in the Lease, or any other remedies provided by law, nor shall pursuit of any remedy provided in this Lease constitute a forfeiture or waiver of any rent due to Landlord, or any damages accruing to Landlord by reason of the violation of any of the terms, conditions, and covenants contained in this Lease.

14.2 Remedies in Default. In the event of any such default or breach by Tenant, Landlord may exercise any one or more of the following remedies at any time after such default or breach, with or without notice or

LEASE AGREEMENT/FORM
Page 10 of 21

Kapitus_000376

demand and without limiting Landlord in the exercise of any right or remedy which Landlord may have by reason of such default or breach.

(a) Terminate this Lease Agreement in which event Tenant shall immediately surrender the Premises to Landlord, but if Tenant shall fail so to do, Landlord may, without notice and without prejudice to any other remedy for possession or arrearages in rent, enter upon and take possession of the Premises and expel or remove Tenant and its effects, by force if necessary, without being liable to prosecution or any claim for damages for taking such actions; and Tenant agrees to indemnify Landlord for all loss and damage which Landlord may suffer by reason of such termination, whether through inability to relet the Premises on satisfactory terms, or through decrease in rent or otherwise.

(b) Declare the entire amount of the rent which would have become due and payable during the remainder of the term of this Lease to be due and payable immediately, in which event, Tenant agrees to pay the same at once, together with all rents previously due, to Landlord at the address specified in this Lease; provided, however, that such payments shall not constitute a penalty or forfeiture or liquidated damages, but shall merely constitute payment in advance of the rent for the remainder of the said term. The acceptance of such payment by Landlord shall not constitute a waiver of any subsequent failure of Tenant to comply with any term, provision, condition or covenant of this Lease.

(c) Enter upon and take possession of the Premises as the agent of Tenant, by force if necessary, without being liable to prosecution or any claim for damages for taking such actions, and Landlord may relet the Premises as the agent of the Tenant and receive the rent, and in such event, Tenant shall pay Landlord the cost of renovating, repairing and altering the Premises for a new tenant or tenants and any deficiency that may arise by reason of such reletting, on demand at the address of Landlord specified in this Lease; provided however, the failure or refusal of Landlord to relet the Premises shall not release or affect Tenant's liability for rent or for damages and such rent and damages shall be paid by Tenant on the dates specified in this Lease.

(d) Landlord may, as agent of Tenant, do whatever Tenant is obligated to do by the provisions of this Lease and may enter the Premises, by force if necessary, without being liable to prosecution or any claim for damages for same in order to accomplish this purpose. Tenant agrees to reimburse Landlord immediately upon demand for any expenses which Landlord may incur in thus effecting compliance with this Lease on behalf of Tenant, and Tenant further agrees that Landlord shall not be liable for any damages resulting to Tenant from such action, whether caused by the negligence of Landlord or otherwise.

(f) Landlord may, in it's sole discretion elect to accelerate the remaining lease, and sue for an amount equal to 4 months lease payments plus any actual damages, including unamortized improvements, unpaid utilities, amortized and unearned broker commissions, cleanup and repair costs as liquidated damages. Such amount is agreed upon in advance by and between Landlord and Tenant as liquidated damages due to the difficulty and inconvenience of ascertaining and measuring actual damages. Advertising and reletting fees will not be included. In the event landlord receives this amount of payment, or a judgment for same, the tenant shall be released from additional lease payments due under lease. If as the result of a default, the landlord files for back rent, all applicable fees for such filing, including fees for a private server will also be due from tenant. This provision is intended to balance the risks of non rental and larger damages to the tenant, while compensating landlord for the uncertain amount of damages that will occur as a result of tenant's default.

Pursuit of any of the remedies set forth above shall not preclude pursuit of any of the other remedies provided in this Lease or any other remedies provided by law.

14.3 Late Charges. Tenant hereby acknowledges that late payment by Tenant to Landlord of rent and other sums due under this Lease will cause Landlord to incur costs not contemplated by this Lease, the exact amount of which will be extremely difficult to ascertain. Such costs include, but are not limited to, processing and accounting charges and late charges which may be imposed on Landlord by the terms of any mortgage or trust deed covering the Premises. Accordingly, if any installment of rent or any other sum due from Tenant shall not be received

LEASE AGREEMENT/FORM

Page 11 of 21

Kapitus_000377

by Landlord or Landlord's designee within four days after said amount is due, then Tenant shall be in default, and without prior notice or demand, pay to Landlord a late charge equal to ten percent (10%) of such overdue amount and additional late charges equal to one half percent (.5%) of such overdue amount per day thereafter until rent and late charges are paid in full. Additional late charges for any one payment may not exceed more than thirty (30) days. The parties hereby agree that such late charge represents a fair and reasonable estimate of the cost Landlord will incur by reason of late payment by Tenant. Acceptance of such late charge by Landlord shall in no event constitute a waiver of Tenant's default with respect to such overdue amount, nor prevent Landlord from exercising any of the other rights and remedies granted under this Lease.

## 15. ABANDONMENT; REMEDIES

If Tenant deserts, vacates or abandons the Premises or if landlord has good cause to believe that tenant is about to desert, vacate or abandoned the premises, Landlord may:

15.1 Enter the Premises, remove all persons and property from the Premises, and store the property in a location of Landlord's choice, for Tenant's account and at Tenant's expense. If Tenant deserts, vacates or abandons the Premises, Landlord may remove and store any of Tenant's property remaining on the Premises and may dispose of the stored property if Tenant does not claim it within thirty (30) days after its storage. Landlord will deliver to Tenant, at Tenant's last known address, by certified mail, a notice stating that Landlord may dispose of Tenant's property if Tenant does not claim the property within thirty (30) days after its storage.

15.2 Declare the Lease terminated and relieve the Tenant of any further obligations under the Lease after the effective date of termination.

15.3 Elect to treat Tenant's conduct as an anticipatory breach, retake possession, relet the Premises for Tenant's benefit, and sue for damages for the anticipatory breach. If the rent received through reletting is not equal to the rent provided for by this Lease, Tenant will pay any difference between the amount of rent due under this Lease and the amount received through reletting. Tenant will also pay all reletting expenses, including, but not limited to, the cost of renovating, altering, and decorating for the new Tenant.

15.4 The remedies set forth above are not exclusive; they are in addition to any other rights and remedies has under law, and Landlord may pursue any of those remedies without prejudice to the right to pursue any others, including but not limited to, those rights set forth in Article 14.

15.5 If there are multiple parties on this lease as tenants or guarantors than all parties have joint and several responsibility for performance under the lease. Unless otherwise noted in the lease.

## 16. CONDEMNATION

If the Premises or any portion of the Premises are taken under the power of eminent domain, or sold by Landlord under the threat of the exercise of said power (all of which is referred to as "condemnation"), this Lease shall terminate as to the part so taken as of the date the condemning authority takes title or possession, whichever occurs first. If more than 25% of the land area of any buildings on the Premises, or more than 25% of the land area of the Premises not covered with buildings, is taken by condemnation, either Landlord or Tenant may terminate this Lease as of the date the condemning authority takes possession by notice in writing of such election within 20 days after Landlord shall have notified Tenant of the taking or, in the absence of such notice then within 20 days after the condemning authority shall have taken possession.

If this Lease is not terminated by either Landlord or Tenant then it shall remain in full force and effect as to the portion of the Premises remaining, provided the rental shall be reduced in proportion to the floor area of the buildings taken within the Premises as bears to the total floor area of all buildings located on the Premises. In the event this Lease is not so terminated then Landlord agrees, at Landlord's sole cost, to restore the Premises as soon as reasonably possible to a complete unit of like quality and character as existed prior to the condemnation. All awards for the taking of any part of the Premises or any payment made under the threat of the exercise of power of

LEASE AGREEMENT/FORM
Page 12 of 21

**KAPITUS EX. 13 - 378**

**Kapitus_000378**

eminent domain shall be the property of Landlord, whether made as compensation for diminution of value of the leasehold or for the taking of the fee or as severance damages; provided, however, that Tenant shall be entitled to any award for loss of or damage to Tenant's trade fixtures and removable personal property.

## 17. GENERAL PROVISIONS

17.1  Offset Statement.

(a) Tenant shall at any time upon not less than ten days prior written notice from Landlord, execute, acknowledge, and deliver to Landlord a statement in writing (i) certifying that this Lease is unmodified and in full force and effect (or, if modified, stating the nature of such modification and certifying that this Lease, as so modified, is in full force and effect) and the date to which the rent, security deposit, and other charges are paid in advance, if any, and (ii) acknowledging that there are not, to Tenant's knowledge, any uncured defaults on the part of Landlord under this Lease, or specifying such defaults, if any, which are claimed. Any prospective purchaser or encumbrance of the Premises may conclusively rely upon any such statement.

(b) Tenant's failure to deliver such statement within such time shall be conclusive upon Tenant (i) that this Lease is in full force and effect, without modification except as may be represented by Landlord, (ii) that there are no uncured defaults in Landlord's performance, and (iii) that not more than one month's rent has been paid in advance.

(c) If Landlord desires to finance or refinance the Premises, or any part of the Premises, Tenant hereby agrees to deliver to any lender designated by Landlord such financial statements of Tenant as may be reasonably required by such lender. Such statements shall include financial statements of Tenant for the past three years. All such financial statements shall be received by Landlord in confidence and shall be used only for the purposes set forth in this Lease.

17.2  Landlord's Interests. The term "Landlord" as used in this Lease shall mean only the owner or owners or their agents at the time in question of the fee title or Tenant's interest in a ground lease of the Premises. In the event of any transfer of such title or interest, Landlord named in this Lease (and in case of any subsequent transfers, the then grantor) shall be relieved from and after the date of such transfer of all liability as respects Landlord's obligations to be performed after that time, provided that any funds in the hands of Landlord or the then grantor at the time of such transfer, in which Tenant has an interest, shall be delivered to the grantee. The obligations contained in this Lease to be performed by Landlord, subject to the terms of this Lease, shall be binding on Landlord's successors and assigns, only during their respective periods of ownership.

17.3  Severability. The invalidity of any provision of this Lease, as determined by a court of competent jurisdiction, shall in no way affect the validity of any other provision of this Lease.

17.4  Interest on Past-Due Obligations. Except as expressly provided in this Lease, any amount due to Landlord not paid when due shall bear interest at the highest lawful rate per annum from the date due. Payment of such interest shall not excuse or cure any default by Tenant under this Lease.

17.5  Time of Essence. Time is of the essence.

17.6  Captions. Article captions are not a part of this Lease.

17.7  Incorporation of Prior Agreements; Amendments. This Lease contains all agreements of the parties with respect to any matter mentioned in this Lease. No prior agreement or understanding pertaining to any such matter shall be effective. This Lease may be modified in writing only, signed by the parties in interest at the time of the modification.

17.8  Waivers. Tenant of the same or any other provision shall deem no waiver by Landlord of any provision of this Lease a waiver of any other provision of this Lease, or of any subsequent breach.    Landlord's

LEASE AGREEMENT/FORM
Page 13 of 21

consent to or approval of any act shall not be deemed to render unnecessary the obtaining of Landlord's consent to or approval of any subsequent act by Tenant. The acceptance of rent under this Lease by Landlord shall not be a waiver of any preceding breach by Tenant of any provision of this Lease, other than the failure of Tenant to pay the particular rent so accepted. Regardless of Landlord's knowledge of such preceding breach at the time of acceptance of such rent.

17.9 Recording and public announcements. Tenant shall not record this Lease. Any such recordation shall be a breach under this Lease. Tenant or Landlord shall be allowed to release information on the space size and announcement of lease or renewal, and any other information known publicly, including tenants business type. No rates or financial terms will be released without mutual consent of landlord and tenant.

17.10 Holding Over. If Tenant remains in possession of the Premises or any part of the Premises after the expiration of the term of this Lease, unless otherwise agreed in writing, such occupancy shall be a tenancy from month-to-month at a rental in the amount of 150% of the last monthly rental, plus all other charges payable under this Lease, and upon the terms of this Lease applicable to month-to-month tenancy. Landlord for Tenant to hold over shall not construe this provision, however, as permission.

17.11 Cumulative Remedies. No remedy or election under this Lease shall be deemed exclusive, but shall wherever possible, be cumulative with all other remedies at law or in equity.

17.12 Covenants and Conditions. Each provision of this Lease performable by Tenant shall be deemed both a covenant and a condition.

17.13 Binding Effect; Choice of Law. Subject to any provisions of this Lease restricting assignment or subletting by Tenant and, subject to the provisions of Article 16.2, this Lease shall bind the parties, their personal representatives, successors, and assigns. This Lease shall be governed by the laws of the State of Texas, and is executed, and to be performed in Tarrant County, Texas.

17.14 Subordination.

(a) This Lease, at Landlord's option shall be subordinate to any ground lease, mortgage, deed of trust, or any other hypothecation for security now or subsequently placed upon the real property of which the Premises are a part and to any and all advances made on the security and to all renewals, modifications, consolidations, replacements and extensions of same. Notwithstanding such subordination, Tenant's rights to quiet possession of the Premises shall not be disturbed if Tenant is not in default and so long as Tenant shall pay the rent and observe and perform all of the provisions of this Lease, unless this Lease is otherwise terminated pursuant to its terms. If any mortgagee, trustee or ground lessor shall elect to have this Lease prior to the lien of its mortgage, deed of trust, or ground lease, and shall give written notice of such election to Tenant, this Lease shall be deemed prior to such mortgage, deed of trust or ground lease, whether this Lease is dated prior or subsequent to the date of said mortgage, deed of trust or ground lease or the date of recording of such documents.

(b) Tenant agrees to execute any documents required to effectuate such subordination or to make this Lease prior to the lien of any mortgage, deed of trust or ground lease, as the case may be, and failing to do so within ten days after written demand, does hereby make, constitute, and irrevocably appoint Landlord as Tenant's attorney-in-fact and in Tenant's name, place and stead, to do so.

17.15 Attorney's Fees. In the event Tenant defaults in the performance of any term, covenant, agreement, or condition contained in this Lease, and Landlord places the enforcement of this Lease in the hands of an attorney, and/or if Landlord files suit upon the Lease, Tenant agrees to pay the reasonable attorneys' fees, plus court costs, incurred by Landlord. Should any judgment be rendered against a tenant or landlord arising out of any dispute or default by either party, and the loosing party chooses to appeal said judgment, that party shall provide a bond in an amount of not less than $5,000 or the potential damages including attorneys fees that might be incurred during and as a result of said appeal, to be released to the prevailing party following final adjudication of appeal. If landlord chooses to not use an attorney in J.P court, in a suit for possession or back rent or small claims case,

LEASE AGREEMENT/FORM
Page 14 of 21

landlord shall not waive his right to collect attorney's fees in additional filings, appeals, hearings, arbitration or other legal matters, should an attorney be hired for those matters.

17.16  Landlord's Access.  Landlord and Landlord's agents shall have the right to enter the Premises at reasonable times for the purpose of inspecting the Premises, showing the Premises to prospective purchasers, tenants, or lenders, and making such alterations, repairs, improvements or additions to the Premises or to the building of which they are a part as Landlord may deem necessary or desirable. Landlord may at any time place on or about the Premises any ordinary "For Sale" signs and Landlord may at any time during the last 120 days of the term of this Lease place on or about the Premises any ordinary "For Lease or Lease" signs, all without rebate of rent or liability to Tenant. Unless otherwise stated herein, or in writing at a later date, the tenant is not allowed to change the door locks/keys. In the event the tenant should change the locks/keys, without landlord's permission, the landlord reserves the right to bill the tenant for lock work to return the locks/keys to a suitable condition, including re-keying the locks to work on landlord's master key. If the suite is vacated and the locks/keys have been changed, landlord reserves the right to add such charges to damages, and or bill tenant for them.

17.17  Auctions.  Tenant shall not place any auction signs upon the Premises or conduct any auction upon the Premises without Landlord's prior written consent.

17.18  Merger.  The voluntary or other surrender of this Lease by Tenant, or a mutual cancellation of same, shall not work a merger, and shall, at the option of Landlord, terminate all or any existing sub tenancies or may, at the option of Landlord, operate as an assignment to Landlord or any or all of such sub tenancies.

17.19  Corporate Authority.  If Tenant is a corporation, each individual executing this Lease on behalf of said corporation represents and warrants that he is duly authorized to execute and deliver this Lease on behalf of said corporation in accordance with a duly adopted resolution of the Board of Directors of said corporation or in accordance with the Bylaws of said corporation, and that this Lease is binding upon said corporation in accordance with its terms.

17.20  Landlord's Liability.  If Landlord is a limited partnership, partnership or corporation the liability of the partners, or officers of the Landlord pursuant to this Lease shall be limited to the assets of the partnership or corporation; and Tenant, its successors and assigns hereby waive all rights to proceed against any of the partners, or the officers, shareholders, or directors of any corporate partner of Landlord except to the extent of their interest in the partnership.  The term Landlord, as used in this Article, shall have the meaning set forth in Article 16.2.  It is understood and agreed by Tenant that Landlord may be acting as an agent for an undisclosed principal owner (the "Owner") of the Premises.  Any thing to the contrary in this Lease notwithstanding, any and all covenants, undertakings, agreements, representations, and warranties made in this Lease on the part of Landlord are made and intended not as personal covenants, undertakings, agreements, representations and warranties for the purpose of binding Landlord or Owner personally or the assets of Landlord or Owner, except only Landlord's or Owner's interests in the Premises.  Except for breach of any obligation of Landlord to repair or restore the Premises, if any, contained in this Lease, and then only to the extent of insurance proceeds actually received by Landlord or Owner, no personal liability or proceeds actually received by Landlord or Owner, no personal liability or personal responsibility is assumed by, nor shall the same at any time be asserted or enforced against, Landlord, Owner, or their agents, beneficiaries, partners, officers, directors, trustees in bankruptcy, or their respective heirs, legal representatives, successors, or assigns, on account of this Lease or account of any covenant, undertaking, agreement, obligation, representation, or warranty of Landlord contained in this Lease, all such personal liability being specifically waived by the Tenant; but instead, said covenants, agreements, undertakings, obligations, representations, and warranties are for the purpose of binding only the fee simple estate which Landlord or Owner owns in the Premises.  This clause shall not limit or deny any remedies which Tenant may have in the event of default by Landlord under this Lease, which remedies do not involve the personal liability of Landlord or Owner, except Landlord's or Owner's interests in the Premises. Landlord or Owner may relieve himself or herself of all liability whatsoever, without limitation of any sort, under or arising out of this Lease (other than liability for failure to apply insurance proceeds as set forth above) by conveying their estate in the Premises to Tenant.

LEASE AGREEMENT/FORM
Page 15 of 21

KAPITUS EX. 13 - 381

17.21  Liens.  Tenant shall keep the Premises free from any liens arising out of any work performed, materials furnished, or obligations incurred by or on behalf of Tenant.

17.22  Independent Covenants.  Except as provided in Article 9 and Article 16 of this Lease, Tenant shall not, for any reason, withhold or reduce Tenant's payment of rent, additional rent or other charges as provided in this Lease, it being agreed that the obligations of Landlord under this Lease, are independent of Tenant's obligations for making these payments.

17.23  Hazardous Waste.  Tenant hereby represents and warrants to Landlord as follows:

(a)  The location, occupancy, operations, and use of the Premises throughout the term of this Lease by Tenant do not violate any applicable law, statute, ordinance, rule, regulation, order or determination of any governmental authority or any board of fire underwriters (or other body exercising similar functions), including, without limitation, all applicable zoning ordinances and building codes, flood disaster laws, and health and environmental laws and regulations (sometimes collectively called "Applicable Laws").

(b)  Without limitation of (a) above, Tenant's use and occupancy of the Premises throughout the term of this Lease is not in violation of or subject to any existing, pending, or threatened investigation or inquiry by any governmental authority or to any remedial obligations under any Applicable Laws pertaining to health or the environment (sometimes collectively called "Applicable Environmental Laws"), including, without limitation, the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), the Resource Conservation and Recovery Act of 1976 ("RCRA"), the Texas Water Code and the Texas Solid Waste Disposal Act, and this representation and warranty would continue to be true and correct following disclosure to the applicable governmental authorities of all relevant facts, conditions and circumstances, if any, pertaining to the use and occupancy by Tenant of the Premises.  In addition, Tenant has not obtained and is not required to obtain any permits, licenses, or similar authorizations to construct, occupy, operate or use any buildings, improvements, fixtures, and equipment forming a part of the Premises by reason of any Applicable Environmental Laws.

(c)  Tenant hereby indemnifies Landlord from and against any loss, liability, claim, or expense, including, without limitation, cleanup, engineering, and attorneys' fees and expenses that Landlord may incur by reason of any of the above representations and warranties being false or by reason of any investigation or claim of any governmental agency in connection with any matters so represented above in this paragraph.

17.24  Lock-Out.  In the event Landlord elects in its sole discretion upon an event of default by Tenant to change the locks and/or lock Tenant out, Landlord may place written notice on Tenant's front door stating the name and address or telephone number of the individual or company from which a new key may be obtained. Landlord shall have no obligation or duty to provide the new key, or to let Tenant into the Premises, until such time as Tenant pays to Landlord, by cash or cashier's check, the total amount of all past-due rents, additional rents, interest, other amounts due under this lease, late charge, and fees, incurred in connection with the lock-out, including, without limitation, reasonable attorneys' fees.  This provision is intended to comply with the Texas Property Code, as amended, governing such procedure. Pursuit of this remedy by Landlord shall not preclude pursuit of any other remedy provided in this lease or by law.

17.25  Force Majeure.  In the event performance by Landlord of any term, condition, or covenant in this Lease is delayed or prevented by an Act of God, strike, lock-out, shortage of material or labor, restriction by any governmental authority, civil riot, flood, and any other cause not within the control of Landlord, the period for performance of such term, condition, or covenant shall be extended to a period equal to the period Landlord is so delayed or hindered.

17.26  Entire Agreement and Limitation of Warranties.  It expressly agreed by Tenant, as a material consideration for the execution of this Lease, that this Lease is the entire agreement of the Parties and that there are and were no verbal representations, warranties, understandings, stipulations, agreements, or promises pertaining to
LEASE AGREEMENT/FORM
Page 16 of 21

Kapitus_000382

## 21.  LANDLORD'S LIEN

IN ADDITION TO THE STATUTORY LANDLORD'S LIEN, LANDLORD SHALL HAVE AT ALL TIMES A VALID CONTRACTUAL LIEN FOR ALL RENTALS AND OTHER SUMS FROM TENANT, UPON ALL GOODS, WARES, EQUIPMENT, FIXTURES, FURNITURE, AND OTHER PERSONAL PROPERTY OF TENANT SITUATED ON THE PREMISES, AND SUCH PROPERTY SHALL NOT BE REMOVED FROM THE PREMISES WITHOUT THE CONSENT OF LANDLORD UNTIL ALL ARREARAGES IN RENT AS WELL AS ANY AND ALL OTHER SUMS DUE TO LANDLORD SHALL FIRST HAVE BEEN PAID.  UPON THE OCCURRENCE OF AN EVENT OF DEFAULT BY TENANT, LANDLORD MAY, IN ADDITION TO ANY OTHER REMEDIES PROVIDED IN THIS LEASE OR BY LAW, ENTER UPON THE PREMISES AND TAKE POSSESSION OF ANY AND ALL GOODS, WARES, EQUIPMENT, FIXTURES AND OTHER PERSONAL PROPERTY OF TENANT SITUATED ON THE PREMISES WITHOUT LIABILITY FOR TRESPASS OR CONVERSION, AND SELL THE SAME WITH OR WITHOUT NOTICE AT PUBLIC OR PRIVATE SALE WITH OR WITHOUT HAVING SUCH PROPERTY AT THE SALE, AT WHICH LANDLORD OR ITS ASSIGNS MAY PURCHASE, AND APPLY THE PROCEEDS FROM SAME, LESS ANY EXPENSES CONNECTED WITH THE TAKING OF POSSESSION AND SALE OF THE PROPERTY, AS A CREDIT AGAINST ANY SUMS DUE BY TENANT TO LANDLORD.  ANY SURPLUS SHALL BE PAID TO TENANT, AND TENANT AGREES TO PAY ANY DEFICIENCY IMMEDIATELY TO LANDLORD.  THIS LEASE IS INTENDED AS, AND CONSTITUTES A SECURITY AGREEMENT WITHIN THE MEANING OF THE TEXAS BUSINESS AND COMMERCE CODE.  LANDLORD, IN ADDITION TO THE RIGHTS PRESCRIBED IN THIS LEASE, SHALL HAVE ALL RIGHTS, TITLES, LIENS, AND INTEREST, IN AND TO, TENANT'S PROPERTY, NOW OR SUBSEQUENTLY LOCATED UPON THE PREMISES, WHICH ARE GRANTED TO A SECURED PARTY AS THAT TERM IS DEFINED UNDER THE CHAPTER 9 OF THE TEXAS BUSINESS AND COMMERCE CODE, TO SECURE THE PAYMENT TO LANDLORD OF THE VARIOUS AMOUNTS PROVIDED IN THIS LEASE. TENANT GIVES LANDLORD THE RIGHT TO FILE FINANCING STATEMENT ON BEHALF OF TENANT WITH TEXAS SECRETARY OF STATE AND TARRANT COUNTY CLERK IN ORDER TO PERFECT LANDLORDS SECURITY INTEREST IN PROPERTY LOCATED PREMISES LANDLORD MAY FILE THIS LEASE OR A COPY OF SAME AS A FINANCING STATEMENT IN LIEU OF FILING A FINANCING STATEMENT AS REFERENCED IN THE PRECEDING SENTENCE.

## 22. TAXES

### 22.1  Real Property Taxes.

(a) Landlord shall pay all real property taxes applicable to the Premises; provided, however, that Tenant shall pay, in addition to rent, the amount, if any, by which real property taxes applicable to the Premises increase over the first fiscal tax year after the commencement of the term of this Lease.  Tenant if applicable shall make such payment within 30 days after receipt of Landlord's written statement setting forth the amount of such increase and the computation of it.  If the term of this Lease shall not expire concurrently with the expiration of the fiscal tax year, Tenant's liability if applicable for increased taxes for the last partial lease year shall be prorated on an annual basis.

(b) As used in this Lease, the term "real property tax" shall include any form of assessment, license fee, rent tax, levy, penalty, or tax (other than inheritance or estates taxes), imposed by any authority having the direct or indirect power to tax, including any city, county, state, or federal government, or any school, agricultural, lighting, drainage or other improvement district, as against any legal or equitable interest of Landlord in the Premises or in the real property of which the Premises are a part, as against Landlord's right to rent or other income from the Premises, or as against Landlord's business of leasing the Premises,  and Tenant shall pay any and all charges and fees which may be imposed by the EPA or other similar government regulations or  authorities.

(c) If the Premises are not separately assessed, Tenant's liability, if any, shall be an equitable proportion of the real property taxes for all of the land and improvements included within the tax parcel assessed, such proportion to be determined by Landlord from the respective valuations assigned in the assessor's work sheets or such other information as may be reasonably available.  Landlord's reasonable determination of Tenant's liability, in good faith, shall be conclusive.

LEASE AGREEMENT/FORM
Page 18 of 21

**Kapitus_000383**

22.2 Personal Property Taxes.

(a) Tenant shall pay prior to delinquency all taxes assessed against and levied upon trade fixtures, furnishings, equipment, and all other personal property of Tenant contained in the Premises or elsewhere. Tenant shall cause said trade fixtures, furnishings, equipment, and all other personal property to be assessed and billed separately from the real property of Landlord.

(b) If any of Tenant's said personal property shall be assessed with Landlord's real property, Tenant shall pay Landlord the taxes attributable to Tenant within ten days after receipt of a written statement setting forth the taxes applicable to Tenant's property.

22.3 Notwithstanding Article 22.I of this Lease, Tenant shall pay any increase in "real property taxes" resulting from any and all improvements of any kind placed on or in the Premises for the benefit of or at the request of Tenant regardless of whether said improvements were installed or constructed either by Landlord or Tenant.

## 23. INSURANCE

23.1 Liability Insurance. Tenant shall, at Tenant's expense, obtain and keep in force during the term of this Lease a policy of comprehensive public liability insurance insuring Landlord and Tenant against any liability arising out of the ownership, use, occupancy or maintenance of the Premises and all areas appurtenant to the Premises. Such insurance shall be in an amount of not less than $300,000.00 for injury to or death of one person in any one accident or occurrence and in an amount of not less than $1,000,000.00 aggregate. Such insurance shall include $100,000.00 for fire legal liability. Such insurance shall further insure Landlord and Tenant against liability for property damage, theft or vandalism of at least $50,000.00. The limits of said insurance shall not, however, limit the liability of Tenant under this Lease. Said insurance shall name the Landlord as an additional insured. If Tenant shall fail to procure and maintain said insurance, Landlord may, but shall not be required to, procure and maintain the same, but at the expense of Tenant.

23.2 Property Insurance. Landlord shall obtain and keep in force during the term of this Lease a policy or policies of insurance covering loss or damage to the Premises, in the amount of the full replacement value of same, providing protection against all perils included within the classification of fire, extended coverage, vandalism, malicious mischief, and special extended perils (all risk). Tenant shall not pay during the term of this Lease, in addition to rent, premiums for insurance required under this Paragraph and the amount of any increase in premiums for the insurance required under this Paragraph, and whether such premium increase shall be the result of the nature of Tenant's occupancy, any act or omission of Tenant, requirement of the holder of a mortgage or deed of trust covering the Premises, or increased valuation of the Premises. Tenant shall pay, if applicable, any such premium and increases to Landlord within ten days after receipt by Tenant of a copy of the premium statement or other satisfactory evidence of the amount due. If the insurance policies maintained under this Lease cover other improvements in addition to the Premises, Landlord shall also deliver to Tenant a statement of the amount of such increase attributable to the Premises and showing in reasonable detail the manner in which such amount was computed. If the term of this Lease shall not expire concurrently with the expiration of the period covered by such insurance, Tenant's liability for premium increases shall be prorated on an annual basis. The proceeds of any such insurance shall be paid to Landlord.

The real property, which the building occupies, may or may not be in a FEMA, designated 100-year floodplain. This building may require federal flood insurance and Tenant is advised to obtain flood insurance and or coverage for tenant's property resulting from rising water. Tenant should also obtain business interruption insurance. Landlord insures the building only and Tenant is made aware that Tenant must insure for acts of God. Tenants are to have public liability and contents insurance coverage. Furthermore, Landlord has no insurance coverage for rising water due to heavy rains for any contents of Tenant; and Tenant hereby waives any claim for damages against Landlord for such rising water or flood conditions that may occur. If noted, a flood plain addendum is attached as Exhibit C.

LEASE AGREEMENT/FORM
Page 19 of 21

Kapitus_000384

23.3 Insurance Policies. Insurance required under this Lease shall be in companies rated A+, AAA, or better in "Best's Insurance Guide". Tenant shall deliver to Landlord, prior to possession, copies of policies of liability insurance required under this Lease or certificates evidencing the existence and amounts of such insurance with loss payable clauses satisfactory to Landlord. Failure to deliver said policies shall not relieve Tenant of responsibility for obtaining it. No such policy shall be cancelable or subject to reduction of coverage or other modification except after thirty (30) days prior written notice to Landlord. Tenant shall, within thirty (30) days prior to the expiration of such policies, furnish Landlord with renewals of same, or Landlord may order such insurance and charge the cost of same to Tenant, which amount shall be payable by Tenant upon demand. Tenant shall not do or permit to be done anything, which shall invalidate the insurance policies referred to in this Lease.

23.4 Waiver of Subrogation. Tenant and Landlord each waives any and all rights of recovery against the other, or against the officers, employees, agents, and representatives of the other, for loss of or damage to such waiving party or its property or the property of others under its control, where such loss or damage is insured against under any insurance policy in force at the time of such loss or damage. Tenant and Landlord shall, upon obtaining the policies of insurance required under this Lease, give notice to the insurance carriers that the foregoing mutual waiver of subrogation is contained in this Lease.

## 24. SPECIAL PROVISIONS:

**Tenant to receive 5% discount for paying at least 6 months rent in advance. Total discount for first 12 months paid in advance is $750.00**

### 25. Addendums

Addendums attached and made a part hereto noted below:

Exhibit  A - Outside Storage    __X__
Exhibit  B  -  Environmental    _____
Exhibit  C - Flood Plain        _____
Exhibit  D - Parking & Access  __X__
Exhibit  E - Septic and Water (utilities)  __X__
Exhibit  F - Special Provisions_____
Exhibit  G - Personal Guarantee _____
Exhibit  H – Rules & Regulations __X__
Site Plan  -  __X__

LEASE AGREEMENT/FORM
Page 20 of 21

**Kapitus_000385**



**Bank Card Funding**

6901 Jericho Turnpike Suite 265
New York, NY 11791
Phone (888) 221-4545
Fax (631) 963-3206

### Lease Verification Form

| | |
|---|---|
| Date: | November 4, 2013 |
| Tenant's DBA Name: | Dwayne Bridges |
| Tenant's Legal Name: | Just Chillin Heating & Air |
| Physical Address: | 1150 Blue Moon Rd W. Suite 103 |
| | Haslet, TX 76052 |
| Attention: | Jim Eaton - Ron Sturgeon Real Estate |
| Phone: | 817-439-3224        FAX: 817-439-6457 |

You have been listed as the landlord or managing agent for the above referenced tenant. Please complete the following information and fax this form back to 631-963-3206 If you have any questions, please feel free to contact Herbie Najera at 888-332-45454 ext:104 thanks.

Is the tenant current on their lease? **YES**

If not current, please state the number of months tenant is delinquent on:

Has the tenant been late on their payments in the past year? If yes, how many times? **NO**

Lease expiration date? **8-31-14**

Is there a renewal option, if so, how many years? **NO**

Total monthly payment? **$1,250**

Are there any disputes with the tenant? **NO**

Is this space a storefront or an office? **OFFICE / WAREHOUSE**

Who's the principal signer on the lease agreement? **DWAYNE BRIDGES**

Is this lease agreement a sublease or an assignment? **NO**

Is this lease agreement personally guaranteed by the tenant? **YES**

Comments: _____

**Landlord Information**

Leasing Company / property agent's name? **RON STURGEON REAL ESTATE, L.P.**

Legal entity / owner's name on the property? **BLUE MOUND BUSINESS PARK, LLC**

What year was the business property purchased? _____

AGREED AND ACKNOWLEDGED:

(Landlord's Signature)

**JIM EATON**
(Print Name)

**V.P. REAL ESTATE OPERATIONS** **11/5/13**
(Title) (Date)

Business Address: **5940 EDEN**
(Street Address)
**HALTOM CITY, TX 76117**
(City, State, Zip Code)

Business Phone Number: **817-439-3224**

**KAPITUS EX. 13 - 386**

Kapitus_000386



February 6, 2014

Dwayne Bridges
DBA Just Chillin Heating & Air
1150 Blue Mound Rd West Suite 103
Haslet, TX  76052
ATTN:  Dwayne Bridges

**PAYOFF BALANCE**

Dear Dwayne Bridges,

The balance of Contract #104202 as of the date above is **$43,210.00**, which includes the $250.00 fee to terminate the UCC-1 as per your Merchant Agreement.

If you choose to pay this balance today, please wire or ACH **$43,210.00**to the following account:

**Citibank, N.A.**
**1 Broadway**
**New York, NY 10004**

**ABA # 021-000-089**
**Acct# 999-358-1866**

**For account of: Bankcard Payment Account**

Any balance adjustments or amounts which are currently being processed and are collected by Bankcard Funding after the remitted payoff balance has cleared our account, will be immediately returned to your designated operating account.

Thank you for choosing Bankcard Funding as your source for working capital.

Sincerely,

Eason Su
Vice President of Operations



Contract ID# 393501 Sales Partner: Funding Merchant Source NY Inc. (BCF)

## MERCHANT AGREEMENT

Agreement dated <u>October 30</u> 20<u>13</u> between **Bankcard Funding** ("FUNDER") and the merchant listed below ("the **Merchant**").

### MERCHANT INFORMATION

Merchant's Legal Name: <u>Dwayne Bridges</u>

D/B/A: <u>Just Chillin Heating & Air</u>                    State of Incorporation / Organization: TX

Type of entity: ( ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership ( X ) Sole Proprietor

Physical Address: <u>1150 Blue Mound Rd W est Suite 103</u>        City: <u>Haslet</u>        State: <u>TX</u>        Zip: <u>76052</u>

Date business started (mm/yy): <u>07/10</u>            Federal ID# <u>20-8080795</u>

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to FUNDER (making FUNDER the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), for the payment of Merchant's sale of goods or services until the amount specified below (the "Purchased Amount") has been delivered to FUNDER.

The Purchased Amount shall be paid to FUNDER by Merchant's irrevocably authorizing only one depositing account acceptable to FUNDER (the "Account") to remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each transaction, until such time as FUNDER receives payment in full of the Purchased Amount. Merchant hereby authorizes FUNDER to ACH Debit the specified remittances from the merchant's bank account on a daily basis and will provide FUNDER with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by FUNDER remains in the account and will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions that may result from FUNDER' ACH debiting the specified amounts under the terms of this agreement. FUNDER will debit the specific daily amount each business day and upon receipt of the Merchants monthly bank statements to reconcile the Merchant's account by either crediting or debiting the difference from or back to the Merchant's bank account so that the amount debited per month equals the specified percentage. It is solely the Merchant's responsibility to send all their bank statements and a missed month forfeits all future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: <u>$50,000.00</u>        Specified Percentage: <u>8%</u>        Specific Daily Amount: <u>$470.00</u>        Receipts Purchased Amount: <u>$69,000.00</u>

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

FOR THE MERCHANT (#1)
By <u>Dwayne Bridges</u>   *Dwayne Bridges (owner)*        *[Signature]*        | Sign Here |
    (Print Name and Title)                      (Signature)

FOR THE MERCHANT (#2)
By _____                        *[Signature]*        | Sign Here |
    (Print Name and Title)                      (Signature)

OWNER/GUARANTOR #1
By <u>Dwayne Bridges</u>   *Dwayne Bridges*            *[Signature]*        | Sign Here |
    (Print Name)                              (Signature)

OWNER/GUARANTOR #2
By _____                        | Sign Here |
    (Print Name)                              (Signature)

**Bankcard Funding**

By _____        Sales Associate Name: _____
    (Authorized Signer)                        (Signature)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. FUNDER may produce a monthly statement reflecting the delivery of the Specified Percentage of Receivables from Merchant via Processor and/or Operator to FUNDER. An investigative or consumer report may be made in connection with the Agreement. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) pull credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER as a consequence of this Agreement or for FUNDER's ability to determine Merchant's eligibility to enter into any future agreement with Company.
ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL MISREPRESENTATION.

01-27-13            Bankcard Funding is a trade name of New State Funding, LLC

KAPITUS EX. 13 - 388            Kapitus_000388

MERCHANT AGREEMENT TERMS AND CONDITIONS

**I. TERMS OF ENROLLMENT IN PROGRAM**

1.1 **Merchant Deposit Agreement.** Merchant shall execute an agreement (the "Merchant Deposit Agreement") acceptable to FUNDER, with a Bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or its authorized agent with all of the information, authorizations and passwords necessary for verifying Merchant's receivables, receipts and deposits into the account. Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant from electronic check transactions and to pay such amounts to FUNDER by permitting FUNDER to withdraw the specified percentages by ACH debiting of the account. The authorization shall be irrevocable without the written consent of FUNDER.

1.2 **Term of Agreement.** This Agreement shall have a term of one year. Upon the expiration of the term, this Agreement shall automatically renew for successive one-year terms, provided, however, that during the renewal term(s) Merchant may terminate this Agreement upon ninety days' prior written notice (effective upon receipt) to FUNDER. The termination of this Agreement shall not affect Merchant's responsibility to satisfy all outstanding obligations to FUNDER at the time of termination.

1.3 **Future Purchases.** FUNDER reserves the right to rescind the offer to make any purchase payments hereunder, in its sole discretion.

1.4 **Financial Condition. Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.**

1.5 **Transactional History.** Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

1.6 **Indemnification.** Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

1.7 **No Liability.** In no event will FUNDER be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

1.8 **Reliance on Terms.** Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

1.9 **Sale of Receipts.** Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible at law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

1.10 **Power of Attorney** Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor, or in the case of a violation by Merchant of Section 1.12 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

1.11 **Protections Against Default.** The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event: (a) Merchant takes any action to discourage the use of electronic check processing that are settled through Processor, or permits any event to occur that could have an adverse effect on the use, acceptance, or authorization of checks for the purchase of Merchant's services and products including but not limited to direct deposit of any checks into a bank account without scanning into the FUNDER electronic check processor; (b) Merchant changes its arrangements with Processor in any way that is adverse to FUNDER; (c) Merchant changes the electronic check processor through which the Receipts are settled from Processor to another electronic check processor, or permits any event to occur that could cause diversion of any of Merchant's check transactions to another processor; (d) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written consent of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (e) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement.

Protection 1. The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof.

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs.

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.12, FUNDER may exercise its rights under such assignment of lease.

Protection 8. FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise.

1.12 **Protection of Information.** Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement.

1.13 **Confidentiality.** Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1.13.

1.14 **Publicity.** Merchant and each Owner only authorizes FUNDER to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

01-27-13

Bankcard Funding is a trade name of New State Funding, LLC

Page 2 of 7

KAPITUS EX. 13 - 389

Kapitus_000389

1.15 **D/B/A's.** Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

**II. REPRESENTATIONS, WARRANTIES AND COVENANTS** Merchant represents, warrants and covenants that as of this date and during the term of this Agreement;

2.1 **Financial Condition and Financial Information.** Its bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

2.2 **Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

2.3 **Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

2.4 **Insurance.** Merchant will maintain business-interruption insurance naming YSC as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

2.5 **Electronic Check Processing Agreement.** Merchant will not change its processor, add terminals, change its financial institution or bank account(s) or take any other action that could have any adverse effect upon Merchant's obligations under this Agreement, without FUNDER's prior written consent. Any such change shall be a material breach of this Agreement.

2.6 **Change of Name or Location.** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business.

2.7 **Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis.

2.8 **Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

2.9 **No Bankruptcy.** As of the date of this Agreement, Merchant does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Provisions 2 and 3 are immediately invoked.

2.10 **Working Capital Funding.** Merchant shall not enter into any arrangement, agreement or commitment that relates to or involves the Receipts, whether in the form of a purchase of, a loan against, collateral against or the sale or purchase of credits against, Receipts or future check sales with any party other than FUNDER.

2.11 **Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the transactions contemplated with, or adverse to the interests of FUNDER.

2.12 **Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdictions in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

2.13 **Default Under Other Contracts.** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity.

**III. EVENTS OF DEFAULT AND REMEDIES**

3.1 **Events of Default.** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors; or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

3.2 **Remedies.** In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

3.3 **Costs.** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4.2 above, including but not limited to court costs and attorneys' fees.

3.4 **Required Notifications. Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.**

**IV. MISCELLANEOUS**

4.1 **Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

4.2 **Assignment.** FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

4.3 **Notices.** All notices, requests, consent, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

4.4 **Waiver Remedies.** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

4.5 **Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER and their respective successors and assigns, except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

4.6 **Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement have been satisfied in full and this Agreement shall have terminated.

4.7 **Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

4.8 **Entire Agreement.** Any provision hereof

01-27-13

KAPITUS EX. 13 - 390

Kapitus_000390

prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and **Security Agreement** hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

4.9 **JURY TRIAL WAIVER.** THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS.

4.10 **CLASS ACTION WAIVER.** THE PARTIES HERETO WAIVE ANY RIGHT TO ASSERT ANY CLAIMS AGAINST THE OTHER PARTY AS A REPRESENTATIVE OR MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION, EXCEPT WHERE SUCH WAIVER IS PROHIBITED BY LAW AGAINST PUBLIC POLICY. TO THE EXTENT EITHER PARTY IS PERMITTED BY LAW OR COURT OF LAW TO PROCEED WITH A CLASS OR REPRESENTATIVE ACTION AGAINST THE OTHER, THE PARTIES HEREBY AGREE THAT: (1) THE PREVAILING PARTY SHALL NOT BE ENTITLED TO RECOVER ATTORNEYS' FEES OR COSTS ASSOCIATED WITH PURSUING THE CLASS OR REPRESENTATIVE ACTION (NOT WITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT); AND (2) THE PARTY WHO INITIATES OR PARTICIPATES AS A MEMBER OF THE CLASS WILL NOT SUBMIT A CLAIM OR OTHERWISE PARTICIPATE IN ANY RECOVERY SECURED THROUGH THE CLASS OR REPRESENTATIVE ACTION.

4.11 **Facsimile Acceptance.** Facsimile signatures shall be deemed acceptable for all purposes

Initials:

**KAPITUS EX. 13 - 391**

**Kapitus_000391**

**New State Funding LLC / BankCard Funding - SECURITY AGREEMENT AND GUARANTY**

Merchant's Legal Name: <u>Dwayne Bridges</u>                    D/B/A: <u>Just Chillin Heating & Air</u>

Physical Address: <u>1150 Blue Mound Rd W est Suite 103</u>          City: <u>Haslet</u>          State: <u>TX</u>          Zip: <u>76052</u>

Federal ID# <u>20-8080795</u>

### SECURITY AGREEMENT

<u>Security Interest.</u>   To secure Merchant's payment and performance obligations to FUNDER under the Merchant Agreement (the "<u>Factoring Agreement</u>"), Merchant hereby grants to FUNDER a security interest in (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined in Article 9 of the Uniform Commercial Code (the "<u>UCC</u>"), now or hereafter owned or acquired by Merchant; and (b) all proceeds, as that term is defined in Article 9 of the UCC (a and b collectively, the "<u>Collateral</u>").

<u>Cross-Collateral.</u>   To secure Guarantor's payment and performance obligations to FUNDER under this Security Agreement and Guaranty (the "<u>Agreement</u>"), Guarantor hereby grants FUNDER a security interest in __ (the "<u>Additional Collateral</u>").   Guarantor understands that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Merchant and Guarantor each acknowledge and agree that any security interest granted to FUNDER under any other agreement between Merchant or Guarantor and FUNDER (the "<u>Cross-Collateral</u>") will secure the obligations hereunder and under the Merchant Agreement.

Merchant and Guarantor each agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral, the Additional Collateral and the Cross-Collateral, including the execution of any account control agreements. Merchant and Guarantor each hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statement may contain notification that Merchant and Guarantor have granted a negative pledge to FUNDER with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lienor may be tortiously interfering with FUNDER's rights.  Merchant and Guarantor shall be liable for and FUNDER may charge and collect all costs and expenses, including but not limited to attorney's fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

<u>Negative Pledge.</u>   Merchant and Guarantor each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral , the Additional Collateral or the Cross-Collateral, as applicable.

<u>Consent to Enter Premises and Assign Lease.</u>   FUNDER shall have the right to cure Merchant's default in the payment of rent on the following terms.  In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease.  Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right; (a) to enter Merchant's premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified Merchant capable of operating a business comparable to Merchant's at such premises.

<u>Remedies.</u>   Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise.

### GUARANTY

<u>Personal Guaranty of Performance.</u>   The undersigned Guarantor(s) hereby guarantees to FUNDER, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "<u>Guaranteed Obligations</u>").  Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts.

<u>Guarantor Waivers.</u>   In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement ; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER.  In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement.  Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution.  In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

<u>Guarantor Acknowledgement.</u>   Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.

<u>Joint and Several Liability.</u>   The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

01-27-13

**KAPITUS EX. 13 - 392**                    **Kapitus_000392**

11/04/2013 MON 13:45 FAX                                                                    Ø001/001

Case 20-04009-elm Doc 68-6 Filed 09/21/21    Entered 09/21/21 23:36:41    Page 393 of 540
11/04/2013  17:29   B173060479          JUST CHILLIN                      PAGE  78/70

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANT #1
By Dwayne Bridges
    (Print Name and Title)
SS# ▓▓▓▓ 7894                                   Drivers License Number: ___                   [Sign Here]

MERCHANT #2
By _____
    (Print Name and Title)
SS# _____                                  Drivers License Number: ___                   [Sign Here]

OWNER/GUARANTOR #1
By Dwayne Bridges
    (Print Name)
SS# ▓▓▓▓ 7894                                   Drivers License Number: ___                   [Sign Here]

OWNER/GUARANTOR #1
By _____
    (Print Name)
SS# _____                                  Drivers License Number:                      [Sign Here]

---

AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of New State Funding LLC / BankCard Funding for this contract providing administrative, bookkeeping, reporting and support services for New State Funding LLC / BankCard Funding and the Merchant. Colonial is not affiliated or owned by the New State Funding LLC / BankCard Funding and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to New State Funding LLC / BankCard Funding. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the New State Funding LLC / BankCard Funding or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

MERCHANT
By Dwayne Bridges (Owner)                       Sign: _____                         [Sign Here]
    (Print Name and Title)                             (Signature)

By _____                          Sign: _____                         [Sign Here]
    (Print Name and Title)                             (Signature)

01-27-13                        Bankcard Funding is a trade name of New State Funding, LLC

KAPITUS EX. 13 - 393                                                     Kapitus_000393



colonialfundingnetwork
YOUR TRUSTED SERVICE PROVIDER

**Origination Fee – to cover underwriting and related expenses**
- The higher of $350 or 0.5 of the funded amount for split funding contracts
- The higher of $450 or 1.5% for bridge accounts bridge account contracts
- The higher of $500 or 2.0% of funded amount for ACH taken of the funded amount
  - ACH Reject Fee $100
- $250 Termination

| | | | |
|---|---|---|---|
| a. | **NSF Fee (Standard)-** | $ 50.00ea | **Up to FOUR TIMES ONLY before a default is declared** |
| b. | **Rejected ACH -** | | **When the merchant directs the bank to Reject our Debit ACH** |

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $ 25.00 |
| $7,501.00-$50,000.00 | $ 35.00 |
| $50,001.00-$100,000.00 | $ 50.00 |
| $100,001.00-$250,000.00 | $ 75.00 |
| Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $ 75.00 |
| $7,501.00-$50,000.00 | $ 99.00 |
| $50,001.00-$100,000.00 | $175.00 |
| $100,001.00-$250,000.00 | $275.00 |
| Over $250,000.00 | $395.00 |

| | | | |
|---|---|---|---|
| c. | **Bank Change Fee-** requiring us to adjust our system | $ 75.00 | **When merchant requires a change of account to be Debited** |
| d. | **Blocked Account-** places them in default (per contract) | $2,500.00 | **When merchant BLOCKS account from our Debit ACH which** |
| e. | **Default Fee-** | $5,000.00 | **When merchant changes bank account cutting us off from our collections** |

**Miscellaneous Service Fees.** Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

Merchant Initials: _____

1501 Broadway, Suite 360 New York, NY 10036 * Office: (212) 354-1400 Fax: (212) 354-1455

www.colonialservicing.com

KAPITUS EX. 13 - 394          Kapitus_000394

**FUNDING APPLICATION**

Contact: Joe Kiefer | Tel: 513-400-6475

jkiefer@indigonetwork.net

# indigo network
POWERED BY THE BUSINESS BACKER

## Applicant Company

Type of Entity: ☒Corporation ☐General Partnership ☐LLC ☐LP ☐Sole Prop ☐LLP
☐S Corp ☐Non Profit ☐Other

| | | | |
|---|---|---|---|
| Business Legal Name: | License to chill Heating & Air | Owner #1 | Ownership %: 100 |
| DBA: | Just chillin Heating & Air | Full Name: | Dwayne Bridges |
| Physical Address: | 1150 Blue Mound Rd W suite 201 | Home Address: | 628 Destin Dr |
| City / State / Zip: | Haslet Texas 76052 | City / State / Zip: | Fort Worth Texas 76131 |
| Billing Address: | 1150 Blue Mound Rd W suite 201 | Cell Phone: | 817-980-9732 |
| City / State / Zip: | Haslet Texas 76052 | Social Security #: | 7894 |
| Federal ID: | 46 4753129 | Date of Birth: | 1972 |
| Start Date: | July 2010 | Owner #2 | Ownership %: |
| Phone: | 817 439 3599 | Full Name: | |
| Fax: | 817-439-3690 | Home Address: | |
| Email: | Justchillinprocessed at Yahoo | City / State / Zip: | |
| Website: | Justchillin Heatandair.com | Cell Phone: | |
| Contact Name: | Dwayne Bridges | Social Security #: | |
| Product Sold: | HVAC | Date of Birth: | |

## References

| | | | | | |
|---|---|---|---|---|---|
| Supplier: | Baker supply | Contact: | Ray | Phone: | 817-625-1562 |
| Supplier: | Lennox Parts Plus | Contact: | Tim upchurch | Phone: | 817-838-8078 |
| Supplier: | Diversified Chemicals | Contact: | Terry | Phone: | 817-636-0172 |
| Bank: | Chase | Contact: | | Phone: | |

## Property Information

☐Own   ☒Lease   ☐Home Based

| | | |
|---|---|---|
| Landlord/Mortgage Company | Ron Stringean Contact: | Phone: 817 439 1380 |

Are you current with rent or mortgage payments for the business? ☒Yes ☐No    Rent / Mortgage Amount? $1400

If not, please explain.

## Credit Card Information

| | | |
|---|---|---|
| Visa / MC Monthly Sales: Square | Total Monthly Sales: | Gross Annual Sales: $500,000 plus |
| Amex: ☐Yes ☒No | If Yes, Existing Account #: | POS / Terminal Type: Square |

## Questions

Please specify requested advance amount. $ 350,000

Are there any existing cash advance programs? ☒Yes ☐No

If so, with what company and what is the balance? On Deck $84,000

Are there any pending claims, judgments, tax liens, UCC-1's, bankruptcies or re-organizations against the Merchant or any Principal? ☐Yes ☒No

If yes, please explain.

## Authorization

The Merchant and Owner(s)/Officer(s) identified above (individually, an "Applicant") each represents, acknowledges and agrees that (1) all information and documents provided to The Business Backer, LLC ("TBB") and/or its designees or RBL Capital Associates Corp ("RBL") including credit card processor statements are true, accurate and complete, (2) Applicant will immediately notify TBB and/or its designee or RBL of any change in such information or financial condition, (3) Applicant authorizes TBB and/or its designee and RBL to disclose all information and documents that TBB and/or its designee and RBL may obtain including credit reports to other persons or entities (collectively, "Assignees") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation its application therefor (collectively, "Transactions") and each Assignee is authorized to use such information and documents, and share such information and documents with other Assignees, in connection with potential Transactions, (4) each Assignee will rely upon the accuracy and completeness of such information and documents, (5) TBB and/or its designee, RBL, Assignees, and each of their representatives, successors, assigns and designees (collectively, "Recipients") are authorized to request and receive any investigative reports, credit reports, statements from creditors or financial institutions, verification of information, or any other information that a Recipient deems necessary, (6) Applicant waives and releases any claims against Recipients and any information-providers arising from any act or omission relating to the requesting, receiving, or release of information, and (7) each Owner/Officer represents that he or she is authorized to sign this form on behalf of Merchant.

| | |
|---|---|
| Signature: _[signature]_ | Date: 10/16/2015 |
| Signature: | Date: |

The above signed hereby certifies that all of the information set forth is true and accurate.

The Business Backer | 10101 Alliance Road, Suite 140, Cincinnati, Ohio 45242 | www.businessbacker.com

info@oakwoodfinancialservices.com
Phone: (248) 566-3621
Fax: (248) 786-6859

**OAKWOOD**
**Financial Services, LLC**

## Funding Application

Please fill in the spaces below and mail or fax us the application. By doing so, you are giving COMPANY, as well as its agents and affiliates, permission to review your business and personal credit history in order to provide you with formal funding approval.

| | |
|---|---|
| Business Legal Name: License to chill Heatings Air | Business DBA Name: Just chillin Heating & Air |
| Address: 1150 Blue Mound Rd W suite 201 | Suite/Floor: 201 |
| City: Haslet | State: Texas |
| Zip: 76052 | Phone: ~~817~~ 817-439-3599 |
| Email: Dwaynebridges 72 at Yahoo | Fax: 817-439-3620 |
| Website: Justchillin Heat and Air . com | |
| | Landlord Name: Ron Sturgeon |
| Legal Entity: ☐Sole Prop ☒Corp ☐LLC ☐Partnership | Landlord Contact Number: 817-439-3274 |
| Federal Tax ID (EIN): 46 4753129 | ☒Rent ☐Lease ☐Mortgage |
| Date Business Started: 7-1-2010 | Type of Business: HVAC |

### Business References

| | Contact Name | Contact Number |
|---|---|---|
| Trade Reference 1: Baker Supply | Kay | 817-625-1562 |
| Trade Reference 2: Lennox Parts Plus | Tim | 817-838-8078 |

### Owner/Principal Information / Second Owner (if applicable)

| Owner/Principal Information | Second Owner (if applicable) |
|---|---|
| Name: Dwayne Bridges   Ownership % 100 | Name:   Ownership % |
| Address: 628 Destin | Address: |
| City/State/Zip: Fort Worth Texas 76131 | City/State/Zip: |
| Phone: 817 980 9732 | Phone: |
| SSN: ████ 2894   DL# ██████ | SSN:   DL# |
| Date of Birth: ████ 72 | Date of Birth: |

### Funding Information

| | |
|---|---|
| Amount Requested: 200,000-250,000 | Do You Have Any Current Loans? ☒Yes ☐No |
| Avg Visa/MasterCard Monthly Sales: 50,000 | Company: IOU |
| Avg Gross Monthly Sales: 200,000 | Orig Loan Amt: 100,000   Term: |
| Avg Ticket Size: 330.00 | Remaining Bal: 90,000 |
| Products/Services Sold: HVAC service, installs | |
| Funding Timeframe: 2-3 weeks | Notes: Im over half way paid |

The Merchant and Owner(s)/Officer(s) identified above (individually, an "Applicant") each represents, acknowledges and agrees that (1) all information and documents provided to Representative including credit card processor statements are true, accurate and complete, (2) Applicant will immediately notify Representative of any change in such information or financial condition, (3) Applicant authorizes Representative to disclose all information and documents that Representative may obtain including credit reports to other persons or entities (collectively, "Assignees") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions"), and each Assignee is authorized to use such information and documents, and share such information and documents with other Assignees, in connection with potential Transactions, (4) Representative and each Assignee will rely upon the accuracy and completeness of such information and documents, (5) Representative, Assignees, and each of their representatives, successors, assigns and designees (collectively, "Recipients") are authorized to request and receive any investigative reports, credit reports, statements from creditors or financial institutions, verification of information, or any other information that a Recipient deems necessary, (6) Applicant waives and releases any claims against Recipients and any information-providers arising from any act or omission relating to the requesting, receiving or release of information, and (7) each Owner/Officer represents that he or she is authorized to sign this form on behalf of Merchant. A copy of this authorization may be accepted as an original. The term "Representative" shall mean any funding source looking to offer, make available, or provide to the Merchant access to loans or merchant cash advances based on such Merchant's future receivables or sales and/or structured with a periodic repayment feature.

X _____   X _Dwayne Bridges_   _12/11/15_
Signature            Print Name        Date

X _____   X _____   _____
Signature            Print Name        Date

**KAPITUS EX. 13 - 396**

Kapitus_000396



**Ph. + (516) 707-9131**
**Contract ID# 839042 Sales Partner: TVT Capital LLC.**

# REVENUE BASED FACTORING (RBF/ACH) AGREEMENT

Agreement dated <u>December</u> <u>18</u> <u>2015</u> between **TVT Capital ("FUNDER")** and the merchant listed below ("the **Merchant**").
       (Month)   (Day)   (Year)

**MERCHANT INFORMATION**

Merchant's Legal Name: <u>LICENSE TO CHILL HEATING AND AIR INC</u>

D/B/A: <u>Just Chillin Heating & Air</u>         State of Incorporation / Organization: <u>TX</u>

Type of entity: ( X ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership ( ) Sole Proprietor

Physical Address: <u>1150 Blue Mound Rd W Ste 103</u>    City: <u>Haslet</u>    State: <u>TX</u>    Zip: <u>76052-3877</u>

Mailing Address:             City:        State:        Zip:

Date business started (mm/yy): <u>07/10</u>    Federal ID# <u>46-4753129</u>

**PURCHASE AND SALE OF FUTURE RECEIVABLES**

Merchant hereby sells, assigns and transfers to Funder, as the lead purchaser for itself and co-investors [making Funder on behalf of itself and all co-investors (collectively the Funders), the absolute owner] in consideration of the funds provided ("<u>Purchase Price</u>") specified below, all of Merchant's future receipts, accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (collectively the "<u>Receipts</u>" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), until such time as the "<u>Receipts Purchased Amount</u>" has been delivered by Merchant to FUNDER The Receipts Purchased Amount shall be paid to FUNDER by the Merchant irrevocably authorizing <u>only one</u> depositing account acceptable to FUNDER (the "<u>Account</u>") to remit the percentage specified below (the "<u>Specified Percentage</u>") of the Merchant's Receipts, until such time as FUNDER receives payment in full of the Receipts Purchased Amount In consideration of servicing the account, the Merchant hereby authorizes FUNDER to ACH Debit the "Specified Daily Amount" from the merchant's bank account as the base payment credited against the Specified Percentage due It is the Merchants responsibility to provide bank statements for any and all bank accounts held by the Merchant to reconcile the daily payments made against the Specified Percentage permitting FUNDER to debit or credit the difference to the merchant so that payment equals the Specified Percentage Failure to provide all of their bank statements in a timely manner or missing a month shall forfeit all rights to future reconciliations FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate in servicing this Agreement Merchant understands that it is responsible for ensuring that funds adequate to cover amount to be debited by FUNDER remains in the account Merchant will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions in the Merchants account which may result from FUNDER' scheduled ACH debit under the terms of this agreement Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1 11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100% A list of all fees applicable under this agreement is contained in Appendix A

**Purchase Price: <u>$75,000.00</u>**    **Specified Percentage: <u>15%</u>**    **Specific Daily Amount: <u>$649.00</u>**    **Receipts Purchased Amount: <u>$103,500.00</u>**

**THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.**

**FOR THE MERCHANT (#1)**
By <u>Dwayne Bridges</u>
       (Print Name and Title)                (Signature)              **Sign Here**

**FOR THE MERCHANT (#2)**
By _____
       (Print Name and Title)                (Signature)              **Sign Here**

**OWNER/GUARANTOR #1**
By <u>Dwayne Bridges</u>
           (Print Name)                  (Signature)              **Sign Here**

**OWNER/GUARANTOR #2**
By _____
           (Print Name)                  (Signature)              **Sign Here**

**TVT Capital**

By _____    Sales Associate Name: _____
      (Company Officer)                       (Signature)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth

02-02-15                Colonial Funding Network as Servicing Agent

below  Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects  If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law  Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) obtain credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER

**ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL FRAUDULENT INDUCEMENT TO OBTAIN FINANCING.**

**KAPITUS EX. 13 - 398**

**Kapitus_000398**

MERCHANT AGREEMENT TERMS AND CONDITIONS

**I. TERMS OF ENROLLMENT IN PROGRAM**

1 1 **Merchant Deposit Agreement.** Merchant shall execute an agreement (the "Merchant Deposit Agreement") acceptable to FUNDER, with a Bank acceptable to FUNDER, to obtain electronic fund transfer services Merchant shall provide FUNDER and/or it's authorized agent with all of the information, authorizations necessary for verifying Merchant's receivables, receipts and deposits into the account Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant by permitting FUNDER to withdraw the specific daily amount credited against the specified percentages by ACH debit of the Merchant account The authorization shall be irrevocable without the written consent of FUNDER

1 2 **Term of Agreement.** This Agreement shall have an indefinite term that shall last either until all the Merchant's obligations to FUNDER are fully satisfied This shall include but not be limited to any renewals, outstanding fees or costs

1 3 **Future Purchases.** FUNDER reserves the right to rescind the offer to make any purchase payments hereunder, in its sole discretion

1 4 **Financial Condition. Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.**

1 5 **Transactional History.** Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program

1 6 **Indemnification** Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor/Bank, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by Processor in reliance upon information or instructions provided by FUNDER

1 7 **No Liability.** In no event will FUNDER(or any of the Funders) be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s)

1 8 **Reliance on Terms.** Section 1 1, 1 7, 1 8 and 2 5 of this Agreement are agreed to for the benefit of Merchant and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action

1 9 **Sale of Receipts.** Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant Merchant agrees that the Purchase Price is in exchange for the sale of future Receipts pursuant to this Agreement equals the fair market value of such Receipts FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created Payments made to FUNDER in respect to the full amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1 1 In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible at law In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law

1 10 **Power of Attorney** Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor/Bank, or in the case of a violation by Merchant of Section 1 12 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount

1 11 **Protections Against Default.** The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event (a) Merchant changes its arrangements with Processor/Bank in any way that is adverse to FUNDER; (b) Merchant changes the deposit account through which the Receipts are settled , or permits any event to occur that could cause diversion of any of Merchant's transactions to another account; (c) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written consent of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (d) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement

Protection 1 The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately

Protection 2 FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor

Protection 3 Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement Upon breach of any provision in this paragraph 1 11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon

Protection 4 FUNDER may enforce its security interest in the Collateral identified in Article III hereof

Protection 5 The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant

Protection 6 FUNDER may proceed to protect and enforce its rights and

remedies by lawsuit In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs

Protection 7 Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER Upon breach of any provision in this paragraph 1 12, FUNDER may exercise its rights under such assignment of lease

Protection 8 FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise

1 12 **Protection of Information.** Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates and the Funders relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement

1 13 **Confidentiality** Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial adviser or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1 13

1 14 **Publicity** Merchant and each Owner only authorizes FUNDER to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent

1 15 **D/B/A's** Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings

**II. REPRESENTATIONS, WARRANTIES AND COVENANTS** Merchant represents, warrants and covenants that as of this date and during the term of this Agreement:

2 1 **Financial Condition and Financial Information** Its bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days Merchant's failure to do so is a material breach of this Agreement

2 2 **Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged

2 3 **Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized

2 4 **Insurance** Merchant will maintain business-interruption insurance naming FUNDER as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request

2 5 Intentionally omitted

2 6 **Change of Name or Location** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business

2 7 **Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis

2 8 **Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid

2 9 **No Bankruptcy or Insolvency.** As of the date of this Agreement, Merchant represents that it is not insolvent and does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Protections 2 and 3 are immediately invoked

2 10 **Additional Financing** Merchant shall not enter into any arrangement, agreement or commitment for any additional financing, whether in the form of a purchase of receivables or a loan to the business with any party other than FUNDER without their written permission.

2 11 **Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other right or interest, which may be inconsistent with the transactions contemplated with, or adverse to the interests of FUNDER

2 12 **Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdictions in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes

2 13 **Default Under Other Contracts** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity

**III. EVENTS OF DEFAULT AND REMEDIES**

3 1 **Events of Default** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debt, or shall make a general assignment for the benefit of creditors; or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or

composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice to any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER

3 2 **Remedies.** In case any Event of Default occurs and is not waived (pursuant to Section 4 4 1 hereof, FUNDER on its own and on behalf of the Funders may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity

3 3 **Costs** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4 2 above, including but not limited to court costs and attorneys' fees

3 4 **Required Notifications.** Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.

**IV. MISCELLANEOUS**

4 1 **Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER

4 2 **Assignment.** Merchant acknowledges and understands that FUNDER is acting on its own behalf and as the administrator and lead investor for a group of independent participants a list of which can be provided to Merchant after funding and upon written notice to FUNDER FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part

4 3 **Notices** All notices, requests, consent, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt

4 4 **Waiver Remedies** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity

4 5 **Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER (and it's Participants) and their respective successors and assigns, FUNDER's Participants shall be third party beneficiaries of all such agreements except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums") Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum

4 6 **Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated

4 7 **Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired

4 8 **Entire Agreement.** Any provision hereof prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and Security Agreement hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof

4 9 **JURY TRIAL WAIVER. THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS.**

4 10 **CLASS ACTION WAIVER. THE PARTIES HERETO WAIVE ANY RIGHT TO ASSERT ANY CLAIMS AGAINST THE OTHER PARTY AS A REPRESENTATIVE OR MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION, EXCEPT WHERE SUCH WAIVER IS PROHIBITED BY LAW AGAINST PUBLIC POLICY. TO THE EXTENT EITHER PARTY IS PERMITTED BY LAW OR COURT OF LAW TO PROCEED WITH A CLASS OR REPRESENTATIVE ACTION AGAINST THE OTHER, THE PARTIES HEREBY AGREE THAT: (1) THE PREVAILING PARTY SHALL NOT BE ENTITLED TO RECOVER ATTORNEYS' FEES OR COSTS ASSOCIATED WITH PURSUING THE CLASS OR REPRESENTATIVE ACTION (NOT WITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT); AND (2) THE PARTY WHO INITIATES OR PARTICIPATES AS A MEMBER OF THE CLASS WILL NOT SUBMIT A CLAIM OR OTHERWISE PARTICIPATE IN ANY RECOVERY SECURED THROUGH THE CLASS OR REPRESENTATIVE ACTION.**

4 11 **Facsimile Acceptance.** Facsimile signatures shall be deemed acceptable for all purposes

Initials: _____

**TVT Capital - SECURITY AGREEMENT AND GUARANTY**

Merchant's Legal Name: <u>LICENSE TO CHILL HEATING AND AIR INC</u>   D/B/A: <u>Just Chillin Heating & Air (ACH)</u>

Physical Address: <u>1150 Blue Mound Rd W Ste 103</u>   City: <u>Haslet</u>   State: <u>TX</u>   Zip: <u>76052-3877</u>

Federal ID# <u>46-4753129</u>

**SECURITY AGREEMENT**

<u>Security Interest</u>. To secure Merchant's payment and performance obligations to FUNDER, as the lead purchaser for itself and its affiliates or the Funders , a list of which may be provided to the Merchant upon written notice after the funding of the purchase closes under the Merchant Agreement (the "<u>Factoring Agreement</u>"), Merchant hereby grants to FUNDER a security interest in (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined in Article 9 of the Uniform Commercial Code (the "<u>UCC</u>"), now or hereafter owned or acquired by Merchant; and (b) all proceeds, as that term is defined in Article 9 of the UCC (a and b collectively, the "<u>Collateral</u>").

<u>Cross-Collateral</u>. To secure Guarantor's payment and performance obligations to FUNDER (and its Funders) under this Security Agreement and Guaranty (the "<u>Agreement</u>"), Guarantor hereby grants FUNDER, for itself and its participants, a security interest in __ (the "<u>Additional Collateral</u>"). Guarantor understands that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Merchant and Guarantor each acknowledge and agree that any security interest granted to FUNDER under any other agreement between Merchant or Guarantor and FUNDER (the "<u>Cross-Collateral</u>") will secure the obligations hereunder and under the Merchant Agreement.

Merchant and Guarantor each agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral, the Additional Collateral and the Cross-Collateral, including the execution of any account control agreements. Merchant and Guarantor each hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statement may contain notification that Merchant and Guarantor have granted a negative pledge to FUNDER with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lienor may be tortiously interfering with FUNDER's rights. Merchant and Guarantor shall be liable for and FUNDER may charge and collect all costs and expenses, including but not limited to attorney's fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

<u>Negative Pledge</u>. Merchant and Guarantor each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral , the Additional Collateral or the Cross-Collateral, as applicable.

<u>Consent to Enter Premises and Assign Lease</u>. FUNDER shall have the right to cure Merchant's default in the payment of rent on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right: (a) to enter Merchant's premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified Merchant capable of operating a business comparable to Merchant's at such premises.

<u>Remedies</u>. Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise.

**GUARANTY**

<u>Personal Guaranty of Performance</u>. The undersigned Guarantor(s) hereby guarantees to FUNDER, and its affiliates or the Funders, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "<u>Guaranteed Obligations</u>"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts.

<u>Guarantor Waivers</u>. In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement ; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

<u>Guarantor Acknowledgement</u>. **Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.**

INITIAL: _____

**Joint and Several Liability**.  The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY.  CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANTS AND OWNERS/GUARANTORS ACKNOWLEDGE THAT THIS WRITING REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES HERETO.  IT IS UNDERSTOOD THAT ANY REPRESENTATIONS OR ALLEGED PROMISES BY INDEPENDENT BROKERS OR AGENTS OF ANY PARTY IF NOT INCLUDED IN THIS WRITTEN AGREEMENT ARE CONSIDERED NULL AND VOID.  ANY MODIFICATION OR OTHER ALTERATION TO THE AGREEMENT MUST BE IN WRITING AND EXECUTED BY THE PARTIES TO THIS CONTRACT.

**MERCHANT #1**
By **Dwayne Bridges**
　　　　　　　(Print Name and Title)　　　　　　　　　　　　　(Signature)　　　　　　　　　　　　　> **Sign Here**
SS#███-7894　　　　　　　**Drivers License Number:**

**MERCHANT #2**
By _____
　　　　　　　(Print Name and Title)　　　　　　　　　　　　　(Signature)　　　　　　　　　　　　　> **Sign Here**
　SS#　　　　　　　**Drivers License Number:**

**OWNER/GUARANTOR #1**
By **Dwayne Bridges**
　　　　　　　(Print Name)　　　　　　　　　　　　　(Signature)　　　　　　　　　　　　　> **Sign Here**
SS#███-7894　　　　　　　**Drivers License Number:**

**OWNER/GUARANTOR #2**
By _____
　　　　　　　(Print Name)　　　　　　　　　　　　　(Signature)　　　　　　　　　　　　　> **Sign Here**
SS#　　　　　　　**Drivers License Number:**

---

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of Warren Fellus TVT Capital for this contract providing administrative, bookkeeping, reporting and support services for Warren Fellus TVT Capital and the Merchant.  Colonial is not affiliated or owned by the Warren Fellus TVT Capital and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture.  Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to Warren Fellus TVT Capital.  Colonial is not a credit card processor, or in the business of processing credit cards.  Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the Warren Fellus TVT Capital or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity,  exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

**MERCHANT**
By _____　　　Sign: _____　　> **Sign Here**
　　　　　(Print Name and Title)　　　　　　　　　　　　　(Signature)

KAPITUS EX. 13 401
Colonial Funding Network as Servicing Agent



**Origination Fee – to cover underwriting and related expenses**

| Amount Funded | Origination Fee |
|---|---|
| Under $7,500.00 | $199.00 |
| $7,500.00-$25,000.00 | $295.00 |
| $25,001.00-$50,000.00 | $395.00 |
| $50,001.00-$100,000.00 | $595.00 |
| $100,001.00-$250,000.00 | $795.00 |
| Over $250,000.00 | $995.00 |

**\*There may be an additional fee charged to cover the cost of conducting a site inspection.**

a) **ACH Program Fee-**    $ 395.00    **ACH's are labor intensive and are not an automated process requiring us to charge this fee to cover costs**

b) **NSF Fee (Standard)-**    $ 50.00ea    **Up to FOUR TIMES ONLY before a default is declared**

c) **Rejected ACH -**    **When the merchant directs the bank to Reject our Debit ACH**

**Daily ACH Program**

| | Amount Funded | Reject Fee |
|---|---|---|
| i. | Up to $7,500.00 | $ 25.00 |
| ii. | $7,501.00-$50,000.00 | $ 35.00 |
| iii. | $50,001.00-$100,000.00 | $ 50.00 |
| iv. | $100,001.00-$250,000.00 | $ 75.00 |
| v. | Over $250,000.00 | $100.00 |

**Weekly ACH Program**

| | Amount Funded | Reject Fee |
|---|---|---|
| vi. | Up to $7,500.00 | $ 75.00 |
| vii. | $7,501.00-$50,000.00 | $ 99.00 |
| viii. | $50,001.00-$100,000.00 | $175.00 |
| ix. | $100,001.00-$250,000.00 | $275.00 |
| x. | Over $250,000.00 | $395.00 |

d) **Bank Change Fee-**    $75.00    **When Merchant requires a change of account to be Debited requiring us to adjust our system**

e) **Blocked Account-**    $2,500.00    **When Merchant BLOCKS account from our Debit ACH which places them in default (per contract)**

f) **Default Fee-**    $5,000.00    **When Merchant changes bank account cutting us off from our Collections**

g) **UCC Termination Fee-**    $150.00    **When Merchant request a UCC termination**

---

**Miscellaneous Service Fees.** Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

---

**Merchant Initials: _____**



# MERCHANT AGREEMENT

Agreement dated 12/16/2016 _____ between TVT CAPITAL, LLC ("TVT") and the merchant listed below ("the
Merchant"). (Month) (Day) (Year)

## MERCHANT INFORMATION

Merchant's Legal Name: LICENSE TO CHILL HEATING AND AIR INC.

D/B/A: JUST CHILLIN HEATING AND AIR                State of Incorporation / Organization: _____

Type of entity: ⦿ Corporation ◯ Limited Liability Company ◯ Limited Partnership ◯ Limited Liability Partnership ◯ Sole Proprietor

Physical Address: 1150 BLUE MOUND RD W STE 201    City: HASLET    State: TX    Zip: 76052

Mailing Address: SAME AS ABOVE    City: _____    State: _____    Zip: _____

Date business started (mm/yy): 7/2010    Federal ID# 46-4753129

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to TVT (making TVT the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Total Gross Receipts," hereinafter "Receipts," defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business without subtracting any costs or expenses), for the payment of Merchant's sale of goods or services until the amount specified below (the "Purchased Amount", upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: $ 75,000.00    Specified Percentage: % 15    Specific Daily Amount: $ 649.00    Receipts Purchased Amount: $ 103,500.00

**THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.**

**FOR THE MERCHANT (#1)**
By DWAYNE BRIDGES, OWNER
_____
(Print Name and Title)                                        (Signature)

**FOR THE MERCHANT (#2)**
By _____
(Print Name and Title)                                        (Signature)

**OWNER/GUARANTOR #1**
By DWAYNE BRIDGES, OWNER
_____
(Print Name)                                        (Signature)

**OWNER/GUARANTOR #2**
By _____
(Print Name)                                        (Signature)

**TVT CAPITAL, LLC**
By _____    Sales Associate Name
(Company Officer)                                        (Signature)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of TVT documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and TVT and TVT shall be entitled to all remedies available under law. TVT may produce a monthly statement reflecting the delivery of the Specified Percentage of Receivables from Merchant via Processor and/or Operator to TVT. An investigative or consumer report may be made in connection with the Agreement. Merchant and each of the above-signed Owners authorizes TVT, its agents and representatives and any credit reporting agency engaged by TVT, to (i) investigate any references given or any other statements or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) pull credit report at any time now or for so long as Merchant and/or Owner(s) continue to have any obligation owed to TVT as a consequence of this Agreement or for TVT's ability to determine Merchant's eligibility to enter into any future agreement with Company.

**ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL MISREPRESENTATION.**

### AUTHORIZED SERVICING AGENT – GMA USA, LLC

GMA USA, LLC is the independent authorized Servicing Agent of TVT CAPITAL, LLC for this Agreement providing administrative, bookkeeping, reporting, and support services for TVT CAPITAL, LLC and the Merchant. GMA USA, LLC is not affiliated with, or owned by, TVT CAPITAL, LLC and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests cash management, account reporting, remittance and receipts collection. GMA USA, LLC may, at its sole discretion, participate in this facility by providing a portion of the funds for this transaction directly to TVT CAPITAL, LLC. GMA USA, LLC is not a credit card processor, or in the business of processing credit cards. Merchant and Owner/ Guarantor hereby acknowledge that in no event shall GMA USA, LLC be liable for any claims made against TVT CAPITAL, LLC or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/ Guarantor. As such, Merchant hereby authorizes GMA USA, LLC as the appointed Merchant Agreement servicing agent for TVT CAPITAL, LLC to initiate ACH Debits (Withdrawals) from Merchant's bank account for the payment of the Purchased Amount as it becomes due and payable under the terms of the Merchant Agreement. Furthermore, Merchant represents and warrants that it is the owner of the Account or has the full authority to grant this authorization. If there are any questions in regard to an electronic debit (withdrawal) from the Account, you may contact GMA USA, LLC. (410) 409-3662.

Initials: ___

1

PAGE 01/07                    JUST CHILLIN                    8173060479                    16:21 Kapitus_000403

# SECURITY AGREEMENT AND GUARANTY

Merchant's Legal Name: LICENSE TO CHILL HEATING AND AIR INC.

D/B/A: JUST CHILLIN HEATING AND AIR

Physical Address: 1150 BLUE MOUND RD W STE 201

City: HASLET   State: TX   Zip: 76052

Federal ID# 46-4753129

## SECURITY AGREEMENT

**Security Interest.** To secure Merchant's payment and performance obligations to TVT under the Merchant Agreement (the "Factoring Agreement"), Merchant hereby grants to TVT a security interest in (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined in Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Merchant, and (b) all proceeds, as that term is defined in Article 9 of the UCC (a, and b collectively, the "Collateral").

**Cross-Collateral.** To secure Guarantor's payment and performance obligations to TVT under this Security Agreement and Guaranty (the "Agreement"), Guarantor hereby grants TVT a security interest in _____ (the "Additional Collateral"). Guarantor understands that TVT will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement. Machine and Equipment each acknowledge and agree that any security interest granted to TVT under any other agreements between Merchant or Guarantor and TVT (the "Cross-Collateral") will secure the obligations hereunder and under the Merchant Agreement.

Merchant and Guarantor each agrees to execute any documents or take any action in connection with this Agreement as TVT deems necessary to perfect or maintain TVT's first priority security interest in the Collateral, the Additional Collateral and the Cross-Collateral, including the execution of any account control agreements. Merchant and Guarantor each hereby authorizes TVT to file any financing statements deemed necessary by TVT to perfect or maintain TVT's security interest, which financing statements may contain notification that Merchant and Guarantor have granted a negative pledge to TVT with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lienor may by specifically interfering with TVT's rights. Merchant and Guarantor shall be liable for and TVT may charge and collect all costs and expenses, including but not limited to attorney's fees, which may be incurred by TVT in protecting, preserving and enforcing TVT's security interest and rights.

**Negative Pledge.** Merchant and Guarantor each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral, the Additional Collateral or the Cross-Collateral, as applicable.

**Consent to Enter Premises and Assign Lease.** TVT shall have the right to cure Merchant's default in the payment of rent on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, TVT may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that TVT may enter into an agreement with Merchant's landlord giving TVT the right, but not the obligation, to take over Merchant's premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified Merchant capable of operating a business comparable to Merchant's at such premises.

**Remedies.** Upon any Event of Default, TVT may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise.

## GUARANTY

**Personal Guaranty of Performance.** The undersigned Guarantor(s) hereby guarantees to TVT Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due (1) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (b) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts.

**Guarantor Waivers.** In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, TVT may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral TVT may hold pursuant to this Agreement or any other guaranty.

TVT does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) TVT's acceptance of this Agreement; and (v) any renewals, extensions or other modifications of the Merchant Agreement or Merchant's other obligations to TVT. In addition, TVT may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement: (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to TVT; (ii) release Merchant from its obligations to TVT; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payments under this Agreement. Until the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any payments made by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that TVT must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

**Guarantor Acknowledgement.** Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of his/her choice or has decided not to avail himself/herself of that opportunity.

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

---

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

**MERCHANT #1**
By DWAYNE BRIDGES, OWNER

(Print Name and Title)

SS# ____ ____            (Signature)
                         Driver's License Number:

**MERCHANT #2**
By _____

(Print Name and Title)

SS# ____            (Signature)
                    Driver's License Number:

**OWNER/GUARANTOR #1**
By DWAYNE BRIDGES, OWNER

(Print Name)

SS# ____ ____            (Signature)
                         Driver's License Number:

**OWNER/GUARANTOR #2**
By _____

(Print Name)

SS# ____            (Signature)
                    Driver's License Number:

3

NITTILN ISUL        8173060479        Kapitus_000405
**KAPITUS EX. 13 - 405**



PH. (888) 782-2510          Fax (877) 951-1110

## APPENDIX A: THE FEE STRUCTURE

### UNDERWRITING & ACH PROGRAM FEE

UNDER $5,000.00 = $295.00
$5,000.00 – $9,999.00 = $495.00
$10,000.00 - $49,999.00 = $795.00
$50,000.00 - $74,999.00 = $995.00
$75,000.00 - $149,999.00 = $1495.00
$150,000.00 & UP = $1995.00

B. NSF FEE (STANDARD) - $35.00 EACH
UPTO FOUR TUMES ONLY BEFORE A DEFAULT IS DECLARED

C. REJECTED ACH - $100
WHEN THE MERCHANT DIRECTS THE BANK TO REJECT OUR ACH.

D. BANK CHANGE FEE - $50.00
WHEN THE MERCHANT REQUIRES CHANGE OF ACCOUNT TO BE DEBITED
REQUIRING TVT CAPITAL LLC TO RECONFIGURE ACH COLLECTIONS.

E. BLOCKED ACCOUNT - $2,500.00
WHEN THE MERCHANT BLOCKS ACCOUNT FROM OUR DEBIT ACH WHICH PLACES
THEM IN DEFAULT (PER CONTRACT)

DEFAULT FEE - $2,500.00
WHEN THE MERCHANT CHANGES BANK ACCOUNTS CUTTING US OFF FROM
COLLECTIONS

G. ACH FEE - $15.00

H. WIRE TRANSFER FEE - $35.00

MERCHANT INITIALS _____

4

KAPITUS

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSIT

## (ACH CREDIT) AND DIRECT PAYMENTS (ACH DEBITS)

This Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) is part of (and incorporated by reference into) the Merchant Agreement. Seller should keep this important legal document for Seller's records.

**DISBURSMENT OF ADVANCE PROCEEDS.** By signing below, Seller authorizes Buyer to disburse the Advance proceeds less the amount of any applicable fees upon Advance approval by initiating an ACH credit to the checking account indicated below (or a substitute checking account Seller later identifies and is acceptable to Buyer) (hereinafter referred to as the "Designated Checking Account") This authorization is to remain in full force and effect until Buyer has received written notification from Seller of its termination in such time and in such manner as to afford Buyer and Seller's depository bank a reasonable opportunity to act on it.

**BUSINESS PURPOSE ACCOUNT.** By signing below, Seller attests that the Designated Checking Account was established for business purposes and not primarily for personal, family or household purposes.

**MISCELLANEOUS.** Buyer is not responsible for any fees charged by Seller's bank as the result of credits or debits initiated under this agreement. The origination of ACH transactions to Seller's account must comply with the provisions of U.S. law.

I. (We) LICENSE TO CHILL HEATING AND AIR INC. Hereby Authorize, TVT CAPITAL, LLC

(Hereinafter known as "TVT") to Electronically (ACH) debit the Bank Account Below, of which I am a signer:

Bank Name: Chase        Branch: San Antonio Texas    Federal Tax ID: 46-4753129

ABA Routing: 111000614        DDA Account Number: 8100 ████ 6528

For the amount of: 649.00        Or Percentage of each Banking Deposit: % 15

On the Following Days: MONDAY-FRIDAY

This authorization is to remain in full force and effect until TVT has received written notification from me at least 5 banking days prior of its termination to afford TVT a reasonable opportunity to act on it.

Signer (Print Name and Title): Dwayne Bridges (Owner)

Date: 12-17-2015

5

**Kapitus_000407**

## Bank Login Authorization

Dear Merchant,

Thank you for accepting this offer from TVT CAPITAL, LLC. We look forward to being your funding partner for as long as you need.

**ACH Program:**

TVT CAPITAL, LLC will require viewing access to your bank account, each business day, in order to calculate the amount of your daily payment. Please be assured that we carefully safeguard your confidential information, and only essential personnel will have access to it.

TVT CAPITAL, LLC will also require viewing access to your bank account, prior to funding, as part of our underwriting process. **The requested access is for "look in" or viewing purposes only, TVT is not requesting any change or modification access to your account.**

Please fill out the form below with your information necessary to access your account. *Be sure to indicate capital or lower case letters.

Name of Bank: _Chase_
Bank Portal Website: _Chase. com_
Username: _Travis humphrey 73_
Password: _____
Security Question/Answer 1: _____
Security Question/Answer 2: _____
Security Question/Answer 3: _____

Any other information necessary to access your account: _Send me a text message with code and I will send the code to you._

**AGREED AND ACKNOWLEDGED:**

Signature: _____ Date: _12/17/15_
　　　　　Owner

Print Name: (owner's name) _Dwayne Bridges_
Company Name: (legal entity) LICENSE TO CHILL HEATING AND AIR INC.
Address: (merchant's business address) 1150 BLUE MOUND RD W STE 201 HASLET, TX 76052

Business Phone: (merchant's business phone number) 817-439-3599

Please note: In the event that we are unable to access your account, we will take a daily estimate payment. An additional $39 fee will be assessed for each day we don't have access. Please be advised that failure to timely reestablish our access ability is an "Event of Default" as well as a breach of contract.

All remedies available to us will be pursued and penalties will be enforced.

6



TVT CAPITAL LLC (516) 707-9131

I __DWAYNE BRIDGES, OWNER__ authorize Vantiff LLC (dba TVT CAPITAL LLC) to initiate funds from the checking account indicated below. I also authorize my depository financial institution to honor this transfer.

This authorization is valid for this transaction only. The transaction amount will be 2% of the funded amount for $ __1,500.00__ .

I have read and agree to all of the terms and conditions on this page and any other contract or document that accompanies this agreement. I certify that I am the authorized account holder for this checking account. I understand this is a binding agreement and I will receive a copy of each check draft in my statement when the item has cleared.

I understand this is a legal binding agreement between Vantiff LLC (dba TVT Capital) and
DWAYNE BRIDGES, OWNER

I understand that all returned checks are subject to a $25.00 NSF fee. This agreement will remain in effect until Vantiff LLC (dba TVT Capital LLC) receives my written notice of cancellation via mail, fax or email.

12/16/2015

Authorized Account holder Signature
(required)

Date (required)

_11 000 614_

6528

Authorized Account Routing Number

Authorized Bank Account Number

__1150 BLUE MOUND RD W STE 201 HASLET, TX 76052__

Account Billing Address

__817-439-3599__

Account Telephone Number



## STRATEGIC
FUNDING

120 West 45th Street | New York, NY 10036 | Phone (212) 354-1400 | Fax (646) 365-6756

### Lease Verification

Date:      December 18, 2015

Tenant's DBA Name:      Just Chillin Heating & Air

Tenant's Legal Name:      LICENSE TO CHILL HEATING AND AIR INC

Physical Address:      1150 Blue Mound Rd W Ste 103

                  Haslet, TX 76052-3877

Attention: Jim Eaton

Phone: (817) 439-3224             Fax: (817) 439-6457

**You have been listed as the landlord or landlord's managing agent for the above-referenced tenant.**
**Please return the completed form to fax (646) 365-6756 or APaneto@SFSCapital.com.**
If you have any questions on this form, contact Adelenne Paneto in the Underwriting Department at (212) 354-1400 ext. 7326.

Current on payments? If no, # months behind:    *YES*

Late payments in past year? If yes, # times:    *NONE*

Lease expiration date?    *7-31-16*

Is there a renewal option? If yes, # years:    *NO*

Total monthly payment?    *$1,400*

Are there any disputes with the tenant?    *NO*

Is this space a storefront or an office?    *OFFICE / WAREHOUSE*

Name(s) of tenant who signed the lease:    *DWAYNE BRIDGES*

Is this lease a sublease or assignment?    *NO*

Does lease have a personal guarantee?    *N/A*

Comments: 

**Landlord Information**

Leasing company / property agent's name:    *JIM EATON*

Property owner (person/legal entity):    *BLUE MOUND BUSINESS PARK, LLC*

Property purchased in (year): 

AGREED AND ACKNOWLEDGED:

X _____        Address: *870 BLUE MOUND RD W*
(Signature)                              (Street Address)

*JIM EATON*                        *FORT WORTH, TX*
(Print Name)                            (City, State, Zip Code)

*V.P.-REAL ESTATE OPERATIONS*   *12/18/15*    Phone: *817-439-3224*
(Title)                   (Date)

**KAPITUS EX. 13 - 410**        **Kapitus_000410**


**IOU** Central
Business Lending Simplified.

Date: Dec-14-2015

Company Name: LICENSE TO CHILL HEATING AND AIR INC.

Company Address: 1150 Blue Mound Rd W 103 , Haslet, Texas, 76052

User ID: 54337

**Re: Loan ID 38407 / Payoff Inquiry**

As per your request, below is the payoff of your IOU Central Loan ID 38407. please review the following payoff information.

**Payoff Date: Dec-14-2015**

**Payoff Amount: $110,500.88**

**Assigned Staff Person:**

**Assigned Staff ID: 62367**

**\*\* Please indicate your Loan ID number when sending wire or check \*\***

## Wire Instructions for IOU Central Inc.

**Bank:** BB&T
676 CHASTAIN RD NW
KENNESAW, GA 30144

**Account Name:** IOU Central Inc.
600 TownPark Lane
Suite 140
Kennesaw, GA 30144
**Routing #:** 083900680
**Account #:** ████████ B247

Please Review and contact us at (866)217-8564 if you have any questions or concerns.

Thank you for your business.
With Regards.

IOU Central

600 TownPark Lane Suite 140 Kennesaw, GA 30144
Ph: 866-217-8564 Fax: 866-404-5117

PAGE 02/02    3095 CIBTN    8173060479    19:53 Kapitus_000411

1400 Broadway
25th Floor
New York, NY 10018
1-888-269-4246



**OnDeck**
DO NOT SEND PAYMENT
TO THIS ADDRESS

## BUSINESS LOAN PAYOFF AGREEMENT

This Business Loan Payoff Agreement is submitted to the Borrower in good faith that it will be executed. The Payoff Amount listed below assumes that all transactions have cleared, but will change if any payment is missed. As agreed, On Deck Capital, Inc. ("OnDeck") will refund 25% of the remaining interest on your loan as of the day we receive the full payoff in our account. **Upon receipt and clearance of the payoff amount, any overpayment and the 25% remaining interest refund will be released within 10 business days. Upon written request, the lien held by OnDeck will be released within a reasonable time period in the course of our normal business operations** Borrower should keep this important legal document for Borrower's records.

| Borrower: | License to Chill Heating and Air Inc | | |
|---|---|---|---|
| Reference: | Loan ID: 82290797253120 | | |
| Address: | 1150 Blue Mound Rd w suite 201, Haslet, TX, 76052 | | |
| Payoff Amount: | $78,782.36 as of 11/02/2015 | | |
| Send Check to: | Issued to: On Deck Capital, Inc. | OnDeck<br>Client Services Center<br>901 North Stuart Street, Suite 700<br>Arlington, VA 22203<br>Attn: Payoffs | |
| | ** Please include your loan id on the check ** | | |
| Send Wire or ACH to: | Beneficiary Name: On Deck Pay Off<br>Account Number: ▮▮7447<br>ABA/Routing Number: 071001737 | | MB Financial Bank<br>6111 North River Road<br>Rosemont, IL 60018 |
| | ** Please include your loan id in the wire details ** | | |

**OnDeck Signature Authorization**

Martha Dreiling, Vice President of Operations

**Today's Date:** 11-02-2015

For questions regarding this Agreement, please contact our Customer Service Team at 1-888-269-4246 Option 3 or customerservice@ondeck.com.

OLT doc. #37131 (rev. 3/16/2015)

Call Us: (888) 828-5717 (tel:(888) 828-5717)

# OnDeck> (/home/#/account/ho... Dwayne Bri... ⌄
Chill...

**Accounts** (/home)

Overview

**Term Loan**

Past Loans

**Documents (/documents)**

Term Loan       Loan # 82290797253120

# This loan is closed.



100%
Paid

## $0.00
Outstanding balance of **$174,201.30 Loan**

# Mar 24th, 2016
Approximate payoff date

KAPITUS EX. 13 - 413       Kapitus_000413

# ♞ Knight Capital Funding™

November 4, 2015

Dwayne Bridges
Owner
License to Chill Heating and Air, Inc.
Tax Id: 46-4753129
1150 Blue Mound Road W Ste 103
Haslet, TX 76052

Dear Merchant:

Per your request, your current purchased future receivables outstanding amount with Knight Capital Funding, LLC is **$0\*.**

Thank you for your business.

Kind Regards,

Britt Colebrook-McKay
Accounting Manager
Knight Capital Funding, LLC
payoff@knightcapitalfunding.com

**KAPITUS EX. 13 - 414**        Kapitus_000414



**Ph. + (516) 707-9131**
**Contract ID# 839042 Sales Partner: TVT Capital LLC.**

## REVENUE BASED FACTORING (RBF/ACH) AGREEMENT

Agreement dated <u>December 18 2015</u> between **TVT Capital ("FUNDER")** and the merchant listed below ("the **Merchant")**
        (Month)    (Day)    (Year)

### MERCHANT INFORMATION

Merchant's Legal Name: <u>LICENSE TO CHILL HEATING AND AIR INC</u>

D/B/A: <u>Just Chillin Heating & Air</u>                                State of Incorporation / Organization: <u>TX</u>

Type of entity: ( X ) Corporation (  ) Limited Liability Company (  ) Limited Partnership (  ) Limited Liability Partnership (  ) Sole Proprietor

Physical Address: <u>1150 Blue Mound Rd W Ste 103</u>        City: <u>Haslet</u>        State: <u>TX</u>        Zip: <u>76052-3877</u>

Mailing Address:                City                State:        Zip:

Date business started (mm/yy): <u>07/10</u>        Federal ID# <u>46-4753129</u>

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to Funder, as the lead purchaser for itself and co-investors [making Funder on behalf of itself and all co investors (collectively the Funders), the absolute owner] in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future receipts, accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payees (collectively the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), until such time as the "Receipts Purchased Amount" has been delivered by Merchant to FUNDER. The Receipts Purchased Amount shall be paid to FUNDER by the Merchant irrevocably authorizing only one depositing account acceptable to FUNDER (the "Account") to remit the percentage specified below (the "Specified Percentage") of the Merchant's Receipts, until such time as FUNDER receives payment in full of the Receipts Purchased Amount. In consideration of servicing the account, the Merchant hereby authorizes FUNDER to ACH Debit the "Specified Daily Amount" from the merchant's bank account as the base payment credited against the Specified Percentage due. It is the Merchants responsibility to provide bank statements for any and all bank accounts held by the Merchant to reconcile the daily payments made against the Specified Percentage permitting FUNDER to debit or credit the difference to the merchant so that payment equals the Specified Percentage. Failure to provide all of their bank statements in a timely manner or missing a month shall forfeit all rights to future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate in servicing this Agreement. Merchant understands that it is responsible for ensuring that funds adequate to cover amount to be debited by FUNDER remain in the account. Merchant will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions in the Merchants account which may result from FUNDER' scheduled ACH debit under the terms of this agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: **$75,000.00**   Specified Percentage: **9%**   Specific Daily Amount: **$649.00**   Receipts Purchased Amount: **$103,500.00**

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

FOR THE MERCHANT (#1)
By Dwayne Bridges        _Owner_                        **Sign Here**
        (Print Name and Title)                (Signature)

FOR THE MERCHANT (#2)
By                                        **Sign Here**
        (Print Name and Title)                (Signature)

OWNER/GUARANTOR #1
By Dwayne Bridges                                **Sign Here**
        (Print Name)                        (Signature)

OWNER/GUARANTOR #2
By                                        **Sign Here**
        (Print Name)                        (Signature)

TVT Capital

By _____        Sales Associate Name: _____
        (Company Officer)                            (Signature)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth

02 02-15                Colonial Funding Network as Servicing Agent

below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) obtain credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER.

ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL FRAUDULENT INDUCEMENT TO OBTAIN FINANCING.

02-02-15

Colonial Funding Network as Servicing Agent

Kapitus_000416

## MERCHANT AGREEMENT TERMS AND CONDITIONS

1. TERMS OF ENROLLMENT IN PROGRAM

1.1 Merchant Benefit Agreement. Merchant shall execute an agreement (the "Merchant Benefit Agreement") acceptable to FUNDER, with a Bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or it's authorized agent with all of the information, authorizations necessary for verifying Merchant's receivables, receipts and deposits into the account Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant by permitting FUNDER to withdraw the specific daily amount credited against the specified percentage by ACH debit of the Merchant account. The authorization shall be irrevocable without the written consent of FUNDER.

1.2 Term of Agreement. This Agreement shall have an indefinite term that shall last either until all the Merchant's obligations to FUNDER are fully satisfied. This shall include but not be limited to any renewals, outstanding fees or suits.

1.3 Future Purchases. FUNDER reserves the right to rescind the offer to make any purchase hereunder hereunder, in its sole discretion.

1.4 Financial Condition. Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.

1.5 Transactional History. Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

1.6 Indemnification. Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor/Bank, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (b) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

1.7 No Liability. In no event will FUNDER/or any of the Funders be liable for any claim asserted by Merchant under any legal theory for lost profit, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

1.8 Reliance on Terms. Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

1.9 Sale of Receipts. Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the sale of future Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible at law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate of interest hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contrive to pay, and that FUNDER not receive or contrive to receive, directly or indirectly by any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

1.10 Power of Attorney. Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor/Bank, or in the case of a violation by Merchant of Section 1.12 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

1.11 Protection against Default. The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event (a) Merchant changes its relationship with Processor/Bank in any way that is adverse to FUNDER; (b) Merchant changes the deposit account with which the Receipts are settled, or permits any event to occur that could cause diversion of any of Merchant's transactions to another account; (c) Merchant interrupts the operation of this business (other than adverse weather, natural disaster or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (a) the express prior written consent of FUNDER, and (b) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (d) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement.

Protection 1. The full unconflicted Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately.

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof.

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its right and

02-02-15

remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and costs.

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.11, FUNDER may exercise its rights under such assignment of lease.

Protection 8. FUNDER may take Merchant's depository accounts wherever situated by means of ACH debit or Juvenile depository on a computer-generated check drawn on Merchant's bank account or otherwise.

1.12 Protection of Information. Merchant and each person signing this Agreement on behalf of Merchant in his or her capacity as such, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates and the Funders relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement.

1.13 Confidentiality. Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentation (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided each Advisor uses such information only for the purpose of advising Merchant and then agrees in writing to be bound by the terms of this Section 1.13.

1.14 Publicity. Merchant and each Owner only authorizes FUNDER to use its his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

1.15 D/B/A's. Merchant hereby acknowledges and agrees that FUNDER may be calling "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

II. REPRESENTATIONS, WARRANTIES AND COVENANTS Merchant represents, warrants and covenants that as of this date and during the term of this Agreement:

2.1 Financial Condition and Financial Information. As bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the execution of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse change, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. Merchant may represent that at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

2.2 Governmental Approvals. Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

2.3 Authorization. Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

2.4 Insurance. Merchant will maintain business-interruption insurance naming FUNDER as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

2.5 Intentionally omitted.

2.6 Change of Name or Location. Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business.

2.7 Daily Batch Out. Merchant will batch out receipts with the Processor on a daily basis.

2.8 Estoppel Certificate. Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person person or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

2.9 No Bankruptcy or Insolvency. As of the date of this Agreement, Merchant represents that it is not insolvent and has not outstandings and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition nor does it anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing then it shall immediately be invalid.

2.10 Additional Financial. Merchant shall not enter into any arrangement, agreement or commitment for any additional financing, whether in the form of a purchase of receivables or a loan to the business with any other than FUNDER without their written permission.

2.11 Unencumbered Receipts. Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the transactions contemplated with, or adverse to the interests of FUNDER.

2.12 Business Purpose. Merchant is a valid business in good standing under the laws of the jurisdiction in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

2.13 Default Under Other Contracts. Merchant's execution of and/or performance under this Agreement will not violate or create an event of default by Merchant under any contract with another person or entity.

III. EVENTS OF DEFAULT AND REMEDIES

3.1 Events of Default. The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors; or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or

composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (1) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

3.3 Remedies. In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER at its sole and on behalf of the Funders may (recoup to protect and enforce its rights of remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

3.3 Costs. Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof; and (b) the enforcement of FUNDER's remedies set forth in Section 4.3 above, including but not limited to court costs and attorneys' fees.

3.4 Required Notifications. Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.

IV. MISCELLANEOUS

4.1 Modifications; Agreements. No modification, amendment, waiver or success of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

4.2 Assignment. Merchant acknowledges and understands that FUNDER in acting on its own behalf and as the administrator and lead investor for a group of independent participants a list of which can be provided to Merchant after funding and upon written notice to FUNDER. FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

4.3 Notices. All notices, requests, consents, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

4.4 Waiver Remedies. No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof; nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

4.5 Binding Effect; Governing Law, Venue and Jurisdiction. This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER (and it's Participants) and their respective successors and assigns. FUNDER's Participants shall be third party beneficiaries of all such agreements. except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the right to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

4.6 Survival of Representation, etc. All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated unless the termination of this Agreement contained herein releases any obligation of either party.

4.7 Severability. In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

4.8 Entire Agreement. Any provision herein prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and Security Agreement hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

4.9 JURY TRIAL WAIVER. THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS.

4.10 CLASS ACTION WAIVER. THE PARTIES HERETO WAIVE ANY RIGHT TO ASSERT ANY CLAIMS AGAINST THE OTHER PARTY AS A REPRESENTATIVE OR MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION, EXCEPT WHERE SUCH WAIVER IS PROHIBITED BY LAW AGAINST PUBLIC POLICY. TO THE EXTENT EITHER PARTY IS PERMITTED BY LAW OR COURT OF LAW TO PROCEED WITH A CLASS OR REPRESENTATIVE ACTION AGAINST THE OTHER, THE PARTIES HEREBY AGREE THAT: (1) THE PREVAILING PARTY SHALL NOT BE ENTITLED TO RECOVER ATTORNEYS' FEES OR COSTS ASSOCIATED WITH PURSUING THE CLASS OR REPRESENTATIVE ACTION (NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT); AND (2) THE PARTY WHO INITIATES OR PARTICIPATES AS A MEMBER OF THE CLASS WILL NOT SUBMIT A CLAIM OR OTHERWISE PARTICIPATE IN ANY RECOVERY SECURED THROUGH THE CLASS OR REPRESENTATIVE ACTION.

4.11 Facsimile Acceptance. Facsimile signatures shall be deemed acceptable for all purposes.

## TVT Capital - SECURITY AGREEMENT AND GUARANTY

Merchant's Legal Name: LICENSE TO CHILL HEATING AND AIR INC    D/B/A: Just Chillin Heating & Air (ACH)

Physical Address: 1150 Blue Mound Rd W Ste 103    City: Haslet    State: TX    Zip: 76052-3877

Federal ID# 46-4753129

### SECURITY AGREEMENT

**Security Interest.** To secure Merchant's payment and performance obligations to FUNDER, as the lead purchaser for itself and its affiliates or the Funders , a list of which may be provided to the Merchant upon written notice after the funding of the purchase closes under the Merchant Agreement (the "Factoring Agreement"), Merchant hereby grants to FUNDER a security interest in (a) all accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are defined in Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Merchant; and (b) all proceeds, as that term is defined in Article 9 of the UCC (a and b collectively, the "Collateral").

**Cross-Collateral.** To secure Guarantor's payment and performance obligations to FUNDER (and its Funders) under this Security Agreement and Guaranty (the "Agreement"), Guarantor hereby grants FUNDER, for itself and its participants, a security interest in __ (the "Additional Collateral"). Guarantor understands that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Merchant and Guarantor each acknowledge and agree that any security interest granted to FUNDER under any other agreement between Merchant or Guarantor and FUNDER (the "Cross-Collateral") will secure the obligations hereunder and under the Merchant Agreement.

Merchant and Guarantor each agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral, the Additional Collateral and the Cross-Collateral, including the execution of any account control agreements. Merchant and Guarantor each hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statement may contain notification that Merchant and Guarantor have granted a negative pledge to FUNDER with respect to the Collateral, the Additional Collateral and the Cross-Collateral, and that any subsequent lienor may be tortiously interfering with FUNDER's rights. Merchant and Guarantor shall be liable for and FUNDER may charge and collect all costs and expenses, including but not limited to attorney's fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

**Negative Pledge.** Merchant and Guarantor each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral , the Additional Collateral or the Cross-Collateral, as applicable.

**Consent to Enter Premises and Assign Lease.** FUNDER shall have the right to cure Merchant's default in the payment of rent on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right: (a) to enter Merchant's premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified Merchant capable of operating a business comparable to Merchant's at such premises.

**Remedies.** Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing, whether by acceleration or otherwise.

### GUARANTY

**Personal Guaranty of Performance.** The undersigned Guarantor(s) hereby guarantees to FUNDER, and its affiliates or the Funders, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts.

**Guarantor Waivers.** In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement, (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement ; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

**Guarantor Acknowledgement.** Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.

INITIAL:

02-02-15      Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 418**

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANTS AND OWNERS/GUARANTORS ACKNOWLEDGE THAT THIS WRITING REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES HERETO. IT IS UNDERSTOOD THAT ANY REPRESENTATIONS OR ALLEGED PROMISES BY INDEPENDENT BROKERS OR AGENTS OF ANY PARTY IF NOT INCLUDED IN THIS WRITTEN AGREEMENT ARE CONSIDERED NULL AND VOID. ANY MODIFICATION OR OTHER ALTERATION TO THE AGREEMENT MUST BE IN WRITING AND EXECUTED BY THE PARTIES TO THIS CONTRACT.

**MERCHANT #1**
By Dwayne Bridges — Owner
(Print Name and Title)
SS# ___7894
(Signature)
Drivers License Number: ▮▮▮▮
Sign Here

**MERCHANT #2**
By _____
(Print Name and Title)
SS# _____
(Signature)
Drivers License Number: _____
Sign Here

**OWNER/GUARANTOR #1**
By Dwayne Bridges
(Print Name)
SS# ___7894
(Signature)
Drivers License Number: ▮▮▮▮
Sign Here

**OWNER/GUARANTOR #2**
By _____
(Print Name)
SS# _____
(Signature)
Drivers License Number: _____
Sign Here

---

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of Warren Fellus TVT Capital for this contract providing administrative, bookkeeping, reporting and support services for Warren Fellus TVT Capital and the Merchant. Colonial is not affiliated or owned by the Warren Fellus TVT Capital and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to Warren Fellus TVT Capital. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the Warren Fellus TVT Capital or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

**MERCHANT**
By Dwayne Bridges
(Print Name and Title)
Sign: _____
(Signature)
Sign Here

02-02-15

Colonial Funding Network as Servicing Agent



**Origination Fee – to cover underwriting and related expenses**

| Amount Funded | Origination Fee |
|---|---|
| Under $7,500.00 | $199.00 |
| $7,500.00-$25,000.00 | $295.00 |
| $25,001.00-$50,000.00 | $395.00 |
| $50,001.00-$100,000.00 | $595.00 |
| $100,001.00-$250,000.00 | $795.00 |
| Over $250,000.00 | $995.00 |

*There may be an additional fee charged to cover the cost of conducting a site inspection.

a) **ACH Program Fee-**    $395.00    ACH's are labor intensive and are not an automated process
requiring us to charge this fee to cover costs

b) **NSF Fee (Standard)-**    $50.00ea    Up to FOUR TIMES ONLY before a default is declared

c) **Rejected ACH -**    When the merchant directs the bank to Reject our Debit ACH

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| i. Up to $7,500.00 | $25.00 |
| ii. $7,501.00-$50,000.00 | $35.00 |
| iii. $50,001.00-$100,000.00 | $50.00 |
| iv. $100,001.00-$250,000.00 | $75.00 |
| v. Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| vi. Up to $7,500.00 | $75.00 |
| vii. $7,501.00-$50,000.00 | $99.00 |
| viii. $50,001.00-$100,000.00 | $175.00 |
| ix. $100,001.00-$250,000.00 | $275.00 |
| x. Over $250,000.00 | $395.00 |

d) **Bank Change Fee-**    $75.00    When Merchant requires a change of account to be Debited
requiring us to adjust our system

e) **Blocked Account-**    $2,500.00    When Merchant BLOCKS account from our Debit ACH which
places them in default (per contract)

f) **Default Fee-**    $5,000.00    When Merchant changes bank account cutting us off from our
Collections

g) **UCC Termination Fee-**    $150.00    When Merchant request a UCC termination

---

**Miscellaneous Service Fees.** Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

Merchant Initials: _____



TVT CAPITAL LLC   (516) 707-9131

I **Dwayne Bridges**_____ authorize Vantiff LLC (dba TVT CAPITAL LLC) to initiate funds from the checking account indicated below. I also authorize my depository financial institution to honor this transfer.

This authorization is valid for this transaction only. The transaction amount will be 2% of the funded amount for $ 1,500.00 .

I have read and agree to all of the terms and conditions on this page and any other contract or document that accompanies this agreement. I certify that I am the authorized account holder for this checking account. I understand this is a binding agreement and I will receive a copy of each check draft in my statement when the item has cleared.

I understand this is a legal binding agreement between Vantiff LLC (dba TVT Capital) and Dwayne Bridges .

I understand that all returned checks are subject to a $25.00 NSF fee. This agreement will remain in effect until Vantiff LLC (dba TVT Capital LLC) receives my written notice of cancellation via mail, fax or email.

X _____                                   12-18-2015
Authorized Account holder Signature                          Date (required)
(required)

11000614                                                     6528
Authorized Account Routing Number                            Authorized Bank Account Number

1150 Blue Mound Rd. W Ste 201  Haslet, TX  M6052
Account Billing Address

817-439-3599
Account Telephone Number

7

Kapitus_000421

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## LICENSE TO CHILL HEATING AND AIR INC dba Just Chillin Heating & Air
## (ACH)

The undersigned, being all of the Directors (the "Board of Directors") of **LICENSE TO CHILL HEATING AND AIR INC dba Just Chillin Heating & Air (ACH)**, a corporation (the "Company") organized under the laws of the state of  do herby certify and consent, pursuant to the By-Laws of the Corporation and the business and corporate laws of the state of incorporation to the adoption of the following without a meeting with the same force and effect as if said resolution had been duly adopted at a meeting of the Board of Directors:

1. **RESOLVED,** that I, **Dwayne Bridges,** am appointed, qualified and authorized Officer of the Company possessing full authorization to bind the Company in the acquisition of any financing, loans, factoring of receivables including the approval of the amount of such financing, and the direct or indirect sale of receivables or borrowing of money by the Company, whether secured or unsecured and guaranteeing such obligation.
2. **RESOLVED,** that I, **Dwayne Bridges**, am fully authorized to permit security interest to be placed upon the assets of the company, to sell, assign, transfer, encumber or dispose of all or any material portion of the tangible or intangible assets of the Company.
3. **RESOLVED,** that I, **Dwayne Bridges,** disclose that there are no proceedings pending for the expulsion / termination of any Officers or Directors of the Company.

This Unanimous Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which when taken together, shall constitute one and the same Unanimous Written Consent.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the 18 day of Dec 20 15.

**MEMBERS OF THE BOARD OF DIRECTORS:**

X _Dwayne Bridges_
Print Name: **Dwayne Bridges**

X _Elia Zavala_
Print Name:                          **NOTARY SEAL:**

**NOTARY SEAL:**

ELIA ZAVALA
My Commission Expires
December 29, 2018

CORPORATE RESOLUTION FOR FINANCING – SFS 031209

# Permission to Release Information

I, Dwayne Bridges _____ , owner of

LICENSE TO CHILL HEATING AND AIR INC _____ ,

authorize Strategic Funding Source, Inc./Colonial
Funding Network, Inc. to obtain trade, landlord, and
bank information from vendors, suppliers, landlord/
mortgagor, banks and creditors. This information will be
used for the sole purpose of obtaining funding through
Strategic Funding Source, Inc.

**AGREED AND ACKNOWLEDGED:**

Signature: _____

**Print Name:** Dwayne Bridges

Company Name: LICENSE TO CHILL HEATING AND AIR INC

Office Phone: (817) 439-3599

Address: 1150 Blue Mound Rd W suite 201
Haslet TX 76052

Date: 12 / 18 / 2015

Cell Phone: 817 980 9732

PAGE 09/09                    JUST CHILLIN                    8173060479    22:00    01/07/2017_2

**KAPITUS EX. 13 - 423**

**Kapitus_000423**



**STRATEGIC**

FUNDING

120 West 45th Street
New York, NY 10036
Phone (757) 903-4889

**Lease Verification Form**

**Date:** June 10, 2016

**Tenant's DBA Name:** Just Chillin Heating & Air (ACH) (LF)

**Tenant's Legal Name:** LICENSE TO CHILL HEATING AND AIR INC

**Physical Address:** 1150 Blue Mound Rd W Ste 201 & 202

Haslet, TX 76052-3877

**Attention:** Jim Eaton

**Phone:** (817) 439-3224    **Fax:**

**You have been listed as the landlord or managing agent for the above referenced tenant. Please complete the following information and fax this form back to (646) 607-9026. If you have any questions, please feel free to contact Ying Yang at (212) 354-1400 thanks.**

| | |
|---|---|
| Is the tenant current on their lease? | yes |
| If not current, please state the number of months tenant is delinquent on: | |
| Has the tenant been late on their payments in the past year? If yes, how many times? | No |
| Lease expiration date? | 05/31/2019 |
| Is there a renewal option, if so, how many years? | |
| Total monthly payment? | 2775 |
| Are there any disputes with the tenant? | no |
| Is this space a storefront or an office? | office / warehouse |
| Who's the principal signer on the lease agreement? | Dwayne |
| Is this lease agreement a sublease or an assignment? | |
| Is this lease agreement personally guaranteed by the tenant? | |
| Comments: | |

**Landlord Information**

**Leasing Company / property agent's name?**

**Legal entity / owner's name on the property?**

**What year was the business property purchased?**

AGREED AND ACKNOWLEDGED:

X _____    Business Address: _____
(Landlord's Signature)    (Street Address)

_____    _____
(Print Name)    (City, State, Zip Code)

_____    Business Phone Number: _____
(Title)    (Date)

**KAPITUS EX. 13 - 424**



**STRATEGIC**
FUNDING
120 West 45th Street
New York, NY 10036
Phone (757) 903-4889

**Lease Verification Form**

| | |
|---|---|
| **Date:** | June 10, 2016 |
| **Tenant's DBA Name:** | Just Chillin Heating & Air (ACH) (LF) |
| **Tenant's Legal Name:** | LICENSE TO CHILL HEATING AND AIR INC |
| **Physical Address:** | 1150 Blue Mound Rd W Ste 201 & 202 |
| | Haslet, TX 76052-3877 |
| **Attention:** | Jim Eaton |
| **Phone:** | (817) 439-3224   **Fax:** |

You have been listed as the landlord or managing agent for the above referenced tenant. Please complete the following information and fax this form back to (646) 607-9026. If you have any questions, please feel free to contact Ying Yang at (212) 354-1400 thanks.

| | |
|---|---|
| Is the tenant current on their lease? | yes |
| If not current, please state the number of months tenant is delinquent on: | |
| Has the tenant been late on their payments in the past year? If yes, how many times? | No |
| Lease expiration date? | 05/31/2019 |
| Is there a renewal option, if so, how many years? | |
| Total monthly payment? | 2775 |
| Are there any disputes with the tenant? | no |
| Is this space a storefront or an office? | office / warehouse |
| Who's the principal signer on the lease agreement? | Dwayne |
| Is this lease agreement a sublease or an assignment? | |
| Is this lease agreement personally guaranteed by the tenant? | |
| Comments: | |

**Landlord Information**

| | |
|---|---|
| Leasing Company / property agent's name? | |
| Legal entity / owner's name on the property? | |
| What year was the business property purchased? | |

AGREED AND ACKNOWLEDGED:

X _____      Business Address: _____
(Landlord's Signature)                                  (Street Address)

_____                              _____
(Print Name)                                          (City, State, Zip Code)

_____                              Business Phone Number: _____
(Title)                 (Date)



Ph. +  (516) 707-9131

Contract ID# 1159502 Sales Partner: TVT Capital LLC.

## REVENUE BASED FACTORING (RBF/ACH) AGREEMENT

Agreement dated <u>June 09 2016</u> between **TVT Capital**. ("**FUNDER**") and the merchant listed below ("the **Merchant**").
    (Month)(Day)(Year)

### MERCHANT INFORMATION

Merchant's Legal Name: <u>LICENSE TO CHILL HEATING AND AIR INC</u>       State of Incorporation / Organization: <u>TX</u>

D/B/A: <u>Just Chillin Heating & Air</u>

Type of entity: ( X ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership ( ) Sole Proprietor

Physical Address: <u>1150 Blue Mound Rd W Ste 103</u>    City: <u>Haslet</u>      State: <u>TX</u>      Zip: <u>76052-3877</u>

Mailing Address:      City:      State:      Zip:

Date business started (mm/yy): <u>07/10</u>      Federal ID# <u>46-4753129</u>

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to Funder, as the lead purchaser for itself and co-investors [making Funder on behalf of itself and all co-investors (collectively the Funders), the absolute owner] in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future receipts, accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (collectively the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), until such time as the "Receipts Purchased Amount" has been delivered by Merchant to FUNDER. The Receipts Purchased Amount shall be paid to FUNDER by the Merchant irrevocably authorizing only one depositing account acceptable to FUNDER (the "Account") to remit the percentage specified below (the "Specified Percentage") of the Merchant's Receipts, until such time as FUNDER receives payment in full of the Receipts Purchased Amount. In consideration of servicing the account, the Merchant hereby authorizes FUNDER to ACH Debit the "Specified Daily Amount" from the merchant's bank account as the base payment credited against the Specified Percentage due. It is the Merchants responsibility to provide bank statements for any and all bank accounts held by the Merchant to reconcile the daily payments made against the Specified Percentage permitting FUNDER to debit or credit the difference to the merchant so that payment equals the Specified Percentage. Failure to provide all of their bank statements in a timely manner or missing a month shall forfeit all rights to future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate. In servicing this Agreement. Merchant understands that it is responsible for ensuring that funds adequate to cover amount to be debited by FUNDER remains in the account. Merchant will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions in the Merchants account which may result from FUNDER' scheduled ACH debit under the terms of this agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: $100,000.00     Specified Percentage: 9%     Specific Daily Amount: $829.00     Receipts Purchased Amount: $140,000.00

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

MERCHANT #1
By <u>Dwayne Bridges</u> _____      _____ (Signature)
    (Print Name and Title)

MERCHANT #2
By _____      _____ (Signature)
    (Print Name and Title)

OWNER/GUARANTOR #1
By <u>Dwayne Bridges</u> _____      _____ (Signature)
    (Print Name and Title)

OWNER/GUARANTOR #2
By _____      _____ (Signature)
    (Print Name and Title)

TVT Capital
By _____      _____ (Signature)
    (Company Officer)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements

CFN ACH 01-25-16            Colonial Funding Network as Servicing Agent

or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) obtain credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER.

ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL FRAUDULENT INDUCEMENT TO OBTAIN FINANCING.

KAPITUS EX. 13 - 427

Kapitus_000427

## MERCHANT AGREEMENT TERMS AND CONDITIONS

### I. TERMS OF ENROLLMENT IN PROGRAM

**1.1 Merchant Deposit Agreement.** Merchant shall execute an agreement (the "**Merchant Deposit Agreement**") acceptable to FUNDER, with a Bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or it's authorized agent with all of the information, authorizations necessary for verifying Merchant's receivables, receipts and deposits into the account. Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant by permitting FUNDER to withdraw the specific daily amount credited against the specified percentages by ACH debit of the Merchant account. The authorization shall be irrevocable without the written consent of FUNDER.

**1.2 Term of Agreement.** This Agreement shall have an indefinite term that shall last either until all the Merchant's obligations to FUNDER are fully satisfied. This shall include but not be limited to any renewals, outstanding fees or costs.

**1.3 Future Purchases.** FUNDER reserves the right to rescind the offer to make any purchase payments hereunder, in its sole discretion.

**1.4 Financial Condition.** Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.

**1.5 Transactional History.** Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

**1.6 Indemnification.** Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor/Bank, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

**1.7 No Liability.** In no event will FUNDER(or any of the Funders) be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

**1.8 Reliance on Terms.** Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

**1.9 Sale of Receipts.** Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the sale of future Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full

amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible at law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

**1.10 Power of Attorney.** Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor/Bank, or in the case of a violation by Merchant of Section 1.12 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

**1.11 Protections Against Default.** The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event (a) Merchant changes its arrangements with Processor/Bank in any way that is adverse to FUNDER; (b) Merchant changes the deposit account through which the Receipts are settled, or permits any event to occur that could cause diversion of any of Merchant's transactions to another account; (c) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written consent of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (d) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement

Protection 1. The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof.

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs.

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.12, FUNDER may exercise its rights under such assignment of lease.

Protection 8. FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise.

**1.12 Protection of Information.** Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates and the Funders relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement.

**1.13 Confidentiality.** Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1.13.

**1.14 Publicity.** Merchant and each Owner only authorizes FUNDER to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

**1.15 D/B/A's.** Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

**II. REPRESENTATIONS, WARRANTIES AND COVENANTS** Merchant represents, warrants and

CFN ACH 01-25-16

KAPITUS EX. 13 - 428

covenants that as of this date and during the term of this Agreement:

**2.1 Financial Condition and Financial Information.** Its bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

**2.2 Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

**2.3 Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

**2.4 Insurance.** Merchant will maintain business-interruption insurance naming FUNDER as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

**2.5 Intentionally omitted**

**2.6 Change of Name or Location.** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business.

**2.7 Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis.

**2.8 Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

**2.9 No Bankruptcy or Insolvency.** As of the date of this Agreement, Merchant represents that it is not insolvent and does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Protections 2 and 3 are immediately invoked.

**2.10 Additional Financing.** Merchant shall not enter into any arrangement, agreement or commitment for any additional financing, whether in the form of a purchase of receivables or a loan to the business with any party other than FUNDER without their written permission.

**2.11 Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the

transactions contemplated with, or adverse to the interests of FUNDER.

**2.12 Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdictions in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

**2.13 Default Under Other Contracts.** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity.

**III. EVENTS OF DEFAULT AND REMEDIES**

**3.1 Events of Default.** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors; or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

**3.2 Remedies.** In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER on its own and on behalf of the Funders may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

**3.3 Costs.** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4.2 above, including but not limited to court costs and attorneys' fees.

**3.4 Required Notifications.** Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.

**IV. MISCELLANEOUS**

**4.1 Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

**4.2 Assignment.** Merchant acknowledges and understands that FUNDER is acting on its own behalf and as the administrator and lead investor for a group of independent participants a list of which can be provided to Merchant after funding and upon written notice to FUNDER. FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

**4.3 Notices.** All notices, requests, consent, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

**4.4 Waiver Remedies.** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

**4.5 Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER (and it's Participants) and their respective successors and assigns, FUNDER's Participants shall be third party beneficiaries of all such agreements. except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

**4.6 Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated.

**4.7 Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

**4.8 Entire Agreement.** Any provision hereof prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and Security Agreement hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

**4.9 JURY TRIAL WAIVER.** THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE

CFN ACH 01-25-16

Colonial Funding Network as Servicing Agent

Kapitus_000429

PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS

**4.12. ARBITRATION.** *PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.* THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.

Covered claims

- *You or we may arbitrate* any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").
- If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.
- Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/subsidiary company.

Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.
- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closet to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.
- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.
- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

Survival and Severability of Terms

- This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in

force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**4.11 Counterparts; Facsimile and PDF Acceptance.** This Agreement and the Merchant Security Agreement and Guaranty shall be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one instrument. Signatures on this Agreement and the Merchant Security Agreement and Guaranty sent by facsimile or PDF will be treated as original signatures for all purposes.

INITIALS:

Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 430**

TVT Capital – **SECURITY AGREEMENT AND GUARANTY**

Borrower's Legal Name: <u>LICENSE TO CHILL HEATING AND AIR INC</u>

D/B/A: <u>Just Chillin Heating & Air</u>

Physical Address: <u>1150 Blue Mound Rd W</u>     City: <u>Haslet</u>     State: <u>TX</u>     Zip: <u>76052-3877</u>
<u>Ste 103</u>

Federal ID# <u>46-4753129</u>

## SECURITY AGREEMENT

**Security Interest.** To secure Merchant's payment and performance obligations to FUNDER and its affiliates or the Funders, a list of which may be provided to the Merchant if requested in writing after the funding of the purchase closes under the Merchant Cash Advance Agreement between Merchant and FUNDER (the "Merchant Agreement"), Merchant hereby grants to FUNDER a security interest in all personal property of Merchant, including all accounts, chattel paper, cash, deposit accounts, documents, equipment, general intangibles, instruments, inventory, or investment property, as those terms are defined in Article 9 of the Uniform Commercial Code of the State of New York as amended (the "UCC"), whether now or hereafter owned or acquired by Merchant and wherever located; and all proceeds of such property, as that term is defined in Article 9 of the UCC (collectively, the "Collateral"). If the Merchant Agreement identifies more than one Merchant, this Security Agreement applies to each Merchant, jointly and severally.

Merchant acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Merchant and FUNDER will secure the obligations hereunder, and that the Merchant's payment and performance obligations secured by this Security Agreement, and the Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Collateral.

Merchant further acknowledges and agrees that, if Merchant enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Security Agreement, and that the Merchant's payment and performance obligations, and the Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Collateral.

**Cross-Collateral.** To secure Guarantor's payment and performance obligations to FUNDER(and the Funders) under this Merchant Security Agreement and Guaranty (this "Agreement"), each Guarantor hereby grants FUNDER, for itself and its participants, a security interest in (the "Additional Collateral"). Each Guarantor agrees and acknowledges that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Guarantor acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Guarantor and FUNDER will secure the obligations hereunder, and that the Guarantor's payment and performance obligations under this Agreement, and the Additional Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Additional Collateral.

Guarantor further acknowledges and agreements that, if Guarantor enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Agreement, and that the Guarantor's payment and performance obligations, and the Additional Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interesting the Additional Collateral.

Each of Merchant and each Guarantor agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral and Additional Collateral, including the execution of any control agreements. Each of Merchant and each Guarantor hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statements may contain notification that Merchant and each Guarantor have granted a negative pledge to FUNDER with respect to the Collateral and Additional Collateral, and that any subsequent lender or lienor may be tortiously interfering with FUNDER's rights. Merchant and each Guarantor shall be jointly and severally liable for and shall pay to FUNDER upon demand all costs and expenses, including but not limited to attorneys' fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

**Negative Pledge.** Each of Merchant and each Guarantor agrees not to create, incur, assume, or permit to exist, directly or indirectly, any additional cash advances, loans, lien or other encumbrance on or with respect to any of the Collateral or Additional Collateral, as applicable without written permission of FUNDER.

**Consent to Enter Premises and Assign Lease.** FUNDER shall have the right to cure Merchant's default in the payment of rent for the Premises on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right: (a) to enter the Premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified merchant capable of operating a business comparable to Merchant's at the Premises.

**Remedies.** Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC) or in equity to collect, enforce, or satisfy any obligations then owing to FUNDER, whether by acceleration or otherwise.

## GUARANTY

**Personal Guaranty of Performance.** The undersigned Guarantor(s) hereby guarantees to FUNDER, and its affiliates or the Funders, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts. (It is understood by all parties that this Guaranty is not an absolute personal guaranty of payment and that the signors are only guaranteeing that they will not take any action or permit the merchant to take any action that is a breach of this agreement.)

**Guarantor Waivers.** In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

CFN ACH 01-25-16           Colonial Funding Network as Servicing Agent

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

**Guarantor Acknowledgement.** Guarantor acknowledges that: (I) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.

INITIALS: _DB_

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANTS AND OWNERS/GUARANTORS ACKNOWLEDGE THAT THIS WRITING REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES HERETO. IT IS UNDERSTOOD THAT ANY REPRESENTATIONS OR ALLEGED PROMISES BY INDEPENDENT BROKERS OR AGENTS OF ANY PARTY IF NOT INCLUDED IN THIS WRITTEN AGREEMENT ARE CONSIDERED NULL AND VOID. ANY MODIFICATION OR OTHER ALTERATION TO THE AGREEMENT MUST BE IN WRITING AND EXECUTED BY THE PARTIES TO THIS CONTRACT.

MERCHANT #1
By Dwayne Bridges
(Print Name and Title)
SS# ███ ███ 7894
(Signature)
Drivers License Number: ███████

MERCHANT #2
By
(Print Name and Title)
SS#
(Signature)
Drivers License Number:

OWNER/GUARANTOR #1
By Dwayne Bridges
(Print Name and Title)
SS# ███ ███ 7894
(Signature)
Drivers License Number: ███████

OWNER/GUARANTOR #2
By
(Print Name and Title)
SS#
(Signature)
Drivers License Number:

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of the funder for this contract providing administrative, bookkeeping, reporting and support services for the funder and the Merchant. Colonial is not affiliated or owned by the funder and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to the funder. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the funder or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

MERCHANT #1
By Dwayne Bridges
(Print Name and Title)
(Signature)

PAGE 05/12              NIDLIFUS EX. 13 - 432   8173090B479   15:07   KAPITUS_000432

colonialfundingnetwork
YOUR TRUSTED SERVICE PROVIDER

## APPENDIX A: THE FEE STRUCTURE:

**A. Origination Fee**

To cover underwriting and related expenses

| Amount Funded | Origination Fee |
|---|---|
| Up to $7,500.00 | $199.00 |
| $7,501.00-$25,000.00 | $295.00 |
| $25,001.00-$50,000.00 | $395.00 |
| $50,001.00-$100,000.00 | $595.00 |
| $100,001.00-$250,000.00 | $795.00 |
| Over $250,000.00 | $995.00 |
| Due Diligence Fee | $0.00 |

**B. ACH Program Fee**    $395.00    ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs

**C. NSF Fee (Standard)**    $50.00ea    Up to FOUR TIMES ONLY before a default is declared

**D. Rejected ACH**    When the merchant directs the bank to Reject our Debit ACH

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $25.00 |
| $7,501.00-$50,000.00 | $35.00 |
| $50,001.00-$100,000.00 | $50.00 |
| $100,001.00-$250,000.00 | $75.00 |
| Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $75.00 |
| $7,501.00-$50,000.00 | $99.00 |
| $50,001.00-$100,000.00 | $175.00 |
| $100,001.00-$250,000.00 | $275.00 |
| Over $250,000.00 | $395.00 |

**E. Bank Change Fee**    $75.00    When Merchant requires a change of account to be Debited requiring us to adjust our system

**F. Blocked Account**    $2,500.00    When Merchant BLOCKS account from our Debit ACH, which places them in default (per contract)

**G. Default Fee**    $5,000.00    When Merchant changes bank account cutting us off from our Collections

**H. UCC Termination Fee**    $150.00    When Merchant request a UCC termination

**I. Administrative Fee**    $0.00

---

**Miscellaneous Service Fees.** Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

MERCHANT INITIALS: _____

KAPITUS EX. 13 - 433      Kapitus_000433

# Contract Balance Buy Out Form

June 9, 2016

To Whom It May Concern:

As part of the new Strategic Funding Source, Inc. Agreement Contract #_1159502_ dated and signed on _June 9, 2016_, _LICENSE TO CHILL HEATING AND AIR INC DBA: Just Chillin Heating & Air_ located at _1150 Blue Mound Rd W Ste 103 Haslet, TX 76052_ agrees to buy out the remaining balance due in the amount of _$48,079.00_ on the Strategic Funding Source, Inc. Agreement Contract #_839042_ dated and signed on _December 21, 2015._

Thank you,

X _____
Dwayne Bridges

Owner

KAPITUS EX. 13 - 434          Kapitus_000434

# Just Chillin Heating & Air (ACH) (LF) 308731 [(/datalog/view/displayName merchant/parent id 308731)](/datalog/view/displayName merchant/parent id 308731)

LICENSE TO CHILL HEATING AND AIR INC

Collection

Kapitus Servicing

Merchant (/merchants/view/308731)   Info (/merchants/info/308731)   Contracts (/merchants/contracts/308731)   Processors (/merchants/processors/308731)   Underwriting ▼

Notes ▼   Documents ▼   Collections ▼   Status History (/merchants/statushistory/308731)   Other ▼   Cash Management ▼   Bankruptcy (/merchants/bankruptcy/308731)

| CID | Submitted | Start/Funded | Last Pmt | Type | Status | Amount | RTR | Balance | Bought Out By | Pri |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contract Sales Rep: **Fellus, Warren F (TVT Capital LLC.)** | | | | | Not Set |
| 1159502 | 06/09/2016 | 06/10/2016 | 02/28/2017 | Renewal Cash Advance | Funded | $100,000.00 | $140,000.00 | $93,936 00 | | View ▼ |
| | | | | | Contract Sales Rep: **Fellus, Warren F (TVT Capital LLC.)** | | | | | Not Set |
| 839042 | 12/11/2015 | 12/21/2015 | 06/10/2016 | New Cash Advance | RTR Paid | $75,000.00 | $103,500.00 | $0 00 | 1159502 | View ▼ |
| | | | | | Contract Sales Rep: **Marano, Michael (Crest Hill Capital, LLC)** | | | | | Not Set |
| 750702 | 10/21/2015 | | | New Cash Advance | Contract Expired | $0.00 | $0.00 | $0 00 | | View ▼ |
| | | | | | Contract Sales Rep: **Funding Merchant Source, LLC (BCF), Marina L. , (Marina L. Afra (inactive))** | | | | | Not Set |
| 393501 | 10/29/2013 | 11/06/2013 | 02/11/2014 | New Cash Advance | RTR Paid | $50,000.00 | $69,000.00 | $0 00 | | View ▼ |
| | | | | | Totals: | **$225,000.00** | **$312,500.00** | **$93,936.00** | | |

New Contract (/contracts/addcontract/308731)

KAPITUS EX. 13 - 435

**Kapitus_000435**

Merchant Statement

Just Chillin Heating Air (ACH) (LF)



**Merchant Statement of Activity**

Just Chillin Heating & Air (ACH) (LF)
1150 Blue Mound Rd W Ste 201 & 202
Haslet, TX 76052-3877

Merchant ID: 308731
From: 2016-06-29 - 2019-10-10

| Date | Description | Deposits | Fees | Charge-backs | Disbursements | Holdback % | Pending Pmts | Contract Pmts | Contract Balance | Lockbox Reserve |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016-06-29 | Beginning contract balance | | | | | | | | $130,412.00 | |
| 2013-11-06 | Just Chillin Heating & Air (ACH) New Cash Advance Other via ACH | | | | $50,000.00 | | | | | |
| 2015-12-21 | Just Chillin Heating & Air (ACH) (LF) New Cash Advance Other via ACH | | | | $73,995.00 | | | | | |
| 2016-06-10 | Just Chillin Heating & Air (ACH) (LF) Renewal Cash Advance Other via ACH | | | | $52,264.00 | | | | | |
| 2016-06-29 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-06-24 | | | | | 9.0% | | -$829.00 | $129,583.00 | |
| 2016-06-30 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-06-27 | | | | | 9.0% | | -$829.00 | $128,754.00 | |
| 2016-07-01 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-06-28 | | | | | 9.0% | | -$829.00 | $127,925.00 | |
| 2016-07-05 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-06-29 | | | | | 9.0% | | -$829.00 | $127,096.00 | |
| 2016-07-06 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-06-30 | | | | | 9.0% | | -$829.00 | $126,267.00 | |
| 2016-07-07 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-01 | | | | | 9.0% | | -$829.00 | $125,438.00 | |
| 2016-07-08 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-05 | | | | | 9.0% | | -$829.00 | $124,609.00 | |
| 2016-07-11 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-06 | | | | | 9.0% | | -$829.00 | $123,780.00 | |
| 2016-07-12 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-07 | | | | | 9.0% | | -$829.00 | $122,951.00 | |
| 2016-07-13 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-08 | | | | | 9.0% | | -$829.00 | $122,122.00 | |
| 2016-07-14 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-11 | | | | | 9.0% | | -$829.00 | $121,293.00 | |
| 2016-07-15 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-12 | | | | | 9.0% | | -$829.00 | $120,464.00 | |
| 2016-07-18 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-13 | | | | | 9.0% | | -$829.00 | $119,635.00 | |
| 2016-07-19 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-14 | | | | | 9.0% | | -$829.00 | $118,806.00 | |
| 2016-07-20 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-15 | | | | | 9.0% | | -$829.00 | $117,977.00 | |
| 2016-07-21 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-18 | | | | | 9.0% | | -$829.00 | $117,148.00 | |
| 2016-07-22 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-19 | | | | | 9.0% | | -$829.00 | $116,319.00 | |
| 2016-07-25 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-20 | | | | | 9.0% | | -$829.00 | $115,490.00 | |
| 2016-07-26 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-21 | | | | | 9.0% | | -$829.00 | $114,661.00 | |
| 2016-07-27 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-22 | | | | | 9.0% | | -$829.00 | $113,832.00 | |
| 2016-07-28 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-25 | | | | | 9.0% | | -$829.00 | $113,003.00 | |
| 2016-07-29 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-26 | | | | | 9.0% | | -$829.00 | $112,174.00 | |
| 2016-08-01 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-27 | | | | | 9.0% | | -$829.00 | $111,345.00 | |
| 2016-08-02 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-28 | | | | | 9.0% | | -$829.00 | $110,516.00 | |
| 2016-08-03 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-07-29 | | | | | 9.0% | | -$829.00 | $109,687.00 | |
| 2016-08-04 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-01 | | | | | 9.0% | | -$829.00 | $108,858.00 | |
| 2016-08-05 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-02 | | | | | 9.0% | | -$829.00 | $108,029.00 | |
| 2016-08-08 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-03 | | | | | 9.0% | | -$829.00 | $107,200.00 | |
| 2016-08-09 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-04 | | | | | 9.0% | | -$829.00 | $106,371.00 | |
| 2016-08-10 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-05 | | | | | 9.0% | | -$829.00 | $105,542.00 | |
| 2016-08-11 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-08 | | | | | 9.0% | | -$829.00 | $104,713.00 | |
| 2016-08-12 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-09 | | | | | 9.0% | | -$829.00 | $103,884.00 | |
| 2016-08-15 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-10 | | | | | 9.0% | | -$829.00 | $103,055.00 | |
| 2016-08-16 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-11 | | | | | 9.0% | | -$829.00 | $102,226.00 | |
| 2016-08-17 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-12 | | | | | 9.0% | | -$829.00 | $101,397.00 | |
| 2016-08-18 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-15 | | | | | 9.0% | | -$829.00 | $100,568.00 | |
| 2016-08-19 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-16 | | | | | 9.0% | | -$829.00 | $99,739.00 | |
| 2016-08-22 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-17 | | | | | 9.0% | | -$829.00 | $98,910.00 | |
| 2016-08-23 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-18 | | | | | 9.0% | | -$829.00 | $98,081.00 | |
| 2016-08-24 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-19 | | | | | 9.0% | | -$829.00 | $97,252.00 | |
| 2016-08-25 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-22 | | | | | 9.0% | | -$829.00 | $96,423.00 | |
| 2016-08-26 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-23 | | | | | 9.0% | | -$829.00 | $95,594.00 | |
| 2016-08-29 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-24 | | | | | 9.0% | | -$829.00 | $94,765.00 | |
| 2016-08-30 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-25 | | | | | 9.0% | | -$829.00 | $93,936.00 | |
| 2016-08-31 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-26 | | | | | 9.0% | | -$829.00 | $93,107.00 | |
| 2016-08-31 | Contract [1159502] Payment from 8/31/2016 returned due to R08: Payment Stopped or Stop Payment on Item | | | | | 9.0% | | $829.00 | $93,936.00 | |
| 2016-09-01 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-29 | | | | | 9.0% | | -$829.00 | $93,107.00 | |

**KAPITUS EX. 13 - 436**

Merchant Statement

Just Chillin Heating Air (ACH) (LF)

| 2016-09-01 | Contract [1159502] Payment from 9/1/2016 returned due to R08: Payment Stopped or Stop Payment on Item | 9.0% | $829.00 | $93,936.00 |
| 2016-09-02 | Contract [1159502] Payment from Daily ACH Debit initiated 2016-08-30 | 9.0% | -$829.00 | $93,107.00 |
| 2016-09-02 | Contract [1159502] Payment from 9/2/2016 returned due to R08: Payment Stopped or Stop Payment on Item | 9.0% | $829.00 | $93,936.00 |
| 2019-10-10 | Ending contract balance | | | $93,936.00 |

| **Total** | | $0.00 | $0.00 | $0.00 | $176,259.00 | | $0.00 | -$36,476.00 | |

**Contract Summary**

| Contract ID | Description | Funding Amount | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 1159502 | Renewal Cash Advance | $100,000.00 | $130,412.00 | $93,936.00 |
| 750702 | New Cash Advance | $0.00 | $0.00 | $0.00 |

**Deposit Summary**

| | |
|---|---|
| Total Visa/MasterCard/Discover Deposit | $0.00 |

**Unpaid Fees**

| Date | Description | Amount |
|---|---|---|
| 08/31/2016 | **Returned ACH - Payment Stopped - Payment from 8/31/2016** | **$50.00** |
| 09/01/2016 | **Returned ACH - Payment Stopped - Payment from 9/1/2016** | **$50.00** |
| 09/02/2016 | **Returned ACH - Payment Stopped - Payment from 9/2/2016** | **$50.00** |
| | **Total:** | **$150.00** |

**Kapitus_000437**



Wolters Kluwer

My Portfolio · Form Preview · Preferences · Support ▾

Custom Links ▾ · Logout

⌂ Home · Create UCC Filing · Order Documents · Search Public Records

Lien Solutions – iLien

# Search Results

Estimated Fees ($ 0.00) | Message Center ₀ | CAROLINA BAEZ

**Search Key** LICENSE TO CHILL HEATING AND AIR INC
**Order Number** 73588681
**Uniform Commercial Code, Texas***
**Currency Date** 01/27/2020
**Records Found** 3

Form Preview · Email · Export

Refine Debtor Name Within Results

☐ Show only selected    ☑ Expand All



| ☐ Select | View ($) | File Number | FileDate ▲ | Debtor | SecuredParty | Red Flag | Add Note | Action |
|---|---|---|---|---|---|---|---|---|
| | | | | **Active** | | | | |
| ☐ | 📁 | ⊟ 150035952797 | 11/10/2015 Expires: 11/10/2020 | LICENSE TO CHILL HEATING AND AIR INC. 1150 BLUE MOUND RD W STE 103 HASLET TX 76052 | JPMORGAN CHASE BANK, NA COLLATERAL MGMT SMALL BUSINESS, P.O. BOX 33035 LOUISVILLE KY 402329891 Collat: All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; wheth er any of the foregoing is owned now or acquired later; all accessions, addition s, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of t he foregoing (including insurance, general intangibles and other accounts procee ds) | ✅ | 💬 | ▾ |
| ☐ | 📁 | ⊟ 150040151714 | 12/21/2015 Expires: 12/21/2020 | JUST CHILLIN HEATING & AIR 1150 BLUE MOUND RD W STE 103 HASLET TX 76052 LICENSE TO CHILL HEATING AND AIR INC. 1150 BLUE MOUND RD W STE 103 HASLET TX 76052 | C T CORPORATION SYSTEM, AS REPRESENTATIVE 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE CA 91203 Collat: NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGR EED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMB ERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY I NTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO T HE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEROF RECEIVED BY | ✅ | 💬 | ▾ |

Kapitus_000438

S UCH ENTITY.Accounts, accounts receivable, rents, real property leases, not es, bills, acceptances, chooses in action, chattel paper, instruments, documents and other forms of obligations at any time owing to the Grantor arising out of goods sold or leased or for services rendered by Grantor, the proceeds thereof a nd all of Grantor's rights with respect to any goods represented thereby, whethe r or not delivered, goods returned by customers and all rights as an unpaid vend or or lienor, including rights of stoppage in transit and of recovering possessi on by proceedings including replevin and reclamation, together with all customer lists, books and records, ledger and account cards, computer tapes, software, d isks, printouts and records, whether now in existence or hereafter created, rela ting thereto (collectively referred to hereinafter as "Receivables");Inventory, including without limitation, all goods manufactured or acquired for sale or le ase, and any piece goods, raw materials, work in process and finished merchandis e, findings or component materials, and all supplies, goods, incidentals, office supplies, packaging materials and any and all items used or consumed in the ope ration of the business of Grantor or which may contribute to the finished produc t or to the sale, promotion and shipment thereof, in which Grantor now or at any time hereafter may have an interest, whether or not the same is in transit or i n the constructive, actual or exclusive occupancy or possession of Grantor or is held by Grantor or by others for Grantor's account (collectively referred to he reinafter as "Inventory");Goods, including without limitation, all machinery, e quipment, parts, supplies, apparatus, appliances, tools, fittings, furniture, fu rnishings, fixtures and articles of tangible personal property of every descript ion now or hereafter owned by the Grantor or in which Grantor may have or may he reafter acquire any interest, at any location (collectively referred to hereinaf ter as "Equipment");General intangibles in which the Grantor now has or hereaft er acquires

Kapitus_000439

any rights, including but not limited to, rights of the corporate or business records, inventions, designs, patents, patent applications, trademarks, trademark registrations and applications therefor, goodwill, trade names, trade secrets, trade processes, copyrights, copyright registrations and applications therefor, licenses, permits, franchises, customer lists, computer programs, all claims under guaranties, tax refund claims, rights and claims against carriers and shippers, leases, claims under insurance policies, all rights to indemnification and all other intangible personal property and intellectual property of every kind and nature (collectively referred to hereinafter as "Intangibles"); All the capital stock, bonds, notes, partnership interests, member interests in limited liability companies, and other securities, if any, held of record or beneficially by the Grantor, including without limitation the capital stock of all subsidiaries of the Grantor, and the Grantor's interests in all securities brokerage accounts (collectively referred to hereinafter as "Investments");All cash on hand and on deposit in banks, trust companies and similar institutions, and all property accounted for in the Grantor's financial statements as "cash equivalents" (collectively referred to hereinafter as "Cash");All accessions to, substitutions for and all replacements, products and proceeds of the Receivables, Inventory, Equipment, Intangibles, Investments and Cash (collectively referred to hereinafter as "Collateral"), including without limitation proceeds of insurance policies insuring the Collateral; andBooks and records relating to any of the Collateral (including without limitation, customer data, credit files, computer programs, printouts, and other computer materials and records of the Grantor pertaining to any of the foregoing).

**Terminated**

| | | | | | | |
|---|---|---|---|---|---|---|
| 150004210154 | 02/11/2015 Expires: 02/11/2020 | LICENSE TO CHILL HEATING AND AIR INC. 1150 BLUE MOUND ROAD WEST STE. | KNIGHT CAPITAL FUNDING II, LLC 9 EAST LOOCKERMAN STREET, STE. 3A-543 DOVER DE 19901 | ✓ | | |
| 1500350006 Term | 11/02/2015 | 103 | Collat: Any and all present and future | | | |

Kapitus_000440

HASLET TX 76052

receivables (accounts), chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments , equipment, inventory wherever located, and proceeds now or hereafter owned or acquired by License to Chill Heating and Air Inc.NOTICE PURSUANT TO AN AGREE MENT BETWEEN DEBTOR (SELLER) AND SECURED PARTY (BUYER), DEBTOR HAS AGREED TO NOT FURTHER SELL THE DEBTOR'S RECEIVABLES, THE FURTHER ENCUMBERING OF WHICH MAY CON STITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S CONTRACTUAL RELATIONS HIP WITH DEBTOR. IN THE EVENT THAT ANY ENTITY PURCHASES DEBTOR'S RECEIVABLES CO NTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF R ECEIVED BY SUCH ENTITY.



© 2020 C T Corporation System and its affiliates. All rights reserved.

## COLONIAL FUNDING NETWORK, INC.
### LEGAL DEPARTMENT
120 W. 45TH STREET, 2ND FLOOR . NEW YORK, NY 10036
212-354-1400 X. 7018 (P) . 800-581-3615 (F)

October 4, 2016

Dwayne Bridges
628 Destin Drive
Fort Worth, TX 76131

License To Chill Heating And Air Inc d/b/a
Just Chillin Heating & Air
C/o Dwayne Bridges, Owner
1150 Blue Mound Road West, Suite 103
Haslet, TX 76052

**RE: License To Chill Heating And Air Inc - Notice of Default and Demand for Payment**

PAYMENT DUE IMMEDIATELY: $101,586.00

Dear Mr. Bridges:

I am the attorney for Colonial Funding Network, Inc., as servicing provider for TVT Capital LLC ("CFN" or the "Company"). I have been advised by the same that you are in default of the Merchant Cash Advance Agreement for Purchase and Sale of Future Receivables (the "Agreement") that you signed with CFN in conjunction with License To Chill Heating And Air Inc d/b/a Just Chillin Heating & Air (hereinafter, "Just Chillin Heating & Air") on June 09, 2016.

As you are aware, you signed the Agreement as guarantor of the funds advanced to Just Chillin Heating & Air, which renders you personally liable to CFN for all sums owed under the Agreement. Accordingly, demand is hereby made for immediate payment in the amount of **$101,586.00** representing the outstanding balance due to CFN and costs associated with the default as per the terms of the Agreement.

Please be advised, that in the event full payment is not received within ten (10) days of the date on this letter, CFN will be forced to exercise its rights under the Agreement. These rights include but are not limited to, commencing litigation procedures to collect on this debt and reporting the default to a credit reporting agency. Additionally, you will be held directly liable for any and all costs and damages suffered by CFN as a result of the default.

Please note that CFN's receipt of any partial payment towards this debt will not constitute a waiver of CFN's rights to pursue its legal remedies in securing a complete recovery of the funds owed.

If you would like to discuss potential settlement options, contact me immediately.

This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

Sincerely,

*Jennifer Ballard, Esq.*

Jennifer Ballard, Esq.
Colonial Funding Network, Inc.
jballard@sfscapital.com

COLONIAL FUNDING NETWORK, INC.
LEGAL DEPARTMENT
120 W. 45TH STREET, 2ND FLOOR . NEW YORK, NY 10036
212-354-1400 X. 7018 (P) . 800-581-3615 (F)

October 4, 2016

Dwayne Bridges
628 Destin Drive
Fort Worth, TX 76131

License To Chill Heating And Air Inc d/b/a
Just Chillin Heating & Air
C/o Dwayne Bridges, Owner
1150 Blue Mound Road West, Suite 103
Haslet, TX 76052

**RE: License To Chill Heating And Air Inc - Notice of Default and Demand for Payment**

PAYMENT DUE IMMEDIATELY: $101,586.00

Dear Mr. Bridges:

I am the attorney for Colonial Funding Network, Inc., as servicing provider for TVT Capital LLC ("CFN" or the "Company"). I have been advised by the same that you are in default of the Merchant Cash Advance Agreement for Purchase and Sale of Future Receivables (the "Agreement") that you signed with CFN in conjunction with License To Chill Heating And Air Inc d/b/a Just Chillin Heating & Air (hereinafter, "Just Chillin Heating & Air") on June 09, 2016.

As you are aware, you signed the Agreement as guarantor of the funds advanced to Just Chillin Heating & Air, which renders you personally liable to CFN for all sums owed under the Agreement. Accordingly, demand is hereby made for immediate payment in the amount of **$101,586.00** representing the outstanding balance due to CFN and costs associated with the default as per the terms of the Agreement.

Please be advised, that in the event full payment is not received within ten (10) days of the date on this letter, CFN will be forced to exercise its rights under the Agreement. These rights include but are not limited to, commencing litigation procedures to collect on this debt and reporting the default to a credit reporting agency. Additionally, you will be held directly liable for any and all costs and damages suffered by CFN as a result of the default.

Please note that CFN's receipt of any partial payment towards this debt will not constitute a waiver of CFN's rights to pursue its legal remedies in securing a complete recovery of the funds owed.

If you would like to discuss potential settlement options, contact me immediately.

This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

Sincerely,

*Jennifer Ballard, Esq.*

Jennifer Ballard, Esq.
Colonial Funding Network, Inc.
jballard@sfscapital.com

## COLONIAL FUNDING NETWORK, INC.
### LEGAL DEPARTMENT
120 W. 45TH STREET, 2ND FLOOR . NEW YORK, NY 10036
212-354-1400 X. 7018 (P) . 800-581-3615 (F)

October 4, 2016

Dwayne Bridges
628 Destin Drive
Fort Worth, TX 76131

License To Chill Heating And Air Inc d/b/a
Just Chillin Heating & Air
C/o Dwayne Bridges, Owner
1150 Blue Mound Road West, Suite 103
Haslet, TX 76052

**RE: License To Chill Heating And Air Inc - Notice of Default and Demand for Payment**

PAYMENT DUE IMMEDIATELY: $101,586.00

Dear Mr. Bridges:

I am the attorney for Colonial Funding Network, Inc., as servicing provider for TVT Capital LLC ("CFN" or the "Company"). I have been advised by the same that you are in default of the Merchant Cash Advance Agreement for Purchase and Sale of Future Receivables (the "Agreement") that you signed with CFN in conjunction with License To Chill Heating And Air Inc d/b/a Just Chillin Heating & Air (hereinafter, "Just Chillin Heating & Air") on June 09, 2016.

As you are aware, you signed the Agreement as guarantor of the funds advanced to Just Chillin Heating & Air, which renders you personally liable to CFN for all sums owed under the Agreement. Accordingly, demand is hereby made for immediate payment in the amount of **$101,586.00** representing the outstanding balance due to CFN and costs associated with the default as per the terms of the Agreement.

Please be advised, that in the event full payment is not received within ten (10) days of the date on this letter, CFN will be forced to exercise its rights under the Agreement. These rights include but are not limited to, commencing litigation procedures to collect on this debt and reporting the default to a credit reporting agency. Additionally, you will be held directly liable for any and all costs and damages suffered by CFN as a result of the default.

Please note that CFN's receipt of any partial payment towards this debt will not constitute a waiver of CFN's rights to pursue its legal remedies in securing a complete recovery of the funds owed.

If you would like to discuss potential settlement options, contact me immediately.

This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

Sincerely,

*Jennifer Ballard, Esq.*

Jennifer Ballard, Esq.
Colonial Funding Network, Inc.
jballard@sfscapital.com

**Kapitus_000444**

COLONIAL FUNDING NETWORK, INC.
LEGAL DEPARTMENT
120 W. 45TH STREET, 2ND FLOOR . NEW YORK, NY 10036
212-354-1400 X. 7018 (P) . 800-581-3615 (F)

October 4, 2016

Dwayne Bridges
628 Destin Drive
Fort Worth, TX 76131

License To Chill Heating And Air Inc d/b/a
Just Chillin Heating & Air
C/o Dwayne Bridges, Owner
1150 Blue Mound Road West, Suite 103
Haslet, TX 76052

**RE: License To Chill Heating And Air Inc - Notice of Default and Demand for Payment**

PAYMENT DUE IMMEDIATELY: $101,586.00

Dear Mr. Bridges:

I am the attorney for Colonial Funding Network, Inc., as servicing provider for TVT Capital LLC ("CFN" or the "Company"). I have been advised by the same that you are in default of the Merchant Cash Advance Agreement for Purchase and Sale of Future Receivables (the "Agreement") that you signed with CFN in conjunction with License To Chill Heating And Air Inc d/b/a Just Chillin Heating & Air (hereinafter, "Just Chillin Heating & Air") on June 09, 2016.

As you are aware, you signed the Agreement as guarantor of the funds advanced to Just Chillin Heating & Air, which renders you personally liable to CFN for all sums owed under the Agreement. Accordingly, demand is hereby made for immediate payment in the amount of **$101,586.00** representing the outstanding balance due to CFN and costs associated with the default as per the terms of the Agreement.

Please be advised, that in the event full payment is not received within ten (10) days of the date on this letter, CFN will be forced to exercise its rights under the Agreement. These rights include but are not limited to, commencing litigation procedures to collect on this debt and reporting the default to a credit reporting agency. Additionally, you will be held directly liable for any and all costs and damages suffered by CFN as a result of the default.

Please note that CFN's receipt of any partial payment towards this debt will not constitute a waiver of CFN's rights to pursue its legal remedies in securing a complete recovery of the funds owed.

If you would like to discuss potential settlement options, contact me immediately.

This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

Sincerely,

*Jennifer Ballard, Esq.*

Jennifer Ballard, Esq.
Colonial Funding Network, Inc.
jballard@sfscapital.com

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK

---------------------------------------------------------------------X

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                      Plaintiff/Petitioner,

    - against -                            Index No. 655613/2016

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                    Defendant/Respondent.

---------------------------------------------------------------------X

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

      PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

      The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

      Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 10/24/2016

                    (Signature)        120 West 45th Street, 2nd Fl.   (Address)

Jennifer Ballard, Esq.     (Name)       New York, NY 10036

ATTORNEY FOR PLAINTIFF          (212) 354-1400       (Phone)

                             jballard@sfscapital.com  (E-Mail)

To: Dwayne Bridges (aka Dwayne Paul Bridges)
628 Destin Drive
Fort Worth, TX 76131

To:  License to Chill Heating and Air, Inc. d/b/a
Just Chillin Heating + Air
1160 Blue Mound Road West, Ste 103
Haslet, TX 76052

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                           Plaintiff,

              - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                           Defendants,

-----------------------------------------------------------------------x

Index No.:

Date Filed:

**SUMMONS**

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

Plaintiff designates New York
County as the place of trial.  Venue
is based upon Plaintiff's place of
business and pursuant to Agreement.

TO THE ABOVE-NAMED DEFENDANT(S):

    **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the City of New
York , County of New York at the office of the Clerk of said county at 60 Centre Street, New York,
New York 10007, and to answer the Complaint in this action and serve a copy of your Answer or, if
the Complaint is not served with the Summons, to serve a Notice of Appearance, on the plaintiff's
attorney within 20 days after the service of this Summons, exclusive of the day of service; or within
30 days after the service is complete if this Summons is not personally delivered to you within the
State of New York.  In case of your failure to appear or answer, judgment will be taken against you
by default for the relief demanded in the Complaint.

Dated: New York, New York
October 2 , 2016

                              **Jennifer Ballard, Esq.**

By:
                             Attorney for Plaintiff
                             120 West 45th Street, 2nd Fl.
                             New York, New York 10036
                             Tel: (212) 354-1400
                             Fax: (800) 581-3615

**License to Chill Heating and Air, Inc. d/b/a**
**Just Chillin Heating & Air**
1150 Blue Mound Road West, Ste 103
Haslet, TX 76052

**Dwayne Bridges (a/k/a Dwayne Paul Bridges)**
628 Destin Drive
Fort Worth, TX 76131

Kapitus_000447

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                              Plaintiff,

        - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                              Defendants,

-------------------------------------------------------------------------x

Index No.:

Date Filed:

**VERIFIED COMPLAINT**

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

Plaintiff designates New York
County as the place of trial. Venue
is based upon Plaintiff's place of
business and pursuant to Agreement.

Plaintiff, Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC, by its attorney, Jennifer Ballard, Esq., complaining of the Defendants Just Chillin Heating & Air d/b/a Just Chillin Heating & Air, and Dwayne Bridges (a/k/a Dwayne Paul Bridges), alleges upon information and belief, as follows:

## PARTIES

1.  Plaintiff, Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC ("CFN" or "Plaintiff") is a New York Corporation with its principal place of business at 120 West 45th Street, 2nd Fl., New York, New York 10036.

2.  Upon information and belief, Defendant License to Chill Heating and Air, Inc. d/b/a Just Chillin Heating & Air, ("Just Chillin Heating & Air,") is a company incorporated and existing under the laws of the state of Texas, with a last known address of 1150 Blue Mound Road West, Ste 103, Haslet, TX 76052.

3.  Defendant Dwayne Bridges (a/k/a Dwayne Paul Bridges) ("Bridges") is a natural person, the owner and guarantor of defendant Just Chillin Heating & Air, and upon information and belief, at all times hereinafter mentioned, was and is a resident of the State of Texas, residing at 628 Destin Drive, Fort Worth, TX 76131.

4. Just Chillin Heating & Air and Bridges are hereinafter referred to collectively as "Defendants".

5. Defendants have consented to the jurisdiction of this Court pursuant to the Agreement referenced below.

## FACTUAL ALLEGATIONS

6. By way of the Merchant Cash Advance Agreement for the Purchase and Sale of Future Receivables dated June 9, 2016, (the "Agreement"), Plaintiff purchased $140,000.00 of Just Chillin Heating & Air's future accounts, monetary payments and other general receivables generated in the course of its business (the "Receivables"). A true and accurate copy of the Agreement is annexed hereto as "**Exhibit A**".

7. On June 10, 2016, Plaintiff paid Just Chillin Heating & Air, the amount of $100,000.00, as the agreed upon purchase price for the Receivables.

8. Plaintiff was to collect 9% of the daily batch amount of receivables collected by Just Chillin Heating & Air, via Automated Clearing House (ACH) debits from Defendants' depositing account. Agreement pg.1, line 24, and pg.4, sec. 2.7.

9. As noted in the Agreement, a primary condition of this transaction was that Just Chillin Heating & Air was to use a single, specified depositing account (the "Account"), designated by the parties and made fully accessible to CFN, into which all Receivables collected by Just Chillin Heating & Air, would be deposited. Agreement pgs.1, lines 8-23 & pg.4, sec. 2.5.

10. Any changes to the Account were to be made only with the express written consent of Plaintiff.  Agreement pg.4, sec. 2.5.

11. Additionally, Just Chillin Heating & Air made numerous warranties, representations and covenants within Section 2 of the Agreement including, inter alia,

**Kapitus_000449**

    a. To provide to Plaintiff an accurate representation of the financial state of the business and to proactively and continually apprise Plaintiff of any material adverse changes thereto.

    b. To deposit the Receivables into the Account.

    c. Not to change the Account into which the Receivables of Just Chillin Heating & Air were deposited without Plaintiff's written consent.

12. In direct contradiction of the afore-mentioned warranties, representations and covenants, by August 30, 2016, Just Chillin Heating & Air stopped depositing all of its Receivables to the Account.

13. As a result, Plaintiff has been unable to collect its daily percentage of Receivables purchased from Just Chillin Heating & Air, since the date of said cessation.

14. Of the $140,000.00 of Receivables purchased, Defendants have delivered a total of $46,064.00 to Plaintiff, leaving a balance of $93,936.00 worth of Receivables due and owing to Plaintiff under the Agreement.

15. Defendants also incurred $150.00 in returned ACH debit fees due to payment stopped. Agreement pg.8.

16. Additionally, the Agreement provides for a $5,000.00 "Default" fee to be added to Defendants' balance in the event Defendants altered or stopped depositing Receivables into the Account.

17. The combined sum of outstanding Receivables due to Plaintiff and the contractual default fee provide for a total balance of $99,086.00 due and owing to Plaintiff.

18. Moreover, Defendant Bridges executed a personal guaranty of Just Chillin Heating & Air's full performance of all terms and obligations under the Agreement. "Guaranty" annexed to Agreement as pg.6.

Kapitus_000450

19. Nevertheless, Bridges has not fulfilled his obligation as guarantor, to cure the debt owed to Plaintiff, in light of Just Chillin Heating & Air's default.

20. Whereas, Defendants are jointly and severally liable to Plaintiff for the amount of $99,086.00 pursuant to the Agreement, plus costs, and interest from August 30, 2016, the date of default, through entry of judgment herein.

**AS AND FOR A FIRST CAUSE OF ACTION**
**AGAINST DEFENDANT JUST CHILLIN HEATING & AIR:**

**(Breach of Contract)**

21. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "20" as though fully set forth herein at length.

22. The Agreement provides that Just Chillin Heating & Air shall be in default of the Agreement if, *inter alia*, it breaches any of the terms, covenants or conditions contained therein or makes any representation or warranty proving to have been incorrect, false or misleading. Agreement Section 3.1(a) and (b).

23. As a result of Just Chillin Heating & Air's breach of the terms and Section 2 provisions set forth above, Just Chillin Heating & Air has defaulted under the Agreement.

24. Section 1.11, the Agreement provides that in the event of a default, all future Receivables purchased by Plaintiff shall immediately become due and owing to Plaintiff.

25. Further, Section 3.2 of the Agreement provides that in the event of a default under the Agreement, Plaintiff shall have the right to enforce its rights and remedies by suit in equity or action by law.

26. No Receivables have been transmitted to Plaintiff since August 30, 2016, leaving a balance of Receivables as of this date in the amount of $93,936.00. Further as stated above, a default of $5,000.00 and returned ACH debit fees amounting to $150.00 are to be added to Defendants' outstanding balance in the event Defendants changed or stopped depositing Receivables in the Account. Agreement pg.8.

**KAPITUS EX. 13 - 451**

27. By reason of the foregoing, Just Chillin Heating & Air is liable to CFN in the amount of $99,086.00, plus costs and interest at the statutory rate from August 30, 2016, through the entry of judgment herein.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST DEFENDANT JUST CHILLIN HEATING & AIR:
### (Account Stated)

28. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "27" above as though fully set forth herein at length.

29. CFN periodically mailed notices to Just Chillin Heating & Air reflecting the current balance due and demanding payment of the same ("Statements of Account").

30. Just Chillin Heating & Air received and accepted these Statements of Account without timely objection, protest, or dispute.

31. The last Statements of Account were mailed to Just Chillin Heating & Air on or around October 4, 2016.

32. By reason of the foregoing, an account has been stated between CFN and Just Chillin Heating & Air, in the sum of $99,086.00.

## AS AND FOR A THIRD CAUSE OF ACTION
## AGAINST DEFENDANT BRIDGES:
### (Breach of Guaranty)

33. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" to "32" above as though fully set forth herein at length.

34. In connection with the Agreement, Bridges made and delivered to CFN a separately executed, written personal guaranty of Just Chillin Heating & Air's performance of all representations, warranties and covenants under the Agreement. Said guaranty states, *inter*

Kapitus_000452

*alia*, : "The undersigned Guarantor(s) hereby guarantys...Merchant's payment and performance of all of the representations, warranties, covenants made by Merchant in this Agreement...as ...may be renewed, amended, extended or otherwise modified..." Agreement pgs.6,

35. Pursuant to the guaranty, Plaintiff has the right to enforce its rights under the Agreement severally against Bridges in the event of Just Chillin Heating & Air's default. Agreement pg.6.

36. Just Chillin Heating & Air failed to perform under the terms and conditions of the Agreement, rendering Bridges personally and fully liable for the balance of $99,086.00 owed to Plaintiff.

37. Bridges, as guarantor of Just Chillin Heating & Air's performance, and having failed to render payment of the full balance due and owing CFN as of the date herein, is currently in default of the Agreement's guaranty.

38. By reason of the foregoing, Bridges is liable to CFN in the sum of $99,086.00 plus costs, and interest at the statutory rate from August 30, 2016 through the entry of judgment herein.

## AS AND FOR A FOURTH CAUSE OF ACTION
## AGAINST DEFENDANTS JUST CHILLIN HEATING & AIR AND BRIDGES, JOINTLY AND SEVERALLY:

### (Attorney's Fees)

39. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" to "38" above as though fully set forth herein at length.

40. Section 3.3 of the Agreement provides that in addition to all payments owed under the Agreement, Bridges as guarantor, agreed to pay all costs associated with a default and the enforcement of remedies thereof, including but not limited to, court costs and disbursements and attorney's fees.

Kapitus_000453

41. As a result of this litigation, Plaintiff is at risk of incurring expenses including attorney's fees, which cannot be finally determined at this date but which will be capable of determination at such time as judgment may be entered herein.

42. By reason of the foregoing, Defendants are jointly and severally liable to CFN for CFN's expenses in regard to this litigation, including costs, disbursements and attorney's fees, in such amount as may be determined.

**WHEREFORE**, Plaintiff demands judgment:

a) On the FIRST CAUSE OF ACTION against Just Chillin Heating & Air in the sum of $99,086.00, plus interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

b) On the SECOND CAUSE OF ACTION against Just Chillin Heating & Air in the sum of $99,086.00, plus costs, and interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

c) On the THIRD CAUSE OF ACTION against Bridges in the sum of $99,086.00, plus interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

d) On the FOURTH CAUSE OF ACTION against Just Chillin Heating & Air and Bridges, jointly and severally, awarding CFN costs and expenses, together with attorney's fees incurred in prosecuting this action in an amount to be determined by the Court, and;

e) For such other and further relief as this court may deem just and proper.

**Kapitus_000454**

Dated: New York, New York
October ___, 2016

Jennifer Ballard, Esq.

By: _____

Jennifer Ballard, Esq.
Attorney for Plaintiff
120 West 45th Street, 2nd Fl.
New York, New York 10036
Tel: (212) 354-1400
Fax:(800) 581-3615

Kapitus_000455

## VERIFICATION

STATE OF NEW YORK      }

                     } ss.:

COUNTY OF NEW YORK      }


        David Wolfson, first being duly sworn, says that he is employed as the Vice President of Risk Management and Asset Recovery of Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC, that he has read the Verified Complaint and knows the contents thereof; that the same is true to his own knowledge, except as to those matters therein stated to be upon information and belief and as to those matters, he believes them to be true.


Sworn to before me

This 2/ day of October, 2016


Richard J. Howard
Notary Public, State of New York
Reg. No 02HO6320550
Qualified in Suffolk County
Commission Expires 3-9-2019

David Wolfson,
Vice President of Risk Management
and Asset Recovery,
Colonial Funding Network, Inc.

Kapitus_000456



Ph. + (516) 707-9131

Contract ID# 1159502 Sales Partner: TVT Capital LLC.

# REVENUE BASED FACTORING (RBF/ACH) AGREEMENT

Agreement dated <u>June 09 2016</u> between TVT Capital. ("FUNDER") and the merchant listed below ("the <u>Merchant</u>").

(Month)(Day)(Year)

## MERCHANT INFORMATION

Merchant's Legal Name: LICENSE TO CHILL HEATING AND AIR INC          State of Incorporation / Organization: TX

D/B/A: Just Chillin Heating & Air          ( ) Sole Proprietor

Type of entity: ( X ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership          State: TX          Zip: 76052-3877

Physical Address: 1150 Blue Mound Rd W Ste 103     City: Haslet          State:          Zip:

Mailing Address:          City:

Date business started (mm/yy): 07/10          Federal ID#

## PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to Funder, as the lead purchaser for itself and co-investors (making Funder on behalf of itself and all co-investors (collectively the Funders), the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future receipts, accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (collectively the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), until such time as the "Receipts Purchased Amount" has been delivered by Merchant to FUNDER. The Receipts Purchased Amount shall be paid to FUNDER by the Merchant irrevocably authorizing only one depositing account to remit the percentage specified below (the "Specified Percentage") of the Merchant's Receipts, until such time as FUNDER receives payment in full of the Receipts Purchased Amount. In consideration of servicing the account, the Merchant hereby authorizes FUNDER to ACH Debit the "Specified Daily Amount" from the merchant's bank account as the base payment credited against the Specified Percentage due. It is the Merchants responsibility to provide bank statements for any and all bank accounts held by the Merchant to reconcile the daily payments made against the Specified Percentage permitting FUNDER to debit or credit the difference to the merchant so that payment equals the Specified Percentage. Failure to provide all of their bank statements in a timely manner or missing a month shall forfeit all rights to future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER' s sole discretion and as it deems appropriate, in revising this Agreement. Merchant understands that it is responsible for ensuring that funds adequate to cover amount to be debited by FUNDER remains in the account. Merchant will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions in the Merchants account which may result from FUNDER' scheduled ACH debit under the terms of this agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: $100,000.00          Specified Percentage: 9%          Specific Daily Amount: $829.00          Receipts Purchased Amount: $140,000.00

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

MERCHANT #1
By Dwayne Bridges                              (Signature)
_____
(Print Name and Title)

MERCHANT #2
By _____                        (Signature)
(Print Name and Title)

OWNER/GUARANTOR #1
By Dwayne Bridges                              (Signature)
_____
(Print Name and Title)

OWNER/GUARANTOR #2
By _____                        (Signature)
(Print Name and Title)

TVT Capital
By _____                        (Signature)
(Company Officer)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading, Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements

CFN ACH 01-25-16          Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 457          Kapitus_000457

or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) obtain credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER.

ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL FRAUDULENT INDUCEMENT TO OBTAIN FINANCING.

KAPITUS EX. 13 - 458　　　Kapitus_000458

MERCHANT AGREEMENT TERMS AND CONDITIONS

I. TERMS OF ENROLLMENT IN PROGRAM

1.1 Merchant Deposit Agreement. Merchant shall execute an agreement (the "Merchant Deposit Agreement") acceptable to FUNDER, with a bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or it's authorized agent with all of the information, authorizations necessary for verifying Merchant's receivables, receipts and deposits into the account. Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as specified herein from settlement amounts which would otherwise be due to Merchant by permitting FUNDER to withdraw the specific daily amount credited against the specified percentages by ACH debit of the Merchant account. The authorization shall be irrevocable without the written consent of FUNDER.

1.2 Term of Agreement. This Agreement shall have an indefinite term that shall last either until all the Merchant's obligations to FUNDER are fully satisfied. This shall include but not be limited to any renewals, outstanding fees or costs.

1.3 Future Purchases. FUNDER reserves the right to rescind the order to make any purchase payments hereunder, in its sole discretion.

1.4 Financial Condition. Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.

1.5 Transactional History. Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

1.6 Indemnification. Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor/Bank, its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

1.7 No Liability. In no event will FUNDER (or any of the Funders) be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

1.8 Reliance Terms. Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

1.9 Sale of Receipts. Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the sale of future Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full

amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed an interest hereunder and charged or collected hereunder exceed the highest rate permissible by law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

1.10 Power of Attorney. Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor/Bank, or in the case of a violation by Merchant of Section 1.11 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

1.11 Protections Against Default. The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event (a) Merchant changes its arrangements with Processor/Bank in any way that is adverse to FUNDER; (b) Merchant changes the deposit account through which the Receipts are settled, or permits any event to occur that could cause diversion of any of Merchant's transactions to another account; (c) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written consent of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (d) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement.

Protection 1. The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately.

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof.

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs.

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.12, FUNDER may exercise its right under such assignment of lease.

Protection 8. FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise.

1.12 Protection of Information. Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates and the Funders relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement.

1.13 Confidentiality. Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1.13.

1.14 Publicity. Merchant and each Owner only authorizes FUNDER, to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

1.15 D/B/A/s. Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

II. REPRESENTATIONS, WARRANTIES AND COVENANTS Merchant represents, warrants and

CFN ACH 01-25-16

Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 459          Kapitus_000459

covenants that as of this date and during the term of this Agreement.

**1.1 Financial Condition and Financial Information.** The bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

**1.2 Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

**1.3 Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

**1.4 Insurance.** Merchant will maintain business-interruption insurance naming FUNDER as loss payee and additional insured in amounts and against risks as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

**1.5 Intentionally omitted**

**1.6 Change of Name or Location.** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its place of business.

**1.7 Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis.

**1.8 Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, person firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

**1.9 No Bankruptcy or Insolvency.** As of the date of this Agreement, Merchant represents that it is not insolvent and does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Protections 2 and 3 are immediately invoked.

**1.10 Additional Financing.** Merchant shall not enter into any arrangement, agreement or commitment for any additional financing, whether in the form of a purchase of receivables or a loan to the business with any party other than FUNDER without their written permission.

**1.11 Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the

transactions contemplated with, or adverse to the interests of FUNDER.

**1.12 Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdiction in which it is organized and/or operates, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

**1.13 Default Under Other Contracts.** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity.

**II. EVENTS OF DEFAULT AND REMEDIES**

**3.1 Events of Default.** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

**3.2 Remedies.** In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER on its own and on behalf of the Funders may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

**3.3 Costs.** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4.2 above, including but not limited to court costs and attorneys' fees.

**3.4 Required Notifications.** Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.

**IV. MISCELLANEOUS**

**4.1 Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

**4.2 Assignment.** Merchant acknowledges and understands that FUNDER is acting on its own behalf and as the administrator and lead investor for a group of independent participants a list of which can be provided to Merchant after funding, and upon written notice to FUNDER. FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

**4.3 Notices.** All notices, requests, consent demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

**4.4 Waiver Remedies.** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

**4.5 Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER (and it's Participants) and their respective successors and assigns. FUNDER's Participants shall be third party beneficiaries of all such agreements. except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

**4.6 Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated.

**4.7 Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

**4.8 Entire Agreement.** Any provision hereof prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and Security Agreement hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

**4.9 JURY TRIAL WAIVER. THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE**

Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 460

Kapitus_000460

PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS

**4.11. ARBITRATION. PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.**

Covered claims

- You or we may arbitrate any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").
- If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.
- Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct, and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/subsidiary company.

Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.
- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.
- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.
- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

Survival and Severability of Terms

- This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in

force, except that: (i) if a waiver of the right to bring a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**4.11 Counterparts; Facsimile and PDF Acceptance.** This Agreement and the Merchant Security Agreement and Guaranty may be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one instrument. Signatures on this Agreement and the Merchant Security Agreement and Guaranty sent by facsimile or PDF will be treated as original signatures for all purposes.

INITIALS: _____

CFN ACH 01-25-16

Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 461**

Kapitus_000461

IVT Capital - SECURITY AGREEMENT AND GUARANTY

Borrower's Legal Name: LICENSE TO CHILL HEATING AND AIR INC

D/B/A: Just Chillin Heating & Air

Physical Address: 1150 Blue Mound Rd W    City: Haslet    State: TX    Zip: 76052-3877
Ste 103

Federal ID#

## SECURITY AGREEMENT

**Security Interest.** To secure Merchant's payment and performance obligations to FUNDER and its affiliates or the Funders, a list of which may be provided to the Merchant if requested in writing after the funding of the purchase closes under the Merchant Cash Advance Agreement between Merchant and FUNDER (the "Merchant Agreement"), Merchant hereby grants to FUNDER a security interest in all personal property of Merchant, including all accounts, chattel paper, cash, deposit accounts, documents, equipment, general intangibles, instruments, inventory, or investment property, as those terms are defined in Article 9 of the Uniform Commercial Code of the State of New York as amended (the "UCC"), whether now or hereafter owned or acquired by Merchant and wherever located; and all proceeds of such property, as that term is defined in Article 9 of the UCC (collectively, the "Collateral"). If the Merchant Agreement identifies more than one Merchant, this Security Agreement applies to each Merchant, jointly and severally.

Merchant acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Merchant and FUNDER will secure the obligations hereunder, and that the Merchant's payment and performance obligations secured by this Security Agreement, and the Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Collateral.

Merchant further acknowledges and agrees that, if Merchant enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Security Agreement, and that the Merchant's payment and performance obligations, and the Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-3 statement, perfecting FUNDER's interest in the Collateral.

**Cross-Collateral.** To secure Guarantor's payment and performance obligations to FUNDER(and the Funders) under this Merchant Security Agreement and Guaranty (this "Agreement"), each Guarantor hereby grants FUNDER, for itself and its participants, a security interest in (the "Additional Collateral"). Each Guarantor agrees and acknowledges that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Guarantor acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Guarantor and FUNDER will secure the obligations hereunder, and that the Guarantor's payment and performance obligations under this Agreement, and the Additional Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Additional Collateral.

Guarantor further acknowledges and agreements that, if Guarantor enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Agreement, and that the Guarantor's payment and performance obligations, and the Additional Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interesting the Additional Collateral.

Each of Merchant and each Guarantor agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral and Additional Collateral, including the execution of any control agreements. Each of Merchant and each Guarantor hereby authorizes FUNDER to file any financing statements deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statements may contain notification that Merchant and each Guarantor have granted a negative pledge to FUNDER with respect to the Collateral and Additional Collateral, and that any subsequent lender or lienor may be tortiously interfering with FUNDER's rights. Merchant and each Guarantor shall be jointly and severally liable for and shall pay to FUNDER upon demand all costs and expenses, including but not limited to attorneys' fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

**Negative Pledge.** Each of Merchant and each Guarantor agrees not to create, incur, assume, or permit to exist, directly or indirectly, any additional cash advances, loans, lien or other encumbrance on or with respect to any of the Collateral or Additional Collateral, as applicable without written permission of FUNDER.

**Consent to Enter Premises and Assign Lease.** FUNDER shall have the right to cure Merchant's default in the payment of rent for the Premises on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right: (a) to enter the Premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified merchant capable of operating a business comparable to Merchant's at the Premises

**Remedies.** Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC) or in equity to collect, enforce, or satisfy any obligations then owing to FUNDER, whether by acceleration or otherwise.

## GUARANTY

**Personal Guaranty of Performance.** The undersigned Guarantor(s) hereby guarantees to FUNDER, and its affiliates or the Funders, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts . (It is understood by all parties that this Guaranty is not an absolute personal guaranty of payment and that the signors are only guaranteeing that they will not take any action or permit the merchant to take any action that is a breach of this agreement.)

**Guarantor Waivers.** In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

CFN ACH 01-25-16                Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 462**

Kapitus_000462

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if: (i) is not notified of: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantee for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

**Guarantor Acknowledgement.** Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.                                                                                               INITIALS:

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANTS AND OWNERS/GUARANTORS ACKNOWLEDGE THAT THIS WRITING REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES HERETO. IT IS UNDERSTOOD THAT ANY REPRESENTATIONS OR ALLEGED PROMISES BY INDEPENDENT BROKERS OR AGENTS OF ANY PARTY IF NOT INCLUDED IN THIS WRITTEN AGREEMENT ARE CONSIDERED NULL AND VOID. ANY MODIFICATION OR OTHER ALTERATION TO THE AGREEMENT MUST BE IN WRITING AND EXECUTED BY THE PARTIES TO THIS CONTRACT.

MERCHANT #1
By Dwayne Bridges
_____(Print Name and Title)                                               _____ (Signature)
IS#                                                                                                                   Drivers License Number:

MERCHANT #2
By _____
_____(Print Name and Title)                                               _____ (Signature)
IS#                                                                                                                   Drivers License Number:

OWNER/GUARANTOR #1
By Dwayne Bridges
_____(Print Name and Title)                                               _____ (Signature)
IS#                                                                                                                   Drivers License Number:

OWNER/GUARANTOR #2
By _____
_____(Print Name and Title)                                               _____ (Signature)
IS#                                                                                                                   Drivers License Number:

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of the funder for this contract providing administrative, bookkeeping, reporting and support services for the funder and the Merchant. Colonial is not affiliated or owned by the funder and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to the funder. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the funder or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

MERCHANT #1
By Dwayne Bridges
_____(Print Name and Title)                                               _____ (Signature)

CFN ACH 01-25-16                                 Colonial Funding Network as Servicing Agent

PAGE 05/12                                                    JUST CHILLIN                     8173060473            15:07   06/09/2016

colonialfundingnetwork

## APPENDIX A: THE FEE STRUCTURE:

**A. Origination Fee** — To cover underwriting and related expenses

| Amount Funded | Origination Fee |
|---|---|
| Up to $7,500.00 | $199.00 |
| $7,501.00-$25,000.00 | $295.00 |
| $25,001.00-$50,000.00 | $395.00 |
| $50,001.00-$100,000.00 | $595.00 |
| $100,001.00-$250,000.00 | $795.00 |
| Over $250,000.00 | $995.00 |
| Due Diligence Fee | $0.00 |

**B. ACH Program Fee** — $395.00 — ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs

**C. NSF Fee (Standard)** — $50.00ea — Up to FOUR TIMES ONLY before a default is declared

**D. Rejected ACH** — When the merchant directs the bank to Reject our Debit ACH

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $25.00 |
| $7,501.00-$50,000.00 | $35.00 |
| $50,001.00-$100,000.00 | $50.00 |
| $100,001.00-$250,000.00 | $75.00 |
| Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $75.00 |
| $7,501.00-$50,000.00 | $99.00 |
| $50,001.00-$100,000.00 | $175.00 |
| $100,001.00-$250,000.00 | $275.00 |
| Over $250,000.00 | $395.00 |

**E. Bank Change Fee** — $75.00 — When Merchant requires a change of account to be Debited requiring us to adjust our system

**F. Blocked Account** — $2,500.00 — When Merchant BLOCKS account from our Debit ACH, which places them in default (per contract)

**G. Default Fee** — $5,000.00 — When Merchant changes bank account cutting us off from our Collections

**H. UCC Termination Fee** — $150.00 — When Merchant request a UCC termination

**I. Administrative Fee** — $0.00

Miscellaneous Service Fees. Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

MERCHANT INITIALS: _____

21/40 ЭЭАЧ      NITTIHO TSUL      6748063E7B      70:51 9102/60/90

**Kapitus_000464**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                    Plaintiff,

    - against-

JUST CHILLIN HEATING & AIR d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                Defendants,

-------------------------------------------------------------------x

Index No.:

Date Filed:

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

Plaintiff designates New York County
as the place of trial.  Venue is based
upon Plaintiff's place of business and
pursuant to Agreement.

---

## SUMMONS AND VERIFIED COMPLAINT

---

**Jennifer Ballard, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
*as servicing provider for TVT Capital, LLC*
120 West 45th Street, 2nd Fl.
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

Kapitus_000465

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK

----------------------------------------------------------------X

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                        Plaintiff/Petitioner,

      - against -                              Index No. 655613/2016

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                  Defendant/Respondent.

----------------------------------------------------------------X

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

      PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

      The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

      Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 10/24/2016

_____ (Signature)

Jennifer Ballard, Esq. (Name)

ATTORNEY FOR PLAINTIFF

120 West 45th Street, 2nd Fl. (Address)

New York, NY 10036

(212) 354-1400 (Phone)

jballard@sfscapital.com (E-Mail)

To: Dwayne Bridges (aka Dwayne Paul Bridges)
628 Destin Drive
Fort Worth, TX 76131

To:  License to Chill Heating and Air, Inc dibla
Just Chillin Heating + Air
1160 Blue Mound Road West, Ste 103
Haslet, TX 76052

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                    Plaintiff,

      - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

                  Defendants,

-------------------------------------------------------------------x

Index No.:

Date Filed:

**SUMMONS**

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

Plaintiff designates New York
County as the place of trial. Venue
is based upon Plaintiff's place of
business and pursuant to Agreement.

TO THE ABOVE-NAMED DEFENDANT(S):

     **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the City of New
York , County of New York at the office of the Clerk of said county at 60 Centre Street, New York,
New York 10007, and to answer the Complaint in this action and serve a copy of your Answer or, if
the Complaint is not served with the Summons, to serve a Notice of Appearance, on the plaintiff's
attorney within 20 days after the service of this Summons, exclusive of the day of service; or within
30 days after the service is complete if this Summons is not personally delivered to you within the
State of New York. In case of your failure to appear or answer, judgment will be taken against you
by default for the relief demanded in the Complaint.

Dated: New York, New York
October 2 , 2016

                              **Jennifer Ballard, Esq.**

                          By: _____
                            Attorney for Plaintiff
                            120 West 45th Street, 2nd Fl.
                            New York, New York 10036
                            Tel: (212) 354-1400
                            Fax: (800) 581-3615

**License to Chill Heating and Air, Inc. d/b/a**
**Just Chillin Heating & Air**
1150 Blue Mound Road West, Ste 103
Haslet, TX 76052

**Dwayne Bridges (a/k/a Dwayne Paul Bridges)**
628 Destin Drive
Fort Worth, TX 76131

**Kapitus_000467**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.:

-----------------------------------------------------------------------x

Date Filed:

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

**VERIFIED COMPLAINT**

Plaintiff,

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

- against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

Plaintiff designates New York
County as the place of trial. Venue
is based upon Plaintiff's place of
business and pursuant to Agreement.

Defendants,

-----------------------------------------------------------------------x

Plaintiff, Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC, by its attorney, Jennifer Ballard, Esq., complaining of the Defendants Just Chillin Heating & Air d/b/a Just Chillin Heating & Air, and Dwayne Bridges (a/k/a Dwayne Paul Bridges), alleges upon information and belief, as follows:

## PARTIES

1. Plaintiff, Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC ("CFN" or "Plaintiff") is a New York Corporation with its principal place of business at 120 West 45th Street, 2nd Fl., New York, New York 10036.

2. Upon information and belief, Defendant License to Chill Heating and Air, Inc. d/b/a Just Chillin Heating & Air, ("Just Chillin Heating & Air,") is a company incorporated and existing under the laws of the state of Texas, with a last known address of 1150 Blue Mound Road West, Ste 103, Haslet, TX 76052.

3. Defendant Dwayne Bridges (a/k/a Dwayne Paul Bridges) ("Bridges") is a natural person, the owner and guarantor of defendant Just Chillin Heating & Air, and upon information and belief, at all times hereinafter mentioned, was and is a resident of the State of Texas, residing at 628 Destin Drive, Fort Worth, TX 76131.

**Kapitus_000468**

4. Just Chillin Heating & Air and Bridges are hereinafter referred to collectively as "Defendants".

5. Defendants have consented to the jurisdiction of this Court pursuant to the Agreement referenced below.

## FACTUAL ALLEGATIONS

6. By way of the Merchant Cash Advance Agreement for the Purchase and Sale of Future Receivables dated June 9, 2016, (the "Agreement"), Plaintiff purchased $140,000.00 of Just Chillin Heating & Air's future accounts, monetary payments and other general receivables generated in the course of its business (the "Receivables"). A true and accurate copy of the Agreement is annexed hereto as "**Exhibit A**".

7. On June 10, 2016, Plaintiff paid Just Chillin Heating & Air, the amount of $100,000.00, as the agreed upon purchase price for the Receivables.

8. Plaintiff was to collect 9% of the daily batch amount of receivables collected by Just Chillin Heating & Air, via Automated Clearing House (ACH) debits from Defendants' depositing account. Agreement pg.1, line 24, and pg.4, sec. 2.7.

9. As noted in the Agreement, a primary condition of this transaction was that Just Chillin Heating & Air was to use a single, specified depositing account (the "Account"), designated by the parties and made fully accessible to CFN, into which all Receivables collected by Just Chillin Heating & Air, would be deposited. Agreement pgs.1, lines 8-23 & pg.4, sec. 2.5.

10. Any changes to the Account were to be made only with the express written consent of Plaintiff.  Agreement pg.4, sec. 2.5.

11. Additionally, Just Chillin Heating & Air made numerous warranties, representations and covenants within Section 2 of the Agreement including, inter alia,

**Kapitus_000469**

    a. To provide to Plaintiff an accurate representation of the financial state of the business and to proactively and continually apprise Plaintiff of any material adverse changes thereto.

    b. To deposit the Receivables into the Account.

    c. Not to change the Account into which the Receivables of Just Chillin Heating & Air were deposited without Plaintiff's written consent.

12. In direct contradiction of the afore-mentioned warranties, representations and covenants, by August 30, 2016, Just Chillin Heating & Air stopped depositing all of its Receivables to the Account.

13. As a result, Plaintiff has been unable to collect its daily percentage of Receivables purchased from Just Chillin Heating & Air, since the date of said cessation.

14. Of the $140,000.00 of Receivables purchased, Defendants have delivered a total of $46,064.00 to Plaintiff, leaving a balance of $93,936.00 worth of Receivables due and owing to Plaintiff under the Agreement.

15. Defendants also incurred $150.00 in returned ACH debit fees due to payment stopped. Agreement pg.8.

16. Additionally, the Agreement provides for a $5,000.00 "Default" fee to be added to Defendants' balance in the event Defendants altered or stopped depositing Receivables into the Account.

17. The combined sum of outstanding Receivables due to Plaintiff and the contractual default fee provide for a total balance of $99,086.00 due and owing to Plaintiff.

18. Moreover, Defendant Bridges executed a personal guaranty of Just Chillin Heating & Air's full performance of all terms and obligations under the Agreement. "Guaranty" annexed to Agreement as pg.6.

19. Nevertheless, Bridges has not fulfilled his obligation as guarantor, to cure the debt owed to Plaintiff, in light of Just Chillin Heating & Air's default.

20. Whereas, Defendants are jointly and severally liable to Plaintiff for the amount of $99,086.00 pursuant to the Agreement, plus costs, and interest from August 30, 2016, the date of default, through entry of judgment herein.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANT JUST CHILLIN HEATING & AIR:
### (Breach of Contract)

21. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "20" as though fully set forth herein at length.

22. The Agreement provides that Just Chillin Heating & Air shall be in default of the Agreement if, *inter alia*, it breaches any of the terms, covenants or conditions contained therein or makes any representation or warranty proving to have been incorrect, false or misleading. Agreement Section 3.1(a) and (b).

23. As a result of Just Chillin Heating & Air's breach of the terms and Section 2 provisions set forth above, Just Chillin Heating & Air has defaulted under the Agreement.

24. Section 1.11, the Agreement provides that in the event of a default, all future Receivables purchased by Plaintiff shall immediately become due and owing to Plaintiff.

25. Further, Section 3.2 of the Agreement provides that in the event of a default under the Agreement, Plaintiff shall have the right to enforce its rights and remedies by suit in equity or action by law.

26. No Receivables have been transmitted to Plaintiff since August 30, 2016, leaving a balance of Receivables as of this date in the amount of $93,936.00. Further as stated above, a default of $5,000.00 and returned ACH debit fees amounting to $150.00 are to be added to Defendants' outstanding balance in the event Defendants changed or stopped depositing Receivables in the Account. Agreement pg.8.

**Kapitus_000471**

27. By reason of the foregoing, Just Chillin Heating & Air is liable to CFN in the amount of $99,086.00, plus costs and interest at the statutory rate from August 30, 2016, through the entry of judgment herein.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST DEFENDANT JUST CHILLIN HEATING & AIR:
### (Account Stated)

28. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" through "27" above as though fully set forth herein at length.

29. CFN periodically mailed notices to Just Chillin Heating & Air reflecting the current balance due and demanding payment of the same ("Statements of Account").

30. Just Chillin Heating & Air received and accepted these Statements of Account without timely objection, protest, or dispute.

31. The last Statements of Account were mailed to Just Chillin Heating & Air on or around October 4, 2016.

32. By reason of the foregoing, an account has been stated between CFN and Just Chillin Heating & Air, in the sum of $99,086.00.

## AS AND FOR A THIRD CAUSE OF ACTION
## AGAINST DEFENDANT BRIDGES:
### (Breach of Guaranty)

33. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" to "32" above as though fully set forth herein at length.

34. In connection with the Agreement, Bridges made and delivered to CFN a separately executed, written personal guaranty of Just Chillin Heating & Air's performance of all representations, warranties and covenants under the Agreement. Said guaranty states, *inter*

Kapitus_000472

*alia*, : "The undersigned Guarantor(s) hereby guarantys…Merchant's payment and performance of all of the representations, warranties, covenants made by Merchant in this Agreement…as …may be renewed, amended, extended or otherwise modified…" Agreement pgs.6,

35. Pursuant to the guaranty, Plaintiff has the right to enforce its rights under the Agreement severally against Bridges in the event of Just Chillin Heating & Air's default. Agreement pg.6.

36. Just Chillin Heating & Air failed to perform under the terms and conditions of the Agreement, rendering Bridges personally and fully liable for the balance of $99,086.00 owed to Plaintiff.

37. Bridges, as guarantor of Just Chillin Heating & Air's performance, and having failed to render payment of the full balance due and owing CFN as of the date herein, is currently in default of the Agreement's guaranty.

38. By reason of the foregoing, Bridges is liable to CFN in the sum of $99,086.00 plus costs, and interest at the statutory rate from August 30, 2016 through the entry of judgment herein.

## AS AND FOR A FOURTH CAUSE OF ACTION
## AGAINST DEFENDANTS JUST CHILLIN HEATING & AIR AND BRIDGES, JOINTLY AND SEVERALLY:
### (Attorney's Fees)

39. Plaintiff repeats and reaffirms the allegations contained in paragraphs "1" to "38" above as though fully set forth herein at length.

40. Section 3.3 of the Agreement provides that in addition to all payments owed under the Agreement, Bridges as guarantor, agreed to pay all costs associated with a default and the enforcement of remedies thereof, including but not limited to, court costs and disbursements and attorney's fees.

Kapitus_000473

41. As a result of this litigation, Plaintiff is at risk of incurring expenses including attorney's fees, which cannot be finally determined at this date but which will be capable of determination at such time as judgment may be entered herein.

42. By reason of the foregoing, Defendants are jointly and severally liable to CFN for CFN's expenses in regard to this litigation, including costs, disbursements and attorney's fees, in such amount as may be determined.

**WHEREFORE**, Plaintiff demands judgment:

a) On the FIRST CAUSE OF ACTION against Just Chillin Heating & Air in the sum of $99,086.00, plus interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

b) On the SECOND CAUSE OF ACTION against Just Chillin Heating & Air in the sum of $99,086.00, plus costs, and interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

c) On the THIRD CAUSE OF ACTION against Bridges in the sum of $99,086.00, plus interest at the statutory rate from August 30, 2016 through the entry of the judgment herein;

d) On the FOURTH CAUSE OF ACTION against Just Chillin Heating & Air and Bridges, jointly and severally, awarding CFN costs and expenses, together with attorney's fees incurred in prosecuting this action in an amount to be determined by the Court, and;

e) For such other and further relief as this court may deem just and proper.

**Kapitus_000474**

Dated: New York, New York
October ___, 2016

Jennifer Ballard, Esq.

By: _____
Jennifer Ballard, Esq.
Attorney for Plaintiff
120 West 45th Street, 2nd Fl.
New York, New York 10036
Tel: (212) 354-1400
Fax:(800) 581-3615

**Kapitus_000475**

VERIFICATION

STATE OF NEW YORK    }

                         } ss.:

COUNTY OF NEW YORK   }


David Wolfson, first being duly sworn, says that he is employed as the Vice President of Risk Management and Asset Recovery of Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC, that he has read the Verified Complaint and knows the contents thereof; that the same is true to his own knowledge, except as to those matters therein stated to be upon information and belief and as to those matters, he believes them to be true.


Sworn to before me

This 2/ day of October, 2016


Richard J. Howard
Notary Public, State of New York
Reg. No 02HO6320550
Qualified in Suffolk County
Commission Expires 3-9-2019


David Wolfson,
Vice President of Risk Management
and Asset Recovery,
Colonial Funding Network, Inc.

Kapitus_000476



Ph. + (516) 707-9131

Contract ID# 1159502 Sales Partner: TVT Capital LLC.

# REVENUE BASED FACTORING (RBF/ACH) AGREEMENT

Agreement dated June 09 2016 between TVT Capital. ("FUNDER") and the merchant listed below ("the Merchant").
(Month)(Day)(Year)

## MERCHANT INFORMATION

Merchant's Legal Name: LICENSE TO CHILL HEATING AND AIR INC          State of Incorporation / Organization: TX

D/B/A: Just Chillin Heating & Air

Type of entity: ( X ) Corporation ( ) Limited Liability Company ( ) Limited Partnership ( ) Limited Liability Partnership ( ) Sole Proprietor

Physical Address: 1150 Blue Mound Rd W Ste 103     City: Haslet          State: TX          Zip: 76052-3877

Mailing Address:          City:          State:          Zip:

Date business started (mm/yy): 07/10          Federal ID#

## PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant hereby sells, assigns and transfers to Funder, as the lead purchaser for itself and co-investors (making Funder on behalf of itself and all co-investors (collectively the Funders), the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future receipts, accounts, contract rights and other obligations arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (collectively the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the merchant's business), until such time as the "Receipts Purchased Amount" has been delivered by Merchant to FUNDER. The Receipts Purchased Amount shall be paid to FUNDER by the Merchant irrevocably authorizing only one depositing account acceptable to FUNDER (the "Account") to remit the percentage specified below (the "Specified Percentage") of the Merchant's Receipts, until such time as FUNDER receives payment in full of the Receipts Purchased Amount. In consideration of servicing the account, the Merchant hereby authorizes FUNDER to ACH Debit the "Specified Daily Amount" from the merchant's bank account as the base payment credited against the Specified Percentage due. It is the Merchant's responsibility to provide bank statements for any and all bank accounts held by the Merchant to reconcile the daily payments made against the Specified Percentage permitting FUNDER to debit or credit the difference to the merchant so that payment equals the Specified Percentage. Failure to provide all of their bank statements in a timely manner in raising a month shall forfeit all rights to future reconciliations. FUNDER may, upon Merchant's request, adjust the amount of any payment due under this Agreement at FUNDER's sole discretion and as it deems appropriate, in servicing this Agreement. Merchant understands that it is responsible for ensuring that funds adequate to every amount to be debited by FUNDER remains in the account. Merchant will be held responsible for any fees incurred by FUNDER resulting from a rejected ACH attempt or an event of default. (See Appendix A) FUNDER is not responsible for any overdrafts or rejected transactions in the Merchants account which may result from FUNDER' scheduled ACH debit under the terms of this agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between FUNDER and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this agreement is contained in Appendix A.

Purchase Price: $100,000.00     Specified Percentage: 9%     Specific Daily Amount: $829.00     Receipts Purchased Amount: $140,000.00

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH ON PAGE 2, THE "MERCHANT SECURITY AGREEMENT" AND "ADMINISTRATIVE FORM HEREOF ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

MERCHANT #1
By Dwayne Bridges          (Signature)
(Print Name and Title)

MERCHANT #2
By          (Signature)
(Print Name and Title)

OWNER/GUARANTOR #1
By Dwayne Bridges          (Signature)
(Print Name and Title)

OWNER/GUARANTOR #2
By          (Signature)
(Print Name and Title)

TVT Capital
By          (Signature)
(Company Officer)

To the extent set forth herein, each of the parties is obligated upon his, her or its execution of the Agreement to all terms of the Agreement, including the Additional Terms set forth below. Each of above-signed Merchant and Owner(s) represents that he or she is authorized to sign this Agreement for Merchant, legally binding said Merchant to repay this obligation and that the information provided herein and in all of FUNDER documents, forms and recorded interviews is true, accurate and complete in all respects. If any such information is false or misleading Merchant shall be deemed in material breach of all agreements between Merchant and FUNDER and FUNDER shall be entitled to all remedies available under law. Merchant and each of the above-signed Owners authorizes FUNDER, its agents and representatives and any credit reporting agency engaged by FUNDER, to (i) investigate any references given or any other statements

CFN ACH 01-25-16          Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 477          Kapitus_000477

or data obtained from or about Merchant or any of its Owners for the purpose of this Agreement, and (ii) obtain credit report at any time now or for so long as Merchant and/or Owners(s) continue to have any obligation owed to FUNDER.

ANY MISREPRESENTATION MADE BY MERCHANT OR OWNER IN CONNECTION WITH THIS AGREEMENT MAY CONSTITUTE A SEPARATE CAUSE OF ACTION FOR FRAUD OR INTENTIONAL FRAUDULENT INDUCEMENT TO OBTAIN FINANCING.

CFN ACH 01-25-16                    Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 478                              Kapitus_000478

MERCHANT AGREEMENT TERMS AND CONDITIONS

**1. TERMS OF ENROLLMENT IN PROGRAM**

**1.1 Merchant Deposit Agreement.** Merchant shall execute an agreement (the "Merchant Deposit Agreement") acceptable to FUNDER, with a bank acceptable to FUNDER, to obtain electronic fund transfer services. Merchant shall provide FUNDER and/or it's authorized agent with all of the information, authorizations necessary for verifying Merchant's receivables, receipts and deposits into the account. Merchant shall authorize FUNDER and/or it's agent to deduct the amounts owed to FUNDER for the Receipts as set forth herein from settlement amounts which would otherwise be due to Merchant by permitting FUNDER to withdraw the specific daily amount credited against the specified percentages by ACH debit of the Merchant account. The authorization shall be irrevocable without the written consent of FUNDER.

**1.2 Term of Agreement.** This Agreement shall have an indefinite term that shall last either until all the Merchant's obligations to FUNDER are fully satisfied. This shall include but not be limited to any renewals, outstanding fees or costs.

**1.3 Future Purchases.** FUNDER reserves the right to rescind the offer to make any purchase payments hereunder, in its sole discretion.

**1.4 Financial Condition.** Merchant and Guarantor(s) authorize FUNDER and its agents to investigate their financial responsibility and history, and will provide to FUNDER any bank or financial statements, tax returns, etc., as FUNDER deems necessary prior to or at any time after execution of this Agreement. A photocopy of this authorization will be deemed as acceptable for release of financial information. FUNDER is authorized to update such information and financial profiles from time to time as it deems appropriate.

**1.5 Transactional History.** Merchant authorizes their bank to provide FUNDER with Merchant's banking or processing history to determine qualification or continuation in this program.

**1.6 Indemnification.** Merchant and Guarantor(s) jointly and severally indemnify and hold harmless Processor/Bank its officers, directors and shareholders against all losses, damages, claims, liabilities and expenses (including reasonable attorney's fees) incurred by Processor resulting from (a) claims asserted by FUNDER for monies owed to FUNDER from Merchant and (b) actions taken by Processor in reliance upon information or instructions provided by FUNDER.

**1.7 No Liability.** In no event will FUNDER(or any of the Funders) be liable for any claims asserted by Merchant under any legal theory for lost profits, lost revenues, lost business opportunities, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by Merchant and Guarantor(s).

**1.8 Reliance Terms.** Section 1.1, 1.7, 1.8 and 2.5 of this Agreement are agreed to for the benefit of Merchant, FUNDER and Processor, and notwithstanding the fact that Processor is not a party of this Agreement, Processor may rely upon their terms and raise them as a defense in any action.

**1.9 Sale of Receipts.** Merchant and FUNDER agree that the Purchase Price under this Agreement is in exchange for the Purchased Amount and that such Purchase Price is not intended to be, nor shall it be construed as a loan from FUNDER to Merchant. Merchant agrees that the Purchase Price is in exchange for the sale of future Receipts pursuant to this Agreement equals the fair market value of such Receipts. FUNDER has purchased and shall own all the Receipts described in this Agreement up to the full Purchased Amount as the Receipts are created. Payments made to FUNDER in respect to the full

amount of the Receipts shall be conditioned upon Merchant's sale of products and services and the payment therefore by Merchant's customers in the manner provided in Section 1.1. In no event shall the aggregate of all amounts be deemed as interest hereunder and charged or collected hereunder exceed the highest rate permissible by law. In the event that a court determines that FUNDER has charged or received interest hereunder in excess of the highest applicable rate, the rate in effect hereunder shall automatically be reduced to the maximum rate permitted by applicable law and FUNDER shall promptly refund to Merchant any interest received by FUNDER in excess of the maximum lawful rate, it being intended that Merchant not pay or contract to pay, and that FUNDER not receive or contract to receive, directly or indirectly in any manner whatsoever, interest in excess of that which may be paid by Merchant under applicable law.

**1.10 Power of Attorney.** Merchant irrevocably appoints FUNDER as its agent and attorney-in-fact with full authority to take any action or execute any instrument or document to settle all obligations due to FUNDER from Processor/Bank, or in the case of a violation by Merchant of Section 1.11 or the occurrence of an Event of Default under Section 4 hereof, from Merchant, under this Agreement, including without limitation (i) to obtain and adjust insurance; (ii) to collect monies due or to become due under or in respect of any of the Collateral; (iii) to receive, endorse and collect any checks, notes, drafts, instruments, documents or chattel paper in connection with clause (i) or clause (ii) above; (iv) to sign Merchant's name on any invoice, bill of lading, or assignment directing customers or account debtors to make payment directly to FUNDER; and (v) to file any claims or take any action or institute any proceeding which FUNDER may deem necessary for the collection of any of the unpaid Purchased Amount from the Collateral, or otherwise to enforce its rights with respect to payment of the Purchased Amount.

**1.11 Protections Against Default.** The following Protections 1 through 7 may be invoked by FUNDER, immediately and without notice to Merchant in the event (i) Merchant changes its arrangements with Processor/Bank in any way that is adverse to FUNDER; (b) Merchant changes the deposit account through which the Receipts are settled, or permits any event to occur that could cause diversion of any of Merchant's transactions to another account; (c) Merchant interrupts the operation of this business (other than adverse weather, natural disasters or acts of God) transfers, moves, sells, disposes, transfers or otherwise conveys its business or assets without (i) the express prior written consent of FUNDER, and (ii) the written agreement of any purchaser or transferee to the assumption of all of Merchant's obligations under this Agreement pursuant to documentation satisfactory to FUNDER; or (d) Merchant takes any action, fails to take any action, or offers any incentive—economic or otherwise—the result of which will be to induce any customer or customers to pay for Merchant's services with any means other than checks that are settled through Processor. These protections are in addition to any other remedies available to FUNDER at law, in equity or otherwise pursuant to this Agreement

Protection 1. The full uncollected Purchase Amount plus all fees due under this Agreement and the attached Security Agreement become due and payable in full immediately

Protection 2. FUNDER may enforce the provisions of the Personal Guarantee of Performance against the Guarantor.

Protection 3. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed confession of judgment in favor of FUNDER in the amount of the Purchase Amount stated in the Agreement. Upon breach of any provision in this paragraph 1.11, FUNDER may enter that confession of judgment as a judgment with the Clerk of the Court and execute thereon.

Protection 4. FUNDER may enforce its security interest in the Collateral identified in Article III hereof

Protection 5. The entire Purchase Amount shall become immediately refundable to FUNDER from Merchant.

Protection 6. FUNDER may proceed to protect and enforce its rights and remedies by lawsuit. In any such lawsuit, in which FUNDER shall recover judgment against Merchant, Merchant shall be liable for all of FUNDER's costs of lawsuit, including but not limited to all reasonable attorneys' fees and court costs

Protection 7. Merchant shall, upon execution of this Agreement, deliver to FUNDER an executed assignment of lease of Merchant's premises in favor of FUNDER. Upon breach of any provision in this paragraph 1.12, FUNDER may exercise its right under such assignment of lease.

Protection 8. FUNDER may debit Merchant's depository accounts wherever situated by means of ACH debit or facsimile signature on a computer-generated check drawn on Merchant's bank account or otherwise.

**1.12 Protection of Information.** Merchant and each person signing this Agreement on behalf of Merchant and/or as Owner, in respect of himself or herself personally, authorizes FUNDER to disclose information concerning Merchant's and each Owner's credit standing (including credit bureau reports that FUNDER obtains) and business conduct only to agents, affiliates, subsidiaries, and credit reporting bureaus. Merchant and each Owner hereby waives to the maximum extent permitted by law any claim for damages against FUNDER or any of its affiliates and the Funders relating to any (i) investigation undertaken by or on behalf of FUNDER as permitted by this Agreement or (ii) disclosure of information as permitted by this Agreement

**1.13 Confidentiality.** Merchant understands and agrees that the terms and conditions of the products and services offered by FUNDER, including this Agreement and any other FUNDER documentations (collectively, "Confidential Information") are proprietary and confidential information of FUNDER. Accordingly unless disclosure is required by law or court order, Merchant shall not disclose Confidential Information of FUNDER to any person other than an attorney, accountant, financial advisor or employee of Merchant who needs to know such information for the purpose of advising Merchant ("Advisor"), provided such Advisor uses such information solely for the purpose of advising Merchant and first agrees in writing to be bound by the terms of this Section 1.13.

**1.14 Publicity.** Merchant and each Owner only authorizes FUNDER, to use its, his or her name in a listing of clients and in advertising and marketing materials with their express written consent.

**1.15 D/B/A/s.** Merchant hereby acknowledges and agrees that FUNDER may be using "doing business as" or "d/b/a" names in connection with various matters relating to the transaction between FUNDER and Merchant, including the filing of UCC-1 financing statements and other notices or filings.

**II. REPRESENTATIONS, WARRANTIES AND COVENANTS** Merchant represents, warrants and

CFN ACH 01-25-16

Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 479**     **Kapitus_000479**

covenants that as of this date and during the term of this Agreement.

**1.1 Financial Condition and Financial Information.** The bank and financial statements, copies of which have been furnished to FUNDER, and future statements which will be furnished hereafter at the discretion of FUNDER, fairly represent the financial condition of Merchant at such dates, and since those dates there has been no material adverse changes, financial or otherwise, in such condition, operation or ownership of Merchant. Merchant has a continuing, affirmative obligation to advise FUNDER of any material adverse change in its financial condition, operation or ownership. FUNDER may request statements at any time during the performance of this Agreement and the Merchant shall provide them to FUNDER within 5 business days. Merchant's failure to do so is a material breach of this Agreement.

**1.2 Governmental Approvals.** Merchant is in compliance and shall comply with all laws and has valid permits, authorizations and licenses to own, operate and lease its properties and to conduct the business in which it is presently engaged.

**1.3 Authorization.** Merchant, and the person(s) signing this Agreement on behalf of Merchant, have full power and authority to incur and perform the obligations under this Agreement, all of which have been duly authorized.

**1.4 Insurance.** Merchant will maintain business-interruption insurance naming FUNDER as loss payee and additional insured in amounts and against risk as are satisfactory to FUNDER and shall provide FUNDER proof of such insurance upon request.

**1.5 Intentionally omitted**

**1.6 Change of Name or Location.** Merchant will not conduct Merchant's businesses under any name other than as disclosed to the Processor and FUNDER or change any of its places of business.

**1.7 Daily Batch Out.** Merchant will batch out receipts with the Processor on a daily basis.

**1.8 Estoppel Certificate.** Merchant will at any time, and from time to time, upon at least one (1) day's prior notice from FUNDER to Merchant, execute, acknowledge and deliver to FUNDER and/or to any other person, firm or corporation specified by FUNDER, a statement certifying that this Agreement is unmodified and in full force and effect (or, if there have been modifications, that the same is in full force and effect as modified and stating the modifications) and stating the dates which the Purchased Amount or any portion thereof has been repaid.

**1.9 No Bankruptcy or Insolvency.** As of the date of this Agreement, Merchant represents that it is not insolvent and does not contemplate and has not filed any petition for bankruptcy protection under Title 11 of the United States Code and there has been no involuntary petition brought or pending against Merchant. Merchant further warrants that it does not anticipate filing any such bankruptcy petition and it does not anticipate that an involuntary petition will be filed against it. In the event that the Merchant files for bankruptcy protection or is placed under an involuntary filing Protections 2 and 3 are immediately invoked.

**1.10 Additional Financing.** Merchant shall not enter into any arrangement, agreement or commitment for any additional financing, whether in the form of a purchase of receivables or a loan to the business with any party other than FUNDER without their written permission.

**1.11 Unencumbered Receipts.** Merchant has good, complete and marketable title to all Receipts, free and clear of any and all liabilities, liens, claims, changes, restrictions, conditions, options, rights, mortgages, security interests, equities, pledges and encumbrances of any kind or nature whatsoever or any other rights or interests that may be inconsistent with the transactions contemplated with, or adverse to the interests of FUNDER.

**1.12 Business Purpose.** Merchant is a valid business in good standing under the laws of the jurisdiction in which it is organized and/or operate, and Merchant is entering into this Agreement for business purposes and not as a consumer for personal, family or household purposes.

**1.13 Default Under Other Contracts.** Merchant's execution of and/or performance under this Agreement will not cause or create an event of default by Merchant under any contract with another person or entity.

### II. EVENTS OF DEFAULT AND REMEDIES

**2.1 Events of Default.** The occurrence of any of the following events shall constitute an "Event of Default" hereunder: (a) Merchant shall violate any term or covenant in this Agreement; (b) Any representation or warranty by Merchant in this Agreement shall prove to have been incorrect, false or misleading in any material respect when made; (c) Merchant shall admit in writing its inability to pay its debts, or shall make a general assignment for the benefit of creditors or any proceeding shall be instituted by or against Merchant seeking to adjudicate it a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts; (d) the sending of notice of termination by Guarantor; (e) Merchant shall transport, move, interrupt, suspend, dissolve or terminate its business; (f) Merchant shall transfer or sell all or substantially all of its assets; (h) Merchant shall make or send notice of any intended bulk sale or transfer by Merchant; (i) Merchant shall use multiple depository accounts without the prior written consent of FUNDER; (j) Merchant shall change its depositing account without the prior written consent of FUNDER; (k) Merchant shall perform any act that reduces the value of any Collateral granted under this Agreement; or (l) Merchant shall default under any of the terms, covenants and conditions of any other agreement with FUNDER.

**2.2 Remedies.** In case any Event of Default occurs and is not waived pursuant to Section 4.4.1 hereof, FUNDER on its own and on behalf of the Funders may proceed to protect and enforce its rights or remedies by suit in equity or by action at law, or both, whether for the specific performance of any covenant, agreement or other provision contained herein, or to enforce the discharge of Merchant's obligations hereunder (including the Personal Guarantee) or any other legal or equitable right or remedy. All rights, powers and remedies of FUNDER in connection with this Agreement may be exercised at any time by FUNDER after the occurrence of an Event of Default, are cumulative and not exclusive, and shall be in addition to any other rights, powers or remedies provided by law or equity.

**2.3 Costs.** Merchant shall pay to FUNDER all reasonable costs associated with (a) a breach by Merchant of the Covenants in this Agreement and the enforcement thereof, and (b) the enforcement of FUNDER's remedies set forth in Section 4.2 above, including but not limited to court costs and attorneys' fees.

**2.4 Required Notifications.** Merchant is required to give FUNDER written notice within 24 hours of any filing under Title 11 of the United States Code. Merchant is required to give FUNDER seven days' written notice prior to the closing of any sale of all or substantially all of the Merchant's assets or stock.

### IV. MISCELLANEOUS

**4.1 Modifications; Agreements.** No modification, amendment, waiver or consent of any provision of this Agreement shall be effective unless the same shall be in writing and signed by FUNDER.

**4.2 Assignment.** Merchant acknowledges and understands that FUNDER is acting on its own behalf and as the administrator and lead investor for a group of independent participants, a list of which can be provided to Merchant after funding, and upon written notice to FUNDER. FUNDER may assign, transfer or sell its rights to receive the Purchased Amount or delegate its duties hereunder, either in whole or in part.

**4.3 Notices.** All notices, requests, consent, demands and other communications hereunder shall be delivered by certified mail, return receipt requested, to the respective parties to this Agreement at the addresses set forth in this Agreement and shall become effective only upon receipt.

**4.4 Waiver; Remedies.** No failure on the part of FUNDER to exercise, and no delay in exercising, any right under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any right under this Agreement preclude any other or further exercise thereof or the exercise of any other right. The remedies provided hereunder are cumulative and not exclusive of any remedies provided by law or equity.

**4.5 Binding Effect; Governing Law, Venue and Jurisdiction.** This Agreement shall be binding upon and inure to the benefit of Merchant, FUNDER (and it's Participants) and their respective successors and assigns. FUNDER's Participants shall be third party beneficiaries of all such agreements, except that Merchant shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of FUNDER which consent may be withheld in FUNDER's sole discretion. FUNDER reserves the rights to assign this Agreement with or without prior written notice to Merchant. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regards to any applicable principals of conflicts of law. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach hereof, shall, if FUNDER so elects, be instituted in any court sitting in New York, (the "Acceptable Forums"). Merchant agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Merchant waives any right to oppose any motion or application made by FUNDER to transfer such proceeding to an Acceptable Forum.

**4.6 Survival of Representation, etc.** All representations, warranties and covenants herein shall survive the execution and delivery of this Agreement and shall continue in full force until all obligations under this Agreement shall have been satisfied in full and this Agreement shall have terminated.

**4.7 Severability.** In case any of the provisions in this Agreement is found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of any other provision contained herein shall not in any way be affected or impaired.

**4.8 Entire Agreement.** Any provision hereof prohibited by law shall be ineffective only to the extent of such prohibition without invalidating the remaining provisions hereof. This Agreement and Security Agreement hereto embody the entire agreement between Merchant and FUNDER and supersede all prior agreements and understandings relating to the subject matter hereof.

**4.9 JURY TRIAL WAIVER. THE PARTIES HERETO WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE TRANSACTIONS OF WHICH THIS AGREEMENT IS A PART OR THE ENFORCEMENT HEREOF. THE**

Colonial Funding Network as Servicing Agent

PARTIES HERETO ACKNOWLEDGE THAT EACH MAKES THIS WAIVER KNOWINGLY, WILLINGLY AND VOLUNTARILY AND WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF THIS WAIVER WITH THEIR ATTORNEYS

**4.11. ARBITRATION. PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.**

Covered claims

- You or we may arbitrate any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").
- If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.
- Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct, and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/subsidiary company.

Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.
- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect where the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.
- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.
- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides you Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

Survival and Severability of Terms

- This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in

force, except that in the case of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**4.11 Counterparts; Facsimile and PDF Acceptance.** This Agreement and the Merchant Security Agreement and Guaranty may be executed in counterparts, each of which shall constitute an original, but all of which together shall constitute one instrument. Signatures on this Agreement and the Merchant Security Agreement and Guaranty sent by facsimile or PDF will be treated as original signatures for all purposes.

INITIALS: _____

CFN ACH 01-25-16

Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 481**                    **Kapitus_000481**

IVT Capital - SECURITY AGREEMENT AND GUARANTY

Borrower's Legal Name: LICENSE TO CHILL HEATING AND AIR INC

D/B/A: Just Chillin Heating & Air

Physical Address: 1150 Blue Mound Rd W    City: Haslet    State: TX    Zip: 76052-3877
Ste 103

Federal ID#

## SECURITY AGREEMENT

**Security Interest.** To secure Merchant's payment and performance obligations to FUNDER and its affiliates or the Funders, a list of which may be provided to the Merchant if requested in writing after the funding of the purchase closes under the Merchant Cash Advance Agreement between Merchant and FUNDER (the "Merchant Agreement"), Merchant hereby grants to FUNDER a security interest in all personal property of Merchant, including all accounts, chattel paper, cash, deposit accounts, documents, equipment, general intangibles, instruments, inventory, or investment property, as those terms are defined in Article 9 of the Uniform Commercial Code of the State of New York as amended (the "UCC"), whether now or hereafter owned or acquired by Merchant and wherever located; and all proceeds of such property, as that term is defined in Article 9 of the UCC (collectively, the "Collateral"). If the Merchant Agreement identifies more than one Merchant, this Security Agreement applies to each Merchant, jointly and severally.

Merchant acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Merchant and FUNDER will secure the obligations hereunder, and that the Merchant's payment and performance obligations secured by this Security Agreement, and the Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Collateral.

Merchant further acknowledges and agrees that, if Merchant enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Security Agreement, and that the Merchant's payment and performance obligations, and the Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Collateral.

**Cross-Collateral.** To secure Guarantor's payment and performance obligations to FUNDER(and the Funders) under this Merchant Security Agreement and Guaranty (this "Agreement"), each Guarantor hereby grants FUNDER, for itself and its participants, a security interest in (the "Additional Collateral"). Each Guarantor agrees and acknowledges that FUNDER will have a security interest in the aforesaid Additional Collateral upon execution of this Agreement.

Guarantor acknowledges and agrees that any security interest granted to FUNDER under any other agreement between Guarantor and FUNDER will secure the obligations hereunder, and that the Guarantor's payment and performance obligations under this Agreement, and the Additional Collateral granted hereunder, shall be perfected under any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interest in the Additional Collateral.

Guarantor further acknowledges and agreements that, if Guarantor enters into future Agreements with FUNDER, any security interest granted to FUNDER under such future Agreements will relate back to this Agreement, and that the Guarantor's payment and performance obligations, and the Additional Collateral granted, under such future Agreements, shall relate back to, be perfected under, and made a part of, any previously filed UCC-1 or UCC-3 statement, perfecting FUNDER's interesting the Additional Collateral.

Each of Merchant and each Guarantor agrees to execute any documents or take any action in connection with this Agreement as FUNDER deems necessary to perfect or maintain FUNDER's first priority security interest in the Collateral and Additional Collateral, including the execution of any control agreements. Each of Merchant and each Guarantor hereby authorizes FUNDER to file any financing statement deemed necessary by FUNDER to perfect or maintain FUNDER's security interest, which financing statements may contain notification that Merchant and each Guarantor have granted a negative pledge to FUNDER with respect to the Collateral and Additional Collateral, and that any subsequent lender or lienor may be tortiously interfering with FUNDER's rights. Merchant and each Guarantor shall be jointly and severally liable for and shall pay to FUNDER upon demand all costs and expenses, including but not limited to attorneys' fees, which may be incurred by FUNDER in protecting, preserving and enforcing FUNDER's security interest and rights.

**Negative Pledge.** Each of Merchant and each Guarantor agrees not to create, incur, assume, or permit to exist, directly or indirectly, any additional cash advances, loans, lien or other encumbrance on or with respect to any of the Collateral or Additional Collateral, as applicable without written permission of FUNDER.

**Consent to Enter Premises and Assign Lease.** FUNDER shall have the right to cure Merchant's default in the payment of rent for the Premises on the following terms. In the event Merchant is served with papers in an action against Merchant for nonpayment of rent or for summary eviction, FUNDER may execute its rights and remedies under the Assignment of Lease. Merchant also agrees that FUNDER may enter into an agreement with Merchant's landlord giving FUNDER the right: (a) to enter the Premises and to take possession of the fixtures and equipment therein for the purpose of protecting and preserving same; and (b) to assign Merchant's lease to another qualified merchant capable of operating a business comparable to Merchant's at the Premises

**Remedies.** Upon any Event of Default, FUNDER may pursue any remedy available at law (including those available under the provisions of the UCC) or in equity to collect, enforce, or satisfy any obligations then owing to FUNDER, whether by acceleration or otherwise.

## GUARANTY

**Personal Guaranty of Performance.** The undersigned Guarantor(s) hereby guarantees to FUNDER, and its affiliates or the Funders, Merchant's performance of all of the representations, warranties, covenants made by Merchant in this Agreement and the Merchant Agreement, as each agreement may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due (i) at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in this Agreement and the Merchant Agreement, and (ii) at the time Merchant admits its inability to pay its debts, or makes a general assignment for the benefit of creditors, or any proceeding shall be instituted by or against Merchant seeking to adjudicate it bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, or composition of it or its debts . (It is understood by all parties that this Guaranty is not an absolute personal guaranty of payment and that the signors are only guaranteeing that they will not take any action or permit the merchant to take any action that is a breach of this agreement.)

**Guarantor Waivers.** In the event that Merchant fails to make a payment or perform any obligation when due under the Merchant Agreement, FUNDER may enforce its rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral, Additional Collateral or Cross-Collateral FUNDER may hold pursuant to this Agreement or any other guaranty.

CFN ACH 01-25-16        Colonial Funding Network as Servicing Agent

**KAPITUS EX. 13 - 482**

Kapitus_000482

FUNDER does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if: is not entitled to: (i) Merchant's failure to pay timely any amount owed under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations; (iv) FUNDER's acceptance of this Agreement; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to FUNDER. In addition, FUNDER may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement : (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to FUNDER; (ii) release Merchant from its obligations to FUNDER; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guarantee of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Merchant Amount plus any accrued but unpaid interest and Merchant's other obligations to FUNDER under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantee for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation ; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution. In the event that FUNDER must return any amount paid by Merchant or any other guarantor of the Guaranteed Obligations because that person has become subject to a proceeding under the United States Bankruptcy Code or any similar law, Guarantor's obligations under this Agreement shall include that amount.

**Guarantor Acknowledgement.** Guarantor acknowledges that: (i) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; and (iii) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity.                     INITIALS:

**Joint and Several Liability.** The obligations hereunder of the persons or entities constituting Guarantor under this Agreement are joint and several.

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

MERCHANTS AND OWNERS/GUARANTORS ACKNOWLEDGE THAT THIS WRITING REPRESENTS THE ENTIRE AGREEMENT BETWEEN THE PARTIES HERETO. IT IS UNDERSTOOD THAT ANY REPRESENTATIONS OR ALLEGED PROMISES BY INDEPENDENT BROKERS OR AGENTS OF ANY PARTY IF NOT INCLUDED IN THIS WRITTEN AGREEMENT ARE CONSIDERED NULL AND VOID. ANY MODIFICATION OR OTHER ALTERATION TO THE AGREEMENT MUST BE IN WRITING AND EXECUTED BY THE PARTIES TO THIS CONTRACT.

MERCHANT #1
By Dwayne Bridges
_____ (Print Name and Title)          _____ (Signature)
S#                                       Drivers License Number:

MERCHANT #2
By
_____ (Print Name and Title)          _____ (Signature)
S#                                       Drivers License Number:

OWNER/GUARANTOR #1
By Dwayne Bridges
_____ (Print Name and Title)          _____ (Signature)
S#                                       Drivers License Number:

OWNER/GUARANTOR #2
By
_____ (Print Name and Title)          _____ (Signature)
S#                                       Drivers License Number:

**AUTHORIZED SERVICING AGENT – Colonial Funding Network, Inc.**

Colonial Funding Network, Inc. (Colonial) is the Authorized Servicing Agent of the funder for this contract providing administrative, bookkeeping, reporting and support services for the funder and the Merchant. Colonial is not affiliated or owned by the funder and is acting as independent agent for services including but not limited to background checks, credit checks, general underwriting review, filing UCC-1 security interests, cash management, account reporting and remit capture. Colonial may at its sole discretion participate in this financing by providing a small portion of the funds for this transaction directly to the funder. Colonial is not a credit card processor, or in the business of processing credit cards. Merchant hereby acknowledges that in no event will Colonial be liable for any claims made against the funder or the Processor under any legal theory for lost profits, lost revenues, lost business opportunity, exemplary, punitive, special, incidental, indirect or consequential damages, each of which is waived by the Merchant and Owner/Guarantor.

MERCHANT #1
By Dwayne Bridges
_____ (Print Name and Title)          _____ (Signature)

CFN ACH 01-25-16                     Colonial Funding Network as Servicing Agent

KAPITUS EX. 13 - 483                     Kapitus_000483

colonialfundingnetwork

## APPENDIX A: THE FEE STRUCTURE:

To cover underwriting and related expenses

**A. Origination Fee**

| Amount Funded | Origination Fee |
|---|---|
| Up to $7,500.00 | $199.00 |
| $7,501.00-$25,000.00 | $295.00 |
| $25,001.00-$50,000.00 | $395.00 |
| $50,001.00-$100,000.00 | $595.00 |
| $100,001.00-$250,000.00 | $795.00 |
| Over $250,000.00 | $995.00 |
| Due Diligence Fee | $0.00 |

**B. ACH Program Fee** — $395.00 — ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs

**C. NSF Fee (Standard)** — $50.00 ea — Up to FOUR TIMES ONLY before a default is declared

**D. Rejected ACH** — When the merchant directs the bank to Reject our Debit ACH

Daily ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $25.00 |
| $7,501.00-$50,000.00 | $35.00 |
| $50,001.00-$100,000.00 | $50.00 |
| $100,001.00-$250,000.00 | $75.00 |
| Over $250,000.00 | $100.00 |

Weekly ACH Program

| Amount Funded | Reject Fee |
|---|---|
| Up to $7,500.00 | $75.00 |
| $7,501.00-$50,000.00 | $99.00 |
| $50,001.00-$100,000.00 | $175.00 |
| $100,001.00-$250,000.00 | $275.00 |
| Over $250,000.00 | $395.00 |

**E. Bank Change Fee** — $75.00 — When Merchant requires a change of account to be Debited requiring us to adjust our system

**F. Blocked Account** — $2,500.00 — When Merchant BLOCKS account from our Debit ACH, which places them in default (per contract)

**G. Default Fee** — $5,000.00 — When Merchant changes bank account cutting us off from our Collections

**H. UCC Termination Fee** — $150.00 — When Merchant request a UCC termination

**I. Administrative Fee** — $0.00

Miscellaneous Service Fees. Merchant shall pay to Colonial certain fees Merchant funding is done electronically to their designated bank account and charged a fee of $35.00 for a Fed Wire or $15.00 for an ACH. The fee for underwriting and origination is paid from the funded amount in accordance with the schedule below. If Merchant is utilizing a Bridge / Control Account, there is an upfront fee of $395.00 for the bank fees and administrative costs of maintaining such account for each cash advance agreement with Merchant. Fund transfers from Bridge / Control Accounts to Merchant's operating bank account will be charged $10.95 per month via ACH. This fee will continue if the bridge account remains open after the RTR is paid. Merchant will be charged $50.00 for each change of its operating bank account once active with Colonial. Any administrative adjustments associated with changes to the Specified Percentage will incur a fee of $75.00 per occurrence. (All fees are subject to change)

MERCHANT INITIALS: _____

KAPITUS EX. 13 - 484

Kapitus_000484

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                  Plaintiff,

  - against-

JUST CHILLIN HEATING & AIR d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (A/K/A DWAYNE PAUL BRIDGES),

             Defendants,

------------------------------------------------------------------x

Index No.:

Date Filed:

Plaintiff's Place of Business:
120 West 45th Street, 2nd Fl.
New York, New York 10036

Plaintiff designates New York County
as the place of trial. Venue is based
upon Plaintiff's place of business and
pursuant to Agreement.

---

## SUMMONS AND VERIFIED COMPLAINT

---

**Jennifer Ballard, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
*as servicing provider for TVT Capital, LLC*
120 West 45th Street, 2nd Fl.
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

Kapitus_000485

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                   Plaintiff,

  - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

             Defendants.

-------------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

**NOTICE OF ENTRY**

Plaintiff's Place of Business:
120 West 45th Street, 6th Floor
New York, New York 10036

Plaintiff designates New York County
as the place of trial. Venue is based
upon Plaintiff's place of business and
pursuant to Agreement.

     PLEASE TAKE NOTICE that the within is a true copy of a Judgment duly made and entered on the within-entitled action, and filed in the office of the Clerk of the Supreme Court of the State of New York, County of New York, on the 20th day of March, 2018.

DATED: March 23, 2018

     New York, New York

                                   Holly S. Falkowitz, Esq.

                                   Attorney for Plaintiff
                                   120 West 45th Street, 6th Floor
                                   New York, New York 10036
                                   Tel: (212) 354-1400
                                   Fax: (800) 581-3615

To:

     **License to Chill Heating and Air, Inc. d/b/a**
     **Just Chillin Heating & Air**
     1150 Blue Mound Road West, Ste 103
     Haslet, TX 76052

     **Dwayne Bridges a/k/a**
     **Dwayne Paul Bridges**
     628 Destin Drive
     Fort Worth, TX 76131

**FILED: NEW YORK COUNTY CLERK 03/20/2018 04:09 P**

NYSCEF DOC. NO. 35                                      RECEIVED NYSCEF: 03/20/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                            Plaintiff,

            - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

                            Defendants.

-----------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

**STATEMENT FOR JUDGMENT**

| | |
|---|---|
| Amount Awarded | $99,086.00  $13,853.04 |
| Interest @ 9% from August 30, 2016 | ~~$13,376.61~~ |
| Subtotal (amount + interest) | ~~$112,462.61~~ |
| Costs by Statute | $ 200.00 |
| Service of Summons and Affidavits | $ |
| Transcripts and Docketing | $ |
| Motion Fee | $ 45.00 |
| Filing RJI | $ 95.00 |
| Sheriff's Fees on Execution | $ |
| Satisfaction Piece | $ |
| Taxing Costs | $ |
| Fee for Index Number | $ 210.00 |
| Subtotal (costs & disbursements) | $ 550.00 |
| Total | $ 113,489.04  ~~$113,012.61~~ |

Costs Taxed at $_550.00_

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$550.00

MAR 20 2018

_____ Clerk

**CLERK**

**KAPITUS EX. 13 - 487**                                      **Kapitus_000487**

FILED: NEW YORK COUNTY CLERK 03/20/2018 04:09 P

NYSCEF DOC. NO. 35                                    RECEIVED NYSCEF: 03/20/2018

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:        **ATTORNEY'S AFFIRMATION**

The undersigned, attorney at law of the State of New York, Holly S. Falkowitz, Esq., attorney of

record for the Plaintiff herein, states that the disbursements above specified, are correct and true and

have been or will necessarily be made or incurred herein and are reasonable in amount; that the time

for the defendants to appear or answer herein has expired and that the said defendants have not

appeared or answered herein.  The undersigned affirms this statement to be true under the penalties of

perjury.

Dated: March 19, 2018

_____

Holly S. Falkowitz, Esq.

**JUDGMENT** entered against defendants pursuant to the order of the Honorable Robert R. Reed J.S.C.

dated March 9, 2018.

**NOW, ON MOTION OF** HOLLY S. FALKOWITZ, ESQ, attorney for Plaintiff, it is **ADJUDGED**

that

Plaintiff, COLONIAL FUNDING NETWORK, INC as servicing provider for TVT CAPITAL, LLC,

located at 120 West 45th Street – 2nd Floor, New York, New York 10036, have judgment and

do recover of Defendants, LICENSE TO CHILL HEATING AND AIR, INC. d/b/a JUST CHILLIN

HEATING & AIR , principally located at 1150 Blue Mound Road, West, Ste 103, Haslet, TX 76052,

and DWAYNE BRIDGES a/k/a DWAYNE PAUL BRIDGES residing at 628 Destin Drive, Fort

Worth, TX 76131,

the sum of $99,086.00 the amount awarded, with interest in the amount of $13,376.61, in addition to
$13,853.04

$550.00  in costs and disbursements, as taxed by the clerk amounting in all to the sum of $143,012.61.
$113,489.04

and that Plaintiff have execution therefore.

_____ Clerk

**FILED**

MAR 2 0 2018

COUNTY CLERK'S OFFICE
NEW YORK

FILED: NEW YORK COUNTY CLERK 03/20/2018 04:09 PM

NYSCEF DOC. NO. 35                                    RECEIVED NYSCEF: 03/20/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

                          Plaintiff,

          - against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),
                          Defendant.
-----------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

Plaintiff's Place of Business:

120 West 45th Street – 2nd Floor
New York, New York 10036

---

## JUDGMENT

Holly S. Falkowitz, Esq.
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
120 West 45th Street – 2nd Floor
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615



1–4

FILED AND
DOCKETED

MAR 20 2018
AT 4:09 PM
N.Y., CO. CLK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

COLONIAL FUNDING NETWORK, INC. as servicing
provider for TVT CAPITAL, LLC,

Plaintiff,

- against-

LICENSE TO CHILL HEATING AND AIR, INC. d/b/a
JUST CHILLIN HEATING & AIR and
DWAYNE BRIDGES (a/k/a DWAYNE PAUL BRIDGES),

Defendants.

-------------------------------------------------------------------x

Index No.: 655613/2016

Date Filed: October 24, 2016

Plaintiff's Place of Business:
120 West 45th Street, 6th Floor
New York, New York 10036

Plaintiff designates New York County
as the place of trial.  Venue is based
upon Plaintiff's place of business and
pursuant to Agreement.

---

## NOTICE OF ENTRY

---

**Holly S. Falkowitz, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
120 West 45th Street, 6th Floor
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

**Kapitus_000490**

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )

                         ) SS.:

COUNTY OF NEW YORK   )

I, Matthew Acosta, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Suffolk County.

On March 23 , 2018, I served the within NOTICE OF ENTRY by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**License to Chill Heating and Air, Inc. d/b/a**
**Just Chillin Heating & Air**
1150 Blue Mound Road West, Ste 103
Haslet, TX 76052

**Dwayne Bridges a/k/a**
**Dwayne Paul Bridges**
628 Destin Drive
Fort Worth, TX 76131

_Matthew Acosta_
Matthew Acosta

Sworn to before me this
23 day of March, 2018

_SBoyd_

SHANTEL BOYD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6364530
Qualified in New York County
My Commission Expires 09-18-2021

Claimant/Creditor:    Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. as servicing provider for TVT Capital, LLC

Debtor (s):    Dwayne Paul Bridges

Case No.:    19-44181

## **Claim Itemization**

Judgment Principal ................................................ $99,086.00

Interest @ 9%
(New York Legal Rate)

From 8/30/16 ................................................ $13,853.04

Court Costs ................................................ $550.00

Interest @ 9%
(New York Legal Rate)

From 8/30/16 to 10/10/19 ............................. $31,817.31

Total Claim ................................................ $145,306.35

**KAPITUS EX. 13 - 492**

Claimant/Creditor:    Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. as servicing agent for TVT Capital, LLC

Debtor (s):    Dwayne Paul Bridges

Case No.    19-44181

Claim Itemization

Judgment Principal ........................................ $99,086.00

Pre-Judgment Interest Awarded @ 9%
(New York Legal Rate)
From 8/30/16 to 9/19/20 ................................ $13,853.04

Court Costs ................................................. $550.00

Post-Judgment Interest @ 9%
(New York Legal Rate)
From 3/20/18 to 10/10/19 ............................. $15,950.63

TOTAL ................................................... $129,439.67

**Kapitus_000493**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Dwayne**<br>First Name<br>**Paul**<br>Middle Name<br>**Bridges**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | **Dana**<br>First Name<br>**Michelle**<br>Middle Name<br>**Bridges**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Dwayne**<br>First Name<br>**P.**<br>Middle Name<br>**Bridges**<br>Last Name<br><br>_____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name | **Dana**<br>First Name<br>**Michelle**<br>Middle Name<br>**Johnson**<br>Last Name<br><br>**Dana**<br>First Name<br>**M.**<br>Middle Name<br>**Bridges**<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **7  8  9  4**<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – **9  4  7  4**<br>OR<br>9xx – xx – ____ ____ ____ ____ |

KAPITUS EX. 13 - 494

Kapitus_000494

| | |
|---|---|
| Debtor 1 | **Dwayne Paul Bridges** |
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN _____

EIN _____

**5.** Where you live

**920 Lynch Bend Rd.**
Number    Street

_____

_____

**Springtown      TX      76082**
City                State        ZIP Code

**Parker**
County

If Debtor 2 lives at a different address:

Number    Street

_____

_____

City                State        ZIP Code

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 2

**KAPITUS EX. 13 - 495**

Kapitus_000495

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, |
| | | MM / DD / YYYY | if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, |
| | | MM / DD / YYYY | if known |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.

  ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

**KAPITUS EX. 13 - 496**

Kapitus_000496

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number     Street

_____

_____
City                          State        ZIP Code

**KAPITUS EX. 13 - 497**

Kapitus_000497

| Debtor 1 | **Dwayne Paul Bridges** | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**KAPITUS EX. 13 - 498**

**Kapitus_000498**

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**                                  Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

16. **What kind of debts do you have?**

   16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☑ No. Go to line 16b.
   ☐ Yes. Go to line 17.

   16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

   ☐ No. Go to line 16c.
   ☑ Yes. Go to line 17.

   16c. State the type of debts you owe that are not consumer or business debts.

   _____

17. **Are you filing under Chapter 7?**

   **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

   ☐ No.   I am not filing under Chapter 7. Go to line 18.

   ☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

   ☑ No

   ☐ Yes

18. **How many creditors do you estimate that you owe?**

   ☐ 1-49
   ☐ 50-99
   ☑ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☑ $100,001-$500,000
   ☐ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☐ $100,001-$500,000
   ☑ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

**KAPITUS EX. 13 - 499**

**Kapitus_000499**

| Debtor 1 | **Dwayne Paul Bridges** | | |
|----------|-------------------------|--|--|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

---

**Part 7:**   **Sign Below**

---

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| X **/s/ Dwayne Paul Bridges** | X **/s/ Dana Michelle Bridges** |
|-------------------------------|----------------------------------|
| Dwayne Paul Bridges, Debtor 1 | Dana Michelle Bridges, Debtor 2 |
| Executed on **10/10/2019** | Executed on **10/10/2019** |
| MM / DD / YYYY | MM / DD / YYYY |

**KAPITUS EX. 13 - 500**

**Kapitus_000500**

| Debtor 1 | **Dwayne Paul Bridges** | |
|----------|-------------------------|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Carla R. Vida** _____ Date **10/10/2019** _____
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Carla R. Vida** _____
Printed name

**The Vida Law Firm, PLLC** _____
Firm Name

**3000 Central Drive** _____
Number          Street

_____

_____

**Bedford** _____ **TX** **76021** _____
City                                  State        ZIP Code

Contact phone **(817) 358-9977** _____  Email address _____

**16674445** _____ **TX** _____
Bar number                          State

**KAPITUS EX. 13 - 501**

Kapitus_000501

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**920 Lynch Bend Road**
Street address, if available, or other description

_____

**Springtown          TX     76082**
City                    State   ZIP Code

**Parker**
County

mobile home w/ land
1 acre of  land: $40,000.00
2002 Palm Harbor mobile home
42x76: $114,160.00

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $154,160.00 | $154,160.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Contract for Deed**

☑ Check if this is community property
(see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 1

KAPITUS EX. 13 - 502

| Debtor 1 | **Dwayne Paul Bridges** | | |
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

---

| 1.2. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**1045 Green Ridge Terrace**
**Saginaw, Texas**

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**1045 Green Ridge Terrace, Saginaw value of property: $130,951.00; balance owed $92,000.00;**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $130,951.00 | $130,951.00 |

**Tarrant**
County

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................... ➔ | **$285,111.00** |

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Chevrolet** | | |
| Model: **Corvette** | ☐ Debtor 1 only | |
| Year: **2016** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Approximate mileage: **17,000** | ☑ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | $33,000.00   $33,000.00 |

Other information:
**2016 Chevrolet Corvette (approx. 17000 miles)**

☑ Check if this is community property
(see instructions)

| 3.2. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Toyota** | | |
| Model: **Tundra** | ☐ Debtor 1 only | |
| Year: **2012** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Approximate mileage: **42,217** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | $16,000.00   $16,000.00 |

Other information:
**2012 Toyota Tundra (approx. 42217 miles) (Debtors' son drives)**

☐ Check if this is community property
(see instructions)

---

Official Form 106A/B | Schedule A/B: Property | page 2

**KAPITUS EX. 13 - 503**

**Kapitus_000503**

| Debtor 1 | **Dwayne Paul Bridges** | |
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Toyota** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Tundra** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2016** | ☐ Debtor 2 only | **Current value of the** **Current value of the** |
| Approximate mileage: | **42,217** | ☒ Debtor 1 and Debtor 2 only | **entire property?** **portion you own?** |
| | | ☐ At least one of the debtors and another | **$29,000.00** **$29,000.00** |
| Other information: | | | |
| **2016 Toyota Tundra** | | ☒ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Toyota** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Tundra** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2007** | ☐ Debtor 2 only | **Current value of the** **Current value of the** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | **entire property?** **portion you own?** |
| | | ☐ At least one of the debtors and another | **$200.00** **$200.00** |
| Other information: | | | |
| **2007 Toyota Tundra (inoperable)** | | ☒ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Jeep** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Wrangler** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2005** | ☐ Debtor 2 only | **Current value of the** **Current value of the** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **entire property?** **portion you own?** |
| | | ☒ At least one of the debtors and another | **$2,500.00** **$2,500.00** |
| Other information: | | | |
| **2005 Jeep Wrangler** | | ☐ Check if this is community property (see instructions) | |

| 3.6. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **BMW** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2008** | ☐ Debtor 2 only | **Current value of the** **Current value of the** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | **entire property?** **portion you own?** |
| | | ☐ At least one of the debtors and another | **$4,000.00** **$4,000.00** |
| Other information: | | | |
| **2008 BMW** | | ☒ Check if this is community property (see instructions) | |

| 3.7. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **Colorado** | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2006** | ☐ Debtor 2 only | **Current value of the** **Current value of the** |
| Approximate mileage: | | ☒ Debtor 1 and Debtor 2 only | **entire property?** **portion you own?** |
| | | ☐ At least one of the debtors and another | **$200.00** **$200.00** |
| Other information: | | | |
| **2006 Colorado** | | ☒ Check if this is community property (see instructions) | |

**KAPITUS EX. 13 - 504**

**Kapitus_000504**

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.

Make: **Bass**
Model: **Tracker**
Year: **1987**
Other information:
**1987 Bass Tracker**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$800.00**
Current value of the portion you own? **$800.00**

4.2.

Make: **XMR 1000 Outlander**
Model: **Can Am 4 wheeler**
Year: **2014**
Other information:
**2014 XMR 650 CAM AM Outlander**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$5,315.00**
Current value of the portion you own? **$5,315.00**

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................** ➔ **$91,015.00**

**Part 3:** **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **See continuation page(s).** **$4,015.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe..... **televisions, computers, dvd/cd/vcr stereo component, camcorder, play stations.** **$1,730.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe..... **books, pictures & art objects, Marilyn Monroe picture collection** **$415.00**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe..... **See continuation page(s).** **$1,195.00**

Official Form 106A/B                Schedule A/B: Property                page 4

KAPITUS EX. 13 - 505
Kapitus_000505

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

---

**10.**   **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe..... | **See continuation page(s).** | **$1,050.00**

**11.**   **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..... | **clothing and personal effects** | **$1,180.00**

**12.**   **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe..... | **rings, watches, earrings, wedding rings, costume jewelry, necklaces, bracelets** | **$1,240.00**

**13.**   **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe..... | **household pets: 1 cat, 3 dogs** | **$0.00**

**14.**   **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............ | | 

**15.**   **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................→ | **$10,825.00**

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.**   **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes......................................................................................................... Cash: ........................ | **$0.00**

**17.**   **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................    Institution name:

    17.1.   Checking account:   **Wells Fargo; checking account ending 947** | **$571.14**

---

Official Form 106A/B

**Schedule A/B: Property**

**KAPITUS EX. 13 - 506**

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them.......................... Name of entity: % of ownership:

**License to Chill Heating & Air, Inc. dba Just Chillin Heat & Air**     **100%**     **$0.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each
account separately. Type of account: Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

Official Form 106A/B

Schedule A/B: Property

**KAPITUS EX. 13 - 507**

Kapitus_000507

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

Company name:     Beneficiary:     Surrender or refund value:

**Metlife; term life policy insuring the life of Debtor Husband; face value $850,000.00; no cash value**     **$0.00**

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim......... _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim......... _____

Official Form 106A/B     **Schedule A/B: Property**     page 7

**KAPITUS EX. 13 - 508**

Kapitus_000508

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**35.** **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................➔ **$571.14**

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.

☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☑ No

☐ Yes.  Describe..

**39.** **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes.  Describe..

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes.  Describe..  **drills, volt meter, leak detector, vacuum pump, hand tools**     **$1,500.00**

**41.** **Inventory**

☑ No

☐ Yes.  Describe..

**42.** **Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....  Name of entity:     % of ownership:

**43.** **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes.  Describe....

---

**Schedule A/B: Property**

**KAPITUS EX. 13 - 509**

**Kapitus_000509**

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**44. Any business-related property you did not already list**

☐ No

☑ Yes. Give specific information.

| | |
|---|---|
| **Zero Turn TRW w/60" MWR & ROPS** | **$5,200.00** |
| **Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotary Cutter, 60: light duty box scrape, Kubota ROPS** | **$6,800.00** |
| **Land Pride Claw Grapple 60** | **$1,000.00** |
| **Back Ho and Post Hole Digger** | **$500.00** |
| **grass catcher and line trimmer** | **$400.00** |

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here........................................................................ ➔ | **$15,400.00** |

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information...............

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...............

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.......................................................................... ➔ | **$0.00** |

Official Form 106A/B

**Schedule A/B: Property**

page 9

**KAPITUS EX. 13 - 510**

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | |
| | | Case number *(if known)* _____ |

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.** Add the dollar value of all of your entries from Part 7.  Write that number here............................................ ➔ | **$0.00** |

## Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2**........................................... .................................................................. ➔    **$285,111.00**

**56. Part 2: Total vehicles, line 5**      **$91,015.00**

**57. Part 3: Total personal and household items, line 15**      **$10,825.00**

**58. Part 4: Total financial assets, line 36**      **$571.14**

**59. Part 5: Total business-related property, line 45**      **$15,400.00**

**60. Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

**61. Part 7: Total other property not listed, line 54**    +    **$0.00**

**62. Total personal property.**    Add lines 56 through 61..................    **$117,811.14**    Copy personal property total ➔ +    **$117,811.14**

**63. Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    **$402,922.14**

**KAPITUS EX. 13 - 511**

Kapitus_000511

Debtor 1  **Dwayne Paul Bridges**

Debtor 2  **Dana Michelle Bridges**                                  Case number (if known) _____

**6.**   **Household goods and furnishings (details):**

kitchen table, 2 arm chairs, 6 regular chairs                                      **$500.00**

dishwasher                                                                          **$500.00**

household goods & furnishings                                                     **$3,015.00**

**9.**   **Equipment for sports and hobbies (details):**

dirt bike                                                                           **$500.00**

board games, arcade game, pool tables, camera, exercise equipment                  **$695.00**

**10.**  **Firearms (details):**

Smith & Wesson Body Armour handgun                                                  **$200.00**

Glock 30                                                                            **$350.00**

Glock 26                                                                            **$300.00**

Mossburg 12 ga.                                                                     **$100.00**

Double Tap 45                                                                       **$100.00**

Official Form 106A/B                              Schedule A/B: Property                              page 6

**KAPITUS EX. 13 - 512**

Kapitus_000512

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**mobile home w/ land**<br>**1 acre of land: $40,000.00**<br>**2002 Palm Harbor mobile home 42x76:**<br>**$114,160.00**<br>Line from *Schedule A/B*: __1.1__ | **$154,160.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**1045 Green Ridge Terrace, Saginaw**<br>**value of property: $130,951.00; balance owed $92,000.00;**<br>Line from *Schedule A/B*: __1.2__ | **$130,951.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $25,028.86**<br>**100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

KAPITUS EX. 13 - 513      Kapitus_000513

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2016 Chevrolet Corvette (approx. 17000 miles)**<br>Line from *Schedule A/B*: __**3.1**__ | **$33,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**2012 Toyota Tundra (approx. 42217 miles) (Debtors' son drives)**<br>Line from *Schedule A/B*: __**3.2**__ | **$16,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**2007 Toyota Tundra (inoperable)**<br>Line from *Schedule A/B*: __**3.4**__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $200.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**2008 BMW**<br>Line from *Schedule A/B*: __**3.6**__ | **$4,000.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $4,000.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**2006  Colorado**<br>**2006 Colorado**<br>Line from *Schedule A/B*: __**3.7**__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $200.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**1987 Bass Tracker**<br>Line from *Schedule A/B*: __**4.1**__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $800.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**2014 XMR 1000 Outlander Can Am 4 wheeler**<br>**2014 XMR 650 CAM AM Outlander**<br>Line from *Schedule A/B*: __**4.2**__ | **$5,315.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**kitchen table, 2 arm chairs, 6 regular chairs**<br>Line from *Schedule A/B*: __**6**__ | **$500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**dishwasher**<br>Line from *Schedule A/B*: __**6**__ | **$500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |

**KAPITUS EX. 13 - 514**

Kapitus_000514

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption | |
| Brief description: **household goods & furnishings** <br><br> Line from *Schedule A/B*: **6** | **$3,015.00** | ☑ **$3,015.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $3,015.00 100% FMV without any restrictions)** |
| Brief description: **televisions, computers, dvd/cd/vcr stereo component, camcorder, play stations.** <br> Line from *Schedule A/B*: **7** | **$1,730.00** | ☑ **$1,730.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,730.00 100% FMV without any restrictions)** |
| Brief description: **books, pictures & art objects, Marilyn Monroe picture collection** <br> Line from *Schedule A/B*: **8** | **$415.00** | ☑ **$415.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $415.00 100% FMV without any restrictions)** |
| Brief description: **dirt bike** <br><br> Line from *Schedule A/B*: **9** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00 100% FMV without any restrictions)** |
| Brief description: **board games, arcade game, pool tables, camera, exercise equipment** <br> Line from *Schedule A/B*: **9** | **$695.00** | ☑ **$695.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $695.00 100% FMV without any restrictions)** |
| Brief description: **Smith & Wesson Body Armour handgun** <br><br> Line from *Schedule A/B*: **10** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% FMV without any restrictions)** |
| Brief description: **Glock 30** <br><br> Line from *Schedule A/B*: **10** | **$350.00** | ☑ **$350.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $350.00 100% FMV without any restrictions)** |
| Brief description: **Glock 26** <br><br> Line from *Schedule A/B*: **10** | **$300.00** | ☑ **$300.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00 100% FMV without any restrictions)** |
| Brief description: **Mossburg 12 ga.** <br><br> Line from *Schedule A/B*: **10** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% FMV without any restrictions)** |

**KAPITUS EX. 13 - 515**

**Kapitus_000515**

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | |
| | | Case number (if known) |

**Part 2:**    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Double Tap 45**<br><br>Line from *Schedule A/B*: ___**10**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>$100.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**clothing and personal effects**<br><br>Line from *Schedule A/B*: ___**11**___ | **$1,180.00** | ☑ **$1,180.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>$1,180.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**rings, watches, earrings, wedding rings, costume jewelry, necklaces, bracelets**<br>Line from *Schedule A/B*: ___**12**___ | **$1,240.00** | ☑ **$1,240.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed:**<br>$1,240.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**household pets: 1 cat, 3 dogs**<br><br>Line from *Schedule A/B*: ___**13**___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed:**<br>$0.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**cash on hand**<br><br>Line from *Schedule A/B*: ___**16**___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed:**<br>$0.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Wells Fargo; checking account ending 947**<br><br>Line from *Schedule A/B*: ___**17.1**___ | **$571.14** | ☑ **$571.14**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed:**<br>$571.14<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Metlife; term life policy insuring the life of Debtor Husband; face value $850,000.00; no cash value**<br>Line from *Schedule A/B*: ___**31**___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8) (Claimed:**<br>$0.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**drills, volt meter, leak detector, vacuum pump, hand tools**<br>Line from *Schedule A/B*: ___**40**___ | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed:**<br>$1,500.00<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Zero Turn TRW w/60" MWR & ROPS**<br><br>Line from *Schedule A/B*: ___**44**___ | **$5,200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed:**<br>$0.00<br>**100% FMV without any restrictions)** |

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page 4

**KAPITUS EX. 13 - 516**

**Kapitus_000516**

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotay Cutter, 60: light duty box scrape, Kubota ROPS**<br>Line from *Schedule A/B*: __44__ | **$6,800.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Land Pride Claw Grapple 60**<br>Line from *Schedule A/B*: __44__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $1,000.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Back Ho and Post Hole Digger**<br>Line from *Schedule A/B*: __44__ | **$500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**grass catcher and line trimmer**<br>Line from *Schedule A/B*: __44__ | **$400.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |

**KAPITUS EX. 13 - 517**

Kapitus_000517

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| | | |
|---|---|---|
| **2.1** | Describe the property that secures the claim: | **$33,513.27**    **$33,000.00**    **$513.27** |
| **Ally Financial** | **2016 Chevrolet Corvette** | |
| Creditor's name | | |
| **PO Box 380902** | | |
| Number   Street | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Bloomington**   **MN**   **58438** | |
| City    State   ZIP Code | |

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

Date debt was incurred   **7/19/16**    Last 4 digits of account number   **2 4 4 6**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$33,513.27** |
|---|

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

KAPITUS EX. 13 - 518

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Champs Properties**
Creditor's name
**Jason Creel**
Number    Street
**5328 Rolling Meadows Dr.**

**Fort Worth        TX    76123**
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **7/6/17**

**1 acre of land: $40,000.00**
**2002 Palm Harbor mobile home 42x76: $114,160.00**

Describe the property that secures the claim:

**920 Lynch Bend Road Springtown**

$107,482.73    $154,160.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number    ___ ___ ___ ___

---

**2.3**

**Chrysler Capital**
Creditor's name
**PO Box 660335**
Number    Street

**Dallas        TX    75266-0335**
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **2/7/2017**

**third party pays direct**

Describe the property that secures the claim:

**2012 Toyota Tundra**

$16,587.49    $16,000.00    $587.49

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number    **2  9  5  7**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$124,070.22**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Kapitus_000519

**KAPITUS EX. 13 - 519**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Conns**
Creditor's name
**PO Box 815867**
Number    Street

Describe the property that secures the claim:

**kitchen table, 2 arm chairs, 6 regular chairs**

Column A: **$1,287.76**    Column B: **$500.00**    Column C: **$787.76**

_____
**Dallas**          **TX**   **75234-5867**
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **5   8   7   0**

**2.5**

**DATCU**
Creditor's name
**PO Bxo 927**
Number    Street

Describe the property that secures the claim:

**2014 XMR 650 CAM AM Outlander Travis 4 wheeler**

Column A: **$5,703.45**    Column B: **$5,315.00**    Column C: **$388.45**

_____
**Denton**          **TX**   **76202-0827**
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **1   1   1   7**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$6,991.21**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3

Kapitus_000520

**KAPITUS EX. 13 - 520**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

---

**2.6**

**Direct Capital Corp**
Creditor's name
**155 Commerce Way**
Number    Street

Describe the property that secures the claim:
**2005 Jeep Wrangler**

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $3,000.00 | $2,500.00 | $500.00 |

**Portsmouth         NH    03801**
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**2005 Jeep Wrangler**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Corporate debt- personal guarantor**

Last 4 digits of account number    7    0    0    1

---

**2.7**

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**MC 5027 DAL**

Describe the property that secures the claim:
**920 Lynch Bend Road**
**Springtown**

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $2,021.43 | $154,160.00 | |

**Dallas            TX    75242**
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1040 Taxes Due for 2014**

Last 4 digits of account number    ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

| $5,021.43 |
|---|

Official Form 106D            Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

page 1

**Kapitus_000521**

**KAPITUS EX. 13 - 521**

| Debtor 1 | Dwayne Paul Bridges |
|----------|---------------------|
| Debtor 2 | Dana Michelle Bridges |

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.8**

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**Stop MC5026DAL**

| **Dallas** | **TX** | **75242** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **2016**

**Describe the property that secures the claim:**

**920 Lynch Bend Road Springtown**

$87,222.00 | $154,160.00 | $42,566.16

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **1040 Taxes Due for 2016**

Last 4 digits of account number ___ ___ ___ ___

---

**2.9**

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**Stop MC5026DAL**

| **Dallas** | **TX** | **75242** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **2015**

**Describe the property that secures the claim:**

**920 Lynch Bend Road Springtown**

$12,348.00 | $154,160.00 | $12,348.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **1040 Taxes Due for 2015**

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

$99,570.00

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 5

Kapitus_000522

KAPITUS EX. 13 - 522

| Debtor 1 | **Dwayne Paul Bridges** |
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.10 | Describe the property that secures the claim: | $5,269.62 | $5,200.00 | $69.62 |

**Kubota Credit corp**
Creditor's name
**PO Box 2046**
Number    Street

**Zero Turn TRW w/60" MWR & ROPS**

_____

**Grapevine        TX    76099**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Corporate debt- personal guarantor**

Date debt was incurred _____    Last 4 digits of account number    6  3  7  2

| 2.11 | Describe the property that secures the claim: | $6,868.53 | $6,800.00 | $68.53 |

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number    Street

**see remarks below**

_____

**Grapevine        TX    76099**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Corporate debt- personal guarantor**

Date debt was incurred _____    Last 4 digits of account number    4  2  5  1

**Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotay Cutter, 60: light duty box scrape, Kubota ROPS**

Add the dollar value of your entries in Column A on this page. Write that number here:            $12,138.15

Official Form 106D            Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Kapitus_000523
KAPITUS EX. 13 - 523

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.12**

Describe the property that secures the claim:

| | Column A | Column B | Column C |
|---|---|---|---|
| | $886.80 | $500.00 | $386.80 |

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number      Street

**Back Ho and Post Hole Digger**

**Grapevine          TX    76099**
City          State      ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number  3  8  8  3

**2.13**

Describe the property that secures the claim:

| | Column A | Column B | Column C |
|---|---|---|---|
| | $919.38 | $400.00 | $519.38 |

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number      Street

**grass catcher and line trimmer**

**Grapevine          TX    76099**
City          State      ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number  6  6  3  2

**Add the dollar value of your entries in Column A on this page. Write that number here:**

**$1,806.18**

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

**KAPITUS EX. 13 - 524**

Kapitus_000524

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.14 | Describe the property that secures the claim: | **$29,869.47** | **$29,000.00** | **$869.47** |
|---|---|---|---|---|

**Suntrust**
Creditor's name
**PO box 305053**
Number    Street

_____

2016 Toyota Tundra

_____

**Nashville         TN    37230-5063**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   **12/12/15**   Last 4 digits of account number   **2  1  1  2**

| 2.15 | Describe the property that secures the claim: | **$92,000.00** | **$130,951.00** | |
|---|---|---|---|---|

**Tim Moore**
Creditor's name
**302 Pine Tree Road**
Number    Street

_____

1045 Green Ridge Terrace, Saginaw

_____

**Longview         TX    75604**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   _____   Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$121,869.47**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$404,979.93**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 8

**KAPITUS EX. 13 - 525**

Kapitus_000525

**Fill in this information to identify your case:**

| Debtor 1 | Dwayne | Paul | Bridges |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dana | Michelle | Bridges |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | **Last 4 digits of account number** ___ ___ ___ ___ |
| | **When was the debt incurred?** _____ |
| Number          Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City          State     ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |   intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

KAPITUS EX. 13 - 526
Kapitus_000526

| Debtor 1 | **Dwayne Paul Bridges** | | |
|----------|------------------------|---|---|
| Debtor 2 | **Dana Michelle Bridges** | | Case number (if known) |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|--|--|-----------------|

### 4.1 | | $3,166.70

**Absolute Resolutions Corporation**
Nonpriority Creditor's Name
**8000 Norman Center Dr. #860**
Number       Street

**Bloomington**            **MN**    **55437**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Avant Web Bank**

**Last 4 digits of account number**  **8   5   9   5**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Personal Loan**

### 4.2 | | $0.00

**ADT**
Nonpriority Creditor's Name
**5400 Airport Freeway, Ste A**
Number       Street

**Fort Worth**             **TX**    **76117-5928**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **1   0   8   1**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Services Rendered**

| Debtor 1 | **Dwayne Paul Bridges** |
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.3**

$229.26

**Allstate Indemnity Company**
Nonpriority Creditor's Name
**c/o CCS**
Number        Street
**Payment Processing Center**

**PO Box 55126**

**Boston**                    **MA**      **02205-5126**
City                              State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   0   4   2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Insurance premiums**

**4.4**

**Unknown**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 78234**
Number        Street

_____

**Phoenix**                    **AZ**      **85062-8234**
City                              State        ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2   0   3   7**
**When was the debt incurred?**    **11/8/17**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Corporate debt- personal guarantor**

**deficiency balance: 2017 Dodge Ram VIN 034**

**KAPITUS EX. 13 - 528**

Kapitus_000528

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.5**                                                                                                    **$1,056.00**

**Amcol Systems, Inc.**
Nonpriority Creditor's Name
**PO Box 21625**
Number          Street

_____

**Columbia            SC      29221**
City                    State      ZIP Code

Last 4 digits of account number   **7   5   1   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Expense**

---

**4.6**                                                                                                    **$2,225.00**

**Barclay Card**
Nonpriority Creditor's Name
**PO Box 60517**
Number          Street

_____

**City of Industry        CA    91716-0517**
City                    State      ZIP Code

Last 4 digits of account number   **3   3   4   5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

**KAPITUS EX. 13 - 529**

Kapitus_000529

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.7

| | |
|---|---|
| **Baylor Surgicare @ Mansfield** | **Unknown** |

**Baylor Surgicare @ Mansfield**
Nonpriority Creditor's Name
**280 Regency Parkway**
Number        Street

_____

| **Mansfield** | **TX** | **76063** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense: Letter of Protection**

### 4.8

**$4,718.84**

**Bill Me Later, Inc.**
Nonpriority Creditor's Name
**c/o PayPal Credit**
Number        Street
**PO Box 5138**

_____

| **Timonium** | **MD** | **21094** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  8  7  9  4

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Account**

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.9

**Blaze Mastercard**
Nonpriority Creditor's Name
**PO Box 2534**
Number       Street
_____

**$1,391.97**

Last 4 digits of account number    **0   1   4   0**

When was the debt incurred?    _____

**Omaha                NE      68103-2534**
City                         State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
   **Credit Account**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

### 4.10

**Blue Mound Business Park**
Nonpriority Creditor's Name
**1150 Blue Mound Road**
Number       Street
_____

**$3,670.20**

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**Haslet                TX      76052**
City                         State      ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
   **Judgment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Blue Mound Business Park vs. Dwayne Bridges; Case No. JP04-17-E00051532
judgment lien on 1045 Green Ridge Terrace, Saginaw property**

**KAPITUS EX. 13 - 531**

**Kapitus_000531**

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

**Blue Mound Business Park, LLC**
Nonpriority Creditor's Name
**1150 Blue Mound Road**
Number          Street

_____

**Haslet          TX      76052**
City                    State        ZIP Code

**$9,360.00**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Judgment**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Blue Mound Business Park, LLC vs. Dwayne Bridges; Case No. JP04-17-SC00009149
judgment lien on 1045 Green Ridge Terrace, Saginaw property**

**4.12**

**Cabellas Visa**
Nonpriority Creditor's Name
**PO Box 82519**
Number          Street

_____

**Lincoln          NE      68501-2519**
City                    State        ZIP Code

**$9,379.98**

Last 4 digits of account number   **8   8   1   2**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Account**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7

**KAPITUS EX. 13 - 532**

Kapitus_000532

| Debtor 1 | Dwayne Paul Bridges |
|----------|---------------------|
| Debtor 2 | Dana Michelle Bridges |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.13**

**$2,312.11**

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number        Street

_____

**City of Industry        CA    91716-0599**
City                State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5    6    5    5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Account**

**4.14**

**$2,068.54**

**Capital One Bank USA**
Nonpriority Creditor's Name
**c/o Scott & Associates, PC**
Number        Street
**PO Box 113297**

_____

**Carrollton        TX    75011-3297**
City                State        ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    5    7    0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Account**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1764**

**KAPITUS EX. 13 - 533**

**Kapitus_000533**

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.15**

**Capital One Platinum Mastercard**
Nonpriority Creditor's Name
**PO Box 60599**
Number          Street

_____

**City of Industry          CA      91716-0599**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9  2  1  9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Account**

**$665.27**

---

**4.16**

**Capital One Quicksilver Mastercard**
Nonpriority Creditor's Name
**PO Box 60599**
Number          Street

_____

**City of Industry          CA      91716-0599**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9  4  7  1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Account**

**$2,081.03**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1782**

---

**KAPITUS EX. 13 - 534**

Kapitus_000534

| Debtor 1 | Dwayne Paul Bridges |
| Debtor 2 | Dana Michelle Bridges |

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.17 | | $740.22 |

**Cardmember Service**
Nonpriority Creditor's Name
**Amazon**
Number        Street
**PO Box 6294**

**Carol Stream**        **IL**        **60197-5294**
City                State        ZIP Code

**Who incurred the debt?**        Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number        **6    6    1    1**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
        **Credit Account**

| 4.18 | | $5,780.99 |

**Cardmember Service**
Nonpriority Creditor's Name
**Marriott Rewards Visa**
Number        Street
**PO Box 6294**

**Carol Stream**        **IL**        **60197-6294**
City                State        ZIP Code

**Who incurred the debt?**        Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number        **4    1    7    9**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
        **Credit Account**

**KAPITUS EX. 13 - 535**

Kapitus_000535

| Debtor 1 | **Dwayne Paul Bridges** | |
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| **4.19** | | |
| --- | --- | --- |

**$2,114.49**

**Chase**
Nonpriority Creditor's Name
**PO Box 6026**
Number        Street

_____

**Chicago**              **IL**    **60680-6026**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**business installment loan**

Last 4 digits of account number    **5**  **0**  **0**  **4**
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt- personal guarantor**

| **4.20** | | |
| --- | --- | --- |

**$6,105.00**

**Chase Bank**
Nonpriority Creditor's Name
**6543 Lake Worth Blvd,**
Number        Street

_____

**Lake Worth**          **TX**    **76135**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6**  **5**  **2**  **8**
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt- overdraft account**

| Debtor 1 | **Dwayne Paul Bridges** |
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**

**$151.00**

**Chase Bank**
Nonpriority Creditor's Name
**6543 Lake Worth Blvd,**
Number        Street

_____

**Lake Worth          TX      76135**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**checking account ending 598**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Overdrafted Account**

**4.22**

**$21,039.79**

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street

_____

**Dallas               TX      75266-0335**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**deficiency balance; 2017 Dodge Ram 1500 VIN 064**

Last 4 digits of account number  **1   1   0   9**

**When was the debt incurred?**  **5/16/17**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Corporate debt- personal guarantor**

**KAPITUS EX. 13 - 537**

Kapitus_000537

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.23**

$18,758.96

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street

_____

**Dallas**              **TX**      **75266-0335**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**deficiency balance; 2017 Dodge Promaster VIN 884**

Last 4 digits of account number    **8    4    6    8**

When was the debt incurred?    **11/18/17**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Corporate debt- personal guarantor**

**4.24**

$17,277.95

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street

_____

**Dallas**              **TX**      **75266-0335**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**deficiency balance; 2017 Dodge TR Promaster C1 VIN 680**

Last 4 digits of account number    **2    4    7    4**

When was the debt incurred?    **2/22/17**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Corporate debt- personal guarantor**

**KAPITUS EX. 13 - 538**

Kapitus_000538

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.25

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street

_____

| **Dallas** | **TX** | **75266-0335** |
|---|---|---|
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**deficiency balance; 2017 Dodge TR Promaster VIN406**

**Last 4 digits of account number**   7  5  6  5
**When was the debt incurred?**   2/22/17

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Corporate debt- personal guarantor**

**Unknown**

### 4.26

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 961275**
Number        Street

_____

| **Fort Worth** | **TX** | **76161-1275** |
|---|---|---|
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**deficiency balance: 2017 Dodge TR Promaster VIN 269**

**Last 4 digits of account number**   9  5  1  6
**When was the debt incurred?**   2/22/17

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Corporate debt- personal guarantor**

**$19,962.83**

**KAPITUS EX. 13 - 539**

Kapitus_000539

| Debtor 1 | **Dwayne Paul Bridges** |
|----------|-------------------------|
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.27

**Chrysler Capital**
Nonpriority Creditor's Name

**PO Box 660335**
Number          Street

_____

**Dallas**      **TX**      **75266-0335**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**deficiency balance: 2017 Dodge TR Promaster VIN 357**

**Unknown**

**Last 4 digits of account number**   **1**   **5**   **0**   **5**
**When was the debt incurred?**   **2/25/17**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt- personal guarantor**

### 4.28

**Cintas**
Nonpriority Creditor's Name

**PO Box 6650838**
Number          Street

_____

**Dallas**      **TX**      **75265-0838**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Unknown**

**Last 4 digits of account number**   **6**   **3**   **4**   **7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt- personal guarantor**

**KAPITUS EX. 13 - 540**

Kapitus_000540